**ORIGINAL**

CARRIE K.S. OKINAGA, 2908
Corporation Counsel

MOANA A. YOST, 7738
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813
Telephone: (808) 523-4065
Facsimile: (808) 523-4583
e-mail: myost@honolulu.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 8 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU
and ALAN RIVERS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; HAROLD UEHARA, in his individual and official capacity, ALLAN RIVERS, in his individual and official capacity; TWO UNKNOWN POLICE OFFICERS, in their individual and official capacity, JEREMY HARRIS, in his official capacity as Mayor; LEE DONOHUE in his individual and official capacity as Police Chief; TAVERN 515, INC. d.b.a. CLUB YURAKUCHO, HARRY NAKAKI; JOHN AND JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE | Civil No. CV04 00535 DAE BMK<br>(Other Civil Rights)<br><br>CERTIFICATE OF SERVICE RE:<br><br>1. DEFENDANT CITY AND COUNTY OF HONOLULU'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF ROBERT SOUZA; INTERROGATORIES<br><br>2. DEFENDANT ALAN RIVERS' FIRST REQUEST FOR ANSWERS TO INTERROGATORIES AND FIRST REQUEST FOR ADMISSIONS TO PLAINTIFF ROBERT SOUZA; INTERROGATORIES; ADMISSIONS |

```
CORPORATIONS 1-10; and OTHER  )
DOE ENTITIES 1-10,             )
                               )
        Defendants.            )
                               )
```

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the original and copies, as indicated below, of the following document were duly served by United States mail, postage prepaid to the following individuals at their addresses listed below on

_____JAN 1 8 2006_____ :

1.  DEFENDANT CITY AND COUNTY OF HONOLULU'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF ROBERT SOUZA; INTERROGATORIES

2.  DEFENDANT ALAN RIVERS' FIRST REQUEST FOR ANSWERS TO INTERROGATORIES AND FIRST REQUEST FOR ADMISSIONS TO PLAINTIFF ROBERT SOUZA; INTERROGATORIES; ADMISSIONS

| | |
|---|---|
| SHAWN A. LUIZ, ESQ.<br>BRIAN G. SHAUGHNESSY, ESQ.<br>City Center, Suite 800<br>810 Richard Street<br>Honolulu, Hawaii  96813<br>Attorneys for Plaintiff | [original and 1 copy] |

CARY T. TANAKA, ESQ.　　　　　　　　[1 copy]
745 Fort Street
Honolulu, Hawaii  96813
Attorney for Defendant
Harold Uehara

DATED: Honolulu, Hawaii, _____JAN 1 8 2006_____.

                CARRIE K.S. OKINAGA
                Corporation Counsel


                By _/s/ Moana A. Yost_____
                MOANA A. YOST
                Deputy Corporation Counsel

                Attorney for Defendants
                CITY AND COUNTY OF HONOLULU
                and ALAN RIVERS