ORIGINAL

CARRIE K.S. OKINAGA, 2908
Corporation Counsel

MOANA A. YOST, 7738
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813
Telephone: (808) 523-4065
Facsimile: (808) 523-4583
e-mail: myost@honolulu.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 9 2006

at __ o'clock ___ 10 min. __ M
SUE BEITIA, CLERK

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU
and ALAN RIVERS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; HAROLD UEHARA, in his individual and official capacity, ALLAN RIVERS, in his individual and official capacity; TWO UNKNOWN POLICE OFFICERS, in their individual and official capacity, JEREMY HARRIS, in his official capacity as Mayor; LEE DONOHUE in his individual and official capacity as Police Chief; TAVERN 515, INC. d.b.a. CLUB YURAKUCHO, HARRY NAKAKI; JOHN AND JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE | ) Civil No. CV04 00535 DAE BMK<br>) (Other Civil Rights)<br>)<br>) CERTIFICATE OF SERVICE RE:<br>)<br>) 1. DEFENDANTS CITY AND COUNTY OF<br>) HONOLULU AND ALAN RIVERS, in his<br>) individual and official capacity's RESPONSE<br>) TO PLAINTIFF'S FIRST REQUEST FOR<br>) ANSWERS TO INTERROGATORIES AND<br>) PLAINTIFF'S FIRST REQUEST FOR<br>) ADMISSIONS TO DEFENDANTS CITY<br>) AND COUNTY OF HONOLULU AND<br>) ALLAN RIVERS; in his individual and<br>) official capacity<br>)<br>) 2. DEFENDANTS CITY AND COUNTY OF<br>) HONOLULU AND ALAN RIVERS, in his<br>) individual and official capacity's, RESPONSE<br>) TO PLAINTIFF'S FIRST REQUEST FOR |

| | |
|---|---|
| CORPORATIONS 1-10; and OTHER DOE ENTITIES 1-10,<br><br>        Defendants. | ) PRODUCTION OF DOCUMENTS TO<br>) DEFENDANTS CITY AND COUNTY OF<br>) HONOLULU AND ALLAN RIVERS; in his<br>) individual and official capacity<br>) [Documents Bate Stamped C-00001 through<br>) C-00375] |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the original and copies, as indicated below, of the following document were duly served by United States mail, postage prepaid to the following individuals at their addresses listed below on

JAN 19 2006 :

1. DEFENDANTS CITY AND COUNTY OF HONOLULU AND ALAN RIVERS, in his individual and official capacity's RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES AND PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANTS CITY AND COUNTY OF HONOLULU AND ALLAN RIVERS; in his individual and official capacity

2. DEFENDANTS CITY AND COUNTY OF HONOLULU AND ALAN RIVERS, in his individual and official capacity's, RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS CITY AND COUNTY OF HONOLULU AND ALLAN RIVERS; in his individual and official capacity [Documents Bate Stamped C-00001 through C-00375]

SHAWN A. LUIZ, ESQ.      [original & 1 copy - Interrogatories]
BRIAN G. SHAUGHNESSY, ESQ.    [1 copy - Production of Documents]
City Center, Suite 800
810 Richard Street
Honolulu, Hawaii 96813
Attorneys for Plaintiff

CARY T. TANAKA, ESQ.                    [1 copy]
745 Fort Street
Honolulu, Hawaii  96813
Attorney for Defendant
Harold Uehara

DATED: Honolulu, Hawaii, ___JAN 1 9 2006___.

                CARRIE K.S. OKINAGA
                Corporation Counsel

                By /s/ Moana A. Yost
                MOANA A. YOST
                Deputy Corporation Counsel

                Attorney for Defendants
                CITY AND COUNTY OF HONOLULU
                and ALAN RIVERS