IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY AND COUNTY OF HONOLULU; HAROLD UEHARA, in his individual and official capacity, ALLAN RIVERS, in his individual and official capacity; TWO UNKNOWN POLICE OFFICERS, in their individual and official capacity, JEREMY HARRIS, in his official capacity as Mayor; LEE DONOHUE, in his individual and official capacity as Police Chief; TAVERN 515, INC. d.b.a. CLUB YURAKUCHO, HARRY NAKAKI; JOHN AND JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and OTHER DOE ENTITIES 1-10,<br><br>　　　　Defendants. | CIVIL NO. 04-00535 DAE BMK<br><br>DEMAND FOR TRIAL BY JURY |

DEMAND FOR TRIAL BY JURY

Defendant HAROLD UEHARA hereby demands a trial by jury.

DATED: Honolulu, Hawaii, January 24, 2006.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　CARY T. TANAKA
　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　HAROLD UEHARA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA, | CIVIL NO. 04-00535 DAE BMK |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| CITY AND COUNTY OF HONOLULU; HAROLD UEHARA, in his individual and official capacity, ALLAN RIVERS, in his individual and official capacity; TWO UNKNOWN POLICE OFFICERS, in their individual and official capacity, JEREMY HARRIS, in his official capacity as Mayor; LEE DONOHUE, in his individual and official capacity as Police Chief; TAVERN 515, INC. d.b.a. CLUB YURAKUCHO, HARRY NAKAKI; JOHN AND JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and OTHER DOE ENTITIES 1-10, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the within was duly mailed to the following individuals at their last known addresses on January 25, 2006:

    SHAWN A. LUIZ, ESQ.
    Suite 800 City Center
    810 Richards Street
    Honolulu, Hawaii 96813

    Attorney for Plaintiff

MOANA A. YOST, ESQ.
Deputy Corporation Counsel
530 South King Street, Room 110
Honolulu, Hawaii 96813

Attorney for Defendants
CITY AND COUNTY OF HONOLULU and
ALLAN RIVERS

DATED:    Honolulu, Hawaii, January 24, 2006.

_____
CARY T. TANAKA
Attorney for Defendant
HAROLD UEHARA