**ORIGINAL**

SHAWN A. LUIZ        6855
810 Richard Street
City Center, Suite 800
Honolulu, Hawaii 96813
Telephone:  (808) 538-0500
Facsimile:   (808) 538-0600
attorneyluiz@msn.com

Attorneys for Plaintiff
ROBERT SOUZA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 0 2006

at 3 o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ROBERT SOUZA,<br><br>        Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF HONOLULU; HAROLD UEHARA, in his individual and official capacity; ALLAN RIVERS, in his individual and official capacity; TWO UNKNOWN POLICE OFFICERS, in their individual and official capacity; JEREMY HARRIS, in his official capacity as Mayor; LEE DONOHUE in his individual and official capacity as Police Chief; TAVERN 515, INC. d.b.a. CLUB YURAKUCHO, HARRY NAKAKI; JOHN AND JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and OTHER DOE ENTITIES 1-10,<br><br>        Defendants. | CIVIL NO. CV 04-00535 DAE BMK<br>(Other Civil Rights)<br><br>NOTICE OF HEARING MOTION; MOTION TO AMEND COMPLAINT; MEMORANDUM IN SUPPORT; DECLARATION OF COUNSEL; CERTIFICATE OF SERVICE<br><br>Date: _____<br>Time: _____<br>Judge: Honorable Barry M. Kurren<br><br>Trial Date: January 23, 2007<br>Honorable David Alan Ezra |

_____ )

## NOTICE OF HEARING MOTION

TO:

Moana A. Yost, Esq.
Curtis Sherwood, Esq.
530 S. King St. Suite 110
Honolulu, Hawaii 96813
Attorney for County Defendants
CITY AND COUNTY OF HONOLULU;
ALLAN RIVERS,
in his individual and official capacity;

Cary T. Tanaka
Bishop Street Tower
700 Bishop Street
Suite 2001
Honolulu, Hawaii 96813
Attorney for HAROLD UEHARA, in his individual and official capacity,

YOU ARE HEREBY NOTIFIED that Plaintiffs' Motion for Leave to File Second Amended Complaint will be heard before the Honorable Barry M. Kurren, United States District Magistrate, in his courtroom in the United States Courthouse, 300 Ala Moana Blvd., Honolulu, Hawaii, on _____, the ___ day of _____, 2006, at _____, or as soon thereafter as counsel can be heard.

DATED:   Honolulu, Hawai'i, February 10, 2006.

SHAWN A. LUIZ
Attorney for Plaintiff
ROBERT SOUZA

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ROBERT SOUZA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CITY AND COUNTY OF ) <br> HONOLULU; HAROLD UEHARA, in ) <br> his individual and official capacity, ) <br> ALLAN RIVERS, in his individual and ) <br> official capacity; TWO UNKNOWN ) <br> POLICE OFFICERS, in their ) <br> individual and official capacity, ) <br> JEREMY HARRIS, in his official ) <br> capacity as Mayor; LEE DONOHUE ) <br> in his individual and official capacity as ) <br> Police Chief; TAVERN 515, INC. ) <br> d.b.a. CLUB YURAKUCHO, HARRY ) <br> NAKAKI; JOHN AND JANE DOES ) <br> 1-10; DOE PARTNERSHIPS 1-10; ) <br> DOE CORPORATIONS 1-10; and ) <br> OTHER DOE ENTITIES 1-10, ) <br> ) <br> Defendants. ) <br> ) | CIVIL NO. CV 04-00535 DAE BMK <br> (Other Civil Rights) <br><br><br><br> MOTION TO AMEND <br> COMPLAINT |

MOTION TO AMEND COMPLAINT

COMES NOW, Plaintiff by and through his undersigned counsel, and move this Honorable Court for an order granting Plaintiff leave to amend his complaint to add two unknown officers at the time of filing the original and first amended

complaint (**Rick S.Y. Yi and August C. Belden**).

This Motion is made pursuant to Rules 7 and 15(a), of the Federal Rules of Civil Procedure, and is based on the Memorandum in Support; Declaration of Counsel, and the records and files herein.

WHEREFORE, Plaintiff prays that Plaintiffs' Motion for Leave to file Second Amended Complaint be granted pursuant to Rules 7 and 15(a) of the Federal Rules of Civil Procedure.

DATED:   Honolulu, Hawai'i, February 10, 2006.

                                           SHAWN A. LUIZ
                                           Attorney for Plaintiff
                                           ROBERT SOUZA