UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CITY AND COUNTY OF HONOLULU; HAROLD UEHARA, in his individual and official capacity; ALLAN RIVERS, in his individual and official capacity; TWO UNKNOWN POLICE OFFICERS, in their individual and official capacity; JEREMY HARRIS, in his official capacity as Mayor; LEE DONOHUE in his individual and official capacity as Police Chief; TAVERN 515, INC. d.b.a. CLUB YURAKUCHO, HARRY NAKAKI; JOHN AND JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and OTHER DOE ENTITIES 1-10, <br><br>           Defendants. | CIVIL NO. CV 04-00535 DAE BMK (Other Civil Rights) <br><br> DECLARATION OF SHAWN A. LUIZ |

DECLARATION OF SHAWN A. LUIZ

I, SHAWN A. LUIZ, declare as follows:

1. I am counsel for Plaintiff in the above-captioned matter.

2. I did not learn the additional officers' names until January 2006, after completing some initial discovery after the Rule 16 scheduling order was entered. I could not amend the complaint until I learned the identity of the two officers, two unknown officers at the time of filing the original and first amended complaint (Rick

9

**S.Y. Yi and August C. Belden).**

    3.    Plaintiff respectfully requests that the instant motion be granted because of the reasons set forth in his declaration of counsel.

    4.    This Motion is brought in good faith and not for purposes of delay and to afford Plaintiff sufficient due process.

I, Shawn A. Luiz, do declare under penalty of law that the foregoing is true and correct.

DATED:    Honolulu, Hawai'i, February 10, 2006.

                                              SHAWN A. LUIZ
                                            Attorney for Plaintiff
                                            ROBERT SOUZA