UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CITY AND COUNTY OF HONOLULU; HAROLD UEHARA, in his individual and official capacity; ALLAN RIVERS, in his individual and official capacity; TWO UNKNOWN POLICE OFFICERS, in their individual and official capacity, JEREMY HARRIS, in his official capacity as Mayor; LEE DONOHUE in his individual and official capacity as Police Chief; TAVERN 515, INC. d.b.a. CLUB YURAKUCHO, HARRY NAKAKI; JOHN AND JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and OTHER DOE ENTITIES 1-10, <br><br>          Defendants. | CIVIL NO. CV 04-00535 DAE BMK<br>(Other Civil Rights)<br><br><br><br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE
---

I HEREBY CERTIFY one copy of the foregoing was served upon Defendants, by and through their Counsel, by depositing the same with the hand-delivery or U.S. mail, on February 10, 2006, addressed as follows:

Moana A. Yost, Esq.
Curtis Sherwood, Esq.
530 S. King St. Suite 110
Honolulu, Hawaii 96813
*Attorney for County Defendants*
CITY AND COUNTY OF HONOLULU;
ALLAN RIVERS,

7

in his individual and official capacity;

Cary T. Tanaka
Bishop Street Tower
700 Bishop Street
Suite 2001
Honolulu, Hawaii 96813
Attorney for HAROLD UEHARA, in his individual and official capacity,


DATED:   Honolulu, Hawai'i, February 10, 2006.

                                                      SHAWN A. LUIZ
                                                      Attorney for Plaintiff
                                                      ROBERT SOUZA