IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA,<br><br>      Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; HAROLD UEHARA, in his individual and official capacity, ALLAN RIVERS, in his individual and official capacity; TWO UNKNOWN POLICE OFFICERS, in their individual and official capacity, JEREMY HARRIS, in his official capacity as Mayor; LEE DONOHUE in his individual and official capacity as Police Chief; TAVERN 515, INC. d.b.a. CLUB YURAKUCHO, HARRY NAKAKI; JOHN AND JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and OTHER DOE ENTITIES 1-10,<br><br>      Defendants. | Civil No. CV04 00535 DAE BMK<br>(Other Civil Rights)<br><br>NON-DISCLOSURE CERTIFICATE |

## NON-DISCLOSURE CERTIFICATE

      I, the undersigned, certify that I understand that access to confidential information and materials produced in connection with the above-captioned action ("Confidential Information") is provided to me pursuant to the terms and restrictions of a Stipulated Protective Order entered by the Court on

EXHIBIT A

_____, 2006 (the "Order"). I certify that I have been given a copy of, and have read, the Order and agree to comply with its terms. I understand that the contents and substance of any Confidential Information, and any notes or other memoranda or any other forms of information which copy of disclose such Confidential Information, shall not be disclosed to anyone other than in accordance with the Order and shall be used only for the purposes set forth therein. I agree to be subject to the jurisdiction of the Court for purposes of this Non-Disclosure Certificate and the Order.

By: _____

Title: _____

Representing: _____

Date: _____