CARRIE K.S. OKINAGA, 5958
Corporation Counsel

MOANA A. YOST, 7738
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii  96813
Telephone:  (808) 523-4065
Facsimile:  (808)  523-4583
e-mail:  myost@honolulu.gov

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU
and ALAN RIVERS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA, | ) Civil No. CV04 00535 DAE BMK |
| | ) (Other Civil Rights) |
| Plaintiff, | ) |
| | ) DEFENDANTS CITY AND COUNTY |
| vs. | ) OF HONOLULU AND |
| | ) ALAN RIVERS' **STATEMENT OF** |
| CITY AND COUNTY OF | ) **NO OPPOSITION** TO PLAINTIFF'S |
| HONOLULU; HAROLD UEHARA, in | ) MOTION TO AMEND COMPLAINT |
| his individual and official capacity, | ) FILED ON FEBRUARY 10, 2006; |
| ALLAN RIVERS, in his individual and | ) CERTIFICATE OF SERVICE |
| official capacity; TWO UNKNOWN | ) |
| POLICE OFFICERS, in their individual | ) |
| and official capacity, JEREMY | ) |
| HARRIS, in his official capacity as | ) |
| Mayor; LEE DONOHUE in his | ) Date:   March 31, 2006 |
| individual and official capacity as | ) Time:   2:00 p.m. |
| Police Chief; TAVERN 515, INC. d.b.a. | ) Judge:  Honorable Barry M. Kurren |
| CLUB YURAKUCHO, HARRY | ) |
| NAKAKI; JOHN AND JANE DOES 1- | ) |
| 10; DOE PARTNERSHIPS 1-10; DOE | ) |

| | |
|---|---|
| CORPORATIONS 1-10; and OTHER DOE ENTITIES 1-10, | ) ) ) |
| Defendants. | ) ) ) ) ) ) ) ) |

### DEFENDANTS CITY AND COUNTY OF HONOLULU AND ALAN RIVERS' STATEMENT OF NO OPPOSITION TO PLAINTIFF'S MOTION TO AMEND COMPLAINT FILED ON FEBRUARY 10, 2006

Defendants City and County of Honolulu and Alan Rivers, by and through their undersigned attorneys, hereby state that they take no opposition to Plaintiff's Motion to Amend Complaint filed on February 10, 2006.

DATED:  Honolulu, Hawaii, March 13, 2006.

                                              CARRIE K.S. OKINAGA
                                              Corporation Counsel

                                            By /s/ Moana A. Yost
                                                MOANA A. YOST
                                                Deputy Corporation Counsel

                                                Attorney for Defendants
                                                CITY AND COUNTY OF HONOLULU
                                                and ALAN RIVERS