IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA, ) | Civil No. CV04 00535 DAE BMK |
| ) | (Other Civil Rights) |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| ) | |
| CITY AND COUNTY OF ) | |
| HONOLULU; HAROLD UEHARA, in ) | |
| his individual and official capacity, ) | |
| ALLAN RIVERS, in his individual and ) | |
| official capacity; TWO UNKNOWN ) | |
| POLICE OFFICERS, in their individual ) | |
| and official capacity, JEREMY ) | |
| HARRIS, in his official capacity as ) | |
| Mayor; LEE DONOHUE in his ) | |
| individual and official capacity as ) | |
| Police Chief; TAVERN 515, INC. d.b.a.) | |
| CLUB YURAKUCHO, HARRY ) | |
| NAKAKI; JOHN AND JANE DOES 1- ) | |
| 10; DOE PARTNERSHIPS 1-10; DOE ) | |
| CORPORATIONS 1-10; and OTHER ) | |
| DOE ENTITIES 1-10, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| _____ ) | |

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the within was duly served by United States mail, postage prepaid to the following individuals at their address listed below on March 13, 2006:

SHAWN A. LUIZ, ESQ.
BRIAN G. SHAUGHNESSY, ESQ.
City Center, Suite 800
810 Richard Street
Honolulu, Hawaii   96813
Attorneys for Plaintiff

CARY T. TANAKA, ESQ.
Suite 510 Fort Street Tower
745 Fort Street
Honolulu, Hawaii   96813
Attorney for Defendant HAROLD UEHARA

DATED:  Honolulu, Hawaii, March 13, 2006.

        CARRIE K.S. OKINAGA
        Corporation Counsel

        By /s/ Moana A. Yost
         MOANA A. YOST
         Deputy Corporation Counsel

         Attorney for Defendants
         CITY AND COUNTY OF HONOLULU
         and ALAN RIVERS