**ORIGINAL**

**YAMAMURA & SHIMAZU**
ATTORNEYS AT LAW

| | |
|---|---|
| PAUL T. YAMAMURA | 3056-0 |
| WESLEY D. SHIMAZU | 6119-0 |

1770 Central Pacific Plaza
220 South King Street
Honolulu, Hawaii 96813
Telephone:       (808) 523-6969
Email:     pyamamur@gte.net
Email:     w.shimazu@verizon.net

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 1 3 2006

at 4 o'clock and 5 min. PM
SUE BEITIA, CLERK

Attorneys for Defendants
TAVERN 515, INC. d.b.a. CLUB
YURAKUCHO AND HARRY NAKAKI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF HONOLULU; HAROLD UYEHARA, in his individual and official capacity, ALLAN RIVERS, in his individual and official capacity; TWO UNKNOWN POLICE OFFICERS, in their individual and official capacity, JEREMY HARRIS, in his official capacity as Mayor; LEE DONOHUE, in his individual and | CIVIL NO. CV04-00535 DAE/KSC<br>(Other Civil Rights)<br><br>NOTICE OF HEARING; DEFENDANTS TAVERN 515, INC. d.b.a. CLUB YURAKUCHO AND HARRY NAKAKI'S MOTION FOR RULE 54(b) CERTIFICATION;<br><br>[caption continued on next page]<br><br>HEARING:<br>Date: _____<br>Time: _____<br>Judge: Hon. David A. Ezra<br>Trial: January 23, 2007 |

|  |  |
|---|---|
| official capacity as Police Chief; TAVERN 515, INC. d.b.a. CLUB YURAKUCHO, HARRY NAKAKI; JOHN AND JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and OTHER DOE ENTITIES 1-10,<br><br>   Defendants. | ) MEMORANDUM IN SUPPORT<br>) OF MOTION; DECLARATION<br>) OF COUNSEL; CERTIFICATE<br>) OF SERVICE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF HEARING

TO: SHAWN A. LUIZ, ESQ.
    BRIAN G. SHAUGHNESSY, ESQ.
    City Center, Suite 800
    810 Richard Street
    Honolulu, Hawaii 96813
    Attorneys for Plaintiff

CARRIE K.S. OKINAGA, ESQ.
Corporation Counsel
MOANA A. YOST, ESQ.
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813
Attorneys for Defendants
CITY AND COUNTY OF HONOLULU
AND ALAN RIVERS

NOTICE IS HEREBY GIVEN that Defendants TAVERN 515, INC. d.b.a. CLUB YURAKUCHO AND HARRY NAKAKI'S MOTION FOR RULE 54(b) CERTIFICATION shall come on for hearing before the Honorable David Alan Ezra, Judge of the United States District Court for the District of Hawaii, in his courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii on _____, 2006 at \_\_\_:\_\_\_ \_\_.m, or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, MAR 1 3 2006 _____.

_____
PAUL T. YAMAMURA
WESLEY D. SHIMAZU
Attorneys for Defendants
TAVERN 515, INC. d.b.a. CLUB
YURAKUCHO AND HARRY
NAKAKI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CITY AND COUNTY OF ) <br> HONOLULU; HAROLD ) <br> UYEHARA, in his individual and ) <br> official capacity, ALLAN RIVERS, ) <br> in his individual and official ) <br> capacity; TWO UNKNOWN ) <br> POLICE OFFICERS, in their ) <br> individual and official capacity, ) <br> JEREMY HARRIS, in his official ) <br> capacity as Mayor; LEE ) <br> DONOHUE, in his individual and ) <br> official capacity as Police Chief; ) <br> TAVERN 515, INC. d.b.a. CLUB ) <br> YURAKUCHO, HARRY NAKAKI; ) <br> JOHN AND JANE DOES 1-10; ) <br> DOE PARTNERSHIPS 1-10; DOE ) <br> CORPORATIONS 1-10; and ) <br> OTHER DOE ENTITIES 1-10, ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> _____ ) | CIVIL NO. CV04-00535 DAE/KSC <br> (Other Civil Rights) <br><br> DEFENDANTS TAVERN 515, <br> INC. d.b.a. CLUB YURAKUCHO <br> AND HARRY NAKAKI'S <br> MOTION FOR RULE 54(b) <br> CERTIFICATION |

DEFENDANTS TAVERN 515, INC. d.b.a. CLUB YURAKUCHO
AND HARRY NAKAKI'S MOTION FOR RULE 54(b) CERTIFICATION

COMES NOW, Defendants TAVERN 515, INC. d.b.a. CLUB YURAKUCHO AND HARRY NAKAKI (hereinafter "Defendants"), by and through their attorneys, YAMAMURA & SHIMAZU, and hereby move this Court to direct entry of final judgment as to the Order Granting Defendants Motion for Summary Judgment filed herein on October 17, 2005.

This Motion is brought pursuant to Rules 7 and 54 of the Federal Rules of Civil Procedure and is supported by the Memorandum in Support of Motion and Declaration of Counsel attached hereto and the records and files herein.

DATED: Honolulu, Hawaii, __MAR 13 2006__.

PAUL T. YAMAMURA
WESLEY D. SHIMAZU
Attorneys for Defendants
TAVERN 515, INC. d.b.a. CLUB
YURAKUCHO AND HARRY
NAKAKI

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, a true copy of the foregoing was duly served upon the following persons at their respective addresses by means of hand-delivery, addressed as follows:

> SHAWN A. LUIZ, ESQ.
> BRIAN G. SHAUGHNESSY, ESQ.
> City Center, Suite 800
> 810 Richard Street
> Honolulu, Hawaii 96813
> Attorneys for Plaintiff

> CARRIE K.S. OKINAGA, ESQ.
> Corporation Counsel
> MOANA A. YOST, ESQ.
> Deputy Corporation Counsel
> City and County of Honolulu
> 530 South King Street, Room 110
> Honolulu, Hawaii 96813
> Attorneys for Defendants
> CITY AND COUNTY OF HONOLULU
> AND ALAN RIVERS

DATED: Honolulu, Hawaii, MAR 13 2006 .

_____
PAUL T. YAMAMURA
WESLEY D. SHIMAZU
Attorneys for Defendants
TAVERN 515, INC. d.b.a. CLUB
YURAKUCHO AND HARRY
NAKAKI