IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; HAROLD UYEHARA, in his individual and official capacity, ALLAN RIVERS, in his individual and official capacity; TWO UNKNOWN POLICE OFFICERS, in their individual and official capacity, JEREMY HARRIS, in his official capacity as Mayor; LEE DONOHUE, in his individual and official capacity as Police Chief; TAVERN 515, INC. d.b.a. CLUB YURAKUCHO, HARRY NAKAKI; JOHN AND JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and OTHER DOE ENTITIES 1-10,<br><br>        Defendants. | CIVIL NO. CV04-00535 DAE/KSC<br>(Other Civil Rights)<br><br>DECLARATION OF COUNSEL |

## DECLARATION OF COUNSEL

PAUL T. YAMAMURA, hereby states and declares that:

1. He is an attorney licensed to practice in the State of Hawai'i;

2. He is a member of the law firm of YAMAMURA & SHIMAZU representing Defendants TAVERN 515, INC. d.b.a. CLUB YURAKUCHO AND HARRY NAKAKI (hereinafter "Defendants") in the above-entitled matter;

3. He has personal knowledge and is competent to testify as to the matters contained herein;

4. That Plaintiff Robert Souza's Complaint for Declaratory Relief and Compensatory and Punitive Damages; Demand for Jury; Summons, was filed on September 3, 2004;

5. Defendants Tavern 515, Inc. d.b.a. Club Yurakucho and Harry Nakaki's Answer to was filed on November 4, 2004;

6. Plaintiff alleged that on August 12, 2003 he was assaulted, battered, and falsely imprisoned by Honolulu Police Sergeant Harold Uyehara and Officer Alan Rivers, as well as two unknown Officers at Club Yurakucho;

7. That as a result, Plaintiff filed his Complaint pursuant to 42 USC §§ 1983, 1985 and 1986 for alleged violations of his Fourth, Sixth and Fourteenth Amendment rights;

8. That on July 26, 2005, Defendants filed their instant Motion for Summary Judgment;

9. That the hearing was held on October 17, 2005;

10. That as a result, the Court granted Summary Judgment as to these Defendants by Order filed on October 17, 2005.

I DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY INFORMATION AND BELIEF.

DATED: Honolulu, Hawai'i, __MAR 13 2006__.

_____
PAUL T. YAMAMURA