CARRIE K.S. OKINAGA, 5958
Corporation Counsel

MOANA A. YOST, 7738
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii  96813
Telephone:  (808) 523-4065
Facsimile:  (808)  523-4583
e-mail:  myost@honolulu.gov

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU
and ALAN RIVERS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA, | Civil No. CV04 00535 DAE BMK |
|  | (Other Civil Rights) |
| Plaintiff, |  |
|  | DEFENDANTS CITY AND COUNTY |
| vs. | OF HONOLULU AND |
|  | ALAN RIVERS' **STATEMENT OF** |
| CITY AND COUNTY OF | **NO OPPOSITION** TO |
| HONOLULU; HAROLD UYEHARA, | DEFENDANTS TAVERN 515, INC. |
| in his individual and official capacity, | d.b.a. YURAKUCHO AND |
| ALLAN RIVERS, in his individual and | HARRY NAKAKI'S MOTION FOR |
| official capacity; TWO UNKNOWN | RULE 54(b) CERTIFICATION FILED |
| POLICE OFFICERS, in their individual | ON MARCH 13, 2006; CERTIFICATE |
| and official capacity, JEREMY | OF SERVICE |
| HARRIS, in his official capacity as |  |
| Mayor; LEE DONOHUE in his |  |
| individual and official capacity as | HEARING: |
| Police Chief; TAVERN 515, INC. d.b.a. | Date:  June 5, 2006 |
| CLUB YURAKUCHO, HARRY | Time:  9:00 a.m. |
| NAKAKI; JOHN AND JANE DOES 1- | Judge:  Honorable David A. Ezra |
| 10; DOE PARTNERSHIPS 1-10; DOE |  |

| | |
|---|---|
| CORPORATIONS 1-10; and OTHER DOE ENTITIES 1-10, | )<br>)<br>) |
| Defendants. | )<br>) |

**DEFENDANTS CITY AND COUNTY OF HONOLULU AND ALAN RIVERS' STATEMENT OF NO OPPOSITION TO DEFENDANTS TAVERN 515, INC. d.b.a. YURAKUCHO AND HARRY NAKAKI'S MOTION FOR RULE 54(b) <u>CERTIFICATION FILED ON MARCH 13, 2006</u>**

Defendants City and County of Honolulu and Alan Rivers, by and through their undersigned attorneys, hereby state that they take no opposition to Defendants Tavern 515, Inc. d.b.a. Yurakucho and Harry Nakaki's Motion for Rule 54(b) Certification filed on March 13, 2006.

DATED:  Honolulu, Hawaii, March 24, 2006

                                            CARRIE K.S. OKINAGA
                                            Corporation Counsel

                                        By_____
                                            MOANA A. YOST
                                            Deputy Corporation Counsel

                                            Attorney for Defendants
                                            CITY AND COUNTY OF HONOLULU
                                            and ALAN RIVERS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA, | ) Civil No. CV04 00535 DAE BMK<br>) (Other Civil Rights)<br>) |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| CITY AND COUNTY OF HONOLULU; HAROLD UYEHARA, in his individual and official capacity, ALLAN RIVERS, in his individual and official capacity; TWO UNKNOWN POLICE OFFICERS, in their individual and official capacity, JEREMY HARRIS, in his official capacity as Mayor; LEE DONOHUE in his individual and official capacity as Police Chief; TAVERN 515, INC. d.b.a. CLUB YURAKUCHO, HARRY NAKAKI; JOHN AND JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and OTHER DOE ENTITIES 1-10, | ) |
| Defendants. | ) |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the within was duly served by the methods of service noted, a true and correct copy of the foregoing was duly served on the following individuals at their address listed below on March 24, 2006:

**Served by First Class Mail**:

SHAWN A. LUIZ, ESQ.
BRIAN G. SHAUGHNESSY, ESQ.
City Center, Suite 800
810 Richard Street
Honolulu, Hawaii 96813
Attorneys for Plaintiff

PAUL T. YAMAMURA, ESQ.
WESLEY D. SHIMAZU, ESQ.
1770 Central Pacific Plaza
220 South King Street
Honolulu, Hawaii 96813
Attorneys for Defendants TAVERN 515, INC. d.b.a. CLUB YURAKUCHO and HARRY NAKAKI


**Served Electronically through CM/ECF**:          E-mail address

CARY T. TANAKA, ESQ.                              carytanaka@aol.com
Suite 510 Fort Street Tower
745 Fort Street
Honolulu, Hawaii 96813
Attorney for Defendant HAROLD UEHARA

DATED: Honolulu, Hawaii, March 24, 2006.

                               CARRIE K.S. OKINAGA
                               Corporation Counsel


By_____
    MOANA A. YOST
    Deputy Corporation Counsel

    Attorney for Defendants
    CITY AND COUNTY OF HONOLULU
    and ALAN RIVERS