IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA, <br><br> Plaintiff, <br><br> vs. <br><br> CITY AND COUNTY OF HONOLULU; HAROLD UYEHARA, in his individual and official capacity, ALLAN RIVERS, in his individual and official capacity; TWO UNKNOWN POLICE OFFICERS, in their individual and official capacity, JEREMY HARRIS, in his official capacity as Mayor; LEE DONOHUE in his individual and official capacity as Police Chief; TAVERN 515, INC. d.b.a. CLUB YURAKUCHO, HARRY NAKAKI; JOHN AND JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and OTHER DOE ENTITIES 1-10, <br><br> Defendants. | Civil No. CV04 00535 DAE BMK <br> (Other Civil Rights) <br><br> CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the within was duly served by United States mail, postage prepaid to the following individuals at their address listed below on March 24, 2006:

SHAWN A. LUIZ, ESQ.
BRIAN G. SHAUGHNESSY, ESQ.
City Center, Suite 800
810 Richard Street
Honolulu, Hawaii  96813
Attorneys for Plaintiff

CARY T. TANAKA, ESQ.
Suite 510 Fort Street Tower
745 Fort Street
Honolulu, Hawaii  96813
Attorney for Defendant HAROLD UEHARA

PAUL T. YAMAMURA, ESQ.
WESLEY D. SHIMAZU, ESQ.
1770 Central Pacific Plaza
220 South King Street
Honolulu, Hawaii  96813
Attorneys for Defendants TAVERN 515, INC. d.b.a. CLUB YURAKUCHO and HARRY NAKAKI

DATED:  Honolulu, Hawaii, March 24, 2006.

          CARRIE K.S. OKINAGA
          Corporation Counsel


          By /S/ MOANA A. YOST
            MOANA A. YOST
            Deputy Corporation Counsel

            Attorney for Defendants
            CITY AND COUNTY OF HONOLULU
            and ALAN RIVERS