CARRIE K.S. OKINAGA, 5958
Corporation Counsel

MOANA A. YOST, 7738
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii  96813
Telephone:  (808) 523-4065
Facsimile:  (808)  523-4583
e-mail:  myost@honolulu.gov

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU
and ALAN RIVERS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA, | Civil No. CV04 00535 DAE BMK |
| | (Other Civil Rights) |
| Plaintiff, | |
| | DEFENDANTS CITY AND COUNTY |
| vs. | OF HONOLULU AND |
| | ALAN RIVERS' **STATEMENT OF** |
| CITY AND COUNTY OF HONOLULU; HAROLD UYEHARA, in his individual and official capacity, ALLAN RIVERS, in his individual and official capacity; TWO UNKNOWN POLICE OFFICERS, in their individual and official capacity, JEREMY HARRIS, in his official capacity as Mayor; LEE DONOHUE in his individual and official capacity as Police Chief; TAVERN 515, INC. d.b.a. CLUB YURAKUCHO, HARRY NAKAKI; JOHN AND JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE | **NO OPPOSITION** TO DEFENDANTS TAVERN 515, INC. d.b.a. YURAKUCHO AND HARRY NAKAKI'S MOTION FOR RULE 54(b) CERTIFICATION FILED ON MARCH 13, 2006; CERTIFICATE OF SERVICE

HEARING:
Date:  June 5, 2006
Time:  9:00 a.m.
Judge:  Honorable David A. Ezra |

```
CORPORATIONS 1-10; and OTHER  )
DOE ENTITIES 1-10,             )
                               )
        Defendants.            )
                               )
```

**DEFENDANTS CITY AND COUNTY OF HONOLULU AND ALAN RIVERS' STATEMENT OF NO OPPOSITION TO DEFENDANTS TAVERN 515, INC. d.b.a. YURAKUCHO AND HARRY NAKAKI'S MOTION FOR RULE 54(b) <u>CERTIFICATION FILED ON MARCH 13, 2006</u>**

Defendants City and County of Honolulu and Alan Rivers, by and through their undersigned attorneys, hereby state that they take no opposition to Defendants Tavern 515, Inc. d.b.a. Yurakucho and Harry Nakaki's Motion for Rule 54(b) Certification filed on March 13, 2006.

DATED: Honolulu, Hawaii, March 24, 2006

                                        CARRIE K.S. OKINAGA
                                      Corporation Counsel

                               By <u>/S/MOANA A. YOST</u>
                                    MOANA A. YOST
                                    Deputy Corporation Counsel

                                    Attorney for Defendants
                                    CITY AND COUNTY OF HONOLULU
                                    and ALAN RIVERS