CARRIE K.S. OKINAGA, 5958
Corporation Counsel

MOANA A. YOST, 7738
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii  96813
Telephone:  (808) 523-4065
Facsimile:  (808)  523-4583
e-mail:  myost@honolulu.gov

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU
and ALAN RIVERS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA, | Civil No. CV04 00535 DAE BMK |
| | (Other Civil Rights) |
| Plaintiff, | |
| | DEFENDANTS CITY AND COUNTY |
| vs. | OF HONOLULU AND |
| | ALAN RIVERS' **STATEMENT OF** |
| CITY AND COUNTY OF | **NO OPPOSITION** TO |
| HONOLULU; HAROLD UYEHARA, | DEFENDANTS TAVERN 515, INC. |
| in his individual and official capacity, | d.b.a. YURAKUCHO AND |
| ALLAN RIVERS, in his individual and | HARRY NAKAKI'S MOTION FOR |
| official capacity; TWO UNKNOWN | RULE 54(b) CERTIFICATION FILED |
| POLICE OFFICERS, in their individual | ON MARCH 13, 2006; CERTIFICATE |
| and official capacity, JEREMY | OF SERVICE |
| HARRIS, in his official capacity as | |
| Mayor; LEE DONOHUE in his | |
| individual and official capacity as | HEARING: |
| Police Chief; TAVERN 515, INC. d.b.a. | Date:  June 5, 2006 |
| CLUB YURAKUCHO, HARRY | Time:  9:00 a.m. |
| NAKAKI; JOHN AND JANE DOES 1- | Judge:  Honorable David A. Ezra |
| 10; DOE PARTNERSHIPS 1-10; DOE | |

| | |
|---|---|
| CORPORATIONS 1-10; and OTHER DOE ENTITIES 1-10, | )<br>)<br>) |
| Defendants. | )<br>) |

**DEFENDANTS CITY AND COUNTY OF HONOLULU AND ALAN RIVERS' STATEMENT OF NO OPPOSITION TO DEFENDANTS TAVERN 515, INC. d.b.a. YURAKUCHO AND HARRY NAKAKI'S MOTION FOR RULE 54(b) <u>CERTIFICATION FILED ON MARCH 13, 2006</u>**

Defendants City and County of Honolulu and Alan Rivers, by and through their undersigned attorneys, hereby state that they take no opposition to Defendants Tavern 515, Inc. d.b.a. Yurakucho and Harry Nakaki's Motion for Rule 54(b) Certification filed on March 13, 2006.

DATED:  Honolulu, Hawaii, March 24, 2006

        CARRIE K.S. OKINAGA
        Corporation Counsel


By /S/MOANA A. YOST
   MOANA A. YOST
   Deputy Corporation Counsel

   Attorney for Defendants
   CITY AND COUNTY OF HONOLULU
   and ALAN RIVERS