IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA, | ) Civil No. CV04 00535 DAE BMK |
| | ) (Other Civil Rights) |
| Plaintiff, | ) |
| | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| | ) |
| CITY AND COUNTY OF | ) |
| HONOLULU; HAROLD UYEHARA, | ) |
| in his individual and official capacity, | ) |
| ALLAN RIVERS, in his individual and | ) |
| official capacity; TWO UNKNOWN | ) |
| POLICE OFFICERS, in their individual | ) |
| and official capacity, JEREMY | ) |
| HARRIS, in his official capacity as | ) |
| Mayor; LEE DONOHUE in his | ) |
| individual and official capacity as Police | ) |
| Chief; TAVERN 515, INC. d.b.a. | ) |
| CLUB YURAKUCHO, HARRY | ) |
| NAKAKI; JOHN AND JANE DOES 1- | ) |
| 10; DOE PARTNERSHIPS 1-10; DOE | ) |
| CORPORATIONS 1-10; and OTHER | ) |
| DOE ENTITIES 1-10, | ) |
| | ) |
| Defendants. | ) |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the within was duly served by the methods

of service noted, a true and correct copy of the foregoing was duly served on the

following individuals at their address listed below on March 24, 2006:

**Served by First Class Mail**:

    SHAWN A. LUIZ, ESQ.
    BRIAN G. SHAUGHNESSY, ESQ.
    City Center, Suite 800
    810 Richard Street
    Honolulu, Hawaii   96813
    Attorneys for Plaintiff

    PAUL T. YAMAMURA, ESQ.
    WESLEY D. SHIMAZU, ESQ.
    1770 Central Pacific Plaza
    220 South King Street
    Honolulu, Hawaii  96813
    Attorneys for Defendants TAVERN 515, INC. d.b.a. CLUB
    YURAKUCHO and HARRY NAKAKI

**Served Electronically through CM/ECF**:    <u>E-mail address</u>

    CARY T. TANAKA, ESQ.                    <u>carytanaka@aol.com</u>
    Suite 510 Fort Street Tower
    745 Fort Street
    Honolulu, Hawaii  96813
    Attorney for Defendant HAROLD UEHARA

    DATED:  Honolulu, Hawaii, March 24, 2006.

                             CARRIE K.S. OKINAGA
                             Corporation Counsel

                             By/S/MOANA A. YOST
                              MOANA A. YOST
                             Deputy Corporation Counsel

                             Attorney for Defendants
                             CITY AND COUNTY OF HONOLULU
                             and ALAN RIVERS