CARRIE K.S. OKINAGA, 2908
Corporation Counsel

MOANA A. YOST, 7738
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii  96813
Telephone:  (808) 523-4065
Facsimile:  (808) 523-4583
e-mail:  myost@honolulu.gov

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU
and ALAN RIVERS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA,<br><br>         Plaintiff,<br><br>   vs.<br><br>CITY AND COUNTY OF HONOLULU; HAROLD UEHARA, in his individual and official capacity, ALLAN RIVERS, in his individual and official capacity; TWO UNKNOWN POLICE OFFICERS, in their individual and official capacity, JEREMY HARRIS, in his official capacity as Mayor; LEE DONOHUE in his individual and official capacity as Police Chief; TAVERN 515, INC. d.b.a. CLUB YURAKUCHO, HARRY NAKAKI; JOHN AND JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE | Civil No. CV04 00535 DAE BMK<br>(Other Civil Rights)<br><br>CERTIFICATE OF SERVICE RE:<br><br>DEFENDANTS CITY AND COUNTY OF HONOLULU AND ALAN RIVERS, in his individual and official capacity's, FIRST SUPPLEMENTAL RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS CITY AND COUNTY OF HONOLULU AND ALLAN RIVERS, in his individual and official capacity<br><br>[Documents Bate Stamped C-00376through C-00930] |

| | |
|---|---|
| CORPORATIONS 1-10; and OTHER DOE ENTITIES 1-10, | ) ) ) ) |
| Defendants. | ) |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the following document was duly served by hand delivery to the following individual at his address listed below on March 31, 2006:

DEFENDANTS CITY AND COUNTY OF HONOLULU AND ALAN RIVERS, in his individual and official capacity's, FIRST SUPPLEMENTAL RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS CITY AND COUNTY OF HONOLULU AND ALLAN RIVERS, in his individual and official capacity [Documents Bate Stamped C-00376 through C-00930]

SHAWN A. LUIZ, ESQ.                    [1 copy]
BRIAN G. SHAUGHNESSY, ESQ.
City Center, Suite 800
810 Richard Street
Honolulu, Hawaii  96813
Attorneys for Plaintiff

DATED:  Honolulu, Hawaii, March 31, 2006.

                                                 CARRIE K.S. OKINAGA
                                                 Corporation Counsel


                                               /s/ Moana A. Yost
                                               MOANA A. YOST
                                               Deputy Corporation Counsel

                                               Attorney for Defendants
                                               CITY AND COUNTY OF HONOLULU
                                               and ALAN RIVERS