**ORIGINAL**

SHAWN A. LUIZ    6855
Attorney at Law
City Center, Suite 800
810 Richards Street
Honolulu, Hawaii 96813
Tel. (808) 538-0500
Fax (808) 538-0600
E-mail: attorneyluiz@msn.com

Attorneys for Plaintiff
ROBERT SOUZA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 31 2006

at 2 o'clock and 11 min. PM
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| ROBERT SOUZA,<br><br>             Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; HAROLD UYEHARA, in his individual and official capacity, ALLAN RIVERS, in his individual and official capacity; TWO UNKNOWN POLICE OFFICERS, in their individual and official capacity, JEREMY HARRIS, in his official capacity as Mayor; LEE DONOHUE in his individual and official capacity as Police Chief; TAVERN 515, INC. d.b.a. CLUB YURAKUCHO, HARRY NAKAKI; JOHN AND JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and OTHER DOE ENTITIES 1-10, | CIVIL NO. CV 04-00535 DAE BMK<br>(Other Civil Rights)<br><br>CERTIFICATE OF SERVICE<br>(Re: PLAINTIFF'S FIRST SUPPLEMENTAL RESPONSE TO DEFENDANT CITY AND COUNTY HONOLULU'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF ROBERT SOUZA)<br><br>Jury Trial Date: January 23, 2007 |

3

                                  Defendants.    )
                                                 )
_____              )

## CERTIFICATE OF SERVICE

IT IS HEREBY certified that a true copy of Plaintiff's FIRST SUPPLEMENTAL response to DEFENDANT CITY AND COUNTY OF HONOLULU'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF ROBERT SOUZA was duly served on the following party on March 15, 2006, at their respective address by depositing the same with the U.S. Mail postage pre-paid and/or hand delivery.

Moana A. Yost, Esq. (original and 1)
Curtis Sherwood, Esq.
530 S. King St. Suite 110
Honolulu, Hawaii 96813
Attorney for County Defendants
CITY AND COUNTY OF HONOLULU;
ALLAN RIVERS,
in his individual and official capacity;

Cary T. Tanaka (1 copy)
Bishop Street Tower
700 Bishop Street
Suite 2001
Honolulu, Hawaii 96813
Attorney for HAROLD UEHARA, in his individual and official capacity,
       DATED: Honolulu, Hawaii, March 15, 2006.

                                       _____
                                       SHAWN A. LUIZ
                                       Attorney for Plaintiff

4