ORIGINAL

SHAWN A. LUIZ            6855
810 Richard Street
City Center, Suite 800
Honolulu, Hawaii 96813
Telephone: (808) 538-0500
Facsimile:   (808) 538-0600
attorneyluiz@msn.com

Attorneys for Plaintiff
ROBERT SOUZA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ROBERT SOUZA,<br><br>     Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; HAROLD UEHARA, in his individual and official capacity, ALLAN RIVERS, in his individual and official capacity; TWO UNKNOWN POLICE OFFICERS, in their individual and official capacity, JEREMY HARRIS, in his official capacity as Mayor; LEE DONOHUE in his individual and official capacity as Police Chief; TAVERN 515, INC. d.b.a. CLUB YURAKUCHO, HARRY NAKAKI; JOHN AND JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and OTHER DOE ENTITIES 1-10,<br><br>     Defendants. | CIVIL NO. CV 04-00535 DAE BMK<br>(Other Civil Rights)<br><br>ORDER GRANTING MOTION TO AMEND COMPLAINT<br><br>Date: March 31, 2006<br>Time: 2:00 p.m.<br>Judge: Honorable Barry M. Kurren<br><br>Trial Date: January 23, 2007<br>Honorable David Alan Ezra |

1

## ORDER GRANTING MOTION TO AMEND COMPLAINT

Plaintiffs' Motion for Leave to File Second Amended Complaint came on for hearing before this Honorable Court on March 31, 2006, before the Honorable Barry M. Kurren, United States District Magistrate. Shawn A. Luiz, Esq. appeared on behalf of ROBERT SOUZA, Plaintiff. Moana A. Yost, Esq. appeared for CITY AND COUNTY OF HONOLULU and ALLAN RIVERS, in his individual and official capacity, Defendants; Cary T. Tanaka appeared for HAROLD UEHARA, in his individual and official capacity, Defendant.

The Defendants did not oppose the motion. Plaintiffs' Motion for Leave to File Second Amended Complaint it hereby granted.

IT IS SO ORDERED.


DATED: Honolulu, Hawaii, April 1, 2006.

_____
HONORABLE BARRY M. KURREN
UNITED STATES DISTRICT COURT MAGISTRATE


_____
Approved As to Form
Moana A. Yost, Esq.
Attorney for CITY AND COUNTY OF HONOLULU and ALLAN RIVERS,
in his individual and official capacity;

_____
Cary T. Tanaka
Attorney for HAROLD UEHARA, in his individual and official capacity,

ROBERT SOUZA v. CITY AND COUNTY OF HONOLULU, et al.; CIVIL NO. CV 04-00535 DAE BMK; ORDER GRANTING MOTION TO AMEND COMPLAINT