CARRIE K.S. OKINAGA, 2908
Corporation Counsel

MOANA A. YOST, 7738
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii  96813
Telephone:  (808) 523-4065
Facsimile:  (808) 523-4583
e-mail:  myost@honolulu.gov

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU
and ALAN RIVERS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA, | Civil No. CV04 00535 DAE BMK |
| | (Other Civil Rights) |
| Plaintiff, | |
| | **CERTIFICATE OF SERVICE RE:** |
| vs. | |
| | 1. DEFENDANT CITY AND COUNTY OF HONOLULU AND ALAN RIVERS' NOTICE OF TAKING DEPOSITION UPON WRITTEN INTERROGATORIES; EXHIBIT "A" |
| CITY AND COUNTY OF HONOLULU; HAROLD UEHARA, in his individual and official capacity, ALLAN RIVERS, in his individual and official capacity; TWO UNKNOWN POLICE OFFICERS, in their individual and official capacity, JEREMY HARRIS, in his official capacity as Mayor; LEE DONOHUE in his individual and official capacity as Police Chief; TAVERN 515, INC. d.b.a. CLUB YURAKUCHO, HARRY NAKAKI; JOHN AND JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE | |
| | (Custodian of Medical Records of: Straub Clinic and Hospital, 888 South King Street, Honolulu, Hawaii  96813) |
| | 2. DEFENDANT CITY AND COUNTY OF HONOLULU AND ALAN RIVERS' NOTICE OF TAKING DEPOSITION UPON WRITTEN INTERROGATORIES; EXHIBIT "A" |

| | |
|---|---|
| CORPORATIONS 1-10; and OTHER<br>DOE ENTITIES 1-10,<br><br>          Defendants. | ) (Custodian of Medical Records of:<br>) NICOLAS R. PRUITT, D.D.S., 377 Keahole<br>) Street, Suite 211, Honolulu, Hawaii 96825)<br>) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the following document was duly served by hand delivery to the following individual at his address listed below on May 2, 2006:

1. DEFENDANT CITY AND COUNTY OF HONOLULU AND ALAN RIVERS' NOTICE OF TAKING DEPOSITION UPON WRITTEN INTERROGATORIES; EXHIBIT "A"

   (Custodian of Medical Records of: Straub Clinic and Hospital, 888 South King Street, Honolulu, Hawaii 96813)

2. DEFENDANT CITY AND COUNTY OF HONOLULU AND ALAN RIVERS' NOTICE OF TAKING DEPOSITION UPON WRITTEN INTERROGATORIES; EXHIBIT "A"

   (Custodian of Medical Records of: NICOLAS R. PRUITT, D.D.S., 377 Keahole Street, Suite 211, Honolulu, Hawaii 96825)

SHAWN A. LUIZ, ESQ.                                   [1 copy]
BRIAN G. SHAUGHNESSY, ESQ.
City Center, Suite 800
810 Richard Street
Honolulu, Hawaii 96813
Attorneys for Plaintiff

CARY T. TANAKA, ESQ.                                [1 copy]
745 Fort Street
Honolulu, Hawaii  96813
Attorney for Defendant
Harold Uehara

DATED:  Honolulu, Hawaii, May 2, 2006.

                                       CARRIE K.S. OKINAGA
                                       Corporation Counsel

                                       /s/ Moana A. Yost
                                       MOANA A. YOST
                                       Deputy Corporation Counsel
                                       Attorney for Defendants
                                       CITY AND COUNTY OF HONOLULU
                                       and ALAN RIVERS