ORIGINAL

SHAWN A. LUIZ          6855
810 Richard Street
City Center, Suite 800
Honolulu, Hawaii 96813
Telephone:  (808) 538-0500
Facsimile:    (808) 538-0600
attorneyluiz@msn.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 14 2006

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

Attorneys for Plaintiff
ROBERT SOUZA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ROBERT SOUZA,<br><br>          Plaintiff,<br><br>     vs.<br><br>CITY AND COUNTY OF HONOLULU; HAROLD UEHARA, in his individual and official capacity; ALLAN RIVERS, in his individual and official capacity; TWO UNKNOWN POLICE OFFICERS, in their individual and official capacity, JEREMY HARRIS, in his official capacity as Mayor; LEE DONOHUE in his individual and official capacity as Police Chief; TAVERN 515, INC. d.b.a. CLUB YURAKUCHO, HARRY NAKAKI; JOHN AND JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and OTHER DOE ENTITIES 1-10,<br><br>          Defendants. | CIVIL NO. CV 04-00535 DAE BMK<br>(Other Civil Rights)<br><br>PLAINTIFF'S OPPOSITION TO DEFENDANTS TAVERN 515, INC. D.B.A. CLUB YURAKUCHO AND HARRY NAKAKI'S MOTION FOR RULE 54(B) CERTIFICATION, FILED MARCH 13, 2006; CERTIFICATE OF SERVICE<br><br>Hearing:<br>Date: June 5, 2006<br>Time: 9:00 a.m.<br>Honorable David Alan Ezra<br><br>Trial Date: January 23, 2007 |

1

)

PLAINTIFF'S OPPOSITION TO DEFENDANTS TAVERN 515, INC. D.B.A. CLUB YURAKUCHO AND HARRY NAKAKI'S MOTION FOR RULE 54(B) CERTIFICATION, FILED MARCH 13, 2006

The above-named Plaintiff, by and through his attorney, and for his Opposition to TAVERN 515, INC. d.b.a. CLUB YURAKUCHO and HARRY NAKAKI'S MOTION FOR RULE 54(B) CERTIFICATION FILED JULY 26, 2005, responds as follows:

Separate, piecemeal appeals during a single litigation are often inefficient and uneconomical and contrary to the historic federal policy favoring one appeal on all issues at the conclusion of the lawsuit. See Reiter v. Cooper, 507 U.S. 258, 263 (1993).

Defendants' motion should be denied, where awaiting a final judgment would not be unduly harsh or unjust. See O'Bert ex rel. estate of O' Bert v. Vargo, 331 F.3d 29, 40-41 (2nd Cir. 2003); Oklahoma Turnpike Auth. v. Bruner, 259 F. 1236, 1241-42 (10th cir. 2001); In re Southeast Banking Corp., 69 F.3d 1539, 1547 (11th Cir. 1995); PYCA Indus. v. Harrison County Waste Water Mgmt. Dist., 81 F.3d 1412, 1421 (5th Cir. 1996).

DATED:   Honolulu, Hawai'i, May 12, 2006.

                                                  SHAWN A. LUIZ
                                                  Attorneys for Plaintiff
                                                  ROBERT SOUZA

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CITY AND COUNTY OF HONOLULU; HAROLD UEHARA, in his individual and official capacity; ALLAN RIVERS, in his individual and official capacity; TWO UNKNOWN POLICE OFFICERS, in their individual and official capacity; JEREMY HARRIS, in his official capacity as Mayor; LEE DONOHUE in his individual and official capacity as Police Chief; TAVERN 515, INC. d.b.a. CLUB YURAKUCHO, HARRY NAKAKI; JOHN AND JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and OTHER DOE ENTITIES 1-10,<br><br>      Defendants. | CIVIL NO. CV 04-00535 DAE BMK<br>(Other Civil Rights)<br><br><br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY one copy of the foregoing was served upon Defendants, by and through their Counsel, by depositing the same with the U.S. mail, on May 12, 2006, addressed as follows:

4

Paul T. Yamamura, Esq.
Wesley D. Shimazu, Esq.
Central Pacific Center
220 S. King St.
Suite 1770
Honolulu, Hawaii 96813
Attorney for Tavern 515 and Harry Nakaki

Moana A. Yost, Esq.
Curtis Sherwood, Esq.
530 S. King St. Suite 110
Honolulu, Hawaii 96813
Attorney for County Defendants
CITY AND COUNTY OF HONOLULU;
ALLAN RIVERS,
in his individual and official capacity;

Cary T. Tanaka
Bishop Street Tower
700 Bishop Street
Suite 2001
Honolulu, Hawaii 96813
Attorney for HAROLD UEHARA, in his individual and official capacity, in his individual and official capacity;

DATED:   Honolulu, Hawai'i, May 12, 2006.

SHAWN A. LUIZ
Attorney for Plaintiff
ROBERT SOUZA

5