IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ROBERT SOUZA,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; HAROLD UYEHARA, in his individual and official capacity, ALLAN RIVERS, in his individual and official capacity; TWO UNKNOWN POLICE OFFICERS, in their individual and official capacity, JEREMY HARRIS, in his official capacity as Mayor; LEE DONOHUE, in his individual and official capacity as Police Chief; TAVERN 515, INC. d.b.a. CLUB YURAKUCHO, HARRY NAKAKI; JOHN AND JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and OTHER DOE ENTITIES 1-10,<br><br>        Defendants. | CIVIL NO. CV04-00535 DAE/BMK<br>(Other Civil Rights)<br><br>DECLARATION OF COUNSEL;<br>EXHIBIT "A" |

## DECLARATION OF COUNSEL

WESLEY D. SHIMAZU, hereby declares and states:

1. That he is an attorney licensed to practice in the State of Hawaii;

2. That he is a member of the law firm of YAMAMURA & SHIMAZU retained to represent Defendants TAVERN 515, INC. d.b.a. CLUB YURAKUCHO AND HARRY NAKAKI (hereinafter "Defendants") in the above-entitled matter;

3. That he has personal knowledge and is competent to testify as to the matters contained herein;

4. That attached hereto as Exhibit "A" is a true and correct copy of the Order Granting Defendants Tavern 515, Inc. d.b.a. Club Yurakucho and Harry Nakaki's Motion for Summary Judgment, filed herein on October 17, 2005.

I DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY INFORMATION AND BELIEF.

DATED: Honolulu, Hawai'i, May 24, 2006.

WESLEY D. SHIMAZU