## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, a true copy of the foregoing was duly served upon the following persons at their respective addresses by means of hand-delivery, addressed as follows:

    SHAWN A. LUIZ, ESQ.
    City Center, Suite 800
    810 Richard Street
    Honolulu, Hawaii 96813
    Attorney for Plaintiff

    CARRIE K.S. OKINAGA, ESQ.
    Corporation Counsel
    MOANA A. YOST, ESQ.
    CURTIS SHERWOOD, ESQ.
    Deputy Corporation Counsels
    City and County of Honolulu
    530 South King Street, Room 110
    Honolulu, Hawaii 96813
    Attorneys for Defendants
    CITY AND COUNTY OF HONOLULU
    And ALLAN RIVERS

    CARY T. TANAKA, ESQ.
    Bishop Street Tower
    700 Bishop Street, Suite 2001
    Honolulu, Hawaii 96813
    Attorney for Defendant
    HAROLD UEHARA

DATED:   Honolulu, Hawai'i, May 24, 2006.

_____
PAUL T. YAMAMURA
WESLEY D. SHIMAZU
Attorneys for Defendants
TAVERN 515, INC. d.b.a. CLUB
YURAKUCHO and HARRY
NAKAKI