UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CITY AND COUNTY OF HONOLULU; HAROLD UEHARA, in his individual and official capacity; ALAN RIVERS, in his individual and official capacity; **RICK S.Y. YI, in his individual and official capacity; AUGUST C. BELDEN, in his individual and official capacity,** JEREMY HARRIS, in his official capacity as Mayor; LEE DONOHUE in his individual and official capacity as Police Chief; TAVERN 515, INC. d.b.a. CLUB YURAKUCHO, HARRY NAKAKI; JOHN AND JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and OTHER DOE ENTITIES 1-10,<br><br>    Defendants. | CIVIL NO. CV 04-00535 DAE BMK<br>(Other Civil Rights)<br><br>**DEMAND FOR JURY TRIAL** |

### DEMAND FOR JURY TRIAL

The Plaintiff, pursuant to Rule 38 of the Federal Rules of Civil Procedure, demand a trial by jury on all issues, triable by jury in this action.

DATED:    Honolulu, Hawai'i, June 16, 2006.

_____
SHAWN A. LUIZ
Attorneys for Plaintiff
ROBERT SOUZA

22