UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CITY AND COUNTY OF HONOLULU; HAROLD UEHARA, in his individual and official capacity, **ALAN** RIVERS, in his individual and official capacity; **RICK S.Y. YI, in his individual and official capacity; AUGUST C. BELDEN, in his individual and official capacity,** JEREMY HARRIS, in his official capacity as Mayor; LEE DONOHUE in his individual and official capacity as Police Chief; TAVERN 515, INC. d.b.a. CLUB YURAKUCHO, HARRY NAKAKI; JOHN AND JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and OTHER DOE ENTITIES 1-10,<br><br>          Defendants. | CIVIL NO. CV 04-00535 DAE BMK (Other Civil Rights)<br><br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY one copy of the foregoing was served upon

Defendants, by and through their Counsel, by depositing the same with the

hand-delivery, on June 16, 2006, addressed as follows:

> Moana A. Yost, Esq.
> Curtis Sherwood, Esq.
> 530 S. King St. Suite 110
> Honolulu, Hawaii 96813
> Attorney for County Defendants

CITY AND COUNTY OF HONOLULU;
ALAN RIVERS,
in his individual and official capacity;

CARY TANAKA
745 Fort Street
Suite 510
Honolulu, Hawaii 96813
Attorney for HAROLD UEHARA


DATED:    Honolulu, Hawai'i, June 16, 2006.

SHAWN A. LUIZ
Attorney for Plaintiff
ROBERT SOUZA