IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA,<br><br>        Plaintiff,<br><br>  vs.<br><br>CITY AND COUNTY OF HONOLULU; HAROLD UEHARA, in his individual and official capacity, ALLAN RIVERS, in his individual and official capacity; TWO UNKNOWN POLICE OFFICERS, in their individual and official capacity, JEREMY HARRIS, in his official capacity as Mayor; LEE DONOHUE, in his individual and official capacity as Police Chief; TAVERN 515, INC. d.b.a. CLUB YURAKUCHO, HARRY NAKAKI; JOHN AND JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and OTHER DOE ENTITIES 1-10,<br><br>        Defendants. | CIVIL NO. 04-00535 DAE BMK<br>(Other Civil Rights)<br><br>DEMAND FOR TRIAL BY JURY |

DEMAND FOR TRIAL BY JURY

    Defendant HAROLD UEHARA hereby demands a trial by jury.

    DATED:  Honolulu, Hawaii, July 6, 2006.

                                    /s/ Cary T. Tanaka
                                    CARY T. TANAKA
                                    Attorney for Defendant
                                    HAROLD UEHARA