IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA, )<br>)<br>        Plaintiff, )<br>)<br>  vs. )<br>)<br>CITY AND COUNTY OF HONOLULU; )<br>HAROLD UEHARA, in his )<br>individual and official )<br>capacity, ALAN RIVERS, in his )<br>individual and official )<br>capacity; RICK S.Y. YI, in )<br>his individual and official )<br>capacity; AUGUST C. BELDEN, )<br>in his individual and )<br>official capacity; JEREMY )<br>HARRIS, in his official )<br>capacity as Mayor; LEE )<br>DONOHUE, in his individual )<br>and official capacity as )<br>Police Chief; TAVERN 515, )<br>INC. d.b.a. CLUB YURAKUCHO, )<br>HARRY NAKAKI; JOHN AND JANE )<br>DOES 1-10; DOE PARTNERSHIPS )<br>1-10; DOE CORPORATIONS 1-10; )<br>and OTHER DOE ENTITIES 1-10, )<br>)<br>        Defendants. )<br>) | CIVIL NO. 04-00535 DAE BMK<br>(Other Civil Rights)<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

    I hereby certify that, on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served Electronically through CM/ECF:**

    SHAWN A. LUIZ, ESQ.
    Suite 800 City Center
    810 Richards Street
    Honolulu, Hawaii 96813

    Attorney for Plaintiff

    MOANA A. YOST, ESQ.
    Deputy Corporation Counsel
    530 South King Street, Room 110
    Honolulu, Hawaii 96813

    Attorney for Defendants
    CITY AND COUNTY OF HONOLULU and
    ALAN RIVERS

DATED:   Honolulu, Hawaii, July 6, 2006.

                                      /s/ Cary T. Tanaka
                                      CARY T. TANAKA
                                      Attorney for Defendant
                                      HAROLD UEHARA