**ORIGINAL**

SHAWN A. LUIZ          6855
810 Richard Street
City Center, Suite 800
Honolulu, Hawaii 96813
Telephone: (808) 538-0500
Facsimile: (808) 538-0600
attorneyluiz@msn.com

Attorneys for Plaintiff
ROBERT SOUZA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 28 2006

at ___ o'clock and ___ min. ___M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ROBERT SOUZA,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; HAROLD UEHARA, in his individual and official capacity, **ALAN** RIVERS, in his individual and official capacity; **RICK S.Y. YI, in his individual and official capacity; AUGUST C. BELDEN, in his individual and official capacity,** JEREMY HARRIS, in his official capacity as Mayor; LEE DONOHUE in his individual and official capacity as Police Chief; TAVERN 515, INC. d.b.a. CLUB YURAKUCHO, HARRY NAKAKI; JOHN AND JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and OTHER DOE ENTITIES 1-10,<br><br>    Defendants. | CIVIL NO. CV 04-00535 DAE BMK<br>(Other Civil Rights)<br><br>NOTICE OF MOTION; MOTION TO WITHDRAW AS COUNSEL; MEMORANDUM IN SUPPORT; DECLARATION OF SHAWN A. LUIZ; CERTIFICATE OF SERVICE<br><br>DATE: _____<br>TIME: _____<br>JUDGE: Honorable Barry M. Kurren |

NOTICE OF MOTION

TO:

Plaintiff Robert Souza
94-557 Alapoai St. Unit 156
Mililani, Hawaii 96789
(Telephone: (808) 225-0321)

Moana A. Yost, Esq.
Curtis Sherwood, Esq.
530 S. King St. Suite 110
Honolulu, Hawaii 96813
Attorney for County Defendants
CITY AND COUNTY OF HONOLULU;
ALAN RIVERS, in his individual and official capacity;

CARY TANAKA
745 Fort Street
Suite 510
Honolulu, Hawaii 96813
Attorney for HAROLD UEHARA

Brian Shaughnessy
Attorney at Law
1917 Dudoit Lane
Suite C
Honolulu, Hawaii 96815
(Telephone: (808) 947-3235)
co-counsel for Plaintiff
ROBERT SOUZA

   PLEASE TAKE NOTICE that the undersigned will bring the following motion on for hearing before the Honorable Barry M. Kurren, at the United States District Court for the District of Hawaii, 300 Ala Moana Boulevard, Honolulu,

Hawaii on _____, 2006, at _____ a.m./p.m., or as soon thereafter as counsel can be heard.

    DATED: Honolulu, Hawaii, July 28, 2006.

                                              SHAWN A. LUIZ
                                              Attorney for Plaintiff
                                              ROBERT SOUZA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ROBERT SOUZA,<br><br>          Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; HAROLD UEHARA, in his individual and official capacity, **ALAN** RIVERS, in his individual and official capacity; **RICK S.Y. YI, in his individual and official capacity; AUGUST C. BELDEN, in his individual and official capacity,** JEREMY HARRIS, in his official capacity as Mayor; LEE DONOHUE in his individual and official capacity as Police Chief; TAVERN 515, INC. d.b.a. CLUB YURAKUCHO, HARRY NAKAKI; JOHN AND JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and OTHER DOE ENTITIES 1-10,<br><br>          Defendants. | CIVIL NO. CV 04-00535 DAE BMK<br>(Other Civil Rights)<br><br>MOTION TO WITHDRAW AS COUNSEL |

MOTION TO WITHDRAW AS COUNSEL

    COMES NOW SHAWN A. LUIZ, ESQ., and Brian G. Shaughnessy, Esq., co-counsel for Plaintiff, and hereby move this court for an order to WITHDRAW AS COUNSEL.

4

This Motion is brought pursuant to Rule 7 of the Federal Rules of Civil Procedure and Local Rule 83.6 and Hawaii Rules of Professional Conduct, Rule 1.16. It is based upon the attached Memorandum in Support, the Declaration of Counsel, and upon such further evidence and argument as may be presented prior to or during a hearing on this motion.

DATED: Honolulu, Hawaii, July 28, 2006.

_____
SHAWN A. LUIZ
Attorney for Plaintiff
ROBERT SOUZA