IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ROBERT SOUZA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; HAROLD UEHARA, in his individual and official capacity; ALAN RIVERS, in his individual and official capacity; **RICK S.Y. YI, in his individual and official capacity; AUGUST C. BELDEN, in his individual and official capacity,** JEREMY HARRIS, in his official capacity as Mayor; LEE DONOHUE in his individual and official capacity as Police Chief; TAVERN 515, INC. d.b.a. CLUB YURAKUCHO, HARRY NAKAKI; JOHN AND JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and OTHER DOE ENTITIES 1-10,<br><br>　　　　Defendants. | CIVIL NO. CV 04-00535 DAE BMK<br>(Other Civil Rights)<br><br>MOTION TO WITHDRAW AS COUNSEL |

## MOTION TO WITHDRAW AS COUNSEL

Plaintiff does not have sufficient funds to pay costs for depositions and related matters or attorney's fees as required by a retainer agreement. Additionally, the County had made a Rule 68 offer for $5,000.00 which Plaintiff

6

did not accept. As the County wants to take a minimum of 5 depositions and Mr. Souza cannot meet the requirement of my retainer to pay costs of said depositions, or attorney's fees, I must ethically withdraw from the case. Brian Shaughnessy, a duly admitted member of this court also needs to withdraw due his personal medical reasons as well as another family member's medical condition.

DATED: Honolulu, Hawaii, July 28, 2006.

                                        SHAWN A. LUIZ
                                        Attorney for Plaintiff
                                        ROBERT SOUZA