IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ROBERT SOUZA, <br><br> Plaintiff, <br><br> vs. <br><br> CITY AND COUNTY OF HONOLULU; HAROLD UEHARA, in his individual and official capacity, **ALAN RIVERS**, in his individual and official capacity; **RICK S.Y. YI, in his individual and official capacity; AUGUST C. BELDEN, in his individual and official capacity,** JEREMY HARRIS, in his official capacity as Mayor; LEE DONOHUE in his individual and official capacity as Police Chief; TAVERN 515, INC. d.b.a. CLUB YURAKUCHO, HARRY NAKAKI; JOHN AND JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and OTHER DOE ENTITIES 1-10, <br><br> Defendants. | CIVIL NO. CV 04-00535 DAE BMK <br> (Other Civil Rights) <br><br> DECLARATION OF SHAWN A. LUIZ |

DECLARATION OF SHAWN A. LUIZ

I, SHAWN A. LUIZ, pursuant to 28 U.S.C. Section 1746, hereby declare as follows:

1. I am co-counsel for Plaintiff along with Brian G. Shaughnessy in the above captioned matter. Declarant and co-counsel Brian G. Shaughnessy respectfully request that they be discharged as counsel of record due the Plaintiff's lack of ability to meet retainer agreement.

2. Plaintiff cannot meet my retainer agreements for payments towards fees or costs. I have given Plaintiff almost 6 months but the situation remains that cannot Plaintiff cannot meet my retainer agreements for payments towards fees or costs and is unlikely to do.

3. Brian Shaughnessy is no longer affiliated with my office. October 2004 is the last month he paid rent and removed his belongings shortly afterwards to his 1917 Dudoit Lane address due to his medical condition. Further he has a family member who has been in critical care these last several months.

DATED: Honolulu, Hawaii, July 28, 2006.

SHAWN A. LUIZ