IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ROBERT SOUZA, | CIVIL NO. CV 04-00535 DAE BMK |
| | (Other Civil Rights) |
| Plaintiff, | |
| | |
| vs. | CERTIFICATE OF SERVICE |
| | |
| CITY AND COUNTY OF HONOLULU; HAROLD UEHARA, in his individual and official capacity, **ALAN** RIVERS, in his individual and official capacity; **RICK S.Y. YI, in his individual and official capacity; AUGUST C. BELDEN, in his individual and official capacity,** JEREMY HARRIS, in his official capacity as Mayor; LEE DONOHUE in his individual and official capacity as Police Chief; TAVERN 515, INC. d.b.a. CLUB YURAKUCHO, HARRY NAKAKI; JOHN AND JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and OTHER DOE ENTITIES 1-10, | |
| | |
| Defendants. | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY one copy of the foregoing was served upon Defendants, by U.S. Mail or facsimile transmission, on July 28, 2006, addressed as follows:

1

Plaintiff Robert Souza
94-557 Alapoai St. Unit 156
Mililani, Hawaii 96789
Telephone: (808) 225-0321
(via U.S. Mail)

Moana A. Yost, Esq.
Curtis Sherwood, Esq.
530 S. King St. Suite 110
Honolulu, Hawaii 96813
Attorney for County Defendants
CITY AND COUNTY OF HONOLULU;
ALAN RIVERS, in his individual and official capacity
(Via facsimile 523-4583)

CARY TANAKA, Esq.
745 Fort Street
Suite 510
Honolulu, Hawaii 96813
Attorney for HAROLD UEHARA
(via facsimile 536-7745)

Brian Shaughnessy, Esq.
Attorney at Law
1917 Dudoit Lane
Suite C
Honolulu, Hawaii 96815
Telephone: (808) 947-3235

DATED:   Honolulu, Hawai'i, July 28, 2006.

           SHAWN A. LUIZ
           Attorney for Plaintiff
           ROBERT SOUZA