ORIGINAL

Case No.:    CV04-00535 DAE BMK

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[(1)] | DATE: 07/27/06 | TIME: 10:40 |
|---|---|---|
| NAME OF SERVER: **NORMAN ROBILIO** ~~Civil Process Server~~ | TITLE: | |

*Check one box below to indicate appropriate method of service*

NAME OF DEFENDANT SERVED:  AUGUST C. BELDEN, in his individual and official capacity

☑  Served personally upon the defendant.  Place where served: OFFICER AUGUST BELDEN
AT 2330 UNIVERSITY AVE. , HON, HI. 96822

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable
Age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

Address: _____

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 28 2006

☐  Returned unexecuted.  (Reason):

at 3 o'clock and 31 min. P M
SUE BEITIA, CLERK

☐  Other (specify): Served upon (Company): _____

by serving upon (Name): _____

who is the  (Title): _____

Address of service: _____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
Contained in the Return of Service is true and correct.

Executed on  07/27/06
(Date)

_____
(Signature of Server)

**NORMAN ROBILIO**
**Civil Process Server**

c/o:  Process Servers Exclusive LLC
550 Halekauwila Street, Suite 302
Honolulu, Hawaii 96813

ACKNOWLEDGMENT OF SERVICE:    (Signature of Person accepting documents):

_____
(Signature)

August Belden
(Print Name)

PO
(Title)

**Documents Served**:  Second Amended Complaint for Declatory Relief and Compensatory and Punitive
Damages; Demand for Jury Trial; Summons; Certificate of Service

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# United States District Court

District of Hawaii

ROBERT SOUZA,

**RETURN OF SERVICE**

v.                          Plaintiff(s),

CASE NO.:   CV04-00535 DAE BMK

(Other Civil Rights)

CITY AND COUNTY OF HONOLULU, et al.,

Defendant(s).

## RETURN OF SERVICE

<u>Attorney</u>

SHAWN A. LUIZ  #6855
810 Richard Street, Suite 800
Honolulu, Hawaii 96813
Tel: (808) 538-0500
Fax: (808) 538-0600

Attorneys for Plaintiff