ORIGINAL

AO 440 (Rev. 8/01) Summons in a Civil Action

Case No.:  CV 04-00535 DAE BMK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE: 08/03/06    TIME: 10:30 |
| NAME OF SERVER:  JACINTO CARRASCO III    Civil Process Server | TITLE: |

*Check one box below to indicate appropriate method of service*

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NAME OF DEFENDANT SERVED:  RICK S.Y. YI, in his individual and official capacity

AUG 0 3 2006

☐ Served personally upon the defendant.  Place where served: _____

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable
Age and discretion then residing therein.
Name of person with whom the summons and complaint were left: KYOM CHA YI (MOTHER)
Address: 2232 KAPIOLANI BLVD. #309, HON, HI. 96826

☐ Returned unexecuted.  (Reason):

☐ Other (specify):  Served upon (Company): _____
by serving upon (Name): _____
who is the (Title): _____
Address of service: _____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
Contained in the Return of Service is true and correct.

Executed on   8/3/06
         (Date)

_____
(Signature of Server)

JACINTO CARRASCO III
Civil Process Server

c/o:  Process Servers Exclusive LLC
      550 Halekauwila Street, Suite 302
      Honolulu, Hawaii 96813

ACKNOWLEDGMENT OF SERVICE:    (Signature of Person accepting documents):

_____    KYOM CHA YI    _____
(Signature)                  (Print Name)              (Title)

Documents Served:  Second Amended Complaint For Declaratory Relief and Compensatory and
                   Punitive Damages; Demand for Jury Trial; Summons; Certificate of Service;

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

SHAWN A. LUIZ (6859)
810 Richards Street, Ste. 800
Honolulu, Hawaii 96813
Telephone: (808) 538-0500
Facsimile: (808) 538-0600

# United States District Court

## DISTRICT OF HAWAII

ROBERT SOUZA,

**RETURN OF SERVICE**

CASE NO.: CV 04-00535 DAE BMK

Plaintiff(s),

v.

CITY AND COUNTY OF HONOLULU; et al

Defendant(s).

## RETURN OF SERVICE