CARRIE K.S. OKINAGA, 5958
Corporation Counsel

MOANA A. YOST, 7738
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813
Telephone: (808) 523-4065
Facsimile: (808) 523-4583
e-mail: myost@honolulu.gov

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU
and ALAN RIVERS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA, | Civil No. CV04 00535 DAE BMK |
| | (Other Civil Rights) |
| Plaintiff, | |
| | DEFENDANTS CITY AND COUNTY |
| vs. | OF HONOLULU AND |
| | ALAN RIVERS' **STATEMENT OF** |
| CITY AND COUNTY OF | **NO OPPOSITION** AND **NO** |
| HONOLULU; HAROLD UEHARA, in | **APPEARANCE** TO PLAINTIFF'S |
| his individual and official capacity, | MOTION TO WITHDRAW AS |
| ALAN RIVERS, in his individual and | COUNSEL FILED JULY 28, 2006; |
| official capacity; RICK S.Y. YI, in his | CERTIFICATE OF SERVICE |
| individual and official capacity; | |
| AUGUST C. BELDEN, in his | |
| individual and official capacity, | |
| JEREMY HARRIS, in his official | |
| capacity as Mayor; LEE DONOHUE in | Date: September 7, 2006 |
| his individual and official capacity as | Time: 11:00 a.m. |
| Police Chief; TAVERN 515, INC. d.b.a. | Judge: Honorable Barry M. Kurren |
| CLUB YURAKUCHO, | |
| HARRY NAKAKI; JOHN AND JANE | |

```
DOES 1-10; DOE PARTNERSHIPS    )
1-10; DOE CORPORATIONS 1-10;   )
and OTHER DOE ENTITIES 1-10,   )
                               )
        Defendants.            )
```

### DEFENDANTS CITY AND COUNTY OF HONOLULU AND ALAN RIVERS' **STATEMENT OF NO OPPOSITION** AND **NO APPEARANCE** TO PLAINTIFF'S MOTION TO WITHDRAW AS COUNSEL FILED JULY 28, 2006

Defendants City and County of Honolulu and Alan Rivers, by and through their undersigned attorneys, hereby state that they take no opposition and will not appear at the hearing regarding Plaintiff's Motion to Withdraw as Counsel filed July 28, 2006.

DATED: Honolulu, Hawaii, August 9, 2006.

> CARRIE K.S. OKINAGA
> Corporation Counsel
>
>
> /s/ Moana A. Yost
>   MOANA A. YOST
>   Deputy Corporation Counsel
>
>   Attorney for Defendants
>   CITY AND COUNTY OF HONOLULU
>   and ALAN RIVERS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CITY AND COUNTY OF ) <br> HONOLULU; HAROLD UEHARA, in ) <br> his individual and official capacity, ) <br> ALAN RIVERS, in his individual and ) <br> official capacity; RICK S.Y. YI, in his ) <br> individual and official capacity; ) <br> AUGUST C. BELDEN, in his ) <br> individual and official capacity, ) <br> JEREMY HARRIS, in his official ) <br> capacity as Mayor; LEE DONOHUE in ) <br> his individual and official capacity as ) <br> Police Chief; TAVERN 515, INC. d.b.a.) <br> CLUB YURAKUCHO, ) <br> HARRY NAKAKI; JOHN AND JANE ) <br> DOES 1-10; DOE PARTNERSHIPS ) <br> 1-10; DOE CORPORATIONS 1-10; ) <br> and OTHER DOE ENTITIES 1-10, ) <br> ) <br> Defendants. ) | Civil No. CV04 00535 DAE BMK <br> (Other Civil Rights) <br><br> CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the within was duly served by the methods of service noted, to the following individuals, at their address listed below on August 9, 2006:

**Served via U.S. Mail, Postage paid:**

SHAWN A. LUIZ, ESQ.
BRIAN G. SHAUGHNESSY, ESQ.
City Center, Suite 800
810 Richard Street
Honolulu, Hawaii  96813
Attorneys for Plaintiff

**Served Electronically through CM/ECF**:

CARY T. TANAKA, ESQ.            carytanaka@aol.com
Suite 510 Fort Street Tower
745 Fort Street
Honolulu, Hawaii  96813
Attorney for Defendant HAROLD UEHARA

DATED:  Honolulu, Hawaii, August 9, 2006.

                    CARRIE K.S. OKINAGA
                    Corporation Counsel

                    /s/ Moana A. Yost
                       MOANA A. YOST
                       Deputy Corporation Counsel

                    Attorney for Defendants
                    CITY AND COUNTY OF HONOLULU
                    and ALAN RIVERS