**ORIGINAL**

YAMAMURA & SHIMAZU
ATTORNEYS AT LAW

PAUL T. YAMAMURA          3056-0
WESLEY D. SHIMAZU         6119-0
1770 Central Pacific Plaza
220 South King Street
Honolulu, Hawai'i 96813
Telephone:    (808) 523-6969
Email:    pyamamur@hawaiiantel.net
Email:    w.shimazu@hawaiiantel.net

Attorneys for Defendants
TAVERN 515, INC. d.b.a. CLUB
YURAKUCHO and HARRY NAKAKI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA, | CIVIL NO. CV04-00535 DAE/BMK |
| | (Other Civil Rights) |
| Plaintiff, | |
| | DEFENDANTS TAVERN 515, |
| vs. | INC. d.b.a. CLUB YURAKUCHO |
| | and HARRY NAKAKI'S |
| CITY AND COUNTY OF HONOLULU; HAROLD UYEHARA, in his individual and official capacity, ALLAN RIVERS, in his individual and official capacity; TWO UNKNOWN POLICE OFFICERS, in their individual and official capacity, JEREMY HARRIS, in his official capacity as Mayor; LEE DONOHUE, in his individual and | STATEMENT OF NO POSITION AS TO MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF ROBERT SOUZA; CERTIFICATE OF SERVICE |
| | Hearing: |
| | Date:    September 7, 2006 |
| | Time:    9:00 a.m. |
| | Judge:   Hon. Barry M. Kurren |
| | Trial Date: January 23, 2007 |

official capacity as Police Chief; )
TAVERN 515, INC. d.b.a. CLUB )
YURAKUCHO, HARRY NAKAKI; )
JOHN AND JANE DOES 1-10; )
DOE PARTNERSHIPS 1-10; DOE )
CORPORATIONS 1-10; and )
OTHER DOE ENTITIES 1-10, )
 )
         Defendants. )
 )

DEFENDANTS TAVERN 515, INC. d.b.a. CLUB
YURAKUCHO and HARRY NAKAKI'S STATEMENT OF
NO POSITION AS TO MOTION TO WITHDRAW AS
COUNSEL FOR PLAINTIFF ROBERT SOUZA

COME NOW, Defendants TAVERN 515, INC. d.b.a. CLUB YURAKUCHO and HARRY NAKAKI (hereinafter "Defendants"), by and through their attorneys, YAMAMURA & SHIMAZU, and hereby submit their statement of no position as to the Motion to Withdraw as Counsel for Plaintiff Robert Souza scheduled for hearing on September 7, 2006 at 9:00 a.m. before the Honorable Barry M. Kurren. Defendants do not intend to appear at said hearing.

DATED:   Honolulu, Hawai‘i, August 10, 2006.

PAUL T. YAMAMURA
WESLEY D. SHIMAZU
Attorneys for Defendants
TAVERN 515, INC. d.b.a. CLUB
YURAKUCHO and HARRY
NAKAKI

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, a true copy of the foregoing was duly served upon the following persons at their respective addresses by means of hand-delivery, addressed as follows:

SHAWN A. LUIZ, ESQ.
BRIAN G. SHAUGHNESSY, ESQ.
City Center, Suite 800
810 Richard Street
Honolulu, Hawaii 96813
Attorneys for Plaintiff

CARRIE K.S. OKINAGA, ESQ.
Corporation Counsel
MOANA A. YOST, ESQ.
CURTIS SHERWOOD, ESQ.
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813
Attorneys for Defendants
CITY AND COUNTY OF HONOLULU
And ALLAN RIVERS

CARY T. TANAKA, ESQ.
Bishop Street Tower
700 Bishop Street, Suite 2001
Honolulu, Hawaii 96813
Attorney for Defendant
HAROLD UEHARA

DATED:  Honolulu, Hawai'i, August 10, 2006.

                                      /s/ Wesley D. Shimazu
PAUL T. YAMAMURA
WESLEY D. SHIMAZU
Attorneys for Defendants
TAVERN 515, INC. d.b.a. CLUB
YURAKUCHO and HARRY
NAKAKI