```
CARY T. TANAKA        4858-0
Attorney at Law
Suite 510 Fort Street Tower
745 Fort Street
Honolulu, Hawaii  96813
Telephone:  536-8885
email:  carytanaka@aol.com

Attorney for Defendant
HAROLD UEHARA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA,<br><br>        Plaintiff,<br><br>  vs.<br><br>CITY AND COUNTY OF HONOLULU; HAROLD UEHARA, in his individual and official capacity, ALAN RIVERS, in his individual and official capacity; RICK S.Y. YI, in his individual and official capacity; AUGUST C. BELDEN, in his individual and official capacity; JEREMY HARRIS, in his official capacity as Mayor; LEE DONOHUE, in his individual and official capacity as Police Chief; TAVERN 515, INC. d.b.a. CLUB YURAKUCHO, HARRY NAKAKI; JOHN AND JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and OTHER DOE ENTITIES 1-10,<br><br>        Defendants. | CIVIL NO. 04-00535 DAE BMK<br>(Other Civil Rights)<br><br>DEFENDANT HAROLD UEHARA'S STATEMENT OF NO OPPOSITION AND NON-APPEARANCE TO PLAINTIFF'S MOTION TO WITHDRAW AS COUNSEL FILED ON JULY 28, 2006; CERTIFICATE OF SERVICE<br><br>DATE:  SEPTEMBER 7, 2006<br>TIME:  11:00 A.M.<br>MAGISTRATE:  BARRY M. KURREN<br><br><br>TRIAL DATE:  January 23, 2007 |

DEFENDANT HAROLD UEHARA'S STATEMENT OF
NO OPPOSITION AND NON-APPEARANCE TO PLAINTIFF'S
<u>MOTION TO WITHDRAW AS COUNSEL FILED ON JULY 28, 2006</u>

Defendant HAROLD UEHARA, by and through his attorney, CARY T. TANAKA, hereby states that he has no opposition to Plaintiff's Motion to Withdraw As Counsel which was filed on July 28, 2006.

Counsel for Defendant HAROLD UEHARA will not be appearing at the hearing on said Motion which is scheduled for hearing on September 7, 2006 at 11:00 a.m. before the Honorable Barry M. Kurren.

DATED:  Honolulu, Hawaii, August 11, 2006.

                                                <u>/s/ Cary T. Tanaka</u>
                                                CARY T. TANAKA
                                                Attorney for Defendant
                                                HAROLD UEHARA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA,                         )<br>                                       )<br>             Plaintiff,               )<br>                                       )<br>     vs.                               )<br>                                       )<br>CITY AND COUNTY OF HONOLULU;           )<br>HAROLD UEHARA, in his                  )<br>individual and official                )<br>capacity, ALAN RIVERS, in his          )<br>individual and official                )<br>capacity; RICK S.Y. YI, in             )<br>his individual and official            )<br>capacity; AUGUST C. BELDEN,            )<br>in his individual and                  )<br>official capacity; JEREMY              )<br>HARRIS, in his official                )<br>capacity as Mayor; LEE                 )<br>DONOHUE, in his individual             )<br>and official capacity as               )<br>Police Chief; TAVERN 515,              )<br>INC. d.b.a. CLUB YURAKUCHO,            )<br>HARRY NAKAKI; JOHN AND JANE            )<br>DOES 1-10; DOE PARTNERSHIPS            )<br>1-10; DOE CORPORATIONS 1-10;           )<br>and OTHER DOE ENTITIES 1-10,           )<br>                                       )<br>             Defendants.              )<br>                                       ) | CIVIL NO. 04-00535 DAE BMK<br>(Other Civil Rights)<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served Electronically through CM/ECF:**

| | |
|---|---|
| SHAWN A. LUIZ, ESQ.<br>Suite 800 City Center<br>810 Richards Street<br>Honolulu, Hawaii 96813 | attorneyluiz@msn.com<br>August 11, 2006 |

Attorney for Plaintiff

| | |
|---|---|
| MOANA A. YOST, ESQ.<br>Deputy Corporation Counsel<br>530 South King Street, Room 110<br>Honolulu, Hawaii 96813 | myost@honolulu.gov<br>August 11, 2006 |

Attorney for Defendants
CITY AND COUNTY OF HONOLULU and
ALAN RIVERS

DATED:   Honolulu, Hawaii, August 11, 2006.


/s/ Cary T. Tanaka
CARY T. TANAKA
Attorney for Defendant
HAROLD UEHARA