IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA,                              )<br>                                            )<br>          Plaintiff,                       )<br>                                            )<br>     vs.                                    )<br>                                            )<br>CITY AND COUNTY OF HONOLULU;                )<br>HAROLD UEHARA, in his                       )<br>individual and official                     )<br>capacity, ALAN RIVERS, in his               )<br>individual and official                     )<br>capacity; RICK S.Y. YI, in                  )<br>his individual and official                 )<br>capacity; AUGUST C. BELDEN,                 )<br>in his individual and                       )<br>official capacity; JEREMY                   )<br>HARRIS, in his official                     )<br>capacity as Mayor; LEE                      )<br>DONOHUE, in his individual                  )<br>and official capacity as                    )<br>Police Chief; TAVERN 515,                   )<br>INC. d.b.a. CLUB YURAKUCHO,                 )<br>HARRY NAKAKI; JOHN AND JANE                 )<br>DOES 1-10; DOE PARTNERSHIPS                 )<br>1-10; DOE CORPORATIONS 1-10;                )<br>and OTHER DOE ENTITIES 1-10,                )<br>                                            )<br>          Defendants.                       )<br>                                            ) | CIVIL NO. 04-00535 DAE BMK<br>(Other Civil Rights)<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE
---

I hereby certify that by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses on August 11, 2006:

**Served Electronically through CM/ECF:**

  SHAWN A. LUIZ, ESQ.      attorneyluiz@msn.com
  Suite 800 City Center
  810 Richards Street
  Honolulu, Hawaii 96813

  Attorney for Plaintiff

  MOANA A. YOST, ESQ.      myost@honolulu.gov
  Deputy Corporation Counsel
  530 South King Street, Room 110
  Honolulu, Hawaii 96813

  Attorney for Defendants
  CITY AND COUNTY OF HONOLULU and
  ALAN RIVERS

DATED:  Honolulu, Hawaii, August 11, 2006.

           /s/ Cary T. Tanaka
           CARY T. TANAKA
           Attorney for Defendant
           HAROLD UEHARA