CARRIE K.S. OKINAGA, 5958
Corporation Counsel

MOANA A. YOST, 7738
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813
Telephone: (808) 523-4065
Facsimile: (808) 523-4583
e-mail: myost@honolulu.gov

Attorneys for Defendants
City and County of Honolulu;
Alan Rivers

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA, | Civil No. CV04 00535 DAE BMK |
| | (Other Civil Rights) |
| Plaintiff, | |
| | DEFENDANT CITY AND COUNTY |
| vs. | OF HONOLULU'S SEPARATE AND |
| | CONCISE STATEMENT OF FACTS |
| CITY AND COUNTY OF | IN SUPPORT OF DEFENDANT CITY |
| HONOLULU; HAROLD UEHARA, in | AND COUNTY OF HONOLULU'S |
| his individual and official capacity, | MOTION FOR SUMMARY |
| ALAN RIVERS, in his individual and | JUDGMENT FILED AUGUST 17, |
| official capacity; RICK S.Y. YI, in his | 2006; CERTIFICATE OF SERVICE |
| individual and official capacity; | |
| AUGUST C. BELDEN, in his | Hearing |
| individual and official capacity, | Date: _____ |
| JEREMY HARRIS, in his official | Time: _____ |
| capacity as Mayor; LEE DONOHUE in | Judge: Honorable David A. Ezra |
| his individual and official capacity as | |
| Police Chief; TAVERN 515, INC. d.b.a. | TRIAL: January 23, 2007 |
| CLUB YURAKUCHO, | |
| HARRY NAKAKI; JOHN AND JANE | |

```
DOES 1-10; DOE PARTNERSHIPS    )
1-10; DOE CORPORATIONS 1-10;   )
and OTHER DOE ENTITIES 1-10,   )
                               )
        Defendants.            )
_____)
```

DEFENDANT CITY AND COUNTY OF HONOLULU'S
SEPARATE AND CONCISE STATEMENT OF FACTS
IN SUPPORT OF DEFENDANT CITY AND COUNTY OF HONOLULU'S
MOTION FOR SUMMARY JUDGMENT FILED AUGUST 17, 2006

Pursuant to Rule 56.1 of the Local Rules of Practice for the United States District Court for the District of Hawaii, Defendant City and County of Honolulu submits its separate concise statement of material facts in support of Defendant City and County of Honolulu's Motion for Summary Judgment filed August 17, 2006, which is being filed contemporaneously.

| EVIDENTIARY FACTS | SUPPORT |
|---|---|
| 1. On August 13, 2003, Plaintiff Robert Souza ("Plaintiff") was at Club Yurakucho ("the club"). | See The City's Motion for Summary Judgment filed August 14, 2006 ("MSJ"), Exhibit "A," Plaintiff's Second Amended Complaint, at ¶ 24. |
| 2. On August 13, 2003, Defendants Harold Uehara, Alan Rivers, Rick S.Y. Yi, and August C. Beldon ("Defendant police officers") were at the club. | See The City's MSJ, Exhibit "A" at ¶¶ 23 and 28. |
| 3. Defendant police officers left the club. | See The City's MSJ, Exhibit "A" at ¶ 30. |

2

| | |
|---|---|
| 4. Plaintiff left the club. | See The City's MSJ, Exhibit "A" at ¶ 31. |
| 5. Plaintiff alleges that Defendant Uehara bumped up against Plaintiff's chest and struck him. | See The City's MSJ, Exhibit "A" at ¶ 31. |
| 6. Plaintiff alleges that Defendant police officers assaulted Plaintiff by striking him, elbowing him, kneeing him and pinning him against the wall. | See The City's MSJ, Exhibit "A" at ¶ 32. |
| 7. Plaintiff alleges that Defendant police officers restrained Plaintiff and refused to let him go. | See The City's MSJ, Exhibit "A" at ¶ 33. |
| 8. Plaintiff alleges that Defendant police officers restrained Plaintiff while Defendant Uehara struck Plaintiff. | See The City's MSJ, Exhibit "A" at ¶35. |
| 9. Plaintiff alleges that he was bleeding and in distress. | See The City's MSJ, Exhibit "A" at ¶40. |
| 10. Each police officer must complete recruit training at the Honolulu Police Academy. | See The City's MSJ, Declaration of Fabian M. Loo. |
| 11. The Recruit Training Course places a heavy emphasis on training recruits in the appropriate use of force, and each recruit must undertake the Control and Arrest Tactics Course. | See The City's MSJ, Declaration of Fabian M. Loo. |
| 12. The Control and Arrest Tactics Course involves the study of the use of force, and the application of reasonable force in varying circumstances. | See The City's MSJ, Declaration of Fabian M. Loo. |

