ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION

ERIC A. SEITZ           1412
LAWRENCE I. KAWASAKI    5820
RONALD N.W. KIM         8306
820 Mililani Street, Suite 714
Honolulu, Hawai'i  96813
Telephone:  (808) 533-7434
Facsimile:  (808) 545-3608

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ROBERT SOUZA, | CIVIL NO. CV 04-00535 DAE/BMK |
| Plaintiff, | |
| vs. | WITHDRAWAL AND SUBSTITUTION OF COUNSEL |
| CITY AND COUNTY OF HONOLULU; HAROLD UEHARA, in his individual and official capacity; ALAN RIVERS, in his individual and official capacity; RICK S.Y. YI, in his individual and offical capacity; AUGUST C. BELDEN, in his individual and official capacity; JEREMY HARRIS, in his official capacity as Mayor; LEE DONOHUE in his individual and official capacity as Police Chief; TAVERN 515, INC. d.b.a. CLUB YURAKUCHO; HARRY NAKAKI; JOHN AND JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and OTHER DOES ENTITIES 1-10, | |
| Defendants. | |

## WITHDRAWAL AND SUBSTITUTION OF COUNSEL

COMES NOW, Shawn A. Luiz, Esq. and hereby withdraws his appearance as counsel for Plaintiff Robert Souza and attorneys Eric A. Seitz, Lawrence I. Kawasaki and Ronald N.W. Kim enter their appearance as counsel for the above named Plaintiff.

DATED: Honolulu, Hawaii, ___August 23, 2006___ .

_____
Shawn A. Luiz
Withdrawing Counsel

_____
Eric A. Seitz
Lawrence I. Kawasaki
Ronald N.W. Kim

Substituting Counsel

_____
Robert Souza

Plaintiff

APPROVED AND SO ORDERED

_____
Judge of the above entitled Court

2