BMK

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 6 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

LODGED

SEP 05 2006
1:20 pm Ag
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

CARRIE K.S. OKINAGA, 5958
Corporation Counsel

MOANA A. YOST, 7738
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813
Telephone: (808) 523-4065
Facsimile: (808) 523-4583
e-mail: myost@honolulu.gov

Attorneys for Defendants
City and County of Honolulu
Alan Rivers

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA, | CIVIL NO. 04-00535 DAE BMK |
| Plaintiff, | (Other Civil Rights) |
| vs. | STIPULATION TO EXTEND DISCOVERY CUT-OFF |
| CITY AND COUNTY OF HONOLULU; HAROLD UEHARA, in his individual and official capacity, ALAN RIVERS, in his individual and official capacity; RICK S.Y. YI, in his individual and official capacity; AUGUST C. BELDEN, in his individual and official capacity; JEREMY HARRIS, in his official capacity as Mayor; LEE DONOHUE, in his individual and official capacity as Police Chief; TAVERN 515, INC. d.b.a. CLUB YURAKUCHO, HARRY NAKAKI; JOHN AND | TRIAL DATE: January 23, 2007 |

JANE DOES 1-10; DOE )
PARTNERSHIPS 1-10; DOE )
CORPORATIONS 1-10; and )
OTHER DOE ENTITIES 1-10, )
)
Defendants. )
)

## STIPULATION TO EXTEND DISCOVERY CUT-OFF

The parties described hereinbelow, through their respective counsel, hereby stipulate that the discovery cut-off in the above-referenced case shall be extended until December 29, 2006.  Trial is currently scheduled to commence on January 23, 2007.

This stipulation is signed by or on behalf of all appearing parties hereunder described.

DATED:  Honolulu, Hawaii, _____SEP 0 5 2006_____.

_____
SHAWN A. LUIZ
Attorney for Plaintiff
ROBERT SOUZA

_____
MOANA A. YOST
Attorney for Defendants
CITY AND COUNTY OF HONOLULU
and ALAN RIVERS

_____

CARY T. TANAKA
Attorney for Defendant
HAROLD UEHARA

APPROVED AND SO ORDERED:

_____

UNITED STATES MAGISTRATE JUDGE

Civil No. 04-00535 DAE BMK, ROBERT SOUZA vs. CITY AND COUNTY
OF HONOLULU et al.

STIPULATION TO EXTEND DISCOVERY CUT-OFF