# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

9/7/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CV 04-00535DAE-BMK

CASE NAME:       Robert Souza v. City and County of Honolulu, et al.

ATTYS FOR PLA:   Shawn Luiz

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Barry M. Kurren          REPORTER:   no record

DATE:    9/7/2006                 TIME:

COURT ACTION:   EO: Motion to Withdraw as Counsel for Plaintiff Robert Souza GRANTED and terminated without a hearing.  Luiz to prepare the order to include the plaintiff's address and phone number and that the plaintiff is responsible for following the deadlines and meeting the requirements.

Submitted by Richlyn Young, courtroom manager