**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP - 8 2006

at __ o'clock and __ min. __M
SUE BEITIA, CLERK

LODGED

SEP 0 7 2006
12:00 pm tg
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

SHAWN A. LUIZ 6855
Attorney at Law
City Center, Suite 800
810 Richards Street
Honolulu, Hawaii 96813
Tel. (808) 538-0500
Fax (808) 538-0600
E-mail: attorneyluiz@MSN.com

Attorney for Plaintiff
ROBERT SOUZA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ROBERT SOUZA,<br><br>  Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; HAROLD UEHARA, in his individual and official capacity, ALAN RIVERS, in his individual and official capacity; RICK S.Y. YI, in his individual and official capacity; AUGUST C. BELDEN, in his individual and official capacity, JEREMY HARRIS, in his official capacity as Mayor; LEE DONOHUE in his individual and official capacity as Police Chief; TAVERN 515, INC. d.b.a. CLUB YURAKUCHO, HARRY NAKAKI; JOHN AND JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and OTHER DOE ENTITIES 1-10, | CIVIL NO. CV 04-00535 DAE BMK<br>(Other Civil Rights)<br><br>ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL<br><br>DATE: September 7, 2006<br>TIME: 11:00 a.m.<br>JUDGE: Honorable Barry M. Kurren |

)
Defendants. )

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

On September 7, 2006, this matter, Shawn A. Luiz and Brian G. Shaughnessy's Motion to withdraw as counsel, came on for hearing before the Honorable Barry M. Kurren. After considering the merits of the motion and for good cause appearing:

IT IS HEREBY ORDERED that Shawn A. Luiz and Brian G. Shaughnessy are permitted to withdraw from further representation of Mr. Souza. ROBERT SOUZA, PLAINTIFF *pro se* (last known address and telephone number: 94-557 Alapoai St. Unit 156, Mililani, Hawaii 96789, Telephone: (808) 225-032), will be required to comply with all court deadlines and court rules.

IT IS SO APPROVED AND ORDERED:

Dated: Honolulu, Hawaii, September 7, 2006.

_____
Honorable Barry M. Kurren
United States Magistrate Judge
District of Hawaii


Robert Souza v. City and County of Honolulu, et. al.,
CIVIL NO. CV 04-00535 DAE BMK
ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL