CARRIE K.S. OKINAGA, 5958
Corporation Counsel

LAURA A. KUIOKA, 8054
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813
Telephone: (808) 523-4076
Facsimile: (808) 523-4583
e-mail: lkuioka@honolulu.gov

Attorneys for Defendants
City and County of Honolulu
Alan Rivers

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA, | Civil No. CV04 00535 DAE BMK (Other Civil Rights) |
| Plaintiff, | |
| vs. | CERTIFICATE OF SERVICE |
| CITY AND COUNTY OF HONOLULU; HAROLD UEHARA, in his individual and official capacity, ALAN RIVERS, in his individual and official capacity; RICK S.Y. YI, in his individual and official capacity; AUGUST C. BELDEN, in his individual and official capacity, JEREMY HARRIS, in his official capacity as Mayor; LEE DONOHUE in his individual and official capacity as Police Chief; TAVERN 515, INC. d.b.a. CLUB YURAKUCHO, HARRY NAKAKI; JOHN AND JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and OTHER DOE ENTITIES 1-10, | |
| Defendants. | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the within was duly served by the methods of service noted, a true and correct copy of the foregoing was duly served on the following individuals at their address listed below on September 29, 2006:

**Served by First Class Mail**:

SHAWN A. LUIZ, ESQ.
BRIAN G. SHAUGHNESSY, ESQ.
City Center, Suite 800
810 Richard Street
Honolulu, Hawaii  96813
Attorneys for Plaintiff

**Served Electronically through CM/ECF**:          E-mail address

CARY T. TANAKA, ESQ.                               carytanaka@aol.com
Suite 510 Fort Street Tower
745 Fort Street
Honolulu, Hawaii  96813
Attorney for Defendant HAROLD UEHARA

DATED:  Honolulu, Hawaii, September 29, 2006.

                        CARRIE K.S. OKINAGA
                        Corporation Counsel

By   /S/ LAURA A. KUIOKA
     LAURA A. KUIOKA
     Deputy Corporation Counsel

     Attorneys for Defendants
     City and County of Honolulu and
     Alan Rivers