CARRIE K.S. OKINAGA, 5958
Corporation Counsel

LAURA A. KUIOKA, 8054
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii  96813
Telephone:  (808) 523-4076
Facsimile:   (808) 523-4583
e-mail:  lkuioka@honolulu.gov

Attorneys for Defendants
City and County of Honolulu
Alan Rivers

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA,<br><br>     Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; HAROLD UEHARA, in his individual and official capacity, ALAN RIVERS, in his individual and official capacity; RICK S.Y. YI, in his individual and official capacity; AUGUST C. BELDEN, in his individual and official capacity, JEREMY HARRIS, in his official capacity as Mayor; LEE DONOHUE in his individual and official capacity as Police Chief; TAVERN 515, INC. d.b.a. CLUB YURAKUCHO, HARRY NAKAKI; JOHN AND JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and OTHER DOE ENTITIES 1-10,<br><br>     Defendants. | Civil No. CV04 00535 DAE BMK<br>(Other Civil Rights)<br><br>FIRST AMENDED CERTIFICATE OF SERVICE |

FIRST AMENDED CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the within was duly served by the methods of service noted, a true and correct copy of the foregoing was duly served on the following individuals at their address listed below on September 29, 2006:

| **Served Electronically through CM/ECF**: | E-mail address |
|---|---|
| ERIC A. SEITZ, ESQ.<br>820 Mililani Street, Suite 714<br>Honolulu, Hawaii  96813 | eseitzatty@yahoo.com |
| CARY T. TANAKA, ESQ.<br>Suite 510 Fort Street Tower<br>745 Fort Street<br>Honolulu, Hawaii  96813<br>Attorney for Defendant HAROLD UEHARA | carytanaka@aol.com |

DATED:  Honolulu, Hawaii, September 29, 2006.

            CARRIE K.S. OKINAGA
            Corporation Counsel


        By /S/ LAURA A. KUIOKA
           LAURA A. KUIOKA
           Deputy Corporation Counsel

           Attorneys for Defendants
           City and County of Honolulu and
           Alan Rivers