# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/03/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00535DAE-BMK |
| CASE NAME: | Robert Souza v. City and County of Honolulu, et al. |
| ATTYS FOR PLA: | Lawrence I. Kawasaki |
| ATTYS FOR DEFT: | Cary T. Tanaka, Diane Agor-Otake, Laura Kuioka |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6, no record |
| DATE: | 10/03/2006 | TIME: | 9:05 - 9:10 |

COURT ACTION:   EP: Status Conference Re Dates, Deadlines - new dates given at the agreement of the parties.  Court to prepare an amended scheduling order.

1. Jury trial on June 13, 2007 at 9:00 a.m. before DAE
2. Final Pretrial Conference on May 1, 2007 at 9:00 a.m. before BMK
3. 
4. Final Pretrial Statement by April 24, 2007
5. File motions to Join/Add Parties/Amend Pleadings by November 9, 2006
6. File other Non-Dispositive Motions by March 14, 2007
7. File Dispositive Motions by January 10, 2007
8a. File Motions in Limine by May 22, 2007
8b. File opposition memo to a Motion in Limine by May 29, 2007
11a. Plaintiff's Expert Witness Disclosures by December 11, 2006
11b. Defendant's Expert Witness Disclosures by January 10, 2007
12. Discovery deadline April 13, 2007
13. Settlement Conference set for April 12, 2007 at 10:00 a.m. before BMK
14. Settlement Conference statements by April 5, 2007
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by May 29, 2007
21. File Final witness list by May 22, 2007
24. Exchange Exhibit and Demonstrative aids by May 15, 2007
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by May 22, 2007
26. File objections to the Exhibits by May 29, 2007

28a.  File Deposition Excerpt Designations by May 22, 2007
28b.  File Deposition Counter Designations and Objections by May 29, 2007
29.   File Trial Brief by May 29, 2007
30.

cc: Tammy Kimura
Submitted by Richlyn W. Young, courtroom manager