```
ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION

ERIC A. SEITZ              1412
LAWRENCE I. KAWASAKI       5820
RONALD N.W. KIM            8306
820 Mililani Street, Suite 714
Honolulu, Hawai'i  96813
Telephone:  (808) 533-7434
Facsimile:  (808) 545-3608

Attorneys for Plaintiff
```

              IN THE UNITED STATES DISTRICT COURT

                  FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| ROBERT SOUZA, | ) | CIVIL NO. CV 04-00535 DAE/BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | STIPULATION CONTINUING HEARING |
| | ) | ON DEFENDANT CITY AND COUNTY OF |
| CITY AND COUNTY OF HONOLULU; | ) | HONOLULU'S MOTION FOR SUMMARY |
| HAROLD UEHARA, in his | ) | JUDGMENT AND ORDER |
| individual and official | ) | |
| capacity; ALAN RIVERS, in | ) | |
| his individual and official | ) | |
| capacity; RICK S.Y. YI, in | ) | |
| his individual and offical | ) | |
| capacity; AUGUST C. BELDEN, | ) | |
| in his individual and | ) | Old Hearing: |
| official capacity; JEREMY | ) | |
| HARRIS, in his official | ) |     Date: October 23, 2006 |
| capacity as Mayor; LEE | ) |     Time: 10:30 a.m. |
| DONOHUE in his individual | ) |     Judge: David A. Ezra |
| and official capacity as | ) | |
| Police Chief; TAVERN 515, | ) | New Hearing: |
| INC. d.b.a. CLUB YURAKUCHO; | ) | |
| HARRY NAKAKI; JOHN AND JANE | ) |     Date: December 18, 2006 |
| DOES 1-10; DOE PARTNERSHIPS | ) |     Time: 10:30 a.m. |
| 1-10; DOE CORPORATIONS 1-10; | ) |     Judge: David A. Ezra |
| and OTHER DOES ENTITIES 1- | ) | |
| 10, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

           STIPULATION CONTINUING HEARING ON DEFENDANT CITY
           AND COUNTY OF HONOLULU'S MOTION FOR SUMMARY JUDGMENT

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective undersigned counsel, that the hearing on Defendant City and County of Honolulu's Motion for Summary Judgment filed herein on August 17, 2006 be moved <u>from</u> October 23, 2006 at 10:30 a.m. <u>to</u> December 18, 2006 at 10:30 a.m.

DATED:  Honolulu, Hawaii, _____.


/s/ Eric A. Seitz
ERIC A. SEITZ
LAWRENCE I. KAWASAKI
RONALD N.W. KIM

Attorneys for Plaintiff

/s/ Laura A. Kuioka
CARRIE K.S. OKINAGA
LAURA A. KUIOKA

Attorneys for Defendants
City and County of Honolulu
and Alan Rivers


/s/ Cary T. Tanaka
CARY T. TANAKA

Attorney for Defendant
Harold Uehara

APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, October 18, 2006.



_____
David Alan Ezra
United States District Judge

Souza vs. City and County of Honolulu, et al.; Civil No. 04-00535 DAE/BMK; Stipulation Continuing Hearing on Defendant City and County of Honolulu's Motion for Summary Judgment