CARRIE K.S. OKINAGA, 5958
Corporation Counsel

LAURA A. KUIOKA, 8054
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii  96813
Telephone:  (808) 523-4076
Facsimile:   (808) 523-4583
e-mail:  lkuioka@honolulu.gov

Attorneys for Defendants
City and County of Honolulu
Alan Rivers

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA,<br><br>            Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF HONOLULU; HAROLD UEHARA, in his individual and official capacity, ALAN RIVERS, in his individual and official capacity; RICK S.Y. YI, in his individual and official capacity; AUGUST C. BELDEN, in his individual and official capacity, JEREMY HARRIS, in his official capacity as Mayor; LEE DONOHUE in his individual and official capacity as Police Chief; TAVERN 515, INC. d.b.a. CLUB YURAKUCHO, HARRY NAKAKI; JOHN AND JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and OTHER DOE ENTITIES 1-10,<br><br>            Defendants. | Civil No. CV04 00535 DAE BMK<br>(Other Civil Rights)<br><br><br>NOTICE OF SUBSTITUTION OF COUNSEL; CERTIFICATE OF SERVICE |

## NOTICE OF SUBSTITUTION OF COUNSEL

Notice is hereby given that Laura A. Kuioka, Deputy Corporation Counsel, hereby substitutes as counsel for Defendants Adam Lipka, Thomas Adriance and City and County of Honolulu as Moana A. Yost is no longer lead counsel for City Defendants.  Laura A. Kuioka is now lead counsel for City Defendants.

DATED:  Honolulu, Hawaii, September 29, 2006.

                                            CARRIE K.S. OKINAGA
                                            Corporation Counsel

                                     By  /S/ LAURA A. KUIOKA
                                          LAURA A. KUIOKA
                                          Deputy Corporation Counsel

                                          Attorneys for Defendants
                                          City and County of Honolulu
                                          Alan Rivers