CARRIE K.S. OKINAGA, 5958
Corporation Counsel

LAURA A. KUIOKA, 8054
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii  96813
Telephone:  (808) 523-4076
Facsimile:  (808) 523-4583
e-mail:  lkuioka@honolulu.gov

Attorneys for Defendants
City and County of Honolulu and
Alan Rivers

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA, | ) Civil No. CV04 00535 DAE BMK |
| Plaintiff, | ) (Other Civil Rights) ) |
| vs. | ) NOTICE OF WITHDRAWAL OF ) COUNSEL FOR DEFENDANTS CITY |
| CITY AND COUNTY OF | ) AND COUNTY OF HONOLULU ) AND ALAN RIVERS; CERTIFICATE |
| HONOLULU; HAROLD UEHARA, in | ) OF SERVICE |
| his individual and official capacity, | ) |
| ALAN RIVERS, in his individual and | ) |
| official capacity; RICK S.Y. YI, in his | ) |
| individual and official capacity; | ) |
| AUGUST C. BELDEN, in his | ) |
| individual and official capacity, | ) |
| JEREMY HARRIS, in his official | ) |
| capacity as Mayor; LEE DONOHUE in | ) |
| his individual and official capacity as | ) |
| Police Chief; TAVERN 515, INC. d.b.a. | ) |
| CLUB YURAKUCHO, | ) |
| HARRY NAKAKI; JOHN AND JANE | ) |
| DOES 1-10; DOE PARTNERSHIPS | ) |
| 1-10; DOE CORPORATIONS 1-10; | ) |
| and OTHER DOE ENTITIES 1-10, | ) |
| | ) |
| Defendants. | ) |
| | ) |

NOTICE OF WITHDRAWAL OF COUNSEL FOR DEFENDANTS
<u>CITY AND COUNTY OF HONOLULU AND ALAN RIVERS</u>

Notice is hereby given that Laura A. Kuioka, Deputy Corporation Counsel,

withdraws as counsel for Defendants City and County of Honolulu and Alan

Rivers as she will no longer be employed by the City and County of Honolulu

effective November 1, 2006.

DATED:  Honolulu, Hawaii, October 31, 2006.

CARRIE K.S. OKINAGA
Corporation Counsel


By   /S/ LAURA A. KUIOKA
     LAURA A. KUIOKA
     Deputy Corporation Counsel

     Attorneys for Defendants
     City and County of Honolulu
     Alan Rivers

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA, | ) Civil No. CV04 00535 DAE BMK |
| | ) (Other Civil Rights) |
| Plaintiff, | ) |
| | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| | ) |
| CITY AND COUNTY OF | ) |
| HONOLULU; HAROLD UEHARA, in | ) |
| his individual and official capacity, | ) |
| ALAN RIVERS, in his individual and | ) |
| official capacity; RICK S.Y. YI, in his | ) |
| individual and official capacity; | ) |
| AUGUST C. BELDEN, in his | ) |
| individual and official capacity, | ) |
| JEREMY HARRIS, in his official | ) |
| capacity as Mayor; LEE DONOHUE in | ) |
| his individual and official capacity as | ) |
| Police Chief; TAVERN 515, INC. d.b.a. | ) |
| CLUB YURAKUCHO, | ) |
| HARRY NAKAKI; JOHN AND JANE | ) |
| DOES 1-10; DOE PARTNERSHIPS | ) |
| 1-10; DOE CORPORATIONS 1-10; | ) |
| and OTHER DOE ENTITIES 1-10, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the dates and by the methods of service noted

below, a true and correct copy of the foregoing was served on the following at their

last known addresses:

Served Electronically through CM/ECF:

Eric A. Seitz        eseitzatty@yahoo.com           October 31, 2006
820 Mililani Street, Suite 714
Honolulu, Hawaii   96813

Attorney for Plaintiffs

DATED:  Honolulu, Hawaii, October 31, 2006.

CARRIE K.S. OKINAGA
Corporation Counsel


By   /S/ LAURA A. KUIOKA
     LAURA A. KUIOKA
     Deputy Corporation Counsel

     Attorneys for Defendants
     City and County of Honolulu
     Alan Rivers