

```
ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION

ERIC A. SEITZ            1412
LAWRENCE I. KAWASAKI     5820
RONALD N.W. KIM          8306
820 Mililani Street, Suite 714
Honolulu, Hawai'i  96813
Telephone:  (808) 533-7434
Facsimile:  (808) 545-3608
```

**ORIGINAL**  **LODGED** DEC 6 2006 3:25pm CLERK, U.S. DISTRICT COURT DISTRICT OF HAWAII

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
DEC 0 7 2006
at 2 o'clock and __ min __ M
SUE BEITIA, CLERK

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ROBERT SOUZA,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; HAROLD UEHARA, in his individual and official capacity; ALAN RIVERS, in his individual and official capacity; RICK S.Y. YI, in his individual and offical capacity; AUGUST C. BELDEN, in his individual and official capacity; JEREMY HARRIS, in his official capacity as Mayor; LEE DONOHUE in his individual and official capacity as Police Chief; TAVERN 515, INC. d.b.a. CLUB YURAKUCHO; HARRY NAKAKI; JOHN AND JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and OTHER DOES ENTITIES 1-10,<br><br>    Defendants. | CIVIL NO. CV 04-00535 DAE/BMK<br><br>STIPULATION CONTINUING HEARING ON DEFENDANT CITY AND COUNTY OF HONOLULU'S MOTION FOR SUMMARY JUDGMENT AND ORDER<br><br><br>Old Hearing:<br><br>    Date:  December 18, 2006<br>    Time:  10:30 a.m.<br>    Judge: David A. Ezra<br><br>New Hearing:<br><br>    Date:  February 12, 2007<br>    Time:  10:30 a.m.<br>    Judge: David A. Ezra |

STIPULATION CONTINUING HEARING ON DEFENDANT CITY
AND COUNTY OF HONOLULU'S MOTION FOR SUMMARY JUDGMENT

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective undersigned counsel, that the hearing on Defendant City and County of Honolulu's Motion for Summary Judgment filed herein on August 17, 2006 be moved from December 18, 2006 at 10:30 a.m. to February 12, 2007 at 10:30 a.m.

DATED: Honolulu, Hawaii, _____DEC 06 2006_____.


_____
ERIC A. SEITZ
LAWRENCE I. KAWASAKI
RONALD N.W. KIM

Attorneys for Plaintiff


_____
CARRIE K.S. OKINAGA
DEREK T. MAYESHIRO

Attorneys for Defendants
City and County of Honolulu
and Alan Rivers


_____
CARY T. TANAKA

Attorney for Defendant
Harold Uehara


APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE ENTITLED COURT