```
LAW OFFICES OF CARY T. TANAKA

CARY T. TANAKA          4858-0
DIANE K. AGOR-OTAKE     7751-0
Suite 510 Fort Street Tower
745 Fort Street
Honolulu, Hawaii  96813
Telephone:  536-8885

Attorneys for Defendant
HAROLD UEHARA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF HONOLULU;<br>HAROLD UEHARA, in his<br>individual and official<br>capacity, ALLAN RIVERS, in<br>his individual and official<br>capacity; TWO UNKNOWN POLICE<br>OFFICERS, in their individual<br>and official capacity, JEREMY<br>HARRIS, in his official<br>capacity as Mayor; LEE<br>DONOHUE, in his individual<br>and official capacity as<br>Police Chief; TAVERN 515,<br>INC. d.b.a. CLUB YURAKUCHO,<br>HARRY NAKAKI; JOHN AND JANE<br>DOES 1-10; DOE PARTNERSHIPS<br>1-10; DOE CORPORATIONS 1-10;<br>and OTHER DOE ENTITIES 1-10,<br><br>　　　　Defendants. | CIVIL NO. 04-00535 DAE BMK<br><br>DEFENDANT HAROLD UEHARA'S<br>STATEMENT OF NO OPPOSITION<br>REGARDING DEFENDANT CITY AND<br>COUNTY OF HONOLULU'S MOTION<br>FOR SUMMARY JUDGMENT FILED ON<br>AUGUST 17, 2006; CERTIFICATE<br>OF SERVICE<br><br>DATE:  FEBRUARY 12, 2007<br>TIME:  10:30 A.M.<br>JUDGE DAVID A. EZRA<br><br><br><br><br><br><br><br><br><br>TRIAL DATE:  JUNE 13, 2007 |

DEFENDANT HAROLD UEHARA'S STATEMENT OF NO OPPOSITION
REGARDING DEFENDANT CITY AND COUNTY OF HONOLULU'S
MOTION FOR SUMMARY JUDGMENT FILED ON AUGUST 17, 2006

Comes now Defendant HAROLD UEHARA, by and through his attorneys, and hereby state that he has no opposition to Defendant City and County of Honolulu's Motion for Summary Judgment which was filed on August 17, 2006.

Said motion is scheduled for hearing on Monday, February 12, 2007 at 10:30 a.m. before the Honorable David A. Ezra.

DATED: Honolulu, Hawaii, January 17, 2007.

/s/ Cary T. Tanaka
CARY T. TANAKA
DIANE K. AGOR-OTAKE
Attorneys for Defendant
HAROLD UEHARA