IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA,  )<br>  )<br>        Plaintiff,  )<br>  )<br>    vs.  )<br>  )<br>CITY AND COUNTY OF HONOLULU;  )<br>HAROLD UEHARA, in his  )<br>individual and official  )<br>capacity, ALAN RIVERS, in his )<br>individual and official  )<br>capacity; RICK S.Y. YI, in  )<br>his individual and official  )<br>capacity; AUGUST C. BELDEN,  )<br>in his individual and  )<br>official capacity; JEREMY  )<br>HARRIS, in his official  )<br>capacity as Mayor; LEE  )<br>DONOHUE, in his individual  )<br>and official capacity as  )<br>Police Chief; TAVERN 515,  )<br>INC. d.b.a. CLUB YURAKUCHO,  )<br>HARRY NAKAKI; JOHN AND JANE  )<br>DOES 1-10; DOE PARTNERSHIPS  )<br>1-10; DOE CORPORATIONS 1-10;  )<br>and OTHER DOE ENTITIES 1-10,  )<br>  )<br>        Defendants.  )<br>_____ ) | CIVIL NO. 04-00535 DAE BMK<br>(Other Civil Rights)<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

    I hereby certify that by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses on January 17, 2007:

**Served Electronically through CM/ECF:**

ERIC SEITZ, ESQ.                              eseitzatty@yahoo.com
Suite 800 City Center
810 Richards Street
Honolulu, Hawaii 96813

Attorney for Plaintiff

DEREK T. MAYESHIRO, ESQ.                      dmayeshiro@honolulu.gov
Deputy Corporation Counsel
530 South King Street, Room 110
Honolulu, Hawaii 96813

Attorney for Defendants
CITY AND COUNTY OF HONOLULU and
ALAN RIVERS


DATED:    Honolulu, Hawaii, January 17, 2007.


                                    /s/ Cary T. Tanaka
                                    CARY T. TANAKA
                                    DIANE K. AGOR-OTAKE
                                    Attorneys for Defendant
                                    HAROLD UEHARA