# MINUTES
FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/17/07  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00535DAE-BMK |
| CASE NAME: | Robert Souza v. C & C of Honolulu |
| ATTYS FOR PLA: | Eric A. Seitz, Lawrence I. Kawasaki |
| ATTYS FOR DEFT: | Derek T. Mayeshiro, Cary T. Tanaka |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
| DATE: | 1/17/07 | TIME: | 2:30 - 3 |

COURT ACTION:  EP: Settlement Conference held.  No settlement at this time. Further Settlement Conference on call.

Submitted by Richlyn Young, Courtroom Manager