CARRIE K.S. OKINAGA, 5958
Corporation Counsel

DEREK T. MAYESHIRO, 6858
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii  96813
Telephone:  (808) 523-4890
Facsimile:   (808) 523-4583
e-mail:  dmayeshiro@honolulu.gov

Attorneys for Defendants
City and County of Honolulu,
Alan Rivers, Rick S.Y. Yi, and
August C. Belden

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA, | Civil No. CV04 00535 DAE BMK |
|  | (Other Civil Rights) |
| Plaintiff, |  |
|  | WITHDRAWAL OF DEFENDANT |
| vs. | CITY AND COUNTY OF |
|  | HONOLULU'S MOTION FOR |
| CITY AND COUNTY OF | SUMMARY JUDGMENT FILED |
| HONOLULU; HAROLD UEHARA, in | AUGUST 17, 2006; CERTIFICATE |
| his individual and official capacity, | OF SERVICE |
| ALAN RIVERS, in his individual and |  |
| official capacity; RICK S.Y. YI, in his |  |
| individual and official capacity; | Hearing |
| AUGUST C. BELDEN, in his |  |
| individual and official capacity, | Date:   February , 12, 2007 |
| JEREMY HARRIS, in his official | Time:   10:30 a.m. |
| capacity as Mayor; LEE DONOHUE in | Judge:  Honorable David A. Ezra |
| his individual and official capacity as |  |
| Police Chief; TAVERN 515, INC. d.b.a. |  |
| CLUB YURAKUCHO, |  |

```
HARRY NAKAKI; JOHN AND JANE   )
DOES 1-10; DOE PARTNERSHIPS    )
1-10; DOE CORPORATIONS 1-10;   )
and OTHER DOE ENTITIES 1-10,   )
                               )
          Defendants.          )
_____)
```

### WITHDRAWAL OF DEFENDANT CITY AND COUNTY OF HONOLULU'S MOTION FOR SUMMARY JUDGMENT FILED AUGUST 17, 2006

Defendant City and County of Honolulu (hereinafter "the City"), by and through its attorneys, Carrie K.S. Okinaga, Corporation Counsel, and Derek T. Mayeshiro, Deputy Corporation Counsel, hereby withdraws its Motion for Summary Judgment filed August 17, 2006.

This Withdrawal does not waive or relinquish the City's right to refile said Motion for Summary Judgment and its supporting documents at a later date.

DATED:  Honolulu, Hawaii, January 23, 2007.

                        CARRIE K.S. OKINAGA
                        Corporation Counsel


             By   /s/ Derek T. Mayeshiro
                  DEREK T. MAYESHIRO
                  Deputy Corporation Counsel
                  Attorney for Defendants
                  City and County of Honolulu,
                  Alan Rivers, Rick S.Y. Yi and
                  August C. Belden

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA, ) | Civil No. CV04 00535 DAE BMK |
| ) | (Other Civil Rights) |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| ) | |
| CITY AND COUNTY OF ) | |
| HONOLULU; HAROLD UEHARA, in ) | |
| his individual and official capacity, ) | |
| ALAN RIVERS, in his individual and ) | |
| official capacity; RICK S.Y. YI, in his ) | |
| individual and official capacity; ) | |
| AUGUST C. BELDEN, in his ) | |
| individual and official capacity, ) | |
| JEREMY HARRIS, in his official ) | |
| capacity as Mayor; LEE DONOHUE in ) | |
| his individual and official capacity as ) | |
| Police Chief; TAVERN 515, INC. d.b.a.) | |
| CLUB YURAKUCHO, ) | |
| HARRY NAKAKI; JOHN AND JANE ) | |
| DOES 1-10; DOE PARTNERSHIPS ) | |
| 1-10; DOE CORPORATIONS 1-10; ) | |
| and OTHER DOE ENTITIES 1-10, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the within was duly served by the methods of service noted, a true and correct copy of the foregoing was duly served on the following individuals at their address listed below on January 23, 2007.

**Served Electronically through CM/ECF**:

| | |
|---|---|
| ERIC A. SEITZ, ESQ.<br>820 Mililani Street, Suite 714<br>Honolulu, Hawaii 96813<br>Attorney for Plaintiff | eseitzatty@yahoo.com |
| CARY T. TANAKA, ESQ.<br>Suite 510 Fort Street Tower<br>745 Fort Street<br>Honolulu, Hawaii 96813<br>Attorney for Defendant HAROLD UEHARA | carytanaka@aol.com |

DATED: Honolulu, Hawaii, January 23, 2007.

                    CARRIE K.S. OKINAGA
                    Corporation Counsel


                    By/s/ Derek T. Mayeshiro
                      DEREK T. MAYESHIRO
                      Deputy Corporation Counsel
                      Attorney for Defendants
                      City and County of Honolulu,
                      Alan Rivers, Rick S.Y. Yi and
                      August C. Belden