```
LAW OFFICES OF CARY T. TANAKA

CARY T. TANAKA        4858-0
DIANE K. AGOR-OTAKE 7751-0
Suite 510 Fort Street Tower
745 Fort Street
Honolulu, Hawaii  96813
Telephone:  536-8885
email:  carytanaka@aol.com
        dka@hawaii.rr.com

Attorneys for Defendant
HAROLD UEHARA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CITY AND COUNTY OF HONOLULU; ) <br> HAROLD UEHARA, in his ) <br> individual and official ) <br> capacity, ALAN RIVERS, in his ) <br> individual and official ) <br> capacity; RICK S.Y. YI, in ) <br> his individual and official ) <br> capacity; AUGUST C. BELDEN, ) <br> in his individual and ) <br> official capacity; JEREMY ) <br> HARRIS, in his official ) <br> capacity as Mayor; LEE ) <br> DONOHUE, in his individual ) <br> and official capacity as ) <br> Police Chief; TAVERN 515, ) <br> INC. d.b.a. CLUB YURAKUCHO, ) <br> HARRY NAKAKI; JOHN AND JANE ) <br> DOES 1-10; DOE PARTNERSHIPS ) <br> 1-10; DOE CORPORATIONS 1-10; ) <br> and OTHER DOE ENTITIES 1-10, ) <br> ) <br> Defendants. ) <br> ) | CIVIL NO. 04-00535 DAE BMK <br> (Other Civil Rights) <br><br> CERTIFICATE OF SERVICE <br><br> [RE:  NOTICE OF TAKING <br> DEPOSITION UPON ORAL <br> EXAMINATION - (ROBERT SOUZA)] |

CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice of Taking Deposition Upon Oral Examination was duly mailed to the following individuals at their last known addresses on February 27, 2007:

```
ERIC SEITZ, ESQ.    [Hand Delivered]
820 Mililani Street, Suite 714
Honolulu, Hawaii 96813

Attorney for Plaintiff

DEREK T. MAYESHIRO, ESQ.
Deputy Corporation Counsel
530 South King Street, Room 110
Honolulu, Hawaii 96813

Attorney for Defendants
CITY AND COUNTY OF HONOLULU and
ALAN RIVERS
```

DATED:   Honolulu, Hawaii, February 27, 2007.

/s/ Cary T. Tanaka
CARY T. TANAKA
DIANE K. AGOR-OTAKE
Attorneys for Defendant
HAROLD UEHARA