CARRIE K.S. OKINAGA, 5958
Corporation Counsel

MARIE MANUELE GAVIGAN, 6585
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii  96813
Telephone:  (808) 527-5585
Facsimile:   (808) 523-4583
e-mail:  mgavigan@honolulu.gov

Attorneys for Defendants
City and County of Honolulu,
Alan Rivers, Rick S.Y. Yi and
August C. Belden

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA, | ) Civil No. CV04 00535 DAE BMK |
| | ) (Other Civil Rights) |
| Plaintiff, | ) |
| | ) NOTICE OF SUBSTITUTION OF |
| vs. | ) COUNSEL FOR DEFENDANTS CITY |
| | ) AND COUNTY OF HONOLULU, |
| CITY AND COUNTY OF | ) ALAN RIVERS, RICK S.Y. YI AND |
| HONOLULU; HAROLD UEHARA, in | ) AUGUST C. BELDEN; |
| his individual and official capacity, | ) CERTIFICATE OF SERVICE |
| ALAN RIVERS, in his individual and | ) |
| official capacity; RICK S.Y. YI, in his | ) |
| individual and official capacity; | ) |
| AUGUST C. BELDEN, in his | ) |
| individual and official capacity, | ) |
| JEREMY HARRIS, in his official | ) |
| capacity as Mayor; LEE DONOHUE in | ) |
| his individual and official capacity as | ) |
| Police Chief; TAVERN 515, INC. d.b.a.) | |
| CLUB YURAKUCHO, | ) |

| | |
|---|---|
| HARRY NAKAKI; JOHN AND JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and OTHER DOE ENTITIES 1-10, | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

### NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS CITY AND COUNTY OF HONOLULU, ALAN RIVERS, RICK S.Y. YI AND AUGUST C. BELDEN

Notice is hereby given that Marie Manuele Gavigan, Deputy Corporation Counsel, hereby substitutes as counsel for Defendants City and County of Honolulu, Alan Rivers, Rick S.Y. Yi and August C. Belden ("City Defendants") as Derek T. Mayeshiro is no longer lead counsel for City Defendants.

DATED:  Honolulu, Hawaii, April 16, 2007.

                                          CARRIE K.S. OKINAGA
                                        Corporation Counsel


                                        By /s/Marie Manuele Gavigan
                                            MARIE MANUELE GAVIGAN
                                            Deputy Corporation Counsel

                                            Attorney for Defendants
                                            City and County of Honolulu,
                                            Alan Rivers, Rick S.Y. Yi and
                                            August C. Belden