# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

04/26/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CV 04-00535BMK

CASE NAME:        Robert Souza v. City and County of Honolulu, et al.

ATTYS FOR PLA:    Eric A. Seitz, Lawrence I. Kawasaki

ATTYS FOR DEFT:   Richard Lewallen for Marie M. Gavigan, Cary T. Tanaka

INTERPRETER:

JUDGE:   Barry M. Kurren           REPORTER:   C6 no record

DATE:    04/26/2007                TIME:       9 - 9:05

COURT ACTION:   EP: Rescheduling Conference - new date given.  Court to prepare an amended scheduling order.

1.   Jury trial on March 18, 2008 at 9:00 a.m. before BMK
2.   Final Pretrial Conference on February 5, 2008 at 9:00 a.m. before BMK
3.
4.   Final Pretrial Statement by January 29, 2008
5.   File motions to Join/Add Parties/Amend Pleadings by August 16, 2007
6.   File other Non-Dispositive Motions by December 19, 2007
7.   File Dispositive Motions by October 17, 2007
8a.  File Motions in Limine by February 26, 2008
8b.  File opposition memo to a Motion in Limine by March 4, 2008
11a. Plaintiff's Expert Witness Disclosures by September 17, 2007
11b. Defendant's Expert Witness Disclosures by October 17, 2007
12.  Discovery deadline January 18, 2008
13.  Settlement Conference set for August 15, 2007 at 9:00 a.m. before BMK
14.  Settlement Conference statements by August 8, 2007
20.  Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by March 4, 2008
21.  File Final witness list by February 26, 2008
24.  Exchange Exhibit and Demonstrative aids by February 19, 2008
25.  Stipulations re: Authenticity/Admissibility of Proposed Exhibits by February 26, 2008

26.   File objections to the Exhibits by March 4, 2008
28a.  File Deposition Excerpt Designations by February 26, 2008
28b.  File Deposition Counter Designations and Objections by March 4, 2008
29.   File Trial Brief by March 4, 2008
30.

cc: Tammy Kimura
Submitted by Richlyn Young, Courtroom Manager

CV 04-00535BMK;
Robert Souza v. City and County of Honolulu, et al.;
Rule 16 Scheduling Conference Minutes
04/26/2007