LAW OFFICES OF CARY T. TANAKA

CARY T. TANAKA        4858-0
DIANE K. AGOR-OTAKE 7751-0
Suite 510 Fort Street Tower
745 Fort Street
Honolulu, Hawaii  96813
Telephone:  536-8885
email:  carytanaka@aol.com
        dka@hawaii.rr.com

Attorneys for Defendant
HAROLD UEHARA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA, ) | CIVIL NO. 04-00535 DAE BMK |
| ) | (Other Civil Rights) |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| ) | |
| CITY AND COUNTY OF HONOLULU; ) | [RE:  NOTICE OF TAKING |
| HAROLD UEHARA, in his ) | DEPOSITIONS UPON ORAL |
| individual and official ) | EXAMINATION |
| capacity, ALAN RIVERS, in his ) | (1) PATRICIA MORTON |
| individual and official ) | (2) JOANNE TERADA |
| capacity; RICK S.Y. YI, in ) | (3) HARRY NAKAKI] |
| his individual and official ) | |
| capacity; AUGUST C. BELDEN, ) | |
| in his individual and ) | |
| official capacity; JEREMY ) | |
| HARRIS, in his official ) | |
| capacity as Mayor; LEE ) | |
| DONOHUE, in his individual ) | |
| and official capacity as ) | |
| Police Chief; TAVERN 515, ) | |
| INC. d.b.a. CLUB YURAKUCHO, ) | |
| HARRY NAKAKI; JOHN AND JANE ) | |
| DOES 1-10; DOE PARTNERSHIPS ) | |
| 1-10; DOE CORPORATIONS 1-10; ) | |
| and OTHER DOE ENTITIES 1-10, ) | |
| ) | |
| Defendants. ) | |
| ) | |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the Notice of Taking Depositions Upon Oral Examination [Re: (1) Patricia Morton, (2) Joanne Terada, and (3) Harry Nakaki] was duly mailed to the following individuals at their last known addresses on July 12, 2007:

> ERIC SEITZ, ESQ.
> 820 Mililani Street, Suite 714
> Honolulu, Hawaii 96813
>
> Attorney for Plaintiff
>
> D. SCOTT DODD, ESQ.
> Deputy Corporation Counsel
> 530 South King Street, Room 110
> Honolulu, Hawaii 96813
>
> Attorney for Defendants
> CITY AND COUNTY OF HONOLULU,
> ALAN RIVERS, RICK S.Y. YI and
> AUGUST C. BELDEN

DATED:    Honolulu, Hawaii, July 24, 2007.


                                   /s/ Cary T. Tanaka
                                   CARY T. TANAKA
                                   DIANE K. AGOR-OTAKE
                                   Attorneys for Defendant
                                   HAROLD UEHARA

- 2 -