CARRIE K.S. OKINAGA, 5958
Corporation Counsel

D. SCOTT DODD, 6811
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawai`i  96813
Telephone:   (808) 523-4890
Facsimile:    (808) 523-4583
E-mail: dsdodd@honolulu.gov

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
ALAN RIVERS, RICK S.Y. YI AND
AUGUST C. BELDEN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA, | ) Civil No. CV04 00535 DAE BMK |
| | ) (Other Civil Rights) |
| Plaintiff, | ) |
| | ) NOTICE OF SUBSTITUTION OF |
| vs. | ) COUNSEL; CERTIFICATE OF |
| | ) SERVICE |
| CITY AND COUNTY OF | ) |
| HONOLULU; HAROLD UEHARA, in | ) |
| his individual and official capacity, | ) |
| ALAN RIVERS, in his individual and | ) |
| official capacity; RICK S.Y. YI, in his | ) |
| individual and official capacity; | ) |
| AUGUST C. BELDEN, in his | ) |
| individual and official capacity, | ) |
| JEREMY HARRIS, in his official | ) |
| capacity as Mayor; LEE DONOHUE in | ) |
| his individual and official capacity as | ) |
| Police Chief; TAVERN 515, INC. d.b.a. | ) |
| CLUB YURAKUCHO, | ) |

| | |
|---|---|
| HARRY NAKAKI; JOHN AND JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and OTHER DOE ENTITIES 1-10, | ) ) ) ) ) |
| Defendants. | ) ) |

NOTICE OF SUBSTITUTION OF COUNSEL

Notice is hereby given that D. Scott Dodd, Deputy Corporation Counsel, hereby substitutes as counsel for Defendants City and County of Honolulu, Alan Rivers, Rick S.Y. Yi and August C. Belden (hereinafter referred to as "City Defendants") as Marie Manuele Gavigan is assisting and is no longer lead counsel for City Defendants.  D. Scott Dodd is now lead counsel for City Defendants.

DATED: Honolulu, Hawaii, July 25, 2007.

                                              CARRIE K.S. OKINAGA
                                              Corporation Counsel


                                              By /s/ D. Scott Dodd
                                                  D. SCOTT DODD
                                                  Deputy Corporation Counsel

                                                  Attorney for Defendants
                                                  CITY AND COUNTY OF HONOLULU,
                                                  ALAN RIVERS, RICK S.Y. YI AND
                                                  AUGUST C. BELDEN