IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA,<br><br>        Plaintiff,<br><br>   vs.<br><br>CITY AND COUNTY OF HONOLULU; HAROLD UYEHARA, in his individual and official capacity, ALLAN RIVERS, in his individual and official capacity; TWO UNKNOWN POLICE OFFICERS, in their individual and official capacity, JEREMY HARRIS, in his official capacity as Mayor; LEE DONOHUE in his individual and official capacity as Police Chief; TAVERN 515, INC. d.b.a. CLUB YURAKUCHO, HARRY NAKAKI; JOHN AND JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and OTHER DOE ENTITIES 1-10,<br><br>        Defendants. | Civil No. CV04 00535 DAE BMK<br>(Other Civil Rights)<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the within was duly served by the methods of service noted, a true and correct copy of the foregoing was duly served on the following individuals at their address listed below on July 25, 2007:

**Served Electronically through CM/ECF**:

    ERIC A. SEITZ, ESQ.             eseitzatty@yahoo.com
    820 Mililani Street, Suite 714
    Honolulu, Hawaii   96813
    Attorney for Plaintiff

    CARY T. TANAKA, ESQ.          carytanaka@aol.com
    Suite 510 Fort Street Tower
    745 Fort Street
    Honolulu, Hawaii  96813
    Attorney for Defendant HAROLD UEHARA

    DATED:  Honolulu, Hawaii, July 25, 2007.

                                    CARRIE K.S. OKINAGA
                                    Corporation Counsel


                                    By /s/ D. Scott Dodd
                                      D. SCOTT DODD
                                      Deputy Corporation Counsel

                                      Attorney for Defendants
                                      CITY AND COUNTY OF HONOLULU,
                                      ALAN RIVERS, RICK S.Y. YI AND
                                      AUGUT C. BELDEN