ORIGINAL

LAW OFFICES OF CARY T. TANAKA

CARY T. TANAKA     4858-0
DIANE K. AGOR-OTAKE    7751-0
Suite 510 Fort Street Tower
745 Fort Street
Honolulu, Hawaii      96813
Telephone Number:   536-8885

Attorneys for Defendant
HAROLD UEHARA



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 06 2007

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA,<br><br>        Plaintiff,<br><br>  vs.<br><br>CITY AND COUNTY OF HONOLULU;<br>HAROLD UEHARA, in his<br>individual and official<br>capacity, ALAN RIVERS, in his<br>individual and official<br>capacity; RICK S.Y. YI, in his<br>individual and official<br>capacity; AUGUST C. BELDEN,<br>in his individual and official<br>capacity; JEREMY HARRIS, in<br>his official capacity as<br>Mayor; LEE DONOHUE, in his<br>individual and official<br>capacity as Police Chief;<br>TAVERN 515, INC. d.b.a. CLUB<br>YURAKUCHO, HARRY NAKAKI; JOHN<br>AND JANE DOES 1-10; DOE<br>PARTNERSHIPS 1-10; DOE<br>CORPORATIONS 1-10; and OTHER<br>DOE ENTITIES 1-10,<br><br>        Defendants. | CIVIL NO. CV 04-00535 BMK<br>(Other Civil Rights)<br><br><br>CERTIFICATE OF SERVICE<br><br>(Notice of Taking Depositions<br>Upon Written Questions and<br>Questions) |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on _____AUG - 6 2007_____, a copy of the foregoing document was duly served upon the following parties by delivering same, or by depositing said copy in the United States mail, postage prepaid, addressed as follows:

> ERIC SEITZ, ESQ.
> 820 Mililani Street
> Suite 714
> Honolulu, Hawaii  96813
>
> Attorney for Plaintiff
> ROBERT SOUZA
>
>
> D. SCOTT DODD, ESQ.
> Deputy Corporation Counsel
> 530 South King Street
> Room 110
> Honolulu, Hawaii  96813
>
> Attorney for Defendants
> CITY AND COUNTY OF HONOLULU,
> ALAN RIVERS, RICK S.Y. YI and
> AUGUST C. BELDEN

DATED:  Honolulu, Hawaii, _____AUG - 6 2007_____.

BY: _____
CARY T. TANAKA
DIANE K. AGOR-OTAKE
Attorneys for Defendant
HAROLD UEHARA