# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 04-00535BMK |
| CASE NAME: | Robert Souza v. City and County of Honolulu |
| ATTYS FOR PLA: | Eric A. Seitz, Lawrence I. Kawasaki |
| ATTYS FOR DEFT: | Marie M. Gavigan, Cary T. Tanaka |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
| DATE: | 08/15/2007 | TIME: | 9 - 9:40 |

COURT ACTION:  EP: Settlement Conference held.  No settlement at this time.  Further conference on call.

Submitted by Richlyn Young, Courtroom Manager