CARRIE K.S. OKINAGA, 5958
Corporation Counsel

D. SCOTT DODD, 6811
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii  96813
Telephone:  (808) 523-4890
Facsimile:   (808) 523-4583
Email: ddodd@honolulu.gov

Attorneys for Defendants
City and County of Honolulu,
Alan Rivers, Rick S.Y. Yi and
August C. Belden

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA, <br><br> Plaintiff, <br><br> vs. <br><br> CITY AND COUNTY OF HONOLULU; HAROLD UEHARA, in his individual and official capacity, ALAN RIVERS, in his individual and official capacity; RICK S.Y. YI, in his individual and official capacity; AUGUST C. BELDEN, in his individual and official capacity, JEREMY HARRIS, in his official capacity as Mayor; LEE DONOHUE in his individual and official capacity as Police Chief; TAVERN 515, INC. d.b.a. CLUB YURAKUCHO, HARRY NAKAKI; JOHN AND JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and OTHER DOE ENTITIES 1-10, <br><br> Defendants. | Civil No. CV04 00535 DAE BMK <br> (Other Civil Rights) <br><br> Civil No. CV04 00535 DAE BMK <br> (Other Civil Rights) <br><br> CERTIFICATE OF SERVICE RE: <br><br> DEFENDANTS CITY AND COUNTY OF HONOLULU AND ALAN RIVERS, in his individual and official capacity's, SECOND SUPPLEMENTAL RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS CITY AND COUNTY OF HONOLULU AND ALLAN RIVERS, in his individual and official capacity <br><br> [Documents Bate Stamped C-00209a and C-00212a] |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the original and copies, as indicated below of the following documents were duly served, by hand-delivery, on the following individuals at the following addresses on August 27, 2007:

DEFENDANTS CITY AND COUNTY OF HONOLULU AND ALAN RIVERS, in his individual and official capacity's, SECOND SUPPLEMENTAL RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS CITY AND COUNTY OF HONOLULU AND ALLAN RIVERS, in his individual and official capacity [Documents Bate Stamped C-00209a and C-00212a]

**Served Electronically through CM/ECF:**          E-mail address

    ERIC A. SEITZ, ESQ.                                         Original and 1 copy
    820 Mililani Street, Suite 714
    Honolulu, Hawaii 96813
    Attorney for Plaintiff                                        eseitzatty@yahoo.com

    CARY T. TANAKA, ESQ.                                   1 copy
    Suite 510 Fort Street Tower
    745 Fort Street
    Honolulu, Hawaii 96813
    Attorney for Defendant HAROLD UEHARA carytanaka@aol.com

DATED: Honolulu, Hawaii, September 5, 2007.

                                            CARRIE K.S. OKINAGA
                                            Corporation Counsel


                                            By /s/ D. SCOTT DODD
                                               D. SCOTT DODD
                                               Deputy Corporation Counsel

                                               Attorney for Defendants