CARRIE K.S. OKINAGA, 5958
Corporation Counsel
D. SCOTT DODD, 6811
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawai`i  96813
Telephone:  (808) 523-4890/Facsimile:  (808) 523-4583
e-mail:  dsdodd@honolulu.gov

Attorneys for Defendants
City and County of Honolulu; Alan Rivers,
Rick S.Y. Yi and August C. Belden

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ROBERT SOUZA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF HONOLULU; HAROLD UEHARA, in his individual and official capacity, ALAN RIVERS, in his individual and official capacity; RICK S.Y. YI, in his individual and official capacity; AUGUST C. BELDEN, in his individual and official capacity, JEREMY HARRIS, in his official capacity as Mayor; LEE DONOHUE in his individual and official capacity as Police Chief; TAVERN 515, INC. d.b.a. CLUB YURAKUCHO, HARRY NAKAKI; JOHN AND JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and OTHER DOE ENTITIES 1-10,<br><br>　　　　　Defendants.<br>_____ | Civil No. CV04 00535 BMK<br>(Other Civil Rights)<br><br>DEFENDANT CITY AND COUNTY OF HONOLULU'S MOTION FOR SUMMARY JUDGMENT; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF D. SCOTT DODD; EXHIBIT "A"; EXHIBIT "B"; CERTIFICATE OF SERVICE |

### DEFENDANT CITY AND COUNTY OF HONOLULU'S
### <u>MOTION FOR SUMMARY JUDGMENT</u>

Defendant City and County of Honolulu (hereinafter "the City"), by and through its attorneys, Carrie K.S. Okinaga, Corporation Counsel, and D. Scott Dodd, Deputy Corporation Counsel, move this Honorable Court for an order granting summary judgment on the Second Amended Complaint for Declaratory Relief and Compensatory and Punitive Damages filed June 16, 2006 ("Complaint"), on the grounds that there are no genuine issues of material fact.

This motion is based upon Rules 7(b) and 56 of the Federal Rules of Civil Procedure and Local Rules 7.5, 7.6 and 56.1 of the Local Rules of Practice for the United States District Court for the District of Hawai`i, and is supported by the attached Memorandum of Law, declarations and exhibit attached hereto, the City's Separate Concise Statement of Facts, the record and files herein, as well as such other oral and/or written evidence as may be offered at the hearing in this matter.

DATED:  Honolulu, Hawai`i, October 17, 2007.

        CARRIE K.S. OKINAGA
        Corporation Counsel

    By   /s/D. Scott Dodd
        D. SCOTT DODD
        Deputy Corporation Counsel

        Attorney for Defendant
        CITY AND COUNTY OF HONOLULU,