IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ROBERT SOUZA, ) | Civil No. CV04 00535 BMK |
| ) | (Other Civil Rights) |
| Plaintiff, ) | |
| ) | DECLARATION OF D. SCOTT |
| vs. ) | DODD |
| ) | |
| CITY AND COUNTY OF ) | |
| HONOLULU; HAROLD UEHARA, in ) | |
| his individual and official capacity, ) | |
| ALAN RIVERS, in his individual and ) | |
| official capacity; RICK S.Y. YI, in his ) | |
| individual and official capacity; ) | |
| AUGUST C. BELDEN, in his ) | |
| individual and official capacity, ) | |
| JEREMY HARRIS, in his official ) | |
| capacity as Mayor; LEE DONOHUE in ) | |
| his individual and official capacity as ) | |
| Police Chief; TAVERN 515, INC. d.b.a.) | |
| CLUB YURAKUCHO, ) | |
| HARRY NAKAKI; JOHN AND JANE ) | |
| DOES 1-10; DOE PARTNERSHIPS ) | |
| 1-10; DOE CORPORATIONS 1-10; ) | |
| and OTHER DOE ENTITIES 1-10, ) | |
| ) | |
| Defendants. ) | |

DECLARATION OF D. SCOTT DODD

I, D. SCOTT DODD, do hereby declare and state as follows:

1.    I am an attorney licensed to practice law in the State of Hawai`i and in the United States District Courts for the District of Hawai`i. I am a member in good standing in the aforementioned Courts.

2. I am a Deputy Corporation Counsel for the City and County of Honolulu (hereinafter referred to as the "City") and one of the attorneys representing the City in this action.

3. I have personal knowledge of and am competent to make this Declaration concerning the matters set forth below.

4. Attached hereto as Exhibit "A" is a true and correct copy of Plaintiff's Second Amended Complaint filed on June 16, 2006.

5. Attached hereto as Exhibit "B" is a true and correct copy of the Declaration of Fabian M. Loo. The original Declaration of Fabian M. Loo, referenced in Defendant City's Motion for Summary Judgment Filed October 17, 2007 and the accompanying Separate and Concise Statement of Facts in Support, was filed along with Defendant City and County of Honolulu's Motion for Summary Judgment on August 17, 2006.

   I, D. SCOTT DODD, DO DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT.

   DATED: Honolulu, Hawai`i, October 17, 2007.

                                        /s/ D. Scott Dodd
                                        D. SCOTT DODD