CARRIE K.S. OKINAGA, 5958
Corporation Counsel

MOANA A. YOST, 7738
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813
Telephone: (808) 523-4065
Facsimile: (808) 523-4583
e-mail: myost@honolulu.gov

Attorneys for Defendants
City and County of Honolulu;
Alan Rivers

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA,<br><br>      Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; HAROLD UEHARA, in his individual and official capacity, ALAN RIVERS, in his individual and official capacity; RICK S.Y. YI, in his individual and official capacity; AUGUST C. BELDEN, in his individual and official capacity, JEREMY HARRIS, in his official capacity as Mayor; LEE DONOHUE in his individual and official capacity as Police Chief; TAVERN 515, INC. d.b.a. CLUB YURAKUCHO, HARRY NAKAKI; JOHN AND JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and OTHER DOE ENTITIES 1-10,<br><br>      Defendants. | Civil No. CV04 00535 DAE BMK<br>(Other Civil Rights)<br><br>DECLARATION OF<br>FABIAN M. LOO |

EXHIBIT A

life-threatening physical injuries, officers are trained to either transport the suspect to a professional medical facility, or to call medical professionals to the scene.

I, FABIAN M. LOO, DO DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT.

DATED: Honolulu, Hawaii, 8-10-06.

_____
FABIAN M. LOO

9. All HPD officers are required to be familiar with the laws governing the use of force and are periodically apprised of, and trained in, developments in this area of the law.

10. All HPD officers are required to know HPD policy governing the use of force.

11. HPD policy forbids unreasonable or excessive force and officers can be and are disciplined and/or prosecuted if they are found to have used excessive force on suspects or arrestees.

12. The use of excessive force is a crime under Hawaii law and officers are required to report others' misconduct.

13. HPD officers are trained to use force only as a means to control a suspect or arrestee, or in self-defense, and are admonished never to employ force as a means of punishment or for any other purpose.

14. During the Recruit Training Course, recruits are given their initial training on basic first aid, CPR and external defibulaters; and every two years, police officers are trained on basic first aid, CPR and external defibulaters.

15. During the Recruit Training Course, police officers are trained to secure the scene to make it safe for the public, suspect and police officers, and then address any medical needs at that time. If there are life-threatening injuries, the officer is trained to call medical personnel to the scene. If there are no observable

## DECLARATION OF FABIAN M. LOO

I, FABIAN M. LOO, do hereby declare as follows:

1. I am currently employed by the Honolulu Police Department ("HPD") and have been so employed since 1983.

2. I have personal knowledge of and am competent to make this Declaration concerning the matters set forth below.

3. I am a certified instructor for the Honolulu Police Academy, and have worked with the Training Division of HPD since 1984.

4. I am well versed in arrest and control tactics and have been an instructor on the subject since 1984.

5. Each officer must complete recruit training at the Honolulu Police Academy.

6. The Recruit Training Course places a heavy emphasis on training recruits in the appropriate use of force, and each recruit must undertake the Control and Arrest Tactics Course, which I have taught.

7. The Control and Arrest Tactics Course involves the study of the use of force, and the application of reasonable force in varying circumstances.

8. Annual Recall Training is required by each police officer. Annual Recall Training often involves the discussion and study of reasonable use of force in arrest and control techniques.