IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA, ) | Civil No. CV04 00535 DAE BMK |
| ) | (Other Civil Rights) |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| ) | |
| CITY AND COUNTY OF ) | |
| HONOLULU; HAROLD UYEHARA, ) | |
| in his individual and official capacity, ) | |
| ALLAN RIVERS, in his individual and ) | |
| official capacity; TWO UNKNOWN ) | |
| POLICE OFFICERS, in their individual ) | |
| and official capacity, JEREMY ) | |
| HARRIS, in his official capacity as ) | |
| Mayor; LEE DONOHUE in his ) | |
| individual and official capacity as ) | |
| Police Chief; TAVERN 515, INC. d.b.a.) | |
| CLUB YURAKUCHO, HARRY ) | |
| NAKAKI; JOHN AND JANE DOES 1- ) | |
| 10; DOE PARTNERSHIPS 1-10; DOE ) | |
| CORPORATIONS 1-10; and OTHER ) | |
| DOE ENTITIES 1-10, ) | |
| ) | |
| Defendants. ) | |
| ) | |

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the within was duly served by the methods of service noted, a true and correct copy of the foregoing was duly served on the following individuals at their address listed below on October 17, 2007:

**Served Electronically through CM/ECF**:

    ERIC A. SEITZ, ESQ.                              eseitzatty@yahoo.com
    820 Mililani Street, Suite 714
    Honolulu, Hawaii  96813
    Attorney for Plaintiff

    CARY T. TANAKA, ESQ.                           carytanaka@aol.com
    Suite 510 Fort Street Tower
    745 Fort Street
    Honolulu, Hawaii  96813
    Attorney for Defendant HAROLD UEHARA

    DATED:  Honolulu, Hawaii, October 17, 2007.

                                        CARRIE K.S. OKINAGA
                                        Corporation Counsel


                                          By /s/ D. Scott Dodd
                                            D. SCOTT DODD
                                            Deputy Corporation Counsel

                                            Attorney for Defendant
                                            CITY AND COUNTY OF HONOLULU