CARRIE K.S. OKINAGA, 5958
Corporation Counsel
D. SCOTT DODD, 6811
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii  96813
Telephone:  (808) 523-4890/Facsimile:  (808) 523-4583
e-mail:  dsdodd@honolulu.gov

Attorneys for Defendants
City and County of Honolulu; Alan Rivers,
Rick S.Y. Yi and August C. Belden

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA,<br><br>         Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF HONOLULU; HAROLD UEHARA, in his individual and official capacity, ALAN RIVERS, in his individual and official capacity; RICK S.Y. YI, in his individual and official capacity; AUGUST C. BELDEN, in his individual and official capacity, JEREMY HARRIS, in his official capacity as Mayor; LEE DONOHUE in his individual and official capacity as Police Chief; TAVERN 515, INC. d.b.a. CLUB YURAKUCHO, HARRY NAKAKI; JOHN AND JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and OTHER DOE ENTITIES 1-10,<br><br>         Defendants.<br>_____ | Civil No. CV04 00535 BMK<br>(Other Civil Rights)<br><br>DEFENDANT CITY AND COUNTY OF HONOLULU'S SEPARATE AND CONCISE STATEMENT OF FACTS IN SUPPORT OF DEFENDANT CITY AND COUNTY OF HONOLULU'S MOTION FOR SUMMARY JUDGMENT FILED OCTOBER 16, 2007; CERTIFICATE OF SERVICE |

DEFENDANT CITY AND COUNTY OF HONOLULU'S
SEPARATE AND CONCISE STATEMENT OF FACTS IN SUPPORT
OF DEFENDANT CITY AND COUNTY OF HONOLULU'S
MOTION FOR SUMMARY JUDGMENT FILED OCTOBER 16, 2007

Pursuant to Rule 56.1 of the Local Rules of Practice for the United States District Court for the District of Hawaii, Defendant City and County of Honolulu submits its separate concise statement of material facts in support of Defendant City and County of Honolulu's Motion for Summary Judgment filed August 17, 2006, which is being filed contemporaneously.

| EVIDENTIARY FACTS | SUPPORT |
| --- | --- |
| 1. On August 13, 2003, Plaintiff Robert Souza ("Plaintiff") was at Club Yurakucho ("the club"). | See City's Motion for Summary Judgment filed October 16, 2007 ("MSJ"), Exhibit "A," Plaintiff's Second Amended Complaint, at ¶ 24. |
| 2. On August 13, 2003, Defendants Harold Uehara, Alan Rivers, Rick S.Y. Yi, and August C. Beldon ("Defendant police officers") were at the club. | See The City's MSJ, Exhibit "A" at ¶¶ 23 and 28. |
| 3. Defendant police officers left the club. | See The City's MSJ, Exhibit "A" at ¶ 30. |
| 4. Plaintiff left the club. | See The City's MSJ, Exhibit "A" at ¶ 31. |
| 5. Plaintiff alleges that Defendant Uehara bumped up against Plaintiff's chest and struck him. | See The City's MSJ, Exhibit "A" at ¶ 31. |

2

| | |
|---|---|
| 6.  Plaintiff alleges that Defendant police officers assaulted Plaintiff by striking him, elbowing him, kneeing him and pinning him against the wall. | <u>See</u> The City's MSJ, Exhibit "A" at ¶ 32. |
| 7.  Plaintiff alleges that Defendant police officers restrained Plaintiff and refused to let him go. | <u>See</u> The City's MSJ, Exhibit "A" at ¶ 33. |
| 8.  Plaintiff alleges that Defendant police officers restrained Plaintiff while Defendant Uehara struck Plaintiff. | <u>See</u> The City's MSJ, Exhibit "A" at ¶35. |
| 9.  Plaintiff alleges that he was bleeding and in distress. | <u>See</u> The City's MSJ, Exhibit "A" at ¶40. |
| 10.  Each police officer must complete recruit training at the Honolulu Police Academy. | <u>See</u> The City's MSJ, Declaration of Fabian M. Loo. |
| 11.  The Recruit Training Course places a heavy emphasis on training recruits in the appropriate use of force, and each recruit must undertake the Control and Arrest Tactics Course. | <u>See</u> The City's MSJ, Declaration of Fabian M. Loo. |
| 12.  The Control and Arrest Tactics Course involves the study of the use of force, and the application of reasonable force in varying circumstances. | <u>See</u> The City's MSJ, Declaration of Fabian M. Loo. |
| 13.  Annual Recall Training is required by each police officer.  Annual Recall Training often involves the discussion and study of reasonable use of force in arrest and control techniques. | <u>See</u> The City's MSJ, Declaration of Fabian M. Loo. |

| | |
|---|---|
| 14. All HPD officers are required to be familiar with the laws governing the use of force and are periodically appraised of, and trained in, developments in this area of the law. | <u>See</u> The City's MSJ, Declaration of Fabian M. Loo. |

DATED: Honolulu, Hawaii, October 17, 2007.

CARRIE K.S. OKINAGA
Corporation Counsel


By /s/D. Scott Dodd
   D. SCOTT DODD
   Deputy Corporation Counsel

   Attorney for Defendants
   CITY AND COUNTY OF HONOLULU,
   ALAN RIVERS, RICK S.Y. YI AND
   AUGUST C. BELDEN