IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA, | ) Civil No. CV04 00535 DAE BMK |
| | ) (Other Civil Rights) |
| Plaintiff, | ) |
| | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| | ) |
| CITY AND COUNTY OF HONOLULU; HAROLD UYEHARA, in his individual and official capacity, ALLAN RIVERS, in his individual and official capacity; TWO UNKNOWN POLICE OFFICERS, in their individual and official capacity, JEREMY HARRIS, in his official capacity as Mayor; LEE DONOHUE in his individual and official capacity as Police Chief; TAVERN 515, INC. d.b.a. CLUB YURAKUCHO, HARRY NAKAKI; JOHN AND JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and OTHER DOE ENTITIES 1-10, | ) |
| Defendants. | ) |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the within was duly served by the methods of service noted, a true and correct copy of the foregoing was duly served on the following individuals at their address listed below on October 17, 2007:

**Served Electronically through CM/ECF**:

    ERIC A. SEITZ, ESQ.                        eseitzatty@yahoo.com
    820 Mililani Street, Suite 714
    Honolulu, Hawaii   96813
    Attorney for Plaintiff

    CARY T. TANAKA, ESQ.                  carytanaka@aol.com
    Suite 510 Fort Street Tower
    745 Fort Street
    Honolulu, Hawaii  96813
    Attorney for Defendant HAROLD UEHARA

    DATED:  Honolulu, Hawaii, October 17, 2007.

                                          CARRIE K.S. OKINAGA
                                          Corporation Counsel


                                          By /s/ D. Scott Dodd
                                            D. SCOTT DODD
                                            Deputy Corporation Counsel

                                            Attorney for Defendant
                                            CITY AND COUNTY OF HONOLULU