```
LAW OFFICES OF CARY T. TANAKA

CARY T. TANAKA         4858-0
DIANE K. AGOR-OTAKE    7751-0
Suite 510 Fort Street Tower
745 Fort Street
Honolulu, Hawaii  96813
Telephone:  536-8885
email:  carytanaka@aol.com
        dka@hawaii.rr.com

Attorneys for Defendant
HAROLD UEHARA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ROBERT SOUZA, | ) | CIVIL NO. CV 04-00535 BMK |
| | ) | (Other Civil Rights) |
| Plaintiff, | ) | |
| | ) | DEFENDANT HAROLD UEHARA'S |
| vs. | ) | MOTION FOR PARTIAL SUMMARY |
| | ) | JUDGMENT; MEMORANDUM IN |
| CITY AND COUNTY OF HONOLULU; | ) | SUPPORT OF MOTION; AFFIDAVIT |
| HAROLD UEHARA, in his | ) | OF HAROLD UEHARA; AFFIDAVIT |
| individual and official | ) | OF CARY T. TANAKA; EXHIBITS |
| capacity, ALAN RIVERS, in his | ) | "A" - "B"; CERTIFICATE OF |
| individual and official | ) | SERVICE |
| capacity; RICK S.Y. YI, in | ) | |
| his individual and official | ) | |
| capacity; AUGUST C. BELDEN, | ) | |
| in his individual and | ) | |
| official capacity; JEREMY | ) | |
| HARRIS, in his official | ) | |
| capacity as Mayor; LEE | ) | |
| DONOHUE, in his individual | ) | |
| and official capacity as | ) | |
| Police Chief; TAVERN 515, | ) | |
| INC. d.b.a. CLUB YURAKUCHO, | ) | |
| HARRY NAKAKI; JOHN AND JANE | ) | TRIAL DATE:  MARCH 18, 2008 |

```
DOES 1-10; DOE PARTNERSHIPS    )
1-10; DOE CORPORATIONS 1-10;   )
and OTHER DOE ENTITIES 1-10,   )
                               )
            Defendants.        )
                               )
_____ )
```

### DEFENDANT HAROLD UEHARA'S
### MOTION FOR PARTIAL SUMMARY JUDGMENT

Comes now Defendant HAROLD UEHARA ("this Defendant"), by his attorneys, and hereby moves this Honorable Court for an order granting partial summary judgment on all constitutional claims brought against this Defendant in the above-referenced case.

This motion is made pursuant to Rules 7 and 56 of the Federal Rules of Civil Procedure, and is supported based upon the memorandum in support of motion, the affidavits and exhibits attached hereto, as well as upon the record and file herein.

DATED: Honolulu, Hawaii, October 25, 2007.

    /s/ Cary T. Tanaka
CARY T. TANAKA
DIANE K. AGOR-OTAKE
Attorneys for Defendant
HAROLD UEHARA