IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA,<br><br>        Plaintiff,<br><br>  vs.<br><br>CITY AND COUNTY OF HONOLULU;<br>HAROLD UEHARA, in his<br>individual and official<br>capacity, ALAN RIVERS, in his<br>individual and official<br>capacity; RICK S.Y. YI, in<br>his individual and official<br>capacity; AUGUST C. BELDEN,<br>in his individual and<br>official capacity; JEREMY<br>HARRIS, in his official<br>capacity as Mayor; LEE<br>DONOHUE, in his individual<br>and official capacity as<br>Police Chief; TAVERN 515,<br>INC. d.b.a. CLUB YURAKUCHO,<br>HARRY NAKAKI; JOHN AND JANE<br>DOES 1-10; DOE PARTNERSHIPS<br>1-10; DOE CORPORATIONS 1-10;<br>and OTHER DOE ENTITIES 1-10,<br><br>        Defendants. | CIVIL NO. CV 04-00535 BMK<br>(Other Civil Rights)<br><br>AFFIDAVIT OF HAROLD UEHARA |

<u>AFFIDAVIT OF HAROLD UEHARA</u>

STATE OF HAWAII      )
              ) SS.
CITY AND COUNTY OF HONOLULU )

  HAROLD UEHARA, being first duly sworn upon oath, deposes and says that:

  1. I am a resident of the City and County of Honolulu, State of Hawaii.

2. I am currently employed as a Lieutenant with the Honolulu Police Department.

3. Back in August of 2003, I was a Sergeant assigned to District Seven in Palolo.

4. On or about August 13, 2003, I had completed my work shift at 9:30 p.m. and then made my way to Club Yurakucho which was located at 1200 College Walk.

5. My co-workers and I had gone to Club Yurakucho after work that evening for an informal going away party for one of our fellow officers who was leaving for Japan the following day.

6. I recall arriving at Club Yurakucho between 10:00 and 10:30 p.m. Since we were already done with work, I had changed into civilian clothing before arriving at the club.

7. I recall being at Club Yurakucho for a couple of hours before getting ready to leave for the evening. Towards the end of the evening, August Belden and I began having a heated discussion regarding a work issue.

8. I decided that it was time to leave so I exited Club Yurakucho and made my way to my car. August Belden walked out of the club and went towards his car. I recall Rick Yi and Alan Rivers also coming outside.

9. Robert Souza approached me and started saying something. I recall walking towards him and asking him what he

was saying. Without provocation, Mr. Souza then punched me twice in my jaw.

    10. I believe that Rick Yi and Alan Rivers then grabbed Mr. Souza to stop him.

    11. I never displayed my badge or police identification, nor did I ever inform Mr. Souza that I was a police officer during this entire event.

    Further affiant sayeth naught.

_____
HAROLD UEHARA

Subscribed and sworn to before me this 16th day of October, 2007.

_____
Notary Public, State of Hawaii
Jill K. Miyagi

My Commission Expires: 10-02-10

[Notary Seal: Jill K. Miyagi, Notary Public, State of Hawaii]