IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CITY AND COUNTY OF HONOLULU; ) <br> HAROLD UEHARA, in his ) <br> individual and official ) <br> capacity, ALAN RIVERS, in his ) <br> individual and official ) <br> capacity; RICK S.Y. YI, in ) <br> his individual and official ) <br> capacity; AUGUST C. BELDEN, ) <br> in his individual and ) <br> official capacity; JEREMY ) <br> HARRIS, in his official ) <br> capacity as Mayor; LEE ) <br> DONOHUE, in his individual ) <br> and official capacity as ) <br> Police Chief; TAVERN 515, ) <br> INC. d.b.a. CLUB YURAKUCHO, ) <br> HARRY NAKAKI; JOHN AND JANE ) <br> DOES 1-10; DOE PARTNERSHIPS ) <br> 1-10; DOE CORPORATIONS 1-10; ) <br> and OTHER DOE ENTITIES 1-10, ) <br> ) <br> Defendants. ) <br> _____ ) | CIVIL NO. CV 04-00535 BMK <br> (Other Civil Rights) <br><br> AFFIDAVIT OF CARY T. TANAKA |

<u>AFFIDAVIT OF CARY T. TANAKA</u>

STATE OF HAWAII         )
                        ) SS.
CITY AND COUNTY OF HONOLULU )

    CARY T. TANAKA, being first duly sworn upon oath, deposes and says that:

    1.   I am a resident of the City and County of Honolulu, State of Hawaii.

2. I am one of the attorneys representing Defendant HAROLD UEHARA in the above-referenced case.

3. Attached as Exhibit "A" is a true and correct copy of Plaintiff's Second Amended Complaint for Declaratory Relief and Compensatory and Punitive Damages filed on June 16, 2006.

4. Attached as Exhibit "B" is a true and correct copy of the condensed version of the deposition of Plaintiff Robert Souza which was conducted on March 7, 2007.

Further affiant sayeth naught.

_____
CARY T. TANAKA

Subscribed and sworn to before me this 25th day of October, 2007.

_____
Notary Public, State of Hawaii
Jill K. Miyagi

My Commission Expires: 10-07-10

- 2 -