IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

ROBERT SOUZA,

Plaintiff,

vs.

CITY AND COUNTY OF HONOLULU; HAROLD UEHARA, in his individual and official capacity, ALAN RIVERS, in his individual and official capacity; RICK S.Y. YI, in his individual and official capacity; AUGUST C. BELDEN, in his individual and official capacity; JEREMY HARRIS, in his official capacity as Mayor; LEE DONOHUE, in his individual and official capacity as Police Chief; TAVERN 515, INC., d.b.a. CLUB YURAKUCHO, HARRY NAKAKI; JOHN AND JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and OTHER DOE ENTITIES 1-10,

Defendants.

CIVIL NO. 04-00535 DAE BMK (Other Civil Rights)

DEPOSITION OF ROBERT SOUZA

Taken on behalf of Defendant Harold Uehara, at the Law Offices of Cary T. Tanaka, Suite 510 Fort Street Tower, 745 Fort Street, Honolulu, Hawaii, commencing at 2:00 p.m., on Wednesday, March 7, 2007, pursuant to notice.

BEFORE: Cynthia L. Murphy, RPR, CSR 167
Notary Public, State of Hawaii

EXHIBIT B

APPEARANCES:

For Plaintiff: LAWRENCE I. KAWASAKI, ESQ.
820 Mililani Street, Suite 714
Honolulu, Hawaii 96813

For Defendant Harold Uehara:

CARY T. TANAKA, ESQ.
Suite 510 Fort Street Tower
745 Fort Street
Honolulu, Hawaii 96813

For Defendant City and County of Honolulu and Alan Rivers:

DEREK T. MAYESHIRO
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813

I N D E X

| EXAMINATION BY: | PAGE |
|---|---|
| MR. TANAKA | 4 |
| MR. MAYESHIRO | 109 |
| MR. KAWASAKI | 123 |
| FURTHER EXAMINATION BY: | |
| MR. TANAKA | 122 |
| MR. MAYESHIRO | 124 |
| MR. TANAKA | 124 |
| EXHIBITS MARKED FOR IDENTIFICATION: | |
| DEPOSITION EXHIBIT 1 | 34 |
| DEPOSITION EXHIBIT 2 | 55 |
| DEPOSITION EXHIBIT 3 | 67 |
| DEPOSITION EXHIBIT 4 | 73 |
| DEPOSITION EXHIBIT 5 | 125 |

WEDNESDAY, MARCH 7, 2007 2:00 P.M.

--o0o--

(The reporter's disclosure was made available.)

ROBERT SOUZA,

called as a witness, having been first duly sworn, was examined and testified as follows:

EXAMINATION

BY MR. TANAKA:

**Q Please state your full name for the record.**
A Robert Leonard Souza.
**Q Mr. Souza, what is your current mailing address?**
A 94-557 Alapoai Street, No. 156, Mililani, Hawaii.
**Q How do you spell the street name?**
A A-L-A-P-O-A-I, Alapoai.
**Q Is this a home or a townhouse?**
A Townhouse.
**Q And do you own or rent?**
A I own.
**Q How long have you been residing there?**
A Since 1996.
**Q What is the closest landmark in Mililani to Alapoai Street?**
A Hokuahiahi Park.
**Q Okay. Hoku. All right. The apartment number is?**
A 156.

**Q 156. And who resides there with you?**
A Myself; my wife Denise; my daughter Tiare, 16; my son Zachary, 12.
**Q Okay. Is this -- Alapoai Street is right above Hoku Park?**
A The brown townhouses, if you're familiar with the area.
**Q Across the street from Hoku?**
A Uh-huh. Hokuahiahi Park.
**Q Yeah, I'm familiar -- we call it a Hoku because we play ball there every weekend.**
A So does my son.
**Q Very good. So maybe we see him around then.**
A He's in between different leagues right now.
**Q Mr. Souza, you ever had your deposition taken before?**
A Yes.
**Q In what context was that?**
A As a police officer.
**Q And when was that?**
A Oh, boy.
**Q Just give me an estimation as to time.**
A 1975. The police department and myself was involved with a lawsuit brought on by a private party.
**Q Were you a defendant?**
A Yes.
**Q And that was the only time you were ever sued as a**

Page 6

**police officer?**

A Yes, I was ever sued, yes.

**Q What happened in that case?**

A I was found not to be at fault.

**Q No negligence?**

A No negligence.

**Q Were you ever involved in a lawsuit in which you were a claimant or plaintiff?**

A Yes, plaintiff once, I believe once.

**Q When was that?**

A 1994.

**Q What kind of case was that?**

A Faulty product.

**Q Can you elaborate. What kind of faulty product were you suing for?**

A I was using a wheelbarrow, and it was a new wheelbarrow, and something happened to the wheelbarrow to cause injury, and we settled out of court.

**Q Who was the defendant in that case?**

A The manufacturer. I don't recall. The thing was made in China.

**Q Was there a retailer that you sued as well here in Hawaii?**

A That was House & Garden.

**Q Garden House?**

Page 7

A Right.

**Q Did you sustain any injuries as a result of - that gave rise to that?**

A My shoulder, yeah.

**Q Okay. And that case settled, or did it go to trial?**

A It was settled out of court.

**Q Did you have to give deposition testimony as well in that case, if you remember?**

A I don't remember.

**Q The deposition you gave when you were with the Honolulu Police Department, that was the only time you ever gave a deposition?**

A As far as I can recall, yes.

**Q Okay. You understand that you're under oath this afternoon?**

A Uh-huh.

**Q Is that right?**

A Yes, I do. Yes.

**Q And I'm sorry. The reason why I asked that question twice is because everything that you're saying and everything that I'm saying is being taken by the reporter.**

A I'm aware of that.

**Q So "uh-huh" and "um-um" is a hard time to decipher sometimes. So I'm going to have to request, if possible, that you provide us with "yes" or "no" type responses, okay. And we all say "uh-huh", "um-um," so don't worry about it. I'll try to prompt you to get you to respond with a "yes" or "no." Okay?**

Page 8

A Uh-huh. Yes.

**Q The deposition basically is an opportunity for the attorneys to ask you questions about a civil lawsuit that you had filed against the Honolulu Police Department and a number of its officers. It's an opportunity for us to find out about your claim, to find out about your perception as to what happened on the evening of August 13, 2003. And basically, it gives us an opportunity to find out where you're coming from so we can evaluate the case. Okay? You understand?**

A Okay.

**Q We're not here to trick you. We're not here to get you to say anything that you don't want to say. We're not here to cross-examine you and put you in a corner. That's not the purpose of this. The purpose of this proceeding is for us to discover information from you. So along those lines, the questions may be broad, be posed to you in a broad manner, it may give you opportunity to just give us information as much as you can. But it's important that you understand the questions that are posed to you. So if you don't understand the question, by all means, please ask us to rephrase the question and just tell us, "I don't understand the question." Okay?**

Page 9

A Okay.

**Q We're not here to trick you, so the main thing is you understand what we're asking of you. Don't guess. Don't speculate. If you cannot remember something that happened -- this is awhile ago, so if you cannot remember what happened, that's absolutely fine. We don't expect you to have photographic memory and everything committed to your memory. So if you cannot remember something, just let us know, "I don't remember." If you don't know, that's a perfectly acceptable answer as well. All right?**

A I understand.

**Q If you don't -- when the deposition is completed, the court reporter will transcribe everything that's said here today into a booklet, questions and answers, objections and what not. And you're going to be given an opportunity to review the transcription and make changes if you feel it's necessary. I tell every witness this: Any time you are giving sworn testimony, and then you later make changes to that sworn testimony, then you expose yourself to criticism, potential criticism. The people may say, "Well, Mr. Souza testified this way in his deposition. He went home. He got the transcript. Later he changed his testimony." So as much as possible, you want to try and give us the best answer you can today. All right?**

A Okay.

Q Okay. You may hear objections from time to time. The objections are for the record. If you do hear an objection by any of the other attorneys, I'm going to ask you that you hold on, let them make their objection, and then you can go ahead and respond after that, unless of course Mr. Kawasaki instructs you not to answer. Okay?

A Okay.

Q We will take periodic breaks. I don't anticipate this deposition lasting more than two and a half hours, but we'll see. My goal is to finish within that period of time. And also, within that period of time, we're going to give our reporter, every 45 minutes or so, some time to rest. All right. Do you have any questions before we begin?

A No.

Q Did you take any kind of medication, or anything like that, this morning or sometime during the day?

A No.

Q Able to think clearly?

A Yes.

Q Very good. Let's start then. What is your birth date?

A September 7, 1948.

Q And you were born here in Hawaii?

A Yes.

Q Okay. Graduated from high school?

A Yes.

Q Where was that?

A Kaimuki.

Q What year?

A 1966.

Q After high school, any other educational opportunities?

A Chaminade University.

Q Did you receive a certificate or degree from Chaminade?

A No, I did not.

Q What type of classes were you generally studying? Liberal arts or --

A Criminal justice.

Q Okay. How many credit hours did you receive?

A 86.

Q Why did you not complete your program?

A The stresses of work and family.

Q So you were going part-time to college?

A Yes.

Q And then working?

A Accelerated courses.

Q Any other educational opportunities besides Chaminade?

A Military.

Q I'll get to the military part. But Chaminade, what years were you there? You can tell me the '80s or 70's.

A Early 70's.

Q And how many years approximately were you in total there?

A About three.

Q Three years. You mentioned military. You had military service?

A Yes.

Q When was that?

A 1968 or '67, until 1970, early '71.

Q What branch of the military?

A Air Force.

Q Were you drafted?

A No, veteran of the Vietnam War.

Q Okay. And I assume an honorable discharge?

A Yes.

Q What was your rank when you were discharged?

A E-4.

Q And then you had some military education as well through the GI Bill, you got more education?

A Correct. That's Chaminade.

Q And that was Chaminade. All right. After getting out of the military, what did you do?

A I was working for Hawaiian Airlines, I believe.

Q And how many years would you have been with Hawaiian?

A Maybe two.

Q And what capacity, just generally?

A Ramp agent, reservations agent.

Q And after Hawaiian Air, where did you work?

A Honolulu Police Department.

Q HPD, what year was it that you started?

A 1972.

Q Until?

A 1986.

Q When you retired -- did you retire or did you just --

A I resigned.

Q Resigned, okay. And why did you resign?

A I had gotten hurt and no longer felt I could do the job with the physical requirements that are necessary.

Q Okay. Primarily, during your tenure with HPD, where were you assigned to?

A I was – repeat the question, please.

Q Sure. While you were working with HPD, your assignment was primarily with what division? Patrol? Vice?

A Patrol. Most of the time, patrol.

Q When you resigned, what was your rank?

A MPO-2.

Q And where were you assigned to at the time of your resignation?

A Pearl City.

Q How long were you in Pearl City?

A From '75 to '86.

**Q Okay. As a patrolman?**
A Yes.
**Q A motor patrolman?**
A Yes.
**Q After leaving the department in '86, where were you employed?**
A Victoria Mansion.
**Q What did you do there?**
A Site manager.
**Q I'm sorry?**
A Site manager, resident manager.
**Q How long were you there as a site manager?**
A Until 1994.
**Q So approximately 1986 through 1994; is that correct?**
A No, no. I did several -- several things with security and what not between '86 and '89.
**Q Okay. Like what?**
A Sales for different security companies, recruiting, training, supervision, dispatch.
**Q Give me -- just give me some names of some of those companies.**
A Tribune Security, Centurion Security, Sentinel Alarm.
**Q And after that, what year was it then, about '89 that you started with Victoria Mansion?**
A Correct.

**Q You got to educate me, because I don't know what Victoria Mansion is. Where is that?**
A Between Spencer and Thurston in Makiki.
**Q Is that like a condo?**
A It's a 15-story, 56 unit condominium.
**Q Okay. So you were, like, the resident manager there?**
A Correct.
**Q In 1994, did you resign from your position as resident manager? How was it that you left the position there?**
A I wanted to pursue my own business because of -- I just wanted to pursue my own business.
**Q Okay. So what did you do in '94?**
A I opened Quality Cleaning & Maintenance.
**Q You still have that company?**
A No.
**Q Okay. 1994 till when was that company in existence?**
A Until last year.
**Q Okay. So 2006?**
A Two thousand and -- 2006, correct.
**Q What type of business was Quality Cleaning & Maintenance?**
A Janitorial and groundskeeping.
**Q Okay. And how many employees did you have when you closed the company?**
A None.

**Q How many employees did you have on average during the tenure of your ownership of the company?**
A I had people do some work for me. There was never any real official employees.
**Q Generally, it was a one-man operation?**
A Correct.
**Q So you did all the work?**
A Mostly, yes.
**Q Tell me, if you will -- I know this is a hard question. But what type of jobs -- accounts did you have over the years?**
A Residential, commercial, industrial.
**Q And when you say janitorial services, it would be, like, cleaning commercial sites? Would it be heavy janitorial, or more like the day-to-day type of janitorial services? Day-to-day meaning, you know, you see people come in and they pick up rubbish, they vacuum, that type of stuff, versus grounds maintenance, landscaping, that type of stuff.**
A Both. If I could grab both contracts, I would.
**Q Back in 2006, the year 2006, what kind of income did you derive from the company?**
A I can't be specific.
**Q Just give me an estimate.**
A It would vary. Business goes up and down, so you

talking between forty and sixty-five thousand.
**Q Okay. And this would be your net income or your gross revenues?**
A Gross.
**Q Gross revenues. What about the year before, 2005?**
A Again, I can't -- I don't have the numbers in front of me. But it ranged within that. There were ups and downs.
**Q You have your paperwork that shows what type of income you generated from your company over the past so many years?**
A Tax return.
**Q You have that, okay. I'm going to ask -- I'm assuming you're making a claim for lost wages in this case.**
A There was -- I did lose the contracting, because I no longer went to the property. I didn't want what happened to escalate.
**Q So are you making a claim for wage loss in this case?**
A I'm going to have to say yes.
MR. TANAKA: And given that representation, I'm going to ask, Larry, if you guys can make available tax returns then.
MR. KAWASAKI: What years you want?
MR. TANAKA: 2000 -- 2003, yeah.
MR. KAWASAKI: 2003.
MR. TANAKA: Why don't we go back to 2000 then, 2000 to 2006, when the company shut down.

MR. KAWASAKI: If we have them.

MR. TANAKA: Yeah, if you have them.

Q (By Mr. Tanaka) Do you have those records?

A I have them. But why would you need anything after 2003?

Q You can talk to Mr. Kawasaki about why we would need it. But we're just making the request. And if you like, we can do it formally.

A No, I have it.

Q Okay. And then with regards -- since I don't have those records in front of me, and since you don't, I assume, don't know all the figures off the top of your head --

MR. TANAKA: Larry, if we can talk to him again later on about specifically the wage loss components of his claim later on.

MR. KAWASAKI: Okay.

MR. TANAKA: Thank you.

Q (By Mr. Tanaka) You indicated, Mr. Souza, that you married -- your wife's name is Denise?

A Yes.

Q How long have you and Denise been married?

A Since 1990.

Q And then you have a daughter named --

A Tiare.

Q Tiare?

A Tiare.

Q And she's 16 years old?

A Correct.

Q And your son Zach is 12?

A Correct.

Q What school does Tiare go to? Mililani High School?

A Mililani High School.

Q What about Zach?

A Mililani Middle School.

Q What track is he on?

A Oh, boy.

Q I testing you, huh?

A Malama.

Q Okay. Malama. Okay. Where does Denise work?

A Kaleipu --

Q Kaleiopuu Elementary School?

A Yes. Thank you.

Q Maybe I should testify for you today. Okay.

A We got a lot in common.

Q What does she do over there?

A She's a clerk.

Q How long has she been at that school?

A Five years, six years.

Q Full-time?

A Yes.

Q Is she at all involved in Quality Cleaning & Maintenance? Or is that just your company?

A No, that's sole proprietorship.

Q She doesn't help do anything in the company?

A No.

Q Any previous marriages?

A Yes.

Q Okay. Name of your ex-spouse?

A Mary Jane Souza at the time.

Q Maiden name was what?

A Mary Jane deVille.

Q When was it that you and Mary Jane, through what years were you married?

A 1971 to 1978.

Q And then that ended in divorce, right?

A Yes.

Q Any other marriages?

A No.

Q Aside from the four of you, your wife, your two kids and yourself, that's the only people living at the Alapoai address?

A I have a sister-in-law who's staying with us temporarily with her two children.

Q Okay. Let me move on and ask you a little bit about -- let's move on and talk about the incident itself. We're

here, of course, to talk about an alleged altercation that took place August 13, 2003 at 1200 College Walk, in particular, specifically, at Club Yuraku Cho, spelled Y-U-R-A-K-U and C-H-O, correct?

A I believe that's correct.

Q Okay. Club Yuraku Cho is located in a building on College Walk, right?

A Correct.

Q That building is owned by who, if you know?

A I don't know.

Q My understanding -- and correct me if I'm wrong -- is that did you have -- I should just ask you. Did you have a contract to do maintenance at the premises where Club Yuraku Cho is located?

A Yes, I did.

Q And what type of -- why don't you explain for us, first of all, what type of contract you had there.

A Basically, all of the common areas and the groundskeeping.

Q So the common areas meaning the sidewalks, the lanai area?

A (Nods head).

Q The landscaping, too, you had to do?

A Groundskeeping, yes.

Q So you would be in charge of cutting grass?

A Yes.
**Q Trimming hedges, whatever it is?**
A (Nods head).
**Q Fertilizing, all of that?**
A Yes.
**Q And normally, how long -- what would your hours be when you were working at this location?**
A Groundskeeping would take about four hours every two weeks. The janitorial wouldn't take more than a hour and a half a day.
**Q And janitorial would include the common areas?**
A Yes.
**Q And the bathrooms, too?**
A Yes.
**Q And in this location, how many public restroom facilities are available?**
A I used to take care five. And there's six on the property.
**Q When you say five, meaning five male and female restroom sites?**
A And handicap restrooms.
**Q So all together -- so one male bathroom is one?**
A Yes.
**Q Another one is another?**
A Yes.

**Q One female bathroom, female bathroom number two would be the fourth, just as an example?**
A Yes, right.
**Q So, on average, how many days a week would you be out at the site?**
A Seven days a week.
**Q Seven days a week. And on average, how many hours a day would you be there?**
A Hour, hour and a half.
**Q Okay. Tell me, if you can remember, Mr. Souza, in 2003, what was the normal time that you would be out at the scene, at the Yuraku Cho site?**
A You mean what time of day?
**Q Yes.**
A It varied.
**Q What other sites, back in 2003, were you also servicing?**
A Other properties?
**Q Yes.**
A Diamond Head -- Diamond Head Center on Monsarrat Avenue, Tropicana Square in Waipahu. There were other accounts, but I don't know if they were at that time.
**Q Okay. The Tropicana Square location, I'm familiar with. That is a commercial property, correct?**
A Yes, it is.

**Q And is that similar to Yuraku Cho?**
A In what respect?
**Q Well, I mean in what your responsibilities were.**
A Yes, janitorial and groundskeeping.
**Q Generally speaking, around 2003, August, how many hours a day would you spend at Tropicana Square in Waipahu?**
A Between one and two hours.
**Q Again, seven days a week?**
A Yes.
**Q Same type of work?**
A Yes.
**Q What about the Diamond Head Center, what type of property was that? Same type of property?**
A Same thing, commercial -- well, strip mall.
**Q All right. And how many hours a day would you spend there?**
A That's like half-an-hour.
**Q Thirty minutes. And seven days a week as well?**
A Yes.
**Q Any other accounts that you can remember having maintained around the time of August 2003?**
A I can't be specific about the dates, but I had other accounts. But I think those are the only ones during that time period.
**Q So the three properties. And generally speaking, the**

**same type of work, right?**
A Yes.
**Q Okay. Did you have to bring equipment with you to the sites, or did each site have its own equipment, janitorial equipment, already in place?**
A Well, all the sites have equipment in place. All of the sites had equipment in place. When I did groundskeeping work, I'd bring my own equipment.
**Q So getting from one location to the other, you would operate your own vehicle, I assume?**
A Correct.
**Q Company vehicle that you had under your company?**
A Not really.
**Q Okay. Was it a truck?**
A Truck.
**Q And by the way, before I forget, Quality Cleaning & Maintenance, was that a sole proprietorship or a corporation?**
A Sole proprietorship.
**Q Okay. Now, August 13, 2003, there was an incident that happened around the area of 1200 College Walk, specifically close to Club Yuraku Cho, involving several individuals and yourself, correct?**
A Yes.
**Q On August 13, do you remember what day of the week that**

**was?**
A Wednesday.
**Q Wednesday. Were you at the site working that day?**
A Actually, at that time, I had some help.
**Q Okay. Who was that?**
A Oh, geez, I don't remember his name. He worked for the hotel on the property and did some work for me.
**Q What is the name of that hotel?**
A I don't remember right offhand. I don't remember the name of the hotel.
**Q No problem. This individual that you say that he was helping you, what was he helping you --**
A His name was Henry.
**Q Henry?**
A I don't recall his last name.
**Q How was he helping you?**
A He would take care of the restrooms occasionally.
**Q What would he do?**
A Clean the restrooms.
**Q So he would primarily take care of the cleaning of the restrooms, and you would be responsible for the other areas?**
A Yes.
**Q How was Henry paid?**
A I paid him, I believe it was, 1099 or cash. This was rarely occasional help. But on that day, he did do work

that day.
**Q I see. So he wasn't a regular employee of yours?**
A No, no.
**Q He just helped you on that particular day?**
A No, on certain times, you know, when I needed help.
**Q But you recall that, on Wednesday, August 13, he was helping you?**
A He had already done the work. I went to the property to check.
**Q Okay. What time did you arrive at the property that day?**
A Around six p.m.
**Q What time would you normally arrive at the property if Henry was not helping you?**
A No specific time.
**Q So you would do it all different times of the day?**
A Preferably after business hours. But any time after four till the morning.
**Q Generally -- that's a good point that you raise. With regard to the business, because you're doing janitorial and maintenance service, most of your work hours would have been after business hours?**
A Or during business hours. Depends on the account.
**Q What would be your normal workday like?**
A At my convenience.

**Q So you would go -- it would vary every day?**
A Pretty much, yes. And some would be more timely than others. But you got to go cross town. So I'd run around traffic. Some accounts don't have public restrooms, so it's not required to be there right after work or might be before work or early in the morning.
**Q So is it fair to say that, as far as your normal workday, you wouldn't have any set hours, it would vary day to day?**
A Pretty much, yes. Again, it depends on the account.
**Q This account here, you could go any time, Yuraku Cho, that account?**
A That account was different because the restrooms.
**Q You want to --**
A If I go at four o'clock, after business hours, or five o'clock after business hours, the bathrooms can be a mess in the morning because of the bar.
**Q So, generally, what would you do for this location here? How would you service that location?**
A I would try to go after business hours to make sure it was done and leave it as such, leave the bathrooms as such.
**Q Okay.**
A The contract required me to go there once a day, and I did. The difficulty was, like I said, with the bar. Harry had made a verbal agreement with me that he would take care

of whatever the bar dirtied.
**Q Can you tell me whether or not there was any average time of the day that you would do the work at this location, at the Yuraku Cho location?**
A Generally speaking, that account would be after business hours.
**Q So, in other words, after 4:30 p.m.?**
A Correct, correct.
**Q Is there any time that you would be working later than that?**
A Depends if I got held up. Like I said, I do it at my convenience, my own reasons.
**Q But, generally, it's after business hours?**
A Generally, yes.
**Q All right. Now, who was the owner of this building?**
A I think at the time it was K. Green Corp. I'm not sure.
**Q And your contract was with who?**
A Jackson and Sullivan.
**Q And who is Jackson and Sullivan?**
A A property management company.
**Q Okay. Now, prior to August 2003, how long did you have this account?**
A Maybe two years.
**Q Okay. And if you can tell, if you know, off the top of**

Page 30

**your head --**

A Maybe longer.

**Q All right. Approximately two years, maybe a little longer?**

A Correct.

**Q If you know -- and if you don't know, that's fine -- what kind of income were you generating from this particular account in August 2003?**

A 2500 a month. 24 or 25. I'm not sure. It's been --

**Q All right. That's fine. Now, with regards to the day in question, August 13, 2003, your recollection is, of course, that Henry was helping you on that particular day?**

A He had already left.

**Q He had already cleaned the bathrooms?**

A Correct.

**Q And he had left?**

A Correct.

**Q Now, the bathrooms are located where? By the way, is there upstairs, downstairs?**

A Upstairs bathrooms, too.

**Q So Club Yuraku Cho is located on the ground floor, correct?**

A Correct.

**Q And there are businesses that are located on the ground floor as well as on the second floor?**

Page 31

A Correct.

**Q And there are bathrooms on both up and down -- I mean, both levels?**

A Correct. It's only a handicap bathroom downstairs.

**Q Okay. Your recollection is you arrived on the day of the incident around six o'clock that evening, correct?**

A Uh-huh.

**Q Is that right?**

A Yes.

**Q And upon arriving, why don't you tell me what happened.**

A I just checked the property, see that, you know, everything was okay. I may have cleaned up a little bit in some areas. I saw that the bathrooms were clean. I may have done a little work in the bathroom, maybe paper towels or something. I'm not sure. Seeing that everything was okay, I was on my way to leave.

