LAW OFFICES OF CARY T. TANAKA

CARY T. TANAKA          4858-0
DIANE K. AGOR-OTAKE 7751-0
Suite 510 Fort Street Tower
745 Fort Street
Honolulu, Hawaii  96813
Telephone:  536-8885
email:  carytanaka@aol.com
        dka@hawaii.rr.com

Attorneys for Defendant
HAROLD UEHARA


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA, ) | CIVIL NO. CV 04-00535 BMK |
| ) | (Other Civil Rights) |
| Plaintiff, ) | |
| ) | DEFENDANT HAROLD UEHARA'S |
| vs. ) | SEPARATE AND CONCISE STATEMENT |
| ) | OF FACTS IN SUPPORT OF |
| CITY AND COUNTY OF HONOLULU; ) | DEFENDANT HAROLD UEHARA'S |
| HAROLD UEHARA, in his ) | MOTION FOR PARTIAL SUMMARY |
| individual and official ) | JUDGMENT FILED OCTOBER 25, |
| capacity, ALAN RIVERS, in his ) | 2007; CERTIFICATE OF SERVICE |
| individual and official ) | |
| capacity; RICK S.Y. YI, in ) | |
| his individual and official ) | |
| capacity; AUGUST C. BELDEN, ) | |
| in his individual and ) | |
| official capacity; JEREMY ) | |
| HARRIS, in his official ) | |
| capacity as Mayor; LEE ) | |
| DONOHUE, in his individual ) | |
| and official capacity as ) | |
| Police Chief; TAVERN 515, ) | |
| INC. d.b.a. CLUB YURAKUCHO, ) | |
| HARRY NAKAKI; JOHN AND JANE ) | |
| DOES 1-10; DOE PARTNERSHIPS ) | |
| 1-10; DOE CORPORATIONS 1-10; ) | |
| and OTHER DOE ENTITIES 1-10, ) | |
| ) | |
| Defendants. ) | TRIAL DATE:   MARCH 18, 2008 |
| ) | |

DEFENDANT HAROLD UEHARA'S SEPARATE AND CONCISE
STATEMENT OF FACTS IN SUPPORT OF DEFENDANT HAROLD UEHARA'S
<u>MOTION FOR PARTIAL SUMMARY JUDGMENT FILED OCTOBER 25, 2007</u>

Pursuant to Rule 56.1 of the Local Rules of Practice for the United States District Court for the District of Hawaii, Defendant HAROLD UEHARA submits his separate concise statement of material facts in support of Defendant Harold Uehara's Motion for Partial Summary Judgment filed October 25, 2007, which is being filed contemporaneously.

| STATEMENT OF FACT | EVIDENCE |
|---|---|
| 1. On August 13, 2003, Plaintiff Robert Souza ("Plaintiff") was at Club Yurakucho which was located at 1200 College Walk. | Plaintiff's Second Amended Complaint, at ¶ 24 attached as Exhibit "A" to Defendant Harold Uehara's Motion for Partial Summary Judgment filed herein on October 25, 2007. |
| 2. On August 13, 2003, Defendants Harold Uehara ("Uehara"), Alan Rivers ("Rivers"), Rick S. Y. Yi ("Yi") and August Belden ("Belden") went to Club Yurakucho which was located at 1200 College Walk after completing their shift at work. | Affidavit of Harold Uehara at ¶ 5 attached to Defendant Harold Uehara's Motion for Partial Summary Judgment filed herein on October 25, 2007. |

| STATEMENT OF FACT | EVIDENCE |
|---|---|
| 3.  Uehara and Belden had a heated discussion in the bar and left the bar shortly thereafter. | Affidavit of Harold Uehara at ¶ 7 attached to Defendant Harold Uehara's Motion for Partial Summary Judgment filed herein on October 25, 2007. Deposition of Robert Souza conducted on March 7, 2007 at page 47. |
| 4.  After exiting the bar, Uehara walked towards his car. | Affidavit of Harold Uehara at ¶ 8 attached to Defendant Harold Uehara's Motion for Partial Summary Judgment filed herein on October 25, 2007. |
| 5.  Plaintiff exited the bar after Uehara, approached Uehara and began mumbling something. | Affidavit of Harold Uehara at ¶ 9 attached to Defendant Harold Uehara's Motion for Partial Summary Judgment filed herein on October 25, 2007. |

| STATEMENT OF FACT | EVIDENCE |
|---|---|
| 6. Uehara stopped and asked Plaintiff what he was saying. | Affidavit of Harold Uehara at ¶ 9 attached to Defendant Harold Uehara's Motion for Partial Summary Judgment filed herein on October 25, 2007. |
| 7. Uehara was then punched two times in the jaw by Plaintiff. | Affidavit of Harold Uehara at ¶ 9 attached to Defendant Harold Uehara's Motion for Partial Summary Judgment filed herein on October 25, 2007. Deposition of Robert Souza conducted on March 7, 2007 at page 63 attached as Exhibit "B" to Defendant Harold Uehara's Motion for Partial Summary Judgment filed herein on October 25, 2007. |
| 8. Plaintiff was subdued by the other officers and taken back into the bar. | Affidavit of Harold Uehara at ¶ 10 attached to Defendant Harold Uehara's Motion for Partial Summary Judgment filed herein on October 25, 2007. |

| STATEMENT OF FACT | EVIDENCE |
|---|---|
| 9. Uehara was off-duty at the time of the incident. | Affidavit of Harold Uehara at ¶ 4 attached to Defendant Harold Uehara's Motion for Partial Summary Judgment filed herein on October 25, 2007. |
| 10. Uehara was wearing civilian clothing and did not identify himself as a police officer. | Affidavit of Harold Uehara at ¶ 6 attached to Defendant Harold Uehara's Motion for Partial Summary Judgment filed herein on October 25, 2007. |

DATED: Honolulu, Hawaii, October 25, 2007.

_____
CARY T. TANAKA
DIANE K. AGOR-OTAKE
Attorneys for Defendant
HAROLD UEHARA