IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA, ) | CIVIL NO. CV 04-00535 BMK |
| ) | (Other Civil Rights) |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| ) | |
| CITY AND COUNTY OF HONOLULU; ) | |
| HAROLD UEHARA, in his ) | |
| individual and official ) | |
| capacity, ALAN RIVERS, in his ) | |
| individual and official ) | |
| capacity; RICK S.Y. YI, in ) | |
| his individual and official ) | |
| capacity; AUGUST C. BELDEN, ) | |
| in his individual and ) | |
| official capacity; JEREMY ) | |
| HARRIS, in his official ) | |
| capacity as Mayor; LEE ) | |
| DONOHUE, in his individual ) | |
| and official capacity as ) | |
| Police Chief; TAVERN 515, ) | |
| INC. d.b.a. CLUB YURAKUCHO, ) | |
| HARRY NAKAKI; JOHN AND JANE ) | |
| DOES 1-10; DOE PARTNERSHIPS ) | |
| 1-10; DOE CORPORATIONS 1-10; ) | |
| and OTHER DOE ENTITIES 1-10, ) | |
| ) | |
| Defendants. ) | |
| ) | |

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that, on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served Electronically through CM/ECF:**

ERIC SEITZ, ESQ.                          eseitzatty@yahoo.com
820 Mililani Street, Suite 714
Honolulu, Hawaii 96813

Attorney for Plaintiff

D. SCOTT DODD, ESQ.                       dsdodd@honolulu.gov
Deputy Corporation Counsel
530 South King Street, Room 110
Honolulu, Hawaii 96813

Attorney for Defendants
CITY AND COUNTY OF HONOLULU,
ALAN RIVERS, RICK S.Y. YI and
AUGUST C. BELDEN


DATED:   Honolulu, Hawaii, October 26, 2007.


                                   /s/ Cary T. Tanaka
                                  CARY T. TANAKA
                                  DIANE K. AGOR-OTAKE
                                  Attorneys for Defendant
                                  HAROLD UEHARA