IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ROBERT SOUZA, | ) Civil No. CV04 00535 BMK |
| | ) (Other Civil Rights) |
| Plaintiff, | ) |
| | ) DECLARATION OF D. SCOTT |
| vs. | ) DODD |
| | ) |
| CITY AND COUNTY OF HONOLULU; HAROLD UEHARA, in his individual and official capacity, ALAN RIVERS, in his individual and official capacity; RICK S.Y. YI, in his individual and official capacity; AUGUST C. BELDEN, in his individual and official capacity, JEREMY HARRIS, in his official capacity as Mayor; LEE DONOHUE in his individual and official capacity as Police Chief; TAVERN 515, INC. d.b.a. CLUB YURAKUCHO, HARRY NAKAKI; JOHN AND JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and OTHER DOE ENTITIES 1-10, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

DECLARATION OF D. SCOTT DODD

I, D. SCOTT DODD, do hereby declare and state as follows:

1.  I am an attorney licensed to practice law in the State of Hawai`i and in the United States District Courts for the District of Hawai`i. I am a member in good standing in the aforementioned Courts.

2.	I am a Deputy Corporation Counsel for the City and County of Honolulu (hereinafter referred to as the "City") and one of the attorneys representing Defendants August C. Belden, Alan Rivers and Rick Y.S. Yi in this action.

3.	I have personal knowledge of and am competent to make this Declaration concerning the matters set forth below.

4.	Attached hereto as Exhibit "A" is a true and correct copy of Plaintiff's Second Amended Complaint filed on June 16, 2006.

5.	Attached hereto as Exhibit "B" is a true and correct copy of the condensed version of the deposition of Plaintiff Robert Souza taken on March 7, 2007.

I, D. SCOTT DODD, DO DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT.

DATED: Honolulu, Hawai`i, October 26, 2007.

/S/ D. Scott Dodd
D. SCOTT DODD