# EXHIBIT A – 2ND AMENDED COMPLAINT FOR DECLARATORY RELIEF AND COMPENSATORY PUNITIVE DAMAGES

# EXHIBIT "A"