# EXHIBIT B – CONDENSED DEPOSITION OF ROBERT SOUZA

# EXHIBIT "B"