1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE DISTRICT OF HAWAII

3    ROBERT SOUZA,                    )    CIVIL NO. 04-00535 DAE BMK
                                      )    (Other Civil Rights)
4              Plaintiff,             )
                                      )
5         vs.                         )
                                      )
6    CITY AND COUNTY OF HONOLULU;     )
     HAROLD UEHARA, in his           )
7    individual and official         )
     capacity, ALAN RIVERS, in his)
8    individual and official         )
     capacity; RICK S.Y. YI, in      )
9    his individual and official     )
     capacity; AUGUST C. BELDEN,     )
10   in his individual and           )
     official capacity; JEREMY       )
11   HARRIS, in his official         )
     capacity as Mayor; LEE          )
12   DONOHUE, in his individual      )
     and official capacity as        )
13   Police Chief; TAVERN 515,       )
     INC., d.b.a. CLUB YURAKUCHO,    )
14   HARRY NAKAKI; JOHN AND JANE      )
     DOES 1-10; DOE PARTNERSHIPS      )
15   1-10; DOE CORPORATIONS 1-10;    )
     and OTHER DOE ENTITIES 1-10,    )
16                                    )
               Defendants.           )
17   _____)

18

                    DEPOSITION OF ROBERT SOUZA

19

20   Taken on behalf of Defendant Harold Uehara, at the Law

21   Offices of Cary T. Tanaka, Suite 510 Fort Street Tower, 745

22   Fort Street, Honolulu, Hawaii, commencing at 2:00 p.m., on

23   Wednesday, March 7, 2007, pursuant to notice.

24

25   BEFORE:      Cynthia L. Murphy, RPR, CSR 167
                  Notary Public, State of Hawaii

Page 2

```
1   APPEARANCES:
2   For Plaintiff:    LAWRENCE I. KAWASAKI, ESQ.
                      820 Mililani Street, Suite 714
3                     Honolulu, Hawaii  96813
4
    For Defendant Harold Uehara:
5
                      CARY T. TANAKA, ESQ.
6                     Suite 510 Fort Street Tower
                      745 Fort Street
7                     Honolulu, Hawaii  96813
8
    For Defendant City and County of Honolulu and Alan Rivers:
9
                      DEREK T. MAYESHIRO
10                    Deputy Corporation Counsel
                      City and County of Honolulu
11                    530 South King Street, Room 110
                      Honolulu, Hawaii  96813
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
1              I N D E X
2   EXAMINATION BY:                    PAGE
3     MR. TANAKA                         4
      MR. MAYESHIRO                     109
4     MR. KAWASAKI                      123
5
    FURTHER EXAMINATION BY:
6
      MR. TANAKA                       122
7     MR. MAYESHIRO                    124
      MR. TANAKA                       124
8
9   EXHIBITS MARKED FOR IDENTIFICATION:
10    DEPOSITION EXHIBIT 1              34
11    DEPOSITION EXHIBIT 2              55
12    DEPOSITION EXHIBIT 3              67
13    DEPOSITION EXHIBIT 4              73
14    DEPOSITION EXHIBIT 5             125
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
1   WEDNESDAY, MARCH 7, 2007              2:00 P.M.
2                  --oOo--
3       (The reporter's disclosure was made available.)
4              ROBERT SOUZA,
5   called as a witness, having been first duly sworn, was
6   examined and testified as follows:
7              EXAMINATION
8   BY MR. TANAKA:
9   Q   Please state your full name for the record.
10  A   Robert Leonard Souza.
11  Q   Mr. Souza, what is your current mailing address?
12  A   94-557 Alapoai Street, No. 156, Mililani, Hawaii.
13  Q   How do you spell the street name?
14  A   A-L-A-P-O-A-I, Alapoai.
15  Q   Is this a home or a townhouse?
16  A   Townhouse.
17  Q   And do you own or rent?
18  A   I own.
19  Q   How long have you been residing there?
20  A   Since 1996.
21  Q   What is the closest landmark in Mililani to Alapoai
22      Street?
23  A   Hokuahiahi Park.
24  Q   Okay. Hoku. All right. The apartment number is?
25  A   156.
```

Page 5

```
1   Q   156. And who resides there with you?
2   A   Myself; my wife Denise; my daughter Tiare, 16; my son
3       Zachary, 12.
4   Q   Okay. Is this -- Alapoai Street is right above Hoku
5       Park?
6   A   The brown townhouses, if you're familiar with the area.
7   Q   Across the street from Hoku?
8   A   Uh-huh. Hokuahiahi Park.
9   Q   Yeah, I'm familiar -- we call it a Hoku because we play
10      ball there every weekend.
11  A   So does my son.
12  Q   Very good. So maybe we see him around then.
13  A   He's in between different leagues right now.
14  Q   Mr. Souza, you ever had your deposition taken before?
15  A   Yes.
16  Q   In what context was that?
17  A   As a police officer.
18  Q   And when was that?
19  A   Oh, boy.
20  Q   Just give me an estimation as to time.
21  A   1975. The police department and myself was involved
22      with a lawsuit brought on by a private party.
23  Q   Were you a defendant?
24  A   Yes.
25  Q   And that was the only time you were ever sued as a
```

HONOLULU REPORTING SERVICES
(808) 524-6288

Page 6

1 police officer?

2 A  Yes, I was ever sued, yes.

3 Q  What happened in that case?

4 A  I was found not to be at fault.

5 Q  No negligence?

6 A  No negligence.

7 Q  Were you ever involved in a lawsuit in which you were a

8 claimant or plaintiff?

9 A  Yes, plaintiff once, I believe once.

10 Q  When was that?

11 A  1994.

12 Q  What kind of case was that?

13 A  Faulty product.

14 Q  Can you elaborate. What kind of faulty product were

15 you suing for?

16 A  I was using a wheelbarrow, and it was a new

17 wheelbarrow, and something happened to the wheelbarrow to

18 cause injury, and we settled out of court.

19 Q  Who was the defendant in that case?

20 A  The manufacturer. I don't recall. The thing was made

21 in China.

22 Q  Was there a retailer that you sued as well here in

23 Hawaii?

24 A  That was House & Garden.

25 Q  Garden House?

Page 7

1 A  Right.

2 Q  Did you sustain any injuries as a result of - that gave

3 rise to that?

4 A  My shoulder, yeah.

5 Q  Okay. And that case settled, or did it go to trial?

6 A  It was settled out of court.

7 Q  Did you have to give deposition testimony as well in

8 that case, if you remember?

9 A  I don't remember.

10 Q  The deposition you gave when you were with the Honolulu

11 Police Department, that was the only time you ever gave a

12 deposition?

13 A  As far as I can recall, yes.

14 Q  Okay. You understand that you're under oath this

15 afternoon?

16 A  Uh-huh.

17 Q  Is that right?

18 A  Yes, I do. Yes.

19 Q  And I'm sorry. The reason why I asked that question

20 twice is because everything that you're saying and

21 everything that I'm saying is being taken by the reporter.

22 A  I'm aware of that.

23 Q  So "uh-huh" and "um-um" is a hard time to decipher

24 sometimes. So I'm going to have to request, if possible,

25 that you provide us with "yes" or "no" type responses, okay?

Page 8

1 And we all say "uh-huh", "um-um," so don't worry about it.

2 I'll try to prompt you to get you to respond with a "yes" or

3 "no." Okay?

4 A  Uh-huh. Yes.

5 Q  The deposition basically is an opportunity for the

6 attorneys to ask you questions about a civil lawsuit that

7 you had filed against the Honolulu Police Department and a

8 number of its officers. It's an opportunity for us to find

9 out about your claim, to find out about your perception as

10 to what happened on the evening of August 13, 2003. And

11 basically, it gives us an opportunity to find out where

12 you're coming from so we can evaluate the case. Okay? You

13 understand?

14 A  Okay.

15 Q  We're not here to trick you. We're not here to get you

16 to say anything that you don't want to say. We're not here

17 to cross-examine you and put you in a corner. That's not

18 the purpose of this. The purpose of this proceeding is for

19 us to discover information from you. So along those lines,

20 the questions may be broad, be posed to you in a broad

21 manner, it may give you opportunity to just give us

22 information as much as you can. But it's important that you

23 understand the questions that are posed to you. So if you

24 don't understand the question, by all means, please ask us

25 to rephrase the question and just tell us, "I don't

Page 9

1 understand the question." Okay?

2 A  Okay.

3 Q  We're not here to trick you, so the main thing is you

4 understand what we're asking of you. Don't guess. Don't

5 speculate. If you cannot remember something that

6 happened -- this is awhile ago, so if you cannot remember

7 what happened, that's absolutely fine. We don't expect you

8 to have photographic memory and everything committed to your

9 memory. So if you cannot remember something, just let us

10 know, "I don't remember." If you don't know, that's a

11 perfectly acceptable answer as well. All right?

12 A  I understand.

13 Q  If you don't -- when the deposition is completed, the

14 court reporter will transcribe everything that's said here

15 today into a booklet, questions and answers, objections and

16 what not. And you're going to be given an opportunity to

17 review the transcription and make changes if you feel it's

18 necessary. I tell every witness this: Any time you are

19 giving sworn testimony, and then you later make changes to

20 that sworn testimony, then you expose yourself to criticism,

21 potential criticism. The people may say, "Well, Mr. Souza

22 testified this way in his deposition. He went home. He got

23 the transcript. Later he changed his testimony." So as

24 much as possible, you want to try and give us the best

25 answer you can today. All right?

Page 10

1   A   Okay.
2   Q   Okay. You may hear objections from time to time. The
3   objections are for the record. If you do hear an objection
4   by any of the other attorneys, I'm going to ask you that you
5   hold on, let them make their objection, and then you can go
6   ahead and respond after that, unless of course Mr. Kawasaki
7   instructs you not to answer. Okay?
8   A   Okay.
9   Q   We will take periodic breaks. I don't anticipate this
10  deposition lasting more than two and a half hours, but we'll
11  see. My goal is to finish within that period of time. And
12  also, within that period of time, we're going to give our
13  reporter, every 45 minutes or so, some time to rest. All
14  right. Do you have any questions before we begin?
15  A   No.
16  Q   Did you take any kind of medication, or anything like
17  that, this morning or sometime during the day?
18  A   No.
19  Q   Able to think clearly?
20  A   Yes.
21  Q   Very good. Let's start then. What is your birth date?
22  A   September 7, 1948.
23  Q   And you were born here in Hawaii?
24  A   Yes.
25  Q   Okay. Graduated from high school?

Page 11

1   A   Yes.
2   Q   Where was that?
3   A   Kaimuki.
4   Q   What year?
5   A   1966.
6   Q   After high school, any other educational opportunities?
7   A   Chaminade University.
8   Q   Did you receive a certificate or degree from Chaminade?
9   A   No, I did not.
10  Q   What type of classes were you generally studying?
11  Liberal arts or --
12  A   Criminal justice.
13  Q   Okay. How many credit hours did you receive?
14  A   86.
15  Q   Why did you not complete your program?
16  A   The stresses of work and family.
17  Q   So you were going part-time to college?
18  A   Yes.
19  Q   And then working?
20  A   Accelerated courses.
21  Q   Any other educational opportunities besides Chaminade?
22  A   Military.
23  Q   I'll get to the military part. But Chaminade, what
24  years were you there? You can tell me the '80s or 70's.
25  A   Early 70's.

Page 12

1   Q   And how many years approximately were you in total
2   there?
3   A   About three.
4   Q   Three years. You mentioned military. You had military
5   service?
6   A   Yes.
7   Q   When was that?
8   A   1968 or '67, until 1970, early '71.
9   Q   What branch of the military?
10  A   Air Force.
11  Q   Were you drafted?
12  A   No, veteran of the Vietnam War.
13  Q   Okay. And I assume an honorable discharge?
14  A   Yes.
15  Q   What was your rank when you were discharged?
16  A   E-4.
17  Q   And then you had some military education as well
18  through the GI Bill, you got more education?
19  A   Correct. That's Chaminade.
20  Q   And that was Chaminade. All right. After getting out
21  of the military, what did you do?
22  A   I was working for Hawaiian Airlines, I believe.
23  Q   And how many years would you have been with Hawaiian?
24  A   Maybe two.
25  Q   And what capacity, just generally?

Page 13

1   A   Ramp agent, reservations agent.
2   Q   And after Hawaiian Air, where did you work?
3   A   Honolulu Police Department.
4   Q   HPD, what year was it that you started?
5   A   1972.
6   Q   Until?
7   A   1986.
8   Q   When you retired -- did you retire or did you just --
9   A   I resigned.
10  Q   Resigned, okay. And why did you resign?
11  A   I had gotten hurt and no longer felt I could do the job
12  with the physical requirements that are necessary.
13  Q   Okay. Primarily, during your tenure with HPD, where
14  were you assigned to?
15  A   I was -- repeat the question, please.
16  Q   Sure. While you were working with HPD, your assignment
17  was primarily with what division? Patrol? Vice?
18  A   Patrol. Most of the time, patrol.
19  Q   When you resigned, what was your rank?
20  A   MPO-2.
21  Q   And where were you assigned to at the time of your
22  resignation?
23  A   Pearl City.
24  Q   How long were you in Pearl City?
25  A   From '75 to '86.

4 (Pages 10 to 13)

Page 14

1 Q  Okay. As a patrolman?
2 A  Yes.
3 Q  A motor patrolman?
4 A  Yes.
5 Q  After leaving the department in '86, where were you
6 employed?
7 A  Victoria Mansion.
8 Q  What did you do there?
9 A  Site manager.
10 Q  I'm sorry?
11 A  Site manager, resident manager.
12 Q  How long were you there as a site manager?
13 A  Until 1994.
14 Q  So approximately 1986 through 1994; is that correct?
15 A  No, no. I did several -- several things with security
16 and what not between '86 and '89.
17 Q  Okay. Like what?
18 A  Sales for different security companies, recruiting,
19 training, supervision, dispatch.
20 Q  Give me -- just give me some names of some of those
21 companies.
22 A  Tribune Security, Centurion Security, Sentinel Alarm.
23 Q  And after that, what year was it then, about '89 that
24 you started with Victoria Mansion?
25 A  Correct.

Page 15

1 Q  You got to educate me, because I don't know what
2 Victoria Mansion is. Where is that?
3 A  Between Spencer and Thurston in Makiki.
4 Q  Is that like a condo?
5 A  It's a 15-story, 56 unit condominium.
6 Q  Okay. So you were, like, the resident manager there?
7 A  Correct.
8 Q  In 1994, did you resign from your position as resident
9 manager? How was it that you left the position there?
10 A  I wanted to pursue my own business because of -- I just
11 wanted to pursue my own business.
12 Q  Okay. So what did you do in '94?
13 A  I opened Quality Cleaning & Maintenance.
14 Q  You still have that company?
15 A  No.
16 Q  Okay. 1994 till when was that company in existence?
17 A  Until last year.
18 Q  Okay. So 2006?
19 A  Two thousand and -- 2006, correct.
20 Q  What type of business was Quality Cleaning &
21 Maintenance?
22 A  Janitorial and groundskeeping.
23 Q  Okay. And how many employees did you have when you
24 closed the company?
25 A  None.

Page 16

1 Q  How many employees did you have on average during the
2 tenure of your ownership of the company?
3 A  I had people do some work for me. There was never any
4 real official employees.
5 Q  Generally, it was a one-man operation?
6 A  Correct.
7 Q  So you did all the work?
8 A  Mostly, yes.
9 Q  Tell me, if you will -- I know this is a hard question.
10 But what type of jobs -- accounts did you have over the
11 years?
12 A  Residential, commercial, industrial.
13 Q  And when you say janitorial services, it would be,
14 like, cleaning commercial sites? Would it be heavy
15 janitorial, or more like the day-to-day type of janitorial
16 services? Day-to-day meaning, you know, you see people come
17 in and they pick up rubbish, they vacuum, that type of
18 stuff, versus grounds maintenance, landscaping, that type of
19 stuff.
20 A  Both. If I could grab both contracts, I would.
21 Q  Back in 2006, the year 2006, what kind of income did
22 you derive from the company?
23 A  I can't be specific.
24 Q  Just give me an estimate.
25 A  It would vary. Business goes up and down, so you

Page 17

1 talking between forty and sixty-five thousand.
2 Q  Okay. And this would be your net income or your gross
3 revenues?
4 A  Gross.
5 Q  Gross revenues. What about the year before, 2005?
6 A  Again, I can't -- I don't have the numbers in front of
7 me. But it ranged within that. There were ups and downs.
8 Q  You have your paperwork that shows what type of income
9 you generated from your company over the past so many years?
10 A  Tax return.
11 Q  You have that, okay. I'm going to ask -- I'm assuming
12 you're making a claim for lost wages in this case.
13 A  There was -- I did lose the contracting, because I no
14 longer went to the property. I didn't want what happened to
15 escalate.
16 Q  So are you making a claim for wage loss in this case?
17 A  I'm going to have to say yes.
18     MR. TANAKA:  And given that representation, I'm going
19 to ask, Larry, if you guys can make available tax returns
20 then.
21     MR. KAWASAKI:  What years you want?
22     MR. TANAKA:  2000 -- 2003, yeah.
23     MR. KAWASAKI:  2003.
24     MR. TANAKA:  Why don't we go back to 2000 then, 2000 to
25 2006, when the company shut down.

5 (Pages 14 to 17)

Page 18

1    MR. KAWASAKI: If we have them.
2    MR. TANAKA: Yeah, if you have them.
3  Q  (By Mr. Tanaka) Do you have those records?
4  A  I have them. But why would you need anything after
5  2003?
6  Q  You can talk to Mr. Kawasaki about why we would need
7  it. But we're just making the request. And if you like, we
8  can do it formally.
9  A  No, I have it.
10 Q  Okay. And then with regards -- since I don't have
11 those records in front of me, and since you don't, I assume,
12 don't know all the figures off the top of your head --
13    MR. TANAKA: Larry, if we can talk to him again later
14 on about specifically the wage loss components of his claim
15 later on.
16    MR. KAWASAKI: Okay.
17    MR. TANAKA: Thank you.
18 Q  (By Mr. Tanaka) You indicated, Mr. Souza, that you
19 married -- your wife's name is Denise?
20 A  Yes.
21 Q  How long have you and Denise been married?
22 A  Since 1990.
23 Q  And then you have a daughter named --
24 A  Tiare.
25 Q  Tiare?

Page 19

1  A  Tiare.
2  Q  And she's 16 years old?
3  A  Correct.
4  Q  And your son Zach is 12?
5  A  Correct.
6  Q  What school does Tiare go to? Mililani High School?
7  A  Mililani High School.
8  Q  What about Zach?
9  A  Mililani Middle School.
10 Q  What track is he on?
11 A  Oh, boy.
12 Q  I testing you, huh?
13 A  Malama.
14 Q  Okay. Malama. Okay. Where does Denise work?
15 A  Kaleipu --
16 Q  Kaleiopuu Elementary School?
17 A  Yes. Thank you.
18 Q  Maybe I should testify for you today. Okay.
19 A  We got a lot in common.
20 Q  What does she do over there?
21 A  She's a clerk.
22 Q  How long has she been at that school?
23 A  Five years, six years.
24 Q  Full-time?
25 A  Yes.

Page 20

1  Q  Is she at all involved in Quality Cleaning &
2  Maintenance? Or is that just your company?
3  A  No, that's sole proprietorship.
4  Q  She doesn't help do anything in the company?
5  A  No.
6  Q  Any previous marriages?
7  A  Yes.
8  Q  Okay. Name of your ex-spouse?
9  A  Mary Jane Souza at the time.
10 Q  Maiden name was what?
11 A  Mary Jane deVille.
12 Q  When was it that you and Mary Jane, through what years
13 were you married?
14 A  1971 to 1978.
15 Q  And then that ended in divorce, right?
16 A  Yes.
17 Q  Any other marriages?
18 A  No.
19 Q  Aside from the four of you, your wife, your two kids
20 and yourself, that's the only people living at the Alapoai
21 address?
22 A  I have a sister-in-law who's staying with us
23 temporarily with her two children.
24 Q  Okay. Let me move on and ask you a little bit about --
25 let's move on and talk about the incident itself. We're

Page 21

1  here, of course, to talk about an alleged altercation that
2  took place August 13, 2003 at 1200 College Walk, in
3  particular, specifically, at Club Yuraku Cho, spelled
4  Y-U-R-A-K-U and C-H-O, correct?
5  A  I believe that's correct.
6  Q  Okay. Club Yuraku Cho is located in a building on
7  College Walk, right?
8  A  Correct.
9  Q  That building is owned by who, if you know?
10 A  I don't know.
11 Q  My understanding -- and correct me if I'm wrong -- is
12 that did you have -- I should just ask you. Did you have a
13 contract to do maintenance at the premises where Club Yuraku
14 Cho is located?
15 A  Yes, I did.
16 Q  And what type of -- why don't you explain for us, first
17 of all, what type of contract you had there.
18 A  Basically, all of the common areas and the
19 groundskeeping.
20 Q  So the common areas meaning the sidewalks, the lanai
21 area?
22 A  (Nods head).
23 Q  The landscaping, too, you had to do?
24 A  Groundskeeping, yes.
25 Q  So you would be in charge of cutting grass?

6 (Pages 18 to 21)

Page 22

1   A   Yes.

2   Q   Trimming hedges, whatever it is?

3   A   (Nods head).

4   Q   Fertilizing, all of that?

5   A   Yes.

6   Q   And normally, how long -- what would your hours be when

7   you were working at this location?

8   A   Groundskeeping would take about four hours every two

9   weeks. The janitorial wouldn't take more than a hour and a

10  half a day.

11  Q   And janitorial would include the common areas?

12  A   Yes.

13  Q   And the bathrooms, too?

14  A   Yes.

15  Q   And in this location, how many public restroom

16  facilities are available?

17  A   I used to take care five. And there's six on the

18  property.

19  Q   When you say five, meaning five male and female

20  restroom sites?

21  A   And handicap restrooms.

22  Q   So all together -- so one male bathroom is one?

23  A   Yes.

24  Q   Another one is another?

25  A   Yes.

Page 23

1   Q   One female bathroom, female bathroom number two would

2   be the fourth, just as an example?

3   A   Yes, right.

4   Q   So, on average, how many days a week would you be out

5   at the site?

6   A   Seven days a week.

7   Q   Seven days a week. And on average, how many hours a

8   day would you be there?

9   A   Hour, hour and a half.

10  Q   Okay. Tell me, if you can remember, Mr. Souza, in

11  2003, what was the normal time that you would be out at the

12  scene, at the Yuraku Cho site?

13  A   You mean what time of day?

14  Q   Yes.

15  A   It varied.

16  Q   What other sites, back in 2003, were you also

17  servicing?

18  A   Other properties?

19  Q   Yes.

20  A   Diamond Head -- Diamond Head Center on Monsarrat

21  Avenue, Tropicana Square in Waipahu. There were other

22  accounts, but I don't know if they were at that time.

23  Q   Okay. The Tropicana Square location, I'm familiar

24  with. That is a commercial property, correct?

25  A   Yes, it is.

Page 24

1   Q   And is that similar to Yuraku Cho?

2   A   In what respect?

3   Q   Well, I mean in what your responsibilities were.

4   A   Yes, janitorial and groundskeeping.

5   Q   Generally speaking, around 2003, August, how many hours

6   a day would you spend at Tropicana Square in Waipahu?

7   A   Between one and two hours.

8   Q   Again, seven days a week?

9   A   Yes.

10  Q   Same type of work?

11  A   Yes.

12  Q   What about the Diamond Head Center, what type of

13  property was that?  Same type of property?

14  A   Same thing, commercial -- well, strip mall.

15  Q   All right. And how many hours a day would you spend

16  there?

17  A   That's like half-an-hour.

18  Q   Thirty minutes. And seven days a week as well?

19  A   Yes.

20  Q   Any other accounts that you can remember having

21  maintained around the time of August 2003?

22  A   I can't be specific about the dates, but I had other

23  accounts. But I think those are the only ones during that

24  time period.

25  Q   So the three properties. And generally speaking, the

Page 25

1   same type of work, right?

2   A   Yes.

3   Q   Okay. Did you have to bring equipment with you to the

4   sites, or did each site have its own equipment, janitorial

5   equipment, already in place?

6   A   Well, all the sites have equipment in place.  All of

7   the sites had equipment in place.  When I did groundskeeping

8   work, I'd bring my own equipment.

9   Q   So getting from one location to the other, you would

10  operate your own vehicle, I assume?

11  A   Correct.

12  Q   Company vehicle that you had under your company?

13  A   Not really.

14  Q   Okay. Was it a truck?

15  A   Truck.

16  Q   And by the way, before I forget, Quality Cleaning &

17  Maintenance, was that a sole proprietorship or a

18  corporation?

19  A   Sole proprietorship.

20  Q   Okay. Now, August 13, 2003, there was an incident that

21  happened around the area of 1200 College Walk, specifically

22  close to Club Yuraku Cho, involving several individuals and

23  yourself, correct?

24  A   Yes.

25  Q   On August 13, do you remember what day of the week that

Page 26

1  was?

2  A  Wednesday.

3  Q  Wednesday. Were you at the site working that day?

4  A  Actually, at that time, I had some help.

5  Q  Okay. Who was that?

6  A  Oh, geez, I don't remember his name. He worked for the

7  hotel on the property and did some work for me.

8  Q  What is the name of that hotel?

9  A  I don't remember right offhand. I don't remember the

10  name of the hotel.

11  Q  No problem. This individual that you say that he was

12  helping you, what was he helping you --

13  A  His name was Henry.

14  Q  Henry?

15  A  I don't recall his last name.

16  Q  How was he helping you?

17  A  He would take care of the restrooms occasionally.

18  Q  What would he do?

19  A  Clean the restrooms.

20  Q  So he would primarily take care of the cleaning of the

21  restrooms, and you would be responsible for the other areas?

22  A  Yes.

23  Q  How was Henry paid?

24  A  I paid him, I believe it was, 1099 or cash. This was

25  rarely occasional help. But on that day, he did do work

Page 27

1  that day.

2  Q  I see. So he wasn't a regular employee of yours?

3  A  No, no.

4  Q  He just helped you on that particular day?

5  A  No, on certain times, you know, when I needed help.

6  Q  But you recall that, on Wednesday, August 13, he was

7  helping you?

8  A  He had already done the work. I went to the property

9  to check.

10  Q  Okay. What time did you arrive at the property that

11  day?

12  A  Around six p.m.

13  Q  What time would you normally arrive at the property if

14  Henry was not helping you?

15  A  No specific time.

16  Q  So you would do it all different times of the day?

17  A  Preferably after business hours. But any time after

18  four till the morning.

19  Q  Generally -- that's a good point that you raise. With

20  regard to the business, because you're doing janitorial and

21  maintenance service, most of your work hours would have been

22  after business hours?

23  A  Or during business hours. Depends on the account.

24  Q  What would be your normal workday like?

25  A  At my convenience.

Page 28

1  Q  So you would go -- it would vary every day?

2  A  Pretty much, yes. And some would be more timely than

3  others. But you got to go cross town. So I'd run around

4  traffic. Some accounts don't have public restrooms, so it's

5  not required to be there right after work or might be before

6  work or early in the morning.

7  Q  So is it fair to say that, as far as your normal

8  workday, you wouldn't have any set hours, it would vary day

9  to day?

10  A  Pretty much, yes. Again, it depends on the account.

11  Q  This account here, you could go any time, Yuraku Cho,

12  that account?

13  A  That account was different because the restrooms.

14  Q  You want to --

15  A  If I go at four o'clock, after business hours, or five

16  o'clock after business hours, the bathrooms can be a mess in

17  the morning because of the bar.

