CARRIE K.S. OKINAGA, 5958
Corporation Counsel

D. SCOTT DODD, 6811
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813
Telephone: (808) 523-4890
Facsimile: (808) 523-4583
E-mail: dsdodd@honolulu.gov

Attorneys for Defendants
City and County of Honolulu, Alan Rivers,
Rick S.Y. Hi, and August C. Belden

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA,<br><br>      Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; HAROLD UEHARA, in his individual and official capacity, ALAN RIVERS, in his individual and official capacity; RICK S.Y. YI, in his individual and official capacity; AUGUST C. BELDEN, in his individual and official capacity, JEREMY HARRIS, in his official capacity as Mayor; LEE DONOHUE in his individual and official capacity as Police Chief; TAVERN 515, INC. d.b.a. CLUB YURAKUCHO, HARRY NAKAKI; JOHN AND JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and OTHER DOE ENTITIES 1-10,<br><br>      Defendants. | Civil No. CV04 00535 DAE BMK<br>(Other Civil Rights)<br><br>DECLARATION OF AUGUST C. BELDEN |

DECLARATION OF AUGUST C. BELDEN

-2-

I, AUGUST C. BELDEN, do hereby declare as follows:

1. I have personal knowledge of and am competent to make this Declaration concerning the matters set forth below.

2. I am a resident of the City and County of Honolulu, State of Hawaii.

3. I am currently employed as a Metropolitan Police Officer II with the Honolulu Police Department ("HPD"), and have been employed with HPD since 1986.

4. On or about August 13, 2003, I went to Club Yuraku-Cho with other HPD officers to celebrate a going-away party for one of our fellow officers who was leaving for Japan the following day. The others included Harold Uehara, Jason Hendricks, Alan Rivers, Bienvenido Villaflor and Rick Y.S. Yi.

5. On that day, I had completed my work shift at around 9:00 p.m. to 9:30 p.m., and after I ended my shift I went to Club Yuraku-Cho. I was off duty at the time I went to Club Yuraku-Cho, and at no time was I on duty while I was at the club, or in the parking lot outside the club. Prior to leaving the police station, I removed my police uniform top and I had on a white t-shirt and pants when I arrived at the club.

6. I arrived at Club Yuraku-Cho a little after 2200 hours. Villaflor and Hendricks left the club early, while Uehara, Rivers, Yi and I stayed at the club and continued to eat, drink, and sing karaoke.

7. At some point that evening, I began speaking with Uehara about Yi. The discussion became a little heated, and Uehara and I decided to go outside to talk about it a little more.

8. After the discussion with Uehara, I decided to leave. As I was walking to my car, I heard someone say "what, you want to get arrested?" I turned around and saw Yi with Souza up against a wall. I heard Uehara state "he false cracked me."

7. I was informed that Souza and Uehara had had an altercation. Yi and I separated Souza and Uehara. After that, I waited around a few minutes, spoke briefly with Uehara, then I left.

8. At no time did I act with malice towards Souza.

9. Throughout all of the events at Club Yuraku-Cho on August 13, 2003, I never displayed my badge or police identification to anyone, nor did I ever inform Souza that I was a police officer during the entire event.

I, AUGUST C. BELDEN, DO DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT.

DATED: Honolulu, Hawaii, October 24, 2007.

_____
AUGUST C. BELDEN