CARRIE K.S. OKINAGA, 5958
Corporation Counsel

D. SCOTT DODD, 6811
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813
Telephone: (808) 523-4890
Facsimile: (808) 523-4583
E-mail: dsdodd@honolulu.gov

Attorneys for Defendants
City and County of Honolulu, Alan Rivers,
Rick S.Y. Hi, and August C. Belden

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA,<br><br>       Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; HAROLD UEHARA, in his individual and official capacity; ALAN RIVERS, in his individual and official capacity; RICK S.Y. YI, in his individual and official capacity; AUGUST C. BELDEN, in his individual and official capacity; JEREMY HARRIS, in his official capacity as Mayor; LEE DONOHUE in his individual and official capacity as Police Chief; TAVERN 515, INC. d.b.a. CLUB YURAKUCHO, HARRY NAKAKI; JOHN AND JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and OTHER DOE ENTITIES 1-10,<br><br>       Defendants. | Civil No. CV04 00535 DAE BMK<br>(Other Civil Rights)<br><br>DECLARATION OF ALAN RIVERS |

DECLARATION OF ALAN RIVERS

I, ALAN RIVERS, do hereby declare as follows:

1. I have personal knowledge of and am competent to make this Declaration concerning the matters set forth below.

2. I am a resident of the City and County of Honolulu, State of Hawaii.

3. I am currently employed as a Metropolitan Police Officer II with the Honolulu Police Department ("HPD"), and have been employed with HPD since 1989.

4. On or about August 13, 2003, I went to Club Yuraku-Cho with other HPD officers to celebrate a going-away party for one of our fellow officers who was leaving for Japan the following day. The others included Harold Uehara, August C. Belden, Jason Hendricks, Bienvenido Villaflor and Rick Y.S. Yi.

5. On that day, I had completed my work shift at around 9:00 p.m. to 9:30 p.m., and after that I went home, showered and changed into my personal clothes. I then went to Club Yuraku-Cho. I was off duty at the time I went to Club Yuraku-Cho, and at no time was I on duty while I was at the club, or in the parking lot outside the club.

6. I arrived at Club Yuraku-Cho a little after 2200 hours. Villaflor and Hendricks left the club early, while Uehara, Belden, Yi and I stayed at the club and continued to eat, drink, and sing karaoke.

7. At some point that evening, Belden began speaking with Uehara about something. Their discussion became a little heated, and Uehara and Belden went outside to continue their discussion.

8. Once Uehara and Belden went outside, Yi and I decided it was time to go home, and we went outside to tell the others we were leaving.

9. Once I exited the club, I saw Uehara and Belden talking in the middle of the parking lot. I told Belden that I was going home. As I was talking to Belden, I heard a commotion, I looked over and I saw Uehara lying on the ground.

10. It became apparent that Souza and Uehara had had an altercation. Souza was agitated and was getting physical. I walked up to Souza and repeatedly told him to calm down. I then took Souza back into the bar to separate him from Uehara, since it was apparent he may attempt to continue his altercation with Uehara.

11. I continued to talk to Souza inside the bar and attempted to calm him down. At some point, Uehara came back into the bar and Souza stood up and made gestures and actions that indicated he wanted to continue his fight with Uehara. I told club owner Harry Nakaki to get Uehara outside of the bar, and I took Souza to the kitchen to avert a further altercation.

12. After Souza had calmed down, he went back into the bar and sat at the bar. I went outside and tried to convince Uehara to go home. I then returned to the

bar and talked to Souza, who was complaining that Uehara had hit him. Once it appeared that the altercation was completed, I left the club and went home.

13. At no time did I act with malice towards Souza.

14. Throughout all of the events at Club Yuraku-Cho on August 13, 2003, I never displayed my badge or police identification to anyone.

I, ALAN RIVERS, DO DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT.

DATED: Honolulu, Hawaii, October 25, 2007

_____
ALAN RIVERS