CARRIE K.S. OKINAGA, 5958
Corporation Counsel
D. SCOTT DODD, 6811
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813
Telephone: (808) 523-4890/Facsimile: (808) 523-4583
E-mail: dsdodd@honolulu.gov

Attorneys for Defendants
City and County of Honolulu, Alan Rivers,
Rick S.Y. Yi, and August C. Belden

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; HAROLD UEHARA, in his individual and official capacity, ALAN RIVERS, in his individual and official capacity; RICK S.Y. YI, in his individual and official capacity; AUGUST C. BELDEN, in his individual and official capacity, JEREMY HARRIS, in his official capacity as Mayor; LEE DONOHUE in his individual and official capacity as Police Chief; TAVERN 515, INC. d.b.a. CLUB YURAKUCHO, HARRY NAKAKI; JOHN AND JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and OTHER DOE ENTITIES 1-10,<br><br>    Defendants. | Civil No. CV04 00535 DAE BMK<br>(Other Civil Rights)<br><br>DECLARATION OF RICK Y.S. YI |

## DECLARATION OF RICK Y.S. YI

I, RICK Y.S. YI, do hereby declare as follows:

1. I have personal knowledge of and am competent to make this Declaration concerning the matters set forth below.

2. I am a resident of the City and County of Honolulu, State of Hawaii.

3. I am currently employed as a Metropolitan Police Officer I with the Honolulu Police Department ("HPD"), and have been employed with HPD since 1996.

4. On or about August 13, 2003, I went to Club Yuraku-Cho with other HPD officers to celebrate a going-away party for one of our fellow officers who was leaving for Japan the following day. The others included Harold Uehara, August C. Belden, Jason Hendricks, Alan Rivers, and Bienvenido Villaflor.

5. On that day, I had completed my work shift at around 9:30 p.m. to 9:45 p.m., and after I ended my shift I went home and took a shower. I changed into personal clothes and then went to Club Yuraku-Cho. At no time was I on duty while I was at the club, or in the parking lot outside the club.

6. I arrived at Club Yuraku-Cho a little around 10:30 p.m. Villaflor and Hendricks left the club early, while Uehara, Belden, Rivers and I stayed at the club and continued to eat, drink, and sing karaoke.

7. At some point that evening, Belden and Uehara were discussing an issue, but because of the noise in the bar they went outside to discuss the matter. Soon after, I also exited the club because I felt it was time to go home.

8. Souza exited the bar right after I did. Souza made a comment and Uehara told him to mind his own business. Souza then threw a punch at Uehara, striking him, and Uehara fell down.

9. I separated Souza from Uehara, and blocked Souza against a wall to prevent him from further striking Uehara. I never struck, pushed, shoved, kicked, or otherwise made any threatening actions towards Souza; I only intended to prevent a continuation or escalation of the altercation between Souza and Uehara. I did not hold Souza so that Uehara could punch him or strike him in any manner. I did not lift Souza off the ground.

10. Rivers took Souza back into the bar to separate him from Uehara. I stayed outside at that point and tried to convince Uehara to just go home. After things had appeared to have calmed down, I left the club and went home.

11. At no time did I act with malice towards Souza.

12. Throughout all of the events at Club Yuraku-Cho on August 13, 2003, I never displayed my badge or police identification to anyone, nor did I ever inform Souza that I was a police officer during the entire event.

I, RICK Y.S. YI, DO DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT.

DATED: Honolulu, Hawaii, October 26, 2007.



RICK Y.S. YI