CARRIE K.S. OKINAGA, 5958
Corporation Counsel
D. SCOTT DODD, 6811
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii  96813
Telephone:  (808) 523-4890/Facsimile:   (808) 523-4583
e-mail:  dsdodd@honolulu.gov

Attorneys for Defendants
City and County of Honolulu; Alan Rivers,
Rick S.Y. Yi and August C. Belden

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA,<br><br>             Plaintiff,<br><br>      vs.<br><br>CITY AND COUNTY OF HONOLULU; HAROLD UEHARA, in his individual and official capacity, ALAN RIVERS, in his individual and official capacity; RICK S.Y. YI, in his individual and official capacity; AUGUST C. BELDEN, in his individual and official capacity, JEREMY HARRIS, in his official capacity as Mayor; LEE DONOHUE in his individual and official capacity as Police Chief; TAVERN 515, INC. d.b.a. CLUB YURAKUCHO, HARRY NAKAKI; JOHN AND JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and OTHER DOE ENTITIES 1-10,<br><br>             Defendants.<br><br>_____ | Civil No. CV04 00535 BMK<br>(Other Civil Rights)<br><br>DEFENDANTS AUGUST C. BELDEN, ALAN RIVERS AND RICK Y.S. YI'S SEPARATE AND CONCISE STATEMENT OF FACTS IN SUPPORT OF DEFENDANTS AUGUST C. BELDEN, ALAN RIVERS AND RICK Y.S. YI'S MOTION FOR PARTIAL SUMMARY JUDGMENT FILED OCTOBER 26, 2007; CERTIFICATE OF SERVICE |

DEFENDANTS AUGUST C. BELDEN, ALAN RIVERS AND RICK Y.S. YI'S
SEPARATE AND CONCISE STATEMENT OF FACTS IN SUPPORT OF
DEFENDANTS AUGUST C. BELDEN, ALAN RIVERS AND RICK Y.S. YI'S
<u>MOTION FOR PARTIAL SUMMARY JUDGMENT FILED OCTOBER 26, 2007</u>

Pursuant to Rule 56.1 of the Local Rules of Practice for the United States

District Court for the District of Hawaii, Defendants August C. Belden ("Belden"),

Alan Rivers ("Rivers"), and Rick Y.S. Yi ("Yi") hereby submit their separate

concise statement of material facts in support of Defendants August C. Belden,

Alan Rivers and Rick Y.S. Yi's Motion for Partial Summary Judgment filed

October 26, 2007, which is being filed contemporaneously.

| <u>STATEMENT OF FACT</u> | <u>EVIDENCE</u> |
|---|---|
| 1.  On August 13, 2003, Plaintiff Robert Souza ("Plaintiff") was at Club Yurakucho ("the club"), which was located at 1200 College Walk, Honolulu, Hawaii. | Plaintiff's Second Amended Complaint at ¶ 24 attached as Exhibit "A" to Defendants August C. Belden, Alan Rivers and Rick Y.S. Yi's Motion for Partial Summary Judgment filed herein on October 26, 2007 ("Defendants' MSJ"). |
| 2.  On August 13, 2003, Defendants Harold Uehara ("Uehara"), August C. Belden ("Belden"), Alan Rivers ("Rivers"), and Rick S.Y. Yi ("Yi") went to Club Yuraku-Cho at the club after work to attend a party for a co-worker | Declaration of August C. Belden attached to Defendants' MSJ ("Belden decl.") at ¶¶ 4, 5; Declaration of Alan Rivers attached to Defendants' MSJ ("Rivers decl.") at ¶ 4, 5; Declaration of Rick Y.S. Yi attached to Defendants' MSJ ("Yi decl.") at ¶ 4, 5, attached to Defendants' MSJ. |

3.  Uehara and Belden had a heated discussion in the bar and left the bar to go outside.  Rivers and Yi left the bar shortly thereafter.

Belden decl. at ¶ 7; Rivers decl. at ¶ 7; Yi decl. at 7.

4.  Plaintiff exited the club immediately after Yi exited.

Yi decl. at ¶ 8.

5.  Plaintiff made a comment to Uehara and Uehara told Plaintiff to mind his own business.  Plaintiff then threw a punch at Uehara, striking him, and Uehara fell down.

Yi decl. at ¶ 8.

6.  Belden, Rivers and Yi separated Plaintiff from Uehara, and Rivers took Plaintiff back into the back to keep him separated from Uehara.

Belden decl. at ¶ 7; Rivers decl. at ¶¶ 10, 11, and 12; Yi decl. at ¶¶ 9, 10.

7.  After things calmed down, Belden Rivers and Yi left the club and went home.

Belden decl. at ¶ 7; Rivers decl. at ¶ 12; Yi decl. at ¶ 10.

8.  Belden, Rivers and Yi were off duty at the time of the incident.

Belden decl. at ¶ 5; Rivers decl. at ¶ 5; Yi decl. at ¶ 5.

9.  Belden, Rivers and Yi were not in uniform when they arrived at the club.

Belden decl. at ¶ 5; Rivers decl. at ¶ 5; Yi decl. at ¶ 5.

10.  Plaintiff did not know whether Belden, Rivers or Yi were on or off duty at the time of the incident.

Deposition of Robert Souza conducted on March 7, 2007 at pages 43-44 attached as Exhibit "B" to Defendants' MSJ

| | |
|---|---|
| 11.  Plaintiff did not make any assumptions as to whether Belden, Rivers or Yi were on or off duty. | Deposition of Robert Souza conducted on March 7, 2007 at page 44 attached as Exhibit "B" to Defendants' MSJ |

DATED:  Honolulu, Hawaii, October 26, 2007.

CARRIE K.S. OKINAGA
Corporation Counsel


By /s/D. Scott Dodd _____
    D. SCOTT DODD
    Deputy Corporation Counsel

    Attorney for Defendants
    CITY AND COUNTY OF HONOLULU,
    ALAN RIVERS, RICK S.Y. YI AND
    AUGUST C. BELDEN