IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA, ) | Civil No. CV04 00535 DAE BMK |
| ) | (Other Civil Rights) |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| ) | |
| CITY AND COUNTY OF ) | |
| HONOLULU; HAROLD UYEHARA, ) | |
| in his individual and official capacity, ) | |
| ALLAN RIVERS, in his individual and ) | |
| official capacity; TWO UNKNOWN ) | |
| POLICE OFFICERS, in their individual ) | |
| and official capacity, JEREMY ) | |
| HARRIS, in his official capacity as ) | |
| Mayor; LEE DONOHUE in his ) | |
| individual and official capacity as ) | |
| Police Chief; TAVERN 515, INC. d.b.a.) | |
| CLUB YURAKUCHO, HARRY ) | |
| NAKAKI; JOHN AND JANE DOES 1- ) | |
| 10; DOE PARTNERSHIPS 1-10; DOE ) | |
| CORPORATIONS 1-10; and OTHER ) | |
| DOE ENTITIES 1-10, ) | |
| ) | |
| Defendants. ) | |
| ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the within was duly served by the

methods of service noted, a true and correct copy of the foregoing was duly served on

the following individuals at their address listed below on October 26, 2007:

**Served Electronically through CM/ECF**:

 ERIC A. SEITZ, ESQ.       eseitzatty@yahoo.com
 820 Mililani Street, Suite 714
 Honolulu, Hawaii  96813
 Attorney for Plaintiff

 CARY T. TANAKA, ESQ.      carytanaka@aol.com
 Suite 510 Fort Street Tower
 745 Fort Street
 Honolulu, Hawaii  96813
 Attorney for Defendant HAROLD UEHARA

 DATED:  Honolulu, Hawaii, October 26, 2007.

          CARRIE K.S. OKINAGA
          Corporation Counsel


          By /s/ D. Scott Dodd
           D. SCOTT DODD
           Deputy Corporation Counsel

           Attorney for Defendants
           CITY AND COUNTY OF HONOLULU,
           ALAN RIVERS, RICK S.Y. YI AND
           AUGUST C. BELDEN