ORIGINAL

CARRIE K.S. OKINAGA, 5958
Corporation Counsel
D. SCOTT DODD, 6811
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813
Telephone: (808) 523-4890/Facsimile: (808) 523-4583
e-mail: dsdodd@honolulu.gov

Attorneys for Defendants
City and County of Honolulu; Alan Rivers,
Rick S.Y. Yi and August C. Belden

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
NOV 08 2007
at __ o'clock and 10 min __ M.
SUE BEITIA, CLERK

LODGED

NOV 05 2007
1:55 pm
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; HAROLD UEHARA, in his individual and official capacity, ALAN RIVERS, in his individual and official capacity; RICK S.Y. YI, in his individual and official capacity; AUGUST C. BELDEN, in his individual and official capacity, JEREMY HARRIS, in his official capacity as Mayor; LEE DONOHUE in his individual and official capacity as Police Chief; TAVERN 515, INC. d.b.a. CLUB YURAKUCHO, HARRY NAKAKI; JOHN AND JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and OTHER DOE ENTITIES 1-10,<br><br>    Defendants. | Civil No. CV04 00535 BMK<br>(Other Civil Rights)<br><br>STIPULATION TO PERMIT DEFENDANTS ALAN RIVERS, RICK S.Y. YI, AUGUST C. BELDEN, AND HAROLD UEHARA TO FILE DISPOSITIVE MOTIONS BY OCTOBER 26, 2007 |

### STIPULATION TO PERMIT DEFENDANTS ALAN RIVERS, RICK S.Y. YI, AUGUST C. BELDEN AND HAROLD UEHARA TO FILE DISPOSITIVE MOTIONS BY OCTOBER 26, 2007

Plaintiff, ROBERT SOUZA, by and through his attorneys, Eric A. Seitz, Esq., Lawrence I. Kawasaki, and Ronald N.W. Kim, Defendants, ALAN RIVERS, RICK S.Y. YI, and AUGUST C. BELDEN, by and through their attorneys, Carrie S.K. Okinaga, Corporation Counsel, and D. Scott Dodd, Deputy Corporation Counsel, and Defendant HAROLD UEHARA, by and through his attorney Cary T. Tanaka, herein stipulate and agree that Defendants ALAN RIVERS, RICK S.Y. YI, AUGUST C. BELDEN and HAROLD UEHARA shall be permitted to file dispositive motions by October 26, 2007.

DATED: Honolulu, Hawaii, OCT 2 4 2007.

_____
ERIC A. SEITZ, ESQ.
Attorney for Plaintiff

DATED: Honolulu, Hawaii, OCT 2 9 2007.

_____
CARY T. TANAKA, ESQ.
Attorney for Defendant
HAROLD UEHARA

DATED: Honolulu, Hawaii, _____NOV 5 2007_____.

_____
D. SCOTT DODD
Deputy Corporation Counsel
Attorney for Defendants
CITY AND COUNTY OF HONOLULU,
ALAN RIVERS, RICK S.Y. YI AND
AUGUST C. BELDEN

APPROVED AND SO ORDERED:

_____
Judge of the Above-Entitled Court

---

CIVIL NO. CV04-00535 BMK; Robert Souza v. City and County of Honolulu, et al.; STIPULATION TO PERMIT DEFENDANTS ALAN RIVERS, RICK S.Y. YI, AUGUST C. BELDEN AND HAROLD UEHARA TO FILE DISPOSITIVE MOTIONS BY OCTOBER 26, 2007