ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION

ERIC A. SEITZ              1412
LAWRENCE I. KAWASAKI   5820
DELLA A. BELATTI          7945
820 Mililani Street, Suite 714
Honolulu, Hawai'i  96813
Telephone:  (808) 533-7434
Facsimile:  (808) 545-3608

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| ROBERT SOUZA, | ) | CIVIL NO. CV 04-00535 DAE/BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | PLAINTIFF'S RESPONSE TO |
| vs. | ) | DEFENDANTS' CONCISE |
| | ) | STATEMENTS OF FACT IN |
| | ) | SUPPORT OF THEIR MOTIONS |
| CITY AND COUNTY OF | ) | FOR SUMMARY JUDGMENT; |
| HONOLULU; HAROLD | ) | AFFIDAVIT OF ERIC A. SEITZ; |
| UEHARA, in his individual and | ) | EXHIBITS 1-13; CERTIFICATE OF |
| official capacity; ALAN RIVERS, | ) | SERVICE |
| in his individual and official | ) | |
| capacity; RICK S.Y. YI, in his | ) | |
| individual and offical capacity; | ) | |
| AUGUST C. BELDEN, in his | ) | |
| individual and official capacity; | ) | Hearing: |
| JEREMY HARRIS, in his official | ) | Date:   November 28, 2007 |
| capacity as Mayor; LEE | ) | Time:   2:00 p.m. |
| DONOHUE in his individual and | ) | Judge:  Hon. Barry M. Kurren |
| official capacity as Police Chief; | ) | |
| TAVERN 515, INC. d.b.a. CLUB | ) | |
| YURAKUCHO; HARRY | ) | (Trial: March 8, 2008) |

NAKAKI; JOHN AND JANE            )
DOES 1-10; DOE                   )
PARTNERSHIPS 1-10; DOE           )
CORPORATIONS 1-10; and           )
OTHER DOES ENTITIES 1-10,        )
                                 )
            Defendants.          )
_____    )

## PLAINTIFF'S RESPONSE TO DEFENDANTS' CONCISE STATEMENTS OF FACT IN SUPPORT OF THEIR MOTIONS FOR SUMMARY JUDGMENT

Plaintiff ROBERT SOUZA, by and through his undersigned attorneys, pursuant to LR. 56.1 of the Local Rules of Practice for the United States District Court for the District of Hawaii, responds to the concise statements of fact in support of Defendants City and County of Honolulu, August C. Belden, Alan Rivers, Rick Y.S. Yi and Harold Uehara's motions for summary judgment.

For the purposes of the pending motions Plaintiff does not dispute the facts presented in Defendant City and County of Honolulu's' Concise Statement of Fact at paragraphs 1, 2, 3, 4, 5, 6, 7, 8, 9.  Plaintiff is without sufficient knowledge or information sufficient to form a belief as to the truth or falsity of the facts alleged in paragraphs 10, 11, 12, 13, and 14.

For the purposes of the pending motions Plaintiff does not dispute the facts presented in Defendants August C. Belden, Alan Rivers, and Rick Y.S. Yi's

(hereinafter "Defendants") Concise Statement of Fact at paragraphs 1, 3, 7, 9, 10, and 11.  Plaintiff is without knowledge or information sufficient to form a belief as to the truth or falsity of the facts alleged in paragraphs 4.

| Defendants' Facts in Dispute | Evidentiary Support |
|---|---|
| 2.    Partially disputed - Plaintiff arrived at Club Yuraku-Cho shortly after 6:00 p.m. on August 13, 2003, and four police officers, including Defendant Uehara, were already there. | Exhibit 3, attached hereto(hereinafter "Exhibit __"), at C-00104; Deposition of Robert Souza, Exhibit B, attached to Defendants' Motion for Partial Summary Judgment (hereinafter "Souza Depo."), at pp. 31-36, 46. |
| 5.    Disputed - Plaintiff exited the bar to go to the bathroom shortly after Defendant Officers went outside. When Plaintiff stopped to observe Defendant Officers, who appeared were going to fight, Defendant Uehara rushed up to him shouting "what," bumped him in the chest and shoved him.  In response Plaintiff struck Defendant Uehara who tripped on a parking curb and fell. | Exhibit 3, at C-00105; Souza Depo., at 46-47, 50-65; Souza Depo., at 114-115. |
| 6.    Disputed - after observing Defendant Uehara fall to the ground outside the bar, Defendants Yi and Rivers physically restrained Plaintiff under threat of arrest, at which time Defendant Uehara assaulted Plaintiff.. | Exhibit 5, at C-00318;  Exhibit 6, at C-00290; Exhibit 7, at C-00347; Exhibit 9, at C-00362 - C-00367; Exhibit 10, at C-00331, C-00333 - C-00335; Exhibit 13, at C-00303, C-00303. |

