IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| ROBERT SOUZA, | ) | CIVIL NO. CV 04-00535 DAE/BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | AFFIDAVIT OF ERIC A. SEITZ; |
| | ) | EXHIBITS 1-13 |
| CITY AND COUNTY OF | ) | |
| HONOLULU; HAROLD | ) | |
| UEHARA, in his individual and | ) | |
| official capacity; ALAN RIVERS, | ) | |
| in his individual and official | ) | |
| capacity; RICK S.Y. YI, in his | ) | |
| individual and offical capacity; | ) | |
| AUGUST C. BELDEN, in his | ) | |
| individual and official capacity; | ) | |
| JEREMY HARRIS, in his official | ) | |
| capacity as Mayor; LEE | ) | |
| DONOHUE in his individual and | ) | |
| official capacity as Police Chief; | ) | |
| TAVERN 515, INC. d.b.a. CLUB | ) | |
| YURAKUCHO; HARRY | ) | |
| NAKAKI; JOHN AND JANE | ) | |
| DOES 1-10; DOE | ) | |
| PARTNERSHIPS 1-10; DOE | ) | |
| CORPORATIONS 1-10; and | ) | |
| OTHER DOES ENTITIES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

AFFIDAVIT OF ERIC A. SEITZ

| | | |
|---|---|---|
| STATE OF HAWAI'I | ) | |
| | ) | SS. |
| CITY AND COUNTY OF HONOLULU | ) | |

ERIC A. SEITZ, being first duly sworn on oath, deposes and says:

1.    I am the primary attorney for the Plaintiff in the above entitled matter.

2.    Attached hereto as Exhibit 1 is a true and correct copy of the Plaintiff's initial complaint with the Honolulu Police Department submitted on August 15, 2003 obtained in discovery.

3.    Attached hereto as Exhibit 2 is a true and correct copy of the transcribed interview of Harry Nakaki conducted by Detectives Gerald Kaneshiro, and Mikel Frederick on September 9, 2003 obtained in discovery.

4.    Attached hereto as Exhibit 3 is a true and correct copy of the transcribed interview of Plaintiff conducted by Detectives Kaneshiro and Frederick on September 12, 2003 obtained in discovery.

5.    Attached hereto as Exhibit 4 is a true and correct copy of the written complaint submitted by Plaintiff to the Honolulu Police Department dated November 6, 2003 obtained in discovery.

6.    Attached hereto as Exhibit 5 is a true and correct copy of the written statement of Defendant Alan Rivers dated December 9, 2003 obtained in discovery.

7.    Attached hereto as Exhibit 6 is a true and correct copy of the written statement of Defendant August Belden dated December 17, 2003 obtained in

2

discovery.

8.      Attached hereto as Exhibit 7 is a true and correct copy of the written statement of Defendant Rick Yi dated December 9, 2003 obtained in discovery.

9.      Attached hereto as Exhibit 8 is a true and correct copy of the written statement of Defendant Harold Uehara dated December 24, 2003 obtained in discovery.

10.     Attached hereto as Exhibit 9 is a true and correct copy of the transcribed interview of Defendant Rick Yi conducted by Detective Sugimoto on January 14, 2004 obtained in discovery.

11.     Attached hereto as Exhibit 10 is a true and correct copy of the transcribed interview of Defendant Alan Rivers conducted by Detective Sugimoto on January 14, 2004 obtained in discovery.

12.     Attached hereto as Exhibit 11 is a true and correct copy of the transcribed interview of Defendant Harold Uehara conducted by Detective Sugimoto on January 22, 2004 obtained in discovery.

13.     Attached hereto as Exhibit 12 is a true and correct copy of the transcribed interview of Harry Nakaki conducted by Detective Sugimoto on January 22, 2004 obtained in discovery.

14.     Attached hereto as Exhibit 13 is a true and correct copy of the

transcribed interview of Defendant August Belden conducted by Detective

Sugimoto on February 3, 2004 obtained in discovery.


                             /s/ Eric A. Seitz
                             ERIC A. SEITZ

Subscribed and sworn to before me
this 9th day of   November   2007.

   /s/ Juli Seitz
Notary Public, State of Hawai'i
My Commission Expires: Jan. 4, 2008

4