# Honolulu Police Department

**INCIDENT REPORT**

Page 1 of 4 pages
Year: 03   Six Digit Report Number: 321-252   LI

**BASIC**
- Report Type: ASSAULT 3°   Code: 080   Key Report: Yes   Status: Open
- Location Of Crime: 1200 COLLEGE WALK, HONOLULU
- Responding Officer: RAMOS, E.   ID Number: 500160   Division: D2
- Day/Time/Day Reported: 8/15/03 / 1520 / FRI
- Day/Time/Day Occurred From: 8/13/03 / 2200 / WED.
- Day/Time/Day Occurred To: 8/13/03 / 2230 / WED.
- Domestic Violence: No

**PERSON** — ☒ Complainant  ☒ Victim
- Name: SOUZA, ROBERT L.
- Age: 53   DOB: 9-7-49   Sex: M
- SSN: 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
- Occupation: SELF EMP.
- Home Address: 94-557 ALAPOAI ST 156, MILILANI, HI

**HOSP**
- Hospital: KAISER CLINIC
- Attending Physician: DR. N. WONG
- Tr/Released

**PERSON** — ☒ Suspect
- Name: "HAROLD"
- DOB: 30-40?   Sex: M

**HOSP** (suspect) — blank

- Hair Color: "SALT AND PEPPER"
- Compl: TAN

**PROP. SYNOPSIS**

THE ABOVE NAMED REPORTS BEING ASSAULTED AT THE ABOVE NAMED DATE, TIME, LOCATION, BY MALE SUSPECT NAMED ABOVE.

**VEHICLE** — (blank)

Writer: E. RAMOS   ID Number: 500160   Date/Time: 8-15-03/1647   Approved By: SGT. D. KUMO 665115

MPD-192 (R-7/93)

**EXHIBIT 1**   CORP COUNSEL

C-00001

# Honolulu Police Department

**CONTINUATION PAGE**

Page 2 of 4 pages
Report Number: 03-327-252

| Report Type | Copy | Necessity | Key Report | FU | Status | Disposition | HRS Section Number |
|---|---|---|---|---|---|---|---|
| ASSAULT 3° | 080 | ☐ Yes | ☐ Yes ☐ No | ☐ | ☐ Open ☐ Closed | | |

Complainant: SOUZA, ROBERT L.
Location of Offense: 1250 COLLEGE WALK, HONOLULU
Date of Occurrence: 8-13-03

**ASSIGNMENT:** V/O DISPATCH 8-15-03/1520 HRS. TO A REPORT OF AN ASSAULT; REPORTED AWAY FROM SCENE AT KAISER CLINIC - MILILANI 95-660 LANIKUHANA TO MEET WITH VICTIM AND DR. N. WONG. ARRIVED 1527 HRS.

**STATEMENT:** MET WITH VICTIM IDENTIFIED AS ROBERT L. SOUZA. SOUZA STATED THE INCIDENT OCCURRED ON WEDNESDAY NIGHT AND HE'D COME-IN TO THE CLINIC FOR TREATMENT AND CHECKS OF HEAD PAIN AND PAIN TO HIS TEETH/JAW AS A RESULT OF THE INCIDENT. SOUZA STATED HE WAS TOLD BY DR. WONG HE SHOULD INITIATE A POLICE REPORT DUE TO THE PAIN AND INJURIES.

**FURTHER STATEMENT/INFORMATION:** SOUZA RELATED ON WEDNESDAY HE'D BEEN IN "L-URAKU-ENO" A BAR DOWNTOWN, WHICH HE FREQUENTS. SOUZA INDICATED HE'S FAMILIAR WITH THE ESTABLISHMENT AS IT'S ONE OF HIS ACCOUNTS (HIS BUSINESS ACCOUNTS). SOUZA RELATED HE'D BEEN SITTING ALONE AT THE BAR AND HE COULD HEAR A GROUP OF FOUR MALES HE RECOGNIZED AS BEING "OFF DUTY" POLICE OFFICERS AS THEY WERE IN CIVILIAN ATTIRE (ONE MALE APPEARED TO BE WEARING "POLICE PANTS"). SOUZA STATES HE'S AWARE POLICE OFFICERS FREQUENT THIS ESTABLISHMENT. SOUZA STATED THE MALES SEEMED TO BE ARGUING, BUT HE ASSUMED THEY'D WORK IT OUT AND THEY DEPARTED TOGETHER FROM THE BAR. SOUZA STATED HE'D GOTTEN-UP FROM THE BAR TO GO TO THE RESTROOM AND WHEN HE WENT OUTSIDE (THE RESTROOM IS LOCATED OUTSIDE) HE NOTICED THE GROUP OF MALES OUTSIDE IN THE PARKING LOT. SOUZA STATED HE'D STOPPED AND LOOKED TOWARD THEM WHEN ONE OF THE MALES YELLED AT HIM "WHAT?" THEN BEGAN WALKING, THEN RUSHING HIM. SOUZA STATED WHEN CONFRONTED BY THE MALE HE HIT THE MALE AND THE MALE FELL TO THE

