ROBERT SOUZA                08-13-03              IA 03-0515
94-557 ALAPOAI STREET                             ASSAULT 3


Page 1 of 29 pages


TAPED INTERVIEW OF        :    HARRY NAKAKI conducted by
                               Detective GERALD KANESHIRO at
                               1200 College Walk, on Tuesday,
                               September 9, 2003, commencing at
                               1422 hours and terminating at
                               1449 hours.


PRESENT                   :    HARRY NAKAKI                    (A)
                               Detective GERALD KANESHIRO      (Q)
                               Detective MIKEL FREDERICK       (Q2)


Transcript prepared by Secretary LAURIE K. ARAKAWA.

----------oOo----------

DETECTIVE GERALD KANESHIRO QUESTIONING HARRY NAKAKI:

Q    This is Detective Gerald Kaneshiro of the Internal Affairs,

     Criminal Investigation Section.  This is a tape-recorded

     interview with Harry Nakaki.  The date today is

     September 9, 2003, and the time now is 1422 hours.  Okay.

     This interview is being taking place at L'Uraku Cho Club.

     Also present during this interview is Detective Mikel

     Frederick from the Internal Affairs Administrative Section.

     This is in reference to an Assault Third case filed under

EXHIBIT 22 CORP COUNSEL  C-00142

Taped Interview of HARRY NAKAKI
Report No. IA 03-0515
Page 2
--------------------------------

police report number 03-321252 which occurred on August 13, 2003, at 1200 College Walk, which is located within the City and County of Honolulu, State of Hawaii. 'Kay, for the record, what is your full and correct name?

A    Uhh, Harry Noburo Nakaki.

Q    'Kay. How do you spell your last name?

A    N-A-K-A-K-I.

Q    Are you known by any other names, nicknames?

A    No.

Q    'Kay. Just Harry? 'Kay. Uhh, what's your home address?

A    Uhh, 3127 Paliuli Street, Honolulu, Hawaii 96816.

Q    Is that two words?

A    Paliuli, no, one word.

Q    One word? Paliuli?

A    Yeah.

Q    And what's your phone number?

A    Uhh, resident, 737-1035, and it should be unlisted.

Q    Okay. And your occupation?

A    Uhh, proprietor, uhh, Tavern 515, DBA Club L'Uraku Cho.

CORP COUNSEL

Taped Interview of HARRY NAKAKI
Report No. IA 03-0515
Page 3
-------------------------------

Q    'Kay.  And your work address?

A    Uhh, 1200 College Walk.

Q    Okay.

A    Unit 117.

Q    And uhh, the telephone number here?

A    Uhh, 523-5659.

Q    And how old are you?

A    Sixty-two.

Q    What's your date of birth?

A    7-7-41.

Q    And your social security number?

A    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.

Q    Is there anything that's gonna prevent you from providing

     an accurate statement at this time?  Such as uhh, are you

     on any kind of medication or...

A    Oh, no.

Q    Okay.  Okay, do you know a male by the name of Robert

     Souza?

A    I do.

GK/LKA

CORP COUNSEL

C-00144

Taped Interview of HARRY NAKAKI
Report No. IA 03-0515
Page 4
-------------------------------

Q   'Kay.

A   Maintenance person for uhh, 1200 College Walk.

Q   'Kay.  How long have you known him?

A   Approximately three years.

Q   How 'bout a male by the name of Harold Uehara?

A   Harold Uehara, I know him approximately nine years.

Q   Nine years?  'Kay.  How do you know him?

A   Uhh, I know him through the Honolulu Police Department,
    Narcotics/Vice Division, when he was a Airport Division.

Q   'Kay.  And you knew he was a police officer?

A   Uhh, yes, I did.

Q   Okay.  And on August 13th, that was a Wednesday, Wednesday,
    about ten o'clock, there was an incident at this location.
    Uhh, can you just tell me what you know about it?

A   Well, only thing I knew, the...Harold and his crew guys was
    outside and Bobby Souza went out there to just, I guess,
    uhh, to see what was happening.  And I guess he kind a
    interfered with uhh, Harold's conversation.  And uhh, from
    what I understand, is that what Bobby Souza told me, that

GK/LKA

CORP COUNSEL
C-00145

Taped Interview of HARRY NAKAKI
Report No. IA 03-0515
Page 5
----------------------------------

Harold grab Bobby by his two arm and Bobby false-cracked him twice and Harold fell on the concrete. And uhh, I heard some noise so I went outside and uhh, Harold was telling me uhh, that haole false-crack me, you know. So I was more concerned, I told Bobby, you no hit him because he had surgery on his head. And Bobby said, fuck him. You know, tell your brother no do that kine stuff at my place. You know what I mean?

