## STATEMENT OF ROBERT SOUZA

## ROBERT SOUZA VS. HONOLULU POLICE DEPARTMENT

STATEMENT OF: Robert Souza
TAKEN ON: September 12, 2003 at 0851 hours
TAKEN BY: Shawn A. Luiz, Esq.

---

DT: This is Detective Kaneshiro of the Internal Affairs, Criminal Investigation Section. This is a tape recorded interview with Robert Souza. The date today is September 12, 2003. The time no is 0851 hours. Also present during this interview is Detective Michael Frederick from the Internal Affairs, Administrative Section. Also Souza's counsel. Can you please state your name please?

SL: Yes. Attorney Shawn Luiz

DT: And....?

BS: Attorney Brian Shaughnessy.

DT: This is in reference to an assault _____ case. Filed under Police Report No. 03321252 which occurred on August 12, 2003 at Iraku Cho Club which is located at 1200 College Walk which is located within the City and County of Honolulu, State of Hawaii. For the record, what is your full and correct name?\

RS: Robert Leonard Souza.

DT: Are you known by any other names?

RS: Sometimes Bobby or Bob.

DT: What is your current home address?

RS: 94-557 Alapoai Street, No. 156, Mililani, Hawaii, 96789

DT: And your home phone number?

RS: 623-2121.

DT: And what is your occupation?

RS: Self-employed.

DT: You own your own business?

CORP COUNSEL
EXHIBIT 3
C-00102

RS: Yes.

DT: What is the company name?

RS: dba called Quality Cleaning & Maintenance.

DT: And your work address? Same as your home?

RS: Uh hm.

DT: And you have a work phone number?

RS: 225-0321.

DT: And how old are you?

RS: 55.

DT: What is your date of birth?

RS: 9/7/48.

DT: And what is your social security number?

RS: 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.

DT: Is there anything that will prevent you from providing a accurate and correct statement at this time?

RS: No.

DT: Okay. Have you consumed any alcohol within the last 24 hours?

RS: No, I don't think so.

DT: And you feel okay to give a statement?

RS: Yes.

DT: Okay. On August 13, 2003, had filed a criminal assault case at Iraku Cho Club. Can you just tell me what happened that night.

RS: Okay. Well, let me start by saying that Club Iraku Cho is located at one of my accounts, 1200 College Walk. Uh, up until that night I used to frequent their account almost daily. Uh... on that particular evening, after making my checks at other checks in Waipahu and Kapahulu, I stopped by there. Uhm...this was in the late afternoon-early evening. Uh, when I was done, I saw an old friend, Donald Minnell at the bar inside of Club Iraku Cho and went in and had a couple beers and a cigar with him.

DT: About what time was that?

RS: I cannot be specific. It was after 6:00 p.m. sometime around there. Uhm, a short time later, Donald left leaving me alone at the bar with the bartendress known to me as Aunty Patty and there were four males sitting behind me that I believe were policemen from that conversation. In fact, they had asked me if I had been a policemen and if I had retired...something. And that was it, they mentioned that during the evening, they had said something. Uh...it appeared to me that, to me and to Donald earlier, that their conversation amongst each other was...one of them was being picked on by the person identified as my assailant. They just kept picking on this guy, picking on this guy, picking on this guy and that's the caucasian guy. Uh...I paid little attention. Later that...

DT: Okay, wait. When you said "pick on". What do you mean?

RS: You fucken haole this...you fucken haole that.

DT: So, the male you picked out on in uh photo number...the first lineup, (photo number 4?)...

RS: Uh huh...

DT: Okay. He's identified as Harold Uyehara.

RS: Okay.

DT: (inaudible)...that's okay. So what, this caucasian male was picking on you?

RS: No, Harold was picking on this guy.

DT: Harold picked on that guy? Okay.

RS: It seemed that way. I don't know...It just seemed like he was egging this guy on or whatever.

DT: Okay. Okay.

RS: Uh...later that evening or a little while later on, half an hour...hour, they went outside into the parking lot and a short time later...

