# HONOLULU POLICE DEPARTMENT
## INTERNAL AFFAIRS WRITTEN COMPLAINT

NAME: Robert L. Souza

ADDRESS: Mr. Robert Souza
94-557 Alapoai Street
Mililani, Hawaii 96789

HOME PHONE: 623-2121    CITY: Mililani

SOCIAL SECURITY NO.: 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    DATE OF BIRTH: 09/07/1948

OCCUPATION: Self Employeed    EMPLOYER: Quality Cleaning & Maintenance

BUSINESS PHONE: 225-0321    BUSINESS ADDRESS: 94-557 Alapoai St., #156

LOCATION OF INCIDENT: ClubYuraku - Cho, 1200 College Walk, Honolulu, HI

DATE/TIME/DAY: August 13, 2003, After 6:00 PM

ACCUSED OFFICER(S): Officer Harold Uyehara and Officer Allan Rivers

In an effort to conduct a thorough and impartial investigation, Internal Affairs requires the complainant to provide a detailed statement answering all of the following questions.

1. Please describe your complaint. (For example, the officer was discourteous.)

   I was assaulted by Officers Harold Uyehara and Allan Rivers

   I was also assaulted by Uyehara and Rivers friend who is an unidentified Korean Male. There was a unidentified caucasian officer with Uyehara and Rivers who did not help me, or call police.

2. Can you identify or describe the officer(s) involved? If so, please explain.

   Officer Uyehara was appx. 5'8'' 5'9'' and weight about 180 lbs. Japenese/Local male, about 40 to 50 years of age. Color of hair was salt and pepper, tan complexion and mustache. He wore dark pants and aloha shirt. See Continuation

3. Were there any witnesses? Please list their names, telephone numbers, and addresses.

   The club bartender - Aunty Patty. Harry Nakaki, owner of club.

   Joanne, a regular customer. 1200 College Walk, Honolulu, HI

   Telephone : 523-5659

RLS  11/6/03  1420
Initial  Date  Time

C-00098

HPD-367C (R. 6/02)

EXHIBIT 4   CORP COUNSEL

4. Were you injured? Please explain.

   Mouth injury. Teeth knocked loose. Neck, back and head injury.

5. Did you receive any medical treatment? If so, where? What kind? Please explain, including the hospital and the doctor's name. *Dr. Nicolas Pruett, Dentist, 377 Keahole St., Honolulu, Hawaii 96825 * Dr. Nathan A. Wong, Initial ~~treating~~ physician, Kaiser, 95-660 Lanikuhana Ave., Mililani, ~~HI~~ * Dr. Jennifer Pang, treating physician, 95-660 Lanikuhana Ave. Continued

6. Would you consider taking a polygraph examination?   ☒ Yes   ☐ No

7. Please describe the incident. What happened?
   SEE STATEMENT-TRANSCRIPT DATED SEPTEMBER 12, 2003

TLS   11/6/03   1426
Initial   Date   Time

HPD-367C1

Page 2 of 4 pages

CORP COUNSEL

C-00099

# INTERNAL AFFAIRS WRITTEN COMPLAINT OPEN-ENDED CONTINUATION

Continue question (2). Officer Allan Rivers height is about 6'1'' -6'2'', weights about 210 lbs., tan complexion, dark hair, dark trousers, aloha shirt, local male, possible Hawaiian mix.

* Unidentified Korean, Male, age 20+, appx. 5'8'' in height, and 180 lbs, dark trousers, whitw t-shirt, muscular built, fair complexion.

* Unidentified Caucasin male, age 30+, weight 180+lbs, light hair on side of head and bold on top of head, white t-shirt, dark trousers, fair complexion.

Continuation question (5). Dr. Sakurai, Neurologist, Kaiser 1010 Pensacola St., Honolulu, HI * Dr. WonYee Cheng, Psychologist Kaiser 10101 Pensacola St., Honolulu, HAwaii

CORP COUNSEL

LLS   11/1/03   1421
*Initial*   *Date*   *Time*

**C-00100**

Page 3 of 4 pages

HPD-367C2

INTERNAL AFFAIRS WRITTEN COMPLAINT CONTINUATION AND NOTARIZATION

_(blank lined continuation area)_

### Affidavit, City and County of Honolulu, State of Hawaii

I, __Robert L. Souza__, being first duly sworn, declare that I am the person named in the foregoing document; that I have read the same and know the contents thereof; and that, to the best of my knowledge and belief, the answers and statements contained in the document are true and correct and are made in good faith.

State of Hawaii  )
City + County of Honolulu ) ss.

Subscribed and sworn to before me this __06th__ day of __November__, 20__03__.

_[signature]_
NOTARY PUBLIC, FIRST JUDICIAL CIRCUIT, STATE OF HAWAII

__Joni K. Pupn__
PRINTED NAME

commission expires __April 07 2006__

_[signature]_
Signature

__11/6/03__    __1420__
Date           Time

CORP COUNSEL

C-00101

HPD-367C3

Page _4_ of _4_ pages