TO: ROY SUGIMOTO, DETECTIVE, INTERNAL AFFAIRS DIVISION

FROM: ALAN R. RIVERS, MPOII-M, "A" PLATOON, DAY OPS, D-7

SUBJECT: ADMINISTRATIVE INVESTIGATION IA# 03-0515

On December 9, 2003 I was instructed by Detective Roy Sugimoto to submit a To/From report concerning a complaint filed by Mr. Robert Souza.

**ALLEGATIONS:**

On 8/13/2003, I am alleged to have observed an altercation between Robert Souza and Sergeant Harold Uehara outside of Club Yuraku-Cho, located at 1200 College Walk. It is alleged I pinned Souza against a wall, elbowing and kneeing him. It is also alleged that later, while inside Club Yuraku-Cho, I restrained Souza while Sergeant Uehara punched Souza in the face, causing injury.

**ALLEGED VIOLATIONS:**

Standards of Conduct of the Honolulu Police Department;

Article VII, Section C, Subsection 1:
**Knowledge of Laws and Regulations**

Article VII, Section C, Subsection 2:
**Obedience to Laws and Regulations**

Article VII, Section C, Subsection 12:
**Conduct**

Article VIII, Section A, Subsection 1
**Malicious Use of Physical Force**

Article VIII, Section C, Subsection 14
**Use of Physical Force**

CORP COUNSEL

C-00317

EXHIBIT 5

**NATURE OF COMPLAINT:**

On 8/13/2003 at about 2230 hours Sergeant Harold Uehara, along with Officer Jason Hendricks, Officer Ben Villaflor, Officer Rick Yi, Officer August Belden and myself were off duty and socializing at Club Yuraku-Cho. Sergeant Uehara had arranged a small party celebrating Officer Hendrick's planned trip to Japan. At about midnight, Officer Hendricks and Officer Villaflor both left, and we continued to enjoy the party.

Shortly thereafter, Sergeant Uehara and Officer Belden began a lively and humorous conversation regarding Officer Yi's work performance. From what I could hear it appeared that Officer Belden was defending Officer Yi's work performance which seem to have aggravated Sergeant Uehara somewhat since Officer Belden questioned Sergeant Uehara's supervisory ability. However, they both seemed to enjoy their conversation and the attention they were drawing and they continued to playfully speak to each other.

Somewhat later, I observed both Sergeant Uehara and Officer Belden get up from our table and both walked outside to the parking lot. I decided it was time for me to leave to go home so I also went outside to say goodbye. While outside I approached Officer Belden who was walking towards his vehicle. When I spoke with Officer Belden in the parking lot near his vehicle, I heard what appeared to have been a scuffle behind me. I turned around and saw Sergeant Uehara on the pavement holding his chin stating he had been punched. I then saw Officer Yi approach a male in the parking lot, later identified as Robert Souza who appeared very agitated and was yelling something unintelligible at Officer Yi. I went to assist Officer Yi who I now observed was having difficulty attempting to shield Souza from confronting Sergeant Uehara. While attempting to help Officer Yi calm down Souza, I observed an arm thrust over me towards Souza and turned to see Sergeant Uehara. Although I did not see any contact, I then guided Sergeant Uehara away from Souza without incident to further defuse the situation. I left Sergeant Uehara in the parking lot and ushered Souza who was extremely agitated into the bar away from the parking lot and out of sight of Sergeant Uehara.

Once in the bar, I proceeded to verbally calm down Souza who appeared sober but was still determined on continuing a physical altercation with Sergeant Uehara, who was in the parking lot with Officer Yi and Officer Belden. Souza stated he wanted Sergeant Uehara arrested for assault and his badge taken away but abruptly refused to call for police. Souza finally defused down enough to tell me that he had been punched in the mouth by Sergeant Uehara but I did not see any injury nor did he request any emergency medical attention. I later went outside in the parking lot leaving Souza in the bar and observed slight swelling to Sergeant Uehara's chin area. Sergeant Uehara also refused medical attention or to call Police. Soon thereafter, Souza and Sergeant Uehara left Club Yuraku-Cho and I finally proceeded home without any further incident.

CORP COUNSEL

C-00318

**RESPONSE TO ALLEGATIONS:**

Although I did not observe any physical contact between Souza and Sergeant Uehara, both claimed to have been assaulted by each other. However, when offered the opportunity to call for police at the scene, both Souza and Sergeant Uehara refused and made no attempt.

Souza's allegation against me stating that I had restrained him for the purpose of being assaulted by myself, Officer Yi and Sergeant Uehara is blatantly untrue and a fictitious misrepresentation of my actions at the scene.

I believe I acted properly and in a professional manner utilizing appropriate verbal communication and exercising very minimal control without injury to either Souza or Sergeant Uehara to defuse an unexpected situation at Club Yuraku-Cho.

Respectfully Submitted;

Alan R. Rivers, 001048
MPOII-M,   D-7 Day Ops
12/9/03,    1420 hrs..

CORP COUNSEL

C-00319