TO:        ROY SUGIMOTO, DETECTIVE, INTERNAL AFFAIRS DIVISION

FROM:      AUGUST BELDEN, MPOII-M, "A" PLATOON, DAY OPS, D7

SUBJECT:   ADMINISTRATIVE INVESTIGATION IA# 03-0515

On December 9, 2003 at about 0930 hours I was instructed by Detective Roy Sugimoto to submit a To/From in regards to a complaint submitted by a Robert Souza.

Detective Sugimoto related that Souza made allegations that I observed an altercation between Souza, Sergeant Harold Uehara, Officer Alan Rivers and Officer Rick Yi outside of Club Yuraku-Cho, located at 1200 College Walk. Souza also alleged that I failed to take proper police action to aid Souza after he was assaulted by Sergeant Uehara, Officer Rivers and Officer Yi.

Detective Sugimoto related that I am under investigation for the following:

Article VII, Section C, subsection 3c: Professional Guidelines
Article VII, Section C, subsection 1: Knowledge of Laws and Regulations
Article VII, Section C, subsection 2: Obedience to Laws and Regulations
Article VII, Section C, subsection 10; Performance
Article VII, Section C, subsection 12; Conduct
Article VIII, Section B, subsection B7; Assistance

On August 8, 2003 at about 2250 hours I attended a party at Club Yuraku-Cho thrown by our supervisor, Sergeant Uehara for Officer Jason Hendricks. Officer Hendricks had planned on a trip to Japan so Sergeant Uehara thought it would be nice to celebrate his trip.

At around midnight I was in a conversation with Sergeant Uehara, who became annoyed that I was defending Officer Yi's work performance. I initially thought that the conversation between myself and Sergeant Uehara was harmless "shop-talk" but I grew concerned when Sergeant Uehara became more agitated. Since the conversation was getting a little loud we went outside to continue it. A short time later both Officers Yi and Rivers came outside. I then decided that our talking was going no place and that it was time to leave. I was walking toward my vehicle when Officer Rivers joined me, while talking to him I heard Officer Yi shouting something to the effect of "What do you want to get arrested ?". I turned around and observed Officer Yi restraining a male, whom I earlier saw in the bar and later identified as Robert Souza. Officer Rivers and I returned to see what had happened. At this time I approached Sergeant Uehara who was yelling that he had been false cracked. Sergeant Uehara started to approach the male and myself and Officer Rivers escorted him into the parking lot. Officer Rivers then took the male into the bar to further separate them. Myself and Officer Yi stayed with Sergeant Uehara and at this time asked if he needed any medical attention, of which he declined. Since

EXHIBIT 6   CORP COUNSEL   C-00290

both the male and Sergeant Uehara were now separated and there was no further need for me to be there, I left for home..

The allegations made against me by Souza are entirely false because I did attempt to assist Officer Yi and Officer Rivers who both acted appropriately in separating both Souza and Sergeant Uehara who appeared intent on furthering an altercation. I also had no knowledge that either Souza or Sergeant Uehara was injured as a result of their altercation because I did not see any injury, nor did I see any type of assault. I was only with Sergeant Uehara in the parking lot prior to my departure. I believed I acted in a professional manner while assisting in calming down Sergeant Uehara at Club Yuraku-Cho, while Officer Rivers was assisting Souza inside the bar area.

This To/from was submitted for your perusal and information.

August Belden 065270
MPOII-M, D7 Day Ops
12-17-03       1330 hrs.

CORP COUNSEL
C-00291