TO:       ROY SUGIMOTO, DETECTIVE, INTERNAL AFFAIRS                DEC 10  10 56 AM '03

FROM:     RICK YI, MPO-M1, DISTRICT 7, DAY OPERATIONS

SUBJECT:  ADMINISTRATIVE INVESTIGATION IA# 03-0515

On 12-05-03 at about 1130 hours, I was informed by Detective Roy SUGIMOTO that Internal Affairs Complaint 03-0515 was made by Robert SOUZA.

Detective SUGIMOTO related that SOUZA made allegation that I pinned, elbowed & kneed SOUZA against a wall at the Club Yuraku-Cho, located at 1200 College Walk. Detective SUGIMOTO instructed submit a To/From to the him regarding this administrative investigation IA#03-0515.

Detective SUGIMOTO related that I am under internal affairs investigation for:

| Article VII, Section C, Subsection 1 | Knowledge of Law & Regulations |
| Article VII, Section C, Subsection 2 | Obedience to Laws & Regulations |
| Article VII, Section C, Subsection 12 | Conduct |
| Article VIII, Section A, Subsection 1 | Malicious Use of Physical Force |
| Article VIII, Section C, Subsection 14 | Use of Physical Force |

On 08-13-03 at 2250 hours I went to going away party for Officer Jason HENDRICKS at Club Yuraku-Cho, 1200 College Walk. I arrived at the Club Yuraku-Cho at about 2300 hours and observed Sergeant Harold UEHARA, Officer August BELDEN, Officer Alan RIVERS, Jason HENDRICKS & Ben VILLAFLOR in the bar. They were all sitting at a table located near the front door.

We were celebrating Officer HENDRICKS going away party at the Club Yuraku-Cho. I recalled that both Officer HENDRICKS and Officer VILLAFLOR leaving the club at about midnight. After they both left, Officer BELDEN and Sergeant UEHARA had a little discussion regarding Sergeant UEHARA's method on how he supervises his men.

During that night a Caucasian male later identified as Robert SOUZA became overly friendly. I recall SOUZA cheering for Officer BELDEN's karaoke performance.

Sometime during the early morning hours on 08-13-03 at about 0130 hours, Sergeant UEHARA and Officer BELDEN exited the bar and went to the parking lot to continue their discussion. It was close to the bar's closing hours, so I exited the establishment and walked out towards the Officer BELDEN & Sergeant UEHARA. Sergeant UEHARA & Officer BELDEN were having a private conversation with each other in the parking lot. I heard SOUZA standing at the front door of club Yuraku-Cho yelling some words, which I do not recall at this time, towards Sergeant UEHARA & Officer BELDEN. I than observed Officer BELDEN walk towards his vehicle. The whole time, I was standing half way between Sergeant UEHARA & the

EXHIBIT 1    CORP COUNSEL

C-00346

club Yuraku-Cho. I observed Sergeant UEHARA walk towards SOUZA and informed him mind his own business.

When Sergeant UEHARA was about arms length away, I observed SOUZA punch Sergeant UEHARA on his face with his left fist. After Sergeant UEHARA was punched, Sergeant UEHARA immediately fell to his knees. I separated SOUZA from Sergeant UEHARA by pushing SOUZA on his shoulder. When I pushed SOUZA near the club Yuraku-Cho's wall, SOUZA immediately uttered that he was defending himself. SOUZA related that he was sucker punched by UEHARA. I informed SOUZA, I know what I observed. I told SOUZA few times, you want to get arrested and you can't be punching people like that.

While I had SOUZA separated from Sergeant UEHARA, Officer RIVERS and Officer BELDEN came to inquire what was going on. I informed both Officers that SOUZA punched Sergeant UEHARA on his face.

While I was preventing SOUZA from doing further harm to Sergeant UEHARA, I felt something brush over my right shoulder and realized that it was an arm. The punch, however, did not appeared to have made any contact with SOUZA. I turned my head around and observed Sergeant UEHARA standing directly behind myself and Officer RIVERS.

Officer RIVERS immediately escorted Sergeant UEHARA away from SOUZA to the parking lot area. Officer RIVERS came back to SOUZA and escorted SOUZA into the Club Yuraku-Cho to prevent any further altercation. While SOUZA was being escorted into the Club, Officer RIVERS asked SOUZA if he wanted to make police report, but SOUZA declined to do so at that time.

At no time I used any physical force to do bodily harm to SOUZA. The only time I made any kind of physical contact was when I separated SOUZA from Sergeant UEHARA after he punched Sergeant UEHARA.

This To/From was submitted for your perusal and information.

RICK YI     100344
DISTRICT 7/DAY O.S.
12-09-03/1400 HOURS

CORP COUNSEL     C-00347