DEC 30  7 12 AM '03

TO      : DONNA ANDERSEN, MAJOR, INTERNAL AFFAIRS

VIA     : NYLE DELORA, LIEUTENANT, INTERNAL AFFAIRS
          ROY SUGIMOTO, DETECTIVE, INTERNAL AFFAIRS

FROM    : HAROLD UEHARA, SERGEANT, DISTRICT 7, DAY OPERATIONS

SUBJECT : RESPONSE TO ALLEGED ASSAULT COMPLAINT BY MR. ROBERT SOUZA

ASSIGNMENT: Assigned by Detective Roy Sugimoto of the Honolulu Police Department's Internal Affairs Division to submit this TO/FROM regarding an assault complaint filed by Mr. Robert Souza against me, Officer Alan Rivers and Officer Rick Yi.

NATURE OF ALLEGED COMPLAINT: Mr. Robert Souza filed an assault complaint with Internal Affairs Division alleging that I had assaulted him on the night of August 13, 2003 after 1800 hours at Club Yuraku-Cho, located at 1200 College Walk. He stated that he sustained mouth, neck, back and head injuries.

RESPONSE TO ALLEGATIONS: On August 13, 2003, I was on duty from 0900 till 2145 hours as a sector sergeant for District 7, Day Operations, Sector 3. Officers Alan Rivers, August Belden, Rick Yi, Jason Hendricks and Bienvenido Villaflor were on duty on that day, assigned to Sector 3.

At about 2100 hours on August 13, 2003, I was at the Palolo Housing police office, signing the reports of the above named officers. Officer Hendricks was leaving for Japan the next day and I asked the sector officers if they wanted to have a going away party for him. They agreed and I asked them to meet at Club Yuraku-Cho located at 1200 College Walk.

After the dispatcher made recall at about 2130 hours, I secured the Palolo office, removed my dome light and secured my police equipment into my vehicle's trunk. I removed by uniform shirt and placed it into my trunk, put on a gray T-shirt and black jacket. I do not own any Aloha shirts and did not wear one that evening as Mr. Souza stated in his complaint. At approximately 2200 hours, I proceeded to Club Yuraku-Cho, arriving there at about 2215 hours.

I parked my vehicle in the second stall at the makai/kkhd side of the parking lot and walked into Club Yuraku-Cho. As I walked in, Mr. Donald Minell, who is a investigative section supervisor with the City and County of Honolulu's Corporation Counsel's office exited the front door. I told him hello, he acknowledged me and left the area, walked to the parking lot area.

EXHIBIT 8    CORP COUNSEL    C-00122

I sat at the second table on the mauka/kkhd side of the establishment. Two female acquaintances were seated at the first table next to the front door and they told me hi. The other sector 3 officers did not arrive so I began chatting with the two females, who I had met before at Club Yuraku-Cho know them only as "Elsa" and "Cory". My back was facing the bar area and "Elsa" told me that the guy seated at the bar is always turning around and has been staring at them. I turned around and observed a Caucasian male with gray hair seated at the bar alone. He was wearing a white colored long sleeved T-shirt, with blue colored words: Female Body Inspector on the back. The letters FBI was in bold block lettering in a vertical position. The only other people who I noticed in the bar at that time were the bartendress named "Pat", the owner, Harry Nakaki, and a female playing a video game at the makai/kkhd side of the establishment.

After a few minutes, Officer Rick Yi walked in and sat at the second table and after a few more minutes, Officers Rivers, Belden and Hendricks walked in. I ordered a round of beers and asked the bartendress for one hundred dollars with my debit card. She returned a few minutes later and I signed the debit slip for the cash. I announced to the other guys that Jason was leaving for Japan the next day to visit his wife and children and wished him a good trip. I handed him the hundred dollars and told him that it was a going away present from the sector. He refused but I insisted he take the money as it is expensive in Japan. He took the money and thanked everyone. After one or two beers, Officer Hendricks left and went home. About that time, "Elsa" and "Cory" got up and told me they were leaving as the guy on the bar (same male who were staring at them earlier) gave them the creeps.

After Officer Hendricks left, the male seated at the bar exited the bar and walked towards the outside bathroom located in an adjoining building on the makai side. As he passed our table, I recognized him as a regular at that bar and someone had mentioned to me a few months prior to that night that he was a former HPD officer. I assumed that he was a retiree due to him appearing to be in his fifties.

After about a couple of hours or so, Officer Belden mentioned to me that I should stop picking on Officer Rick Yi who I had to counsel while at work due his incomplete report writing. I didn't take kindly to Officer Belden's remark and told him that I will continue to run the sector as I see fit and he shouldn't tell me how to do my job and to mind his own business. The situation became tense after I told Officer Belden to mind his business and I told him we should go outside to talk about this matter away from the others.

We walked outside and Officer Belden walked towards his car, which was parked, on the ewa side of the parking lot. I felt that he was upset with me so I went to my car and unlocked my door. At that time, I saw the Caucasian male who was seated at the bar earlier standing on the sidewalk area near my car and he said something to me which I couldn't understand as his speech appeared to be slurred. I asked him what did he say and he again uttered something unintelligible. I walked towards him and as I was about two feet away, he suddenly lunged towards me and punched me with his left and right fists onto my lower front jaw area. I was stunned by his punches and fell onto the asphalt

CORP COUNSEL C-00123

as I tripped backwards over the tire barrier at the end of the parking stall. I immediately got up and saw Officer Yi restraining the male with his hands as he was struggling. Officer Rivers came up from the ewa side and also restrained the male who continued to struggle. I told both Officers Rivers and Yi not to hurt the male as he is a retired police officer and may be intoxicated. The male continued to be out of control, yelling and struggling. At that time, Harry Nakaki came outside and asked what had happened. I told him that I just got "false cracked" and a few seconds later, Officer Rivers calmed the male down and walked with him into the establishment. At no time did I see either Officer Yi or Rivers assault the male with their fists, knees or feet.

I walked into the establishment to ask the male why he punched me but Harry Nakaki told me that he and Officer Rivers had gone into the kitchen area where they were talking and they left through the rear kitchen door. I did not see either Officer Yi or Rivers assault the male outside or inside the establishment after he punched me. All they were doing was restraining him by his arms as he was struggling to break free and appeared to want to confront me for unknown reasons.

I walked outside to my car and saw Officer Rivers and the male at the ewa side of the parking lot next to a red colored pick-up truck. I got into my car and went home.

I did not file an assault complaint against the male at that time as I thought he was a retired police officer and maybe had a little too much to drink. I was told later that he was fired from HPD after he stole money while on duty and his name is Robert "Bobby" Souza.

Before that night, I had never spoken to Mr. Souza at any time and was never introduced to him. I have no idea why he assaulted me and gave no reason for him to do so.

This TO/FROM submitted for your perusal and information.

Harold Uehara ID# 867340
Sergeant, D-7, Day Operations
12-24-03/1445 Hours

CORP COUNSEL

C-00124