3

| | |
|---|---|
| 13.  Annual Recall Training is required by each police officer.  Annual Recall Training often involves the discussion and study of reasonable use of force in arrest and control techniques. | <u>See</u> The City's MSJ, Declaration of Fabian M. Loo. |
| 14.  All HPD officers are required to be familiar with the laws governing the use of force and are periodically appraised of, and trained in, developments in this area of the law. | <u>See</u> The City's MSJ, Declaration of Fabian M. Loo. |
| 15.  All HPD officers are required to know HPD policy governing the use of force. | <u>See</u> The City's MSJ, Declaration of Fabian M. Loo. |
| 16.  HPD policy forbids unreasonable or excessive force and officers can be and are disciplined and/or prosecuted if they are found to have used excessive force on suspects or arrestees. | <u>See</u> The City's MSJ, Declaration of Fabian M. Loo. |
| 17.  The use of excessive force is a crime under Hawaii law and officers are required to report others' misconduct. | <u>See</u> The City's MSJ, Declaration of Fabian M. Loo. |
| 18.  HPD officers are trained to use force only as a means to control a suspect or arrestee, or in self-defense. | <u>See</u> The City's MSJ, Declaration of Fabian M. Loo. |
| 19.  During the Recruit Training Course, recruits are given their initial training on basic first aid, and every two years, police officers are trained on basic first aid. | <u>See</u> The City's MSJ, Declaration of Fabian M. Loo. |
| 20.  During the Recruit Training Course, police officers are trained to secure the scene to make it safe for the public, suspect and police officers, and then address any medical needs at that time.  If there are life-threatening injuries, the officer is trained to | <u>See</u> The City's MSJ, Declaration of Fabian M. Loo. |

call medical personnel to the scene.  If there are no observable life-threatening physical injuries, officers are trained to either transport the suspect to a professional medical facility, or to call medical professionals to the scene.

    DATED:  Honolulu, Hawaii, August 17, 2006

                                    CARRIE K.S. OKINAGA
                                    Corporation Counsel


                                    By/s/ MOANA A. YOST
                                      MOANA A. YOST
                                      Deputy Corporation Counsel

                                      Attorney for Defendants
                                    CITY AND COUNTY OF HONOLULU
                                     and ALAN RIVERS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA, ) | Civil No. CV04 00535 DAE BMK |
| ) | (Other Civil Rights) |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| ) | |
| CITY AND COUNTY OF ) | |
| HONOLULU; HAROLD UYEHARA, ) | |
| in his individual and official capacity, ) | |
| ALLAN RIVERS, in his individual and ) | |
| official capacity; TWO UNKNOWN ) | |
| POLICE OFFICERS, in their individual ) | |
| and official capacity, JEREMY ) | |
| HARRIS, in his official capacity as ) | |
| Mayor; LEE DONOHUE in his ) | |
| individual and official capacity as ) | |
| Police Chief; TAVERN 515, INC. d.b.a.) | |
| CLUB YURAKUCHO, HARRY ) | |
| NAKAKI; JOHN AND JANE DOES 1- ) | |
| 10; DOE PARTNERSHIPS 1-10; DOE ) | |
| CORPORATIONS 1-10; and OTHER ) | |
| DOE ENTITIES 1-10, ) | |
| ) | |
| Defendants. ) | |
| ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the within was duly served by the methods of service noted, a true and correct copy of the foregoing was duly served on the following individuals at their address listed below on August 17, 2006:

**Served by First Class Mail**:

    SHAWN A. LUIZ, ESQ.
    BRIAN G. SHAUGHNESSY, ESQ.
    City Center, Suite 800
    810 Richard Street
    Honolulu, Hawaii  96813
    Attorneys for Plaintiff

**Served Electronically through CM/ECF**:	E-mail address

    CARY T. TANAKA, ESQ.	carytanaka@aol.com
    Suite 510 Fort Street Tower
    745 Fort Street
    Honolulu, Hawaii  96813
    Attorney for Defendant HAROLD UEHARA

    DATED:  Honolulu, Hawaii, August 17, 2006.

                          CARRIE K.S. OKINAGA
                          Corporation Counsel


                          By/s/MOANA A. YOST
                            MOANA A. YOST
                          Deputy Corporation Counsel

                          Attorney for Defendants
                          CITY AND COUNTY OF HONOLULU
                          and ALAN RIVERS