**Q Okay. And then what happened next?**

A Passing -- passing by Yuraku Cho, passing by the door, this was about -- this was prior to 6:30 p.m., I was motioned to come in by an acquaintance.

**Q And who was that?**

A Donald Minnell.

**Q And who is Mr. Minnell?**

A He is a former policeman. I thought he was working for the Department of Health. He and I have smoked -- he likes

Page 32

cigars, and at the time, so did I, and I still do occasionally, but not like before. But he called me, and showing me a cigar, so I went in, had a few beers and some cigars with him.

**Q What time would you say it was when you entered the bar that night?**

A Between 6:15 and 6:30.

**Q Okay. And how many people -- if you can recall, just give me an estimate, how many other patrons, aside from Mr. Minnell, were in the bar?**

A There were four individuals sitting on the table against the mauka wall.

**Q Anybody else?**

A No.

**Q How many employees, if you can remember?**

A Well, I don't know if they're employees. There was Joann, who was, I thought, a customer. I later found out that she's supposed to be an employee. There was Aunty Patty bartending, and Harry was there, also.

**Q Harry Nakaki?**

A Yes.

**Q Harry Nakaki is the owner of the bar, right?**

A As far as I know, yes.

**Q Aunty Patty, do you know her name?**

A Her last name is --

Page 33

**Q If you know.**

A I don't recall her last name. I just call her Aunty Patty.

**Q She is what over there?**

A Bartendress.

**Q And this woman named Joann, what did she do there, if you know?**

A I always thought she was just a customer or a friend of Harry's.

**Q And the four individual patrons would be -- were they people you knew or --**

A No.

**Q Can you describe them?**

A Well, I know their names now.

**Q Okay. These are the four officers who were there?**

A Yes.

**Q Anybody else there besides them?**

A Not that I remember.

**Q So yourself, Mr. Minnell, the four officers, and Joann, Aunty Patty and Mr. Nakaki?**

A Yes.

**Q Tell me -- this was August, right, of 2003? Was it sunny outside or already dark by the time you were there?**

A Dusk.

**Q Dusk. So when you get into the bar, where were you**

**seated?**
A Seated at the bar with Donald.
**Q So you were seated at the bar, the bar area. And where were the four officers seated?**
A Let me show you on the --
**Q Sure. Why don't you do that. Why don't you just point to it first.**
A We were seated here, and the four offices were sitting here, on one of the tables (indicating).
**Q All right. I'm going to ask you to put an X, first of all, where you and Mr. Minnell were sitting.**
A Okay. X and O (marking).
**Q That's fine. Why don't you put down police officers where the police were sitting.**
A (Marking).
(Deposition Exhibit 1 was marked for identification.)
**Q (By Mr. Tanaka) I'm going to just put number one on this diagram, because we probably going to use more than one. So diagram number one --**
MR. TANAKA: And by the way, for the record, diagram number one was a diagram that was made by Mr. Souza before the deposition.
**Q (By Mr. Tanaka) Which is a diagram of what? Just to tell us in general.**

A Overhead view of Club Yuraku Cho and the immediate surrounding area.
**Q And then looking at the diagram, you have a box where you have the bar and kitchen, that would be the Club Yuraku Cho, correct?**
A Correct.
**Q And below that, you have these boxes. These are parking stalls, right?**
A Correct.
**Q And to the left side is like an open area with a circle. What is that circle?**
A That's the courtyard where the banyan tree is at.
**Q And you have, above the bar area, you have one, two, three boxes with doors. What is that?**
A Those would be the restrooms.
**Q And Aala Street is to the right of the diagram, correct?**
A Correct.
**Q And Beretania is to the top of the diagram?**
A Right.
**Q And I put number one in the upper left-hand corner, just because it's the first exhibit we'll use. So you've indicated with an X and O where you and Mr. Minnell were seated when you first got into the bar?**
A Yes.

**Q And the officers were seated in the area behind you -- I assume behind you.**
A Correct.
**Q And is that a table or a booth?**
A I think there's a long bench along the wall with tables in front of it. I don't think there's any booths in there.
**Q What happened next? You and Mr. Minnell were sitting there. There were four males?**
A Uh-huh.
**Q Is that correct --**
A Yes.
**Q -- sitting behind you?**
A Yes.
**Q Tell us what happened next.**
A We were smoking cigars and talking with Aunty Patty, finding things to laugh about, just enjoying a cigar and a few beers.
**Q Who bought the beers? You yourself or Mr. Minnell?**
A Probably both of us.
**Q How many beers did you have while you were sitting at the bar area?**
A Throughout the night?
**Q I don't know. Yeah, okay, throughout the night.**
A I don't recall exactly how many, but up until the incident occurred, maybe six, eight.

**Q So up until the altercation --**
A Correct.
**Q -- about six to eight beers you had consumed?**
A Correct.
**Q Anything else you drank besides beer?**
A You know, Aunty Patty has a way with us. Like you said, you've been there. She'd often pass us shots of Tequila. I don't know if she did that night. I know I didn't order any. She may have, she may have not.
**Q Is it your recollection that, whether or not you ordered or not, that you had, in fact, consumed any Tequila that night?**
A I don't remember if I did or not. I don't recall.
**Q You said that Aunty Patty has a way. It sounds like, you know, you -- how many times had you stopped into the bar before this incident? Many times?**
A Many times.
**Q Is that something you did normally, that you would stop in whenever you were at the site?**
A No. Depends on who was in there, what was going on.
**Q On average, give me an average, if you can, as to how many times you would frequent Yuraku Cho on any given week, on average?**
A There would be weeks I wouldn't go.
**Q Sure, I understand.**

Page 38

A And there might be some weeks I might go three times. It just depend on the mood or the situation, what else I had to do, if it was the last account I was going to visit that day, if I was on my way home.

**Q Can you give me an average as far as, let's say, in a given month then?**

A That's as close as I can say. In a given month, maybe five, six times.

**Q And so you were familiar with Aunty Patty as far as being a bartendress, and she knew who you were?**

A Yes.

**Q And in the past, you've indicated sometimes she would have a way with you guys, you said, that's what you said, where she would pass drinks to you, correct?**

A There were times that she would do that. She wouldn't -- she'd give us a beer and not take the money, or else she might put out a couple shots of Tequila. It wouldn't be unusual for her to do that.

**Q Okay. You just can't remember whether or not she had bought you any drinks that night as far as shots of Tequila?**

A No, I don't remember. It wasn't a regular thing. Depends on her mood, I would suppose.

**Q From the time you entered the bar till the time the incident occurred, how much time had passed?**

A My recollection is it happened sometime between nine

Page 39

and ten. I don't know if I should -- if I can be more specific than that.

**Q That's fine, that's fine. Now, were you having drinks and smoking cigars with Mr. Minnell during that entire period of time?**

A I may have continued smoking a cigar. I think we had two that night. I'm not sure. But I didn't finish both of them. I may have finished one later, kept putting it out, or whatever. But, no, Donald left sometime around -- geez, I'm going to say 8:00, 8:30. I don't wear a watch when I'm working.

**Q Your best estimate is between 8:00 to 8:30?**

A Yes.

**Q Okay. And as far as after Mr. Minnell left, were there any other patrons that came into the bar?**

A Not to my recollection, no.

**Q So did you remain in that area where you were seated with Mr. Minnell during that period of time?**

A Yes.

**Q The four individuals -- the four males, did they remain in the area that they were sitting, at least up until the time Mr. Minnell left?**

A Well, I would suppose that we were going to the bathroom occasionally.

**Q Okay. But aside from that?**

Page 40

A No, they stayed at the same place, we stayed at the same place.

**Q Why don't you put, on this diagram number one, an M with a circle and an F with a circle, so we know where the men's restroom is and women's bathroom is.**

A You want an H for the handicap?

**Q Yeah, that's fine. Put circles around them so we know that's the restrooms.**

A (Marking).

**Q You've indicated M, H and F with circles for the restrooms for the facility, correct?**

A Uh-huh, yes.

**Q And these bathrooms are located, of course, on the outside of the bar, right? To get to the bar, you would have to go out the bar, turn to your right, and then you access the bathroom, right?**

A To get to the bathrooms, you mean?

**Q Yes, yes.**

A Yes, you would.

**Q And I may have misspoke. If you were in Club Yuraku Cho, to get to the restrooms, you would have to exit the club, turn to the right, walk down, and then you would come upon the bathrooms?**

A Yes.

**Q And these restrooms, are they left open during the --**

Page 41

**when the bar is open?**

A No, no.

**Q Is there a key?**

A They have a key.

**Q Do you remember going to the bathroom at all before Mr. Minnell left that night?**

A I'm sure at least once or twice.

**Q All right. Do you remember where you had your vehicle parked on this day?**

A Yes. But I wouldn't be able to show it on this map. It was on the mauka side of the parking lot.

**Q Okay. Now, on the mauka side of the parking lot, is that where the credit union is?**

A Correct.

**Q So your vehicle would have been parked along the credit union side of the parking lot?**

A Correct.

**Q Now, you indicated Mr. Minnell left between 8:00 and 8:30 p.m. You continued to drink at the bar, I mean, you stayed at the bar, right?**

A Yes.

**Q Did you -- what do you remember happening from the time that he left to the time of the alleged altercation?**

A Just -- actually, I think they were -- they may have been singing that night. Maybe they weren't. But, you

Page 42

know, music is playing, and talking in general. And Aunty Patty finding things to laugh about, or talking to Harry, talking to Joann.

**Q Your recollection is that, during that period of time after Mr. Minnell left, that you were conversing with Joann, Patty or Mr. Nakaki?**

A Uh-huh.

**Q Is that right?**

A Yes.

**Q Do you have any recollection, Mr. Souza, specific recollection, about discussions that you were having with any of those three individuals?**

A No, I don't.

**Q All right. Now, what do you remember happening next? After Mr. Minnell leaves, you're still at the bar, what happens next?**

A There was one thing that happened before Mr. Minnell left.

**Q Okay. Why don't you tell us.**

A Just as a matter of fact. At one point, Mr. Uehara called out to us and asked us if we were policemen, if we had been policemen, too, which we both answered "yes." And he asked us if we had retired, and we both said "no." And I think the comment he made was, "It figures." We paid no attention. There was a lot of -- one of the policemen was

Page 43

taking a lot of verbal abuse.

**Q Did you know that they were policemen?**

A Yes.

**Q How did you know?**

A By their attire.

**Q They were wearing uniforms?**

A They had their uniform pants on and uniform shoes on and either the white undershirt or aloha shirt. They were talking about police work rather loudly. Mr. Uehara was calling -- what's the Caucasian male's name, the Caucasian policeman?

**Q You can just refer to him as that.**

A A lot of names.

**Q Did you -- was it your impression that the four gentlemen were all police officers?**

A Yes.

**Q Was it your impression -- how did you arrive at that impression, that all four of them were police officers?**

A They all had police pants on.

**Q Because of their clothes?**

A Their attire and what they were talking about. Just can overhear.

**Q Did you arrive at any impression or any understanding as to whether or not they were on duty at the time when they were in the bar?**

Page 44

MR. KAWASAKI: At that time?

MR. TANAKA: At that time.

A I didn't know. I didn't know if they were on or off duty.

**Q (By Mr. Tanaka) Did you make any assumptions whether they were on duty or off duty?**

A No.

**Q But you assumed that they were police officers based on the clothes they were wearing?**

A And their conversation.

**Q Okay. Now, you said the one officer, Uehara, then yelled something out at you, whether or not you folks -- you or Mr. Minnell --**

A Oh, he didn't yell. He just asked.

**Q Oh, he just asked.**

A He said, "Hey, you guys policemen?" like that.

**Q Wasn't like he was yelling at you?**

A No.

**Q So he just kind of asked the question, and then you both said, "We were police officers," like what you testified to earlier?**

A Yes.

**Q Now, let me ask you about Donald Minnell. He is somebody you knew from what? How did you know -- get to know him?**

Page 45

A Actually, I think I got to know him more from being in the bar, to finding out. Donald is a genuinely nice person. He's a great individual, as far as I know, from speaking with him, you know, in the bar. I think because we -- like everybody else, there's a common bond between law enforcement people who frequent the bar. I know, at one point, while sitting there, Donald and I, because of the language and the way one person was being treated on the table behind us, we commented to each other, "Gee, when we were policemen, it was all cool and not racial."

**Q Now, did you -- how many years have you known Mr. Minnell?**

A Like I said, probably only a couple years from the bar.

**Q You believe him to be a straight -- like you said, a straight up guy?**

A Yes, I do.

**Q Honest?**

A Well, just from knowing him in the bar, he seemed like a pretty nice person.

**Q Do you have any opinions as to whether or not he is an honest individual?**

A Well, my opinion has changed.

**Q In what way?**

A His statement is not true.

**Q So you don't believe he's an honest individual anymore?**

A Based on his statements regarding this case, no.

**Q And what statements were those that you are relying on in arriving at that conclusion?**

A His claim that the officers came in after ten.

**Q You believe that -- I see. Your understanding is that Mr. Minnell indicated that the officers arrived at the bar after ten o'clock?**

A Yes.

**Q That, at least from your recollection, that's not true?**

A That's absolutely not true.

**Q Any other statements that Mr. Minnell made that led you to believe that he is not an honest individual?**

A No, not that I know of.

**Q Now, Mr. Minnell leaves at 8:30 -- between 8:00 and 8:30. You remain at the bar. You're talking with the other three individuals --**

A No.

**Q -- the employees at the bar?**

A Yes, the employees at the bar, yes. Not the four policemen.

**Q Right, right. You're speaking with the employees at the bar?**

A Uh-huh. Yes.

**Q What happens next?**

A At one point, the four of them get up to -- and exit

the bar.

**Q Okay.**

A And from their conversation, it appeared that they were going to go outside to settle whatever they were arguing about.

**Q What were they arguing about?**

A I can't be specific. All I remember is Uehara calling the Caucasian officer very derogatory, in very derogatory terms.

**Q Like? Go ahead.**

A "You fucking haole. You fucking panty. You fucking queer." Going on and on and on in that manner.

**Q Did you turn around and observe what was going on behind you?**

A No. It seemed pretty heated. I just continued conversing with Aunty Patty and not paying attention.

**Q Were you able to overhear everything that they were talking about or just bits and pieces?**

A Just maybe bits and pieces. Sometimes it was pretty loud when he was swearing at the officer.

**Q Did you hear the other officer, the Caucasian officer, say anything back?**

A He was pretty quiet.

**Q Did you hear any of the other males there saying anything bad?**

A No. I believe that they may have been neutral in whatever was going on between Uehara and him.

**Q So the only person that you can recall hearing saying stuff would be Uehara?**

A Correct.

**Q How long did this conversation between Uehara and this Caucasian officer go on?**

A Well, it started when Donald and I were in there. And it went on -- I'm sure they were talking about other things. It wasn't my focus of concentration. I was trying to relax and enjoy a few beers and converse about things in general.

**Q Okay. So the person that you heard the most -- the person that you heard speaking out loud would have been Uehara?**

A Yes.

**Q Now, at a certain point in time, you said that the four gentlemen got up?**

A Correct.

**Q And they left the bar?**

A Yes.

**Q And I think you indicated that you felt that they were going to settle their differences, or something to that effect, outside?**

A Or leave. I really don't know.

**Q Did you hear them say anything, "Let's go outside and**

**settle this," or anything like that?**

A No. But they all got up and left.

**Q So what made you think they were going to settle something outside?**

A From the heated discussion, just by the temperament of the discussion and whatever they were saying. Maybe Harry asked them to go outside and settle it. I don't know.

**Q Do you know that?**

A I don't know. I don't know why they went outside.

**Q I just want you to testify as to what you know. I understand you may be speculating as to some stuff. But we just want to know what you know.**

A I don't know specifically why they went outside.

**Q Did you know what their background was, the four gentlemen? In other words, were they friends? Were they coworkers? Anything like that?**

A No. I think the only time I had ever seen any of them before was Mr. Uehara in that bar or Kurabara's. I may have seen him on the property once or twice or before. But I've never seen the other officers.

**Q So is it a fair statement that you didn't know what their relationship was like, as far as whether they were friends, whether they were working buddies, whether they were business partners?**

A From some of the terminology they used, obviously they

Page 50

were policemen. They were using police terminology.
**Q Sure. So you arrived at the conclusion that they were police officers. We established that.**
A Yes.
**Q But as far as their relationship, other than that?**
A I have no idea.
**Q Were you able to make any kind of determinations about their relationship by what you could hear them talking about during that evening?**
A No, I didn't draw any conclusions.
**Q All right. Except that you heard Mr. Uehara use those derogatory slangs or make derogatory statements towards the Caucasian male?**
A I'm sure everyone heard it.
**Q When you say you're sure everyone heard it --**
A It was loud enough. I'm sorry. I heard it.
**Q Now, at one point, like you said, they got up and left. You don't know why they were leaving, whether they were going to go home, whether they were going to do something outside. But they got up and they were on their way out?**
A Correct.
**Q And then what happened after that?**
A A few minutes passed, and I was going to go to use the bathroom, so I exited the bar, too.
**Q Okay. Let me stop you right there. When you exited**

Page 51

**the bar to go to the restroom, and the four officers, were they -- excuse me. Were the four officers still in the bar, or did they already exit the bar?**
A They had left.
**Q So when you got up, the officers were already outside?**
A Yes.
**Q All right. Now, when you're sitting at the bar, you know, earlier, you showed us the diagram number one, you showed the X and the O where you and Mr. Minnell were sitting?**
A Yes, I'd be the O.
**Q Okay. Your back is facing the officers throughout the whole period of time?**
A Yes.
**Q So you didn't turn and go look at them and see what they're talking about, or anything like that? You basically minded your own business and just kind of looked forward?**
A Gee, I can't tell you if I looked around or not. I may have looked -- it should only be like natural movement, but I didn't look, stare, or in any way -- I really didn't pay much -- I had no concern what they were doing. I just couldn't help hearing what was going on.
**Q Okay. What time was it approximately, Mr. Souza, that you and these four officers left the bar?**
A Sometime between nine and ten. I don't know.

Page 52

**Q So from six o'clock till nine, ten o'clock, you're sitting in that same location?**
A Yes.
**Q During that period of time, you did talk about the terminology and the language that you overheard Mr. Uehara using, correct? Was that a continuous thing for all those three, four hours? He kept saying it, I mean, just continuously, or just you would hear it, you know, once in awhile? Try and explain that to us so we can understand.**
A Like I said, I wasn't paying attention, but it was obvious that their conversation was heated. Most of the time, yes, it went --
**Q Up and down?**
A Up and down.
**Q Did you hear laughter?**
A Not that I recall.
**Q Did you hear any other discussions that were not heated?**
A I don't know. Like I said, I wasn't paying attention too much, I mean, other than what I couldn't help hearing.
**Q And when the four gentlemen got up and left the bar, did you actually observe them exiting the bar?**
A I think so, because, you know, the door makes noise. So every time the door opens, you look. So I may have seen them go out.

Page 53

**Q I don't want you to guess now. If you don't remember, that's fine.**
A I'm pretty sure I saw them go out, yes.
**Q And when you saw them exit the bar, did you hear them say anything to anybody, like, Mr. Nakaki or Aunty Patty or anybody?**
A No, I didn't hear anything.
**Q Did you have any discussions, aside from Mr. Minnell, with anybody else in the bar that night about what was going on behind you with the four gentlemen?**
A No, I did not.
**Q Did you tell anybody else, except for Mr. Minnell, that what's going on with these guys back here or just raised the issue with anybody, like --**
A No, I did not, not to my recollection.
**Q So the gentlemen leave the bar, the four individuals. How much -- I may have asked this already. I apologize. How much time passed before you actually went and got up to go to the bathroom?**
A I don't know. A few minutes at least.
**Q Was it your intention to leave for the night, or were you just going to go to the restroom and come back?**
A Go to the restroom and come back.
**Q You had money on the bar?**
A I don't know. I may have had money on the bar. I had

Page 54

my cell phone on the bar.
Q Normally, what do you do? Do you run a tab or just --
A I just put some money down and -- $20 or whatever.
Q Now, you mentioned earlier it was between -- you had a number of beers when you were sitting at the bar you mentioned, right?
A Correct.
Q What kind of beer do you normally drink?
A Coors Light in a bucket.
Q Okay. Did you have anything to eat?
A Oh, yes, I had breakfast, lunch and dinner.
Q No. While you were in the bar.
A I don't know if Aunty, if Harry, or anybody put anything out. Because I was with Donald, maybe some stuff came out.
Q Now, when you left the bar, your intention was to go to the bathroom. You were going to go out the exit, and then turn to the right, correct?
A Yes.
Q You know what, I apologize. Can you just put the word "exit" over here so that we know. Right there (indicating).
A (Marking).
Q And can you just label it "parking" over here so that we know that's the parking.
A (Marking).

Page 55

Q Okay. Thank you. Now, the intention was to exit, go to the right and go to the men's restroom. What happened when you exited the bar? What did you observe?
A Opened the door, went outside. I could hear voices in the parking lot. Looked to my left and saw that, at this point, Uehara was now pushing the Caucasian male on the shoulder and saying something to him. I couldn't recall what he was saying. I don't remember. I couldn't tell what he was saying.
Q Where were the other two officers?
A Standing nearby, watching.

(Deposition Exhibit 2 was marked for identification.)

Q (By Mr. Tanaka) Okay. Without labeling -- I have number two now, for the same diagram, but another version of it. Show us where you observed Uehara pushing the other officer.
A You want me to show you?
Q Just point.
A Right around this area (indicating).
Q Why don't you make a big X where you saw the two officers.
A (Marking).
Q Now, in that area where you have an X with a circle, is that where Mr. Uehara was along with the Caucasian officer?

Page 56

A Yes.
Q And then where were the other two officers?
A Standing in that immediate area.
Q Okay. How far would you have been from the exit to where they were standing, approximately?
A 25 feet.
Q Okay. And was it dark?
A Yes. But it's lighted, it's lit.
Q It's lit in the courtyard area, right?
A Uh-huh. There's also a light on this building shining to the parking lot (indicating).
Q So the parking lot was illuminated?
A Yes.
Q You could see clearly what was going on there?
A Yes.
Q And you could hear what they were talking about as well?
A I couldn't hear specifically what they were saying.
Q But what did you observe?
A Just observed and heard, you know, shouts, and Mr. Uehara shoving the haole -- Caucasian on the shoulder.
Q How tall is Mr. Uehara approximately?
A Five nine.
Q And how tall is the Caucasian gentleman?
A I think he's a little shorter, maybe about the same height.

Page 57

Q Around Mr. Uehara's size or a little shorter?
A I suppose, yes. I didn't --
Q What about the other two officers?
A Mr. Rivers is tall, heavy. Mr. Yi is shorter and husky.
Q By the way, you know how many -- do you know what each of these gentlemen, what they were consuming in the bar that night?
A I didn't notice.
Q Do you know if they were consuming alcohol that night?
MR. KAWASAKI: No foundation.
Q (By Mr. Tanaka) If you know. I just want to know if you know.
A You know, they appeared intoxicated to me.
Q That's not my question. My question is, do you know if they were consuming alcohol that night?
MR. KAWASAKI: That's asked and answered. You didn't know.
A I didn't know.
Q (By Mr. Tanaka) Okay. Now, as far as when you said -- what was the last statement you made? They looked intoxicated to you? They did not look intoxicated to you?
A Their demeanor appeared that they had been drinking for some time.

Page 58

**Q Is it your recollection at least that you had believed them to be intoxicated when they left the bar?**
A I can't -- I can't testify on their level of intoxication.
**Q I understand.**
A I'm just telling you how they appeared.
**Q And that's all I'm asking you to tell me. What did they appear to be like?**
A They appeared to have been drinking that night, a little intoxicated at least.
**Q Now, when they were standing over there in the parking lot, where you have the X, what specifically did you observe? Let's get more specific. You said that you saw Mr. Uehara pushing the Caucasian gentleman, right?**
A Uh-huh.
**Q Is that right?**
A Yes.
**Q What happened next?**
A I was about to turn and just ignore it and go to the bathroom, and just stood there and looked for a second. And at that time, Mr. Uehara looked at me and just started shouting at me.
**Q What did he say?**
A "What? What?" I just looked at him, and almost in disbelief, like, now you're turning your attack to me. I'm

Page 59

just -- and I just put my hands out and, you know, (indicating), in a calming way like. He just ran up and started going off on me. Just ran up to me and started going off on me.
**Q Put a circle here, with your initials in it, to show us where you were standing when you heard Mr. Uehara yelling at you.**
A (Marking).
**Q Okay. So your testimony is that where you're standing here, where you have the circle with your initials in it, at that point, Mr. Uehara comes running up to you?**
A Correct.
**Q And then what happened next?**
A He -- not putting up any resistance, I stood there and, you know, like going, "What's the matter with you?" He just comes running up, he bumps me with his chest, and he shoves me with both hands in my chest, hard. And then he comes at me again.
**Q And then what happened?**
A I suppose I hit him.
**Q So he comes running up to you?**
A (Nods head).
**Q And he -- how are you standing? Are you standing straight up?**
A Yes.