18  Q  So, generally, what would you do for this location

19  here? How would you service that location?

20  A  I would try to go after business hours to make sure it

21  was done and leave it as such, leave the bathrooms as such.

22  Q  Okay.

23  A  The contract required me to go there once a day, and I

24  did. The difficulty was, like I said, with the bar. Harry

25  had made a verbal agreement with me that he would take care

Page 29

1  of whatever the bar dirtied.

2  Q  Can you tell me whether or not there was any average

3  time of the day that you would do the work at this location,

4  at the Yuraku Cho location?

5  A  Generally speaking, that account would be after

6  business hours.

7  Q  So, in other words, after 4:30 p.m.?

8  A  Correct, correct.

9  Q  Is there any time that you would be working later than

10  that?

11  A  Depends if I got held up. Like I said, I do it at my

12  convenience, my own reasons.

13  Q  But, generally, it's after business hours?

14  A  Generally, yes.

15  Q  All right. Now, who was the owner of this building?

16  A  I think at the time it was K. Green Corp. I'm not

17  sure.

18  Q  And your contract was with who?

19  A  Jackson and Sullivan.

20  Q  And who is Jackson and Sullivan?

21  A  A property management company.

22  Q  Okay. Now, prior to August 2003, how long did you have

23  this account?

24  A  Maybe two years.

25  Q  Okay. And if you can tell, if you know, off the top of

8 (Pages 26 to 29)

Page 30

1  your head --
2  A  Maybe longer.
3  Q  All right.  Approximately two years, maybe a little
4  longer?
5  A  Correct.
6  Q  If you know -- and if you don't know, that's fine --
7  what kind of income were you generating from this particular
8  account in August 2003?
9  A  2500 a month.  24 or 25.  I'm not sure.  It's been --
10 Q  All right.  That's fine.  Now, with regards to the day
11 in question, August 13, 2003, your recollection is, of
12 course, that Henry was helping you on that particular day?
13 A  He had already left.
14 Q  He had already cleaned the bathrooms?
15 A  Correct.
16 Q  And he had left?
17 A  Correct.
18 Q  Now, the bathrooms are located where?  By the way, is
19 there upstairs, downstairs?
20 A  Upstairs bathrooms, too.
21 Q  So Club Yuraku Cho is located on the ground floor,
22 correct?
23 A  Correct.
24 Q  And there are businesses that are located on the ground
25 floor as well as on the second floor?

Page 31

1  A  Correct.
2  Q  And there are bathrooms on both up and down -- I mean,
3  both levels?
4  A  Correct.  It's only a handicap bathroom downstairs.
5  Q  Okay.  Your recollection is you arrived on the day of
6  the incident around six o'clock that evening, correct?
7  A  Uh-huh.
8  Q  Is that right?
9  A  Yes.
10 Q  And upon arriving, why don't you tell me what happened.
11 A  I just checked the property, see that, you know,
12 everything was okay.  I may have cleaned up a little bit in
13 some areas.  I saw that the bathrooms were clean.  I may
14 have done a little work in the bathroom, maybe paper towels
15 or something.  I'm not sure.  Seeing that everything was
16 okay, I was on my way to leave.
17 Q  Okay.  And then what happened next?
18 A  Passing — passing by Yuraku Cho, passing by the door,
19 this was about -- this was prior to 6:30 p.m., I was
20 motioned to come in by an acquaintance.
21 Q  And who was that?
22 A  Donald Minnell.
23 Q  And who is Mr. Minnell?
24 A  He is a former policeman.  I thought he was working for
25 the Department of Health.  He and I have smoked -- he likes

Page 32

1  cigars, and at the time, so did I, and I still do
2  occasionally, but not like before.  But he called me, and
3  showing me a cigar, so I went in, had a few beers and some
4  cigars with him.
5  Q  What time would you say it was when you entered the bar
6  that night?
7  A  Between 6:15 and 6:30.
8  Q  Okay.  And how many people -- if you can recall, just
9  give me an estimate, how many other patrons, aside from
10 Mr. Minnell, were in the bar?
11 A  There were four individuals sitting on the table
12 against the mauka wall.
13 Q  Anybody else?
14 A  No.
15 Q  How many employees, if you can remember?
16 A  Well, I don't know if they're employees.  There was
17 Joann, who was, I thought, a customer.  I later found out
18 that she's supposed to be an employee.  There was Aunty
19 Patty bartending, and Harry was there, also.
20 Q  Harry Nakaki?
21 A  Yes.
22 Q  Harry Nakaki is the owner of the bar, right?
23 A  As far as I know, yes.
24 Q  Aunty Patty, do you know her name?
25 A  Her last name is --

Page 33

1  Q  If you know.
2  A  I don't recall her last name.  I just call her Aunty
3  Patty.
4  Q  She is what over there?
5  A  Bartendress.
6  Q  And this woman named Joann, what did she do there, if
7  you know?
8  A  I always thought she was just a customer or a friend of
9  Harry's.
10 Q  And the four individual patrons would be -- were they
11 people you knew or --
12 A  No.
13 Q  Can you describe them?
14 A  Well, I know their names now.
15 Q  Okay.  These are the four officers who were there?
16 A  Yes.
17 Q  Anybody else there besides them?
18 A  Not that I remember.
19 Q  So yourself, Mr. Minnell, the four officers, and Joann,
20 Aunty Patty and Mr. Nakaki?
21 A  Yes.
22 Q  Tell me -- this was August, right, of 2003?  Was it
23 sunny outside or already dark by the time you were there?
24 A  Dusk.
25 Q  Dusk.  So when you get into the bar, where were you

9 (Pages 30 to 33)

Page 34

1  seated?
2  A   Seated at the bar with Donald.
3  Q   So you were seated at the bar, the bar area. And where
4  were the four officers seated?
5  A   Let me show you on the --
6  Q   Sure. Why don't you do that. Why don't you just point
7  to it first.
8  A   We were seated here, and the four offices were sitting
9  here, on one of the tables (indicating).
10  Q   All right. I'm going to ask you to put an X, first of
11  all, where you and Mr. Minnell were sitting.
12  A   Okay. X and O (marking).
13  Q   That's fine. Why don't you put down police officers
14  where the police were sitting.
15  A   (Marking).
16                  (Deposition Exhibit 1 was
17                  marked for identification.)
18  Q   (By Mr. Tanaka) I'm going to just put number one on
19  this diagram, because we probably going to use more than
20  one. So diagram number one --
21      MR. TANAKA: And by the way, for the record, diagram
22  number one was a diagram that was made by Mr. Souza before
23  the deposition.
24  Q   (By Mr. Tanaka) Which is a diagram of what? Just to
25  tell us in general.

Page 35

1  A   Overhead view of Club Yuraku Cho and the immediate
2  surrounding area.
3  Q   And then looking at the diagram, you have a box where
4  you have the bar and kitchen, that would be the Club Yuraku
5  Cho, correct?
6  A   Correct.
7  Q   And below that, you have these boxes. These are
8  parking stalls, right?
9  A   Correct.
10  Q   And to the left side is like an open area with a
11  circle. What is that circle?
12  A   That's the courtyard where the banyan tree is at.
13  Q   And you have, above the bar area, you have one, two,
14  three boxes with doors. What is that?
15  A   Those would be the restrooms.
16  Q   And Aala Street is to the right of the diagram,
17  correct?
18  A   Correct.
19  Q   And Beretania is to the top of the diagram?
20  A   Right.
21  Q   And I put number one in the upper left-hand corner,
22  just because it's the first exhibit we'll use. So you've
23  indicated with an X and O where you and Mr. Minnell were
24  seated when you first got into the bar?
25  A   Yes.

Page 36

1  Q   And the officers were seated in the area behind you --
2  I assume behind you.
3  A   Correct.
4  Q   And is that a table or a booth?
5  A   I think there's a long bench along the wall with tables
6  in front of it. I don't think there's any booths in there.
7  Q   What happened next? You and Mr. Minnell were sitting
8  there. There were four males?
9  A   Uh-huh.
10  Q   Is that correct --
11  A   Yes.
12  Q   -- sitting behind you?
13  A   Yes.
14  Q   Tell us what happened next.
15  A   We were smoking cigars and talking with Aunty Patty,
16  finding things to laugh about, just enjoying a cigar and a
17  few beers.
18  Q   Who bought the beers? You yourself or Mr. Minnell?
19  A   Probably both of us.
20  Q   How many beers did you have while you were sitting at
21  the bar area?
22  A   Throughout the night?
23  Q   I don't know. Yeah, okay, throughout the night.
24  A   I don't recall exactly how many, but up until the
25  incident occurred, maybe six, eight.

Page 37

1  Q   So up until the altercation --
2  A   Correct.
3  Q   -- about six to eight beers you had consumed?
4  A   Correct.
5  Q   Anything else you drank besides beer?
6  A   You know, Aunty Patty has a way with us. Like you
7  said, you've been there. She'd often pass us shots of
8  Tequila. I don't know if she did that night. I know I
9  didn't order any. She may have, she may have not.
10  Q   Is it your recollection that, whether or not you
11  ordered or not, that you had, in fact, consumed any Tequila
12  that night?
13  A   I don't remember if I did or not. I don't recall.
14  Q   You said that Aunty Patty has a way. It sounds like,
15  you know, you -- how many times had you stopped into the bar
16  before this incident? Many times?
17  A   Many times.
18  Q   Is that something you did normally, that you would stop
19  in whenever you were at the site?
20  A   No. Depends on who was in there, what was going on.
21  Q   On average, give me an average, if you can, as to how
22  many times you would frequent Yuraku Cho on any given week,
23  on average?
24  A   There would be weeks I wouldn't go.
25  Q   Sure, I understand.

10 (Pages 34 to 37)

Page 38

1    A    And there might be some weeks I might go three times.
2    It just depend on the mood or the situation, what else I had
3    to do, if it was the last account I was going to visit that
4    day, if I was on my way home.
5    Q    Can you give me an average as far as, let's say, in a
6    given month then?
7    A    That's as close as I can say.  In a given month, maybe
8    five, six times.
9    Q    And so you were familiar with Aunty Patty as far as
10   being a bartendress, and she knew who you were?
11   A    Yes.
12   Q    And in the past, you've indicated sometimes she would
13   have a way with you guys, you said, that's what you said,
14   where she would pass drinks to you, correct?
15   A    There were times that she would do that.  She
16   wouldn't -- she'd give us a beer and not take the money, or
17   else she might put out a couple shots of Tequila.  It
18   wouldn't be unusual for her to do that.
19   Q    Okay.  You just can't remember whether or not she had
20   bought you any drinks that night as far as shots of Tequila?
21   A    No, I don't remember.  It wasn't a regular thing.
22   Depends on her mood, I would suppose.
23   Q    From the time you entered the bar till the time the
24   incident occurred, how much time had passed?
25   A    My recollection is it happened sometime between nine

Page 39

1    and ten.  I don't know if I should -- if I can be more
2    specific than that.
3    Q    That's fine, that's fine.  Now, were you having drinks
4    and smoking cigars with Mr. Minnell during that entire
5    period of time?
6    A    I may have continued smoking a cigar.  I think we had
7    two that night.  I'm not sure.  But I didn't finish both of
8    them.  I may have finished one later, kept putting it out,
9    or whatever.  But, no, Donald left sometime around -- geez,
10   I'm going to say 8:00, 8:30.  I don't wear a watch when I'm
11   working.
12   Q    Your best estimate is between 8:00 to 8:30?
13   A    Yes.
14   Q    Okay.  And as far as after Mr. Minnell left, were there
15   any other patrons that came into the bar?
16   A    Not to my recollection, no.
17   Q    So did you remain in that area where you were seated
18   with Mr. Minnell during that period of time?
19   A    Yes.
20   Q    The four individuals -- the four males, did they remain
21   in the area that they were sitting, at least up until the
22   time Mr. Minnell left?
23   A    Well, I would suppose that we were going to the
24   bathroom occasionally.
25   Q    Okay.  But aside from that?

Page 40

1    A    No, they stayed at the same place, we stayed at the
2    same place.
3    Q    Why don't you put, on this diagram number one, an M
4    with a circle and an F with a circle, so we know where the
5    men's restroom is and women's bathroom is.
6    A    You want an H for the handicap?
7    Q    Yeah, that's fine.  Put circles around them so we know
8    that's the restrooms.
9    A    (Marking).
10   Q    You've indicated M, H and F with circles for the
11   restrooms for the facility, correct?
12   A    Uh-huh, yes.
13   Q    And these bathrooms are located, of course, on the
14   outside of the bar, right?  To get to the bar, you would
15   have to go out the bar, turn to your right, and then you
16   access the bathroom, right?
17   A    To get to the bathrooms, you mean?
18   Q    Yes, yes.
19   A    Yes, you would.
20   Q    And I may have misspoke.  If you were in Club Yuraku
21   Cho, to get to the restrooms, you would have to exit the
22   club, turn to the right, walk down, and then you would come
23   upon the bathrooms?
24   A    Yes.
25   Q    And these restrooms, are they left open during the --

Page 41

1    when the bar is open?
2    A    No, no.
3    Q    Is there a key?
4    A    They have a key.
5    Q    Do you remember going to the bathroom at all before
6    Mr. Minnell left that night?
7    A    I'm sure at least once or twice.
8    Q    All right.  Do you remember where you had your vehicle
9    parked on this day?
10   A    Yes.  But I wouldn't be able to show it on this map.
11   It was on the mauka side of the parking lot.
12   Q    Okay.  Now, on the mauka side of the parking lot, is
13   that where the credit union is?
14   A    Correct.
15   Q    So your vehicle would have been parked along the credit
16   union side of the parking lot?
17   A    Correct.
18   Q    Now, you indicated Mr. Minnell left between 8:00 and
19   8:30 p.m.  You continued to drink at the bar, I mean, you
20   stayed at the bar, right?
21   A    Yes.
22   Q    Did you -- what do you remember happening from the time
23   that he left to the time of the alleged altercation?
24   A    Just -- actually, I think they were -- they may have
25   been singing that night.  Maybe they weren't.  But, you

11 (Pages 38 to 41)

Page 42

1  know, music is playing, and talking in general. And Aunty
2  Patty finding things to laugh about, or talking to Harry,
3  talking to Joann.
4  Q   Your recollection is that, during that period of time
5  after Mr. Minnell left, that you were conversing with Joann,
6  Patty or Mr. Nakaki?
7  A   Uh-huh.
8  Q   Is that right?
9  A   Yes.
10  Q   Do you have any recollection, Mr. Souza, specific
11  recollection, about discussions that you were having with
12  any of those three individuals?
13  A   No, I don't.
14  Q   All right. Now, what do you remember happening next?
15  After Mr. Minnell leaves, you're still at the bar, what
16  happens next?
17  A   There was one thing that happened before Mr. Minnell
18  left.
19  Q   Okay. Why don't you tell us.
20  A   Just as a matter of fact. At one point, Mr. Uehara
21  called out to us and asked us if we were policemen, if we
22  had been policemen, too, which we both answered "yes." And
23  he asked us if we had retired, and we both said "no." And I
24  think the comment he made was, "It figures." We paid no
25  attention. There was a lot of -- one of the policemen was

Page 43

1  taking a lot of verbal abuse.
2  Q   Did you know that they were policemen?
3  A   Yes.
4  Q   How did you know?
5  A   By their attire.
6  Q   They were wearing uniforms?
7  A   They had their uniform pants on and uniform shoes on
8  and either the white undershirt or aloha shirt. They were
9  talking about police work rather loudly. Mr. Uehara was
10  calling -- the Caucasian male's name, the Caucasian
11  policeman?
12  Q   You can just refer to him as that.
13  A   A lot of names.
14  Q   Did you -- was it your impression that the four
15  gentlemen were all police officers?
16  A   Yes.
17  Q   Was it your impression -- how did you arrive at that
18  impression, that all four of them were police officers?
19  A   They all had police pants on.
20  Q   Because of their clothes?
21  A   Their attire and what they were talking about. Just
22  can overhear.
23  Q   Did you arrive at any impression or any understanding
24  as to whether or not they were on duty at the time when they
25  were in the bar?

Page 44

1      MR. KAWASAKI:  At that time?
2      MR. TANAKA:  At that time.
3  A   I didn't know. I didn't know if they were on or off
4  duty.
5  Q   (By Mr. Tanaka)  Did you make any assumptions whether
6  they were on duty or off duty?
7  A   No.
8  Q   But you assumed that they were police officers based on
9  the clothes they were wearing?
10  A   And their conversation.
11  Q   Okay. Now, you said the one officer, Uehara, then
12  yelled something out at you, whether or not you folks -- you
13  or Mr. Minnell --
14  A   Oh, he didn't yell. He just asked.
15  Q   Oh, he just asked.
16  A   He said, "Hey, you guys policemen?" like that.
17  Q   Wasn't like he was yelling at you?
18  A   No.
19  Q   So he just kind of asked the question, and then you
20  both said, "We were police officers," like what you
21  testified to earlier?
22  A   Yes.
23  Q   Now, let me ask you about Donald Minnell. He is
24  somebody you knew from what? How did you know -- get to
25  know him?

Page 45

1  A   Actually, I think I got to know him more from being in
2  the bar, to finding out. Donald is a genuinely nice person.
3  He's a great individual, as far as I know, from speaking
4  with him, you know, in the bar. I think because we -- like
5  everybody else, there's a common bond between law
6  enforcement people who frequent the bar. I know, at one
7  point, while sitting there, Donald and I, because of the
8  language and the way one person was being treated on the
9  table behind us, we commented to each other, "Gee, when we
10  were policemen, it was all cool and not racial."
11  Q   Now, did you -- how many years have you known
12  Mr. Minnell?
13  A   Like I said, probably only a couple years from the bar.
14  Q   You believe him to be a straight -- like you said, a
15  straight up guy?
16  A   Yes, I do.
17  Q   Honest?
18  A   Well, just from knowing him in the bar, he seemed like
19  a pretty nice person.
20  Q   Do you have any opinions as to whether or not he is an
21  honest individual?
22  A   Well, my opinion has changed.
23  Q   In what way?
24  A   His statement is not true.
25  Q   So you don't believe he's an honest individual anymore?

12 (Pages 42 to 45)

Page 46

1  A  Based on his statements regarding this case, no.
2  Q  And what statements were those that you are relying on
3  in arriving at that conclusion?
4  A  His claim that the officers came in after ten.
5  Q  You believe that -- I see.  Your understanding is that
6  Mr. Minnell indicated that the officers arrived at the bar
7  after ten o'clock?
8  A  Yes.
9  Q  That, at least from your recollection, that's not true?
10  A  That's absolutely not true.
11  Q  Any other statements that Mr. Minnell made that led you
12  to believe that he is not an honest individual?
13  A  No, not that I know of.
14  Q  Now, Mr. Minnell leaves at 8:30 -- between 8:00 and
15  8:30.  You remain at the bar.  You're talking with the other
16  three individuals --
17  A  No.
18  Q  -- the employees at the bar?
19  A  Yes, the employees at the bar, yes.  Not the four
20  policemen.
21  Q  Right, right.  You're speaking with the employees at
22  the bar?
23  A  Uh-huh.  Yes.
24  Q  What happens next?
25  A  At one point, the four of them get up to — and exit

Page 47

1  the bar.
2  Q  Okay.
3  A  And from their conversation, it appeared that they were
4  going to go outside to settle whatever they were arguing
5  about.
6  Q  What were they arguing about?
7  A  I can't be specific.  All I remember is Uehara calling
8  the Caucasian officer very derogatory, in very derogatory
9  terms.
10  Q  Like?  Go ahead.
11  A  "You fucking haole.  You fucking panty.  You fucking
12  queer."  Going on and on and on in that manner.
13  Q  Did you turn around and observe what was going on
14  behind you?
15  A  No.  It seemed pretty heated.  I just continued
16  conversing with Aunty Patty and not paying attention.
17  Q  Were you able to overhear everything that they were
18  talking about or just bits and pieces?
19  A  Just maybe bits and pieces.  Sometimes it was pretty
20  loud when he was swearing at the officer.
21  Q  Did you hear the other officer, the Caucasian officer,
22  say anything back?
23  A  He was pretty quiet.
24  Q  Did you hear any of the other males there saying
25  anything bad?

Page 48

1  A  No.  I believe that they may have been neutral in
2  whatever was going on between Uehara and him.
3  Q  So the only person that you can recall hearing saying
4  stuff would be Uehara?
5  A  Correct.
6  Q  How long did this conversation between Uehara and this
7  Caucasian officer go on?
8  A  Well, it started when Donald and I were in there.  And
9  it went on -- I'm sure they were talking about other things.
10  It wasn't my focus of concentration.  I was trying to relax
11  and enjoy a few beers and converse about things in general.
12  Q  Okay.  So the person that you heard the most -- the
13  person that you heard speaking out loud would have been
14  Uehara?
15  A  Yes.
16  Q  Now, at a certain point in time, you said that the four
17  gentlemen got up?
18  A  Correct.
19  Q  And they left the bar?
20  A  Yes.
21  Q  And I think you indicated that you felt that they were
22  going to settle their differences, or something to that
23  effect, outside?
24  A  Or leave.  I really don't know.
25  Q  Did you hear them say anything, "Let's go outside and

Page 49

1  settle this," or anything like that?
2  A  No.  But they all got up and left.
3  Q  So what made you think they were going to settle
4  something outside?
5  A  From the heated discussion, just by the temperament of
6  the discussion and whatever they were saying.  Maybe Harry
7  asked them to go outside and settle it.  I don't know.
8  Q  Do you know that?
9  A  I don't know.  I don't know why they went outside.
10  Q  I just want you to testify as to what you know.  I
11  understand you may be speculating as to some stuff.  But we
12  just want to know what you know.
13  A  I don't know specifically why they went outside.
14  Q  Did you know what their background was, the four
15  gentlemen?  In other words, were they friends?  Were they
16  coworkers?  Anything like that?
17  A  No.  I think the only time I had ever seen any of them
18  before was Mr. Uehara in that bar or Kurabara's.  I may have
19  seen him on the property once or twice or before.  But I've
20  never seen the other officers.
21  Q  So is it a fair statement that you didn't know what
22  their relationship was like, as far as whether they were
23  friends, whether they were working buddies, whether they
24  were business partners?
25  A  From some of the terminology they used, obviously they

13 (Pages 46 to 49)

Page 50

1  were policemen. They were using police terminology.
2  Q   Sure. So you arrived at the conclusion that they were
3  police officers. We established that.
4  A   Yes.
5  Q   But as far as their relationship, other than that?
6  A   I have no idea.
7  Q   Were you able to make any kind of determinations about
8  their relationship by what you could hear them talking about
9  during that evening?
10  A   No, I didn't draw any conclusions.
11  Q   All right. Except that you heard Mr. Uehara use those
12  derogatory slangs or make derogatory statements towards the
13  Caucasian male?
14  A   I'm sure everyone heard it.
15  Q   When you say you're sure everyone heard it --
16  A   It was loud enough. I'm sorry. I heard it.
17  Q   Now, at one point, like you said, they got up and left.
18  You don't know why they were leaving, whether they were
19  going to go home, whether they were going to do something
20  outside. But they got up and they were on their way out?
21  A   Correct.
22  Q   And then what happened after that?
23  A   A few minutes passed, and I was going to go to use the
24  bathroom, so I exited the bar, too.
25  Q   Okay. Let me stop you right there. When you exited

Page 51

1  the bar to go to the restroom, and the four officers, were
2  they -- excuse me. Were the four officers still in the bar,
3  or did they already exit the bar?
4  A   They had left.
5  Q   So when you got up, the officers were already outside?
6  A   Yes.
7  Q   All right. Now, when you're sitting at the bar, you
8  know, earlier, you showed us the diagram number one, you
9  showed the X and the O where you and Mr. Minnell were
10  sitting?
11  A   Yes, I'd be the O.
12  Q   Okay. Your back is facing the officers throughout the
13  whole period of time?
14  A   Yes.
15  Q   So you didn't turn and go look at them and see what
16  they're talking about, or anything like that? You basically
17  minded your own business and just kind of looked forward?
18  A   Gee, I can't tell you if I looked around or not. I may
19  have looked -- it should only be like natural movement, but
20  I didn't look, stare, or in any way -- I really didn't
21  pay much -- I had no concern what they were doing. I just
22  couldn't help hearing what was going on.
23  Q   Okay. What time was it approximately, Mr. Souza, that
24  you and these four officers left the bar?
25  A   Sometime between nine and ten. I don't know.

Page 52

1  Q   So from six o'clock till nine, ten o'clock, you're
2  sitting in that same location?
3  A   Yes.
4  Q   During that period of time, you did talk about the
5  terminology and the language that you overheard Mr. Uehara
6  using, correct? Was that a continuous thing for all those
7  three, four hours? He kept saying it, I mean, just
8  continuously, or just you would hear it, you know, once in
9  awhile? Try and explain that to us so we can understand.
10  A   Like I said, I wasn't paying attention, but it was
11  obvious that their conversation was heated. Most of the
12  time, yes, it went --
13  Q   Up and down?
14  A   Up and down.
15  Q   Did you hear laughter?
16  A   Not that I recall.
17  Q   Did you hear any other discussions that were not
18  heated?
19  A   I don't know. Like I said, I wasn't paying attention
20  too much, I mean, other than what I couldn't help hearing.
21  Q   And when the four gentlemen got up and left the bar,
22  did you actually observe them exiting the bar?
23  A   I think so, because, you know, the door makes noise.
24  So every time the door opens, you look. So I may have seen
25  them go out.

Page 53

1  Q   I don't want you to guess now. If you don't remember,
2  that's fine.
3  A   I'm pretty sure I saw them go out, yes.
4  Q   And when you saw them exit the bar, did you hear them
5  say anything to anybody, like, Mr. Nakaki or Aunty Patty or
6  anybody?
7  A   No, I didn't hear anything.
8  Q   Did you have any discussions, aside from Mr. Minnell,
9  with anybody else in the bar that night about what was going
10  on behind you with the four gentlemen?
11  A   No, I did not.
12  Q   Did you tell anybody else, except for Mr. Minnell, that
13  what's going on with these guys back here or just raised the
14  issue with anybody, like --
15  A   No, I did not, not to my recollection.
16  Q   So the gentlemen leave the bar, the four individuals.
17  How much -- I may have asked this already. I apologize.
18  How much time passed before you actually went and got up to
19  go to the bathroom?
20  A   I don't know. A few minutes at least.
21  Q   Was it your intention to leave for the night, or were
22  you just going to go to the restroom and come back?
23  A   Go to the restroom and come back.
24  Q   You had money on the bar?
25  A   I don't know. I may have had money on the bar. I had

14 (Pages 50 to 53)

Page 54

1  my cell phone on the bar.
2  Q  Normally, what do you do? Do you run a tab or just --
3  A  I just put some money down and -- $20 or whatever.
4  Q  Now, you mentioned earlier it was between -- you had a
5  number of beers when you were sitting at the bar you
6  mentioned, right?
7  A  Correct.
8  Q  What kind of beer do you normally drink?
9  A  Coors Light in a bucket.
10  Q  Okay. Did you have anything to eat?
11  A  Oh, yes, I had breakfast, lunch and dinner.
12  Q  No. While you were in the bar.
13  A  I don't know if Aunty, if Harry, or anybody put
14  anything out. Because I was with Donald, maybe some stuff
15  came out.
16  Q  Now, when you left the bar, your intention was to go to
17  the bathroom. You were going to go out the exit, and then
18  turn to the right, correct?
19  A  Yes.
20  Q  You know what, I apologize. Can you just put the word
21  "exit" over here so that we know. Right there (indicating).
22  A  (Marking).
23  Q  And can you just label it "parking" over here so that
24  we know that's the parking.
25  A  (Marking).