For the purposes of the pending motions Plaintiff does not dispute the facts presented in Defendant Harold Uehara's Second Amended Concise Statement of

Fact at paragraphs 1, and 3.

| <u>Defendant Uehara's Facts in Dispute</u> | <u>Evidentiary Support</u> |
|---|---|
| 2.      Partially disputed - Plaintiff arrived at Club Yuraku-Cho shortly after 6:00 p.m. on August 13, 2003, and four police officers, including Defendant Uehara, were already there. | Exhibit 3, at C-00104; Souza Depo., at 31-36, 46. |
| 4, 5, 6, 7.      Disputed - Plaintiff exited the bar to go to the bathroom shortly after Defendant Officers went outside. When Plaintiff stopped to observe Defendant Officers, who appeared were going to fight, Defendant Uehara rushed up to him shouting "what," bumped him in the chest and shoved him.  In response Plaintiff struck Defendant Uehara who tripped on a parking curb and fell. | Exhibit 3, at C-00105; Exhibit 6, at C-00290; Souza Depo., at 46-65. |
| 8.      Disputed - after observing Defendant Uehara fall to the ground outside the bar, Defendants Yi and Rivers physically restrained Plaintiff under threat of arrest, at which time Defendant Uehara assaulted Plaintiff.. | Exhibit 5, at C-00318;  Exhibit 7, at C-00347; Exhibit 9,  at C-00362 - C-00367; Exhibit 10, at C-00331, C-00333 - C-00335; Exhibit 13, at C-00303; Souza Depo., at 69-72. |
| 10.      Partially disputed - at all times pertinent hereto, Plaintiff knew or reasonably believed that Defendants were employed as police officers. | Exhibit 1, at C-00002; Exhibit 3, at C-00104; Souza Depo., at pp. 42-44, 49-50. |

/

/

## Plaintiff's Counter-Concise Statement of Facts

| Plaintiff's Statement of Fact | Evidentiary Support |
|---|---|
| 1.    Plaintiff was restrained by Defendants Yi and Rivers under threat of arrest to protect Defendant Uehara, their supervisor. | Exhibit 7, at C-00347; Exhibit 9, at C-00362; Exhibit 13, at C-00303, Exhibit 6, at C-00290; Exhibit 10, at C-00331. |
| 2.    While being restrained by Defendants in the parking lot Plaintiff was compliant and did not resist. | Exhibit 9, at C-00361; Exhibit 13, at C-00304 - C-00305, C-00309 - C-00310; Souza Depo., at 69-72. |
| 3.    While restraining Plaintiff in the parking lot, Defendants Rivers and Yi observed Defendant Uehara assault Plaintiff. | Exhibit 7, at C-00347; Exhibit 9, at C-00362 - C-00367; Exhibit 5, at C-00318; Exhibit 10, at C-00333 - C-00335. |
| 4.    After being escorted back into the bar by Defendants after the altercation in the parking lot under their continuing restraint,  Plaintiff was assaulted by Defendant Uehara. | Exhibit 2, at C-00148 - C-00150; Exhibit 5, at C-00318; Exhibit 6, at C-00290; Exhibit 7, at C-00347; Exhibit 9, at C-00369; Exhibit 12, at C-00179-C-00201; Exhibit 13, at C-00306; Souza Depo., at 73-79. |

DATED: Honolulu, Hawaii  November 9, 2007            .


   /s/ Eric A. Seitz
ERIC A. SEITZ
LAWRENCE I. KAWASAKI
DELLA A. BELATTI

Attorneys for Plaintiff

5