Writer: [signature]
ID Number: 31015D
Date/Time: 8-15-03/1647
Approved by: Sgt. Dhomo 165175

C-00002

**Honolulu Police Department**  CONTINUATION PAGE

Page 3 of 4 pages
Year: 03  Six Digit Report Number: 321-252

| Incident Type | Assault 3° | | | | | | Date of Occurrence |
|---|---|---|---|---|---|---|---|
| Complainant | Souza, Robert L. | | | Location of Offense: 1310 College Walk, Honolulu | | | 8-13-03 |

Vehicle & Property Status Codes: ST=Stolen  LS=Lost  DM=Damaged  WV=Wanted  SV=Suspect  RC=Recovered  IM=Impound  FN=Found  EV=Evidence  OT=Other

ground. Souza stated immediately two of the other males grabbed him, one on either side, by the arms restraining him, while their companion lay on the ground. Souza related he was then released and escorted back into the bar by the same two males. Souza stated he returned to the bar and a short time later the male who initially confronted him burst into the bar, rushing him. The two males who'd restrained him earlier once again grabbed him, holding his arms and he was then punched by the third male. Souza states he was stunned and was taken by the two males still holding his arms to the kitchen area of the bar, where he was held until he was able to put ice on his mouth.

SUSPECT: Souza related he'd heard the male who punched him called by the name "Harold". Souza described him as: late 30's / early 40's, salt & pepper colored hair, possibly Filipino. Souza only described his companions as 1) "Hawaiian-Local" 2) "Japanese-Local"; the third male Souza stated was not involved was a Caucasian male.

INJURIES: Souza complains of extreme pain to the left side temple, upper & jaw area. Discoloration (redness/bruising) to the inside lower lip and Souza indicates his teeth there feel loose and hurt.

ATTENDING PHYSICIAN: Dr. N. Wong indicates Souza has a possible mal-occlusion and contusion and indicates Souza will have to take x-rays to confirm a final diagnosis. Souza was also instructed to consult with his dentist regarding his teeth, and should also have an x-ray.

SERGEANT ADVISED: Sgt. H. Holcomb / 1545hrs. responded.

HPD 13: Provided to Souza; Dr. Wong instructed Souza to provide

ID number: 200150   Date/Time: 81503/1647   Approved by: Sgt. J. Dhono 66196

C-00003  CORP COUNSEL

# Honolulu Police Department

**CONTINUATION PAGE**

Page 4 of 4 pages
Year: 03 | Six Digit Report Number: 321-252

| Report Type | Assault 3° | Loc: 080 | Location of Offense: 1760 College Walk, Honolulu | Date of Occurrence: 8-13-03 |
| --- | --- | --- | --- | --- |
| Complainant | Souza, Robert L. | | | |

...the form to the physician when the x-rays have been completed.

**Additional Statement:** Souza, unable to prepare a written report at this time due to lack of his glasses and the continuing headache, has been provided with HPD252 which will be forthcoming.

**Witness(es):** Souza states there were a number of "regulars" in the bar at the time, however he's not certain of their willingness to provide statements.

**Further Information:** Souza stated he'd be able to identify the male if he were to see him/them again.

**Disposition:** Pending.

C-00004

ID Number: 200150 | Date/Time: 8/15/03/1647 | Approved by: Sgt. Divino 45175

CORP COUNSEL

# Honolulu Police Department

CONTINUATION PAGE

Page 1 of 1 pages

Year: 03   Six Digit Report Number: 321-262

Report Type: ASSAULT 3°
Complainant: SOUZA, ROBERT L.
HRS Section Number: 707-712
Date of Occurrence: 8-13-03

**ASSIGNMENT:** Via Wahiawa Station 8-17-03/1925hrs. Complainant telephoned Wahiawa Station for pick-up of the attached. Arrived 1937hrs.

**STATEMENT:** Met with Robert Souza who related he'd had an appointment with his dentist yesterday (8-16-03) and his dentist provided him with the attached HPD13. Souza stated that he'd been instructed by his physician, Dr. Wong to obtain X-rays and that he hasn't yet been able to do so and would try to tomorrow; he has to go to Kaiser Hospital.

**ADDITIONAL STATEMENT:** Souza states he would decline to initiate a written statement (HPD252), preferring to await interview with the investigating detective.