Q    Umm-hmm.

A    I no like...I hate to see anybody get hurt. You know?

Q    'Kay. Before all of that, anything inside of the bar?

A    Uhh, not to my knowledge. Uhh, after uhh, we kind a separated...I was holding Harold, tell, 'eh, cool it, Harold, cool it. Tell me, oh, that fuckin' haole went false-crack me. You know, so uhh, one of his crew guys took Bobby to his truck and tell him to leave. You know, so I told...I was holding Harold, tell 'em, 'eh, come on, braddah, take it easy, take it easy. I no like see nobody get hurt outside, you know, especially this location.

GK/LKA

CORP COUNSEL

C-00146

Taped Interview of HARRY NAKAKI
Report No. IA 03-0515
Page 6
------------------------------

Q   Do they know each other?

A   Uhh, no.

Q   They were...just that evening, that...

A   Right.

Q   'Kay.  Any idea what happened that led to all of that?

A   Oh, gee, according to my understanding is that uhh, Harold,
    the sector guys was singing and Bobby was kind a like,
    mouthing off to the crew and uhh...

Q   So they were inside?

A   Yeah, they was all...Harold...one of the guys was singing
    karaoke...

Q   Umm-hmm.

A   ...and I guess Bobby was making comments.  And that didn't
    cause, you know, any...any grief.  Uhh...

Q   Were you there for that?  Were you present for that?

A   Uhh, no.

Q   'Kay.

A   Uhh, I just was the kine, I went to have my towel washed.
    So when I came out, when I came back, uhh, Harold and his

GK/LKA

CORP COUNSEL

C-00147

Taped Interview of HARRY NAKAKI
Report No. IA 03-0515
Page 7
-------------------------------

gang was going outside.  Then Bobby said, well, I'm going

outside too.  So Aunty Patty, who's the bartendress, told

Bobby, mind your own business and stay inside the...you

know, stay inside here.  But uhh, I just went to check

Harold's table and, you know, the glasses.  Then I heard

some, you know, uhh, banging on the wall.  So I went

outside and all I heard Harold said, that fuckin' haole

went false-crack me, you know.  And I heard...what Bobby

was telling me after the incident outside, uhh, then I was

holding Harold...

Q    Umm-hmm.

A    ...then uhh, the other police officer, I guess, all off

duty, took Bobby to his truck across the parking lot at the

fence, on the mauka fence.  Then uhh, I guess he...Bobby

said he wanna go back inside, pick up his uhh, cigarettes

or whatever.  You know, right by the telephone pole there.

Q    On the bar?

A    On the bar.  And uhh, then I seen Bobby come inside, you

know, with the...with the other off duty policemen.  Then

GK/LKA

CORP COUNSEL

C-00148

Taped Interview of HARRY NAKAKI
Report No. IA 03-0515
Page 8
- - - - - - - - - - - - - - - - - - - - - - - - - - - -

uhh, Harold said, let me talk to him. I told 'em, you

know, take it easy. I no like nobody get hurt.

Q    Harold came back in after...

A    Yeah. Well, Harold told me he wanted for talk to him. And

had uhh, I guess the two...two of Harold's off duty...you

know, the off duty guys was between Bobby and Harold so

that there's no more incidents.

Q    Umm.

A    And to my understanding, is that uhh, Harold wanted...you

know, just kind a like made a left hand punch like, but

maybe just went hit Bobby on his left. You know, that, I

mean, I didn't see it but...but that's what uhh, my

understanding, you know, and uhh, the other...the other off

duty police officer took Bobby in the...in the kitchen, you

know, to kind a stay away. Then I took Harold outside. I

tell, Harold, you know, leave. Because uhh, I neva get any

incident like this for the ten years I been here, you know,

because uhh, just because of Bobby. You know, if he kept

quiet and mind his business, I'm sure any uhh, outburst or

anything may...you know, may never happen.

GK/LKA

CORP COUNSEL

C-00149

Taped Interview of HARRY NAKAKI
Report No. IA 03-0515
Page 9
------------------------------

Q    Umm.