DT: Whose they?

CORP COUNSEL

3

C-00104

RS: All four of them.

DT: Okay.

RS: ...went outside to the...I guess, went out. It sounded like they were going outside and settle this amongst themselves. That's what it sounded like. It impressed me that way. They went outside and a few minutes later, I left and went...was going to go to the bathroom...to go to the bathroom in that bar, you have to leave the premises and go outside. It's located outside. I don't know if any of you have been there. Uh... and because it...well, because that particular bar is patronized by people from law enforcement, it wouldn't be unusual for me to go in and have a few beers.

DT: Uh huh.

RS: I know a lot of the people that go in there. Uh...okay, getting back, they go outside, I go to use the bathroom, I see that...I can still here and see them and it looks like their going to get into a fight. So, I stop outside of the door and I looked...at that time, Harold shouts something at me, "what?" So, I just look at him, I don't move either way. And he shouts something else and then he hurries towards me, bumps me with his chest, shoves me. Instinctively, I guess reacted. I don't know if I punched him or I hit him open handedly. But, he does trip on the curb and uh...bumper for the parking for the cars...

DT: Uh huh...

RS: ...and he goes down. So, I step back at that time, the second person identified...Rivers? Is that correct?

DT: Uh huh. Yes.

RS: And another Korean male rushed towards me, pinned me against the wall and hold me against the wall. They start elbowing me, kneeing me, shoving me, holding me against the wall. I'm not resisting. I move back when I see that Harold went down. They're telling me "You can't do that, you just cannot do that, you cannot do that". I said, "Do what?" He said, "You cannot do that." I says look, "you folks saw him hit me twice. Let me go". They don't let me go. I said, "Let me go." They don't let me go. They say, "You just can't...you cannot do that", and I said, "Let me go". I says, "Look, let me go or arrest me." And I said that repeatedly. I say, "If you're not going to let me go, let me go back in the bar." So, they allowed me or lead me back into the bar. I go back to the bar, I stand there. Uh...I don't think Rivers leaves my side. The Korean male goes in and out. About 10 minutes later and, in the meantime, I'm asking, you know, "Look, I want to go home." They sort of, you know, "Just go already." I just want to get...you know, things got out of hand, you know, I want to go home. "You can't leave yet, you can't leave yet." I said, "Why?" "Well, you just can't leave yet." After about...

DT: Who told...Who told you that?

RS: Rivers and I think the Korean...the Korean boy may have said it a couple times too. After about 10 or 15 minutes, that door has a squeak when it opens. It's never been oiled and we don't oil it because that's like an alarm. We know somebody's going in and out. So, I see the Korean male going in and out. And in the bar, it's still...there's just myself, Rivers, the Korean male going in and out, the bartendress and a customer known to me as Joann, playing those games. At one point, the Korean girl comes in and then I noticed that they're both on either side of me. Then I hear the door open again. It's Harold. He comes rushing in. He's shouting some kind of obscenities at me. I turn to defend myself, the two of them pinned me against the bar. Legs and arms pinned, around my neck too. While he skips up and just, you know, (hand slap sound) and hits.

DT: So, Rivers and the Korean male held you against the bar?

RS: ...held me against the bar. Yeah. That's what I'm most upset about. To be held by three young boys like that.

DT: Okay.

RS: I was totally defenseless. From the punch that he gave me, you know, he skipped up and hit me. He recoiled. I don't know how, but either the Korean boy let go or I got him off of me, I don't know. And then, Rivers spins me, takes me to the kitchen. I'm really scared now, you know, I'm bleeding. When he hit me, I urinated a little bit, blurry eyed, I thought I was gonna go unconscious from the blow. I have a real bad neck and I began to feel numbness on my left side of my body. I thought maybe I even had a stroke.

DT: Okay.