Page 60

**Q Straight on to him?**
A Yes.
**Q Facing him directly?**
A Yes.
**Q What are you thinking when he starts running towards you?**
A I don't know what to think. I'm surprised. I didn't -- the last thing I thought he would be attacking.
**Q And he's running towards you. Is he saying anything?**
A Fucking this, fucking that, what the fuck, nah, nah, nah. I can't be really specific. He's just shouting.
**Q And you don't retreat back? You just stand there with someone coming at you?**
A I didn't think he was going to attack me or anything. I thought maybe he was going to tell me, "Leave. Get out of here. I don't want you to watch." I didn't know what he was going to do. I didn't run, no.
**Q Okay. I'm just trying to understand the situation so I can picture it. When you say he starts coming at you, is he coming at you in a full sprint?**
A No. He's just sort of like -- almost the same way he hit me in the bar, like a fast walk, a skip.
**Q We didn't talk about the bar yet, so you got to explain to me what's going on on the outside first, okay. You said a fast walk and a skip?**

Page 61

A Sort of.
**Q So he's not walking, but he's not running; is that a fair statement?**
A Yes.
**Q And he's just coming at you?**
A Yes.
**Q And then you said he shoved you with two hands?**
A He bumped me with his chest pretty hard.
**Q So he pushed his chest and bumped you where?**
A On my chest.
**Q Okay. So chest to chest?**
A Yeah.
**Q And then what did you say when that happened?**
A "What are you doing?" In surprise, I don't recall exactly what I'm saying, but you know, "What are you doing?"
**Q Did you swear at him?**
A I step one back -- I don't know if I did or not. I took a step back, and then he hit me with hands and then he came at me again. I took another step back. He hit me with his hands, and he came at me again.
**Q Okay. Just so that -- because the record, when you say "hit," it connotes something versus shoved. I just want to make sure the record is clear.**
A He hit me with both hands on my chest openhandedly, boom.

Page 62

**Q Did he push you?**
A No. Hit, boom.
**Q So, first, he hits you with his chest?**
A Correct.
**Q And you moved backwards?**
A I stepped back.
**Q And then he shoved -- he pushed you, he hit you with his two hands?**
A Not shove. He didn't shove me. Just hit me.
**Q And then what happened to you the first time he hit you with two hands? Did you fall to the ground?**
A No, I took a step back again. He came at me again, and I hit him.
**Q So he hit you with his two hands one time?**
A Hit me with his chest once, and he hit me with his two hands once.
**Q And then the second time after he hit you with his two hands, you hit him?**
A Yes.
**Q With which hand?**
A My right hand.
**Q With open fist or closed fist?**
A I'm not sure, because, you know, at that split second, the actual moment of the blow, it wouldn't be unnatural not to actually be conscious of it. I don't remember actually

Page 63

hitting him. That actual hit, I don't actually remember hitting him.
**Q Okay. Where did you hit him?**
A I suppose I hit him in the face.
**Q Now, you hit him in the face. And what happened next?**
A He tripped on this curb and on the bumper and fell over here (indicating).
**Q Wait now. Now, you're pointing to the area by the parking lot?**
A Yes.
**Q I guess I'm a little confused. Maybe I'm missing something. You know where you have your initials on diagram number two with the circle, that's where you were standing, correct?**
A Yes.
**Q Now, your testimony is that, so far has been, and you can correct it, is that when you turned over and looked at Mr. Uehara, where he was pushing the haole guy, that, at that point, Mr. Uehara looked at you and came towards you?**
A Yes.
**Q Did you go towards him?**
A I don't believe so.
**Q How did you get to that area between where you were standing and the parking lot?**
A I didn't get there. That's where he went. He tripped

Page 64

off of this, and then, you know, (indicating) finally goes down.
**Q Where you were standing, how many feet would you say you were from the front door where you were standing when you first saw them?**
A How many feet from the front doorway? Which way?
**Q Well, I mean, you're in this door area here where you have your circle with your initials in it. How many feet away from the door is that?**
A Three, four feet.
**Q From that point where you're standing to where Mr. Uehara trips, how far is that?**
A Maybe ten.
**Q So your testimony is, after you hit him, Mr. Uehara, that he -- your striking of him caused him to go back ten feet and then trip over the parking area?**
A I'm not sure how far the distance is, but that's where he fell.
**Q So you struck him. After he hit you with his two hands, you struck him in the face, correct?**
A I believe so, yes.
**Q And you cannot remember whether it was open hand or a fist; is that right?**
A My whole hand hurt later. So I don't know if it was -- I'm pretty sure -- probably a punch.

Page 65

**Q Okay. And then that punch caused Mr. Uehara to, what, go straight backwards and fall?**
A He stumbled backwards and then off the curb and off the bumper.
**Q When you talk about the bumper, try explain what you mean.**
A It's the little asphalt bumper for the tires of the car.
**Q So where the tire stops?**
A Yes.
**Q Your punch caused him to be pushed backwards, he stumbled backwards and fell to the ground over the bumper?**
A Yes.
**Q And when he fell to the ground over the bumper, what happened next?**
A I didn't go after him. I was, like, in shock, what had just happened.
**Q What did you say?**
A I didn't say anything. He was the one who was saying things. For a few seconds, he didn't say anything at all. I was scared, because he had hit the ground pretty hard, and he wasn't moving. And then shortly thereafter -- well, immediately, the Caucasian male went to his aid, and the other two officers -- the other two, Yi and Rivers, just picked me up and slammed me against the wall.

Page 66

Q So they came running from where this X is over to you, the two officers?
A Correct, correct.
Q And the Caucasian officer attended to Mr. Uehara, who was on the ground?
A Yes.
Q And now Mr. Uehara being on the ground now, you said you were a little concerned because he hit the ground hard, right?
A Yes, seemed that way.
Q Did he get up?
A Not immediately, no.
Q Okay. When all this was going on, right before this, were you inebriated?
A Was I drunk?
Q No. Were you inebriated? In other words, were you feeling the effects of the alcohol that you had consumed that evening?
A Not to my knowledge.
Q You didn't feel at all inebriated?
A I don't think so.
Q Okay. So Mr. Uehara is lying down on the ground, the Caucasian officer is assisting him, and the two other officers come towards you, correct?
A Yes.

Page 67

Q And then what do they do when they come towards you?
A They basically lift me and slam me against the wall. My feet were barely touching the ground. At times, it wasn't.
Q Which wall? Show me which wall. Point to it.
A This wall. They slammed me against this wall, right here (indicating).

(Deposition Exhibit 3 was marked for identification.)

Q (By Mr. Tanaka) I'm going to ask you to do this. This is number three, okay, diagram number three. On diagram number three, if you don't mind, put down U, with a circle, where Mr. Uehara was lying down, and then put down where you are now against the wall. And put two circles where the other officers are. You understand?
A No, I don't. You said to put me over here (indicating)?
Q No, put down --
A I was here (indicating).
Q First of all, don't mark yet. Let me explain. You know where you said the two officers grabbed you, lifted you, and put you against the wall, right, I want you to diagram where you were against the wall. That's number one. Why don't you do it with a circle and put your initials in it.

Page 68

A (Marking).
Q And then put two X's next to that circle to indicate where the two other officers were.
A (Marking).
Q Now, in the parking lot area, if you don't mind, put a circle with a U in it, for Uehara, to show us where he was on the ground.
A (Marking).
Q And then put another X to show where the Caucasian officer was.
A (Marking).
Q Okay. Thank you. Now, the two officers come and they grab you; is that right?
A Yes.
Q And what do they do? Do they actually lift you off the ground?
A Pretty much, yes.
Q When you say "pretty much," what do you mean by that? Did they push you, shove you, punch you?
A I had no footing. I had no footing. They just picked me up and slammed me against the wall.
Q What part of the body did they grab you with? Their hands on your --
A My upper torso. They just -- under arms. And I had my arms down. I was complacent at the time. I was not putting

Page 69

up any resistance. I did not go after Mr. Uehara. I was in shock at what just happened. I couldn't believe that, at that place, somebody would attack me.
Q Could you believe that you had -- that you punched somebody and put him on the ground?
A I don't know if it was just from the force of the blow. He -- I know he tripped over the bumper and the curb. He lost his footing.
Q Okay. After the two officers had put you against the wall, what happened next?
A They were powering me against the wall. They weren't just holding me against the wall. They were like, you know -- I don't know what they were trying to do. They were actually hurting me, but not by punching. They were kneeing me a little bit, getting their head under my chin. More or less really pressing me against the wall.
Q Did you shout out for help?
A No, I just told them, "Stop. You folks can't do this." And they telling me, "No, you can't do that." You know, I says, "You folks can't do this." They says, "No, you can't do that." I said, "You saw him run up to me and hit me twice. Let me go or arrest me." I told them. I said, "You can't do this. You can't restrain me and start beating me unless you going to arrest me."
In a matter of seconds, Mr. Uehara started shouting

that, "Oh, he sucker punched me. He sucker punched me. He sucker punched me." And he still didn't get up.

In a matter of two, three minutes, you know, they had calmed down, they let me down. They were still, you know, I guess not knowing what to do. And I asked, you know, "I want to go home. I just want to go home." You know, "I want to go home."

**Q Okay.**

A "I'm done."

**Q So what happened next? They put you down?**

A No. They wouldn't let me leave. I asked them, "Can I go back in the bar?" They says, "Okay, you can go back in the bar." But Rivers goes in, he stays with me, never leaves my side.

**Q So let me stop you right there. How much time had passed from the time that you and Mr. Uehara had the altercation to the time that you were able to go back in the bar?**

A No more than five minutes.

**Q So you were against the wall for how long?**

A Several minutes.

**Q And then the officers put you down and let you go?**

A Oh, no, they immediately had me up against the wall, feet barely touching the ground. But in me shouting to them, they kind of like came to their senses and let me

down.

**Q So that was something that happened right away?**

A Yes.

**Q And you were there, standing against the wall still? Did they still have their hands on you?**

A Yes.

**Q Throughout that whole period of time?**

A I'm pretty sure, yes. I didn't have any freedom of movement.

**Q Did you try to move away?**

A I offered no resistance.

**Q My question is, did you try to move away?**

MR. KAWASAKI: If you recall.

A I don't recall. I don't know if -- I didn't try to get away. I'm just asking them, "Let me go."

**Q (By Mr. Tanaka) But your testimony is -- and I'm not trying to trick you or harass you. I'm just trying to find out what happened, right. You're against the wall, you said. They push you against the wall, and they hold you up where your feet are barely touching the ground.**

A Correct.

**Q And you said they came to their senses right away, they let you go, they put you down, right?**

A They let me down.

**Q Okay. And then they let you go, right?**

A No, they didn't let me go. They kept their hands on me, not knowing --

**Q So my question from that point is, did you try and walk away?**

A Of course, I'm trying to get out of their immediate control, but backwards.

**Q Well, is your back against the wall?**

A Well, you know, there's all kind of turning and stuff going on.

**Q So you were trying to move out of the way?**

A Yes.

**Q And were they holding you back?**

A Yes.

**Q Okay. Did you try -- did you tell them?**

A All the time we're talking, and I'm telling them, "Let me go. Let me go. You can't do this. You can't do this."

**Q Now, did you tell the Internal Affairs Division people that you were being withheld against your will?**

A I don't know if I used those words.

**Q Did you tell them that the officers were holding you and restraining you and not letting you go?**

A I believe I did. I don't know.

**Q You're sure?**

A I don't recall if I went that -- if I was that specific. I answered their questions. I don't know if --

if that was stated or not.

**Q Okay. Did you feel that you were held against your will at that point in time?**

A Yes.

**Q And then, eventually, you said, within five minutes, you were let go?**

A I was allowed back into the bar. I wasn't let go. I was never left alone.

**Q And when you went back into the bar, who accompanied you back into the bar?**

A Mr. Rivers.

**Q What part of the bar did he accompany you to?**

A The other side of the telephone pole now.

**Q Show me, point.**

A (Indicating) Well, there's a telephone pole right -- you know, about this part of the bar. And I believe I went to this side of the pole after -- after the incident. I'm not specifically sure.

**Q Okay.**

A But I believe I went to the other side of the pole.

(Deposition Exhibit 4 was marked for identification.)

**Q (By Mr. Tanaka) Okay. I have diagram number four now, Mr. Souza.**

A Yes.

Page 74

**Q This is a diagram, the same diagram again, but the time-wise, it's now when you were being escorted back into the bar. And I want you to put an X -- I'm sorry -- put a circle with your initials again as to where you were taken or where you went to after you returned to the bar.**
A (Marking).
**Q Okay. And you said another officer, one of those four gentlemen, also accompanied you into the bar?**
A More like escorted.
**Q Okay. Where was that? Where was he standing or sitting?**
A (Marking).
**Q And you indicated that with a circle with an X, right?**
A Yeah.
**Q And the circle with your -- wait, don't mark now -- the circle with your initials is where you were standing?**
A I wasn't sitting. I was standing, half standing, half sitting.
**Q All right. When you got back into the bar, where were the other three officers?**
MR. KAWASAKI: If you know.
**Q (By Mr. Tanaka) If you know, yeah, if you know.**
A They were outside.
**Q Could you see them?**
A No.

Page 75

**Q Okay. You're standing, half seated, half standing, at the bar?**
A (Nods head).
**Q And the other officer is doing what next to you?**
A Telling me I can't leave.
**Q Okay. Which officer was that, by the way?**
A Rivers.
**Q And then what happens when you -- what happens next?**
A I'm asking them when -- you know, "When will I be able to leave?" And he said, "Just wait. Just wait. You can't leave yet. Just wait." This went on and on for some period of time.
**Q Did he tell you why you couldn't leave?**
A No, he didn't.
**Q Did you ask him why?**
A Yes. He just said, "You can't leave yet."
**Q And did you ask to call the police?**
A No. They were there.
**Q I mean, on duty police.**
A No. I would think the bar would have done that. I -- I was scared. At that point, I was really scared, okay. I was, number one, scared about Mr. Uehara, whether or not he was okay. Number two, I was scared about my own safety, and I wanted to just go home. I was denied that.
**Q You were afraid of whether Mr. Uehara was okay?**

Page 76

A I wanted to make sure he was all right.
**Q Because he was on the ground, you mean?**
A Yes.
**Q I see. All right. Now, what happened after that? You're standing there with Mr. Rivers. And what happened next?**
A Officer Key, Mr. Key -- I mean, Mr. Yi goes in and out several times, because of the door, you know what I mean, he comes in, he comes in, he goes out, comes in, goes out, comes in, goes out. And at one point, within ten minutes of the altercation outside, Mr. Yi comes in, and he's on the right-hand side of me -- I mean, the left-hand side of me as I face the bar, and he stays there.
**Q So now you have Mr. Yi on one side of you, and then Mr. Rivers on the other side of you?**
A Yes.
**Q And they're standing?**
A Yes.
**Q Okay. And which way are you guys facing now?**
A I'm facing the bar. I may have asked Aunty Patty, you know, to bring my drink over here.
**Q So did you continue to drink while you were there with them?**
A I was trying to relax. Yes, I may have took a couple sips.

Page 77

**Q Okay. And then what happened?**
A The door opens again.
**Q The front door of the bar?**
A Yes.
**Q Okay.**
A And I see Mr. Uehara now yelling, shouting, "You fucking Portagee, fucking," nah, nah, nah. And so, again, he's coming quickly, so I turn to defend myself again. And at that point, the two officers pin me against the bar and allow him to run up and hit me very, very hard on the face.
**Q Okay. So at this point now, the two officers who are next to you are holding on to you, pinning you in what way? Explain.**
A When I turned around, they pinned me. You want me to demonstrate?
**Q You can just show me, yeah, from right there.**
A I need somebody else.
**Q You can use your attorney then.**
A (Indicating) Like you stand and turn. And then what they did was this. They had my arm like this. They had one leg inside here, and like this, they held this arm down. And the same side, the other guy was holding my hand down, while he ran up and hit me. I couldn't move at all.
**Q So what you demonstrated for us is that the officers had one arm around your neck -- I mean, around your chest,**

Page 78

**over your shoulder, and then the one leg around your leg. And the other officer did the exact same thing from the other side?**
A Correct.
**Q So they were holding you against -- with your back against the bar?**
A Yes.
**Q And then your testimony is that, at that point, Officer Uehara comes running in?**
A Running up. He was already in at that point.
**Q Okay. And he hit you?**
A Very hard, yes.
**Q Where?**
A Right here (indicating).
**Q On your left cheek?**
A Yes.
**Q Open fist, closed fist?**
A No, closed fist.
**Q And then what happened at that point?**
A I became very dizzy. I urinated my pants. I lost all feeling on my left side. My lips swelled and bled. I thought I was going to lose consciousness. I really felt like I had a stroke. At that point, I don't know how I got the strength, but I just, you know -- upon just prior to receiving the blow, I real loud yell, because there's

Page 79

nothing I could do. But I almost collapsed. And using my right leg (indicated), I just screamed. Officer Yi either let go or came off, but he went to Mr. Uehara, who was now against one of the tables, and took him out.
**Q Took him outside?**
A Yes. And Mr. Rivers spun me around and took me into the kitchen.
**Q Okay.**
A Really scared at that point.
**Q And then what happened next?**
A I'm worrying about my physical well-being, and I keep asking him to let me go again. And again he says, "You can't leave. You can't leave. Not yet. Not yet." And I'm worried about what's coming next. I'm in the kitchen, and there's a lot of kitchen apparatus around me, knives, cleavers, all kinds of things. I was really afraid, and I begged him to let me go home.
**Q Where was Mr. Nakaki during all this time?**
A I didn't see him.
**Q What about Aunty Patty?**
A Aunty Patty and Aunty Joann -- I mean, Aunty Patty and Joann, when he hit me, my head flew this way. And I saw the two of them in a horror-type gasp and scream, they screamed.
**Q You were demonstrating that your head went to your right?**

Page 80

A I'm sorry. My right.
**Q Your right?**
A Right. I got hit this side and went that way where they were.
**Q Okay. So Mr. Uehara came into the bar, came around, and hit you on your left side of your face, correct?**
A Correct.
**Q Yeah?**
A Right here (indicating).
**Q And then that caused your face to turn to the right?**
A Correct.
**Q All right. And when you turned to the right, that's when you saw Aunty Patty and Joann --**
A Yeah.
**Q -- with the horror look on their face?**
A And scream. They screamed.
**Q On diagram number four, point to me where they were standing when you saw them, just point first.**
A Aunty Patty was here, and I think Joann was on that side (indicating).
**Q Draw two circles for me, one with P and one with J.**
A (Marking).
**Q Thank you. What happened after that? You're in the kitchen now?**
A Uh-huh.

Page 81

**Q Officer Rivers takes you into the kitchen, correct?**
A I'm asking him for ice, and he won't give it. He just asking me to wait, be patient. And at times, he had both of his hands on my shoulder, "Just take it easy. Take it easy. Just wait. Just wait." He was going round and round about that. Finally, after a few minutes goes by, he says, "Okay. You can leave." So I grab some ice from my drink, put it in my mouth, and went home.
**Q Did you have any other drinks after you were released by Mr. Rivers?**
A No.
**Q Did you have any discussions with either -- with any of those four officers after you were released by Mr. Rivers?**
A Yes. I said, you know, "I'm afraid to go outside." They says, "Don't worry. He already left. We watched him turn right and go up the street."
**Q And when you say, "He already left," what did you understand that to mean?**
A I'm sure they were referring to Uehara.
**Q Are you bigger or smaller than Uehara, if you know?**
A Probably about the same size. I'm a lot older.
**Q Okay. How old do you think Uehara is?**
MR. KAWASAKI: You didn't want him to guess, right?
**Q (By Mr. Tanaka) No, I don't want you to guess.**
A I don't know.

Page 82

**Q But, you know, give me your impression as to how old he is.**
A I don't know. I know I was 55 at the time.
**Q Okay. Did you believe him to be younger than you at the time?**
A Yes.
**Q And as far as -- your understanding was that they were saying that Uehara had already left, so you can leave?**
A Yes.
**Q So your testimony is that, after that discussion, that you left?**
A Yes.
**Q You didn't sit down and have another drink?**
A No.
**Q You didn't have any discussions with anybody else in the bar?**
A No.
**Q Didn't talk to Aunty Patty?**
A I talked to Aunty Patty when I went in the bar in the beginning, when -- I mean, after the altercation outside, and Alan -- and they allowed me to go back into the bar, I was speaking to her because she asked me repeatedly what happened, and so I told her several times what happened. As you know, Aunty Patty is pretty much stone deaf in one ear.
**Q I don't know that.**

Page 83

A Okay.
**Q So when you returned to the bar after the altercation outside, you told Aunty Patty what happened?**
A Yes. I just said to her that, you know, he hit me twice, I hit him once. I was just telling her that, you know, he hit me twice, I hit him once. I didn't -- I guess everybody at that time was a little bit upset, and I wanted to indicate that I didn't go out there to make trouble, to be nosey, but no other reason than to use the bathroom. And I was attacked, and defended myself.
**Q What time was it when you left the club?**
A Maybe 10:15.
**Q And where did you go? Back to Mililani?**
A Yes.
**Q When you arrived -- what time did you arrive home that night?**
A I'm not sure. I just went straight home.
**Q How many -- I know you indicated that, before the altercation, you drank about six to eight beers. But what about in total for the evening, how many beers did you have?**
A I don't recall.
**Q Okay. And when you got home that evening -- excuse me. Strike that. When you left the bar that evening, after being let go by Mr. Rivers out of the kitchen, were there any other patrons in the bar?**

Page 84

A Not that I remember, no.
**Q And you said you didn't speak to Aunty Patty. But what about Mr. Nakaki, did you speak to him?**
MR. KAWASAKI: This is after he left the kitchen?
MR. TANAKA: Yes.
MR. KAWASAKI: And told he could leave?
MR. TANAKA: Yeah.
A Not that I remember.
**Q (By Mr. Tanaka) What about with Joann?**
A I don't know if I said anything to her. I don't recall saying anything. I was in pretty much a state of fright.
**Q You leave the bar now. When you exit the bar, is Mr. Rivers still in the bar?**
A I don't know if he left. He went outside. They were still outside. The two of them --
**Q Who is "they"?**
A Rivers and Yi were still outside when I went outside.
**Q What about the haole guy?**
A I didn't see him. I didn't see him after he was -- after he went to Uehara's aid.
**Q Okay. When you got home that night, did you inform your wife what happened?**
A I believe it was the next day. I may have told her something that night.
**Q What did you tell her?**

Page 85

A I don't recall specifically. I was treating myself and took a shower and tried to calm down.
MR. TANAKA: Okay. Let's take a short break.
(Recess taken.)
MR. TANAKA: Back on the record.
**Q (By Mr. Tanaka) Mr. Souza, I just got to clean up the record a little bit, because I want to make sure I understand correctly everything. Looking at diagram number two, you know, you have down, on diagram number two, the location RS, right? That's where you were standing, correct?**
A Yes.
**Q And you indicated, in your testimony earlier, that that location you were standing at was right outside the door, about four feet outside of the door; is that right?**
A Yes.
**Q Now, if we look at the doorway, when you say four feet out, you mean four feet straight out of the door?**
A That's what I meant, yes.
**Q Okay. You don't mean four feet towards the parking lot --**
A No, I don't.
**Q -- or four feet towards the bathroom, right?**
A No.
**Q So where you stood was straight out the door four feet**

Page 86

**approximately?**

A Approximately.

**Q Okay. All I'm trying to establish from you, I'm not trying to trick you, I'm just trying to establish whether or not you had come out of the door and gone to the left or gone to the right or keep straight out when you stopped. Straight out pretty much?**

A Pretty much, yes.

**Q Okay. Now, when you got home that night, I think we left off, and I was asking about whether you told your wife anything that night about what happened, right?**

MR. KAWASAKI: He said he didn't recall.

**Q (By Mr. Tanaka) And you don't recall, right. What about as far as what happened that night? When you got home, it was about, what, 11:00 or so, maybe?**

MR. KAWASAKI: He didn't recall.

**Q (By Mr. Tanaka) Well, you went straight home, I assume, right?**

A Yes.

**Q And 10:15 around, you left the bar, right?**

A Yes. Around that time. I don't wear a watch when I work.

**Q By the way, before I forget, how tall are you?**

A Five nine. Maybe getting short.

**Q How much do you weigh?**

Page 87

A Now? 198.

**Q Back then what?**

A Gee, I would think hopefully a little lighter.

**Q 180 something?**

A Probably about 195.

**Q Okay. Are you trained in self-defense?**

A Only from what I learned as a police officer.

**Q So you've had some martial arts training in your life then through the police department?**

A In the police department, yes.

**Q You know, when you got home that night to Mililani, what did you do when you got home?**

A I know I took a shower, ate a little more. I'm sure I was pretty -- I had a lot of adrenaline going through me. It wasn't easy to get to bed or anything. I may have stayed up and watched television for awhile. I know I was in considerable discomfort. I put ice on my mouth and tried to lay down because of my neck.

**Q And then did you get to bed?**

A Eventually, yes.

**Q And what happened when you got up in the morning?**

A I felt a lot worse.

**Q Where?**

A I woke up during the night. My neck, I have a very serious preexisting injury.

Page 88

**Q In fact, you had an injury to your cervical spine, was it?**

A Yes.

**Q Lumbar, too?**

A No, never had any problem with my lumbar. I do now from that night.

**Q But as a result of a previous accident, you had an injury to your cervical spine?**

A Correct. I have multiple herniated disks, spinal stenosis, degenerative disk disease, my neck is separated between the cervical and the spine.