Page 55

1  Q  Okay. Thank you. Now, the intention was to exit, go
2  to the right and go to the men's restroom. What happened
3  when you exited the bar? What did you observe?
4  A  Opened the door, went outside. I could hear voices in
5  the parking lot. Looked to my left and saw that, at this
6  point, Uehara was now pushing the Caucasian male on the
7  shoulder and saying something to him. I couldn't recall
8  what he was saying. I don't remember. I couldn't tell what
9  he was saying.
10  Q  Where were the other two officers?
11  A  Standing nearby, watching.
12        (Deposition Exhibit 2 was
13        marked for identification.)
14  Q  (By Mr. Tanaka) Okay. Without labeling -- I have
15  number two now, for the same diagram, but another version of
16  it. Show us where you observed Uehara pushing the other
17  officer.
18  A  You want me to show you?
19  Q  Just point.
20  A  Right around this area (indicating).
21  Q  Why don't you make a big X where you saw the two
22  officers.
23  A  (Marking).
24  Q  Now, in that area where you have an X with a circle, is
25  that where Mr. Uehara was along with the Caucasian officer?

Page 56

1  A  Yes.
2  Q  And then where were the other two officers?
3  A  Standing in that immediate area.
4  Q  Okay. How far would you have been from the exit to
5  where they were standing, approximately?
6  A  25 feet.
7  Q  Okay. And was it dark?
8  A  Yes. But it's lighted, it's lit.
9  Q  It's lit in the courtyard area, right?
10  A  Uh-huh. There's also a light on this building shining
11  to the parking lot (indicating).
12  Q  So the parking lot was illuminated?
13  A  Yes.
14  Q  You could see clearly what was going on there?
15  A  Yes.
16  Q  And you could hear what they were talking about as
17  well?
18  A  I couldn't hear specifically what they were saying.
19  Q  But what did you observe?
20  A  Just observed and heard, you know, shouts, and
21  Mr. Uehara shoving the haole -- Caucasian on the shoulder.
22  Q  How tall is Mr. Uehara approximately?
23  A  Five nine.
24  Q  And how tall is the Caucasian gentleman?
25  A  I think he's a little shorter, maybe about the same

Page 57

1  height.
2  Q  Around Mr. Uehara's size or a little shorter?
3  A  I suppose, yes, I didn't --
4  Q  What about the other two officers?
5  A  Mr. Rivers is tall, heavy. Mr. Yi is shorter and
6  husky.
7  Q  By the way, you know how many -- do you know what each
8  of these gentlemen, what they were consuming in the bar that
9  night?
10  A  I didn't notice.
11  Q  Do you know if they were consuming alcohol that night?
12      MR. KAWASAKI: No foundation.
13  Q  (By Mr. Tanaka) If you know. I just want to know if
14  you know.
15  A  You know, they appeared intoxicated to me.
16  Q  That's not my question. My question is, do you know if
17  they were consuming alcohol that night?
18      MR. KAWASAKI: That's asked and answered. You didn't
19  know.
20  A  I didn't know.
21  Q  (By Mr. Tanaka) Okay. Now, as far as when you said --
22  what was the last statement you made? They looked
23  intoxicated to you? They did not look intoxicated to you?
24  A  Their demeanor appeared that they had been drinking for
25  some time.

15 (Pages 54 to 57)

Page 58

1  Q  Is it your recollection at least that you had believed
2  them to be intoxicated when they left the bar?
3  A  I can't -- I can't testify on their level of
4  intoxication.
5  Q  I understand.
6  A  I'm just telling you how they appeared.
7  Q  And that's all I'm asking you to tell me.  What did
8  they appear to be like?
9  A  They appeared to have been drinking that night, a
10  little intoxicated at least.
11  Q  Now, when they were standing over there in the parking
12  lot, where you have the X, what specifically did you
13  observe?  Let's get more specific.  You said that you saw
14  Mr. Uehara pushing the Caucasian gentleman, right?
15  A  Uh-huh.
16  Q  Is that right?
17  A  Yes.
18  Q  What happened next?
19  A  I was about to turn and just ignore it and go to the
20  bathroom, and just stood there and looked for a second.  And
21  at that time, Mr. Uehara looked at me and just started
22  shouting at me.
23  Q  What did he say?
24  A  "What?  What?"  I just looked at him, and almost in
25  disbelief, like, now you're turning your attack to me.  I'm

Page 59

1  just -- and I just put my hands out and, you know,
2  (indicating), in a calming way like.  He just ran up and
3  started going off on me.  Just ran up to me and started
4  going off on me.
5  Q  Put a circle here, with your initials in it, to show us
6  where you were standing when you heard Mr. Uehara yelling at
7  you.
8  A  (Marking).
9  Q  Okay.  So your testimony is that where you're standing
10  here, where you have the circle with your initials in it, at
11  that point, Mr. Uehara comes running up to you?
12  A  Correct.
13  Q  And then what happened next?
14  A  He -- not putting up any resistance, I stood there and,
15  you know, like going, "What's the matter with you?"  He just
16  comes running up, he bumps me with his chest, and he shoves
17  me with both hands in my chest, hard.  And then he comes at
18  me again.
19  Q  And then what happened?
20  A  I suppose I hit him.
21  Q  So he comes running up to you?
22  A  (Nods head).
23  Q  And he -- how are you standing?  Are you standing
24  straight up?
25  A  Yes.

Page 60

1  Q  Straight on to him?
2  A  Yes.
3  Q  Facing him directly?
4  A  Yes.
5  Q  What are you thinking when he starts running towards
6  you?
7  A  I don't know what to think.  I'm surprised.  I
8  didn't -- the last thing I thought he would be attacking.
9  Q  And he's running towards you.  Is he saying anything?
10  A  Fucking this, fucking that, what the fuck, nah, nah,
11  nah.  I can't be really specific.  He's just shouting.
12  Q  And you don't retreat back?  You just stand there with
13  someone coming at you?
14  A  I didn't think he was going to attack me or anything.
15  I thought maybe he was going to tell me, "Leave.  Get out of
16  here.  I don't want you to watch."  I didn't know what he
17  was going to do.  I didn't run, no.
18  Q  Okay.  I'm just trying to understand the situation so I
19  can picture it.  When you say he starts coming at you, is he
20  coming at you in a full sprint?
21  A  No.  He's just sort of like -- almost the same way he
22  hit me in the bar, like a fast walk, a skip.
23  Q  We didn't talk about the bar yet, so you got to explain
24  to me what's going on on the outside first, okay.  You said
25  a fast walk and a skip?

Page 61

1  A  Sort of.
2  Q  So he's not walking, but he's not running; is that a
3  fair statement?
4  A  Yes.
5  Q  And he's just coming at you?
6  A  Yes.
7  Q  And then you said he shoved you with two hands?
8  A  He bumped me with his chest pretty hard.
9  Q  So he pushed his chest and bumped you where?
10  A  On my chest.
11  Q  Okay.  So chest to chest?
12  A  Yeah.
13  Q  And then what did you say when that happened?
14  A  "What are you doing?"  In surprise, I don't recall
15  exactly what I'm saying, but you know, "What are you doing?"
16  Q  Did you swear at him?
17  A  I step one back -- I don't know if I did or not.  I
18  took a step back, and then he hit me with hands and then he
19  came at me again.  I took another step back.  He hit me with
20  his hands, and he came at me again.
21  Q  Okay.  Just so that -- because the record, when you say
22  "hit," it connotes something versus shoved.  I just want to
23  make sure the record is clear.
24  A  He hit me with both hands on my chest openhandedly,
25  boom.

16 (Pages 58 to 61)

Page 62

1  Q  Did he push you?

2  A  No.  Hit, boom.

3  Q  So, first, he hits you with his chest?

4  A  Correct.

5  Q  And you moved backwards?

6  A  I stepped back.

7  Q  And then he shoved -- he pushed you, he hit you with

8  his two hands?

9  A  Not shove.  He didn't shove me.  Just hit me.

10  Q  And then what happened to you the first time he hit you

11  with two hands?  Did you fail to the ground?

12  A  No, I took a step back again.  He came at me again, and

13  I hit him.

14  Q  So he hit you with his two hands one time?

15  A  Hit me with his chest once, and he hit me with his two

16  hands once.

17  Q  And then the second time after he hit you with his two

18  hands, you hit him?

19  A  Yes.

20  Q  With which hand?

21  A  My right hand.

22  Q  With open fist or closed fist?

23  A  I'm not sure, because, you know, at that split second,

24  the actual moment of the blow, it wouldn't be unnatural not

25  to actually be conscious of it.  I don't remember actually

Page 63

1  hitting him.  That actual hit, I don't actually remember

2  hitting him.

3  Q  Okay.  Where did you hit him?

4  A  I suppose I hit him in the face.

5  Q  Now, you hit him in the face.  And what happened next?

6  A  He tripped on this curb and on the bumper and fell over

7  here (indicating).

8  Q  Wait now.  Now, you're pointing to the area by the

9  parking lot?

10  A  Yes.

11  Q  I guess I'm a little confused.  Maybe I'm missing

12  something.  You know where you have your initials on diagram

13  number two with the circle, that's where you were standing,

14  correct?

15  A  Yes.

16  Q  Now, your testimony is that, so far has been, and you

17  can correct it, is that when you turned over and looked at

18  Mr. Uehara, where he was pushing the haole guy, that, at

19  that point, Mr. Uehara looked at you and came towards you?

20  A  Yes.

21  Q  Did you go towards him?

22  A  I don't believe so.

23  Q  How did you get to that area between where you were

24  standing and the parking lot?

25  A  I didn't get there.  That's where he went.  He tripped

Page 64

1  off of this, and then, you know, (indicating) finally goes

2  down.

3  Q  Where you were standing, how many feet would you say

4  you were from the front door where you were standing when

5  you first saw them?

6  A  How many feet from the front doorway?  Which way?

7  Q  Well, I mean, you're in this door area here where you

8  have your circle with your initials in it.  How many feet

9  away from the door is that?

10  A  Three, four feet.

11  Q  From that point where you're standing to where

12  Mr. Uehara trips, how far is that?

13  A  Maybe ten.

14  Q  So your testimony is, after you hit him, Mr. Uehara,

15  that he -- your striking of him caused him to go back ten

16  feet and then trip over the parking area?

17  A  I'm not sure how far the distance is, but that's where

18  he fell.

19  Q  So you struck him.  After he hit you with his two

20  hands, you struck him in the face, correct?

21  A  I believe so, yes.

22  Q  And you cannot remember whether it was open hand or a

23  fist; is that right?

24  A  My whole hand hurt later.  So I don't know if it was --

25  I'm pretty sure -- probably a punch.

Page 65

1  Q  Okay.  And then that punch caused Mr. Uehara to, what,

2  go straight backwards and fall?

3  A  He stumbled backwards and then off the curb and off the

4  bumper.

5  Q  When you talk about the bumper, try explain what you

6  mean.

7  A  It's the little asphalt bumper for the tires of the

8  car.

9  Q  So where the tire stops?

10  A  Yes.

11  Q  Your punch caused him to be pushed backwards, he

12  stumbled backwards and fell to the ground over the bumper?

13  A  Yes.

14  Q  And when he fell to the ground over the bumper, what

15  happened next?

16  A  I didn't go after him.  I was, like, in shock, what had

17  just happened.

18  Q  What did you say?

19  A  I didn't say anything.  He was the one who was saying

20  things.  For a few seconds, he didn't say anything at all.

21  I was scared, because he had hit the ground pretty hard, and

22  he wasn't moving.  And then shortly thereafter -- well,

23  immediately, the Caucasian male went to his aid, and the

24  other two officers -- the other two, Yi and Rivers, just

25  picked me up and slammed me against the wall.

17 (Pages 62 to 65)

Page 66

1  Q  So they came running from where this X is over to you,
2  the two officers?
3  A  Correct, correct.
4  Q  And the Caucasian officer attended to Mr. Uehara, who
5  was on the ground?
6  A  Yes.
7  Q  And now Mr. Uehara being on the ground now, you said
8  you were a little concerned because he hit the ground hard,
9  right?
10 A  Yes, seemed that way.
11 Q  Did he get up?
12 A  Not immediately, no.
13 Q  Okay. When all this was going on, right before this,
14 were you inebriated?
15 A  Was I drunk?
16 Q  No. Were you inebriated? In other words, were you
17 feeling the effects of the alcohol that you had consumed
18 that evening?
19 A  Not to my knowledge.
20 Q  You didn't feel at all inebriated?
21 A  I don't think so.
22 Q  Okay. So Mr. Uehara is lying down on the ground, the
23 Caucasian officer is assisting him, and the two other
24 officers come towards you, correct?
25 A  Yes.

Page 67

1  Q  And then what do they do when they come towards you?
2  A  They basically lift me and slam me against the wall.
3  My feet were barely touching the ground. At times, it
4  wasn't.
5  Q  Which wall? Show me which wall. Point to it.
6  A  This wall. They slammed me against this wall, right
7  here (indicating).
8        (Deposition Exhibit 3 was
9        marked for identification.)
10 Q  (By Mr. Tanaka) I'm going to ask you to do this. This
11 is number three, okay, diagram number three. On diagram
12 number three, if you don't mind, put down U, with a circle,
13 where Mr. Uehara was lying down, and then put down where you
14 are now against the wall. And put two circles where the
15 other officers are. You understand?
16 A  No, I don't. You said to put me over here
17 (indicating)?
18 Q  No, put down --
19 A  I was here (indicating).
20 Q  First of all, don't mark yet. Let me explain. You
21 know where you said the two officers grabbed you, lifted
22 you, and put you against the wall, right, I want you to
23 diagram where you were against the wall. That's number one.
24 Why don't you do it with a circle and put your initials in
25 it.

Page 58

1  A  (Marking).
2  Q  And then put two X's next to that circle to indicate
3  where the two other officers were.
4  A  (Marking).
5  Q  Now, in the parking lot area, if you don't mind, put a
6  circle with a U in it, for Uehara, to show us where he was
7  on the ground.
8  A  (Marking).
9  Q  And then put another X to show where the Caucasian
10 officer was.
11 A  (Marking).
12 Q  Okay. Thank you. Now, the two officers come and they
13 grab you; is that right?
14 A  Yes.
15 Q  And what do they do? Do they actually lift you off the
16 ground?
17 A  Pretty much, yes.
18 Q  When you say "pretty much," what do you mean by that?
19 Did they push you, shove you, punch you?
20 A  I had no footing. I had no footing. They just picked
21 me up and slammed me against the wall.
22 Q  What part of the body did they grab you with? Their
23 hands on your --
24 A  My upper torso. They just -- under arms. And I had my
25 arms down. I was complacent at the time. I was not putting

Page 69

1  up any resistance. I did not go after Mr. Uehara. I was in
2  shock at what just happened. I couldn't believe that, at
3  that place, somebody would attack me.
4  Q  Could you believe that you had -- that you punched
5  somebody and put him on the ground?
6  A  I don't know if it was just from the force of the blow.
7  He -- I know he tripped over the bumper and the curb. He
8  lost his footing.
9  Q  Okay. After the two officers had put you against the
10 wall, what happened next?
11 A  They were powering me against the wall. They weren't
12 just holding me against the wall. They were like, you know
13 -- I don't know what they were trying to do. They were
14 actually hurting me, but not by punching. They were kneeing
15 me a little bit, getting their head under my chin. More or
16 less really pressing me against the wall.
17 Q  Did you shout out for help?
18 A  No, I just told them, "Stop. You folks can't do this."
19 And they telling me, "No, you can't do that." You know, I
20 says, "You folks can't do this." They says, "No, you can't
21 do that." I said, "You saw him run up to me and hit me
22 twice. Let me go or arrest me." I told them. I said, "You
23 can't do this. You can't restrain me and start beating me
24 unless you going to arrest me."
25       In a matter of seconds, Mr. Uehara started shouting

18 (Pages 66 to 69)

Page 70

1  that, "Oh, he sucker punched me. He sucker punched me. He
2  sucker punched me." And he still didn't get up.
3      In a matter of two, three minutes, you know, they had
4  calmed down, they let me down. They were still, you know, I
5  guess not knowing what to do. And I asked, you know, "I
6  want to go home. I just want to go home." You know, "I
7  want to go home."
8  Q  Okay.
9  A  "I'm done."
10 Q  So what happened next? They put you down?
11 A  No. They wouldn't let me leave. I asked them, "Can I
12 go back in the bar?" They says, "Okay, you can go back in
13 the bar." But Rivers goes in, he stays with me, never
14 leaves my side.
15 Q  So let me stop you right there. How much time had
16 passed from the time that you and Mr. Uehara had the
17 altercation to the time that you were able to go back in the
18 bar?
19 A  No more than five minutes.
20 Q  So you were against the wall for how long?
21 A  Several minutes.
22 Q  And then the officers put you down and let you go?
23 A  Oh, no, they immediately had me up against the wall,
24 feet barely touching the ground. But in me shouting to
25 them, they kind of like came to their senses and let me

Page 71

1  down.
2  Q  So that was something that happened right away?
3  A  Yes.
4  Q  And you were there, standing against the wall still?
5  Did they still have their hands on you?
6  A  Yes.
7  Q  Throughout that whole period of time?
8  A  I'm pretty sure, yes. I didn't have any freedom of
9  movement.
10 Q  Did you try to move away?
11 A  I offered no resistance.
12 Q  My question is, did you try to move away?
13     MR. KAWASAKI: If you recall.
14 A  I don't recall. I don't know if — I didn't try to get
15 away. I'm just asking them, "Let me go."
16 Q  (By Mr. Tanaka) But your testimony is — and I'm not
17 trying to trick you or harass you. I'm just trying to find
18 out what happened, right. You're against the wall, you
19 said. They push you against the wall, and they hold you up
20 where your feet are barely touching the ground.
21 A  Correct.
22 Q  And you said they came to their senses right away, they
23 let you go, they put you down, right?
24 A  They let me down.
25 Q  Okay. And then they let you go, right?

Page 72

1  A  No, they didn't let me go. They kept their hands on
2  me, not knowing —
3  Q  So my question from that point is, did you try and walk
4  away?
5  A  Of course, I'm trying to get out of their immediate
6  control, but backwards.
7  Q  Well, is your back against the wall?
8  A  Well, you know, there's all kind of turning and stuff
9  going on.
10 Q  So you were trying to move out of the way?
11 A  Yes.
12 Q  And were they holding you back?
13 A  Yes.
14 Q  Okay. Did you try — did you tell them?
15 A  All the time we're talking, and I'm telling them, "Let
16 me go. Let me go. You can't do this. You can't do this."
17 Q  Now, did you tell the Internal Affairs Division people
18 that you were being withheld against your will?
19 A  I don't know if I used those words.
20 Q  Did you tell them that the officers were holding you
21 and restraining you and not letting you go?
22 A  I believe I did. I don't know.
23 Q  You're sure?
24 A  I don't recall if I went that — if I was that
25 specific. I answered their questions. I don't know if —

Page 73

1  If that was stated or not.
2  Q  Okay. Did you feel that you were held against your
3  will at that point in time?
4  A  Yes.
5  Q  And then, eventually, you said, within five minutes,
6  you were let go?
7  A  I was allowed back into the bar. I wasn't let go. I
8  was never left alone.
9  Q  And when you went back into the bar, who accompanied
10 you back into the bar?
11 A  Mr. Rivers.
12 Q  What part of the bar did he accompany you to?
13 A  The other side of the telephone pole now.
14 Q  Show me, point.
15 A  (Indicating) Well, there's a telephone pole right —
16 you know, about this part of the bar. And I believe I went
17 to this side of the pole after — after the incident. I'm
18 not specifically sure.
19 Q  Okay.
20 A  But I believe I went to the other side of the pole.
21         (Deposition Exhibit 4 was
22          marked for identification.)
23 Q  (By Mr. Tanaka) Okay. I have diagram number four now,
24 Mr. Souza.
25 A  Yes.

19 (Pages 70 to 73)

Page 74

1 Q   This is a diagram, the same diagram again, but the
2 time-wise, it's now when you were being escorted back into
3 the bar. And I want you to put an X -- I'm sorry -- put a
4 circle with your initials again as to where you were taken
5 or where you went to after you returned to the bar.
6 A   (Marking).
7 Q   Okay. And you said another officer, one of those four
8 gentlemen, also accompanied you into the bar?
9 A   More like escorted.
10 Q   Okay. Where was that? Where was he standing or
11 sitting?
12 A   (Marking).
13 Q   And you indicated that with a circle with an X, right?
14 A   Yeah.
15 Q   The circle with your -- wait, don't mark now -- the
16 circle with your initials is where you were standing?
17 A   I wasn't sitting. I was standing, half standing, half
18 sitting.
19 Q   All right. When you got back into the bar, where were
20 the other three officers?
21      MR. KAWASAKI: If you know.
22 Q   (By Mr. Tanaka) If you know, yeah, if you know.
23 A   They were outside.
24 Q   Could you see them?
25 A   No.

Page 75

1 Q   Okay. You're standing, half seated, half standing, at
2 the bar?
3 A   (Nods head).
4 Q   And the other officer is doing what next to you?
5 A   Telling me I can't leave.
6 Q   Okay. Which officer was that, by the way?
7 A   Rivers.
8 Q   And then what happens when you -- what happens next?
9 A   I'm asking them -- you know, "When will I be able
10 to leave?" And he said, "Just wait. Just wait. You can't
11 leave yet. Just wait." This went on and on for some period
12 of time.
13 Q   Did he tell you why you couldn't leave?
14 A   No, he didn't.
15 Q   Did you ask him why?
16 A   Yes. He just said, "You can't leave yet."
17 Q   And did you ask to call the police?
18 A   No. They were there.
19 Q   I mean, on duty police.
20 A   No. I would think the bar would have done that. I --
21 I was scared. At that point, I was really scared, okay. I
22 was, number one, scared about Mr. Uehara, whether or not he
23 was okay. Number two, I was scared about my own safety, and
24 I wanted to just go home. I was denied that.
25 Q   You were afraid of whether Mr. Uehara was okay?

Page 76

1 A   I wanted to make sure he was all right.
2 Q   Because he was on the ground, you mean?
3 A   Yes.
4 Q   I see. All right. Now, what happened after that?
5 You're standing there with Mr. Rivers. And what happened
6 next?
7 A   Officer Key, Mr. Key -- I mean, Mr. Yi goes in and out
8 several times, because of the door, you know what I mean, he
9 comes in, he comes in, he goes out, comes in, goes out,
10 comes in, goes out. And at one point, within ten minutes of
11 the altercation outside, Mr. Yi comes in, and he's on the
12 right-hand side of me -- I mean, the left-hand side of me as
13 I face the bar, and he stays there.
14 Q   So now you have Mr. Yi on one side of you, and then
15 Mr. Rivers on the other side of you?
16 A   Yes.
17 Q   And they're standing?
18 A   Yes.
19 Q   Okay. And which way are you guys facing now?
20 A   I'm facing the bar. I may have asked Aunty Patty, you
21 know, to bring my drink over here.
22 Q   So did you continue to drink while you were there with
23 them?
24 A   I was trying to relax. Yes, I may have took a couple
25 sips.

Page 77

1 Q   Okay. And then what happened?
2 A   The door opens again.
3 Q   The front door of the bar?
4 A   Yes.
5 Q   Okay.
6 A   And I see Mr. Uehara now yelling, shouting, "You
7 fucking Portagee, fucking," nah, nah, nah. And so, again,
8 he's coming quickly, so I turn to defend myself again. And
9 at that point, the two officers pin me against the bar and
10 allow him to run up and hit me very, very hard on the face.
11 Q   Okay. So at this point now, the two officers who are
12 next to you are holding on to you, pinning you in what way?
13 Explain.
14 A   When I turned around, they pinned me. You want me to
15 demonstrate?
16 Q   You can just show me, yeah, from right there.
17 A   I need somebody else.
18 Q   You can use your attorney then.
19 A   (Indicating) Like you stand and turn. And then what
20 they did was this. They had my arm like this. They had one
21 leg inside here, and like this, they held this arm down.
22 And the same side, the other guy was holding my hand down,
23 while he ran up and hit me. I couldn't move at all.
24 Q   So what you demonstrated for us is that the officers
25 had one arm around your neck -- I mean, around your chest,

20 (Pages 74 to 77)

Page 78

1  over your shoulder, and then the one leg around your leg.
2  And the other officer did the exact same thing from the
3  other side?
4  A  Correct.
5  Q  So they were holding you against -- with your back
6  against the bar?
7  A  Yes.
8  Q  And then your testimony is that, at that point, Officer
9  Uehara comes running in?
10  A  Running up. He was already in at that point.
11  Q  Okay. And he hit you?
12  A  Very hard, yes.
13  Q  Where?
14  A  Right here (indicating).
15  Q  On your left cheek?
16  A  Yes.
17  Q  Open fist, closed fist?
18  A  No, closed fist.
19  Q  And then what happened at that point?
20  A  I became very dizzy. I urinated my pants. I lost all
21  feeling on my left side. My lips swelled and bled. I
22  thought I was going to lose consciousness. I really felt
23  like I had a stroke. At that point, I don't know how I got
24  the strength, but I just, you know -- upon just prior to
25  receiving the blow, I real loud yell, because there's

Page 79

1  nothing I could do. But I almost collapsed. And using my
2  right leg (indicated), I just screamed. Officer Yi either
3  let go or came off, but he went to Mr. Uehara, who was now
4  against one of the tables, and took him out.
5  Q  Took him outside?
6  A  Yes. And Mr. Rivers spun me around and took me into
7  the kitchen.
8  Q  Okay.
9  A  Really scared at that point.
10  Q  And then what happened next?
11  A  I'm worrying about my physical well-being, and I keep
12  asking him to let me go again. And again he says, "You
13  can't leave. You can't leave. Not yet. Not yet." And I'm
14  worried about what's coming next. I'm in the kitchen, and
15  there's a lot of kitchen apparatus around me, knives,
16  cleavers, all kinds of things. I was really afraid, and I
17  begged him to let me go home.
18  Q  Where was Mr. Nakaki during all this time?
19  A  I didn't see him.
20  Q  What about Aunty Patty?
21  A  Aunty Patty and Aunty Joann -- I mean, Aunty Patty and
22  Joann, when he hit me, my head flew this way. And I saw the
23  two of them in a horror-type gasp and scream, they screamed.
24  Q  You were demonstrating that your head went to your
25  right?

Page 80

1  A  I'm sorry. My right.
2  Q  Your right?
3  A  Right. I got hit this side and went that way where
4  they were.
5  Q  Okay. So Mr. Uehara came into the bar, came around,
6  and hit you on your left side of your face, correct?
7  A  Correct.
8  Q  Yeah?
9  A  Right here (indicating).
10  Q  And then that caused your face to turn to the right?
11  A  Correct.
12  Q  All right. And when you turned to the right, that's
13  when you saw Aunty Patty and Joann --
14  A  Yeah.
15  Q  -- with the horror look on their face?
16  A  And scream. They screamed.
17  Q  On diagram number four, point to me where they were
18  standing when you saw them, just point first.
19  A  Aunty Patty was here, and I think Joann was on that
20  side (indicating).
21  Q  Draw two circles for me, one with P and one with J.
22  A  (Marking).
23  Q  Thank you. What happened after that? You're in the
24  kitchen now?
25  A  Uh-huh.