**ATTACHMENT:** 1 HPD 13 prepared by Dr. Nicole Pruett, DDS

**DISPOSITION:** Pending.

C-00005

ID Number: 3CC150   Date/Time: 8-17-03/1957   Approved by: [signature]   ID Number: 665174

CORP COUNSEL

# HONOLULU POLICE DEPARTMENT PHYSICIAN'S REPORT

REPORT #03-321252

I, **ROBERT L. SOUZA** (PRINT), hereby give my permission to have my doctor and/or medical facility disclose medical information to the members of the Honolulu Police Department and/or the Department of the Prosecuting Attorney, concerning (my) ~~(my child's)~~ injuries.

SIGNED: _[signature]_   WITNESSED: _[signature]_

SIGNATURE   DATE 8/16/03   TIME 1400 hrs   SIGNATURE   DATE 8/16/03   TIME 2:30pm

Section 453-14, H.R.S., Duty of physician, surgeon, hospital, clinic, etc., to report wounds. Every physician and surgeon attending or treating a case of knife would, bullet wound, gunshot wound, powder burn, or any injury that would seriously maim, produce death, or has rendered the injured person unconscious, caused by the use of violence or sustained in a suspicious or unusual manner, or, whenever such case is treated in a hospital, clinic, or other institution, the manager, superintendent, or person in charge thereof, shall report such case to the chief of police of the county within which the person was attended or treated, giving the name of the injured person, description of the nature, type and extent of the injury, together with other pertinent information which may be of use to the chief of police. As used herein, the term "chief of police" means the chief of police of each county and any of the chief's authorized subordinates.

This section shall not apply to such wounds, burns, or injuries, received by a member of the armed forces of the United States or of the State while engaged in the actual performance of duty.

Any person who fails to make the report called for herein within twenty-four hours after such attendance or treatment shall be fined not less than $50 nor more than $500.

## I. INSTRUCTIONS TO THE PHYSICIAN:

*Please complete this form using the following definitions as reference.*

"Bodily Injury" means physical pain, illness, or any impairment of physical condition.

"Substantial Bodily Injury" means bodily injury which causes a major avulsion, laceration, or penetration of the skin; a burn of at least second degree severity; a bone fracture; a serious concussion; or a tearing, rupture, or corrosive damage to the esophagus, viscera, or other internal organs.

"Serious Bodily Injury" means bodily injury which creates substantial risk of death or which causes serious, permanent disfigurement, or protracted loss or impairment of the functions of any bodily member or organ.

## II. DIAGNOSIS:

A. Please describe the patient's injuries in both medical and laymen's terms. Please include a description of the nature and location of the wound, if any, and the mechanism which caused the patient's injuries.

Medical: Blunt facial trauma 8/15/03 PM with [illegible] maxillary left quadrant impairing occlusion, speech and mastication. [illegible] mobility of [illegible] left [illegible]

Layman: Mr. Souza present with a [illegible] of feeling of his teeth on the top left and [illegible] [illegible] teeth plus a cut lower lip. He was hit in the face.

B. Date(s) of Treatment: evaluation w/xray 8/16/03; [illegible]

C-00006

CORP COUNSEL

HPD-13 (R-7/01)

## SUBSTANTIAL BODILY INJURY:

A. Did the injury cause a major avulsion, laceration, or penetration of the skin?
YES [X]   NO [ ]   Explain: Laceration of lower lip / maxolonter

B. Did the injury cause a burn of at least second-degree severity?
YES [ ]   NO [X]   Explain: _____

C. Did the injury cause a bone fracture? Explain: To be determined following further examination by M.D.
YES [ ]   NO [ ]

D. Did the injury cause a serious concussion? Explain: Pt states equilibrium affected for 24 hours to follow.
YES [ ]   NO [X]

E. Did the injury cause a tearing, rupture, or corrosive damage to the esophagus, viscera, or other internal organs? Explain: _____
YES [ ]   NO [X]

## IV. SERIOUS BODILY INJURY:

A. Did the injury create a substantial risk of death? Explain: _____
YES [ ]   NO [X]

B. Will the injury cause any serious, permanent disfigurement? Explain: _____
YES [ ]   NO [X]

C. Will the injury cause a protracted loss or impairment of the function of any bodily member or organ?
Explain: Paresthesia of upper left maxillary arch, indeterminant in respect to recovery period. Patient states change in speech again indeterminant recovery period. Patient also required dental restorative care for fractured temporary prosthetic and stabilization of anterior fixed bridge.
YES [X]   NO [ ]
Approximate length of time of such loss or impairment? indeterminate

Dr. NEWELL R PRUETT, DDS
NAME (PRINT)                    NAME (SIGNATURE)       8/16/03
                                DATE  8/16/03          TIME

[ ] E.R. Physician   [ ] Treating Physician   Specialty: Dentist
                                              Telephone Number: (907) 735-8883

C-00007

CORP COUNSEL