A    But he wanted to go mahaoe, find out what's going on

     outside, you know.

Q    Umm-hmm.  Were on-duty officers called?

A    No.  No.

Q    Okay.  Why not?  You know why?

A    Uhh...

Q    Why?

A    Well, I figure, uhh, my opinion, he went false-crack Harold

     two times.  Harold fell on the concrete outside.  Then

     Harold just went kind a like, give 'em a love tap on his

     lips.  Then uhh, I took Harold outside and was urging

     Harold to leave.  So finally Harold left.  I made sure he

     went in his vehicle, went to...out of the parking lot, made

     a right turn.  Then uhh, Bobby came back and he was

     bragging to me that Harold went go grab him, you know, just

     to say maybe shut the fuck up.  But Bobby went just

     false-crack Harold, you know, for no reason.

GK/LKA

CORP COUNSEL
C-00150

Taped Interview of HARRY NAKAKI
Report No. IA 03-0515
Page 10
------------------------------

Q   Bobby told you that?

A   Yeah.  He was bragging on the bar.  Man, I went...I went

    nail 'em good, Harry, you know.

Q   That's what Bobby told you?

A   That's what he told me.

Q   'Kay.

A   I tell...then I told Bobby, you know, you fucka, no go hit

    him.  He had uhh, you know, brain surgery.  Tell, fuck him,

    fuck him.  I tell, braddah, no, no do that kine stuff in my

    place, you know, you know, outside my place.  And, you

    know, if you going fight with somebody, up and up, but no

    go false-crack anybody.  You know what I mean?  But he was

    bragging up to me, you know.

Q   Anyone else around when he was bragging?

A   Well, gee, I know uhh...I don't think Joanne was paying

    attention because they was playing the machine.  Then uhh,

    Aunty Patty was with Joanne, you know my bartendress.  And

    uhh, I don't think she was really paying attention

    because...

GK/LKA

CORP COUNSEL

**C-00151**

Taped Interview of HARRY NAKAKI
Report No. IA 03-0515
Page 11
- - - - - - - - - - - - - - - - - - - - - - - - - - -

Q    Umm.

A    ...just like Bobby was all talking directly to me.  You

     know, but they was playing machines, you know, the video

     games.

Q    Umm-hmm.

A    So Bobby just was bragging that Harold went hold 'em...just

     grab 'em by his two arms, then Bobby went false-crack 'em.

     He went punch 'em, you know, in the jaw.  He said, oh, I

     went catch 'em good two times.

Q    Two times, he said?

A    Yeah.  I mean, uhh, I haven't seen Harold after.  He called

     me up.  Harold really went apologize.  You know, he tell

     me, 'eh, Harry, she, sorry for any incident, you know, uhh,

     at your place.

Q    Umm.

A    Main thing everything okay, you know.  But for my

     understanding that, you know, Harold's jaw was...I mean,

     was kind a bad.

GK/LKA

CORP COUNSEL

C-00152

Taped Interview of HARRY NAKAKI
Report No. IA 03-0515
Page 12
------------------------------

Q   That night, did you see any injuries to Harold?

A   No injury.  But Harold was telling me, oh, fuckin' haole
    went false-crack me, you know.

Q   What about Bobby?  You see any injuries to Bobby?

A   No, no injury to Bobby.

Q   No?  Okay.

A   Because uhh, after all the incident, Bobby was sitting on
    the bar and bragging to me and just laughing up, you know,
    making a big joke out of it.  But he was laughing up that
    when Harold went go hold him, he just went punch Harold.
    He told me, oh, he went go knock 'em out good one, two good
    ones.  I tell 'em...that's when I got kind a irritated, you
    know.

Q   Umm-hmm.

A   You know, anytime when you uhh, be, I would say violent to
    another person, of course going retaliate like anybody
    else.  You know what I mean?

Q   Umm-hmm.  What about the other guys that was with Harold?
    You know who they are?

GK/LKA

CORP COUNSEL

C-00153

Taped Interview of HARRY NAKAKI
Report No. IA 03-0515
Page 13
-------------------------------

A    Gee, they come drinking here, but I really don't know them

     personally, you know.

Q    You see 'em all the time though?

A    No.  Once, twice maybe, you know.  But uhh, other than, you

     know, getting sector parties or promotion parties, I might

     see them.  But uhh...