RS: Uh...again, I don't know what happened 'cause I couldn't see what was happening outside of the bar, but I'm really scared now inside there. I don't know if they're all gonna come in the kitchen. It's a small area. And then uh...I don't know what I'm waiting for. I'm, I'm, I'm asking for ice because my lip is swollen. I can taste my own blood and I'm asking Rivers to let me go. I want to go and get out of here, you know, just let me go and he won't. He says, "You can't leave yet, you can't leave yet" and he said...he's using his hand against my shoulders. So, I'm standing in there pacing...

DT: In the kitchen?

RS: Yes. It's a small area and I'm really...don't know what's...I don't know what I'm waiting for, you know, I'm like forced to wait for I don't know what. Uh...between 5 and 15 minutes passing, he finally says, "Oh, you can go." So, I grab some ice and after he leaves, they go out of the bar. Uh...I go out, scared. It was dark out there and I here them say that, you know, that Harold had left and went...turned right and went up the street. I go into my truck and I went home. When I got hit, I did see that Aunty Patty and Joann saw what happened.

DT: In the bar?

RS: In the bar. They were like...their mouth open.

DT: So, they saw all of that? You've been (inaudible?)

RS: ...they saw all of that happen.

DT: Okay.

RS: And they saw him skip up and hit me...hard. Uh...that's it.

DT: Okay. You know prior to all of the...you know the physical confrontation...

RS: Uh huh...

DT: When you heard the two males...after you hear the two males arguing, you said the group went outside?

RS: Uh huh.

DT: Okay, and you went out to use the bathroom...

RS: Uh, huh...

DT: Where was the bathroom located?

RS: Okay, I'm just going real quick here. This being the door, this being the parking lot. His car is parked here. I come out the door, the bathroom's are located over here, come out, I see what's going on. There's cars parked...

DT: You gotta describe it uh...because it went on tape so...

RS: I come out the door...when you...if you go to the bathroom...

DT: The main door...when you exit the main door, you're facing East.

RS: Right. Right.

DT: Okay...

RS: You turn right to go to the bathroom.

DT: So, you turn right?

RS: Uh, huh.

CORP COUNSEL

6

C-00107

DT: Okay. And the bathroom is where?

RS: Around the corner.

DT: Okay.

RS: It was actually behind the bar.

DT: Okay.

RS: You know, it's in a like a hallway.

DT: Okay. Uh, and the parking lot is where?

RS: To the left of the bathroom.

DT: So, it's on opposite ends?

RS: Sort of, yeah.

DT: Okay.

RS: More so that not. But as soon as exiting the door, I can see them behind the parked cars so they're quite a ways into the parking lot from the door, yeah. I don't move forward towards them. I'm here, I'm looking...he hurries across the parking lot.

DT: Harold, Harold comes?

RS: Yes. Yes.

DT: And, you know, 'cause according to your police report, you said you hit him.

RS: I reacted instinctively. I don't know if I punched him or hit him open hand. But, I did defend myself as he hit me twice.

DT: And he fell?

RS: Yes.

DT: So, did your...did...was it the result of your...

RS: I don't know if it was the result of a punch or how I hit him or if he...'cause like I said, there's a curb and you know, and he...I don't know if he missed a step or what.

DT: Okay. When you went outside, what did you hear or what did you see?

CORP COUNSEL   C-00108

RS: In the parking lot? Between the two?

DT: Between them. What there were four of them out there?

RS: Uh huh. They looked like they were...they looked to me like Harold was egging on...still egging on a fight with the guy. Shouting...

DT: And you say he happened to look your way and then he...got into that?

RS: Uh, huh.

DT: Anything happen in the bar that prompted something like that?

RS: I don't think so. I think, you know, when he asked me had I been a police officer, it was almost uh...his tone was...I don't know...

DT: I mean, nothing in the bar that may have prompted to Harold to react that way toward you?

RS: No. Geeze, I had my back to them.

DT: Any...any interaction with him at all?

RS: Other than what I said when they asked me had I been policemen and that's it. To the best of my recollection.

DT: And the only time you got hit was...the time you got hit was inside, when you guys came inside?