**Q Who is your orthopedic surgeon?**

A I've had several.

**Q Who was the last one you had?**

A It's in my medical records. I don't remember. Saiki, I think her name is. I can't be specific.

**Q This is at Kaiser?**

A Yes.

**Q You had any kind of cervical fusion type surgeries in the past?**

A No, I refused it.

**Q Okay. Your injury to your cervical spine was a result of what?**

A I've hurt it several times. Once as a policeman, which had a little to do with me resigning and then not

Page 89

continuing. Again, in 19 -- 1994, with the wheelbarrow, I yanked this arm and also messed up my spine a little bit. The surgery seemed too radical to me, so I just don't want to do it.

**Q I'll get to the medical side in a little bit. But when you got up in the morning, tell me what part of your body was in pain.**

A My face, my mouth, my jaw, my neck, my upper back. My lower back was sore. My entire left side felt a lot different.

**Q And did you tell your wife then about what happened?**

A I don't recall when I told her or what I told her.

**Q All right. Did you tell your kids what happened to you?**

A Eventually, they found out. I didn't make it a point to tell them.

**Q And how did they find out?**

A How did they find out?

MR. KAWASAKI: If you know.

**Q (By Mr. Tanaka) How did they find out?**

MR. KAWASAKI: Do you know?

A I'm sure they must have heard.

**Q (By Mr. Tanaka) Did you tell them?**

A I don't remember specifically telling my children.

**Q Were they able to tell by looking at you that you were**

Page 90

**injured?**
A Oh, they knew something happened.
**Q How do you know that?**
A My lip was, like, swollen.
**Q Okay.**
A Blood on my shirt from the night before.
**Q So the next morning when you got up, your kids were able to, at least from what you can tell or what you remember, your kids were able to tell that something had happened to you?**
A They had already gone to school. They didn't know that day or the next day. I don't know when they found out.
**Q Well, I'm trying to understand your testimony. You said -- when I said how did they find out, you said your lip was swollen, you had blood on your shirt. Now, when did they see that?**
A I'm sure, when they came home from school, they saw that my lip was still messed up.
**Q That day, the next day?**
A I would believe so. I don't know if that's when they found out. I didn't make it a point of informing my children.
**Q All right. Now, as far as the next day, the day after the altercation, what did you do that day?**
A I didn't go to work. I stayed at home all day. I

Page 91

rested as much as possible. I was trying to put it all behind me. And found the pain to become increasingly intolerable in my neck and face and my mouth. I tried to eat, but my jaw didn't work properly. I would bite the inside of my mouth. I found it difficult eating. And I rested until the following day, when it became ever more increasingly intolerable, and I went to the doctor.
**Q Did you call the police to report this incident when you got home?**
A No, I didn't.
**Q Why not?**
A For no particular reason at all. I just -- I didn't -- when I went to the hospital, they called the police, and I told the police then. Why I didn't call them, I don't know. But I can tell you I have mixed feelings about this whole thing. I once was a police officer. I take no pleasure in bringing these kind of charges to any policeman. What they did is what they did.
**Q Is it your opinion that they were acting in the course and scope of their duties as police officers that night, or were they acting as individuals off duty?**
A I don't know. You'd have to ask them.
**Q So you felt that you didn't -- I'm just trying to understand why you didn't call the police.**
A I just told you. To this day, I have mixed feelings

Page 92

about it.
**Q Meaning what? You don't know why you didn't call the police?**
A I don't know why. Maybe I should have immediately, maybe even that night or the next day. But when I went to the hospital, because of the nature of the case, an assault, they called the police, and I gave a -- provided them with a statement at that time.
**Q When did you go to the hospital? On the 15th, right?**
A Friday.
**Q Two days after the incident?**
A Friday.
**Q Right?**
A Right.
**Q And then you went to the hospital. Was it Kaiser?**
A Yes.
**Q And how did you get there?**
A I drove.
**Q Why did you wait so long to go to the hospital?**
A Because the pain became increasingly worse. And I realized that it probably wasn't going to go away without treatment.
**Q Okay. And when you got to the hospital, was it the emergency room that you were treated at?**
A No, clinic.

Page 93

**Q Which clinic was that?**
A Mililani.
**Q Which doctor treated you that day?**
MR. KAWASAKI: If you recall.
**Q (By Mr. Tanaka) Yeah, if you recall.**
A I'm not sure. I think his name was Nathan Pang. I'm not sure.
**Q And when you went to Mililani Clinic, was it -- was that an internal medicine physician that you were treated by, or was it a urgent care physician?**
MR. KAWASAKI: If you know.
A It was at the clinic. I think just general physician. I'm not sure.
**Q (By Mr. Tanaka) Who was it that recommended that you contact the police?**
A I think it's a rule of law for them to call the police on a assault victim.
**Q Is that what they told you?**
A I don't know. But -- they didn't tell me anything. They just told me that they were going to call the police.
**Q So it wasn't you who called the police? It was the Kaiser personnel who called the police?**
A Yes.
**Q Okay. So the police arrived at Kaiser Mililani to take your statement?**

Page 94

A Yes.
**Q What happened after that?**
A Went home.
**Q Did you ever know any of those four officers involved in this altercation prior to this evening, the evening of the altercation?**
A I have only seen Uehara a couple times. No, I don't know any of them personally.
**Q Aside from Aunty Patty, Joann, Harry Nakaki and Donald Minnell in the bar and the four officers, is there anybody else that you can remember being there?**
A No, I don't.
**Q Aside from speaking with the police, your attorneys, of course, your wife, your kids, anybody else you spoke to about this incident?**
A I'm sure my family knows.
**Q Who's that? When you say your family knows, what do you mean by your family?**
A I have a sister here, and I have a brother in the mainland.
**Q Anybody else? Any of your friends that you told about this incident?**
A Yes.
**Q Who?**
A A lifelong friend from work. His name is Paul deVille.

Page 95

**Q Who is Mr. deVille?**
A He's my lifelong friend.
**Q Is he a policeman?**
A No, no, sir. He's not a policeman.
**Q What does he do?**
A He's a businessman.
**Q What company does he work for?**
A I think he has his own company.
**Q What is it called?**
A I'm not sure what it's called.
**Q Where is his company located?**
A I think it's in San Francisco or Seattle. I'm not sure.
**Q Not in Hawaii?**
A No, no, sir.
**Q What have you -- you've had long conversations with him about this incident or just one time you talked to him about it?**
A We see each other several times a week, and the least thing we talk about is this. But he does know.
**Q I see. So he resides here, but his business is in the mainland?**
A Yes.
**Q Where does he reside?**
A Kahala.

Page 96

**Q Aside from the statement that you gave to the police department, any other formal recorded statements you've given to anybody?**
A Not to my knowledge.
**Q Let's talk about your injuries that you sustained. Tell me all of the injuries that you believe you sustained as a result of this altercation.**
A The incident greatly exasperated my neck injury. It caused a lot of injury to my mouth and teeth. I've never had a lower back problem. And as a result of this, an MRI was taken of my lower back because, basically, I have no feeling in my left leg, which got increasingly worse until one day I couldn't stand. That would be L5. They found it herniated --
**Q Your doctors -- I'm sorry. Go ahead.**
A Other than that -- I can't -- the doctors know a lot more about what happened to me. I suffered a concussion -- a mild concussion that night.
**Q Who diagnosed the concussion?**
A The neurosurgeon -- the neurologist.
**Q When was that, that diagnosis came out?**
A I can't -- I don't remember.
**Q Were you seen by a neurologist or a neurosurgeon at Mililani Kaiser?**
A No, no. Moanalua and downtown hospital.

Page 97

**Q And so the doctors from Kaiser told you that, as a result of that incident on August 13, that you had suffered a concussion?**
A A slight concussion, a mild concussion, yes.
**Q That's what they told you?**
A Yes, I believe so.
**Q You believe so, or you know?**
A Well, I'm sure that's what they said.
**Q Okay. I'm just trying to find out what you remember them telling you.**
A You know, I've been to the doctor so many times, I can't recall everything they've said.
**Q Okay. Now, who was your primary care physician for this injury, the injuries you sustained?**
A Probably I saw Dr. Won -- Won Bae, B-A-E. Won Bae Cheng. Cheng, C-H-E-N-G.
**Q Oh, Cheng. Different Won Bae.**
A Not the attorney.
**Q All right. Won Bae Cheng was your physician?**
A C-H-E-N-G.
**Q And Dr. Cheng is with Kaiser?**
A Yes.
**Q Internal medicine?**
A Physiatrist.
**Q Who was the neurosurgeon that you consulted with?**

A That's the one I can't remember her name, Seki, Saiki.
**Q What about any orthopedic surgeons?**
A Orthopedic surgeons, no.
**Q All of your medical treatment for your injuries were provided by Kaiser?**
A Except for the dental.
**Q And that was Dr. Pruett?**
A Yes.
**Q You know in your answers to interrogatories, you indicated that you had 13,000 in medical specials, in other words, medical bills. Do you know how you arrived at that figure?**
A Maybe I shouldn't have gave that figure, because I don't know the exact figure. I've never totalled that up. That was just a guess.
**Q You know, at the time that you had done your interrogatory responses, there was a question about who are your treating physicians, and the only person that at the time was listed was Dr. Pruett, the dentist. But --**
A I don't know why it is. I've been going to Kaiser all through this.
**Q Okay. So it's been Kaiser then?**
A Yes.
MR. TANAKA: So we're going to have to get a HIPA authorization to get his medical records. I don't think we

got them.
MR. KAWASAKI: The last time we talked, weren't you going to check if you received them? Because we have the records. I don't know if it was sent over to you previously by his prior counsel.
MR. MAYESHIRO: I'd have to double-check.
MR. KAWASAKI: Yeah; I don't know if it's there. If it's not, we can provide it.
MR. TANAKA: Let's go off the record.
(A discussion was held off the record.)
MR. TANAKA: Back on the record. Larry, if we don't have the records, I'll ask questions about Mr. Souza's condition now. But if there's additional records that we see, can we just reserve our right to come back, and if we need to, have him deposed only on the medical side?
MR. KAWASAKI: Yeah.
**Q (By Mr. Tanaka) All right. Now, with regard to your doctors, what have they told you as far as your neck?**
A As far as my neck?
**Q Right.**
A They have the previous MRI's. They have new MRI's. It's a very fragile situation. My disks are actually tugging on my spinal cord. If you look at it, you'll see like it's wavy from being tugged.
**Q Have any of your physicians indicated to you that, in**

**fact, this incident exacerbated your neck condition?**
A Yes.
**Q Who told you that?**
A As far as I know, Dr. Saiki and Dr. Cheng. I think what they did was put me through another -- I'm not sure what it's called -- the electrical hookup, which is very painful, to determine nerve loss compared to my old records.
**Q EMG's?**
A Correct.
**Q Nerve conduction studies?**
A Yes.
**Q You ever had any additional MRI's done to your cervical region?**
A Yes.
**Q When was that?**
A After this incident. I can't be specific.
**Q Have they been following you on your neck?**
A I'm still being treated. I haven't been to the doctor in quite sometime.
**Q Why not?**
A I still have meds, and, basically, that's how we've decided to treat it.
**Q When you say "meds," what do you mean?**
A Medication.
**Q What kind of medication have they prescribed to you?**

**What are you taking now?**
A I -- I take Percocet.
**Q What else?**
A Ibuprofen.
**Q Over the counter or prescribed?**
A Prescribed, 800 milligrams.
**Q Okay. What else?**
A There's been different muscle relaxants.
**Q Such as?**
A I can't be specific. I don't know the names. At one time, they had me on Neurontin, which is an anti-epileptic drug, to deal with the chronic pain. I no longer take that.
**Q Were you taking any of these medications before this accident -- before this incident? Excuse me.**
A No, not in a very, very long time.
**Q So these are anti-inflammatory pain meds, right? So you're being given medication for your pain?**
A Correct.
**Q What kind of treatment are you receiving for your neck?**
A I've had different therapies and what not. But because of the nature of it, it's difficult to treat.
**Q What kind of -- what kind of therapies have you been receiving?**
A Traction, ultrasound.
**Q And that's all through Kaiser?**

A Yes.
**Q How often were you going for physical therapy?**
A Twice a week. It was a long time ago.
**Q When did you stop going?**
A When I found it to be too painful to go through that. I can't be specific. I don't recall.
**Q Did you decide to stop going to PT on your own, or were you excused from PT?**
A I don't remember.
**Q Discharged, not excused. Discharged from PT.**
A I don't remember. I remember telling the doctors that it only aggravated the discomfort.
**Q That was your neck, yeah?**
A Yes.
**Q What about your mouth and teeth? That was Dr. Pruett who took care of everything for you?**
A Correct. Some tooth had come loose. I think he -- or crowns had come loose. And, basically, there was little he can do about how my jaw had stretched. To this day, I still will bite the outside of my lip when eating or the inside of my mouth.
**Q When was the last time you saw Dr. Pruett?**
A Oh, he's left. He's somewhere in the mainland.
**Q Who's taking over your care for your teeth?**
A I have no continued care for that incident. There's

nothing you can do.
**Q Have you consulted with anybody, like a mandibular specialist, or anything like that?**
A No.
**Q Why not?**
A I didn't feel necessary. I believe I've had all the treatment that I can get. He's done some things to my mouth.
**Q So you feel that your mouth, the problems with your mouth and jaw are okay now?**
A It's not okay. I still bite the outside of lip when eating.
**Q So how come you don't go see a doctor about that?**
A I'm just living with it. I have no reason for going or not going. I just -- I don't think there's anything that can be done.
**Q Have you consulted with any physician, like at Kaiser, to tell them about the problem that you're experiencing?**
A I believe they're aware of it, but they left it up to the dentist. I'm not sure.
**Q Who is your current dentist?**
A That's Dr. Hu.
**Q What's Dr. Hu's first name?**
A I don't know his first name.
**Q H-U?**

A H-U, yes.
**Q Where is Dr. Hu's office at?**
A Kuapa Kai Shopping Center, Hawaii Kai.
**Q How did you get the referral to Dr. Hu?**
A He took over Mr. Pruett's practice.
**Q I see. When was the last time you saw Dr. Hu?**
A I don't recall. Some time.
**Q Did you report your condition to him?**
A He's aware of the incident in my records. He has a copy of my records.
**Q Did you have a discussion with him about what you're experiencing currently, with the biting of your lip and all that?**
A No.
**Q Why not?**
A It doesn't happen frequently enough, but it does happen, and it never happened prior to the incident.
**Q No, I understand that. So you don't feel that it's necessary to tell your dentist about --**
A My understanding is they can't do nothing so.
**Q Let me back up a little bit and ask you, do you feel that it's necessary to report what's happening currently with your mouth to your dentist?**
A Maybe I should bring it up and see if there's anything changed, maybe if they can do something. You know, I will

mention it to Dr. Hu next visit.
**Q But you have not mentioned it to him thus far; is that right?**
A I don't think so. I think he's aware of it, though. I'm sure he's aware. I don't know.
**Q I don't want you to speculate or guess. I just want to know what you told him. If you didn't tell him, that's okay.**
A I didn't tell Dr. Hu.
**Q All right. That's fine. With regard to your lower back condition, who's following you for that? Is that Dr. Saiki?**
A I believe so. Most of my treatment is from Dr. Cheng. She's the one --
**Q The physiatrist?**
A -- did the EMG, whatever it's called.
**Q And what is the diagnosis of your lower back condition right now?**
A Herniated L5.
**Q Herniated?**
A Correct. I believe that to be the terminology they used for a herniated disk, bulging disk.
**Q Okay. There's a difference now between bulging and herniated.**
A Well, I'm not a doctor.

Page 106

**Q Yeah. So do you know what it is?**
A I think they said "herniated" when they spoke to me. I'm not sure.
**Q Did they talk to you about what kind of treatment that you should be receiving for the herniated disk?**
A They -- it's -- it has stabilized itself. They know that I don't want surgeries. I made that clear to them, as much as possible, I don't want to have any kind of surgery. So they treated it as best as possible. I have what's called drop foot on my left side now.
**Q And what is that from?**
A From the herniated or ruptured disk or bulging disk.
**Q And that's what they're telling you, that the drop foot syndrome is from the herniation of your disk?**
A Yes.
**Q Who told you that? Dr. Cheng?**
A Dr. Cheng.
MR. TANAKA: Off the record.
(A discussion was held off the record.)
MR. TANAKA: We can go back on the record.
**Q (By Mr. Tanaka) You can say what you were going to say.**
A I can't be really specific on their stuff.
**Q That's okay. We don't expect you, Mr. Souza, to know exactly all the terminology and everything. But we kind of**

Page 107

**shooting in the blind right now, so we're just trying to find out what you know so that we can be educated. We certainly don't expect you to know everything about what the doctors have diagnosed. But I'm just trying to find out what you know.**
MR. KAWASAKI: We have records. Now, I want you to understand, we didn't subpoena records. I'm not aware that any subpoenaed records was done by anybody here. But we will produce the records we have.
MR. TANAKA: You know, I think the better way, Larry, frankly, is we just subpoena the records.
MR. KAWASAKI: Yeah, that might be a better way.
MR. TANAKA: Everybody can get a complete set. We can find out what's really going on. Because, you know, it could be a number of things, right. So maybe that's the best way.
MR. KAWASAKI: Yeah.
MR. TANAKA: Okay. Given that situation, because I know I'm going to have to call you back, Mr. Souza, to continue with regards to the medical part, I think I personally have enough as far as the facts of the accident or the incident.
As long as you don't mind, Larry, we can agree that with regard to --
MR. KAWASAKI: Yeah, if there's further questions

Page 108

related to the medical records.
MR. TANAKA: -- the medical side and maybe some stuff about your limitation of activities, that's kind of related to the medical side, I'm not going to waste anybody's time asking those questions now.
MR. KAWASAKI: And there may be questions about tax records.
THE WITNESS: You're asking me to recall things on the medical records, span about three years. I can't be specific, and I don't want to be held specifically to what I --
MR. KAWASAKI: Yeah, I think he's understanding that. That's why we're going to just continue it.
MR. TANAKA: That's the reason why I'm asking your attorney to agree to allow us, if necessary, to have you come back after we've reviewed your records, just to talk about your medical condition, as well as any kind of limitation on activities that are related to your medical side. As far as the accident itself, I don't have any questions. So I will, given that agreement, I will defer.
MR. KAWASAKI: Derek, you folks going to subpoena the records?
MR. MAYESHIRO: Either myself --
MR. KAWASAKI: Okay.
MR. TANAKA: We'll get a HIPA authorization over to you

Page 109

guys.
Okay. Derek.

EXAMINATION

BY MR. MAYESHIRO:
**Q Good afternoon, Mr. Souza. I don't have too many questions.**
A Good afternoon.
**Q I'm going to, likewise, reserve my right to question you with respect to your medical condition or your injuries more specifically after we get your medical records. I'll just question you now with respect to the incident itself and perhaps some additional background information.**
**But before I start, you gave a rather detailed description of the events of the incident. Is there anything else that you can remember right now that stand out as far as what occurred that night, August 13, 2003?**
MR. KAWASAKI: That's vague and ambiguous.
If you can try to answer it.
A I don't know how to answer the question.
**Q (By Mr. Mayeshiro) Okay. Well, let me ask you this, Mr. Souza. You testified that you didn't see the haole guy from the point in time when he went to aid Harry Uehara, went to his aid, until, I guess, the rest of the night; you remember that?**
A Yes.

Page 110

**Q You remember that testimony?**
A Yes, I remember that.
**Q And for the record, let's see if we can establish, do you remember now, as you sit here right now, what the haole guy's name was? Let me try --**
A Only from the reports, and I don't even remember that.
**Q Let me try this. Does the name August Belden, does that help jog your memory?**
A I think that brings back to what I read. I believe that's his name.
**Q Okay. You only talked about one haole guy through the course of the deposition?**
A I think I used the word "Caucasian."
**Q Yeah, that's right. I used the word "haole."**
MR. TANAKA: We called him "haole."
A So did Uehara.
**Q (By Mr. Mayeshiro) The Caucasian gentleman that you spoke of throughout the course of today's deposition, that was, in fact, in reference to Officer August Belden; is that right?**
A One more time, please.
**Q Throughout the deposition, you've referred to the Caucasian guy or the Caucasian officer?**
A Yes, yes.
**Q That whole time you were referring to Officer August**

Page 111

**Belden?**
A That's correct, yes.
**Q And Officer Belden, he never made any kind of contact with you? He never hit you, he never pushed you up against the wall, anything like that, right?**
A Not that I remember, no.
**Q And as far as you remember, he never made any kind of aggressive behavior towards you; is that correct?**
A No.
**Q And as you sit here right now, is there anything else you can remember specifically about Officer Belden that he did that night, other than what you testified to today?**
A No.
**Q Okay. I'm going to ask you whether or not you'd be willing to dismiss Officer Belden? He's a defendant in this lawsuit --**
MR. KAWASAKI: I'd object to the question, asking for a legal conclusion.
**Q (By Mr. Mayeshiro) Let me rephrase it. Mr. Souza, as you sit here today, is there anything that Officer Belden did to cause your injuries that you complained of?**
A I think more what he didn't do.
**Q What didn't he do?**
A He didn't -- none of them made an attempt to stop Uehara from attacking me. None of them ran between Uehara

Page 112

as he was attacking me.
**Q So you're saying that Officer Belden should have in some manner --**
A All three of them should have come in between in the beginning. If he's guilty of anything, he may be guilty of whatever he didn't do, omission.
**Q Okay. From the time Officer Belden went to aid Mr. Uehara, are you aware of his whereabouts during the rest of the incident?**
A No. In fact, if I'm not mistaken, I haven't seen him since.
**Q So you don't know whether or not he left the premises or whether or not he was going for help? You don't know what he did, if anything?**
A I don't know what he did. I didn't see him. I wasn't allowed back out, yeah, till they said I could go back out of the bar. I was imprisoned in there.
MR. MAYESHIRO: I move to strike that as argumentative.
**Q (By Mr. Mayeshiro) But let me ask you this. You were a police officer from -- let me take a step back. I think, early on, you had made a statement that or you testified that, after you punched Uehara, he went down, Officer Yi and Officer Rivers came up and held you against the wall?**
A Slammed me against the wall.
**Q And that was for a couple minutes, right, and then they**

Page 113

**put you down?**
A Well, I wasn't up in the air the whole time. They just kept me against the wall.
**Q And I believe you testified earlier that, at some point in time, you made a statement to them, "Let me go or arrest me"; do you remember that?**
A Several times I told them that.
**Q So do you believe that, at that point in time, they had cause to arrest you?**
MR. KAWASAKI: You're going to have to get some foundation. That's not --
**Q (By Mr. Mayeshiro) You were a police officer, Mr. Souza, from 1972 to 1986, correct?**
A Yes.
**Q That's a period of, what, 14 years?**
A 14 years, seven months.
**Q 14 years and seven months. So you're aware of the term "probable cause," correct?**
A Yes.
**Q And that's the term you used as a police officer, correct?**
A Yes.
**Q And --**
MR. KAWASAKI: I'd object to relevance.
But you can answer.

Page 114

THE WITNESS: I don't know where he's going.
**Q (By Mr. Mayeshiro) So you're familiar with what constitutes probable cause, correct?**
A Yes.
**Q Okay. And if probable cause is established, somebody can be arrested; was that your understanding?**
A Correct, correct.
**Q Now --**
MR. KAWASAKI: Let me put on a continuing objection to this.
MR. MAYESHIRO: The grounds was relevance?
MR. KAWASAKI: Relevance, yes.
MR. MAYESHIRO: Okay.
**Q (By Mr. Mayeshiro) And do you believe that if an officer witnesses somebody punch another person, that that officer has probable cause to arrest the person who threw the punch?**
A No, not if it was in self-defense. They should have arrested Uehara. He hit me twice. What I was telling them is, they have no grounds to hold me and pin me and beat me against the wall. That's what I was telling them. "Arrest me or let me go."
**Q Okay. You testified earlier that Mr. Uehara chest bumped you, correct?**
A Yes.