Page 81

1  Q  Officer Rivers takes you into the kitchen, correct?
2  A  I'm asking him for ice, and he won't give it. He just
3  asking me to wait, be patient. And at times, he had both of
4  his hands on my shoulder, "Just take it easy. Take it easy.
5  Just wait. Just wait." He was going round and round about
6  that. Finally, after a few minutes goes by, he says, "Okay.
7  You can leave." So I grab some ice from my drink, put it in
8  my mouth, and went home.
9  Q  Did you have any other drinks after you were released
10  by Mr. Rivers?
11  A  No.
12  Q  Did you have any discussions with either -- with any of
13  those four officers after you were released by Mr. Rivers?
14  A  Yes. I said, you know, "I'm afraid to go outside."
15  They says, "Don't worry. He already left. We watched him
16  turn right and go up the street."
17  Q  And when you say, "He already left," what did you
18  understand that to mean?
19  A  I'm sure they were referring to Uehara.
20  Q  Are you bigger or smaller than Uehara, if you know?
21  A  Probably about the same size. I'm a lot older.
22  Q  Okay. How old do you think Uehara is?
23     MR. KAWASAKI: You didn't want him to guess, right?
24  Q  (By Mr. Tanaka) No, I don't want you to guess.
25  A  I don't know.

21 (Pages 78 to 81)

Page 82

1  Q  But, you know, give me your impression as to how old he
2  is.
3  A  I don't know. I know I was 55 at the time.
4  Q  Okay. Did you believe him to be younger than you at
5  the time?
6  A  Yes.
7  Q  And as far as -- your understanding was that they were
8  saying that Uehara had already left, so you can leave?
9  A  Yes.
10  Q  So your testimony is that, after that discussion, that
11  you left?
12  A  Yes.
13  Q  You didn't sit down and have another drink?
14  A  No.
15  Q  You didn't have any discussions with anybody else in
16  the bar?
17  A  No.
18  Q  Didn't talk to Aunty Patty?
19  A  I talked to Aunty Patty when I went in the bar in the
20  beginning, when -- I mean, after the altercation outside,
21  and Alan -- and they allowed me to go back into the bar, I
22  was speaking to her because she asked me repeatedly what
23  happened, and so I told her several times what happened. As
24  you know, Aunty Patty is pretty much stone deaf in one ear.
25  Q  I don't know that.

Page 83

1  A  Okay.
2  Q  So when you returned to the bar after the altercation
3  outside, you told Aunty Patty what happened?
4  A  Yes. I just said to her that, you know, he hit me
5  twice, I hit him once. I was just telling her that, you
6  know, he hit me twice, I hit him once. I didn't -- I guess
7  everybody at that time was a little bit upset, and I wanted
8  to indicate that I didn't go out there to make trouble, to
9  be nosey, but no other reason than to use the bathroom. And
10  I was attacked, and defended myself.
11  Q  What time was it when you left the club?
12  A  Maybe 10:15.
13  Q  And where did you go? Back to Mililani?
14  A  Yes.
15  Q  When you arrived -- what time did you arrive home that
16  night?
17  A  I'm not sure. I just went straight home.
18  Q  How many -- I know you indicated that, before the
19  altercation, you drank about six to eight beers. But what
20  about in total for the evening, how many beers did you have?
21  A  I don't recall.
22  Q  Okay. And when you got home that evening -- excuse me.
23  Strike that. When you left the bar that evening, after
24  being let go by Mr. Rivers out of the kitchen, were there
25  any other patrons in the bar?

Page 84

1  A  Not that I remember, no.
2  Q  And you said you didn't speak to Aunty Patty. But what
3  about Mr. Nakaki, did you speak to him?
4  MR. KAWASAKI:  This is after he left the kitchen?
5  MR. TANAKA:  Yes.
6  MR. KAWASAKI:  And told he could leave?
7  MR. TANAKA:  Yeah.
8  A  Not that I remember.
9  Q  (By Mr. Tanaka)  What about with Joann?
10  A  I don't know if I said anything to her. I don't recall
11  saying anything. I was in pretty much a state of fright.
12  Q  You leave the bar now. When you exit the bar, is
13  Mr. Rivers still in the bar?
14  A  I don't know if he left. He went outside. They were
15  still outside. The two of them --
16  Q  Who is "they"?
17  A  Rivers and Yi were still outside when I went outside.
18  Q  What about the haole guy?
19  A  I didn't see him. I didn't see him after he was --
20  after he went to Uehara's aid.
21  Q  Okay. When you got home that night, did you inform
22  your wife what happened?
23  A  I believe it was the next day. I may have told her
24  something that night.
25  Q  What did you tell her?

Page 85

1  A  I don't recall specifically. I was treating myself and
2  took a shower and tried to calm down.
3  MR. TANAKA:  Okay. Let's take a short break.
4  (Recess taken.)
5  MR. TANAKA:  Back on the record.
6  Q  (By Mr. Tanaka)  Mr. Souza, I just got to clean up the
7  record a little bit, because I want to make sure I
8  understand correctly everything. Looking at diagram number
9  two, you know, you have down, on diagram number two, the
10  location RS, right? That's where you were standing,
11  correct?
12  A  Yes.
13  Q  And you indicated, in your testimony earlier, that that
14  location you were standing at was right outside the door,
15  about four feet outside of the door; is that right?
16  A  Yes.
17  Q  Now, if we look at the doorway, when you say four feet
18  out, you mean four feet straight out of the door?
19  A  That's what I meant, yes.
20  Q  Okay. You don't mean four feet towards the parking
21  lot --
22  A  No, I don't.
23  Q  -- or four feet towards the bathroom, right?
24  A  No.
25  Q  So where you stood was straight out the door four feet

22 (Pages 82 to 85)

Page 86

1  approximately?

2  A  Approximately.

3  Q  Okay. All I'm trying to establish from you, I'm

4  trying to trick you, I'm just trying to establish whether or

5  not you had come out of the door and gone to the left or

6  gone to the right or keep straight out when you stopped.

7  Straight out pretty much?

8  A  Pretty much, yes.

9  Q  Okay. Now, when you got home that night, I think we

10  left off, and I was asking about whether you told your wife

11  anything that night about what happened, right?

12      MR. KAWASAKI:  He said he didn't recall.

13  Q  (By Mr. Tanaka)  And you don't recall, right. What

14  about as far as what happened that night? When you got

15  home, it was about, what, 11:00 or so, maybe?

16      MR. KAWASAKI:  He didn't recall.

17  Q  (By Mr. Tanaka)  Well, you went straight home, I

18  assume, right?

19  A  Yes.

20  Q  And 10:15 around, you left the bar, right?

21  A  Yes. Around that time. I don't wear a watch when I

22  work.

23  Q  By the way, before I forget, how tall are you?

24  A  Five nine. Maybe getting short.

25  Q  How much do you weigh?

Page 87

1  A  Now? 198.

2  Q  Back then what?

3  A  Gee, I would think hopefully a little lighter.

4  Q  180 something?

5  A  Probably about 195.

6  Q  Okay. Are you trained in self-defense?

7  A  Only from what I learned as a police officer.

8  Q  So you've had some martial arts training in your life

9  then through the police department?

10  A  In the police department, yes.

11  Q  You know, when you got home that night to Mililani,

12  what did you do when you got home?

13  A  I know I took a shower, ate a little more. I'm sure I

14  was pretty -- I had a lot of adrenaline going through me.

15  It wasn't easy to get to bed or anything. I may have stayed

16  up and watched television for awhile. I know I was in

17  considerable discomfort. I put ice on my mouth and tried to

18  lay down because of my neck.

19  Q  And then did you get to bed?

20  A  Eventually, yes.

21  Q  And what happened when you got up in the morning?

22  A  I felt a lot worse.

23  Q  Where?

24  A  I woke up during the night. My neck, I have a very

25  serious preexisting injury.

Page 88

1  Q  In fact, you had an injury to your cervical spine, was

2  it?

3  A  Yes.

4  Q  Lumbar, too?

5  A  No, never had any problem with my lumbar. I do now

6  from that night.

7  Q  But as a result of a previous accident, you had an

8  injury to your cervical spine?

9  A  Correct. I have multiple herniated disks, spinal

10  stenosis, degenerative disk disease, my neck is separated

11  between the cervical and the spine.

12  Q  Who is your orthopedic surgeon?

13  A  I've had several.

14  Q  Who was the last one you had?

15  A  It's in my medical records. I don't remember. Saiki,

16  I think her name is. I can't be specific.

17  Q  This is at Kaiser?

18  A  Yes.

19  Q  You had any kind of cervical fusion type surgeries in

20  the past?

21  A  No, I refused it.

22  Q  Okay. Your injury to your cervical spine was a result

23  of what?

24  A  I've hurt it several times. Once as a policeman, which

25  had a little to do with me resigning and then not

Page 89

1  continuing. Again, in 19 -- 1994, with the wheelbarrow, I

2  yanked this arm and also messed up my spine a little bit.

3  The surgery seemed too radical to me, so I just don't want

4  to do it.

5  Q  I'll get to the medical side in a little bit. But when

6  you got up in the morning, tell me what part of your body

7  was in pain.

8  A  My face, my mouth, my jaw, my neck, my upper back. My

9  lower back was sore. My entire left side felt a lot

10  different.

11  Q  And did you tell your wife then about what happened?

12  A  I don't recall when I told her or what I told her.

13  Q  All right. Did you tell your kids what happened to

14  you?

15  A  Eventually, they found out. I didn't make it a point

16  to tell them.

17  Q  And how did they find out?

18  A  How did they find out?

19      MR. KAWASAKI:  If you know.

20  Q  (By Mr. Tanaka)  How did they find out?

21      MR. KAWASAKI:  Do you know?

22  A  I'm sure they must have heard.

23  Q  (By Mr. Tanaka)  Did you tell them?

24  A  I don't remember specifically telling my children.

25  Q  Were they able to tell by looking at you that you were

23 (Pages 86 to 89)

Page 90

1  injured?
2  A  Oh, they knew something happened.
3  Q  How do you know that?
4  A  My lip was, like, swollen.
5  Q  Okay.
6  A  Blood on my shirt from the night before.
7  Q  So the next morning when you got up, your kids were
8  able to, at least from what you can tell or what you
9  remember, your kids were able to tell that something had
10  happened to you?
11  A  They had already gone to school. They didn't know that
12  day or the next day. I don't know when they found out.
13  Q  Well, I'm trying to understand your testimony. You
14  said -- when I said how did they find out, you said your lip
15  was swollen, you had blood on your shirt. Now, when did
16  they see that?
17  A  I'm sure, when they came home from school, they saw
18  that my lip was still messed up.
19  Q  That day, the next day?
20  A  I would believe so. I don't know if that's when they
21  found out. I didn't make it a point of informing my
22  children.
23  Q  All right. Now, as far as the next day, the day after
24  the altercation, what did you do that day?
25  A  I didn't go to work. I stayed at home all day. I

Page 91

1  rested as much as possible. I was trying to put it all
2  behind me. And found the pain to become increasingly
3  intolerable in my neck and face and my mouth. I tried to
4  eat, but my jaw didn't work properly. I would bite the
5  inside of my mouth. I found it difficult eating. And I
6  rested until the following day, when it became ever more
7  increasingly intolerable, and I went to the doctor.
8  Q  Did you call the police to report this incident when
9  you got home?
10  A  No, I didn't.
11  Q  Why not?
12  A  For no particular reason at all. I just -- I didn't --
13  when I went to the hospital, they called the police, and I
14  told the police then. Why I didn't call them, I don't know.
15  But I can tell you I have mixed feelings about this whole
16  thing. I once was a police officer. I take no pleasure in
17  bringing these kind of charges to any policeman. What they
18  did is what they did.
19  Q  Is it your opinion that they were acting in the course
20  and scope of their duties as police officers that night, or
21  were they acting as individuals off duty?
22  A  I don't know. You'd have to ask them.
23  Q  So you felt that you didn't -- I'm just trying to
24  understand why you didn't call the police.
25  A  I just told you. To this day, I have mixed feelings

Page 92

1  about it.
2  Q  Meaning what? You don't know why you didn't call the
3  police?
4  A  I don't know why. Maybe I should have immediately,
5  maybe even that night or the next day. But when I went to
6  the hospital, because of the nature of the case, an assault,
7  they called the police, and I gave a -- provided them with a
8  statement at that time.
9  Q  When did you go to the hospital? On the 15th, right?
10  A  Friday.
11  Q  Two days after the incident?
12  A  Friday.
13  Q  Right?
14  A  Right.
15  Q  And then you went to the hospital. Was it Kaiser?
16  A  Yes.
17  Q  And how did you get there?
18  A  I drove.
19  Q  Why did you wait so long to go to the hospital?
20  A  Because the pain became increasingly worse. And I
21  realized that it probably wasn't going to go away without
22  treatment.
23  Q  Okay. And when you got to the hospital, was it the
24  emergency room that you were treated at?
25  A  No, clinic.

Page 93

1  Q  Which clinic was that?
2  A  Mililani.
3  Q  Which doctor treated you that day?
4      MR. KAWASAKI: If you recall.
5  Q  (By Mr. Tanaka) Yeah, if you recall.
6  A  I'm not sure. I think his name was Nathan Pang. I'm
7  not sure.
8  Q  And when you went to Mililani Clinic, was it -- was
9  that an internal medicine physician that you were treated
10  by, or was it a urgent care physician?
11      MR. KAWASAKI: If you know.
12  A  It was at the clinic. I think just general physician.
13  I'm not sure.
14  Q  (By Mr. Tanaka) Who was it that recommended that you
15  contact the police?
16  A  I think it's a rule of law for them to call the police
17  on a assault victim.
18  Q  Is that what they told you?
19  A  I don't know. But -- they didn't tell me anything.
20  They just told me that they were going to call the police.
21  Q  So it wasn't you who called the police? It was the
22  Kaiser personnel who called the police?
23  A  Yes.
24  Q  Okay. So the police arrived at Kaiser Mililani to take
25  your statement?

24 (Pages 90 to 93)

Page 94

1   A   Yes.

2   Q   What happened after that?

3   A   Went home.

4   Q   Did you ever know any of those four officers involved

5   in this altercation prior to this evening, the evening of

6   the altercation?

7   A   I have only seen Uehara a couple times.  No, I don't

8   know any of them personally.

9   Q   Aside from Aunty Patty, Joann, Harry Nakaki and Donald

10  Minnell in the bar and the four officers, is there anybody

11  else that you can remember being there?

12  A   No, I don't.

13  Q   Aside from speaking with the police, your attorneys, of

14  course, your wife, your kids, anybody else you spoke to

15  about this incident?

16  A   I'm sure my family knows.

17  Q   Who's that?  When you say your family knows, what do

18  you mean by your family?

19  A   I have a sister here, and I have a brother in the

20  mainland.

21  Q   Anybody else?  Any of your friends that you told about

22  this incident?

23  A   Yes.

24  Q   Who?

25  A   A lifelong friend from work.  His name is Paul deVille.

Page 95

1   Q   Who is Mr. deVille?

2   A   He's my lifelong friend.

3   Q   Is he a policeman?

4   A   No, no, sir.  He's not a policeman.

5   Q   What does he do?

6   A   He's a businessman.

7   Q   What company does he work for?

8   A   I think he has his own company.

9   Q   What is it called?

10  A   I'm not sure what it's called.

11  Q   Where is his company located?

12  A   I think it's in San Francisco or Seattle.  I'm not

13  sure.

14  Q   Not in Hawaii?

15  A   No, no, sir.

16  Q   What have you -- you've had long conversations with him

17  about this incident or just one time you talked to him about

18  it?

19  A   We see each other several times a week, and the least

20  thing we talk about is this.  But he does know.

21  Q   I see.  So he resides here, but his business is in the

22  mainland?

23  A   Yes.

24  Q   Where does he reside?

25  A   Kahala.

Page 96

1   Q   Aside from the statement that you gave to the police

2   department, any other formal recorded statements you've

3   given to anybody?

4   A   Not to my knowledge.

5   Q   Let's talk about your injuries that you sustained.

6   Tell me all of the injuries that you believe you sustained

7   as a result of this altercation.

8   A   The incident greatly exasperated my neck injury.  It

9   caused a lot of injury to my mouth and teeth.  I've never

10  had a lower back problem.  And as a result of this, an MRI

11  was taken of my lower back because, basically, I have no

12  feeling in my left leg, which got increasingly worse until

13  one day I couldn't stand.  That would be L5.  They found it

14  herniated --

15  Q   Your doctors -- I'm sorry.  Go ahead.

16  A   Other than that -- I can't -- the doctors know a lot

17  more about what happened to me.  I suffered a concussion --

18  a mild concussion that night.

19  Q   Who diagnosed the concussion?

20  A   The neurosurgeon -- the neurologist.

21  Q   When was that, that diagnosis came out?

22  A   I can't -- I don't remember.

23  Q   Were you seen by a neurologist or a neurosurgeon at

24  Mililani Kaiser?

25  A   No, no.  Moanalua and downtown hospital.

Page 97

1   Q   And so the doctors from Kaiser told you that, as a

2   result of that incident on August 13, that you had suffered

3   a concussion?

4   A   A slight concussion, a mild concussion, yes.

5   Q   That's what they told you?

6   A   Yes, I believe so.

7   Q   You believe so, or you know?

8   A   Well, I'm sure that's what they said.

9   Q   Okay.  I'm just trying to find out what you remember

10  them telling you.

11  A   You know, I've been to the doctor so many times, I

12  can't recall everything they've said.

13  Q   Okay.  Now, who was your primary care physician for

14  this injury, the injuries you sustained?

15  A   Probably I saw Dr. Won -- Won Bae, B-A-E.  Won Bae

16  Cheng.  Cheng, C-H-E-N-G.

17  Q   Oh, Cheng.  Different Won Bae.

18  A   Not the attorney.

19  Q   All right.  Won Bae Cheng was your physician?

20  A   C-H-E-N-G.

21  Q   And Dr. Cheng is with Kaiser?

22  A   Yes.

23  Q   Internal medicine?

24  A   Physiatrist.

25  Q   Who was the neurosurgeon that you consulted with?

25 (Pages 94 to 97)

Page 98

1  A  That's the one I can't remember her name, Seki, Saiki.
2  Q  What about any orthopedic surgeons?
3  A  Orthopedic surgeons, no.
4  Q  All of your medical treatment for your injuries were
5  provided by Kaiser?
6  A  Except for the dental.
7  Q  And that was Dr. Pruett?
8  A  Yes.
9  Q  You know in your answers to interrogatories, you
10  indicated that you had 13,000 in medical specials, in other
11  words, medical bills. Do you know how you arrived at that
12  figure?
13  A  Maybe I shouldn't have gave that figure, because I
14  don't know the exact figure. I've never totalled that up.
15  That was just a guess.
16  Q  You know, at the time that you had done your
17  interrogatory responses, there was a question about who are
18  your treating physicians, and the only person that at the
19  time was listed was Dr. Pruett, the dentist. But --
20  A  I don't know why it is. I've been going to Kaiser all
21  through this.
22  Q  Okay. So it's been Kaiser then?
23  A  Yes.
24     MR. TANAKA: So we're going to have to get a HIPA
25  authorization to get his medical records. I don't think we

Page 99

1  got them.
2     MR. KAWASAKI: The last time we talked, weren't you
3  going to check if you received them? Because we have the
4  records. I don't know if it was sent over to you previously
5  by his prior counsel.
6     MR. MAYESHIRO: I'd have to double-check.
7     MR. KAWASAKI: Yeah; I don't know if it's there. If
8  it's not, we can provide it.
9     MR. TANAKA: Let's go off the record.
10     (A discussion was held off the record.)
11     MR. TANAKA: Back on the record. Larry, if we don't
12  have the records, I'll ask questions about Mr. Souza's
13  condition now. But if there's additional records that we
14  see, can we just reserve our right to come back, and if we
15  need to, have him deposed only on the medical side?
16     MR. KAWASAKI: Yeah.
17  Q  (By Mr. Tanaka) All right. Now, with regard to your
18  doctors, what have they told you as far as your neck?
19  A  As far as my neck?
20  Q  Right.
21  A  They have the previous MRI's. They have new MRI's.
22  It's a very fragile situation. My disks are actually
23  tugging on my spinal cord. If you look at it, you'll see
24  like it's wavy from being tugged.
25  Q  Have any of your physicians indicated to you that, in

Page 100

1  fact, this incident exacerbated your neck condition?
2  A  Yes.
3  Q  Who told you that?
4  A  As far as I know, Dr. Saiki and Dr. Cheng. I think
5  what they did was put me through another -- I'm not sure
6  what it's called -- the electrical hookup, which is very
7  painful, to determine nerve loss compared to my old records.
8  Q  EMG's?
9  A  Correct.
10  Q  Nerve conduction studies?
11  A  Yes.
12  Q  You ever had any additional MRI's done to your cervical
13  region?
14  A  Yes.
15  Q  When was that?
16  A  After this incident. I can't be specific.
17  Q  Have they been following you on your neck?
18  A  I'm still being treated. I haven't been to the doctor
19  in quite sometime.
20  Q  Why not?
21  A  I still have meds, and, basically, that's how we've
22  decided to treat it.
23  Q  When you say "meds," what do you mean?
24  A  Medication.
25  Q  What kind of medication have they prescribed to you?

Page 101

1  What are you taking now?
2  A  I -- I take Percocet.
3  Q  What else?
4  A  Ibuprofen.
5  Q  Over the counter or prescribed?
6  A  Prescribed, 800 milligrams.
7  Q  Okay. What else?
8  A  There's been different muscle relaxants.
9  Q  Such as?
10  A  I can't be specific. I don't know the names. At one
11  time, they had me on Neurontin, which is an anti-epileptic
12  drug, to deal with the chronic pain. I no longer take that.
13  Q  Were you taking any of these medications before this
14  accident -- before this incident? Excuse me.
15  A  No, not in a very, very long time.
16  Q  So these are anti-inflammatory pain meds, right? So
17  you're being given medication for your pain?
18  A  Correct.
19  Q  What kind of treatment are you receiving for your neck?
20  A  I've had different therapies and what not. But because
21  of the nature of it, it's difficult to treat.
22  Q  What kind of -- what kind of therapies have you been
23  receiving?
24  A  Traction, ultrasound.
25  Q  And that's all through Kaiser?

26 (Pages 98 to 101)

Page 102

1  A   Yes.
2  Q   How often were you going for physical therapy?
3  A   Twice a week. It was a long time ago.
4  Q   When did you stop going?
5  A   When I found it to be too painful to go through that.
6  I can't be specific. I don't recall.
7  Q   Did you decide to stop going to PT on your own, or were
8  you excused from PT?
9  A   I don't remember.
10  Q   Discharged, not excused. Discharged from PT.
11  A   I don't remember. I remember telling the doctors that
12  it only aggravated the discomfort.
13  Q   That was your neck, yeah?
14  A   Yes.
15  Q   What about your mouth and teeth? That was Dr. Pruett
16  who took care of everything for you?
17  A   Correct. Some tooth had come loose. I think he -- or
18  crowns had come loose. And, basically, there was little he
19  can do about how my jaw had stretched. To this day, I still
20  will bite the outside of my lip when eating or the inside of
21  my mouth.
22  Q   When was the last time you saw Dr. Pruett?
23  A   Oh, he's left. He's somewhere in the mainland.
24  Q   Who's taking over your care for your teeth?
25  A   I have no continued care for that incident. There's

Page 103

1  nothing you can do.
2  Q   Have you consulted with anybody, like a mandibular
3  specialist, or anything like that?
4  A   No.
5  Q   Why not?
6  A   I didn't feel necessary. I believe I've had all the
7  treatment that I can get. He's done some things to my
8  mouth.
9  Q   So you feel that your mouth, the problems with your
10  mouth and jaw are okay now?
11  A   It's not okay. I still bite the outside of lip when
12  eating.
13  Q   So how come you don't go see a doctor about that?
14  A   I'm just living with it. I have no reason for going or
15  not going. I just -- I don't think there's anything that
16  can be done.
17  Q   Have you consulted with any physician, like at Kaiser,
18  to tell them about the problem that you're experiencing?
19  A   I believe they're aware of it, but they left it up to
20  the dentist. I'm not sure.
21  Q   Who is your current dentist?
22  A   That's Dr. Hu.
23  Q   What's Dr. Hu's first name?
24  A   I don't know his first name.
25  Q   H-U?

Page 104

1  A   H-U, yes.
2  Q   Where is Dr. Hu's office at?
3  A   Kuapa Kai Shopping Center, Hawaii Kai.
4  Q   How did you get the referral to Dr. Hu?
5  A   He took over Mr. Pruett's practice.
6  Q   I see. When was the last time you saw Dr. Hu?
7  A   I don't recall. Some time.
8  Q   Did you report your condition to him?
9  A   He's aware of the incident in my records. He has a
10  copy of my records.
11  Q   Did you have a discussion with him about what you're
12  experiencing currently, with the biting of your lip and all
13  that?
14  A   No.
15  Q   Why not?
16  A   It doesn't happen frequently enough, but it does
17  happen, and it never happened prior to the incident.
18  Q   No, I understand that. So you don't feel that it's
19  necessary to tell your dentist about --
20  A   My understanding is they can't do nothing so.
21  Q   Let me back up a little bit and ask you, do you feel
22  that it's necessary to report what's happening currently
23  with your mouth to your dentist?
24  A   Maybe I should bring it up and see if there's anything
25  changed, maybe if they can do something. You know, I will

Page 105

1  mention it to Dr. Hu next visit.
2  Q   But you have not mentioned it to him thus far; is that
3  right?
4  A   I don't think so. I think he's aware of it, though.
5  I'm sure he's aware. I don't know.
6  Q   I don't want you to speculate or guess. I just want to
7  know what you told him. If you didn't tell him, that's
8  okay.
9  A   I didn't tell Dr. Hu.
10  Q   All right. That's fine. With regard to your lower
11  back condition, who's following you for that? Is that
12  Dr. Saiki?
13  A   I believe so. Most of my treatment is from Dr. Cheng.
14  She's the one --
15  Q   The physiatrist?
16  A   -- did the EMG, whatever it's called.
17  Q   And what is the diagnosis of your lower back condition
18  right now?
19  A   Herniated L5.
20  Q   Herniated?
21  A   Correct. I believe that to be the terminology they
22  used for a herniated disk, bulging disk.
23  Q   Okay. There's a difference now between bulging and
24  herniated.
25  A   Well, I'm not a doctor.