Q    They're not regulars?

A    No.  Only like, say if the sector wanna go out drink.  But

     you know Harold, he take care his men and he talk highly

     about his men, you know.  Uhh, but I just bring 'em, I feed

     'em, then, you know, all the guys started to leave.  Then

     just uhh, maybe Harold and three other guys was singing

     karaoke.  You know, had the...had one haole guy.  I really

     don't know him.  But Harold said this man really take care

     the children in the Palolo housing.  You know, I don't know

     his name.  But Harold really praise the guy, you know.

Q    'Kay.  What about alcohol?  Do you know if Harold had a lot

     to drink?

A    Oh, Harold don't drink as much as before, because I'm sure

     that the doctor told him that no uhh, whiskey, I would say.

CORP COUNSEL

GK/LKA

C-00154

Taped Interview of HARRY NAKAKI
Report No. IA 03-0515
Page 14
-------------------------------

So he been pretty good. Even Andy Tsukano was telling me that uhh, you know, if Harold start drink, I mean, we stop 'em. But so far, within the last, I would say three months, four months, no whiskey. Strictly uhh, beer.

Q    How long was...how long were...how long was Harold here before the incident began?

A    Gee, you know, they were here. Then I went wash clothes. So that's...gee, took me hour half for wash clothes. You know, all my towels.

Q    Yeah.

A    So I was gone for hour half, approximately. So when I came back, was approximately two hours. So I would say maybe two hours maybe. I'm not too sure now because I was gone for hour half or two hours because I figure twenty minutes for wash, thirty minute...thirty-five minutes for dry. So I would say about...approximately hour, maybe hour half maybe. Maybe less than that. You know, but I...I think they were here approximately...right before I left, uhh, maybe thirty, forty-five minutes. Now, I...I...

GK/LKA

CORP COUNSEL

**C-00155**

Taped Interview of HARRY NAKAKI
Report No. IA 03-0515
Page 15
------------------------------

Q   Okay.

A   I mean, only estimate.  I really don't know.

Q   Yeah, yeah.

A   I...I...you know, I no pay...I just stay (inaudible).  I go
    see they were all taken care of.  I go go up the street
    wash laundry.

Q   You know about what time they arrived here, Harold guys?

A   Gee, I got through washing the laundry roughly around
    eleven.

Q   So maybe about nine-thirty?

A   No.  They gotta come after pau work.  So they get through
    at nine.  So ten-fifteen maybe, ten-thirty.

Q   Okay.

A   See, but they just came.  I went cook for them.  Then I...I
    went...  So they gotta be...because normally when they
    come, it's after work.  So ten-thirty the earliest, I would
    say.

Q   Oh, okay.

A   You know, ten-thirty.  They no come no earlier than that
    because uhh...  (SPEAKING TO SOMEONE IN BACKGROUND)

GK/LKA

CORP COUNSEL

C-00156

Taped Interview of HARRY NAKAKI
Report No. IA 03-0515
Page 16
- - - - - - - - - - - - - - - - - - - - - - - - - - -

Because uhh, most of the time when they come is ten, you
know, after ten.  From ten on, never before that.

Q    Okay.

A    Yeah, because uhh, they get through nine o'clock, 'ah?

Q    Yeah.

A    So by the time they do all the paperwork, they normally
come around ten.  Most of the time ten-fifteen, ten-thirty.
So I left about maybe just before eleven.  Because I got
through around quarter to twelve, I came back.

Q    'Kay.  So was Harold intoxicated then?

A    Uhh, gee, you know, with drinking beer...  You know, they
not...he not the type for go tank a beer.  If was whiskey,
then it's another story.  But uhh, there was no whiskey
involved.  It's strictly beer.

Q    So for Harold, you're not sure then?

A    No.

Q    Okay.  What about Bobby Souza?

A    Bobby, he was here for a while, I would say.  Because like,
after cleaning up the place, he sit on the bar, he drink.

GK/LKA

CORP COUNSEL

C-00157

Taped Interview of HARRY NAKAKI
Report No. IA 03-0515
Page 17
--------------------------------

Q    From about what time?

A    I would say from maybe nine o'clock.

Q    Umm-hmm.

A    You know. Uhh, because he was here before Harold guys
     came. So you talking about he was here probably a hour or
     maybe more, sitting on the bar and talking to me.