RS: When the two boys were holding me against the wall were making sure that I...my feet was barely touching the ground, okay...and they were pressing pretty hard against me and, you know...I don't know if they, I don't know if they were gonna take it to me or what.

DT: Okay. Rivers and the Korean male?

RS: Yes. They were using their forearms and legs.

DT: Okay.

RS: Shoulders.

DT: Did that cause you any pain at all?

CORP COUNSEL

8

C-00109

RS: At the moment, yeah. I just...I wanted to show them that I wasn't a threat, that I had purely defended myself and I was trying to relax yet stay...keep from getting hurt. I showed no resistance.

DT: Now, when you went back into the bar, did you uh...did you let Harry know what happened outside? Did you talk to Harry?

RS: I didn't see Harry. I don't see Harry.

DT: Not at all? Okay.

RS: Maybe in this _____ing, yeah?

DT: Okay.

RS: I don't know if he witnessed what happened. I don't know if he did. I know...I don't know if anybody witnessed what happened outside other than the 5 of us.

DT: 'Cause once you were back in and you're, you know, after that...after Rivers took you to the kitchen, and then did you leave the bar? What happened after Rivers?

RS: I may have saw Harry for a second or something...I don't know what was said, but I was pretty upset. I just wanted to get out of there.

DT: Do you recall what you told Harry?

RS: No, I don't.

DT: Did you tell Harry that you hit Harold twice? You caught him two good ones?

RS: I don't know if I did. No, I didn't tell him that. I did not...I did not tell anyone that.

DT: You didn't tell?

RS: Because I didn't hit anybody twice. I know I only...I was hit twice. You already said he misunderstood me. Don't misund...yeah. They all saw what happened.

DT: Who is they?

RS: The policemen out there. They all saw happened.

DT: Okay. What about one of those officers in the group. Did they at all ask you if you wanted to make a police report at that time?

RS: No. Nobody said anything about that.

CORP COUNSEL

C-00110

DT: Nobody said anything?

RS: Not to my knowledge.

DT: What about for yourself? How come a report...how come you didn't initiate a report that evening?

RS: You know what, I was scared. There were four policemen there, yeah. So, I was getting pretty beaten up already and I decided to just go home. Uh...from in my mind what had happened that night, anyone of the four policemen should have took some kind of action from the side of law enforcement.

DT: Okay. Did you complain of pain? Uh, to Harry or Aunty Patty, anything?

RS: I don't know. It was obvious.

DT: _____? with your injury?

RS: Well, I asked for ice and I grabbed some ice. I told you I grabbed some ice from my glass or asked her for ice.

DT: Asked Patty for ice?

RS: I think so, yeah. I don't know if I grabbed or asked her. It was obvious I was hurt.

DT: You had visible injuries?

RS: My lip was fat.

DT: Okay.

RS: And cut inside.

DT: About a week later after the incident, did you go back to the club and later ask Harry about the incident and uh...did you tell Harry that...did you tell Harry something to the effect that you remember when the two guys...the guy when hit me and Harry denies it.

RS: No, I didn't say that.

DT: Do you recall going about a week later?

RS: I went by and I asked him if he knew the names of any of the people that were involved and he gave me the two names that I gave you.

DT: Okay.

CORP COUNSEL

10

C-00111

RS: I don't know if I went into any...I don't think I went into any details of anything. I asked him if did he see the two guys that held me in the bar, if he knew they were. I may have asked him that.

DT: Uh...and Harry provided you with their names?

RS: Yes, he did. He had told me that some investigators have been there already.

DT: Okay.

RS: He also told me that was the first time anything like that had ever happened in his bar. I didn't apologize. I had nothing...in my mind, there was nothing I did wrong that night, other than it was just an ordinary night for me. The only thing different was Harold and those guys were there.

DT: Okay. Uh...Michael, you have anything?

MF: He said that you arrived at the bar a little bit after 6:00 p.m.?

RS: No, it was late afternoon uh...I went inside the bar. Probably was around that time, I'm not sure.

MF: What time did you start drinking?