Page 115

**Q And then he pushed you with his --**
A He hit me with his hands. He didn't push, he hit.
**Q He hit you with his hands?**
A He hit.
**Q Okay. And did you fall on the ground?**
A No.
**Q Did you sustain any bruises from the hit?**
A No, but it -- I felt it.
**Q It caused you pain?**
A Yes.
**Q And I believe you testified that you don't really remember what happened, you don't remember the punch, you just hit him, correct?**
A I believe so. I acted instinctively.
**Q You acted instinctively?**
A I believe so.
**Q After you were hit?**
A Yes.
**Q Okay. So if a police officer is witnessing two people in a physical altercation --**
A Yes.
**Q -- and both individuals are throwing punches --**
A Yes.
**Q -- do you believe --**
A This is a supposition you're --

Page 116

**Q Yes, hypothetically.**
A Okay.
**Q And if both individuals are throwing punches, do you believe the officer has probable cause to arrest both individuals?**
MR. KAWASAKI: Again, I object to relevance.
MR. MAYESHIRO: I understand.
MR. KAWASAKI: If you have an opinion about that, you can answer.
MR. MAYESHIRO: I understand your running --
A Maybe not at that point, but the officer can order them to stop, which is a lawful command. And if they don't, then you can arrest both of them.
**Q (By Mr. Mayeshiro) And is it fair to say that an officer who witnesses two individuals in some kind of altercation would conduct some kind of investigation, they would find out what's going on; isn't that true?**
A I don't know where you going. Sometimes people enter into a fight by mutual agreement. What are they going to find out?
**Q Well, you, as a police officer with 14 years on the force, I'm asking you whether or not --**
A In my case, I always did what I was taught. I would restrain the person who was being beaten or the person who was at a disadvantage and restrain him and order the other

Page 117

person to stop. I think that's how we were trained. At that time, if the aggressor continues, then you have probable cause to arrest him.
You know, you talking about real hypothetical situations. I've come across shootings when draw my gun on somebody, and the person actually took the gun away from the culprit. You no just go shoot the guy with the gun.
**Q Well, I'm not talking about shooting anybody.**
A It's basically the same situation. He doesn't know what happened. The officer, upon arrival at the scene, don't know what's going on.
**Q So the officer should find out what's going on, right?**
A You going to protect the one who's getting beaten, number one.
**Q Okay. But once there's no longer a threat of violence -- threat of physical harm against any of the individuals, the police officer should find out what's going on, right?**
A If he's able to.
**Q Okay. Now, you testified earlier that you may or you may not have had shots of Tequila that night, Aunty Patty kind of took care of you guys, sometimes she bring it out?**
A Sometimes she does.
**Q But you don't have any specific memory, right?**
A No, I don't.

Page 118

**Q Okay. Now, as far as you know, is Aunty Patty the type of person that just would bring out a shot for you, or would she also bring out a shot of Tequila for Mr. Minnell?**
A She probably bring out both -- for whoever sitting there. You know, I'm going to --
THE WITNESS: Can I just elaborate on that? Or should I just not?
MR. KAWASAKI: You should answer his questions.
THE WITNESS: Okay, okay, okay.
**Q (By Mr. Mayeshiro) Throughout the course of the night as you sat in the bar, before anything happened outside, I believe you testified that Mr. Uehara was calling the Caucasian officer names; do you remember that?**
A Yes.
**Q And I believe you also testified that the Caucasian officer, Officer Belden, was quiet; do you remember that?**
A Yes.
**Q Okay. Throughout the course of the night, before anything happened outside, do you ever remember Officer Belden raising his voice or yelling or making other --**
A At times, they were talking pretty loud. I cannot associate what voice was from which person. Like I said, whatever I heard, I couldn't help but hear. I wasn't paying attention.
**Q But you don't know specifically whether or not Officer**

Page 119

**Belden --**
A No, I don't. No, I don't.
**Q You also testified that, in your opinion, based upon the demeanor of the officers, you believed that they were intoxicated; do you remember that testimony?**
A Yes.
**Q With respect to Officer Rivers, what specific about his demeanor caused you to believe he was intoxicated?**
A Everything he did that night regarding his interaction with me. I don't think --
**Q That's kind of vague. Anything in particular?**
A He looked bleary eyed, he smelled like alcohol. He was very, very -- he carried himself in a very intimidating way.
**Q And you believe that to be the effect of alcohol?**
A I don't see it as normal behavior.
**Q But you had never met him before, so you wouldn't know what his normal behavior is; isn't that true?**
A That's true.
**Q Okay. Anything else about Officer Rivers' demeanor that caused you to believe that he was intoxicated that night, other than what you just mentioned?**
A Just his actions.
**Q What about Officer Yi; what specific about his demeanor caused you to believe that he was intoxicated?**
A Same thing, his actions and demeanor that night.

Page 120

**Q When you say his actions and his demeanor, what specifically are you referring to?**
A Well, everything they did. I can't -- I don't see their behavior that night as being sober. Their behavior was really far from ordinary than what a --
**Q So nothing specific that they did --**
A Everything.
**Q I mean, nothing specific that they said, just things that they did?**
A Specifically the evening as a whole. What happened to me, everything, their behavior, all of their behavior. I don't see that as being normal behavior.
**Q For people that you've never met before?**
A Yes, for people I've never met before.
**Q Officer Belden, anything about him in particular?**
A No.
**Q Okay. Now, when you said that -- you testified that you saw Mr. Uehara pushing Officer Belden's shoulder. How many times did you see that happen?**
A I can't be specific, but I saw it couple times. I believe, in my original report, I said "egging him on."
**Q But with respect to specific pushes that Mr. Uehara did to Officer Belden, do you remember how many?**
A More than one. I don't know. I can't be specific. More than once.

Page 121

**Q More than three?**
A I don't know.
**Q And did you have an opportunity to observe if it was a closed hand or an open hand?**
A It seemed to me like it was (indicating).
**Q You're motioning an open hand?**
A It seemed to me it was open hand, you know, shoving his shoulder.
**Q If you were able to observe, what reaction, if any, did Officer Belden have in response to that?**
A I couldn't tell. They were still talking or arguing.
**Q Could you hear Officer Belden saying anything to Mr. Uehara?**
A I don't recollect.
**Q When you went home that night, August 13, 2003, did you notice any bruises on your body?**
A No, I didn't.
**Q And at any point in time after this incident, did you notice any bruises to your body?**
A I had discomfort and a lot of pain. Bruises of my face, yes.
**Q Okay. The bruise on your face, that would have been to the left side?**
A Bruise here (indicating) and a very swollen and bruised, cut lip.

Page 122

**Q Did anybody take photographs of that injury?**
A No. I think the -- my original visit to the doctor, I think they documented it.
**Q The discomfort that you said you felt, what part of the body was that?**
A I think I already answered that. My face --
**Q Anything other than what you testified to earlier today then?**
A No, I think I was specific.
MR. MAYESHIRO: Okay. That's all I have.
MR. TANAKA: Let me just follow up, Larry.
FURTHER EXAMINATION
BY MR. TANAKA:
**Q Mr. Souza, do you remember giving a statement to the Honolulu Police Department, a recorded statement on September 12, 2003, to a Detective Kaneshiro of the Internal Affairs Division?**
A Yes, I do.
**Q And the statement that you gave, when you gave the statement, you were accompanied by your attorney, Shawn Luiz, who was your attorney at the time, correct?**
A Yes.
**Q You had a chance to review that statement after you gave it? They had it transcribed and sent it to you to take a look at?**

Page 123

A I'm pretty sure I have.
**Q And when you reviewed that statement, was everything that you made in that statement, was that accurate? Whatever you said was accurate to the best of your knowledge?**
A I believe so, yes.
**Q That would have been truthful information that you provided to the police?**
A Yes.
MR. TANAKA: Okay. That's all I have.
MR. KAWASAKI: I have a few.
EXAMINATION
BY MR. KAWASAKI:
**Q You spoke earlier, Bob, about the fact that you weren't wearing a watch that evening; is that correct?**
A Yes, I don't wear a watch when I work.
**Q So the periods of time that you testified to today, these are just your estimates of what you thought the amount of time had passed?**
A Yes, per guesstimates.
**Q And as to distances away from what -- do you have any training in estimating distances specifically?**
A No, those are general.
**Q General estimates?**
A Yes.

Page 124

**Q As best as you can recall?**
A Yes.
MR. KAWASAKI: That's all I have.
MR. MAYESHIRO: I have a follow up.
FURTHER EXAMINATION
BY MR. MAYESHIRO:
**Q With respect to the estimates you made to either time or distance, you made it to the best of your ability today?**
A Yes.
FURTHER EXAMINATION
BY MR. TANAKA:
**Q You know the question I asked you about the statement, does this look like the document that you had reviewed before?**
MR. TANAKA: And while you're looking at that, the handwritten drawings labeled one, two, three and four, I'm going to attach as Exhibits 1 through 4.
MR. KAWASAKI: Good. Okay.
A (Reviewing document). This is the statement?
**Q (By Mr. Tanaka) That is.**
A Seems like it.
**Q All right. That looks like what you had reviewed before?**
A Uh-huh.
MR. TANAKA: Okay. I'll just attach that to the

Page 125

records as Exhibit 5.
(Deposition Exhibit 5 was marked for identification.)
MR. TANAKA: Given the agreements that we have regarding meds and the wage loss and the limitation of activities, we'll come back after we get the medical records and the tax returns, and talk about those issues. Okay.
MR. KAWASAKI: Okay.
MR. TANAKA: Thank you.
(The proceedings recessed at 4:20 p.m.)
--oOo--

WITNESS'S CERTIFICATE

I, ROBERT SOUZA, do hereby certify that I have read the foregoing pages 1 through 125, inclusive, and corrections, if any, were noted by me; and that same is now a true and correct transcript of my testimony.

Dated ______________________________

______________________________
ROBERT SOUZA

Signed before me this _________ day of ________________, 2007.

______________________________

STATE OF HAWAII )
) SS.
CITY AND COUNTY OF HONOLULU )

I, CYNTHIA L. MURPHY, a Notary Public of the State of Hawaii, do hereby certify:

That ROBERT SOUZA, the witness whose deposition is contained herein, appeared before me on March 7, 2007;

That prior to being examined he was by me duly sworn;

That the foregoing represents, to the best of my ability, a full, true, and correct transcript of the proceedings had in the above-entitled cause;

That prior to the filing of the deposition, the witness was notified of his right to make any corrections and/or changes he deems necessary to render his testimony true and correct;

That if the deposition is filed without witness's signature, the witness has failed to appear and the deposition is therefore filed under a waiver of signature.

That I am not attorney for and not related to any of the parties hereto nor in any way interested in the outcome of said action.

Dated this 16th day of March, 2007.

______________________________
Cynthia L. Murphy, RPR, CSR No. 167
My commission expires: 12/15/2009

**A**

**Aala** 35:16
**ability** 124:8 127:9
**able** 10:19 41:10 47:17 50:7 70:17 75:9 89:25 90:8,9 117:19 121:9
**above-entitled** 127:10
**absolutely** 9:7 46:10
**abuse** 43:1
**Accelerated** 11:20
**acceptable** 9:11
**access** 40:16
**accident** 88:7 101:14 107:21 108:19
**accompanied** 73:9 74:8 122:20
**accompany** 73:12
**account** 27:23 28:10,11 28:12,13 29:5,23 30:8 38:3
**accounts** 16:10 23:22 24:20,23 28:4
**accurate** 123:3,4
**acquaintance** 31:20
**acted** 115:14,15
**acting** 91:19,21
**action** 127:20
**actions** 119:22,25 120:1
**activities** 108:3,18 125:6
**actual** 62:24 63:1
**additional** 99:13 100:12 109:12
**address** 4:11 20:21
**adrenaline** 87:14
**Affairs** 72:17 122:17
**afraid** 75:25 79:16 81:14
**afternoon** 7:15 109:5,7
**agent** 13:1,1
**aggravated** 102:12
**aggressive** 111:8
**aggressor** 117:2
**ago** 9:6 102:3
**agree** 107:23 108:15
**agreement** 28:25 108:20 116:19
**agreements** 125:4
**ahead** 10:6 47:10 96:15
**aid** 65:23 84:20 109:22 109:23 112:7
**air** 12:10 13:2 113:2
**Airlines** 12:22
**Alan** 1:7 2:8 82:21
**Alapoai** 4:12,14,21 5:4 20:20
**Alarm** 14:22
**alcohol** 57:11,17 66:17 119:12,14
**alleged** 21:1 41:23
**allow** 77:10 108:15
**allowed** 73:7 82:21 112:16
**aloha** 43:8
**altercation** 21:1 37:1 41:23 70:17 76:11 82:20 83:2,19 90:24 94:5,6 96:7 115:20 116:16
**ambiguous** 109:17
**amount** 123:18
**and/or** 127:12
**answer** 9:11,25 10:7 109:18,19 113:25 116:9 118:8
**answered** 42:22 57:18 72:25 122:6
**answers** 9:15 98:9
**anticipate** 10:9
**anti-epileptic** 101:11
**anti-inflammatory** 101:16
**anybody** 32:13 33:17 53:5,6,9,12,14 54:13 82:15 94:10,14,21 96:3 103:2 107:8 117:8 122:1
**anybody's** 108:4
**anymore** 45:25
**apartment** 4:24
**apologize** 53:17 54:20
**apparatus** 79:15
**appear** 58:8 127:16
**APPEARANCES** 2:1
**appeared** 47:3 57:15 57:24 58:6,9 127:6
**approximately** 12:1 14:14 30:3 51:23 56:5,22 86:1,2
**area** 5:6 21:21 25:21 34:3 35:2,10,13 36:1 36:21 39:17,21 55:20 55:24 56:3,9 63:8,23 64:7,16 68:5
**areas** 21:18,20 22:11 26:21 31:13
**arguing** 47:4,6 121:11
**argumentative** 112:18
**arm** 77:20,21,25 89:2
**arms** 68:24,25
**arrest** 69:22,24 113:5,9 114:16,21 116:4,13 117:3
**arrested** 114:6,19
**arrival** 117:10
**arrive** 27:10,13 43:17 43:23 83:15
**arrived** 31:5 46:6 50:2 83:15 93:24 98:11
**arriving** 31:10 46:3
**arts** 11:11 87:8
**aside** 20:19 32:9 39:25 53:8 94:9,13 96:1
**asked** 7:19 42:21,23 44:14,15,19 49:7 53:17 57:18 70:5,11 76:20 82:22 124:12
**asking** 9:4 58:7 71:15 75:9 79:12 81:2,3 86:10 108:5,8,14 111:17 116:22
**asphalt** 65:7
**assault** 92:6 93:17
**assigned** 13:14,21
**assignment** 13:16
**assisting** 66:23
**associate** 118:22
**assume** 12:13 18:11 25:10 36:2 86:18
**assumed** 44:8
**assuming** 17:11
**assumptions** 44:5
**ate** 87:13
**attach** 124:17,25
**attack** 58:25 60:14 69:3
**attacked** 83:10
**attacking** 60:8 111:25 112:1
**attempt** 111:24
**attended** 66:4
**attention** 42:25 47:16 52:10,19 118:24
**attire** 43:5,21
**attorney** 77:18 97:18 108:15 122:20,21 127:18
**attorneys** 8:6 10:4 94:13
**August** 1:9 8:10 21:2 24:5,21 25:20,25 27:6 29:22 30:8,11 33:22 97:2 109:16 110:7,19,25 121:15
**Aunty** 32:18,24 33:2,20 36:15 37:6,14 38:9 42:1 47:16 53:5 54:13 76:20 79:20,21 79:21,21 80:13,19 82:18,19,24 83:3 84:2 94:9 117:21 118:1
**authorization** 98:25 108:25
**available** 4:3 17:19
**Avenue** 23:21
**average** 16:1 23:4,7 29:2 37:21,21,23 38:5
**aware** 7:22 103:19 104:9 105:4,5 107:7 112:8 113:17
**awhile** 9:6 52:9 87:16
**A-L-A-P-O-A-I** 4:14

**B**

**back** 16:21 17:24 23:16 47:22 51:12 53:13,22 53:23 60:12 61:17,18 61:19 62:6,12 64:15 70:12,12,17 72:7,12 73:7,9,10 74:2,19 78:5 82:21 83:13 85:5 87:2 89:8,9 96:10,11 99:11,14 104:21 105:11,17 106:20 107:19 108:16 110:9 112:16 112:16,20 125:6
**background** 49:14 109:12
**backwards** 62:5 65:2,3 65:11,12 72:6
**bad** 47:25
**Bae** 97:15,15,17,19
**ball** 5:10
**banyan** 35:12
**bar** 28:17,24 29:1 32:5 32:10,22 33:25 34:2 34:3,3 35:4,13,24 36:21 37:15 38:23 39:15 40:14,14,15 41:1,19,20 42:15 43:25 45:2,4,6,13,18 46:6,15,18,19,22 47:1 48:19 49:18 50:24 51:1,2,3,7,24 52:21,22 53:4,9,16 53:24,25 54:1,5,12 54:16 55:3 57:8 58:2 60:22,23 70:12,13,18 73:7,9,10,12,16 74:3 74:5,8,19 75:2,20 76:13,20 77:3,9 78:6 80:5 82:16,19,21 83:2,23,25 84:12,12 84:13 86:20 94:10 112:17 118:11
**barely** 67:3 70:24 71:20
**bartending** 32:19
**bartendress** 33:5 38:10
**based** 44:8 46:1 119:3
**basically** 8:5,11 21:18 51:16 67:2 96:11 100:21 102:18 117:9
**bathroom** 22:22 23:1,1 31:4,14 39:24 40:5 40:16 41:5 50:24 53:19 54:17 58:20 83:9 85:23
**bathrooms** 22:13 28:16 28:21 30:14,18,20 31:2,13 40:13,17,23
**beat** 114:20
**beaten** 116:24 117:13
**beating** 69:23
**bed** 87:15,19
**beer** 37:5 38:16 54:8
**beers** 32:3 36:17,18,20 37:3 48:11 54:5 83:19,20
**begged** 79:17
**beginning** 82:20 112:5
**behalf** 1:20
**behavior** 111:8 119:15 119:17 120:4,4,11,11 120:12
**Belden** 1:9 110:7,19 111:1,3,11,15,20 112:2,7 118:16,20 119:1 120:15,23 121:10,12
**Belden's** 120:18
**believe** 6:9 12:22 21:5 26:24 45:14,25 46:5 46:12 48:1 63:22 64:21 69:2,4 72:22 73:16,20 82:4 84:23 90:20 96:6 97:6,7 103:6,19 105:13,21 110:9 113:4,8 114:14 115:11,14,16,24 116:4 118:12,15 119:8,14,20,24 120:21 123:6
**believed** 58:1 119:4
**bench** 36:5
**Beretania** 35:19
**best** 9:24 39:12 106:9 107:16 123:4 124:1,8 127:8
**better** 107:10,12
**big** 55:21
**bigger** 81:20
**Bill** 12:18
**bills** 98:11
**birth** 10:21
**bit** 20:24 31:12 69:15 83:7 85:7 89:2,5 104:21
**bite** 91:4 102:20 103:11

**biting** 104:12
**bits** 47:18,19
**bleary** 119:12
**bled** 78:21
**blind** 107:1
**blood** 90:6,15
**blow** 62:24 69:6 78:25
**BMK** 1:3
**Bob** 123:14
**body** 68:22 89:6 121:16 121:19 122:5
**bond** 45:5
**booklet** 9:15
**boom** 61:25 62:2
**booth** 36:4
**booths** 36:6
**born** 10:23
**bought** 36:18 38:20
**box** 35:3
**boxes** 35:7,14
**boy** 5:19 19:11
**branch** 12:9
**break** 85:3
**breakfast** 54:11
**breaks** 10:9
**bring** 25:3,8 76:21 104:24 117:22 118:2 118:3,4
**bringing** 91:17
**brings** 110:9
**broad** 8:20,20
**brother** 94:19
**brought** 5:22
**brown** 5:6
**bruise** 121:22,24
**bruised** 121:25
**bruises** 115:7 121:16 121:19,20
**bucket** 54:9
**buddies** 49:23
**building** 21:6,9 29:15 56:10
**bulging** 105:22,23 106:12
**bumped** 61:8,9 114:24
**bumper** 63:6 65:4,5,7 65:12,14 69:7
**bumps** 59:16
**business** 15:10,11,20 16:25 27:17,20,22,23 28:15,16,20 29:6,13 49:24 51:17 95:21
**businesses** 30:24
**businessman** 95:6
**B-A-E** 97:15

**C**

**C** 1:9
**call** 5:9 33:2 75:17 91:8 91:14,24 92:2 93:16 93:20 107:19
**called** 4:5 32:2 42:21 91:13 92:7 93:21,22 95:9,10 100:6 105:16 106:10 110:15
**calling** 43:10 47:7 118:12
**calm** 85:2
**calmed** 70:4
**calming** 59:2
**capacity** 1:7,8,9,10,11 1:12 12:25
**car** 65:8
**care** 22:17 26:17,20 28:25 93:10 97:13 102:16,24,25 117:22
**carried** 119:13
**Cary** 1:21 2:5
**case** 6:3,12,19 7:5,8 8:12 17:12,16 46:1 92:6 116:23
**cash** 26:24
**Caucasian** 43:10,10 47:8,21 48:7 50:13 55:6,25 56:21,24 58:14 65:23 66:4,23 68:9 110:13,17,23,23 118:13,15
**cause** 6:18 111:21 113:9,18 114:3,5,16 116:4 117:3 127:10
**caused** 64:15 65:1,11 80:10 96:9 115:9 119:8,20,24
**cell** 54:1
**Center** 23:20 24:12 104:3
**Centurion** 14:22
**certain** 27:5 48:16
**certainly** 107:3
**certificate** 11:8 126:1
**certify** 126:2 127:4
**cervical** 88:1,8,11,19 88:22 100:12
**Chaminade** 11:7,8,21 11:23 12:19,20
**chance** 122:23
**changed** 9:23 45:22 104:25
**changes** 9:17,19 127:13
**charge** 21:25
**charges** 91:17
**check** 27:9 99:3
**checked** 31:11
**cheek** 78:15
**Cheng** 97:16,16,17,19 97:21 100:4 105:13 106:16,17
**chest** 59:16,17 61:8,9 61:10,11,11,24 62:3 62:15 77:25 114:23
**Chief** 1:13
**children** 20:23 89:24 90:22
**chin** 69:15
**China** 6:21
**Cho** 21:3,6,14 23:12 24:1 25:22 28:11 29:4 30:21 31:18 35:1,5 37:22 40:21
**chronic** 101:12
**cigar** 32:3 36:16 39:6
**cigars** 32:1,4 36:15 39:4
**circle** 35:11,11 40:4,4 55:24 59:5,10 63:13 64:8 67:12,24 68:2,6 74:4,13,15,16
**circles** 40:7,10 67:14 80:21
**City** 1:6 2:8,10 13:23 13:24 127:2
**civil** 1:3,3 8:6
**claim** 8:9 17:12,16 18:14 46:4
**claimant** 6:8
**classes** 11:10
**clean** 26:19 31:13 85:6
**cleaned** 30:14 31:12
**cleaning** 15:13,20 16:14 20:1 25:16 26:20
**clear** 61:23 106:7
**clearly** 10:19 56:14
**cleavers** 79:16
**clerk** 19:21
**clinic** 92:25 93:1,8,12
**close** 25:22 38:7
**closed** 15:24 62:22 78:17,18 121:4
**closest** 4:21
**clothes** 43:20 44:9
**club** 1:13 21:3,6,13 25:22 30:21 35:1,4 40:20,22 83:11
**collapsed** 79:1
**college** 11:17 21:2,7 25:21
**come** 16:16 31:20 40:22 53:22,23 66:24 67:1 68:12 86:5 99:14 102:17,18 103:13 108:16 112:4 117:5 125:6
**comes** 59:11,16,17,21 76:9,9,9,10,11 78:9
**coming** 8:12 60:13,19 60:20 61:5 77:8 79:14
**command** 116:12
**commencing** 1:22
**comment** 42:24
**commented** 45:9
**commercial** 16:12,14 23:24 24:14
**commission** 127:23
**committed** 9:8
**common** 19:19 21:18 21:20 22:11 45:5
**companies** 14:18,21
**company** 15:14,16,24 16:2,22 17:9,25 20:2 20:4 25:12,12 29:21 95:7,8,11
**compared** 100:7
**complacent** 68:25
**complained** 111:21
**complete** 11:15 107:13
**completed** 9:13
**components** 18:14
**concentration** 48:10
**concern** 51:21
**concerned** 66:8
**conclusion** 46:3 50:2 111:18
**conclusions** 50:10
**concussion** 96:17,18,19 97:3,4,4
**condition** 99:13 100:1 104:8 105:11,17 108:17 109:9
**condo** 15:4
**condominium** 15:5
**conduct** 116:16
**conduction** 100:10
**confused** 63:11
**connotes** 61:22
**conscious** 62:25
**consciousness** 78:22
**considerable** 87:17
**constitutes** 114:3
**consulted** 97:25 103:2 103:17
**consumed** 37:3,11 66:17
**consuming** 57:8,11,17
**contact** 93:15 111:3
**contained** 127:6
**context** 5:16
**continue** 76:22 107:20 108:13
**continued** 39:6 41:19 47:15 102:25
**continues** 117:2
**continuing** 89:1 114:9
**continuous** 52:6
**continuously** 52:8
**contract** 21:13,17 28:23 29:18
**contracting** 17:13
**contracts** 16:20
**control** 72:6
**convenience** 27:25 29:12
**conversation** 44:10 47:3 48:6 52:11
**conversations** 95:16
**converse** 48:11
**conversing** 42:5 47:16
**cool** 45:10
**Coors** 54:9
**copy** 104:10
**cord** 99:23
**corner** 8:17 35:21
**Corp** 29:16
**corporation** 2:10 25:18
**CORPORATIONS** 1:15
**correct** 12:19 14:14,25 15:7,19 16:6 19:3,5 21:4,5,8,11 23:24 25:11,23 29:8,8 30:5 30:15,17,22,23 31:1 31:4,6 35:5,6,9,17,18 36:3,10 37:2,4 38:14 40:11 41:14,17 48:5 48:18 50:21 52:6 54:7,18 59:12 62:4 63:14,17 64:20 66:3 66:3,24 71:21 78:4 80:6,7,11 81:1 85:11 88:9 100:9 101:18 102:17 105:21 111:2 111:8 113:13,18,21 114:3,7,7,24 115:13 122:21 123:15 126:5 127:9,14
**corrections** 126:3 127:12
**correctly** 85:8
**counsel** 2:10 99:5
**counter** 101:5
**County** 1:6 2:8,10 127:2
**couple** 38:17 45:13 76:24 94:7 112:25 120:20
**course** 10:6 21:1 30:12 40:13 72:5 91:19 94:14 110:12,18 118:10,18
**courses** 11:20
**court** 1:1 6:18 7:6 9:14
**courtyard** 35:12 56:9
**coworkers** 49:16

credit 11:13 41:13,15
Criminal 11:12
criticism 9:20,21
cross 28:3
cross-examine 8:17
crowns 102:18
CSR 1:25 127:22
culprit 117:7
curb 63:6 65:3 69:7
current 4:11 103:21
currently 104:12,22
customer 32:17 33:8
cut 121:25
cutting 21:25
Cynthia 1:25 127:3,22
C-H-E-N-G 97:16,20
C-H-O 21:4