27 (Pages 102 to 105)

Page 106

1  Q  Yeah. So do you know what it is?
2  A  I think they said "herniated" when they spoke to me.
3  I'm not sure.
4  Q  Did they talk to you about what kind of treatment that
5  you should be receiving for the herniated disk?
6  A  They -- it's -- it has stabilized itself. They know
7  that I don't want surgeries. I made that clear to them, as
8  much as possible, I don't want to have any kind of surgery.
9  So they treated it as best as possible. I have what's
10  called drop foot on my left side now.
11  Q  And what is that from?
12  A  From the herniated or ruptured disk or bulging disk.
13  Q  And that's what they're telling you, that the drop foot
14  syndrome is from the herniation of your disk?
15  A  Yes.
16  Q  Who told you that? Dr. Cheng?
17  A  Dr. Cheng.
18      MR. TANAKA: Off the record.
19      (A discussion was held off the record.)
20      MR. TANAKA: We can go back on the record.
21  Q  (By Mr. Tanaka) You can say what you were going to
22  say.
23  A  I can't be really specific on their stuff.
24  Q  That's okay. We don't expect you, Mr. Souza, to know
25  exactly all the terminology and everything. But we kind of

Page 107

1  shooting in the blind right now, so we're just trying to
2  find out what you know so that we can be educated. We
3  certainly don't expect you to know everything about what the
4  doctors have diagnosed. But I'm just trying to find out
5  what you know.
6      MR. KAWASAKI: We have records. Now, I want you to
7  understand, we didn't subpoena records. I'm not aware that
8  any subpoenaed records was done by anybody here. But we
9  will produce the records we have.
10      MR. TANAKA: You know, I think the better way, Larry,
11  frankly, is we just subpoena the records.
12      MR. KAWASAKI: Yeah, that might be a better way.
13      MR. TANAKA: Everybody can get a complete set. We can
14  find out what's really going on. Because, you know, it
15  can be a number of things, right. So maybe that's the
16  best way.
17      MR. KAWASAKI: Yeah.
18      MR. TANAKA: Okay. Given that situation, because I
19  know I'm going to have to call you back, Mr. Souza, to
20  continue with regards to the medical part, I think I
21  personally have enough as far as the facts of the accident
22  or the incident.
23      As long as you don't mind, Larry, we can agree that
24  with regard to --
25      MR. KAWASAKI: Yeah, if there's further questions

Page 108

1  related to the medical records.
2      MR. TANAKA: -- the medical side and maybe some stuff
3  about your limitation of activities, that's kind of related
4  to the medical side, I'm not going to waste anybody's time
5  asking those questions now.
6      MR. KAWASAKI: And there may be questions about tax
7  records.
8      THE WITNESS: You're asking me to recall things on the
9  medical records, span about three years. I can't be
10  specific, and I don't want to be held specifically to what
11  I --
12      MR. KAWASAKI: Yeah, I think he's understanding that.
13  That's why we're going to just continue it.
14      MR. TANAKA: That's the reason why I'm asking your
15  attorney to agree to allow us, if necessary, to have you
16  come back after we've reviewed your records, just to talk
17  about your medical condition, as well as any kind of
18  limitation on activities that are related to your medical
19  side. As far as the accident itself, I don't have any
20  questions. So I will, given that agreement, I will defer.
21      MR. KAWASAKI: Derek, you folks going to subpoena the
22  records?
23      MR. MAYESHIRO: Either myself --
24      MR. KAWASAKI: Okay.
25      MR. TANAKA: We'll get a HIPA authorization over to you

Page 109

1  guys.
2      Okay, Derek.
3          EXAMINATION
4  BY MR. MAYESHIRO:
5  Q  Good afternoon, Mr. Souza. I don't have too many
6  questions.
7  A  Good afternoon.
8  Q  I'm going to, likewise, reserve my right to question
9  you with respect to your medical condition or your injuries
10  more specifically after we get your medical records. I'll
11  just question you now with respect to the incident itself
12  and perhaps some additional background information.
13      But before I start, you gave a rather detailed
14  description of the events of the incident. Is there
15  anything else that you can remember right now that stand out
16  as far as what occurred that night, August 13, 2003?
17      MR. KAWASAKI: That's vague and ambiguous.
18      If you can try to answer it.
19  A  I don't know how to answer the question.
20  Q  (By Mr. Mayeshiro) Okay. Well, let me ask you this,
21  Mr. Souza. You testified that you didn't see the haole guy
22  from the point in time when he went to aid Harry Uehara,
23  went to his aid, until, I guess, the rest of the night; you
24  remember that?
25  A  Yes.

28 (Pages 106 to 109)

Page 110

1   Q   You remember that testimony?

2   A   Yes, I remember that.

3   Q   And for the record, let's see if we can establish, do

4   you remember now, as you sit here right now, what the haole

5   guy's name was?  Let me try --

6   A   Only from the reports, and I don't even remember that.

7   Q   Let me try this.  Does the name August Belden, does

8   that help jog your memory?

9   A   I think that brings back to what I read.  I believe

10  that's his name.

11  Q   Okay.  You only talked about one haole guy through the

12  course of the deposition?

13  A   I think I used the word "Caucasian."

14  Q   Yeah, that's right.  I used the word "haole."

15      MR. TANAKA:  We called him "haole."

16  A   So did Uehara.

17  Q   (By Mr. Mayeshiro)  The Caucasian gentleman that you

18  spoke of throughout the course of today's deposition, that

19  was, in fact, in reference to Officer August Belden; is that

20  right?

21  A   One more time, please.

22  Q   Throughout the deposition, you've referred to the

23  Caucasian guy or the Caucasian officer?

24  A   Yes, yes.

25  Q   That whole time you were referring to Officer August

Page 111

1   Belden?

2   A   That's correct, yes.

3   Q   And Officer Belden, he never made any kind of contact

4   with you?  He never hit you, he never pushed you up against

5   the wall, anything like that, right?

6   A   Not that I remember, no.

7   Q   And as far as you remember, he never made any kind of

8   aggressive behavior towards you; is that correct?

9   A   No.

10  Q   And as you sit here right now, is there anything else

11  you can remember specifically about Officer Belden that he

12  did that night, other than what you testified to today?

13  A   No.

14  Q   Okay.  I'm going to ask you whether or not you'd be

15  willing to dismiss Officer Belden?  He's a defendant in this

16  lawsuit --

17      MR. KAWASAKI:  I'd object to the question, asking for a

18  legal conclusion.

19  Q   (By Mr. Mayeshiro)  Let me rephrase it.  Mr. Souza, as

20  you sit here today, is there anything that Officer Belden

21  did to cause your injuries that you complained of?

22  A   I think more what he didn't do.

23  Q   What didn't he do?

24  A   He didn't -- none of them made an attempt to stop

25  Uehara from attacking me.  None of them ran between Uehara

Page 112

1   as he was attacking me.

2   Q   So you're saying that Officer Belden should have in

3   some manner --

4   A   All three of them should have come in between in the

5   beginning.  If he's guilty of anything, he may be guilty of

6   whatever he didn't do, omission.

7   Q   Okay.  From the time Officer Belden went to aid

8   Mr. Uehara, are you aware of his whereabouts during the rest

9   of the incident?

10  A   No.  In fact, if I'm not mistaken, I haven't seen him

11  since.

12  Q   So you don't know whether or not he left the premises

13  or whether or not he was going for help?  You don't know

14  what he did, if anything?

15  A   I don't know what he did.  I didn't see him.  I wasn't

16  allowed back out, yeah, till they said I could go back out

17  of the bar.  I was imprisoned in there.

18      MR. MAYESHIRO:  I move to strike that as argumentative.

19  Q   (By Mr. Mayeshiro)  But let me ask you this.  You were

20  a police officer from -- let me take a step back.  I think,

21  early on, you had made a statement that or you testified

22  that, after you punched Uehara, he went down, Officer Yi and

23  Officer Rivers came up and held you against the wall?

24  A   Slammed me against the wall.

25  Q   And that was for a couple minutes, right, and then they

Page 113

1   put you down?

2   A   Well, I wasn't up in the air the whole time.  They just

3   kept me against the wall.

4   Q   And I believe you testified earlier that, at some point

5   in time, you made a statement to them, "Let me go or arrest

6   me"; do you remember that?

7   A   Several times I told them that.

8   Q   So do you believe that, at that point in time, they had

9   cause to arrest you?

10      MR. KAWASAKI:  You're going to have to get some

11  foundation.  That's not --

12  Q   (By Mr. Mayeshiro)  You were a police officer,

13  Mr. Souza, from 1972 to 1986, correct?

14  A   Yes.

15  Q   That's a period of, what, 14 years?

16  A   14 years, seven months.

17  Q   14 years and seven months.  So you're aware of the term

18  "probable cause," correct?

19  A   Yes.

20  Q   And that's the term you used as a police officer,

21  correct?

22  A   Yes.

23  Q   And --

24      MR. KAWASAKI:  I'd object to relevance.

25      But you can answer.

29 (Pages 110 to 113)

Page 114

1    THE WITNESS: I don't know where he's going.
2  Q  (By Mr. Mayeshiro)  So you're familiar with what
3  constitutes probable cause, correct?
4  A  Yes.
5  Q  Okay. And if probable cause is established, somebody
6  can be arrested; was that your understanding?
7  A  Correct, correct.
8  Q  Now --
9    MR. KAWASAKI: Let me put on a continuing objection to
10  this.
11    MR. MAYESHIRO: The grounds was relevance?
12    MR. KAWASAKI: Relevance, yes.
13    MR. MAYESHIRO: Okay.
14  Q  (By Mr. Mayeshiro)  And do you believe that if an
15  officer witnesses somebody punch another person, that that
16  officer has probable cause to arrest the person who threw
17  the punch?
18  A  No, not if it was in self-defense. They should have
19  arrested Uehara. He hit me twice. What I was telling them
20  is, they have no grounds to hold me and pin me and beat me
21  against the wall. That's what I was telling them. "Arrest
22  me or let me go."
23  Q  Okay. You testified earlier that Mr. Uehara chest
24  bumped you, correct?
25  A  Yes.

Page 115

1  Q  And then he pushed you with his --
2  A  He hit me with his hands. He didn't push, he hit.
3  Q  He hit you with his hands?
4  A  He hit.
5  Q  Okay. And did you fall on the ground?
6  A  No.
7  Q  Did you sustain any bruises from the hit?
8  A  No, but it -- I felt it.
9  Q  It caused you pain?
10  A  Yes.
11  Q  And I believe you testified that you don't really
12  remember what happened, you don't remember the punch, you
13  just hit him, correct?
14  A  I believe so. I acted instinctively.
15  Q  You acted instinctively?
16  A  I believe so.
17  Q  After you were hit?
18  A  Yes.
19  Q  Okay. So if a police officer is witnessing two people
20  in a physical altercation --
21  A  Yes.
22  Q  -- and both individuals are throwing punches --
23  A  Yes.
24  Q  -- do you believe --
25  A  This is a supposition you're --

Page 116

1  Q  Yes, hypothetically.
2  A  Okay.
3  Q  And if both individuals are throwing punches, do you
4  believe the officer has probable cause to arrest both
5  individuals?
6    MR. KAWASAKI: Again, I object to relevance.
7    MR. MAYESHIRO: I understand.
8    MR. KAWASAKI: If you have an opinion about that, you
9  can answer.
10    MR. MAYESHIRO: I understand your running --
11  A  Maybe not at that point, but the officer can order them
12  to stop, which is a lawful command. And if they don't, then
13  you can arrest both of them.
14  Q  (By Mr. Mayeshiro)  And is it fair to say that an
15  officer who witnesses two individuals in some kind of
16  altercation would conduct some kind of investigation, they
17  would find out what's going on; isn't that true?
18  A  I don't know where you going. Sometimes people enter
19  into a fight by mutual agreement. What are they going to
20  find out?
21  Q  Well, you, as a police officer with 14 years on the
22  force, I'm asking you whether or not --
23  A  In my case, I always did what I was taught. I would
24  restrain the person who was being beaten or the person who
25  was at a disadvantage and restrain him and order the other

Page 117

1  person to stop. I think that's how we were trained. At
2  that time, if the aggressor continues, then you have
3  probable cause to arrest him.
4    You know, you talking about real hypothetical
5  situations. I've come across shootings when draw my gun on
6  somebody, and the person actually took the gun away from the
7  culprit. You no just go shoot the guy with the gun.
8  Q  Well, I'm not talking about shooting anybody.
9  A  It's basically the same situation. He doesn't know
10  what happened. The officer, upon arrival at the scene,
11  don't know what's going on.
12  Q  So the officer should find out what's going on, right?
13  A  You going to protect the one who's getting beaten,
14  number one.
15  Q  Okay. But once there's no longer a threat of
16  violence -- threat of physical harm against any of the
17  individuals, the police officer should find out what's going
18  on, right?
19  A  If he's able to.
20  Q  Okay. Now, you testified earlier that you may or you
21  may not have had shots of Tequila that night, Aunty Patty
22  kind of took care of you guys, sometimes she bring it out?
23  A  Sometimes she does.
24  Q  But you don't have any specific memory, right?
25  A  No, I don't.

30 (Pages 114 to 117)

Page 118

1  Q  Okay. Now, as far as you know, is Aunty Patty the type
2  of person that just would bring out a shot for you, or would
3  she also bring out a shot of Tequila for Mr. Minnell?
4  A  She probably bring out both -- for whoever sitting
5  there. You know, I'm going to --
6      THE WITNESS: Can I just elaborate on that? Or should
7  I just not?
8      MR. KAWASAKI: You should answer his questions.
9      THE WITNESS: Okay, okay, okay.
10 Q  (By Mr. Mayeshiro)  Throughout the course of the night
11 as you sat in the bar, before anything happened outside, I
12 believe you testified that Mr. Uehara was calling the
13 Caucasian officer names; do you remember that?
14 A  Yes.
15 Q  And I believe you also testified that the Caucasian
16 officer, Officer Belden, was quiet; do you remember that?
17 A  Yes.
18 Q  Okay. Throughout the course of the night, before
19 anything happened outside, do you ever remember Officer
20 Belden raising his voice or yelling or making other --
21 A  At times, they were talking pretty loud. I cannot
22 associate what voice was from which person. Like I said,
23 whatever I heard, I couldn't help but hear. I wasn't paying
24 attention.
25 Q  But you don't know specifically whether or not Officer

Page 119

1  Belden --
2  A  No, I don't. No, I don't.
3  Q  You also testified that, in your opinion, based upon
4  the demeanor of the officers, you believed that they were
5  intoxicated; do you remember that testimony?
6  A  Yes.
7  Q  With respect to Officer Rivers, what specific about his
8  demeanor caused you to believe he was intoxicated?
9  A  Everything he did that night regarding his interaction
10 with me. I don't think --
11 Q  That's kind of vague. Anything in particular?
12 A  He looked bleary eyed, he smelled like alcohol. He was
13 very, very -- he carried himself in a very intimidating way.
14 Q  And you believe that to be the effect of alcohol?
15 A  I don't see it as normal behavior.
16 Q  But you had never met him before, so you wouldn't know
17 what his normal behavior is; isn't that true?
18 A  That's true.
19 Q  Okay. Anything else about Officer Rivers' demeanor
20 that caused you to believe that he was intoxicated that
21 night, other than what you just mentioned?
22 A  Just his actions.
23 Q  What about Officer Yi; what specific about his demeanor
24 caused you to believe that he was intoxicated?
25 A  Same thing, his actions and demeanor that night.

Page 120

1  Q  When you say his actions and his demeanor, what
2  specifically are you referring to?
3  A  Well, everything they did. I can't -- I don't see
4  their behavior that night as being sober. Their behavior
5  was really far from ordinary than what a --
6  Q  So nothing specific that they did --
7  A  Everything.
8  Q  I mean, nothing specific that they said, just things
9  that they did?
10 A  Specifically the evening as a whole. What happened to
11 me, everything, their behavior, all of their behavior. I
12 don't see that as being normal behavior.
13 Q  For people that you've never met before?
14 A  Yes, for people I've never met before.
15 Q  Officer Belden, anything about him in particular?
16 A  No.
17 Q  Okay. Now, when you said that -- you testified that
18 you saw Mr. Uehara pushing Officer Belden's shoulder. How
19 many times did you see that happen?
20 A  I can't be specific, but I saw it couple times. I
21 believe, in my original report, I said "egging him on."
22 Q  But with respect to specific pushes that Mr. Uehara did
23 to Officer Belden, do you remember how many?
24 A  More than one. I don't know. I can't be specific.
25 More than once.

Page 121

1  Q  More than three?
2  A  I don't know.
3  Q  And did you have an opportunity to observe if it was a
4  closed hand or an open hand?
5  A  It seemed to me like it was (indicating).
6  Q  You're motioning an open hand?
7  A  It seemed to me it was open hand, you know, shoving his
8  shoulder.
9  Q  If you were able to observe, what reaction, if any, did
10 Officer Belden have in response to that?
11 A  I couldn't tell. They were still talking or arguing.
12 Q  Could you hear Officer Belden saying anything to
13 Mr. Uehara?
14 A  I don't recollect.
15 Q  When you went home that night, August 13, 2003, did you
16 notice any bruises on your body?
17 A  No, I didn't.
18 Q  And at any point in time after this incident, did you
19 notice any bruises to your body?
20 A  I had discomfort and a lot of pain. Bruises of my
21 face, yes.
22 Q  Okay. The bruise on your face, that would have been to
23 the left side?
24 A  Bruise here (indicating) and a very swollen and
25 bruised, cut lip.

31 (Pages 118 to 121)

Page 122

1  Q   Did anybody take photographs of that injury?
2  A   No. I think the -- my original visit to the doctor, I
3  think they documented it.
4  Q   The discomfort that you said you felt, what part of the
5  body was that?
6  A   I think I already answered that. My face --
7  Q   Anything other than what you testified to earlier today
8  then?
9  A   No, I think I was specific.
10     MR. MAYESHIRO: Okay. That's all I have.
11     MR. TANAKA: Let me just follow up, Larry.
12          FURTHER EXAMINATION
13 BY MR. TANAKA:
14 Q   Mr. Souza, do you remember giving a statement to the
15 Honolulu Police Department, a recorded statement on
16 September 12, 2003, to a Detective Kaneshiro of the Internal
17 Affairs Division?
18 A   Yes, I do.
19 Q   And the statement that you gave, when you gave the
20 statement, you were accompanied by your attorney, Shawn
21 Luiz, who was your attorney at the time, correct?
22 A   Yes.
23 Q   You had a chance to review that statement after you
24 gave it? They had it transcribed and sent it to you to take
25 a look at?

Page 123

1  A   I'm pretty sure I have.
2  Q   And when you reviewed that statement, was everything
3  that you made in that statement, was that accurate?
4  Whatever you said was accurate to the best of your
5  knowledge?
6  A   I believe so, yes.
7  Q   That would have been truthful information that you
8  provided to the police?
9  A   Yes.
10     MR. TANAKA: Okay. That's all I have.
11     MR. KAWASAKI: I have a few.
12          EXAMINATION
13 BY MR. KAWASAKI:
14 Q   You spoke earlier, Bob, about the fact that you weren't
15 wearing a watch that evening; is that correct?
16 A   Yes, I don't wear a watch when I work.
17 Q   So the periods of time that you testified to today,
18 these are just your estimates of what you thought the amount
19 of time had passed?
20 A   Yes, per guesstimates.
21 Q   And as to distances away from what -- do you have any
22 training in estimating distances specifically?
23 A   No, those are general.
24 Q   General estimates?
25 A   Yes.

Page 124

1  Q   As best as you can recall?
2  A   Yes.
3     MR. KAWASAKI: That's all I have.
4     MR. MAYESHIRO: I have a follow up.
5          FURTHER EXAMINATION
6  BY MR. MAYESHIRO:
7  Q   With respect to the estimates you made to either time
8  or distance, you made it to the best of your ability today?
9  A   Yes.
10          FURTHER EXAMINATION
11 BY MR. TANAKA:
12 Q   You know the question I asked you about the statement,
13 does this look like the document that you had reviewed
14 before?
15     MR. TANAKA: And while you're looking at that, the
16 handwritten drawings labeled one, two, three and four, I'm
17 going to attach as Exhibits 1 through 4.
18     MR. KAWASAKI: Good. Okay.
19 A   (Reviewing document). This is the statement?
20 Q   (By Mr. Tanaka) That is.
21 A   Seems like it.
22 Q   All right. That looks like what you had reviewed
23 before?
24 A   Uh-huh.
25     MR. TANAKA: Okay. I'll just attach that to the

Page 125

1  records as Exhibit 5.
2          (Deposition Exhibit 5 was
3          marked for identification.)
4     MR. TANAKA: Given the agreements that we have
5  regarding meds and the wage loss and the limitation of
6  activities, we'll come back after we get the medical records
7  and the tax returns, and talk about those issues. Okay.
8     MR. KAWASAKI: Okay.
9     MR. TANAKA: Thank you.
10    (The proceedings recessed at 4:20 p.m.)
11          --o0o--
12
13
14
15
16
17
18
19
20
21
22
23
24
25

32 (Pages 122 to 125)

Page 126

WITNESS'S CERTIFICATE

1
2    I, ROBERT SOUZA, do hereby certify that I have read the
3  foregoing pages 1 through 125, inclusive, and corrections,
4  if any, were noted by me; and that same is now a true and
5  correct transcript of my testimony.
6    Dated _____
7
8      _____
      ROBERT SOUZA
9
10
11  Signed before me this _____
12  day of _____, 2007.
13
14
15  _____
16
17
18
19
20
21
22
23
24
25

Page 127

1  STATE OF HAWAII     )
               ) SS.
2  CITY AND COUNTY OF HONOLULU  )
3    I, CYNTHIA L. MURPHY, a Notary Public of the State of
4  Hawaii, do hereby certify:
5    That ROBERT SOUZA, the witness whose deposition is
6  contained herein, appeared before me on March 7, 2007;
7    That prior to being examined he was by me duly sworn;
8    That the foregoing represents, to the best of my
9  ability, a full, true, and correct transcript of the
10  proceedings had in the above-entitled cause;
11    That prior to the filing of the deposition, the witness
12  was notified of his right to make any corrections and/or
13  changes he deems necessary to render his testimony true and
14  correct;
15    That if the deposition is filed without witness's
16  signature, the witness has failed to appear and the
17  deposition is therefore filed under a waiver of signature.
18    That I am not attorney for and not related to any of
19  the parties hereto nor in any way interested in the outcome
20  of said action.
21    Dated this 16th day of March, 2007.
22    _____
    Cynthia L. Murphy, RPR, CSR No. 167
23  My commission expires: 12/15/2009
24
25

33 (Pages 126 to 127)

**A**

Aala 35:16
ability 124:8 127:9
able 10:19 41:10 47:17
50:7 70:17 75:9
89:25 90:8,9 117:19
121:9
above-entitled 127:10
absolutely 9:7 46:10
abuse 43:1
Accelerated 11:20
acceptable 9:11
access 40:16
accident 88:7 101:14
107:21 108:19
accompanied 73:9 74:8
122:20
accompany 73:12
account 27:23 28:10,11
28:12,13 29:5,23
30:8 38:3
accounts 16:10 23:22
24:20,23 28:4
accurate 123:3,4
acquaintance 31:20
acted 115:14,15
acting 91:19,21
action 127:20
actions 119:22,25
120:1
activities 108:3,18
125:6
actual 62:24 63:1
additional 99:13
100:12 109:12
address 4:11 20:21
adrenaline 87:14
Affairs 72:17 122:17
afraid 75:25 79:16
81:14
afternoon 7:15 109:5,7
agent 13:1,1
aggravated 102:12
aggressive 111:8
aggressor 117:2
ago 9:6 102:3
agree 107:23 108:15
agreement 28:25
108:20 116:19
agreements 125:4
ahead 10:6 47:10 96:15
aid 65:23 84:20 109:22
109:23 112:7
air 12:10 13:2 113:2
Airlines 12:22
Alan 1:7 2:8 82:21
Alapoai 4:12,14,21 5:4
20:20
Alarm 14:22

alcohol 57:11,17 66:17
119:12,14
alleged 21:1 41:23
allow 77:10 108:15
allowed 73:7 82:21
112:16
aloha 43:8
altercation 21:1 37:1
41:23 70:17 76:11
82:20 83:2,19 90:24
94:5,6 96:7 115:20
116:16
ambiguous 109:17
amount 123:18
and/or 127:12
answer 9:11,25 10:7
109:18,19 113:25
116:9 118:8
answered 42:22 57:18
72:25 122:6
answers 9:15 98:9
anticipate 10:9
anti-epileptic 101:11
anti-inflammatory
101:16
anybody 32:13 33:17
53:5,6,9,12,14 54:13
82:15 94:10,14,21
96:3 103:2 107:8
117:8 122:1
anybody's 108:4
anymore 45:25
apartment 4:24
apologize 53:17 54:20
apparatus 79:15
appear 58:8 127:16
APPEARANCES 2:1
appeared 47:3 57:15
57:24 58:6,9 127:6
approximately 12:1
14:14 30:3 51:23
56:5,22 86:1,2
area 5:6 21:21 25:21
34:3 35:2,10,13 36:1
36:21 39:17,21 55:20
55:24 56:3,9 63:8,23
64:7,16 68:5
areas 21:18,20 22:11
26:21 31:13
arguing 47:4,6 121:11
argumentative 112:18
arm 77:20,21,25 89:2
arms 68:24,25
arrest 69:22,24 113:5,9
114:16,21 116:4,13
117:3
arrested 114:6,19
arrival 117:10
arrive 27:10,13 43:17

43:23 83:15
arrived 31:5 46:6 50:2
83:15 93:24 98:11
arriving 31:10 46:3
arts 11:11 87:8
aside 20:19 32:9 39:25
53:8 94:9,13 96:1
asked 7:19 42:21,23
44:14,15,19 49:7
53:17 57:18 70:5,11
76:20 82:22 124:12
asking 9:4 58:7 71:15
75:9 79:12 81:2,3
86:10 108:5,8,14
111:17 116:22
asphalt 65:7
assault 92:6 93:17
assigned 13:14,21
assignment 13:16
assisting 66:23
associate 118:22
assume 12:13 18:11
25:10 36:2 86:18
assumed 44:8
assuming 17:11
assumptions 44:5
ate 87:13
attach 124:17,25
attack 58:25 60:14
69:3
attacked 83:10
attacking 60:8 111:25
112:1
attempt 111:24
attended 66:4
attention 42:25 47:16
52:10,19 118:24
attire 43:5,21
attorney 77:18 97:18
108:15 122:20,21
127:18
attorneys 8:6 10:4
94:13
August 1:9 8:10 21:2
24:5,21 25:20,25
27:6 29:22 30:8,11
33:22 97:2 109:16
110:7,19,25 121:15
Aunty 32:18,24 33:2,20
36:15 37:6,14 38:9
42:1 47:16 53:5
54:13 76:20 79:20,21
79:21,21 80:13,19
82:18,19,24 83:3
84:2 94:9 117:21
118:1
authorization 98:25
108:25
available 4:3 17:19

22:16
Avenue 23:21
average 16:1 23:4,7
29:2 37:21,21,23
38:5
aware 7:22 103:19
104:9 105:4,5 107:7
112:8 113:17
awhile 9:6 52:9 87:16
A-L-A-P-O-A-I 4:14