Q    Any idea how much drinks he had? What was he...what was he
     drinking?

A    Beer.

Q    Beer?

A    He drink Coors Lite.

Q    Okay.

A    But he...you know, he always drink after...because they
     always drink in the parking lot, him and his gang, you
     know, his working partner. They always drinking.

Q    Umm.

A    (inaudible) better watch out, braddah. Get DUI. Yeah, but
     he was making a real big joke out of it, you know. But
     then uhh, when I went outside, all I...all I was...there
     was uhh, two of Harold's men between Harold and the other

GK/LKA

CORP COUNSEL

C-00158

Taped Interview of HARRY NAKAKI
Report No. IA 03-0515
Page 18
- - - - - - - - - - - - - - - - - - - - - - - - - - - -

      police...the other police officer, off duty police officer

      was taking Bobby, you know, separating 'em...

Q    Umm-hmm.

A    ...taking Bobby to his truck by the fence on the mauka side

      of the parking lot, you know.  Uhh, because that's the only

      thing and uhh, the other...the...one of Harold's men says,

      yeah, I seen 'em punch Harold, you know.  Because there was

      no other violent incidents other than Bobby punching

      Harold, you know.  Then uhh, after the incident, you know,

      Bobby sat down and he was bragging how he went nail Harold

      two times.

Q    Umm.

A    You know, and uhh, he neva mention anything...  You know,

      when people start yapping, especially him, talk like hell,

      yeah?  And he neva mention anything and I didn't see

      anything that, you know, uhh, the...anybody holding Bobby

      so that Harold can retaliate.  You know, that never

      happened.  That, I know, never happened because I was right

      on the table over there.

GK/LKA

CORP COUNSEL

C-00159

Taped Interview of HARRY NAKAKI
Report No. IA 03-0515
Page 19
-------------------------------

Q    Okay.  So that, you never see?

A    That...that, I know, never happened.  Uhh, I think even

     maybe Aunty Patty will say that never happened.  Because

     all I knew is that uhh, one of Harold's guys took Bobby in

     the kitchen.  Kind a like, 'eh, cool off kine.

Q    Umm.

A    You know.  Then uhh, Harold left.  Then uhh, everybody left

     and Bobby went back sit on the bar and just laughing up.

     Harold went grab me, I went punch 'em two time and I went

     hit 'em good, Harry.  That's when I got piss off.  So, you

     know, I mean, uhh, I hate to have anybody get hurt, you

     know.  Because there wasn't any incident in my

     establishment for the ten years I been here.  With all the

     commotion, the Halawa prison guards or narcotic/vice or

     whoever, you know, they only shut up and 'eh, you know,

     mouth off kine.  But I guess they respect the place they

     drink.

Q    Umm.

A    But Bobby, you know, I told 'em no more class, braddah.

     You no more respect to the guys that...who service you.

GK/LKA

CORP COUNSEL

C-00160

Taped Interview of HARRY NAKAKI
Report No. IA 03-0515
Page 20
--------------------------------

You know, you gotta show some class.  Even Aunty Patty, you gotta show some class.

Q    Mikel, you have anything you wanna add?

Q2   You specifically brought up the subject that I...you say that officers did not hold Bobby.  So uhh...

A    Nobody hold Bobby in any incident to my understanding uhh, from what I observe inside the place, you know.

Q2   Umm-hmm.

A    Umm, all...all we did is separate, make sure that no...no physical incident happened between Bobby and Harold in the establishment.  So the other uhh...one of Harold's men took Bobby in the kitchen.

Q2   Umm.

A    You know, I mean, you know, you keep 'em far apart until kind a like, uhh, I think he was telling Bobby, take it easy, you know, take it easy.

Q2   But was Bobby trying to get at Harold also or was that...

A    No.  Well...well, you know, I...I don't know.  Maybe.  You know, maybe.  But I was hold...I was holding Harold, kind a, braddah, take it easy.

GK/LKA

CORP COUNSEL

**C-00161**

Taped Interview of HARRY NAKAKI
Report No. IA 03-0515
Page 21
- - - - - - - - - - - - - - - - - - - - - - - - - - -

Q2    Yeah.

A     Because I no like see you get hurt because he had one major

      surgery and I hate to see somebody, you know, go into a

      (inaudible) because of some, you know, incident that, you

      know...