RS: When I got inside the bar.

MF: Okay. And when did this incident happen, about what time?

RS: I'm thinking 9:00, 10:00 o'clock. I'm not sure.

MF: Okay, so...3, 4 hours? Is that fair to say that that was the time period you were in the bar?

RS: I don't know if it was that long. It didn't seem I was in there that long, you know. Uh...telling you I not watching the time or anything.

MF: Okay. Uhm...what were you drinking?

RS: Beer. Just like in a bucket.

MF: Do you run a tab?

RS: No.

MF: You just pay each beer one at a time?

RS: Uh, yes. I put $5.00 or $10.00 down.

CORP COUNSEL

11

C-00112

MF: Okay. Uhm...how many beers had you dropped up to that point?

RS: Between 4 and 6.

MF: 4 to 6 beers?

RS: Maybe more I would think less. I'm sure I didn't have much more than 6, I have to drive.

MF: Right. Okay. Uhm...6 beers. Did you feel as if you were intoxicated? I mean you're a good judge of your own body's metabolism.

RS: No. No.

MF: Now, when you made this report with the police officer, did you tell that police officer that Harold had hit you twice when you walked outside?

RS: I'm not sure exactly what I said. I'm thinking that I did because that's what happened. I think I may have said anything twice.

MF: Yeah, I may be wrong, but I think the report says something to the effect that Harold was running towards you at which time you hit him and knocked him down or at some point ended up lying on the ground.

RS: Uh huh.

MF: And that's why I wonder. Now, I want to get a little more detail about Harold hitting you twice in the parking lot. How did that happen?

BS: [In background] It was in the chest, right?

RS: Yeah. (inaudible - several of them speaking at once), you know he come up (inaudible), bump me again...

MF: ...I mean there's a struggle?

RS: No, No, No. He came bump with his chest and then shoved me almost. Like almost instantly, bang, bang.

MF: Oh, okay. Okay. Now, specifically I mean, what would prompt them to do something like that?

RS: I have no idea. I was in shock and scared.

MF: So, you're walking toward the parking lot where they're arguing?

CORP COUNSEL C-00113

RS: No. No. I did not walk nowhere. I stood there.

MF: You stood there where? On the sidewalk?

RS: Yeah, just outside the door.

MF: Okay. Looking in their direction?

RS: Uh hm.

MF: How was the lighting?

RS: Fair. We have those high sodium lights out there.

MF: Okay. Was any words exchanged?

RS: Uhm...I don't know if I said anything. I know he said...he was shouting something, you know, like you know "what". Harold went here "What?! What fucka?" You know, "What the fuck?!" You know, you looking at or I don't know something like that.

MF: Oh, okay. Kind of like that typical statement like 'what are you looking at?'

RS: Yeah. Yeah.

MF: Okay and how did you respond?

RS: I just looked at him and said "what?", you know.

MF: That was it?

RS: That was it. Next thing, he's coming.

MF: Okay. So, about a week later, when you went to talk to Harry then, how long was the conversation with him?

RS: With Harry?

MF: Yeah.

RS: Not 5 minutes. (inaudible) Yes.

MF: Okay. Did Harry tell you at that time, "Oh, the officers never helped you". Did he ever refute your story?

RS: I don't think so..

CORP COUNSEL

C-00114

MF: He never disagreed?

RS: No, I don't think he said that. I don't recall him saying that.

MF: You don't recall?

RS: No.

MF: Okay. Now, let's go back to the night of the incident. After, you know, you had been restrained in the kitchen area, and then officers left, right?

RS: Uh huh.

MF: Uh...how long did you stay...did you say?

RS: A couple minutes, maybe.

MF: A couple minutes?

RS: Uh huh.

MF: You didn't stay for like half-an-hour, sit at the bar, drink some more beer?

RS: I don't think so. I may have waited a few minutes. I may have finished the beer that was there. But I know I grabbed ice and left. I was afraid to go out right away to tell you the truth, you know?

MF: Uh huh.