D

D 3:1
DAE 1:3
dark 33:23 56:7
date 10:21
Dated 126:6 127:21
dates 24:22
daughter 5:2 18:23
day 10:17 22:10 23:8 23:13 24:6,15 25:25 26:3,25 27:1,4,11,16 28:1,8,9,23 29:3 30:10,12 31:5 38:4 41:9 84:23 90:12,12 90:19,19,23,23,24,25 91:6,25 92:5 93:3 96:13 102:19 126:12 127:21
days 23:4,6,7 24:8,18 92:11
day-to-day 16:15,16
deaf 82:24
deal 101:12
decide 102:7
decided 100:22
decipher 7:23
deems 127:13
defend 77:8
defendant 1:20 2:4,8 5:23 6:19 111:15
Defendants 1:16
defended 83:10
defer 108:20
degenerative 88:10
degree 11:8
demeanor 57:24 119:4 119:8,19,23,25 120:1
demonstrate 77:15
demonstrated 77:24
demonstrating 79:24
denied 75:24
Denise 5:2 18:19,21 19:14
dental 98:6
dentist 98:19 103:20,21 104:19,23
department 5:21 7:11 8:7 13:3 14:5 31:25 87:9,10 96:2 122:15
depend 38:2
depends 27:23 28:10 29:11 37:20 38:22
deposed 99:15
deposition 1:18 3:10,11 3:12,13,14 5:14 7:7 7:10,12 8:5 9:13,22 10:10 34:16,23 55:12 67:8 73:21 110:12,18 110:22 125:2 127:5 127:11,15,17
Deputy 2:10
Derek 2:9 108:21 109:2
derive 16:22
derogatory 47:8,8 50:12,12
describe 33:13
description 109:14
detailed 109:13
Detective 122:16
determinations 50:7
determine 100:7
deVille 20:11 94:25 95:1
diagnosed 96:19 107:4
diagnosis 96:21 105:17
diagram 34:19,20,21 34:22,24 35:3,16,19 40:3 51:8 55:15 63:12 67:11,11,23 73:23 74:1,1 80:17 85:8,9
Diamond 23:20,20 24:12
difference 105:23
differences 48:22
different 5:13 14:18 27:16 28:13 89:10 97:17 101:8,20
difficult 91:5 101:21
difficulty 28:24
dinner 54:11
directly 60:3
dirtied 29:1
disadvantage 116:25
disbelief 58:25
discharge 12:13
discharged 12:15 102:10,10
disclosure 4:3
discomfort 87:17
102:12 121:20 122:4
discover 8:19
discussion 49:5,6 82:10 99:10 104:11 106:19
discussions 42:11 52:17 53:8 81:12 82:15
disease 88:10
disk 88:10 105:22,22 106:5,12,12,14
disks 88:9 99:22
dismiss 111:15
dispatch 14:19
distance 64:17 124:8
distances 123:21,22
DISTRICT 1:1,2
division 13:17 72:17 122:17
divorce 20:15
dizzy 78:20
doctor 91:7 93:3 97:11 100:18 103:13 105:25 122:2
doctors 96:15,16 97:1 99:18 102:11 107:4
document 124:13,19
documented 122:3
DOE 1:14,15,15
doing 27:20 51:21 61:14,15 75:4
Donald 31:22 34:2 39:9 44:23 45:2,7 48:8 54:14 94:9
DONOHUE 1:12
door 31:18 52:23,24 55:4 64:4,7,9 76:8 77:2,3 85:14,15,18 85:25 86:5
doors 35:14
doorway 64:6 85:17
double-check 99:6
downs 17:7
downstairs 30:19 31:4
downtown 96:25
Dr 97:15,21 98:7,19 100:4,4 102:15,22 103:22,23 104:2,4,6 105:1,9,12,13 106:16 106:17
drafted 12:11
drank 37:5 83:19
draw 50:10 80:21 117:5
drawings 124:16
drink 41:19 54:8 76:21 76:22 81:7 82:13
drinking 57:24 58:9
drinks 38:14,20 39:3 81:9
drop 106:10,13
drove 92:18
drug 101:12
drunk 66:15
duly 4:5 127:7
Dusk 33:24,25
duties 91:20
duty 43:24 44:4,6,6 75:19 91:21
d.b.a 1:13

E

E 3:1
ear 82:24
earlier 44:21 51:8 54:4 85:13 113:4 114:23 117:20 122:7 123:14
early 11:25 12:8 28:6 112:21
easy 81:4,4 87:15
eat 54:10 91:4
eating 91:5 102:20 103:12
educate 15:1
educated 107:2
education 12:17,18
educational 11:6,21
effect 48:23 119:14
effects 66:17
egging 120:21
eight 36:25 37:3 83:19
either 43:8 79:2 81:12 108:23 124:7
elaborate 6:14 118:6
electrical 100:6
Elementary 19:16
emergency 92:24
EMG 105:16
EMG's 100:8
employed 14:6
employee 27:2 32:18
employees 15:23 16:1,4 32:15,16 46:18,19,21
ended 20:15
enforcement 45:6
enjoy 48:11
enjoying 36:16
enter 116:18
entered 32:5 38:23
entire 39:4 89:9
ENTITIES 1:15
equipment 25:3,4,5,6,7 25:8
escalate 17:15
escorted 74:2,9
ESQ 2:2,5
establish 86:3,4 110:3
established 50:3 114:5
estimate 16:24 32:9
39:12
estimates 123:18,24 124:7
estimating 123:22
estimation 5:20
evaluate 8:12
evening 8:10 31:6 50:9 66:18 83:20,22,23 94:5,5 120:10 123:15
events 109:14
eventually 73:5 87:20 89:15
everybody 45:5 83:7 107:13
exacerbated 100:1
exact 78:2 98:14
exactly 36:24 61:15 106:25
EXAMINATION 3:2,5 4:7 109:3 122:12 123:12 124:5,10
examined 4:6 127:7
example 23:2
exasperated 96:8
excuse 51:2 83:22 101:14
excused 102:8,10
exhibit 3:10,11,12,13 3:14 34:16 35:22 55:12 67:8 73:21 125:1,2
Exhibits 3:9 124:17
existence 15:16
exit 40:21 46:25 51:3 53:4 54:17,21 55:1 56:4 84:12
exited 50:24,25 55:3
exiting 52:22
expect 9:7 106:24 107:3
experiencing 103:18 104:12
expires 127:23
explain 21:16 52:9 60:23 65:5 67:20 77:13
expose 9:20
ex-spouse 20:8
eyed 119:12
E-4 12:16

F

F 40:4,10
face 63:4,5 64:20 76:13 77:10 80:6,10,15 89:8 91:3 121:21,22 122:6
facilities 22:16
facility 40:11

**facing** 51:12 60:3 76:19 76:20
**fact** 37:11 42:20 88:1 100:1 110:19 112:10 123:14
**facts** 107:21
**failed** 127:16
**fair** 28:7 49:21 61:3 116:14
**fall** 62:11 65:2 115:5
**familiar** 5:6,9 23:23 38:9 114:2
**family** 11:16 94:16,17 94:18
**far** 7:13 28:7 32:23 38:5,9,20 39:14 45:3 49:22 50:5 56:4 57:21 63:16 64:12,17 82:7 86:14 90:23 99:18,19 100:4 105:2 107:21 108:19 109:16 111:7 118:1 120:5
**fast** 60:22,25
**fault** 6:4
**faulty** 6:13,14
**feel** 9:17 66:20 73:2 103:6,9 104:18,21
**feeling** 66:17 78:21 96:12
**feelings** 91:15,25
**feet** 56:6 64:3,6,8,10,16 67:3 70:24 71:20 85:15,17,18,20,23,25
**fell** 63:6 64:18 65:12,14
**felt** 13:11 48:21 78:22 87:22 89:9 91:23 115:8 122:4
**female** 22:19 23:1,1
**Fertilizing** 22:4
**fight** 116:19
**figure** 98:12,13,14
**figures** 18:12 42:24
**filed** 8:7 127:15,17
**filing** 127:11
**finally** 64:1 81:6
**find** 8:8,9,11 71:17 89:17,18,20 90:14 97:9 107:2,4,14 116:17,20 117:12,17
**finding** 36:16 42:2 45:2
**fine** 9:7 30:6,10 34:13 39:3,3 40:7 53:2 105:10
**finish** 10:11 39:7
**finished** 39:8
**first** 4:5 21:16 34:7,10 35:22,24 60:24 62:3 62:10 64:5 67:20 80:18 103:23,24
**fist** 62:22,22 64:23 78:17,17,18
**five** 19:23 22:17,19,19 28:15 38:8 56:23 70:19 73:5 86:24
**flew** 79:22
**floor** 30:21,25,25
**focus** 48:10
**folks** 44:12 69:18,20 108:21
**follow** 122:11 124:4
**following** 91:6 100:17 105:11
**follows** 4:6
**foot** 106:10,13
**footing** 68:20,20 69:8
**force** 12:10 69:6 116:22
**foregoing** 126:3 127:8
**forget** 25:16 86:23
**formal** 96:2
**formally** 18:8
**former** 31:24
**Fort** 1:21,22 2:6,6
**forty** 17:1
**forward** 51:17
**found** 6:4 32:17 89:15 90:12,21 91:2,5 96:13 102:5
**foundation** 57:12 113:11
**four** 20:19 22:8 27:18 28:15 32:11 33:10,15 33:19 34:4,8 36:8 39:20,20 43:14,18 46:19,25 48:16 49:14 51:1,2,24 52:7,21 53:10,16 64:10 73:23 74:7 80:17 81:13 85:15,17,18,20,23,25 94:4,10 124:16
**fourth** 23:2
**fragile** 99:22
**Francisco** 95:12
**frankly** 107:11
**freedom** 71:8
**frequent** 37:22 45:6
**frequently** 104:16
**Friday** 92:10,12
**friend** 33:8 94:25 95:2
**friends** 49:15,23 94:21
**fright** 84:11
**front** 17:6 18:11 36:6 64:4,6 77:3
**fuck** 60:10
**fucking** 47:11,11,11 60:10,10 77:7,7
**full** 4:9 60:20 127:9
**Full-time** 19:24
**further** 3:5 107:25 122:12 124:5,10
**fusion** 88:19

G

**Garden** 6:24,25
**gasp** 79:23
**Gee** 45:9 51:18 87:3
**geez** 26:6 39:9
**general** 34:25 42:1 48:11 93:12 123:23 123:24
**generally** 11:10 12:25 16:5 24:5,25 27:19 28:18 29:5,13,14
**generated** 17:9
**generating** 30:7
**gentleman** 56:24 58:14 110:17
**gentlemen** 43:15 48:17 49:15 52:21 53:10,16 57:8 74:8
**genuinely** 45:2
**getting** 12:20 25:9 69:15 86:24 117:13
**GI** 12:18
**give** 5:20 7:7 8:21,21 9:24 10:12 14:20,20 16:24 32:9 37:21 38:5,16 81:2 82:1
**given** 9:16 17:18 37:22 38:6,7 96:3 101:17 107:18 108:20 125:4
**gives** 8:11
**giving** 9:19 122:14
**go** 7:5 10:5 17:24 19:6 28:1,3,11,15,20,23 37:24 38:1 40:15 47:4,10 48:7,25 49:7 50:19,23 51:1,15 52:25 53:3,19,22,23 54:16,17 55:1,2 58:19 63:21 64:15 65:2,16 69:1,22 70:6 70:6,7,12,12,17,22 71:15,23,25 72:1,16 72:16,21 73:6,7 75:24 79:3,12,17 81:14,16 82:21 83:8 83:13,24 90:25 92:9 92:19,21 96:15 99:9 102:5 103:13 106:20 112:16 113:5 114:22 117:7
**goal** 10:11
**goes** 16:25 64:1 70:13 76:7,9,9,10 81:6
**going** 7:24 9:16 10:4,12 11:17 17:11,17,18 34:10,18,19 37:20 38:3 39:10,23 41:5 47:4,12,13 48:2,22 49:3 50:19,19,23 51:22 53:9,13,22 54:17 56:14 59:3,4 59:15 60:14,15,17,24 66:13 67:10 69:24 72:9 78:22 81:5 87:14 92:21 93:20 98:20,24 99:3 102:2 102:4,7 103:14,15 106:21 107:14,19 108:4,13,21 109:8 111:14 112:13 113:10 114:1 116:17 116:18,19 117:11,12 117:13,17 118:5 124:17
**good** 5:12 10:21 27:19 109:5,7 124:18
**gotten** 13:11
**grab** 16:20 68:13,22 81:7
**grabbed** 67:21
**Graduated** 10:25
**grass** 21:25
**great** 45:3
**greatly** 96:8
**Green** 29:16
**gross** 17:2,4,5
**ground** 30:21,24 62:11 65:12,14,21 66:5,7,8 66:22 67:3 68:7,16 69:5 70:24 71:20 76:2 115:5
**grounds** 16:18 114:11 114:20
**groundskeeping** 15:22 21:19,24 22:8 24:4 25:7
**guess** 9:4 53:1 63:11 70:5 81:23,24 83:6 98:15 105:6 109:23
**guesstimates** 123:20
**guilty** 112:5,5
**gun** 117:5,6,7
**guy** 45:15 63:18 77:22 84:18 109:21 110:11 110:23 117:7
**guys** 17:19 38:13 44:16 53:13 76:19 109:1 117:22
**guy's** 110:5

H

**H** 40:6,10
**half** 10:10 22:10 23:9 74:17,17 75:1,1
**half-an-hour** 24:17
**hand** 62:20,21 64:22,24 77:22 121:4,4,6,7
**handicap** 22:21 31:4 40:6
**hands** 59:1,17 61:7,18 61:20,24 62:8,11,14 62:16,18 64:20 68:23 71:5 72:1 81:4 115:2 115:3
**handwritten** 124:16
**haole** 47:11 56:21 63:18 84:18 109:21 110:4,11,14,15
**happen** 104:16,17 120:19
**happened** 6:3,17 8:10 9:6,7 17:14 25:21 31:10,17 36:7,14 38:25 42:17 50:22 55:2 58:18 59:13,19 61:13 62:10 63:5 65:15,17 69:2,10 70:10 71:2,18 76:4,5 77:1 78:19 79:10 80:23 82:23,23 83:3 84:22 86:11,14 87:21 89:11,13 90:2,10 94:2 96:17 104:17 115:12 117:10 118:11,19 120:10
**happening** 41:22 42:14 104:22
**happens** 42:16 46:24 75:8,8
**harass** 71:17
**hard** 7:23 16:9 59:17 61:8 65:21 66:8 77:10 78:12
**harm** 117:16
**Harold** 1:6,20 2:4
**HARRIS** 1:11
**Harry** 1:14 28:24 32:19,20,22 42:2 49:6 54:13 94:9 109:22
**Harry's** 33:9
**Hawaii** 1:2,22,25 2:3,7 2:11 4:12 6:23 10:23 95:14 104:3 127:1,4
**Hawaiian** 12:22,23 13:2
**head** 18:12 21:22 22:3 23:20,20 24:12 30:1 59:22 69:15 75:3 79:22,24
**Health** 31:25
**hear** 10:2,3 47:21,24

48:25 50:8 52:8,15 52:17 53:4,7 55:4 56:16,18 118:23 121:12
**heard** 48:12,13 50:11 50:14,15,16 56:20 59:6 89:22 118:23
**hearing** 48:3 51:22 52:20
**heated** 47:15 49:5 52:11,18
**heavy** 16:14 57:5
**hedges** 22:2
**height** 57:1
**held** 29:11 73:2 77:21 99:10 106:19 108:10 112:23
**help** 20:4 26:4,25 27:5 51:22 52:20 69:17 110:8 112:13 118:23
**helped** 27:4
**helping** 26:12,12,16 27:7,14 30:12
**Henry** 26:13,14,23 27:14 30:12
**hereto** 127:19
**herniated** 88:9 96:14 105:19,20,22,24 106:2,5,12
**herniation** 106:14
**Hey** 44:16
**high** 10:25 11:6 19:6,7
**HIPA** 98:24 108:25
**hit** 59:20 60:22 61:18 61:19,22,24 62:2,7,9 62:10,13,14,15,15,17 62:18 63:1,3,4,5 64:14,19 65:21 66:8 69:21 77:10,23 78:11 79:22 80:3,6 83:4,5,6 83:6 111:4 114:19 115:2,2,3,4,7,13,17
**hits** 62:3
**hitting** 63:1,2
**Hoku** 4:24 5:4,7,9
**Hokuahiahi** 4:23 5:8
**hold** 10:5 71:19 114:20
**holding** 69:12 72:12,20 77:12,22 78:5
**home** 4:15 9:22 38:4 50:19 70:6,6,7 75:24 79:17 81:8 83:15,17 83:22 84:21 86:9,15 86:17 87:11,12 90:17 90:25 91:9 94:3 121:15
**honest** 45:17,21,25 46:12
**Honolulu** 1:6,22 2:3,7 2:8,10,11 7:10 8:7 13:3 122:15 127:2
**honorable** 12:13
**hookup** 100:6
**hopefully** 87:3
**horror** 80:15
**horror-type** 79:23
**hospital** 91:13 92:6,9 92:15,19,23 96:25
**hotel** 26:7,8,10
**hour** 22:9 23:9,9
**hours** 10:10 11:13 22:6 22:8 23:7 24:5,7,15 27:17,21,22,23 28:8 28:15,16,20 29:6,13 52:7
**House** 6:24,25
**HPD** 13:4,13,16
**Hu** 103:22 104:4,6 105:1,9
**huh** 19:12
**hurt** 13:11 64:24 88:24
**hurting** 69:14
**husky** 57:6
**Hu's** 103:23 104:2
**hypothetical** 117:4
**hypothetically** 116:1
**H-U** 103:25 104:1

I

**Ibuprofen** 101:4
**ice** 81:2,7 87:17
**idea** 50:6
**identification** 3:9 34:17 55:13 67:9 73:22 125:3
**ignore** 58:19
**illuminated** 56:12
**immediate** 35:1 56:3 72:5
**immediately** 65:23 66:12 70:23 92:4
**important** 8:22
**impression** 43:14,17,18 43:23 82:1
**imprisoned** 112:17
**incident** 20:25 25:20 31:6 36:25 37:16 38:24 73:17 91:8 92:11 94:15,22 95:17 96:8 97:2 100:1,16 101:14 102:25 104:9 104:17 107:22 109:11,14 112:9 121:18
**include** 22:11
**inclusive** 126:3
**income** 16:21 17:2,8 30:7
**increasingly** 91:2,7 92:20 96:12
**indicate** 68:2 83:8
**indicated** 18:18 35:23 38:12 40:10 41:18 46:6 48:21 74:13 79:2 83:18 85:13 98:10 99:25
**indicating** 34:9 54:21 55:20 56:11 59:2 63:7 64:1 67:7,17,19 73:15 77:19 78:14 80:9,20 121:5,24
**individual** 1:7,8,9,10 1:12 26:11 33:10 45:3,21,25 46:12
**individuals** 25:22 32:11 39:20 42:12 46:16 53:16 91:21 115:22 116:3,5,15 117:17
**industrial** 16:12
**inebriated** 66:14,16,20
**inform** 84:21
**information** 8:19,22 109:12 123:7
**informing** 90:21
**initials** 59:5,10 63:12 64:8 67:24 74:4,16
**injured** 90:1
**injuries** 7:2 96:5,6 97:14 98:4 109:9 111:21
**injury** 6:18 87:25 88:1 88:8,22 96:8,9 97:14 122:1
**inside** 77:21 91:5 102:20
**instinctively** 115:14,15
**instructs** 10:7
**intention** 53:21 54:16 55:1
**interaction** 119:9
**interested** 127:19
**internal** 72:17 93:9 97:23 122:16
**interrogatories** 98:9
**interrogatory** 98:17
**intimidating** 119:13
**intolerable** 91:3,7
**intoxicated** 57:15,23 57:23 58:2,10 119:5 119:8,20,24
**intoxication** 58:4
**investigation** 116:16
**involved** 5:21 6:7 20:1 94:4
**involving** 25:22
**issue** 53:14
**issues** 125:7

J

**J** 80:21
**Jackson** 29:19,20
**Jane** 1:14 20:9,11,12
**janitorial** 15:22 16:13 16:15,15 22:9,11 24:4 25:4 27:20
**jaw** 89:8 91:4 102:19 103:10
**JEREMY** 1:10
**Joann** 32:17 33:6,19 42:3,5 79:21,22 80:13,19 84:9 94:9
**job** 13:11
**jobs** 16:10
**jog** 110:8
**JOHN** 1:14
**justice** 11:12

K

**K** 29:16
**Kahala** 95:25
**Kai** 104:3,3
**Kaimuki** 11:3
**Kaiser** 88:17 92:15 93:22,24 96:24 97:1 97:21 98:5,20,22 101:25 103:17
**Kaleiopuu** 19:16
**Kaleipu** 19:15
**Kaneshiro** 122:16
**Kawasaki** 2:2 3:4 10:6 17:21,23 18:1,6,16 44:1 57:12,18 71:13 74:21 81:23 84:4,6 86:12,16 89:19,21 93:4,11 99:2,7,16 107:6,12,17,25 108:6 108:12,21,24 109:17 111:17 113:10,24 114:9,12 116:6,8 118:8 123:11,13 124:3,18 125:8
**keep** 79:11 86:6
**kept** 39:8 52:7 72:1 113:3
**key** 41:3,4 76:7,7
**kids** 20:19 89:13 90:7,9 94:14
**kind** 6:12,14 10:16 16:21 30:7 44:19 50:7 51:17 54:8 70:25 72:8 88:19 91:17 100:25 101:19 101:22,22 106:4,8,25 108:3,17 111:3,7 116:15,16 117:22
119:11
**kinds** 79:16
**King** 2:11
**kitchen** 35:4 79:7,14,15 80:24 81:1 83:24 84:4
**kneeing** 69:14
**knew** 33:11 38:10 44:24 90:2
**knives** 79:15
**know** 9:10,10 15:1 16:9 16:16 18:12 21:9,10 23:22 27:5 29:25 30:6,6 31:11 32:16 32:23,24 33:1,7,14 36:23 37:6,8,8,15 39:1 40:4,7 42:1 43:2 43:4 44:3,3,24,25 45:1,3,4,6 46:13 48:24 49:7,8,9,9,10 49:12,12,13,14,21 50:18 51:8,25 52:8 52:19,23 53:20,25 54:13,20,21,24 56:20 57:7,7,11,13,13,14 57:15,16,19,20 59:1 59:15 60:7,16 61:15 61:17 62:23 63:12 64:1,24 67:21 69:6,7 69:12,13,19 70:3,4,5 70:6 71:14 72:8,19 72:22,25 73:16 74:21 74:22,22 75:9 76:8 76:21 78:23,24 81:14 81:20,25 82:1,3,3,24 82:25 83:4,6,18 84:10,14 85:9 87:11 87:13,16 89:19,21 90:3,11,12,20 91:14 91:22 92:2,4 93:11 93:19 94:4,8 95:20 96:16 97:7,11 98:9 98:11,14,16,20 99:4 99:7 100:4 101:10 103:24 104:25 105:5 105:7 106:1,6,24 107:2,3,5,10,14,19 109:19 112:12,13,15 114:1 116:18 117:4,9 117:11 118:1,5,25 119:16 120:24 121:2 121:7 124:12
**knowing** 45:18 70:5 72:2
**knowledge** 66:19 96:4 123:5
**known** 45:11
**knows** 94:16,17
**Kuapa** 104:3