**B**

back 16:21 17:24 23:16
47:22 51:12 53:13,22
53:23 60:12 61:17,18
61:19 62:6,12 64:15
70:12,12,17 72:7,12
73:7,9,10 74:2,19
78:5 82:21 83:13
85:5 87:2 89:8,9
96:10,11 99:11,14
104:21 105:11,17
106:20 107:19
108:16 110:9 112:16
112:16,20 125:6
background 49:14
109:12
backwards 62:5 65:2,3
65:11,12 72:6
bad 47:25
Bae 97:15,15,17,19
ball 5:10
banyan 35:12
bar 28:17,24 29:1 32:5
32:10,22 33:25 34:2
34:3,3 35:4,13,24
36:21 37:15 38:23
39:15 40:14,14,15
41:1,19,20 42:15
43:25 45:2,4,6,13,18
46:6,15,18,19,22
47:1 48:19 49:18
50:24 51:1,2,3,7,24
52:21,22 53:4,9,16
53:24,25 54:1,5,12
54:16 55:3 57:8 58:2
60:22,23 70:12,13,18
73:7,9,10,12,16 74:3
74:5,8,19 75:2,20
76:13,20 77:3,9 78:6
80:5 82:16,19,21
83:2,23,25 84:12,12
84:13 86:20 94:10
112:17 118:11
barely 67:3 70:24
71:20
bartending 32:19
bartendress 33:5 38:10
based 44:8 46:1 119:3

basically 8:5,11 21:18
51:16 67:2 96:11
100:21 102:18 117:9
bathroom 22:22 23:1,1
31:4,14 39:24 40:5
40:16 41:5 50:24
53:19 54:17 58:20
83:9 85:23
bathrooms 22:13 28:16
28:21 30:14,18,20
31:2,13 40:13,17,23
beat 114:20
beaten 116:24 117:13
beating 69:23
bed 87:15,19
beer 37:5 38:16 54:8
beers 32:3 36:17,18,20
37:3 48:11 54:5
83:19,20
begged 79:17
beginning 82:20 112:5
behalf 1:20
behavior 111:8 119:15
119:17 120:4,4,11,11
120:12
Belden 1:9 110:7,19
111:1,3,11,15,20
112:2,7 118:16,20
119:1 120:15,23
121:10,12
Belden's 120:18
believe 6:9 12:22 21:5
26:24 45:14,25 46:5
46:12 48:1 63:22
64:21 69:2,4 72:22
73:16,20 82:4 84:23
90:20 96:6 97:6,7
103:6,19 105:13,21
110:9 113:4,8 114:14
115:11,14,16,24
116:4 118:12,15
119:8,14,20,24
120:21 123:6
believed 58:1 119:4
bench 36:5
Beretania 35:19
best 9:24 39:12 106:9
107:16 123:4 124:1,8
127:8
better 107:10,12
big 55:21
bigger 81:20
Bill 12:18
bills 98:11
birth 10:21
bit 20:24 31:12 69:15
83:7 85:7 89:2,5
104:21
bite 91:4 102:20 103:11

biting 104:12
bits 47:18,19
bleary 119:12
bled 78:21
blind 107:1
blood 90:6,15
blow 62:24 69:6 78:25
BMK 1:3
Bob 123:14
body 68:22 89:6 121:16
    121:19 122:5
bond 45:5
booklet 9:15
boom 61:25 62:2
booth 36:4
booths 36:6
born 10:23
bought 36:18 38:20
box 35:3
boxes 35:7,14
boy 5:19 19:11
branch 12:9
break 85:3
breakfast 54:11
breaks 10:9
bring 25:3,8 76:21
    104:24 117:22 118:2
    118:3,4
bringing 91:17
brings 110:9
broad 8:20,20
brother 94:19
brought 5:22
brown 5:6
bruise 121:22,24
bruised 121:25
bruises 115:7 121:16
    121:19,20
bucket 54:9
buddies 49:23
building 21:6,9 29:15
    56:10
bulging 105:22,23
    106:12
bumped 61:8,9 114:24
bumper 63:6 65:4,5,7
    65:12,14 69:7
bumps 59:16
business 15:10,11,20
    16:25 27:17,20,22,23
    28:15,16,20 29:6,13
    49:24 51:17 95:21
businesses 30:24
businessman 95:6
B-A-E 97:15

─────── C ───────

C 1:9
call 5:9 33:2 75:17 91:8

91:14,24 92:2 93:16
    93:20 107:19
called 4:5 32:2 42:21
    91:13 92:7 93:21,22
    95:9,10 100:6 105:16
    106:10 110:15
calling 43:10 47:7
    118:12
calm 85:2
calmed 70:4
calming 59:2
capacity 1:7,8,9,10,11
    1:12 12:25
car 65:8
care 22:17 26:17,20
    28:25 93:10 97:13
    102:16,24,25 117:22
carried 119:13
Cary 1:21 2:5
case 6:3,12,19 7:5,8
    8:12 17:12,16 46:1
    92:6 116:23
cash 26:24
Caucasian 43:10,10
    47:8,21 48:7 50:13
    55:6,25 56:21,24
    58:14 65:23 66:4,23
    68:9 110:13,17,23,23
    118:13,15
cause 6:18 111:21
    113:9,18 114:3,5,16
    116:4 117:3 127:10
caused 64:15 65:1,11
    80:10 96:9 115:9
    119:8,20,24
cell 54:1
Center 23:20 24:12
    104:3
Centurion 14:22
certain 27:5 48:16
certainly 107:3
certificate 11:8 126:1
certify 126:2 127:4
cervical 88:1,8,11,19
    88:22 100:12
Chaminade 11:7,8,21
    11:23 12:19,20
chance 122:23
changed 9:23 45:22
    104:25
changes 9:17,19 127:13
charge 21:25
charges 91:17
check 27:9 99:3
checked 31:11
cheek 78:15
Cheng 97:16,16,17,19
    97:21 100:4 105:13
    106:16,17

chest 59:16,17 61:8,9
    61:10,11,11,24 62:3
    62:15 77:25 114:23
Chief 1:13
children 20:23 89:24
    90:22
chin 69:15
China 6:21
Cho 21:3,6,14 23:12
    24:1 25:22 28:11
    29:4 30:21 31:18
    35:1,5 37:22 40:21
chronic 101:12
cigar 32:3 36:16 39:6
cigars 32:1,4 36:15
    39:4
circle 35:11,11 40:4,4
    55:24 59:5,10 63:13
    64:8 67:12,24 68:2,6
    74:4,13,15,16
circles 40:7,10 67:14
    80:21
City 1:6 2:8,10 13:23
    13:24 127:2
civil 1:3,3 8:6
claim 8:9 17:12,16
    18:14 46:4
claimant 6:8
classes 11:10
clean 26:19 31:13 85:6
cleaned 30:14 31:12
cleaning 15:13,20
    16:14 20:1 25:16
    26:20
clear 61:23 106:7
clearly 10:19 56:14
cleavers 79:16
clerk 19:21
clinic 92:25 93:1,8,12
close 25:22 38:7
closed 15:24 62:22
    78:17,18 121:4
closest 4:21
clothes 43:20 44:9
club 1:13 21:3,6,13
    25:22 30:21 35:1,4
    40:20,22 83:11
collapsed 79:1
college 11:17 21:2,7
    25:21
come 16:16 31:20
    40:22 53:22,23 66:24
    67:1 68:12 86:5
    99:14 102:17,18
    103:13 108:16 112:4
    117:5 125:6
comes 59:11,16,17,21
    76:9,9,9,10,11 78:9
coming 8:12 60:13,19

60:20 61:5 77:8
    79:14
command 116:12
commencing 1:22
comment 42:24
commented 45:9
commercial 16:12,14
    23:24 24:14
commission 127:23
committed 9:8
common 19:19 21:18
    21:20 22:11 45:5
companies 14:18,21
company 15:14,16,24
    16:2,22 17:9,25 20:2
    20:4 25:12,12 29:21
    95:7,8,11
compared 100:7
complacent 68:25
complained 111:21
complete 11:15 107:13
completed 9:13
components 18:14
concentration 48:10
concern 51:21
concerned 66:8
conclusion 46:3 50:2
    111:18
conclusions 50:10
concussion 96:17,18,19
    97:3,4,4
condition 99:13 100:1
    104:8 105:11,17
    108:17 109:9
condo 15:4
condominium 15:5
conduct 116:16
conduction 100:10
confused 63:11
connotes 61:22
conscious 62:25
consciousness 78:22
considerable 87:17
constitutes 114:3
consulted 97:25 103:2
    103:17
consumed 37:3,11
    66:17
consuming 57:8,11,17
contact 93:15 111:3
contained 127:6
context 5:16
continue 76:22 107:20
    108:13
continued 39:6 41:19
    47:15 102:25
continues 117:2
continuing 89:1 114:9
continuous 52:6

continuously 52:8
contract 21:13,17
    28:23 29:18
contracting 17:13
contracts 16:20
control 72:6
convenience 27:25
    29:12
conversation 44:10
    47:3 48:6 52:11
conversations 95:16
converse 48:11
conversing 42:5 47:16
cool 45:10
Coors 54:9
copy 104:10
cord 99:23
corner 8:17 35:21
Corp 29:19
corporation 2:10 25:18
CORPORATIONS
    1:15
correct 12:19 14:14,25
    15:7,19 16:6 19:3,5
    21:4,5,8,11 23:24
    25:11,23 29:8,8 30:5
    30:15,17,22,23 31:1
    31:4,6 35:5,6,9,17,18
    36:3,10 37:2,4 38:14
    40:11 41:14,17 48:5
    48:18 50:21 52:6
    54:7,18 59:12 62:4
    63:14,17 64:20 66:3
    66:3,24 71:21 78:4
    80:6,7,11 81:1 85:11
    88:9 100:9 101:18
    102:17 105:21 111:2
    111:8 113:13,18,21
    114:3,7,7,24 115:13
    122:21 123:15 126:5
    127:9,14
corrections 126:3
    127:12
correctly 85:8
counsel 2:10 99:5
counter 101:5
County 1:6 2:8,10
    127:2
couple 38:15 45:13
    76:24 94:7 112:25
    120:20
course 10:6 21:1 30:12
    40:13 72:5 91:19
    94:14 110:12,18
    118:10,18
courses 11:20
court 1:1 6:18 7:6 9:14
courtyard 35:12 56:9
coworkers 49:16

credit 11:13 41:13,15
Criminal 11:12
criticism 9:20,21
cross 28:3
cross-examine 8:17
crowns 102:18
CSR 1:25 127:22
culprit 117:7
curb 63:6 65:3 69:7
current 4:11 103:21
currently 104:12,22
customer 32:17 33:8
cut 121:25
cutting 21:25
Cynthia 1:25 127:3,22
C-H-E-N-G 97:16,20
C-H-O 21:4

**D**

D 3:1
DAE 1:3
dark 33:23 56:7
date 10:21
Dated 126:6 127:21
dates 24:22
daughter 5:2 18:23
day 10:17 22:10 23:8
  23:13 24:6,15 25:25
  26:3,25 27:1,4,11,16
  28:1,8,9,23 29:3
  30:10,12 31:5 38:4
  41:9 84:23 90:12,12
  90:19,19,23,23,24,25
  91:6,25 92:5 93:3
  96:13 102:19 126:12
  127:21
days 23:4,6,7 24:8,18
  92:11
day-to-day 16:15,16
deaf 82:24
deal 101:12
decide 102:7
decided 100:22
decipher 7:23
deems 127:13
defend 77:8
defendant 1:20 2:4,8
  5:23 6:19 111:15
Defendants 1:16
defended 83:10
defer 108:20
degenerative 88:10
degree 11:8
demeanor 57:24 119:4
  119:8,19,23,25 120:1
demonstrate 77:15
demonstrated 77:24
demonstrating 79:24
denied 75:24

Denise 5:2 18:19,21
  19:14
dental 98:6
dentist 98:19 103:20,21
  104:19,23
department 5:21 7:11
  8:7 13:3 14:5 31:25
  87:9,10 96:2 122:15
depend 38:2
depends 27:23 28:10
  29:11 37:20 38:22
deposed 99:15
deposition 1:18 3:10,11
  3:12,13,14 5:14 7:7
  7:10,12 8:5 9:13,22
  10:10 34:16,23 55:12
  67:8 73:21 110:12,18
  110:22 125:2 127:5
  127:11,15,17
Deputy 2:10
Derek 2:9 108:21 109:2
derive 16:22
derogatory 47:8,8
  50:12,12
describe 33:13
description 109:14
detailed 109:13
Detective 122:16
determinations 50:7
determine 100:7
deVille 20:11 94:25
  95:1
diagnosed 96:19 107:4
diagnosis 96:21 105:17
diagram 34:19,20,21
  34:22,24 35:3,16,19
  40:3 51:8 55:15
  63:12 67:11,11,23
  73:23 74:1,1 80:17
  85:8,9
Diamond 23:20,20
  24:12
difference 105:23
differences 48:22
different 5:13 14:18
  27:16 28:13 89:10
  97:17 101:8,20
difficult 91:5 101:21
difficulty 28:24
dinner 54:11
directly 60:3
dirtied 29:1
disadvantage 116:25
disbelief 58:25
discharge 12:13
discharged 12:15
  102:10,10
disclosure 4:3
discomfort 87:17

102:12 121:20 122:4
discover 8:19
discussion 49:5,6 82:10
  99:10 104:11 106:19
discussions 42:11
  52:17 53:8 81:12
  82:15
disease 88:10
disk 88:10 105:22,22
  106:5,12,12,14
disks 88:9 99:22
dismiss 111:15
dispatch 14:19
distance 64:17 124:8
distances 123:21,22
DISTRICT 1:1,2
division 13:17 72:17
  122:17
divorce 20:15
dizzy 78:20
doctor 91:7 93:3 97:11
  100:18 103:13
  105:25 122:2
doctors 96:15,16 97:1
  99:18 102:11 107:4
document 124:13,19
documented 122:3
DOE 1:14,15,15
doing 27:20 51:21
  61:14,15 75:4
Donald 31:22 34:2 39:9
  44:23 45:2,7 48:8
  54:14 94:9
DONOHUE 1:12
door 31:18 52:23,24
  55:4 64:4,7,9 76:8
  77:2,3 85:14,15,18
  85:25 86:5
doors 35:14
doorway 64:6 85:17
double-check 99:6
downs 17:7
downstairs 30:19 31:4
downtown 96:25
Dr 97:15,21 98:7,19
  100:4,4 102:15,22
  103:22,23 104:2,4,6
  105:1,9,12,13 106:16
  106:17
drafted 12:11
drank 37:5 83:19
draw 50:10 80:21
  117:5
drawings 124:16
drink 41:19 54:8 76:21
  76:22 81:7 82:13
drinking 57:24 58:9
drinks 38:14,20 39:3
  81:9

drop 106:10,13
drove 92:18
drug 101:12
drunk 66:15
duly 4:5 127:7
Dusk 33:24,25
duties 91:20
duty 43:24 44:4,6,6
  75:19 91:21
d.b.a 1:13

**E**

E 3:1
ear 82:24
earlier 44:21 51:8 54:4
  85:13 113:4 114:23
  117:20 122:7 123:14
early 11:25 12:8 28:6
  112:21
easy 81:4,4 87:15
eat 54:10 91:4
eating 91:5 102:20
  103:12
educate 15:1
educated 107:2
education 12:17,18
educational 11:6,21
effect 48:23 119:14
effects 66:17
egging 120:21
eight 36:25 37:3 83:19
either 43:8 79:2 81:12
  108:23 124:7
elaborate 6:14 118:6
electrical 100:6
Elementary 19:16
emergency 92:24
EMG 105:16
EMG's 100:8
employed 14:6
employee 27:2 32:18
employees 15:23 16:1,4
  32:15,16 46:18,19,21
ended 20:15
enforcement 45:6
enjoy 48:11
enjoying 36:16
enter 116:18
entered 32:5 38:23
entire 39:4 89:9
ENTITIES 1:15
equipment 25:3,4,5,6,7
  25:8
escalate 17:15
escorted 74:2,9
ESQ 2:2,5
establish 86:3,4 110:3
established 50:3 114:5
estimate 16:24 32:9

39:12
estimates 123:18,24
  124:7
estimating 123:22
estimation 5:20
evaluate 8:12
evening 8:10 31:6 50:9
  66:18 83:20,22,23
  94:5,5 120:10 123:15
events 109:14
eventually 73:5 87:20
  89:15
everybody 45:5 83:7
  107:13
exacerbated 100:1
exact 78:2 98:14
exactly 36:24 61:15
  106:25
EXAMINATION 3:2,5
  4:7 109:3 122:12
  123:12 124:5,10
examined 4:6 127:7
example 23:2
exasperated 96:8
excuse 51:2 83:22
  101:14
excused 102:8,10
exhibit 3:10,11,12,13
  3:14 34:16 35:22
  55:12 67:8 73:21
  125:1,2
Exhibits 3:9 124:17
existence 15:16
exit 40:21 46:25 51:3
  53:4 54:17,21 55:1
  56:4 84:12
exited 50:24,25 55:3
exiting 52:22
expect 9:7 106:24
  107:3
experiencing 103:18
  104:12
expires 127:23
explain 21:16 52:9
  60:23 65:5 67:20
  77:13
expose 9:20
ex-spouse 20:8
eyed 119:12
E-4 12:16

**F**

F 40:4,10
face 63:4,5 64:20 76:13
  77:10 80:6,10,15
  89:8 91:3 121:21,22
  122:6
facilities 22:16
facility 40:11

facing 51:12 60:3 76:19
76:20
fact 37:11 42:20 88:1
100:1 110:19 112:10
123:14
facts 107:21
failed 127:16
fair 28:7 49:21 61:3
116:14
fall 62:11 65:2 115:5
familiar 5:6,9 23:23
38:9 114:2
family 11:16 94:16,17
94:18
far 7:13 28:7 32:23
38:5,9,20 39:14 45:3
49:22 50:5 56:4
57:21 63:16 64:12,17
82:7 86:14 90:23
99:18,19 100:4 105:2
107:21 108:19
109:16 111:7 118:1
120:5
fast 60:22,25
fault 6:4
faulty 6:13,14
feel 9:17 66:20 73:2
103:6,9 104:18,21
feeling 66:17 78:21
96:12
feelings 91:15,25
feet 56:6 64:3,6,8,10,16
67:3 70:24 71:20
85:15,17,18,20,23,25
fell 63:6 64:18 65:12,14
felt 13:11 48:21 78:22
87:22 89:9 91:23
115:8 122:4
female 22:19 23:1,1
Fertilizing 22:4
fight 116:19
figure 98:12,13,14
figures 18:12 42:24
filed 8:7 127:15,17
filing 127:11
finally 64:1 81:6
find 8:8,9,11 71:17
89:17,18,20 90:14
97:9 107:2,4,14
116:17,20 117:12,17
finding 36:16 42:2 45:2
fine 9:7 30:6,10 34:13
39:3,3 40:7 53:2
105:10
finish 10:11 39:7
finished 39:8
first 4:5 21:16 34:7,10
35:22,24 60:24 62:3
62:10 64:5 67:20

80:18 103:23,24
fist 62:22,22 64:23
78:17,17,18
five 19:23 22:17,19,19
28:15 38:8 56:23
70:19 73:5 86:24
flew 79:22
floor 30:21,25,25
focus 48:10
folks 44:12 69:18,20
108:21
follow 122:11 124:4
following 91:6 100:17
105:11
follows 4:6
foot 106:10,13
footing 68:20,20 69:8
force 12:10 69:6
116:22
foregoing 126:3 127:8
forget 25:16 86:23
formal 96:2
formally 18:8
former 31:24
Fort 1:21,22 2:6,6
forty 17:1
forward 51:17
found 6:4 32:17 89:15
90:12,21 91:2,5
96:13 102:5
foundation 57:12
113:11
four 20:19 22:8 27:18
28:15 32:11 33:10,15
33:19 34:4,8 36:8
39:20,20 43:14,18
46:19,25 48:16 49:14
51:1,2,24 52:7,21
53:10,16 64:10 73:23
74:7 80:17 81:13
85:15,17,18,20,23,25
94:4,10 124:16
fourth 23:2
fragile 99:22
Francisco 95:12
frankly 107:11
freedom 71:8
frequent 37:22 45:6
frequently 104:16
Friday 92:10,12
friend 33:8 94:25 95:2
friends 49:15,23 94:21
fright 84:11
front 17:6 18:11 36:6
64:4,6 77:3
fuck 60:10
fucking 47:11,11,11
60:10,10 77:7,7
full 4:9 60:20 127:9

Full-time 19:24
further 3:5 107:25
122:12 124:5,10
fusion 88:19

------------------ G ------------------

Garden 6:24,25
gasp 79:23
Gee 45:9 51:18 87:3
geez 26:6 39:9
general 34:25 42:1
48:11 93:12 123:23
123:24
generally 11:10 12:25
16:5 24:5,25 27:19
28:18 29:5,13,14
generated 17:9
generating 30:7
gentleman 56:24 58:14
110:17
gentlemen 43:15 48:17
49:15 52:21 53:10,16
57:8 74:8
genuinely 45:2
getting 12:20 25:9
69:15 86:24 117:13
GI 12:18
give 5:20 7:7 8:21,21
9:24 10:12 14:20,20
16:24 32:9 37:21
38:5,16 81:2 82:1
given 9:16 17:18 37:22
38:6,7 96:3 101:17
107:18 108:20 125:4
gives 8:11
giving 9:19 122:14
go 7:5 10:5 17:24 19:6
28:1,3,11,15,20,23
37:24 38:1 40:15
47:4,10 48:7,25 49:7
50:19,23 51:1,15
52:25 53:3,19,22,23
54:16,17 55:1,2
58:19 63:21 64:15
65:2,16 69:1,22 70:6
70:6,7,12,12,17,22
71:15,23,25 72:1,16
72:16,21 73:6,7
75:24 79:3,12,17
81:14,16 82:21 83:8
83:13,24 90:25 92:9
92:19,21 96:15 99:9
102:5 103:13 106:20
112:16 113:5 114:22
117:7
goal 10:11
goes 16:25 64:1 70:13
76:7,9,9,10 81:6
going 7:24 9:16 10:4,12

11:17 17:11,17,18
34:10,18,19 37:20
38:3 39:10,23 41:5
47:4,12,13 48:2,22
49:3 50:19,19,23
51:22 53:9,13,22
54:17 56:14 59:3,4
59:15 60:14,15,17,24
66:13 67:10 69:24
72:9 78:22 81:5
87:14 92:21 93:20
98:20,24 99:3 102:2
102:4,7 103:14,15
106:21 107:14,19
108:4,13,21 109:8
111:14 112:13
113:10 114:1 116:17
116:18,19 117:11,12
117:13,17 118:5
124:17
good 5:12 10:21 27:19
109:5,7 124:18
gotten 13:11
grab 16:20 68:13,22
81:7
grabbed 67:21
Graduated 10:25
grass 21:25
great 45:3
greatly 96:8
Green 29:16
gross 17:2,4,5
ground 30:21,24 62:11
65:12,14,21 66:5,7,8
66:22 67:3 68:7,16
69:5 70:24 71:20
76:2 115:5
grounds 16:18 114:11
114:20
groundskeeping 15:22
21:19,24 22:8 24:4
25:7
guess 9:4 53:1 63:11
70:5 81:23,24 83:6
98:15 105:6 109:23
guesstimates 123:20
guilty 112:5,5
gun 117:5,6,7
guy 45:15 63:18 77:22
84:18 109:21 110:11
110:23 117:7
guys 17:19 38:13 44:16
53:13 76:19 109:1
117:22
guy's 110:5

------------------ H ------------------

H 40:6,10
half 10:10 22:10 23:9

74:17,17 75:1,1
half-an-hour 24:17
hand 62:20,21 64:22,24
77:22 121:4,4,6,7
handicap 22:21 31:4
40:6
hands 59:1,17 61:7,18
61:20,24 62:8,11,14
62:16,18 64:20 68:23
71:5 72:1 81:4 115:2
115:3
handwritten 124:16
haole 47:11 56:21
63:18 84:18 109:21
110:4,11,14,15
happen 104:16,17
120:19
happened 6:3,17 8:10
9:6,7 17:14 25:21
31:10,17 36:7,14
38:25 42:17 50:22
55:2 58:18 59:13,19
61:13 62:10 63:5
65:15,17 69:22,10
70:10 71:2,18 76:4,5
77:1 78:19 79:10
80:23 82:23,23 83:3
84:22 86:11,14 87:21
89:11,13 90:2,10
94:2 96:17 104:17
115:12 117:10
118:11,19 120:10
happening 41:22 42:14
104:22
happens 42:16 46:24
75:8,8
harass 71:17
hard 7:23 16:9 59:17
61:8 65:21 66:8
77:10 78:12
harm 117:16
Harold 1:6,20 2:4
HARRIS 1:11
Harry 1:14 28:24
32:19,20,22 42:2
49:6 54:13 94:9
109:22
Harry's 33:9
Hawaii 1:2,22,25 2:3,7
2:11 4:12 6:23 10:23
95:14 104:3 127:1,4
Hawaiian 12:22,23
13:2
head 18:12 21:22 22:3
23:20,20 24:12 30:1
59:22 69:15 75:3
79:22,24
Health 31:25
hear 10:2,3 47:21,24

48:25 50:8 52:8,15
52:17 53:4,7 55:4
56:16,18 118:23
121:12
heard 48:12,13 50:11
50:14,15,16 56:20
59:6 89:22 118:23
hearing 48:3 51:22
52:20
heated 47:15 49:5
52:11,18
heavy 16:14 57:5
hedges 22:2
height 57:1
held 29:11 73:2 77:21
99:10 106:19 108:10
112:23
help 20:4 26:4,25 27:5
51:22 52:20 69:17
110:8 112:13 118:23
helped 27:4
helping 26:12,12,16
27:7,14 30:12
Henry 26:13,14,23
27:14 30:12
hereto 127:19
herniated 88:9 96:14
105:19,20,22,24
106:2,5,12
herniation 106:14
Hey 44:16
high 10:25 11:6 19:6,7
HIPA 98:24 108:25
hit 59:20 60:22 61:18
61:19,22,24 62:2,7,9
62:10,13,14,15,15,17
62:18 63:1,3,4,5
64:14,19 65:21 66:8
69:21 77:10,23 78:11
79:22 80:3,6 83:4,5,6
83:6 111:4 114:19
115:2,2,3,4,7,13,17
hits 62:3
hitting 63:1,2
Hoku 4:24 5:4,7,9
Hokuahiahi 4:23 5:8
hold 10:5 71:19 114:20
holding 69:12 72:12,20
77:12,22 78:5
home 4:15 9:22 38:4
50:19 70:6,6,7 75:24
79:17 81:8 83:15,17
83:22 84:21 86:9,15
86:17 87:11,12 90:17
90:25 91:9 94:3
121:15
honest 45:17,21,25
46:12
Honolulu 1:6,22 2:3,7

2:8,10,11 7:10 8:7
13:3 122:15 127:2
honorable 12:13
hookup 100:6
hopefully 87:3
horror 80:15
horror-type 79:23
hospital 91:13 92:6,9
92:15,19,23 96:25
hotel 26:7,8,10
hour 22:9 23:9,9
hours 10:10 11:13 22:6
22:8 23:7 24:5,7,15
27:17,21,22,23 28:8
28:15,16,20 29:6,13
52:7
House 6:24,25
HPD 13:4,13,16
Hu 103:22 104:4,6
105:1,9
huh 19:12
hurt 13:11 64:24 88:24
hurting 69:14
husky 57:6
Hu's 103:23 104:2
hypothetical 117:4
hypothetically 116:1
H-U 103:25 104:1