Q2    Right.

A     Well, I didn't like the idea of Bobby telling me he went go

      false-crack Harold two time.  And I told Harold...you know,

      I told Bobby, you fucka, he had surgery.  And Bobby was

      just telling me, oh, fuck him, fuck him.  I told, braddah,

      you no do that kine stuff in my place.

Q2    Umm-hmm.

A     You know, (inaudible), I go over there kick your ass too,

      you know.  But today, they sue for anything, 'ah.  So just

      use psychology and, you know, shut up.  Because Bobby, he

      no can shut up, you know.  That's one of his bad points.

Q2    Umm-hmm.

A     And he like to brag.  But when he told me all this

      incident, he forget what he told me.  Then he telling Aunty

      Patty guys one different story.  You know, and he came

GK/LKA

**C-00162**

CORP COUNSEL

Taped Interview of HARRY NAKAKI
Report No. IA 03-0515
Page 22
- - - - - - - - - - - - - - - - - - - - - - - - - - - -

inside uhh, about a week or two ago, that uhh, Harry, the
two guys went hold me outside and the guy went... I tell
'em, eh, braddah, you know that neva happened.  Then he
tells me that, you didn't see the two guys holding me
inside there so maybe Harold can punch...  I tell, braddah,
'eh, that neva happen.  Give me a break, I told 'em.  That
never happened, you know.

Q2    Umm-hmm.

A    I go to court on that.  That never happened.  Because uhh,
the...I think he's Chinese.  Because that brah, that guy,
the policeman, I mean, you know, that guy is so nice and
there's no...I don't think he have any...I mean, it's not
Harold guys.

Q2    Umm.

A    You know, maybe way back, the old time, yeah.

Q2    Yeah.

A    But not today.

GK/LKA

CORP COUNSEL
C-00163

Taped Interview of HARRY NAKAKI
Report No. IA 03-0515
Page 23
------------------------------

Q2   Umm-hmm.

A    You know, because I think they in the force, so many...so

     little bit years.  They cannot afford to get busted and get

     terminated.

Q2   Yeah.

A    So they...one thing with Harold crew or any...any crew, you

     know, I mean, they always say take it easy, you know.  I

     mean, I neva see anybody holding somebody so somebody can

     retaliate.  That neva happen in here.

Q2   But was Bobby trying to uhh, change the story to...

A    Yeah.

Q2   ...to fit his...

A    Yeah, the guy, the...he came in about two weeks ago.

Q2   Uhh-huh.

A    He tell me, uhh, Harry, let me...let me hear what you

     think.  He tell me, oh, outside, the guys went hold me and

     the guys was knee-jobbing me.  I tell 'em, braddah, you

     know that never happen.  I was...I been...as soon as I seen

     that...uhh, I heard a noise, I went run outside.  You know,

     and uhh, the...the other...the off duty guy was taking you

**C-00164**

CORP COUNSEL

GK/LKA

Taped Interview of HARRY NAKAKI
Report No. IA 03-0515
Page 24
------------------------------

by your truck and Harold was yelling at you, you fuckin'

haole went false-crack me.

Q2    Umm-hmm.

A     You know, then the other guy said, yeah, I mean, I

haven't...I went see Bobby punch Harold, you know.  And so

there wasn't any really...you know, I mean, if somebody

holding you down and knee-jobbing you, man, braddah, I was

out there in a matter of couple seconds.

Q2    Right.

A     I would know, you know, if the two was...  You know?

Q2    Yeah.

A     I tell Bobby, give me a break.  You know that neva happen.

Q2    So Bobby was claiming...

A     Yeah, he...  You see, he exaggerating and he forgot what he

told me after all the incident.

Q2    Right.

A     That's what went piss me off.

Q2    Umm-hmm.

A     You know, I tell, give me a break, braddah.  You know that

neva happen.

**C-00165**

CORP COUNSEL

GK/LKA

Taped Interview of HARRY NAKAKI
Report No. IA 03-0515
Page 25
-------------------------------

Q    So did Bobby acknowledge that he's trying to fabricate or

     exaggerate the story?  Did he acknowledge that?

A    Well, you see, after the incident, he was...he was bragging

     what happened, but he neva tell me that the guys was

     outside there holding me so that they can knee-job him.

Q    Umm.

A    And he neva say nothing that uhh, the two guys was holding

     him so that Harold can punch him.  I know that neva happen

     in here.