RS: Now, that you mentioned it. I don't know. So, I may have...I don't know if I ordered another beer. I may have, you know? Two uh...with the ice. I don't know. I don't really remember. Uh...I had been hit pretty hard and that was after I got hit. Uh...I was still scared.

MF: Still scared?

RS: Still scared. Scared to go out.

MF: So, what if...how would you respond to this then: You know, I brought the people in the bar, witnesses, what would you say then if they're recollection is that you were bragging about false cracking Harold in the parking lot.

RS: You know, when I was outside being held against the wall, I could hear him say that he had...that I sucker punched him. He said it over and over and over and over.

MF: Who?

RS: It was Harold.

MF: Harold.

RS: And I told the policemen at that time, "you folks saw what happened", you know? I didn't false crack or sucker punch him. I purely defended myself out of fear.

MF: I understand that. I'm not...that's your story.

RS: I can't help what they say.

MF: No. No. What I'm saying is inside the bar, that's the recollections that you were in a sense bragging about...and they specifically say "false cracking" Harold. So...I mean, is that true or not? You're recollection really seems to really get dim at this point. So, I want to clarify.

RS: I had been hit pretty hard and I have a real bad neck. Uh...my recollection of what happened after I got hit is foggy at best. I don't know if I had another drink. I sure as hell don't think I was bragging about that night. I was pretty scared.

MF: So, you can't say for sure then?

RS: I don't remember saying anything like that. No. No. I never said anything like that.

MF: The reason why I'm asking these questions is not out of the blue that I'm asking these questions. This is the challenge is you're going to have to face, if this goes to trial, is that other witnesses are saying a slightly different story and I just want to get it from the horse's mouth. I want to get it from you as to what really happened.

RS: What I had said earlier is what really happened and I can't control what they're saying or why they're saying what they say. I can only tell you what I remember of the evening.

DT: If you have nothing else to add to your...do you have anything else that you want to add at this time?

RS: That's it.

DT: I will be completing this interview at 0917 hours.

SL: Excuse me. You gentlemen never asked how many beers he witnessed the uh...assailant or any other of the individuals that were with him.

MF: Yeah, we will be asking him ourselves.

SL: Okay.

CORP COUNSEL
C-00116

15

MF: Obviously, the bar must have a record.

SL: Okay. You know for at least...

MF: They'll have a record of his too.

SL: You don't think it's important just to ask him what his observations were?

MF: Well, he just was facing the bar. He wasn't even facing them. So, I don't think he could even respond.

RS: All there even before I even got there.

MF: What do you mean they were in there before you got there? You got there early evening.

RS: Yeah, they were in there before I got there.

MF: They were in the bar prior to 6:00?

RS: Oh, yeah.

MF: Well, they were working that time. So, I mean, you know seem to say there's some inconsistencies here, but we need to clarify. The alcohol that you ordered, we'll address that, of course.

SL: They were on duty that night?

MF: No. They were not working on duty. They had just gotten off work. That's why I'm curious as to your time.

RS: I'm not sure about the time element. Yeah, it psssch...you know. I know they were in there before I got there. So that would give you more indication of what time I got in there.

DT: Did you ever leave at all? From 6:00...between 6:00 and the incident happened? Did you leave and come back or where you there from continuous (drinking?)

RS: I'm just thinking bank machine or something. But, no, I don't think I left.

DT: But when you got there, they were there already?

RS: Uh huh. Uh huh.

SL: What was they're shift that day? Like 6:30 to 3:00 or something else?

MF: No. It's 9:00 to 9:00.

CORP COUNSEL

C-00117

SL: What's 9:00 to...9:00 in the morning to 9:00 p.m.

MF: Yeah. That's why when he says he got there like, you know, around 6:00 p.m. That's like, I don't think so 'cause, you know, they're working. That's why, you know, you're memory seems very specific.

RS: Well, maybe Donald and El(?) was in there with me and I can't be specific about the time, but when I was having a beer and cigar with Donald. They were in there before we were there. So, Donald was there before me.