Kurabara's 49:18

L

L 1:25 127:3,22
label 54:23
labeled 124:16
labeling 55:14
lanai 21:20
landmark 4:21
landscaping 16:18 21:23
language 45:8 52:5
Larry 17:19 18:13 99:11 107:10,23 122:11
lasting 10:10
laugh 36:16 42:2
laughter 52:15
law 1:20 45:5 93:16
lawful 116:12
LAWRENCE 2:2
lawsuit 5:22 6:7 8:6 111:16
lay 87:18
leagues 5:13
learned 87:7
leave 28:21,21 31:16 48:24 53:16,21 60:15 70:11 75:5,10,11,13 75:16 79:13,13 81:7 82:8 84:6,12
leaves 42:15 46:14 70:14
leaving 14:5 50:18
led 46:11
LEE 1:11
left 15:9 30:13,16 35:10 39:9,14,22 40:25 41:6,18,23 42:5,18 48:19 49:2 50:17 51:4,24 52:21 54:16 55:5 58:2 73:8 78:15,21 80:6 81:15 81:17 82:8,11 83:11 83:23 84:4,14 86:5 86:10,20 89:9 96:12 102:23 103:19 106:10 112:12 121:23
left-hand 35:21 76:12
leg 77:21 78:1,1 79:2 96:12
legal 111:18
Leonard 4:10
letting 72:21
let's 10:21 20:25 38:5 48:25 58:13 85:3 96:5 99:9 110:3
level 58:3
levels 31:3
Liberal 11:11
life 87:8
lifelong 94:25 95:2
lift 67:2 68:15
lifted 67:21
light 54:9 56:10
lighted 56:8
lighter 87:3
likes 31:25
likewise 109:8
limitation 108:3,18 125:5
lines 8:19
lip 90:4,14,18 102:20 103:11 104:12 121:25
lips 78:21
listed 98:19
lit 56:8,9
little 20:24 30:3 31:12 31:14 56:25 57:2 58:10 63:11 65:7 66:8 69:15 83:7 85:7 87:3,13 88:25 89:2,5 102:18 104:21
living 20:20 103:14
located 21:6,14 30:18 30:21,24 40:13 95:11
location 22:7,15 23:23 25:9 28:18,19 29:3,4 52:2 85:10,14
long 4:19 13:24 14:12 18:21 19:22 22:6 29:22 36:5 48:6 70:20 92:19 95:16 101:15 102:3 107:23
longer 13:11 17:14 30:2,4 101:12 117:15
look 51:15,20 52:24 57:23 80:15 85:17 99:23 122:25 124:13
looked 51:17,18,19 55:5 57:22 58:20,21 58:24 63:17,19 119:12
looking 35:3 85:8 89:25 124:15
looks 124:22
loose 102:17,18
lose 17:13 78:22
loss 17:16 18:14 100:7 125:5
lost 17:12 69:8 78:20
lot 19:19 41:11,12,16 42:25 43:1,13 55:5 56:11,12 58:12 63:9 63:24 68:5 79:15 81:21 85:21 87:14,22 89:9 96:9,16 121:20
loud 47:20 48:13 50:16 78:25 118:21
loudly 43:9
lower 89:9 96:10,11 105:10,17
Luiz 122:21
lumbar 88:4,5
lunch 54:11
lying 66:22 67:13
L5 96:13 105:19

M

M 40:3,10
Maiden 20:10
mailing 4:11
main 9:3
mainland 94:20 95:22 102:23
maintained 24:21
maintenance 15:13,21 16:18 20:2 21:13 25:17 27:21
Makiki 15:3
making 17:12,16 18:7 118:20
Malama 19:13,14
male 22:19,22 50:13 55:6 65:23
males 36:8 39:20 47:24
male's 43:10
mall 24:14
management 29:21
manager 14:9,11,11,12 15:6,9
mandibular 103:2
manner 8:21 47:12 112:3
Mansion 14:7,24 15:2
manufacturer 6:20
map 41:10
March 1:23 4:1 127:6 127:21
mark 67:20 74:15
marked 3:9 34:17 55:13 67:9 73:22 125:3
marking 34:12,15 40:9 54:22,25 55:23 59:8 68:1,4,8,11 74:6,12 80:22
marriages 20:6,17
married 18:19,21 20:13
martial 87:8
Mary 20:9,11,12
matter 42:20 59:15 69:25 70:3
mauka 32:12 41:11,12
Mayeshiro 2:9 3:3,7 99:6 108:23 109:4,20 110:17 111:19 112:18,19 113:12 114:2,11,13,14 116:7 116:10,14 118:10 122:10 124:4,6
Mayor 1:11
mean 23:13 24:3 31:2 40:17 41:19 52:7,20 64:7 65:6 68:18 75:19 76:2,7,8,12 77:25 79:21 81:18 82:20 85:18,20 94:18 100:23 120:8
meaning 16:16 21:20 22:19 92:2
means 8:24
meant 85:19
medical 88:15 89:5 98:4,10,11,25 99:15 107:20 108:1,2,4,9 108:17,18 109:9,10 125:6
medication 10:16 100:24,25 101:17
medications 101:13
medicine 93:9 97:23
meds 100:21,23 101:16 125:5
memory 9:8,9 110:8 117:24
mention 105:1
mentioned 12:4 54:4,6 105:2 119:21
men's 40:5 55:2
mess 28:16
messed 89:2 90:18
met 119:16 120:13,14
Middle 19:9
mild 96:18 97:4
Mililani 2:2 4:12,21 19:6,7,9 83:13 87:11 93:2,8,24 96:24
military 11:22,23 12:4 12:4,9,17,21
milligrams 101:6
mind 67:12 68:5 107:23
minded 51:17
Minnell 31:22,23 32:10 33:19 34:11 35:23 36:7,18 39:4,14,18 39:22 41:6,18 42:5 42:15,17 44:13,23 45:12 46:6,11,14 51:9 53:8,12 94:10 118:3
minutes 10:13 24:18 50:23 53:20 70:3,19 70:21 73:5 76:10 81:6 112:25
missing 63:11
misspoke 40:20
mistaken 112:10
mixed 91:15,25
Moanalua 96:25
moment 62:24
money 38:16 53:24,25 54:3
Monsarrat 23:20
month 30:9 38:6,7
months 113:16,17
mood 38:2,22
morning 10:17 27:18 28:6,17 87:21 89:6 90:7
motioned 31:20
motioning 121:6
motor 14:3
mouth 81:8 87:17 89:8 91:3,5 96:9 102:15 102:21 103:8,9,10 104:23
move 20:24,25 71:10 71:12 72:10 77:23 112:18
moved 62:5
movement 51:19 71:9
moving 65:22
MPO-2 13:20
MRI 96:10
MRI's 99:21,21 100:12
multiple 88:9
Murphy 1:25 127:3,22
muscle 101:8
music 42:1
mutual 116:19

N

N 3:1
nah 60:10,10,11 77:7,7 77:7
Nakaki 1:14 32:20,22 33:20 42:6 53:5 79:18 84:3 94:9
name 4:9,13 18:19 20:8 20:10 26:6,8,10,13 26:15 32:24,25 33:2 43:10 88:16 93:6 94:25 98:1 103:23,24 110:5,7,10
named 18:23 33:6
names 14:20 33:14 43:13 101:10 118:13
Nathan 93:6
natural 51:19
nature 92:6 101:21

**nearby** 55:11
**necessary** 9:18 13:12 103:6 104:19,22 108:15 127:13
**neck** 77:25 87:18,24 88:10 89:8 91:3 96:8 99:18,19 100:1,17 101:19 102:13
**need** 18:4,6 77:17 99:15
**needed** 27:5
**negligence** 6:5,6
**nerve** 100:7,10
**net** 17:2
**neurologist** 96:20,23
**Neurontin** 101:11
**neurosurgeon** 96:20,23 97:25
**neutral** 48:1
**never** 16:3 49:20 70:13 73:8 88:5 96:9 98:14 104:17 111:3,4,4,7 119:16 120:13,14
**new** 6:16 99:21
**nice** 45:2,19
**night** 32:6 36:22,23 37:8,12 38:20 39:7 41:6,25 53:9,21 57:9 57:11,17 58:9 83:16 84:21,24 86:9,11,14 87:11,24 88:6 90:6 91:20 92:5 96:18 109:16,23 111:12 117:21 118:10,18 119:9,21,25 120:4 121:15
**nine** 38:25 51:25 52:1 56:23 86:24
**Nods** 21:22 22:3 59:22 75:3
**noise** 52:23
**normal** 23:11 27:24 28:7 119:15,17 120:12
**normally** 22:6 27:13 37:18 54:2,8
**nosey** 83:9
**Notary** 1:25 127:3
**noted** 126:4
**notice** 1:23 57:10 121:16,19
**notified** 127:12
**number** 4:24 8:8 23:1 34:18,20,22 35:21 40:3 51:8 54:5 55:15 63:13 67:11,11,12,23 73:23 75:22,23 80:17 85:8,9 107:15 117:14
**numbers** 17:6

**O**

**O** 34:12 35:23 51:9,11
**oath** 7:14
**object** 111:17 113:24 116:6
**objection** 10:3,5 114:9
**objections** 9:15 10:2,3
**observe** 47:13 52:22 55:3 56:19 58:13 121:3,9
**observed** 55:16 56:20
**obvious** 52:11
**obviously** 49:25
**occasional** 26:25
**occasionally** 26:17 32:2 39:24
**occurred** 36:25 38:24 109:16
**offered** 71:11
**offhand** 26:9
**office** 104:2
**officer** 5:17 6:1 44:11 47:8,20,21,21 48:7 55:17,25 66:4,23 68:10 74:7 75:4,6 76:7 78:2,8 79:2 81:1 87:7 91:16 110:19,23 110:25 111:3,11,15 111:20 112:2,7,20,22 112:23 113:12,20 114:15,16 115:19 116:4,11,15,21 117:10,12,17 118:13 118:16,16,19,25 119:7,19,23 120:15 120:18,23 121:10,12
**officers** 8:8 33:15,19 34:4,13 36:1 43:15 43:18 44:8,20 46:4,6 49:20 50:3 51:1,2,5 51:12,24 55:10,22 56:2 57:4 65:24 66:2 66:24 67:15,21 68:3 68:12 69:9 70:22 72:20 74:20 77:9,11 77:24 81:13 91:20 94:4,10 119:4
**offices** 1:21 34:8
**official** 1:7,8,9,10,11 1:12 16:4
**Oh** 5:19 19:11 26:6 44:14,15 54:11 70:1 70:23 90:2 97:17 102:23
**okay** 4:24 5:4 7:5,14,25 8:3,12,14 9:1,2 10:1 10:2,7,8,25 11:13 12:13 13:10,13 14:1 14:17 15:6,12,16,18 15:23 17:2,11 18:10 18:16 19:14,14,18 20:8,24 21:6 23:10 23:23 25:3,14,20 26:5 27:10 28:22 29:22,25 31:5,12,16 31:17 32:8 33:15 34:12 36:23 38:19 39:14,25 41:12 42:19 44:11 47:2 48:12 50:25 51:12,23 54:10 55:1,14 56:4,7 57:21 59:9 60:18,24 61:11 61:21 63:3 65:1 66:13,22 67:11 68:12 69:9 70:8,12 71:25 72:14 73:2,19,23 74:7,10 75:1,6,21,23 75:25 76:19 77:1,5 77:11 78:11 79:8 80:5 81:6,22 82:4 83:1,22 84:21 85:3 85:20 86:3,9 87:6 88:22 90:5 92:23 93:24 97:9,13 98:22 101:7 103:10,11 105:8,23 106:24 107:18 108:24 109:2 109:20 110:11 111:14 112:7 114:5 114:13,23 115:5,19 116:2 117:15,20 118:1,9,9,9,18 119:19 120:17 121:22 122:10 123:10 124:18,25 125:7,8
**old** 19:2 81:22 82:1 100:7
**older** 81:21
**omission** 112:6
**once** 6:9,9 28:23 41:7 49:19 52:8 62:15,16 83:5,6 88:24 91:16 117:15 120:25
**ones** 24:23
**one-man** 16:5
**open** 35:10 40:25 41:1 62:22 64:22 78:17 121:4,6,7
**opened** 15:13 55:4
**openhandedly** 61:24
**opens** 52:24 77:2
**operate** 25:10
**operation** 16:5
**opinion** 45:22 91:19 116:8 119:3
**opinions** 45:20
**opportunities** 11:6,21
**opportunity** 8:5,8,11 8:21 9:16 121:3
**order** 37:9 116:11,25
**ordered** 37:11
**ordinary** 120:5
**original** 120:21 122:2
**orthopedic** 88:12 98:2 98:3
**outcome** 127:19
**outside** 33:23 40:14 47:4 48:23,25 49:4,7 49:9,13 50:20 51:5 55:4 60:24 74:23 76:11 79:5 81:14 82:20 83:3 84:14,15 84:17,17 85:14,15 102:20 103:11 118:11,19
**Overhead** 35:1
**overhear** 43:22 47:17
**overheard** 52:5
**owned** 21:9
**owner** 29:15 32:22
**ownership** 16:2
**o'clock** 28:15,16 31:6 46:7 52:1,1
**o0o** 4:2 125:11

**P**

**P** 80:21
**PAGE** 3:2
**pages** 126:3
**paid** 26:23,24 42:24
**pain** 89:7 91:2 92:20 101:12,16,17 115:9 121:20
**painful** 100:7 102:5
**Pang** 93:6
**pants** 43:7,19 78:20
**panty** 47:11
**paper** 31:14
**paperwork** 17:8
**Park** 4:23 5:5,8
**parked** 41:9,15
**parking** 35:8 41:11,12 41:16 54:23,24 55:5 56:11,12 58:11 63:9 63:24 64:16 68:5 85:20
**part** 11:23 68:22 73:12 73:16 89:6 107:20 122:4
**particular** 21:3 27:4 30:7,12 91:12 119:11 120:15
**parties** 127:19
**partners** 49:24
**PARTNERSHIPS** 1:14
**party** 5:22
**part-time** 11:17
**pass** 37:7 38:14
**passed** 38:24 50:23 53:18 70:16 123:19
**passing** 31:18,18,18
**patient** 81:3
**patrol** 13:17,18,18
**patrolman** 14:1,3
**patrons** 32:9 33:10 39:15 83:25
**Patty** 32:19,24 33:3,20 36:15 37:6,14 38:9 42:2,6 47:16 53:5 76:20 79:20,21,21 80:13,19 82:18,19,24 83:3 84:2 94:9 117:21 118:1
**Paul** 94:25
**pay** 51:21
**paying** 47:16 52:10,19 118:23
**Pearl** 13:23,24
**people** 9:21 16:3,16 20:20 32:8 33:11 45:6 72:17 115:19 116:18 120:13,14
**perception** 8:9
**Percocet** 101:2
**perfectly** 9:11
**period** 10:11,12 24:24 39:5,18 42:4 51:13 52:4 71:7 75:11 113:15
**periodic** 10:9
**periods** 123:17
**person** 45:2,8,19 48:3 48:12,13 98:18 114:15,16 116:24,24 117:1,6 118:2,22
**personally** 94:8 107:21
**personnel** 93:22
**phone** 54:1
**photographic** 9:8
**photographs** 122:1
**physiatrist** 97:24 105:15
**physical** 13:12 79:11 102:2 115:20 117:16
**physician** 93:9,10,12 97:13,19 103:17
**physicians** 98:18 99:25
**pick** 16:17
**picked** 65:25 68:20
**picture** 60:19
**pieces** 47:18,19
**pin** 77:9 114:20
**pinned** 77:14
**pinning** 77:12
**place** 21:2 25:5,6,7

40:1,2 69:3
**plaintiff** 1:4 2:2 6:8,9
**play** 5:9
**playing** 42:1
**please** 4:9 8:24 13:15 110:21
**pleasure** 91:16
**point** 27:19 34:6 42:20 45:7 46:25 48:16 50:17 55:6,19 59:11 63:19 64:11 67:5 72:3 73:3,14 75:21 76:10 77:9,11 78:8 78:10,19,23 79:9 80:17,18 89:15 90:21 109:22 113:4,8 116:11 121:18
**pointing** 63:8
**pole** 73:13,15,17,20
**police** 1:13 5:17,21 6:1 7:11 8:7 13:3 34:13 34:14 43:9,15,18,19 44:8,20 50:1,3 75:17 75:19 87:7,9,10 91:8 91:13,14,16,20,24 92:3,7 93:15,16,20 93:21,22,24 94:13 96:1 112:20 113:12 113:20 115:19 116:21 117:17 122:15 123:8
**policeman** 31:24 43:11 88:24 91:17 95:3,4
**policemen** 42:21,22,25 43:2 44:16 45:10 46:20 50:1
**Portagee** 77:7
**posed** 8:20,23
**position** 15:8,9
**possible** 7:24 9:24 91:1 106:8,9
**potential** 9:21
**powering** 69:11
**practice** 104:5
**preexisting** 87:25
**Preferably** 27:17
**premises** 21:13 112:12
**prescribed** 100:25 101:5,6
**pressing** 69:16
**pretty** 28:2,10 45:19 47:15,19,23 53:3 61:8 64:25 65:21 68:17,18 71:8 82:24 84:11 86:7,8 87:14 118:21 123:1
**previous** 20:6 88:7 99:21
**previously** 99:4
**primarily** 13:13,17 26:20
**primary** 97:13
**prior** 29:22 31:19 78:24 94:5 99:5 104:17 127:7,11
**private** 5:22
**probable** 113:18 114:3 114:5,16 116:4 117:3
**probably** 34:19 36:19 45:13 64:25 81:21 87:5 92:21 97:15 118:4
**problem** 26:11 88:5 96:10 103:18
**problems** 103:9
**proceeding** 8:18
**proceedings** 125:10 127:10
**produce** 107:9
**product** 6:13,14
**program** 11:15
**prompt** 8:2
**properly** 91:4
**properties** 23:18 24:25
**property** 17:14 22:18 23:24 24:13,13 26:7 27:8,10,13 29:21 31:11 49:19
**proprietorship** 20:3 25:17,19
**protect** 117:13
**provide** 7:25 99:8
**provided** 92:7 98:5 123:8
**Pruett** 98:7,19 102:15 102:22
**Pruett's** 104:5
**PT** 102:7,8,10
**public** 1:25 22:15 28:4 127:3
**punch** 64:25 65:1,11 68:19 114:15,17 115:12
**punched** 69:4 70:1,1,2 112:22
**punches** 115:22 116:3
**punching** 69:14
**purpose** 8:18,18
**pursuant** 1:23
**pursue** 15:10,11
**push** 62:1 68:19 71:19 115:2
**pushed** 61:9 62:7 65:11 111:4 115:1
**pushes** 120:22
**pushing** 55:6,16 58:14 63:18 120:18
**put** 8:17 34:10,13,18 35:21 38:17 40:3,7 54:3,13,20 59:1,5 67:12,13,14,16,18,22 67:24 68:2,5,9 69:5,9 70:10,22 71:23 74:3 74:3 81:7 87:17 91:1 100:5 113:1 114:9
**putting** 39:8 59:14 68:25
**p.m** 1:22 4:1 27:12 29:7 31:19 41:19 125:10

**Q**

**Quality** 15:13,20 20:1 25:16
**queer** 47:12
**question** 7:19 8:24,25 9:1 13:15 16:9 30:11 44:19 57:16,16 71:12 72:3 98:17 109:8,11 109:19 111:17 124:12
**questions** 8:6,20,23 9:15 10:14 72:25 99:12 107:25 108:5,6 108:20 109:6 118:8
**quickly** 77:8
**quiet** 47:23 118:16
**quite** 100:19

**R**

**racial** 45:10
**radical** 89:3
**raise** 27:19
**raised** 53:13
**raising** 118:20
**Ramp** 13:1
**ran** 59:2,3 77:23 111:25
**ranged** 17:7
**rank** 12:15 13:19
**rarely** 26:25
**reaction** 121:9
**read** 110:9 126:2
**real** 16:4 78:25 117:4
**realized** 92:21
**really** 25:13 48:24 51:20 60:11 69:16 75:21 78:22 79:9,16 106:23 107:14 115:11 120:5
**reason** 7:19 83:9 91:12 103:14 108:14
**reasons** 29:12
**recall** 6:20 7:13 26:15 27:6 32:8 33:2 36:24 37:13 48:3 52:16 55:7 61:14 71:13,14 72:24 83:21 84:10 85:1 86:12,13,16 89:12 93:4,5 97:12 102:6 104:7 108:8 124:1
**receive** 11:8,13
**received** 99:3
**receiving** 78:25 101:19 101:23 106:5
**Recess** 85:4
**recessed** 125:10
**recollect** 121:14
**recollection** 30:11 31:5 37:10 38:25 39:16 42:4,10,11 46:9 53:15 58:1
**recommended** 93:14
**record** 4:9 10:3 34:21 61:21,23 85:5,7 99:9 99:10,11 106:18,19 106:20 110:3
**recorded** 96:2 122:15
**records** 18:3,11 88:15 98:25 99:4,12,13 100:7 104:9,10 107:6 107:7,8,9,11 108:1,7 108:9,16,22 109:10 125:1,6
**recruiting** 14:18
**refer** 43:12
**reference** 110:19
**referral** 104:4
**referred** 110:22
**referring** 81:19 110:25 120:2
**refused** 88:21
**regard** 27:20 99:17 105:10 107:24
**regarding** 46:1 119:9 125:5
**regards** 18:10 30:10 107:20
**region** 100:13
**regular** 27:2 38:21
**related** 108:1,3,18 127:18
**relationship** 49:22 50:5 50:8
**relax** 48:10 76:24
**relaxants** 101:8
**released** 81:9,13
**relevance** 113:24 114:11,12 116:6
**relying** 46:2
**remain** 39:17,20 46:15
**remember** 7:8,9 9:5,6,9 9:10 23:10 24:20 25:25 26:6,9,9 32:15 33:18 37:13 38:19,21 41:5,8,22 42:14 47:7 53:1 55:8 62:25 63:1 64:22 84:1,8 88:15 89:24 90:9 94:11 96:22 97:9 98:1 102:9,11,11 109:15 109:24 110:1,2,4,6 111:6,7,11 113:6 115:12,12 118:13,16 118:19 119:5 120:23 122:14
**render** 127:13
**rent** 4:17
**repeat** 13:15
**repeatedly** 82:22
**rephrase** 8:25 111:19
**report** 91:8 104:8,22 120:21
**reporter** 7:21 9:14 10:13
**reporter's** 4:3
**reports** 110:6
**representation** 17:18
**represents** 127:8
**request** 7:24 18:7
**required** 28:5,23
**requirements** 13:12
**reservations** 13:1
**reserve** 99:14 109:8
**reside** 95:24
**resident** 14:11 15:6,8
**Residential** 16:12
**resides** 5:1 95:21
**residing** 4:19
**resign** 13:10 15:8
**resignation** 13:22
**resigned** 13:9,10,19
**resigning** 88:25
**resistance** 59:14 69:1 71:11
**respect** 24:2 109:9,11 119:7 120:22 124:7
**respond** 8:2 10:6
**response** 121:10
**responses** 7:25 98:17
**responsibilities** 24:3
**responsible** 26:21
**rest** 10:13 109:23 112:8
**rested** 91:1,6
**restrain** 69:23 116:24 116:25
**restraining** 72:21
**restroom** 22:15,20 40:5 51:1 53:22,23 55:2
**restrooms** 22:21 26:17 26:19,21 28:4,13 35:15 40:8,11,21,25
**result** 7:2 88:7,22 96:7 96:10 97:2
**retailer** 6:22

**retire** 13:8
**retired** 13:8 42:23
**retreat** 60:12
**return** 17:10
**returned** 74:5 83:2
**returns** 17:19 125:7
**revenues** 17:3,5
**review** 9:17 122:23
**reviewed** 108:16 123:2 124:13,22
**Reviewing** 124:19
**RICK** 1:8
**right** 4:24 5:4,13 7:1,17 9:11,25 10:14 12:20 20:15 21:7 23:3 24:15 25:1 26:9 28:5 29:15 30:3,10 31:8 32:22 33:22 34:10 35:8,16,20 40:14,15 40:16,22 41:8,20 42:8,14 46:21,21 50:11,25 51:7 54:6 54:18,21 55:2,20 56:9 58:14,16 62:21 64:23 66:9,13 67:6 67:22 68:13 70:15 71:2,18,22,23,25 73:15 74:13,19 76:1 76:4 77:16 78:14 79:2,25 80:1,2,3,9,10 80:12,12 81:16,23 85:10,14,15,23 86:6 86:11,13,18,20 89:13 90:23 92:9,13,14 97:19 99:14,17,20 101:16 105:3,10,18 107:1,15 109:8,15 110:4,14,20 111:5,10 112:25 117:12,18,24 124:22 127:12
**Rights** 1:3
**right-hand** 76:12
**rise** 7:3
**Rivers** 1:7 2:8 57:5 65:24 70:13 73:11 75:7 76:5,15 79:6 81:1,10,13 83:24 84:13,17 112:23 119:7,19
**Robert** 1:3,18 4:4,10 126:2,8 127:5
**room** 2:11 92:24
**round** 81:5,5
**RPR** 1:25 127:22
**RS** 85:10
**rubbish** 16:17
**rule** 93:16
**run** 28:3 54:2 60:17 69:21 77:10
**running** 59:11,16,21 60:5,9 61:2 66:1 78:9 78:10 116:10
**ruptured** 106:12