I
Ibuprofen 101:4
ice 81:2,7 87:17
idea 50:6
identification 3:9 34:17
55:13 67:9 73:22
125:3
ignore 58:19
illuminated 56:12
immediate 35:1 56:3
72:5
immediately 65:23
66:12 70:23 92:4
important 8:22
impression 43:14,17,18
43:23 82:1
imprisoned 112:17
incident 20:25 25:20
31:6 36:25 37:16
38:24 73:17 91:8
92:11 94:15,22 95:17
96:8 97:2 100:1,16
101:14 102:25 104:9
104:17 107:22
109:11,14 112:9
121:18
include 22:11
inclusive 126:3
income 16:21 17:2,8
30:7

increasingly 91:2,7
92:20 96:12
indicate 68:2 83:8
indicated 18:18 35:23
38:12 40:10 41:18
46:6 48:21 74:13
79:2 83:18 85:13
98:10 99:25
indicating 34:9 54:21
55:20 56:11 59:2
63:7 64:1 67:7,17,19
73:15 77:19 78:14
80:9,20 121:5,24
individual 1:7,8,9,10
1:12 26:11 33:10
45:3,21,25 46:12
individuals 25:22
32:11 39:20 42:12
46:16 53:16 91:21
115:22 116:3,5,15
117:17
industrial 16:12
inebriated 66:14,16,20
inform 84:21
information 8:19,22
109:12 123:7
informing 90:21
initials 59:5,10 63:12
64:8 67:24 74:4,16
injured 90:1
injuries 7:2 96:5,6
97:14 98:4 109:9
111:21
injury 6:18 87:25 88:1
88:8,22 96:8,9 97:14
122:1
inside 77:21 91:5
102:20
instinctively 115:14,15
instructs 10:7
intention 53:21 54:16
55:1
interaction 119:9
interested 127:19
internal 72:17 93:9
97:23 122:16
interrogatories 98:9
interrogatory 98:17
intimidating 119:13
intolerable 91:3,7
intoxicated 57:15,23
57:23 58:2,10 119:5
119:8,20,24
intoxication 58:4
investigation 116:16
involved 5:21 6:7 20:1
94:4
involving 25:22
issue 53:14

issues 125:7

J
J 80:21
Jackson 29:19,20
Jane 1:14 20:9,11,12
janitorial 15:22 16:13
16:15,15 22:9,11
24:4 25:4 27:20
jaw 89:8 91:4 102:19
103:10
JEREMY 1:10
Joann 32:17 33:6,19
42:3,5 79:21,22
80:13,19 84:9 94:9
job 13:11
jobs 16:10
jog 110:8
JOHN 1:14
justice 11:12

K
K 29:16
Kahala 95:25
Kai 104:3,3
Kaimuki 11:3
Kaiser 88:17 92:15
93:22,24 96:24 97:1
97:21 98:5,20,22
101:25 103:17
Kaleiopuu 19:16
Kaleipu 19:15
Kaneshiro 122:16
Kawasaki 2:2 3:4 10:6
17:21,23 18:1,6,16
44:1 57:12,18 71:13
74:21 81:23 84:4,6
86:12,16 89:19,21
93:4,11 99:2,7,16
107:6,12,17,25 108:6
108:12,21,24 109:17
111:17 113:10,24
114:9,12 116:6,8
118:8 123:11,13
124:3,18 125:8
keep 79:11 86:6
kept 39:8 52:7 72:1
113:3
key 41:3,4 76:7,7
kids 20:19 89:13 90:7,9
94:14
kind 6:12,14 10:16
16:21 30:7 44:19
50:7 51:17 54:8
70:25 72:8 88:19
91:17 100:25 101:19
101:22,22 106:4,8,25
108:3,17 111:3,7
116:15,16 117:22

119:11
kinds 79:16
King 2:11
kitchen 35:4 79:7,14,15
80:24 81:1 83:24
84:4
kneeing 69:14
knew 33:11 38:10
44:24 90:2
knives 79:15
know 9:10,10 15:1 16:9
16:16 18:12 21:9,10
23:22 27:5 29:25
30:6,6 31:11 32:16
32:23,24 33:1,7,14
36:23 37:6,8,8,15
39:1 40:4,7 42:1 43:2
43:4 44:3,3,24,25
45:1,3,4,6 46:13
48:24 49:7,8,9,9,10
49:12,12,13,14,21
50:18 51:8,25 52:8
52:19,23 53:20,25
54:13,20,21,24 56:20
57:7,7,11,13,13,14
57:15,16,19,20 59:1
59:15 60:7,16 61:15
61:17 62:23 63:12
64:1,24 67:21 69:6,7
69:12,13,19 70:3,4,5
70:6 71:14 72:8,19
72:22,25 73:16 74:21
74:22,22 75:9 76:8
76:21 78:23,24 81:14
81:20,25 82:1,3,3,24
82:25 83:4,6,18
84:10,14 85:9 87:11
87:13,16 89:19,21
90:3,11,12,20 91:14
91:22 92:2,4 93:11
93:19 94:4,8 95:20
96:16 97:7,11 98:9
98:11,14,16,20 99:4
99:7 100:4 101:10
103:24 104:25 105:5
105:7 106:1,6,24
107:2,3,5,10,14,19
109:19 112:12,13,15
114:1 116:18 117:4,9
117:11 118:1,5,25
119:16 120:24 121:2
121:7 124:12
knowing 45:18 70:5
72:2
knowledge 66:19 96:4
123:5
known 45:11
knows 94:16,17
Kuapa 104:3

Kurabara's 49:18

**L**

L 1:25 127:3,22
label 54:23
labeled 124:16
labeling 55:14
lanai 21:20
landmark 4:21
landscaping 16:18
  21:23
language 45:8 52:5
Larry 17:19 18:13
  99:11 107:10,23
  122:11
lasting 10:10
laugh 36:16 42:2
laughter 52:15
law 1:20 45:5 93:16
lawful 116:12
LAWRENCE 2:2
lawsuit 5:22 6:7 8:6
  111:16
lay 87:18
leagues 5:13
learned 87:7
leave 28:21,21 31:16
  48:24 53:16,21 60:15
  70:11 75:5,10,11,13
  75:16 79:13,13 81:7
  82:8 84:6,12
leaves 42:15 46:14
  70:14
leaving 14:5 50:18
led 46:11
LEE 1:11
left 15:9 30:13,16
  35:10 39:9,14,22
  40:25 41:6,18,23
  42:5,18 48:19 49:2
  50:17 51:4,24 52:21
  54:16 55:5 58:2 73:8
  78:15,21 80:6 81:15
  81:17 82:8,11 83:11
  83:23 84:4,14 86:5
  86:10,20 89:9 96:12
  102:23 103:19
  106:10 112:12
  121:23
left-hand 35:21 76:12
leg 77:21 78:1,1 79:2
  96:12
legal 111:18
Leonard 4:10
letting 72:21
let's 10:21 20:25 38:5
  48:25 58:13 85:3
  96:5 99:9 110:3
level 58:3

levels 31:3
Liberal 11:11
life 87:8
lifelong 94:25 95:2
lift 67:2 68:15
lifted 67:21
light 54:9 56:10
lighted 56:8
lighter 87:3
likes 31:25
likewise 109:8
limitation 108:3,18
  125:5
lines 8:19
lip 90:4,14,18 102:20
  103:11 104:12
  121:25
lips 78:21
listed 98:19
lit 56:8,9
little 20:24 30:3 31:12
  31:14 56:25 57:2
  58:10 63:11 65:7
  66:8 69:15 83:7 85:7
  87:3,13 88:25 89:2,5
  102:18 104:21
living 20:20 103:14
located 21:6,14 30:18
  30:21,24 40:13 95:11
location 22:7,15 23:23
  25:9 28:18,19 29:3,4
  52:2 85:10,14
long 4:19 13:24 14:12
  18:21 19:22 22:6
  29:22 36:5 48:6
  70:20 92:19 95:16
  101:15 102:3 107:23
longer 13:11 17:14
  30:2,4 101:12 117:15
look 51:15,20 52:24
  57:23 80:15 85:17
  99:23 122:25 124:13
looked 51:17,18,19
  55:5 57:22 58:20,21
  58:24 63:17,19
  119:12
looking 35:3 85:8
  89:25 124:15
looks 124:22
loose 102:17,18
lose 17:13 78:22
loss 17:16 18:14 100:7
  125:5
lost 17:12 69:8 78:20
lot 19:19 41:11,12,16
  42:25 43:1,13 55:5
  56:11,12 58:12 63:9
  63:24 68:5 79:15
  81:21 85:21 87:14,22

89:9 96:9,16 121:20
loud 47:20 48:13 50:16
  78:25 118:21
loudly 43:9
lower 89:9 96:10,11
  105:10,17
Luiz 122:21
lumbar 88:4,5
lunch 54:11
lying 66:22 67:13
L5 96:13 105:19

**M**

M 40:3,10
Maiden 20:10
mailing 4:11
main 9:3
mainland 94:20 95:22
  102:23
maintained 24:21
maintenance 15:13,21
  16:18 20:2 21:13
  25:17 27:21
Makiki 15:3
making 17:12,16 18:7
  118:20
Malama 19:13,14
male 22:19,22 50:13
  55:6 65:23
males 36:8 39:20 47:24
male's 43:10
mall 24:14
management 29:21
manager 14:9,11,11,21
  15:6,9
mandibular 103:2
manner 8:21 47:12
  112:3
Mansion 14:7,24 15:2
manufacturer 6:20
map 41:10
March 1:23 4:1 127:6
  127:21
mark 67:20 74:15
marked 3:9 34:17
  55:13 67:9 73:22
  125:3
marking 34:12,15 40:9
  54:22,25 55:23 59:8
  68:1,4,8,11 74:6,12
  80:22
marriages 20:6,17
married 18:19,21
  20:13
martial 87:8
Mary 20:9,11,12
matter 42:20 59:15
  69:25 70:3
mauka 32:12 41:11,12

Mayeshiro 2:9 3:3,7
  99:6 108:23 109:4,20
  110:17 111:19
  112:18,19 113:12
  114:2,11,13,14 116:7
  116:10,14 118:10
  122:10 124:4,6
Mayor 1:11
mean 23:13 24:3 31:2
  40:17 41:19 52:7,20
  64:7 65:6 68:18
  75:19 76:2,7,8,12
  77:25 79:21 81:18
  82:20 85:18,20 94:18
  100:23 120:8
meaning 16:16 21:20
  22:19 92:2
means 8:24
meant 85:19
medical 88:15 89:5
  98:4,10,11,25 99:15
  107:20 108:1,2,4,9
  108:17,18 109:9,10
  125:6
medication 10:16
  100:24,25 101:17
medications 101:13
medicine 93:9 97:23
meds 100:21,23 101:16
  125:5
memory 9:8,9 110:8
  117:24
mention 105:1
mentioned 12:4 54:4,6
  105:2 119:21
men's 40:5 55:2
mess 28:16
messed 89:2 90:18
met 119:16 120:13,14
Middle 19:9
mild 96:18 97:4
Mililani 2:2 4:12,21
  19:6,7,9 83:13 87:11
  93:2,8,24 96:24
military 11:22,23 12:4
  12:4,9,17,21
milligrams 101:6
mind 67:12 68:5
  107:23
minded 51:17
Minnell 31:22,23 32:10
  33:19 34:11 35:23
  36:7,18 39:4,14,18
  39:22 41:6,18 42:5
  42:15,17 44:13,23
  45:12 46:6,11,14
  51:9 53:8,12 94:10
  118:3
minutes 10:13 24:18

50:23 53:20 70:3,19
  70:21 73:5 76:10
  81:6 112:25
missing 63:11
misspoke 80:20
mistaken 112:10
mixed 91:15,25
Moanalua 96:25
moment 62:24
money 38:16 53:24,25
  54:3
Monsarrat 23:20
month 30:9 38:6,7
months 113:16,17
mood 38:2,22
morning 10:17 27:18
  28:6,17 87:21 89:6
  90:7
motioned 31:20
motioning 121:6
motor 14:3
mouth 81:8 87:17 89:8
  91:3,5 96:9 102:15
  102:21 103:8,9,10
  104:23
move 20:24,25 71:10
  71:12 72:10 77:23
  112:18
moved 62:5
movement 51:19 71:9
moving 65:22
MPO-2 13:20
MRI 96:10
MRI's 99:21,21 100:12
multiple 88:9
Murphy 1:25 127:3,22
muscle 101:8
music 42:1
mutual 116:19

**N**

N 3:1
nah 60:10,10,11 77:7,7
  77:7
Nakaki 1:14 32:20,22
  33:20 42:6 53:5
  79:18 84:3 94:9
name 4:9,13 18:19 20:8
  20:10 26:6,8,10,13
  26:15 32:24,25 33:2
  43:10 88:16 93:6
  94:25 98:1 103:23,24
  110:5,7,10
named 18:23 33:6
names 14:20 33:14
  43:13 110:10 118:13
Nathan 93:6
natural 51:19
nature 92:6 101:21

| | | | | |
|---|---|---|---|---|
| nearby 55:11 | **O** | 15:23 17:2,11 18:10 | opportunity 8:5,8,11 | part-time 11:17 |
| necessary 9:18 13:12 | O 34:12 35:23 51:9,11 | 18:16 19:14,14,18 | 8:21 9:16 121:3 | pass 37:7 38:14 |
| 103:6 104:19,22 | oath 7:14 | 20:8,24 21:6 23:10 | order 37:9 116:11,25 | passed 38:24 50:23 |
| 108:15 127:13 | object 111:17 113:24 | 23:23 25:3,14,20 | ordered 37:11 | 53:18 70:16 123:19 |
| neck 77:25 87:18,24 | 116:6 | 26:5 27:10 28:22 | ordinary 120:5 | passing 31:18,18,18 |
| 88:10 89:8 91:3 96:8 | objection 10:3,5 114:9 | 29:22,25 31:5,12,16 | original 120:21 122:2 | patient 81:3 |
| 99:18,19 100:1,17 | objections 9:15 10:2,3 | 31:17 32:8 33:15 | orthopedic 88:12 98:2 | patrol 13:17,18,18 |
| 101:19 102:13 | observe 47:13 52:22 | 34:12 36:23 38:19 | 98:3 | patrolman 14:1,3 |
| need 18:4,6 77:17 | 55:3 56:19 58:13 | 39:14,25 41:12 42:19 | outcome 127:19 | patrons 32:9 33:10 |
| 99:15 | 121:3,9 | 44:11 47:2 48:12 | outside 33:23 40:14 | 39:15 83:25 |
| needed 27:5 | observed 55:16 56:20 | 50:25 51:12,23 54:10 | 47:4 48:23,25 49:4,7 | Patty 32:19,24 33:3,20 |
| negligence 6:5,6 | obvious 52:11 | 55:1,14 56:4,7 57:21 | 49:9,13 50:20 51:5 | 36:15 37:6,14 38:9 |
| nerve 100:7,10 | obviously 49:25 | 59:9 60:18,24 61:11 | 55:4 60:24 74:23 | 42:2,6 47:16 53:5 |
| net 17:2 | occasional 26:25 | 61:21 63:3 65:1 | 76:11 79:5 81:14 | 76:20 79:20,21,21 |
| neurologist 96:20,23 | occasionally 26:17 32:2 | 66:13,22 67:11 68:12 | 82:20 83:3 84:14,15 | 80:13,19 82:18,19,24 |
| Neurontin 101:11 | 39:24 | 69:9 70:8,12 71:25 | 84:17,17 85:14,15 | 83:3 84:2 94:9 |
| neurosurgeon 96:20,23 | occurred 36:25 38:24 | 72:14 73:2,19,23 | 102:20 103:11 | 117:21 118:1 |
| 97:25 | 109:16 | 74:7,10 75:1,6,21,23 | 118:11,19 | Paul 94:25 |
| neutral 48:1 | offered 71:11 | 75:25 76:19 77:1,5 | Overhead 35:1 | pay 51:21 |
| never 16:3 49:20 70:13 | offhand 26:9 | 77:11 78:11 79:8 | overhear 43:22 47:17 | paying 47:16 52:10,19 |
| 73:8 88:5 96:9 98:14 | office 104:2 | 80:5 81:6,22 82:4 | overheard 52:5 | 118:23 |
| 104:17 111:3,4,4,7 | officer 5:17 6:1 44:11 | 83:1,22 84:21 85:3 | owned 21:9 | Pearl 13:23,24 |
| 119:16 120:13,14 | 47:8,20,21,21 48:7 | 85:20 86:3,9 87:6 | owner 29:15 32:22 | people 9:21 16:3,16 |
| new 6:16 99:21 | 55:17,25 66:4,23 | 88:22 90:5 92:23 | ownership 16:2 | 20:20 32:8 33:11 |
| nice 45:2,19 | 68:10 74:7 75:4,6 | 93:24 97:9,13 98:22 | o'clock 28:15,16 31:6 | 45:6 72:17 115:19 |
| night 32:6 36:22,23 | 76:7 78:2,8 79:2 81:1 | 101:7 103:10,11 | 46:7 52:1,1 | 116:18 120:13,14 |
| 37:8,12 38:20 39:7 | 87:7 91:16 110:19,23 | 105:8,23 106:24 | o0o 4:2 125:11 | perception 8:9 |
| 41:6,25 53:9,21 57:9 | 110:25 111:3,11,15 | 107:18 108:24 109:2 | | Percocet 101:2 |
| 57:11,17 58:9 83:16 | 111:20 112:2,7,20,22 | 109:20 110:11 | **P** | perfectly 9:11 |
| 84:21,24 86:9,11,14 | 112:23 113:12,20 | 111:14 112:7 114:5 | P 80:21 | period 10:11,12 24:24 |
| 87:11,24 88:6 90:6 | 114:15,16 115:19 | 114:13,23 115:5,19 | PAGE 3:2 | 39:5,18 42:4 51:13 |
| 91:20 92:5 96:18 | 116:4,11,15,21 | 116:2 117:15,20 | pages 126:3 | 52:4 71:7 75:11 |
| 109:16,23 111:12 | 117:10,12,17 118:13 | 118:1,9,9,9,18 | paid 26:23,24 42:24 | 113:15 |
| 117:21 118:10,18 | 118:16,16,19,25 | 119:19 120:17 | pain 89:7 91:2 92:20 | periodic 10:9 |
| 119:9,21,25 120:4 | 119:7,19,23 120:15 | 121:22 122:10 | 101:12,16,17 115:9 | periods 123:17 |
| 121:15 | 120:18,23 121:10,12 | 123:10 124:18,25 | 121:20 | person 45:2,8,19 48:3 |
| nine 38:25 51:25 52:1 | officers 8:8 33:15,19 | 125:7,8 | painful 100:7 102:5 | 48:12,13 98:18 |
| 56:23 86:24 | 34:4,13 36:1 43:15 | old 19:2 81:22 82:1 | Pang 93:6 | 114:15,16 116:24,24 |
| Nods 21:22 22:3 59:22 | 43:18 44:8,20 46:4,6 | 100:7 | pants 43:7,19 78:20 | 117:1,6 118:2,22 |
| 75:3 | 49:20 50:3 51:1,2,5 | older 81:21 | panty 47:11 | personally 94:8 107:21 |
| noise 52:23 | 51:12,24 55:10,22 | omission 112:6 | paper 31:14 | personnel 93:22 |
| normal 23:11 27:24 | 56:2 57:4 65:24 66:2 | once 6:9,9 28:23 41:7 | paperwork 17:8 | phone 54:1 |
| 28:7 119:15,17 | 66:24 67:15,21 68:3 | 49:19 52:8 62:15,16 | Park 4:23 5:5,8 | photographic 9:8 |
| 120:12 | 68:12 69:9 70:22 | 83:5,6 88:24 91:16 | parked 41:9,15 | photographs 122:1 |
| normally 22:6 27:13 | 72:20 74:20 77:9,11 | 117:15 120:25 | parking 35:8 41:11,12 | physiatrist 97:24 |
| 37:18 54:2,8 | 77:24 81:13 91:20 | ones 24:23 | 41:16 54:23,24 55:5 | 105:15 |
| nosey 83:9 | 94:4,10 119:4 | one-man 16:5 | 56:11,12 58:11 63:9 | physical 13:12 79:11 |
| Notary 1:25 127:3 | offices 1:21 34:8 | open 35:10 40:25 41:1 | 63:24 64:16 68:5 | 102:2 115:20 117:16 |
| noted 126:4 | official 1:7,8,9,10,11 | 62:22 64:22 78:17 | 85:20 | physician 93:9,10,12 |
| notice 1:23 57:10 | 1:12 16:4 | 121:4,6,7 | part 11:23 68:22 73:12 | 97:13,19 103:17 |
| 121:16,19 | Oh 5:19 19:11 26:6 | opened 15:13 55:4 | 73:16 89:6 107:20 | physicians 98:18 99:25 |
| notified 127:12 | 44:14,15 54:11 70:1 | openhandedly 61:24 | 122:4 | pick 16:17 |
| number 4:24 8:8 23:1 | 70:23 90:2 97:17 | opens 52:24 77:2 | particular 21:3 27:4 | picked 65:25 68:20 |
| 34:18,20,22 35:21 | 102:23 | operate 25:10 | 30:7,12 91:12 119:11 | picture 60:19 |
| 40:3 51:8 54:5 55:15 | okay 4:24 5:4 7:5,14,25 | operation 16:5 | 120:15 | pieces 47:18,19 |
| 63:13 67:11,11,12,23 | 8:3,12,14 9:1,2 10:1 | opinion 45:22 91:19 | parties 127:19 | pin 77:9 114:20 |
| 73:23 75:22,23 80:17 | 10:2,7,8,25 11:13 | 116:8 119:3 | partners 49:24 | pinned 77:14 |
| 85:8,9 107:15 117:14 | 12:13 13:10,13 14:1 | opinions 45:20 | PARTNERSHIPS 1:14 | pinning 77:12 |
| numbers 17:6 | 14:17 15:6,12,16,18 | opportunities 11:6,21 | party 5:22 | place 21:2 25:5,6,7 |

40:1,2 69:3
plaintiff 1:4 2:2 6:8,9
play 5:9
playing 42:1
please 4:9 8:24 13:15
  110:21
pleasure 91:16
point 27:19 34:6 42:20
  45:7 46:25 48:16
  50:17 55:6,19 59:11
  63:19 64:11 67:5
  72:3 73:3,14 75:21
  76:10 77:9,11 78:8
  78:10,19,23 79:9
  80:17,18 89:15 90:21
  109:22 113:4,8
  116:11 121:18
pointing 63:8
pole 73:13,15,17,20
police 1:13 5:17,21 6:1
  7:11 8:7 13:3 34:13
  34:14 43:9,15,18,19
  44:8,20 50:1,3 75:17
  75:19 87:7,9,10 91:8
  91:13,14,16,20,24
  92:3 93:15,16,20
  93:21,22,24 94:13
  96:1 112:20 113:12
  113:20 115:19
  116:21 117:17
  122:15 123:8
policeman 31:24 43:11
  88:24 91:17 95:3,4
policemen 42:21,22,25
  43:2 44:16 45:10
  46:20 50:1
Portagee 77:7
posed 8:20,23
position 15:8,9
possible 7:24 9:24 91:1
  106:8,9
potential 9:21
powering 69:11
practice 104:5
preexisting 87:25
Preferably 27:17
premises 21:13 112:12
prescribed 100:25
  101:5,6
pressing 69:16
pretty 28:2,10 45:19
  47:15,19,23 53:3
  61:8 64:25 65:21
  68:17,18 71:8 82:24
  84:11 86:7,8 87:14
  118:21 123:1
previous 20:6 88:7
  99:21
previously 99:4

primarily 13:13,17
  26:20
primary 97:13
prior 29:22 31:19
  78:24 94:5 99:5
  104:17 127:7,11
private 5:22
probable 113:18 114:3
  114:5,16 116:4 117:3
probably 34:19 36:19
  45:13 64:25 81:21
  87:5 92:21 97:15
  118:4
problem 26:11 88:5
  96:10 103:18
problems 103:9
proceeding 8:18
proceedings 125:10
  127:10
produce 107:9
product 6:13,14
program 11:15
prompt 8:2
properly 91:4
properties 23:18 24:25
property 17:14 22:18
  23:24 24:13,13 26:7
  27:8,10,13 29:21
  31:11 49:19
proprietorship 20:3
  25:17,19
protect 117:13
provide 7:25 99:8
provided 92:7 98:5
  123:8
Pruett 98:7,19 102:15
  102:22
Pruett's 104:5
PT 102:7,8,10
public 1:25 22:15 28:4
  127:3
punch 64:25 65:1,11
  68:19 114:15,17
  115:12
punched 69:4 70:1,1,2
  112:22
punches 115:22 116:3
punching 69:14
purpose 8:18,18
pursuant 1:23
pursue 15:10,11
push 62:1 68:19 71:19
  115:2
pushed 61:9 62:7 65:11
  111:4 115:1
pushes 120:22
pushing 55:6,16 58:14
  63:18 120:18
put 8:17 34:10,13,18

35:21 38:17 40:3,7
  54:3,13,20 59:1,5
  67:12,13,14,16,18,22
  67:24 68:2,5,9 69:5,9
  70:10,22 71:23 74:3
  74:3 81:7 87:17 91:1
  100:5 113:1 114:9
putting 39:8 59:14
  68:25
p.m 1:22 4:1 27:12 29:7
  31:19 41:19 125:10

─────────
Q
─────────

Quality 15:13,20 20:1
  25:16
queer 47:12
question 7:19 8:24,25
  9:1 13:15 16:9 30:11
  44:19 57:16,16 71:12
  72:3 98:17 109:8,11
  109:19 111:17
  124:12
questions 8:6,20,23
  9:15 10:14 72:25
  99:12 107:25 108:5,6
  108:20 109:6 118:8
quickly 77:8
quiet 47:23 118:16
quite 100:19

─────────
R
─────────

racial 45:10
radical 89:3
raise 27:19
raised 53:13
raising 118:20
Ramp 13:1
ran 59:2,3 77:23
  111:25
ranged 100:13
rank 12:15 13:19
rarely 26:25
reaction 121:9
read 110:9 126:2
real 16:4 78:25 117:4
realized 92:21
really 25:13 48:24
  51:20 60:11 69:16
  75:21 78:22 79:9,16
  106:23 107:14
  115:11 120:5
reason 7:19 83:9 91:12
  103:14 108:14
reasons 29:12
recall 6:20 7:13 26:15
  27:6 32:8 33:2 36:24
  37:13 48:3 52:16
  55:7 61:14 71:13,14
  72:24 83:21 84:10

85:1 86:12,13,16
  89:12 93:4,5 97:12
  102:6 104:7 108:8
  124:1
receive 11:8,13
received 99:3
receiving 78:25 101:19
  101:23 106:5
Recess 85:4
recessed 125:10
recollect 121:14
recollection 30:11 31:5
  37:10 38:25 39:16
  42:4,10,11 46:9
  53:15 58:1
recommended 93:14
record 4:9 10:3 34:21
  61:21,23 85:5,7 99:9
  99:10,11 106:18,19
  106:20 110:3
recorded 96:2 122:15
records 18:3,11 88:15
  98:25 99:4,12,13
  100:7 104:9,10 107:6
  107:7,8,9,11 108:1,7
  108:9,16,22 109:10
  125:1,6
recruiting 14:18
refer 43:12
reference 110:19
referral 104:4
referred 110:22
referring 81:19 110:25
  120:2
refused 88:21
regard 27:20 99:17
  105:10 107:24
regarding 46:1 119:9
  125:5
regards 18:10 30:10
  107:20
region 100:13
regular 27:2 38:21
related 108:1,3,18
  127:18
relationship 49:22 50:5
  50:8
relax 48:10 76:24
relaxants 101:8
released 81:9,13
relevance 113:24
  114:11,12 116:6
relying 46:2
remain 39:17,20 46:15
remember 7:8,9 9:5,6,9
  9:10 23:10 24:20
  25:25 26:6,9,9 32:15
  33:18 37:13 38:19,21
  41:5,8,22 42:14 47:7