Q    Umm, umm.

A    You know, because I was right on the second table over

     there.  And if anything went happen like that, I mean, no

     going take me more than three second to turn my head to the

     left and see, you know.  So I told Bobby, give me a break.

Q    Umm.

A    That neva happen.

Q    What did he say?

A    Hah?

GK/LKA

CORP COUNSEL
C-00166

Taped Interview of HARRY NAKAKI
Report No. IA 03-0515
Page 26
--------------------------------

Q    What...was Bobby's response to that?

A    He neva say nothing because he cannot remember what he was

     bragging to me that night.

Q    Umm.

A    Which he...I think he totally...now he trying to fabricate

     and maybe he like get money.  You know what I mean?  That,

     to me, that's wrong.

Q    You talk to him since?  Souza?

A    Uhh, he came in.  He said I gotta go (inaudible).  But

     maybe two weeks ago he came in, sit down.  And he...he

     say...he wanted to find out what I said earlier,

     what...what I think.

Q    Umm.

A    I told 'em, you know, that neva happen.

Q    But after that, he never came in and talk to you more about

     it?

A    No.  But he was telling Aunty Patty guys, you know.  He

     trying to exaggerate.  You know, braddah, (inaudible).  I

     mean, cannot...I mean, you know, I...for myself, that neva

     happen.  You know, because when I heard the thing, the wall

**C-00167**

CORP COUNSEL

GK/LKA

Taped Interview of HARRY NAKAKI
Report No. IA 03-0515
Page 27
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

hitting, I was out there in about two seconds.  I went run

outside there, you know.  And uhh, the...one of Harold's

men was taking Bobby away.  Then uhh, the other...one

other...the other guy was uhh, you know, right by Harold

and Harold was pulling...fucking haole went false-crack me,

yelling, you fuckin' haole, false-crack me.  You know, and

especially, anybody false-crack, you not going lie.  And

there was no uhh...no injuries to Bobby outside and...  I

mean, you know, if somebody...if...if I would hold you and

kid a knee-job you, braddah, you would be kind a like, you

know, you fucka, you went go knee-job me.  No.  And

when...after all the incident I mentioned, Bobby came in

and started to brag and laugh what happened.

Q     Mike, you get...

A     You know, I mean, you know, if he fabricating what

he...what he was trying to fabricate about two weeks ago, I

told him that neva happen, that neva happen.

Q2    How long did he stay in the bar after and brag about the

incident?

GK/LKA

CORP COUNSEL
C-00168

Taped Interview of HARRY NAKAKI
Report No. IA 03-0515
Page 28
--------------------------------

A    I think another half an hour maybe.  Could be longer, now,

     because I really, you know, had to clean up the table...

Q2   Right.

A    ...and uhh, you know...

Q2   And did he complain of any...did he have any visible facial

     injuries?

A    No, he just said, uhh...

Q2   No?

A    ...you know, oh, you know, my lips or something, his mouth,

     you know.

Q2   Right.

A    But uhh, all he was mentioning, he was bragging that he

     went catch Harold two good ones.

Q2   Umm-hmm.

A    And he was laughing up.

Q2   (inaudible).

A    You know, laughing up, bragging, I mean.  So when he came

     in after the fact and he was trying to fabricate the story,

     I tell 'em, braddah, that neva happen because I was in here

**C-00169**

CORP COUNSEL

GK/LKA

Taped Interview of HARRY NAKAKI
Report No. IA 03-0515
Page 29
--------------------------------

and, you know, anybody (inaudible), I would get pissed
myself.

Q2    Umm-hmm.

A    You know.  And even my...you know, in the army, I was one
platoon sergeant and, I mean, I no care what.  I'm a true
local boy.  Anybody holding somebody, (inaudible).  I mean,
no, I don't go for that kind a shit, you know.

Q    You have anything else, Mike?

Q2    (inaudible).

Q    Okay.  Uhh, Harry, that's all I have for now.  I'll be
concluding this interview at 1449 hours.

----------000----------

I hereby attest to what I have heard and transcribed herein to
be true and correct at the time of transcription noted below:

LAURIE K. ARAKAWA                    041550
Secretary                              ITD
12-22-03                         0630 hours

Edited by:

Date: 2-18-04    Time: 1605

GK/LKA

CORP COUNSEL
C-00170