DT: So, would Donald be able to confirm that they were there also when you got there?

RS: I don't see why not.

DT: Okay and Mr. Souza whenever they ask you a question, let them finish the question before you started talking. Because the...when they transcribed that to court reporter, it only take one voice at a time.

RS: Okay.

SL: So, the shift 9:00 a.m. to 9:00 p.m. Was that a plainclothes assignment or a...

RS: I don't know what their specific assignments were. All I know is that they were on the timesheets for that time period. Whenever their assignments go, I really don't know.

SL: Are they in any specific special duty assignments like any special criminal investigation division or are they just like regular patrol officers?

MF: Well, they're assigned to patrol but, their duties could be undercover, could be patrol, I don't know. Is that something we should be recording?

SL: Yeah. That's good. So, you don't have any specifics as to what they're duties were that day?

MF: I don't know at this point.

SL: Uh...and you both said you already don't know who the two other individuals are at this point? [No answer - shaking heads?] And you both said you already don't know who the two other individuals are at this point? Did anyone...did any other witnesses tell you who they thought the other two Korean with the short hair about 5' 8" and...

DT: Like I said, this is the first time that we heard of this information. That's why we weren't repared with other photos.

SL: And no one told you uh...who they thought the Caucasian individual was?



17

C-00118

RS: Uh. Uh.

MF: On any event, we're not going to, you know, provide details about the investigation as it is still premature.

SL: Yes. And uh...Harold was uh...is he a sergeant or corporal or lieutenant?

MF: Sergeant.

SL: Sergeant.

MF: Right.

SL: And uh...Rivers, is he a patrol officer?

MF: He's an officer in the patrol.

SL: How many years has Harold been with the department?

MF: I'm not sure.

SL: How many years has Officer Rivers been with the department?

DT: That also, I'm not sure. I'm not sure exactly.

SL: Is that by any chance their assigned area where the bar is located?

DT: No.

SL: They involved in any of that weed-and-seed program?

DT: That I'm not sure. Robert, do you have anything else you want to add at this time?

RS: Nope.

DT: No?

RS: That's it.

SL: Do you know what Harry's last name...who owns the bar?

DT: Yes, I do.

SL: Could you tell us that?

DT: Harry Nakaki.

SL: Do you know how you spell that?

DT: N-A-K-A-K-I.

SL: And then how about the Aunty Patty. Do you know her full name?

DT: Actually, Robert you know them, right? That's your account. Isn't that your account? One of your accounts?

RS: The bar is not my account though. The complex is.

DT: Complex is.

RS: I have her number because I've contacted her for entertainment for parties and such. I don't know her last name off hand.

DT: Yeah, I don't know it.

SL: Okay. How about Joann? Anybody know her?

MF: He should be able to help you with all that.

RS: She's a regular customer. I don't know what her last name is.

DT: I don't know who that is. I don't know her last name.

SL: Yeah. That's why I'm asking you gentlemen.

RS: I know Harry knows.

SL: Does anybody know how many beers Harold had that night? Harold didn't say yet?

DT: Nope.

SL: Same question for Rivers? No one really knows how many he had?

DT: No.

BS: How would the bar know how many beers each of them had?

MF: I don't know, but I'm sure that they would have the uh, you know...

BS: Tally of some kind?

CORP COUNSEL

C-00120

MF: Tally of some sort or...

BS: They keep track of everybody they're serving?

MF: Yeah.

RS: I think he drinks O'Douls. He doesn't consume alcoholic beverage. It's not...you know, very rarely. So, he should have been sober.

SL: Then I uh...I take it whatever anyone's assignment is uh...no one whether their undercover or not is allowed to consume any alcohol even if its part of a...

MF: I'm not going to comment on that because that's not the scope of what we're doing here today. We're here to get his statement.

SL: Yes.

MF: We're not here to answer questions pertaining to the investigation.

SL: Okay. That's it. Thank you.

DT: We concluding this interview at 0925 hours.

CORP COUNSEL

C-00121