**S**

**safety** 75:23
**Saiki** 88:15 98:1 100:4 105:12
**Sales** 14:18
**San** 95:12
**sat** 118:11
**saw** 31:13 53:3,4 55:5 55:21 58:13 64:5 69:21 79:22 80:13,18 90:17 97:15 102:22 104:6 120:18,20
**saying** 7:20,21 47:24 48:3 49:6 52:7 55:7,8 55:9 56:18 60:9 61:15 65:19 82:8 84:11 112:2 121:12
**says** 69:20,20 70:12 79:12 81:6,15
**scared** 65:21 75:21,21 75:22,23 79:9
**scene** 23:12 117:10
**school** 10:25 11:6 19:6 19:6,7,9,16,22 90:11 90:17
**scope** 91:20
**scream** 79:23 80:16
**screamed** 79:2,23 80:16
**seated** 34:1,2,3,4,8 35:24 36:1 39:17 75:1
**Seattle** 95:12
**second** 30:25 58:20 62:17,23
**seconds** 65:20 69:25
**security** 14:15,18,22,22
**see** 5:12 10:11 16:16 27:2 31:11 46:5 51:15 56:14 74:24 76:4 77:6 79:19 84:19,19 90:16 95:19 95:21 99:14,23 103:13 104:6,24 109:21 110:3 112:15 119:15 120:3,12,19
**Seeing** 31:15
**seen** 49:17,19,20 52:24 94:7 96:23 112:10
**Seki** 98:1
**self-defense** 87:6 114:18
**senses** 70:25 71:22
**sent** 99:4 122:24
**Sentinel** 14:22
**separated** 88:10
**September** 10:22 122:16
**serious** 87:25
**service** 12:5 27:21 28:19
**services** 16:13,16
**servicing** 23:17
**set** 28:8 107:13
**settle** 47:4 48:22 49:1,3 49:7
**settled** 6:18 7:5,6
**seven** 23:6,7 24:8,18 113:16,17
**Shawn** 122:20
**she'd** 37:7 38:16
**shining** 56:10
**shirt** 43:8 90:6,15
**shock** 65:16 69:2
**shoes** 43:7
**shoot** 117:7
**shooting** 107:1 117:8
**shootings** 117:5
**Shopping** 104:3
**short** 85:3 86:24
**shorter** 56:25 57:2,5
**shortly** 65:22
**shot** 118:2,3
**shots** 37:7 38:17,20 117:21
**shoulder** 7:4 55:7 56:21 78:1 81:4 120:18 121:8
**shout** 69:17
**shouting** 58:22 60:11 69:25 70:24 77:6
**shouts** 56:20
**shove** 62:9,9 68:19
**shoved** 61:7,22 62:7
**shoves** 59:16
**shoving** 56:21 121:7
**show** 34:5 41:10 55:16 55:18 59:5 67:5 68:6 68:9 73:14 77:16
**showed** 51:8,9
**shower** 85:2 87:13
**showing** 32:3
**shows** 17:8
**shut** 17:25
**side** 35:10 41:11,12,16 70:14 73:13,17,20 76:12,12,14,15 77:22 78:3,21 80:3,6,20 89:5,9 99:15 106:10 108:2,4,19 121:23
**sidewalks** 21:20
**signature** 127:16,17
**Signed** 126:11
**similar** 24:1
**singing** 41:25
**sips** 76:25
**sir** 95:4,15
**sister** 94:19
**sister-in-law** 20:22
**sit** 82:13 110:4 111:10 111:20
**site** 14:9,11,12 23:5,12 25:4 26:3 37:19
**sites** 16:14 22:20 23:16 25:4,6,7
**sitting** 32:11 34:8,11,14 36:7,12,20 39:21 45:7 51:7,10 52:2 54:5 74:11,17,18 118:4
**situation** 38:2 60:18 99:22 107:18 117:9
**situations** 117:5
**six** 19:23 22:17 27:12 31:6 36:25 37:3 38:8 52:1 83:19
**sixty-five** 17:1
**size** 57:2 81:21
**skip** 60:22,25
**slam** 67:2
**slammed** 65:25 67:6 68:21 112:24
**slangs** 50:12
**slight** 97:4
**smaller** 81:20
**smelled** 119:12
**smoked** 31:25
**smoking** 36:15 39:4,6
**sober** 120:4
**sole** 20:3 25:17,19
**somebody** 44:24 69:3,5 77:17 114:5,15 117:6
**son** 5:2,11 19:4
**sore** 89:9
**sorry** 7:19 14:10 50:16 74:3 80:1 96:15
**sort** 60:21 61:1
**sounds** 37:14
**South** 2:11
**Souza** 1:3,18 4:4,10,11 5:14 9:21 18:18 20:9 23:10 34:22 42:10 51:23 73:24 85:6 106:24 107:19 109:5 109:21 111:19 113:13 122:14 126:2 126:8 127:5
**Souza's** 99:12
**span** 108:9
**speak** 84:2,3
**speaking** 24:5,25 29:5 45:3 46:21 48:13
82:22 94:13
**specialist** 103:3
**specials** 98:10
**specific** 16:23 24:22 27:15 39:2 42:10 47:7 58:13 60:11 72:25 88:16 100:16 101:10 102:6 106:23 108:10 117:24 119:7 119:23 120:6,8,20,22 120:24 122:9
**specifically** 18:14 21:3 25:21 49:13 56:18 58:12 73:18 85:1 89:24 108:10 109:10 111:11 118:25 120:2 120:10 123:22
**speculate** 9:5 105:6
**speculating** 49:11
**spell** 4:13
**spelled** 21:3
**Spencer** 15:3
**spend** 24:6,15
**spinal** 88:9 99:23
**spine** 88:1,8,11,22 89:2
**split** 62:23
**spoke** 94:14 106:2 110:18 123:14
**sprint** 60:20
**spun** 79:6
**Square** 23:21,23 24:6
**SS** 127:1
**stabilized** 106:6
**stalls** 35:8
**stand** 60:12 77:19 96:13 109:15
**standing** 55:11 56:3,5 58:11 59:6,9,23,23 63:13,24 64:3,4,11 71:4 74:10,16,17,17 75:1,1 76:5,17 80:18 85:10,14
**stare** 51:20
**start** 10:21 69:23 109:13
**started** 13:4 14:24 48:8 58:21 59:3,3 69:25
**starts** 60:5,19
**state** 1:25 4:9 84:11 127:1,3
**stated** 73:1
**statement** 45:24 49:21 57:22 61:3 92:8 93:25 96:1 112:21 113:5 122:14,15,19 122:20,23 123:2,3 124:12,19
**statements** 46:1,2,11 50:12 96:2

**STATES** 1:1
**stayed** 40:1,1 41:20 87:15 90:25
**staying** 20:22
**stays** 70:13 76:13
**stenosis** 88:10
**step** 61:17,18,19 62:12 112:20
**stepped** 62:6
**stone** 82:24
**stood** 58:20 59:14 85:25
**stop** 37:18 50:25 69:18 70:15 102:4,7 111:24 116:12 117:1
**stopped** 37:15 86:6
**stops** 65:9
**straight** 45:14,15 59:24 60:1 65:2 83:17 85:18,25 86:6,7,17
**street** 1:21,22 2:2,6,6 2:11 4:12,13,22 5:4,7 35:16 81:16
**strength** 78:24
**stresses** 11:16
**stretched** 102:19
**strike** 83:23 112:18
**striking** 64:15
**strip** 24:14
**stroke** 78:23
**struck** 64:19,20
**studies** 100:10
**studying** 11:10
**stuff** 16:18,19 48:4 49:11 54:14 72:8 106:23 108:2
**stumbled** 65:3,12
**subpoena** 107:7,11 108:21
**subpoenaed** 107:8
**sucker** 70:1,1,2
**sued** 5:25 6:2,22
**suffered** 96:17 97:2
**suing** 6:15
**Suite** 1:21 2:2,6
**Sullivan** 29:19,20
**sunny** 33:23
**supervision** 14:19
**suppose** 38:22 39:23 57:3 59:20 63:4
**supposed** 32:18
**supposition** 115:25
**sure** 13:16 28:20 29:17 30:9 31:15 34:6 37:25 39:7 41:7 48:9 50:2,14,15 53:3 61:23 62:23 64:17,25 71:8 72:23 73:18 76:1 81:19 83:17 85:7 87:13 89:22 90:17 93:6,7,13 94:16 95:10,13 97:8 100:5 103:20 105:5 106:3 123:1
**surgeon** 88:12
**surgeons** 98:2,3
**surgeries** 88:19 106:7
**surgery** 89:3 106:8
**surprise** 61:14
**surprised** 60:7
**surrounding** 35:2
**sustain** 7:2 115:7
**sustained** 96:5,6 97:14
**swear** 61:16
**swearing** 47:20
**swelled** 78:21
**swollen** 90:4,15 121:24
**sworn** 4:5 9:19,20 127:7
**syndrome** 106:14
**S.Y** 1:8

**T**

**T** 1:21 2:5,9
**tab** 54:2
**table** 32:11 36:4 45:9
**tables** 34:9 36:5 79:4
**take** 10:9,16 22:8,9,17 26:17,20 28:25 38:16 81:4,4 85:3 91:16 93:24 101:2,12 112:20 122:1,24
**taken** 1:20 5:14 7:21 74:4 85:4 96:11
**takes** 81:1
**talk** 18:6,13 20:25 21:1 52:4 60:23 65:5 82:18 95:20 96:5 106:4 108:16 125:7
**talked** 82:19 95:17 99:2 110:11
**talking** 17:1 36:15 42:1 42:2,3 43:9,21 46:15 47:18 48:9 50:8 51:16 56:16 72:15 117:4,8 118:21 121:11
**tall** 56:22,24 57:5 86:23
**Tanaka** 1:21 2:5 3:3,6 3:7 4:8 17:18,22,24 18:2,3,13,17,18 34:18,21,24 44:2,5 55:14 57:13,21 67:10 71:16 73:23 74:22 81:24 84:5,7,9 85:3,5 85:6 86:13,17 89:20 89:23 93:5,14 98:24 99:9,11,17 106:18,20 106:21 107:10,13,18 108:2,14,25 110:15 122:11,13 123:10 124:11,15,20,25 125:4,9
**taught** 116:23
**TAVERN** 1:13
**tax** 17:10,19 108:6 125:7
**teeth** 96:9 102:15,24
**telephone** 73:13,15
**television** 87:16
**tell** 8:25 9:18 11:24 16:9 23:10 29:2,25 31:10 33:22 34:25 36:14 42:19 51:18 53:12 55:8 58:7 60:15 72:14,17,20 75:13 84:25 89:6,11 89:13,16,23,25 90:8 90:9 91:15 93:19 96:6 103:18 104:19 105:7,9 121:11
**telling** 58:6 69:19 72:15 75:5 83:5 89:24 97:10 102:11 106:13 114:19,21
**temperament** 49:5
**temporarily** 20:23
**ten** 39:1 46:4,7 51:25 52:1 64:13,15 76:10
**tenure** 13:13 16:2
**Tequila** 37:8,11 38:17 38:20 117:21 118:3
**term** 113:17,20
**terminology** 49:25 50:1 52:5 105:21 106:25
**terms** 47:9
**testified** 4:6 9:22 44:21 109:21 111:12 112:21 113:4 114:23 115:11 117:20 118:12,15 119:3 120:17 122:7 123:17
**testify** 19:18 49:10 58:3
**testimony** 7:7 9:19,20 9:23 59:9 63:16 64:14 71:16 78:8 82:10 85:13 90:13 110:1 119:5 126:5 127:13
**testing** 19:12
**Thank** 18:17 19:17 55:1 68:12 80:23 125:9
**therapies** 101:20,22
**therapy** 102:2
**thing** 6:20 9:3 24:14 38:21 42:17 52:6 60:8 78:2 91:16 95:20 119:25
**things** 14:15 36:16 42:2 48:9,11 65:20 79:16 103:7 107:15 108:8 120:8
**think** 10:19 24:23 29:16 36:5,6 39:6 41:24 42:24 45:1,4 48:21 49:3,17 52:23 56:25 60:7,14 66:21 75:20 80:19 81:22 86:9 87:3 88:16 93:6 93:12,16 95:8,12 98:25 100:4 102:17 103:15 105:4,4 106:2 107:10,20 108:12 110:9,13 111:22 112:20 117:1 119:10 122:2,3,6,9
**thinking** 60:5
**Thirty** 24:18
**thought** 31:24 32:17 33:8 60:8,15 78:22 123:18
**thousand** 15:19 17:1
**threat** 117:15,16
**three** 12:3,4 24:25 35:14 38:1 42:12 46:16 52:7 64:10 67:11,11,12 70:3 74:20 108:9 112:4 121:1 124:16
**threw** 114:16
**throwing** 115:22 116:3
**Thurston** 15:3
**Tiare** 5:2 18:24,25 19:1 19:6
**till** 15:16 27:18 38:23 52:1 112:16
**time** 5:20,25 7:11,23 9:18 10:2,2,11,12,13 13:18,21 20:9 23:11 23:13,22 24:21,24 26:4 27:10,13,15,17 28:11 29:3,9,16 32:1 32:5 33:23 38:23,23 38:24 39:5,18,22 41:22,23 42:4 43:24 44:1,2 48:16 49:17 51:13,23 52:4,12,24 53:18 57:25 58:21 62:10,14,17 68:25 70:15,16,17 71:7 72:15 73:3 75:12 79:18 82:3,5 83:7,11 83:15 86:21 92:8 95:17 98:16,19 99:2 101:11,15 102:3,22 104:6,7 108:4 109:22 110:21,25 112:7 113:2,5,8 117:2 121:18 122:21 123:17,19 124:7
**timely** 28:2
**times** 27:5,16 37:15,16 37:17,22 38:1,8,15 67:3 76:8 81:3 82:23 88:24 94:7 95:19 97:11 113:7 118:21 120:19,20
**time-wise** 74:2
**tire** 65:9
**tires** 65:7
**today** 9:15,25 19:18 111:12,20 122:7 123:17 124:8
**today's** 110:18
**told** 69:18,22 82:23 83:3 84:6,23 86:10 89:12,12 91:14,25 93:18,20 94:21 97:1 97:5 99:18 100:3 105:7 106:16 113:7
**tooth** 102:17
**top** 18:12 29:25 35:19
**torso** 68:24
**total** 12:1 83:20
**totalled** 98:14
**touching** 67:3 70:24 71:20
**towels** 31:14
**Tower** 1:21 2:6
**town** 28:3
**townhouse** 4:15,16
**townhouses** 5:6
**track** 19:10
**Traction** 101:24
**traffic** 28:4
**trained** 87:6 117:1
**training** 14:19 87:8 123:22
**transcribe** 9:14
**transcribed** 122:24
**transcript** 9:23 126:5 127:9
**transcription** 9:17
**treat** 100:22 101:21
**treated** 45:8 92:24 93:3 93:9 100:18 106:9
**treating** 85:1 98:18
**treatment** 92:22 98:4 101:19 103:7 105:13 106:4
**tree** 35:12
**trial** 7:5
**Tribune** 14:22

**trick** 8:15 9:3 71:17 86:4
**tried** 85:2 87:17 91:3
**Trimming** 22:2
**trip** 64:16
**tripped** 63:6,25 69:7
**trips** 64:12
**Tropicana** 23:21,23 24:6
**trouble** 83:8
**truck** 25:14,15
**true** 45:24 46:9,10 116:17 119:17,18 126:4 127:9,13
**truthful** 123:7
**try** 8:2 9:24 28:20 52:9 65:5 71:10,12,14 72:3,14 109:18 110:5 110:7
**trying** 48:10 60:18 69:13 71:17,17 72:5 72:10 76:24 86:3,4,4 90:13 91:1,23 97:9 107:1,4
**tugged** 99:24
**tugging** 99:23
**turn** 40:15,22 47:13 51:15 54:18 58:19 77:8,19 80:10 81:16
**turned** 63:17 77:14 80:12
**turning** 58:25 72:8
**twice** 7:20 41:7 49:19 69:22 83:5,6 102:3 114:19
**two** 10:10 12:24 15:19 20:19,23 22:8 23:1 24:7 29:24 30:3 35:13 39:7 55:10,15 55:21 56:2 57:4 61:7 62:8,11,14,15,17 63:13 64:19 65:24,24 66:2,23 67:14,21 68:2,3,12 69:9 70:3 75:23 77:9,11 79:23 80:21 84:15 85:9,9 92:11 115:19 116:15 124:16
**type** 7:25 11:10 15:20 16:10,15,17,18 17:8 21:16,17 24:10,12,13 25:1 88:19 118:1

**U**

**U** 67:12 68:6
**Uehara** 1:6,20 2:4 42:20 43:9 44:11 47:7 48:2,4,6,14 49:18 50:11 52:5 55:6,16,25 56:21,22 58:14,21 59:6,11 63:18,19 64:12,14 65:1 66:4,7,22 67:13 68:6 69:1,25 70:16 75:22,25 77:6 78:9 79:3 80:5 81:19,20 81:22 82:8 94:7 109:22 110:16 111:25,25 112:8,22 114:19,23 118:12 120:18,22 121:13
**Uehara's** 57:2 84:20
**uh-huh** 5:8 7:16,23 8:1 8:4 31:7 36:9 40:12 42:7 46:23 56:10 58:15 80:25 124:24
**ultrasound** 101:24
**um-um** 7:23 8:1
**undershirt** 43:8
**understand** 7:14 8:13 8:23,24 9:1,4,12 37:25 49:11 52:9 58:5 60:18 67:15 81:18 85:8 90:13 91:24 104:18 107:7 116:7,10
**understanding** 21:11 43:23 46:5 82:7 104:20 108:12 114:6
**uniform** 43:7,7
**uniforms** 43:6
**union** 41:13,16
**unit** 15:5
**UNITED** 1:1
**University** 11:7
**unnatural** 62:24
**unusual** 38:18
**upper** 35:21 68:24 89:8
**ups** 17:7
**upset** 83:7
**upstairs** 30:19,20
**urgent** 93:10
**urinated** 78:20
**use** 34:19 35:22 50:11 50:23 77:18 83:9

**V**

**vacuum** 16:17
**vague** 109:17 119:11
**varied** 23:15
**vary** 16:25 28:1,8
**vehicle** 25:10,12 41:8 41:15
**verbal** 28:25 43:1
**version** 55:15
**versus** 16:18 61:22
**veteran** 12:12
**Vice** 13:17
**victim** 93:17
**Victoria** 14:7,24 15:2
**Vietnam** 12:12
**view** 35:1
**violence** 117:16
**visit** 38:3 105:1 122:2
**voice** 118:20,22
**voices** 55:4
**vs** 1:5

**W**

**wage** 17:16 18:14 125:5
**wages** 17:12
**Waipahu** 23:21 24:6
**wait** 63:8 74:15 75:10 75:10,11 81:3,5,5 92:19
**waiver** 127:17
**walk** 21:2,7 25:21 40:22 60:22,25 72:3
**walking** 61:2
**wall** 32:12 36:5 65:25 67:2,5,5,6,6,14,22,23 68:21 69:10,11,12,16 70:20,23 71:4,18,19 72:7 111:5 112:23,24 113:3 114:21
**want** 8:16 9:24 17:14 17:21 28:14 40:6 49:10,12 53:1 55:18 57:13 60:16 61:22 67:22 70:6,6,7 74:3 77:14 81:23,24 85:7 89:3 105:6,6 106:7,8 107:6 108:10
**wanted** 15:10,11 75:24 76:1 83:7
**War** 12:12
**wasn't** 27:2 38:21 44:17 48:10 52:10,19 65:22 67:4 73:7 74:17 87:15 92:21 93:21 112:15 113:2 118:23
**waste** 108:4
**watch** 39:10 60:16 86:21 123:15,16
**watched** 81:15 87:16
**watching** 55:11
**wavy** 99:24
**way** 9:22 25:16 30:18 31:16 34:21 37:6,14 38:4,13 45:8,23 50:20 51:20 57:7 59:2 60:21 64:6 66:10 72:10 75:6 76:19 77:12 79:22 80:3 86:23 107:10,12 107:16 119:13 127:19
**wear** 39:10 86:21 123:16
**wearing** 43:6 44:9 123:15
**Wednesday** 1:23 4:1 26:2,3 27:6
**week** 23:4,6,7 24:8,18 25:25 37:22 95:19 102:3
**weekend** 5:10
**weeks** 22:9 37:24 38:1
**weigh** 86:25
**well-being** 79:11
**went** 9:22 17:14 27:8 32:3 48:9 49:9,13 52:12 53:18 55:4 63:25 65:23 72:24 73:9,16,20 74:5 75:11 79:3,24 80:3 81:8 82:19 83:17 84:14,17,20 86:17 91:7,13 92:5,15 93:8 94:3 109:22,23 112:7 112:22 121:15
**weren't** 41:25 69:11 99:2 123:14
**we'll** 10:10 35:22 108:25 125:6
**we're** 8:15,15,16 9:3,4 10:12 18:7 20:25 72:15 98:24 107:1 108:13
**we've** 100:21 108:16
**wheelbarrow** 6:16,17 6:17 89:1
**whereabouts** 112:8
**white** 43:8
**wife** 5:2 20:19 84:22 86:10 89:11 94:14
**wife's** 18:19
**willing** 111:15
**withheld** 72:18
**witness** 4:5 9:18 108:8 114:1 118:6,9 127:5 127:11,16
**witnesses** 114:15 116:15
**witnessing** 115:19
**witness's** 126:1 127:15
**woke** 87:24
**woman** 33:6
**women's** 40:5
**Won** 97:15,15,15,17,19
**word** 54:20 110:13,14
**words** 29:7 49:15 66:16 72:19 98:11
**work** 11:16 13:2 16:3,7 19:14 24:10 25:1,8 26:7,25 27:8,21 28:5 28:6 29:3 31:14 43:9 86:22 90:25 91:4 94:25 95:7 123:16
**workday** 27:24 28:8
**worked** 26:6
**working** 11:19 12:22 13:16 22:7 26:3 29:9 31:24 39:11 49:23
**worried** 79:14
**worry** 8:1 81:15
**worrying** 79:11
**worse** 87:22 92:20 96:12
**wouldn't** 22:9 28:8 37:24 38:16,18 41:10 62:24 70:11 119:16
**wrong** 21:11

**X**

**X** 3:1 34:10,12 35:23 51:9 55:21,24 58:12 66:1 68:9 74:3,13
**X's** 68:2

**Y**

**yanked** 89:2
**yeah** 5:9 7:4 17:22 18:2 36:23 40:7 61:12 74:14,22 77:16 80:8 80:14 84:7 93:5 99:7 99:16 102:13 106:1 107:12,17,25 108:12 110:14 112:16
**year** 11:4 13:4 14:23 15:17 16:21 17:5
**years** 11:24 12:1,4,23 16:11 17:9,21 19:2 19:23,23 20:12 29:24 30:3 45:11,13 108:9 113:15,16,17 116:21
**yell** 44:14 78:25
**yelled** 44:12
**yelling** 44:17 59:6 77:6 118:20
**Yi** 1:8 57:5 65:24 76:7 76:11,14 79:2 84:17 112:22 119:23
**younger** 82:4
**Yuraku** 21:3,6,13 23:12 24:1 25:22 28:11 29:4 30:21 31:18 35:1,4 37:22 40:20
**YURAKUCHO** 1:13
**Y-U-R-A-K-U** 21:4

**Z**

**Zach** 19:4,8
**Zachary** 5:3

**$**

**$20** 54:3

**0**

**04-00535** 1:3

**1**

**1** 3:10 34:16 124:17 126:3
**1-10** 1:14,15,15,15
**10:15** 83:12 86:20
**109** 3:3
**1099** 26:24
**11:00** 86:15
**110** 2:11
**12** 5:3 19:4 122:16
**12/15/2009** 127:23
**1200** 21:2 25:21
**122** 3:6
**123** 3:4
**124** 3:7,7
**125** 3:14 126:3
**13** 8:10 21:2 25:20,25 27:6 30:11 97:2 109:16 121:15
**13,000** 98:10
**14** 113:15,16,17 116:21
**15th** 92:9
**15-story** 15:5
**156** 4:12,25 5:1
**16** 5:2 19:2
**16th** 127:21
**167** 1:25 127:22
**180** 87:4
**19** 89:1
**1948** 10:22
**195** 87:5
**1966** 11:5
**1968** 12:8
**1970** 12:8
**1971** 20:14
**1972** 13:5 113:13
**1975** 5:21
**1978** 20:14
**198** 87:1
**1986** 13:7 14:14 113:13
**1990** 18:22
**1994** 6:11 14:13,14 15:8,16 89:1
**1996** 4:20

**2**

**2** 3:11 55:12
**2:00** 1:22 4:1
**2000** 17:22,24,24
**2003** 8:10 17:22,23 18:5 21:2 23:11,16 24:5,21 25:20 29:22 30:8,11 33:22 109:16 121:15 122:16
**2005** 17:5
**2006** 15:18,19 16:21,21 17:25
**2007** 1:23 4:1 126:12 127:6,21
**24** 30:9
**25** 30:9 56:6
**2500** 30:9

**3**

**3** 3:12 67:8
**34** 3:10

**4**

**4** 3:3,13 73:21 124:17
**4:20** 125:10
**4:30** 29:7
**45** 10:13

**5**

**5** 3:14 125:1,2
**510** 1:21 2:6
**515** 1:13
**530** 2:11
**55** 3:11 82:3
**56** 15:5

**6**

**6:15** 32:7
**6:30** 31:19 32:7
**67** 3:12 12:8

**7**

**7** 1:23 4:1 10:22 127:6
**70's** 11:24,25
**71** 12:8
**714** 2:2
**73** 3:13
**745** 1:21 2:6
**75** 13:25

**8**

**8:00** 39:10,12 41:18 46:14
**8:30** 39:10,12 41:19 46:14,15
**80s** 11:24
**800** 101:6
**820** 2:2
**86** 11:14 13:25 14:5,16
**89** 14:16,23

**9**

**94** 15:12
**94-557** 4:12
**96813** 2:3,7,11