53:1 55:8 62:25 63:1
  64:22 84:1,8 88:15
  89:24 90:9 94:11
  96:22 97:9 98:1
  102:9,11,11 109:15
  109:24 110:1,2,4,6
  111:6,7,11 113:6
  115:12,12 118:13,16
  118:19 119:5 120:23
  122:14
render 127:13
rent 4:17
repeat 13:15
repeatedly 82:22
rephrase 8:25 111:19
report 91:8 104:8,22
  120:21
reporter 7:21 9:14
  10:13
reporter's 4:3
reports 110:6
representation 17:18
represents 127:8
request 7:24 18:7
required 28:5,23
requirements 13:12
reservations 13:1
reserve 99:14 109:8
reside 95:24
resident 14:11 15:6,8
Residential 16:12
resides 5:1 95:21
residing 4:19
resign 13:10 15:8
resignation 13:22
resigned 13:9,10,19
resigning 88:25
resistance 59:14 69:1
  71:11
respect 24:2 109:9,11
  119:7 120:22 124:7
respond 8:2 10:6
response 121:10
responses 7:25 98:17
responsibilities 24:3
responsible 26:21
rest 10:13 109:23 112:8
rested 91:1,6
restrain 69:23 116:24
  116:25
restraining 72:21
restroom 22:15,20 40:5
  51:1 53:22,23 55:2
restrooms 22:21 26:17
  26:19,21 28:4,13
  35:15 40:8,11,21,25
result 7:2 88:7,22 96:7
  96:10 97:2
retailer 6:22

retire 13:8
retired 13:8 42:23
retreat 60:12
return 17:10
returned 74:5 83:2
returns 17:19 125:7
revenues 17:3,5
review 9:17 122:23
reviewed 108:16 123:2
  124:13,22
Reviewing 124:19
RICK 1:8
right 4:24 5:4,13 7:1,17
  9:11,25 10:14 12:20
  20:15 21:7 23:3
  24:15 25:1 26:9 28:5
  29:15 30:3,10 31:8
  32:22 33:22 34:10
  35:8,16,20 40:14,15
  40:16,22 41:8,20
  42:8,14 46:21,21
  50:11,25 51:7 54:6
  54:18,21 55:2,20
  56:9 58:14,16 62:21
  64:23 66:9,13 67:6
  67:22 68:13 70:15
  71:2,18,22,23,25
  73:15 74:13,19 76:1
  76:4 77:16 78:14
  79:2,25 80:1,2,3,9,10
  80:12,18 81:16,23
  85:10,14,15,23 86:6
  86:11,13,18,20 89:13
  90:23 92:9,13,14
  97:19 99:14,17,20
  101:16 105:3,10,18
  107:1,15 109:8,15
  110:4,14,20 111:5,10
  112:25 117:12,18,24
  124:22 127:12
Rights 1:3
right-hand 76:12
rise 7:3
Rivers 1:7 2:8 57:5
  65:24 70:13 73:11
  75:7 76:5,15 79:6
  81:1,10,13 83:24
  84:13,17 112:23
  119:7,19
Robert 1:3,18 4:4,10
  126:2,8 127:5
room 2:11 92:24
round 81:5,5
RPR 1:25 127:22
RS 85:10
rubbisb 16:17
rule 93:16
run 28:3 54:2 60:17
  69:21 77:10

running 59:11,16,21
  60:5,9 61:2 66:1 78:9
  78:10 116:10
ruptured 106:12

## S

safety 75:23
Saiki 88:15 98:1 100:4
  105:12
Sales 14:18
San 95:12
sat 118:11
saw 31:13 53:3,4 55:5
  55:21 58:13 64:5
  69:21 79:22 80:13,18
  90:17 97:15 102:22
  104:6 120:18,20
saying 7:20,21 47:24
  48:3 49:6 52:7 55:7,8
  55:9 56:18 60:9
  61:15 65:19 82:8
  84:11 112:2 121:12
says 69:20,20 70:12
  79:12 81:6,15
scared 65:21 75:21,21
  75:22,23 79:9
scene 23:12 117:10
school 10:25 11:6 19:6
  19:6,7,9,16,22 90:11
  90:17
scope 91:20
scream 79:23 80:16
screamed 79:2,23
  80:16
seated 34:1,2,3,4,8
  35:24 36:1 39:17
  75:1
Seattle 95:12
second 30:25 58:20
  62:17,23
seconds 65:20 69:25
security 14:15,18,22,22
see 5:12 10:11 16:16
  27:2 31:11 46:5
  51:15 56:14 74:24
  76:4 77:6 79:19
  84:19,19 90:16 95:19
  95:21 99:14,23
  103:13 104:6,24
  109:21 110:3 112:15
  119:15 120:3,12,19
Seeing 31:15
seen 49:17,19,20 52:24
  94:7 96:23 112:10
Seki 98:1
self-defense 87:6
  114:18
senses 70:25 71:22
sent 99:4 122:24

Sentinel 14:22
separated 88:10
September 10:22
  122:16
serious 87:25
service 12:5 27:21
  28:19
services 16:13,16
servicing 23:17
set 28:8 107:13
settle 47:4 48:22 49:1,3
  49:7
settled 6:18 7:5,6
seven 23:6,7 24:8,18
  113:16,17
Shawn 122:20
she'd 37:7 38:16
shining 56:10
shirt 43:8 90:6,15
shock 65:16 69:2
shoes 43:7
shoot 117:7
shooting 107:1 117:8
shootings 117:5
Shopping 104:3
short 85:3 86:24
shorter 56:25 57:2,5
shortly 65:22
shot 118:2,3
shots 37:7 38:17,20
  117:21
shoulder 7:4 55:7
  56:21 78:1 81:4
  120:18 121:8
shout 69:17
shouting 58:22 60:11
  69:25 70:24 77:6
shouts 56:20
shove 62:9,9 68:19
shoved 61:7,22 62:7
shoves 59:16
shoving 56:21 121:7
show 34:5 41:10 55:16
  55:18 59:5 67:5 68:6
  68:9 73:14 77:16
showed 51:8,9
shower 85:2 87:13
showing 32:3
shows 17:8
shut 17:25
side 35:10 41:11,12,16
  70:14 73:13,17,20
  76:12,12,14,15 77:22
  78:3,21 80:3,6,20
  89:5,9 99:15 106:10
  108:2,4,19 121:23
sidewalks 21:20
signature 127:16,17
Signed 126:11

similar 24:1
singing 41:25
sips 76:25
sir 95:4,15
sister 94:19
sister-in-law 20:22
sit 82:13 110:4 111:10
  111:20
site 14:9,11,12 23:5,12
  25:4 26:3 37:19
sites 16:14 22:20 23:16
  25:4,6,7
sitting 32:11 34:8,11,14
  36:7,12,20 39:21
  45:7 51:7,10 52:2
  54:5 74:11,17,18
  118:4
situation 38:2 60:18
  99:22 107:18 117:9
situations 117:5
six 19:23 22:17 27:12
  31:6 36:25 37:3 38:8
  52:1 83:19
sixty-five 17:1
size 57:2 81:21
skip 60:22,25
slam 67:2
slammed 65:25 67:6
  68:21 112:24
slangs 50:12
slight 97:4
smaller 81:20
smelled 119:12
smoked 31:25
smoking 36:15 39:4,6
sober 120:4
sole 20:3 25:17,19
somebody 44:24 69:3,5
  77:17 114:5,15 117:6
son 5:2,11 19:4
sore 89:9
sorry 7:19 14:10 50:16
  74:3 80:1 96:15
sort 60:21 61:1
sounds 37:14
South 2:11
Souza 1:3,18 4:4,10,11
  5:14 9:21 18:18 20:9
  23:10 34:22 42:10
  51:23 73:24 85:6
  106:24 107:19 109:5
  109:21 111:19
  113:13 122:14 126:2
  126:8 127:5
Souza's 99:12
span 108:9
speak 84:2,3
speaking 24:5,25 29:5
  45:3 46:21 48:13

82:22 94:13
specialist 103:3
specials 98:10
specific 16:23 24:22
  27:15 39:2 42:10
  47:7 58:13 60:11
  72:25 88:16 100:16
  101:10 102:6 106:23
  108:10 117:24 119:7
  119:23 120:6,8,20,22
  120:24 122:9
specifically 18:14 21:3
  25:21 49:13 56:18
  58:12 73:18 85:1
  89:24 108:10 109:10
  111:11 118:25 120:2
  120:10 123:22
speculate 9:5 105:6
speculating 49:11
spell 4:13
spelled 21:3
Spencer 15:3
spend 24:6,15
spinal 88:9 99:23
spine 88:1,8,11,22 89:2
split 62:23
spoke 94:14 106:2
  110:18 123:14
sprint 60:20
spun 79:6
Square 23:21,23 24:6
SS 127:1
stabilized 106:6
stalls 35:8
stand 60:12 77:19
  96:13 109:15
standing 55:11 56:3,5
  58:11 59:6,9,23,23
  63:13,24 64:3,4,11
  71:4 74:10,16,17,17
  75:1,1 76:5,17 80:18
  85:10,14
stare 51:20
start 10:21 69:23
  109:13
started 13:4 14:24 48:8
  58:21 59:3,3 69:25
starts 60:5,19
state 1:25 4:9 84:11
  127:1,3
stated 73:1
statement 45:24 49:21
  57:22 61:3 92:8
  93:25 96:1 112:21
  113:5 122:14,15,19
  122:20,23 123:2,3
  124:12,19
statements 46:1,2,11
  50:12 96:2

STATES 1:1
stayed 40:1,1 41:20
  87:15 90:25
staying 20:22
stays 70:13 76:13
stenosis 88:10
step 61:17,18,19 62:12
  112:20
stepped 62:6
stone 82:24
stood 58:20 59:14
  85:25
stop 37:18 50:25 69:18
  70:15 102:4,7 111:24
  116:12 117:1
stopped 37:15 86:6
stops 65:9
straight 45:14,15 59:24
  60:1 65:2 83:17
  85:18,25 86:6,7,17
street 1:21,22 2:2,6,6
  2:11 4:12,13,22 5:4,7
  35:16 81:16
strength 78:24
stresses 11:16
stretched 102:19
strike 83:23 112:18
striking 64:15
strip 24:14
stroke 78:23
struck 64:19,20
studies 100:10
studying 11:10
stuff 16:18,19 48:4
  49:11 54:14 72:8
  106:23 108:2
stumbled 65:3,12
subpoena 107:7,11
  108:21
subpoenaed 107:8
sucker 70:1,1,2
sued 5:25 6:2,22
suffered 96:17 97:2
suing 6:15
Suite 1:21 2:2,6
Sullivan 29:19,20
sunny 33:23
supervision 14:19
suppose 38:22 39:23
  57:3 59:20 63:4
supposed 32:18
supposition 115:25
sure 13:16 28:20 29:17
  30:9 31:15 34:6
  37:25 39:7 41:7 48:9
  50:2,14,15 53:3
  61:23 62:23 64:17,25
  71:8 72:23 73:18
  76:1 81:19 83:17

85:7 87:13 89:22
  90:17 93:6,7,13
  94:16 95:10,13 97:8
  100:5 103:20 105:5
  106:3 123:1
surgeon 88:12
surgeons 98:2,3
surgeries 88:19 106:7
surgery 89:3 106:8
surprise 61:14
surprised 60:7
surrounding 35:2
sustain 7:2 115:7
sustained 96:5,6 97:14
swear 61:16
swearing 47:20
swelled 78:21
swollen 90:4,15 121:24
sworn 4:5 9:19,20
  127:7
syndrome 106:14
S.Y 1:8

T

T 1:21 2:5,9
tab 54:2
table 32:11 36:4 45:9
tables 34:9 36:5 79:4
take 10:9,16 22:8,9,17
  26:17,20 28:25 38:16
  81:4,4 85:3 91:16
  93:24 101:2,12
  112:20 122:1,24
taken 1:20 5:14 7:21
  74:4 85:4 96:11
takes 81:1
talk 18:6,13 20:25 21:1
  52:4 60:23 65:5
  82:18 95:20 96:5
  106:4 108:16 125:7
talked 82:19 95:17
  99:2 110:11
talking 17:1 36:15 42:1
  42:2,3 43:9,21 46:15
  47:18 48:9 50:8
  51:16 56:16 72:15
  117:4,8 118:21
  121:11
tall 56:22,24 57:5
  86:23
Tanaka 1:21 2:5 3:3,6
  3:7 4:8 17:18,22,24
  18:2,3,13,17,18
  34:18,21,24 44:2,5
  55:14 57:13,21 67:10
  71:16 73:23 74:22
  81:24 84:5,7,9 85:3,5
  85:6 86:13,17 89:20
  89:23 93:5,14 98:24

99:9,11,17 106:18,20
  106:21 107:10,13,18
  108:2,14,25 110:15
  122:11,13 123:10
  124:11,15,20,25
  125:4,9
taught 116:23
TAVERN 1:13
tax 17:10,19 108:6
  125:7
teeth 96:9 102:15,24
telephone 73:13,15
television 87:16
tell 8:25 9:18 11:24
  16:9 23:10 29:2,25
  31:10 33:22 34:25
  36:14 42:19 51:18
  53:12 55:8 58:7
  60:15 72:14,17,20
  75:13 84:25 89:6,11
  89:13,16,23,25 90:8
  90:9 91:15 93:19
  96:6 103:18 104:19
  105:7,9 121:11
telling 58:6 69:19
  72:15 75:5 83:5
  89:24 97:10 102:11
  106:13 114:19,21
temperament 49:5
temporarily 20:23
ten 39:1 46:4,7 51:25
  52:1 64:13,15 76:10
tenure 13:13 16:2
Tequila 37:8,11 38:17
  38:20 117:21 118:3
term 113:17,20
terminology 49:25 50:1
  52:5 105:21 106:25
terms 47:9
testified 4:6 9:22 44:21
  109:21 111:12
  112:21 113:4 114:23
  115:11 117:20
  118:12,15 119:3
  120:17 122:7 123:17
testify 19:18 49:10 58:3
testimony 7:7 9:19,20
  9:23 59:9 63:16
  64:14 71:16 78:8
  82:10 85:13 90:13
  110:1 119:5 126:5
  127:13
testing 19:12
Thank 18:17 19:17
  55:1 68:12 80:23
  125:9
therapies 101:20,22
therapy 102:2
thing 6:20 9:3 24:14

38:21 42:17 52:6
  60:8 78:2 91:16
  95:20 119:25
things 14:15 36:16 42:2
  48:9,11 65:20 79:16
  103:7 107:15 108:8
  120:8
think 10:19 24:23
  29:16 36:5,6 39:6
  41:24 42:24 45:1,4
  48:21 49:3,17 52:23
  56:25 60:7,14 66:21
  75:20 80:19 81:22
  86:9 87:3 88:16 93:6
  93:12,16 95:8,12
  98:25 100:4 102:17
  103:15 105:4,4 106:2
  107:10,20 108:12
  110:9,13 111:22
  112:20 117:1 119:10
  122:2,3,6,9
thinking 60:5
Thirty 24:18
thought 31:24 32:17
  33:8 60:8,15 78:22
  123:18
thousand 15:19 17:1
threat 117:15,16
three 12:3,4 24:25
  35:14 38:1 42:12
  46:16 52:7 64:10
  67:1,11,12 70:3
  74:20 108:9 112:4
  121:1 124:16
threw 114:16
throwing 115:22 116:3
Thurston 15:3
Tiare 5:2 18:24,25 19:1
  19:6
till 15:16 27:18 38:23
  52:1 112:16
time 5:20,25 7:11,23
  9:18 10:2,2,11,12,13
  13:18,21 20:9 23:11
  23:13,22 24:21,24
  26:4 27:10,13,15,17
  28:11 29:3,9,16 32:1
  32:5 33:23 38:23,23
  38:24 39:5,18,22
  41:22,23 42:4 43:24
  44:1,2 48:16 49:17
  51:13,23 52:4,12,24
  53:18 57:25 58:21
  62:10,14,17 68:25
  70:15,16,17 71:7
  72:15 73:3 75:12
  79:18 82:3,5 83:7,11
  83:15 86:21 92:8
  95:17 98:16,19 99:2

101:11,15 102:3,22
  104:6,7 108:4 109:22
  110:21,25 112:7
  113:2,5,8 117:2
  121:18 122:21
  123:17,19 124:7
timely 28:2
times 27:5,16 37:15,16
  37:17,22 38:1,8,15
  67:3 76:8 81:3 82:23
  88:24 94:7 95:19
  97:11 113:7 118:21
  120:19,20
time-wise 74:2
tire 65:9
tires 65:7
today 9:15,25 19:18
  111:12,20 122:7
  123:17 124:8
today's 110:18
told 69:18,22 82:23
  83:3 84:6,23 86:10
  89:12,12 91:14,25
  93:18,20 94:21 97:1
  97:5 99:18 100:3
  105:7 106:16 113:7
tooth 102:17
top 18:12 29:25 35:19
torso 68:24
total 12:1 83:20
totalled 98:14
touching 67:3 70:24
  71:20
towels 31:14
Tower 1:21 2:6
town 28:3
townhouse 4:15,16
townhouses 5:6
track 19:10
Traction 101:24
traffic 28:4
trained 87:6 117:1
training 14:19 87:8
  123:22
transcribe 9:14
transcribed 122:24
transcript 9:23 126:5
  127:9
transcription 9:17
treat 100:22 101:21
treated 45:8 92:24 93:3
  93:9 100:18 106:9
treating 85:1 98:18
treatment 92:22 98:4
  101:19 103:7 105:13
  104:4
tree 35:12
trial 7:5
Tribune 14:22

| | | | | |
|---|---|---|---|---|
| trick 8:15 9:3 71:17 86:4<br>tried 85:2 87:17 91:3<br>Trimming 22:2<br>trip 64:16<br>tripped 63:6,25 69:7<br>trips 64:12<br>Tropicana 23:21,23 24:6<br>trouble 83:8<br>truck 25:14,15<br>true 45:24 46:9,10 116:17 119:17,18 126:4 127:9,13<br>truthful 123:7<br>try 8:2 9:24 28:20 52:9 65:5 71:10,12,14 72:3,14 109:18 110:5 110:7<br>trying 48:10 60:18 69:13 71:17,17 72:5 72:10 76:24 86:3,4,4 90:13 91:1,23 97:9 107:1,4<br>tugged 99:24<br>tugging 99:23<br>turn 40:15,22 47:13 51:15 54:18 58:19 77:8,19 80:10 81:16<br>turned 63:17 77:14 80:12<br>turning 58:25 72:8<br>twice 7:20 41:7 49:19 69:22 83:5,6 102:3 114:19<br>two 10:10 12:24 15:19 20:19,23 22:8 23:1 24:7 29:24 30:3 35:13 39:7 55:10,15 55:21 56:2 57:4 61:7 62:8,11,14,15,17 63:13 64:19 65:24,24 66:2,23 67:14,21 68:2,3,12 69:9 70:3 75:23 77:9,11 79:23 80:21 84:15 85:9,9 92:11 115:19 116:15 124:16<br>type 7:25 11:10 15:20 16:10,15,17,18 17:8 21:16,17 24:10,12,13 25:1 88:19 118:1<br><br>**U**<br>U 67:12 68:6<br>Uehara 1:6,20 2:4 42:20 43:9 44:11 47:7 48:2,4,6,14 49:18 50:11 52:5 | 55:6,16,25 56:21,22 58:14,21 59:6,11 63:18,19 64:12,14 65:1 66:4,7,22 67:13 68:6 69:1,25 70:16 75:22,25 77:6 78:9 79:3 80:5 81:19,20 81:22 82:8 94:7 109:22 110:16 111:25,25 112:8,22 114:19,23 118:12 120:18,22 121:13<br>Uehara's 57:2 84:20<br>uh-huh 5:8 7:16,23 8:1 8:4 31:7 36:9 40:12 42:7 46:23 56:10 58:15 80:25 124:24<br>ultrasound 101:24<br>um-um 7:23 8:1<br>undershirt 43:8<br>understand 7:14 8:13 8:23,24 9:1,4,12 37:25 49:11 52:9 58:5 60:18 67:15 81:18 85:8 90:13 91:24 104:18 107:7 116:7,10<br>understanding 21:11 43:23 46:5 82:7 104:20 108:12 114:6<br>uniform 43:7,7<br>uniforms 43:6<br>union 41:13,16<br>unit 15:5<br>UNITED 1:1<br>University 11:7<br>unnatural 62:24<br>unusual 38:18<br>upper 35:21 68:24 89:8<br>ups 17:7<br>upset 83:7<br>upstairs 30:19,20<br>urgent 93:10<br>urinated 78:20<br>use 34:19 35:22 50:11 50:23 77:18 83:9<br><br>**V**<br>vacuum 16:17<br>vague 109:17 119:11<br>varied 23:15<br>vary 16:25 28:1,8<br>vehicle 25:10,12 41:8 41:15<br>verbal 28:25 43:1<br>version 55:15<br>versus 16:18 61:22<br>veteran 12:12<br>Vice 13:17 | victim 93:17<br>Victoria 14:7,24 15:2<br>Vietnam 12:12<br>view 35:1<br>violence 117:16<br>visit 38:3 105:1 122:2<br>voice 118:20,22<br>voices 55:4<br>vs 1:5<br><br>**W**<br>wage 17:16 18:14 125:5<br>wages 17:12<br>Waipahu 23:21 24:6<br>wait 63:8 74:15 75:10 75:10,11 81:3,5,5 92:19<br>waiver 127:17<br>walk 21:2,7 25:21 40:22 60:22,25 72:3<br>walking 61:2<br>wall 32:12 36:5 65:25 67:2,5,5,6,6,14,22,23 68:21 69:10,11,12,16 70:20,23 71:4,18,19 72:7 111:5 112:23,24 113:3 114:21<br>want 8:16 9:24 17:14 17:21 28:14 40:6 49:10,12 53:1 55:18 57:13 60:16 61:22 67:22 70:6,6,7 74:3 77:14 81:23,24 85:7 89:3 105:6,6 106:7,8 107:6 108:10<br>wanted 15:10,11 75:24 76:1 83:7<br>War 12:12<br>wasn't 27:2 38:21 44:17 48:10 52:10,19 65:22 67:4 73:7 74:17 87:15 92:21 93:21 112:15 113:2 118:23<br>waste 108:4<br>watch 39:10 60:16 86:21 123:15,16<br>watched 81:15 87:16<br>watching 55:11<br>wavy 99:24<br>way 9:22 25:16 30:18 31:16 34:21 37:6,14 38:4,13 45:8,23 50:20 51:20 57:7 59:2 60:21 64:6 66:10 72:10 75:6 76:19 77:12 79:22 80:3 86:23 107:10,12 | 107:16 119:13 127:19<br>wear 39:10 86:21 123:16<br>wearing 43:6 44:9 123:15<br>Wednesday 1:23 4:1 26:2,3 27:6<br>week 23:4,6,7 24:8,18 25:25 37:22 95:19 102:3<br>weekend 5:10<br>weeks 22:9 37:24 38:1<br>weigh 86:25<br>well-being 79:11<br>went 9:22 17:14 27:8 32:3 48:9 49:9,13 52:12 53:18 55:4 63:25 65:23 72:24 73:9,16,20 74:5 75:11 79:3,24 80:3 81:8 82:19 83:17 84:14,17,20 86:17 91:7,13 92:5,15 93:8 94:3 109:22,23 112:7 112:22 121:15<br>weren't 41:25 69:11 99:2 123:14<br>we'll 10:10 35:22 108:25 125:6<br>we're 8:15,15,16 9:3,4 10:12 18:7 20:25 72:15 98:24 107:1 108:13<br>we've 100:21 108:16<br>wheelbarrow 6:16,17 6:17 89:1<br>whereabouts 112:8<br>white 43:8<br>wife 5:2 20:19 84:22 86:10 89:11 94:14<br>wife's 18:19<br>willing 111:15<br>withheld 72:18<br>witness 4:5 9:18 108:8 114:1 118:6,9 127:5 127:11,16<br>witnesses 114:15 116:15<br>witnessing 115:19<br>witness's 126:1 127:15<br>woke 87:24<br>woman 33:6<br>women's 40:5<br>Won 97:15,15,17,19<br>word 54:20 110:13,14<br>words 29:7 49:15 66:16 72:19 98:11<br>work 11:16 13:2 16:3,7 | 19:14 24:10 25:1,8 26:7,25 27:8,21 28:5 28:6 29:3 31:14 43:9 86:22 90:25 91:4 94:25 95:7 123:16<br>workday 27:24 28:8<br>worked 26:6<br>working 11:9 12:22 13:16 22:7 26:3 29:9 31:24 39:11 49:23<br>worried 79:14<br>worry 8:1 81:15<br>worrying 79:11<br>worse 87:22 92:20 96:12<br>wouldn't 22:9 28:8 37:24 38:16,18 41:10 62:24 70:11 119:16<br>wrong 21:11<br><br>**X**<br>X 3:1 34:10,12 35:23 51:9 55:21,24 58:12 66:1 68:9 74:3,13<br>X's 68:2<br><br>**Y**<br>yanked 89:2<br>yeah 5:9 7:4 17:22 18:2 36:23 40:7 61:12 74:14,22 77:16 80:8 80:14 84:7 93:5 99:7 99:16 102:13 106:1 107:12,17,25 108:12 110:14 112:16<br>year 11:4 13:4 14:23 15:17 16:21 17:5<br>years 11:24 12:1,4,23 16:11 17:9,21 19:2 19:23,23 20:12 29:24 30:3 45:11,13 108:9 113:15,16,17 116:21<br>yell 44:14 78:25<br>yelled 44:12<br>yelling 44:17 59:6 77:6 118:20<br>Yi 1:8 57:5 65:24 76:7 76:11,14 79:2 84:17 112:22 119:23<br>younger 82:4<br>Yuraku 21:3,6,13 23:12 24:1,25 22:2 28:11 29:4 30:21 31:18 35:1,4 37:22 40:20<br>YURAKUCHO 1:13<br>Y-U-R-A-K-U 21:4<br><br>**Z** |

Zach 19:4,8
Zachary 5:3

**$**

$20 54:3

**0**

04-00535 1:3

**1**

1 3:10 34:16 124:17
  126:3
1-10 1:14,15,15,15
10:15 83:12 86:20
109 3:3
1099 26:24
11:00 86:15
110 2:11
12 5:3 19:4 122:16
12/15/2009 127:23
1200 21:2 25:21
122 3:6
123 3:4
124 3:7,7
125 3:14 126:3
13 8:10 21:2 25:20,25
  27:6 30:11 97:2
  109:16 121:15
13,000 98:10
14 113:15,16,17 116:21
15th 92:9
15-story 15:5
156 4:12,25 5:1
16 5:2 19:2
16th 127:21
167 1:25 127:22
180 87:4
19 89:1
1948 10:22
195 87:5
1966 11:5
1968 12:8
1970 12:8
1971 20:14
1972 13:5 113:13
1975 5:21
1978 20:14
198 87:1
1986 13:7 14:14 113:13
1990 18:22
1994 6:11 14:13,14
  15:8,16 89:1
1996 4:20

**2**

2 3:11 55:12
2:00 1:22 4:1
2000 17:22,24,24
2003 8:10 17:22,23

18:5 21:2 23:11,16
  24:5,21 25:20 29:22
  30:8,11 33:22 109:16
  121:15 122:16
2005 17:5
2006 15:18,19 16:21,21
  17:25
2007 1:23 4:1 126:12
  127:6,21
24 30:9
25 30:9 56:6
2500 30:9

**3**

3 3:12 67:8
34 3:10

**4**

4 3:3,13 73:21 124:17
4:20 125:10
4:30 29:7
45 10:13

**5**

5 3:14 125:1,2
510 1:21 2:6
515 1:13
530 2:11
55 3:11 82:3
56 15:5

**6**

6:15 32:7
6:30 31:19 32:7
67 3:12 12:8

**7**

7 1:23 4:1 10:22 127:6
70's 11:24,25
71 12:8
714 2:2
73 3:13
745 1:21 2:6
75 13:25

**8**

8:00 39:10,12 41:18
  46:14
8:30 39:10,12 41:19
  46:14,15
80s 11:24
800 101:6
820 2:2
86 11:14 13:25 14:5,16
89 14:16,23

**9**

94 15:12
94-557 4:12

96813 2:3,7,11