Mr. Robert Souza
94-557 Alapai Street

08-13-03          IA03-0515

Page 1 of 23 pages

TAPED INTERVIEW OF     :     Officer Rick Yi by Detective Roy Sugimoto from
the Office of Internal Affairs on Wednesday,
January 14, 2004, commencing at 0936 hours and
terminating at 1005 hours.

PRESENT     :     Officer Rick Yi
Detective Roy Sugimoto

Transcript prepared by Senior Clerk Typist Leanne EGUCHI.

----------00----------

## DETECTIVE ROY SUGIMOTO QUESTIONING OFFICER RICK YI:

Q     This is Detective Roy Sugimoto.  This interview is being conducted at the Office
of Internal Affairs.  The following is a taped recorded interview with Officer Rick
Yi.  Also present is his ahh ... SHOPO representative.  Ahh ... for the record if
you could state your name?

A1     Russell Akana.

Q     The date is 1-14-2004 and the time right now is 0936 hours.  Prior to the onset of
this interview, you were presented a copy of internal ahh ... complaint form 3-6-
7.  Have you received this particular document?

A     Yes sir.

Q     Have you signed this form?

A     Yes sir.

Q     And the date and time indicated on that form?

CORP COUNSEL
EXHIBIT 9

C-00353

Taped Interview of Officer Rick Yi
Report No. IA03-0515
Page 2

A    Ahh ... 5th of December 2003 ahh ... 1217 hours.

Q    Before making any inquiries into the alleged incident, I would like to be sure that you're familiar with the provisions of Support Operations Policy, 5.01 entitled, Complaints and Internal Investigations as it relates to administrative investigations. Have you been allowed sufficient time to read and understand the provisions of that policy?

A    Yes sir.

Q    Did you read and understand HPD form number 3-6-7-B?

A    Ahh ... yes sir.

Q    And have you signed this form?

A    Yes sir.

Q    And the date and time indicated on that form?

A    Umm ... December 5 at 2003, 1216 hours.

Q    'Kay, and also did you read and ahh ... understand the form entitled, Garrity Rights?

A    Yes sir.

Q    And have you signed that form?

A    Yes sir.

Q    And the date and time indicated on that form?

A    December 5, 2003 , 1216 hours.

CORP COUNSEL

C-00354

Taped Interview of Officer Rick Yi
Report No. IA03-0515
Page 3

Q    Have you umm ... been allowed sufficient time to read and understand the provisions of Article 12 of the State of Hawaii Organization of Police Officer Union contract?

A    Yes sir.

Q    Are you ahh ... let me see know ... is umm ... Mr. Russell Akana your union representative?

A    Yes sir.

Q    What is your full and correct name?

A    Rick Sung Yong Yi.

Q    Would you spell your last name please?

A    Yankee Inu.

Q    Would you spell your middle name?

A    S-U-N-G-Y-O-N-G.

Q    And would you spell your first name?

A    R-I-C-K.

Q    Are you known by any other names or nicknames?

A    No.

Q    What is your badge number?

A    3-2-6-6.

Q    And your identification number?

A    100-3-4-4.

Q    What is your appointment date?

CORP COUNSEL

C-00355

Taped Interview of Officer Rick Yi
Report No. IA03-0515
Page 4

A    June 28, 1996.

Q    Have you consumed any alcohol within the last 24 hours?

A    Oh no sir.

Q    Is there anything that could prohibit you from providing an accurate and correct statement at this time?

A    No sir.

Q    I'm investigating Internal Affairs report number 0-3-0-5-1-5, filed by ahh ... Robert Souza. This complaint involves an incident which allegedly occurred on or about 8/13/2003. Ahh ... on that date 8/13/2003, prior to ahh ... finishing your shift, when was the last time you saw Sergeant umm ... Uehara?

A    Prior to finishing my shift?

Q    Yeah.

A    Ahh ... I don't recollect at this time. He might have actually ahh... ahh ... signed ahh ... the paperwork for the sector but I don't recollect when he did that.

Q    Ahh ... do you recall him umm ... signing reports that ahh ... evening?

A    Ahh ... he must have cause umm ... he's our Sergeant.

Q    Okay. Were ... were there other officers there that umm ... that you observed having their reports signed or anything like that?

A    Ahh ... I don't ... I don't recall at this time whether he was at the Palolo office or whether he signed it at the station or not.

CORP COUNSEL

C-00356

Taped Interview of Officer Rick Yi
Report No. IA03-0515
Page 5

Q    Oh, okay ... okay. Ahh ... in your to/from report you stated that you arrived at ahh ... Club Urako Cho at about 2300 hours. Umm ... when you got there, who was at the bar at that time?

A    At the bar?

Q    Ahh ... within Urako Cho?

A    Well umm ... had umm ... I believe I was the last one to ... to be there. Umm ... Sergeant Uehara, Officer Alan Rivers, Augie Belden, Ben Villaflor, Jason Hendricks was all over there.

Q    Okay.

A    I believe so.

Q    Okay. Ahh ... in your ahh ... to/from report ahh ... you stated that about 0130 hours, ahh ... Sergeant Uehara and Officer Belden left the bar and was umm ... talking by Belden's vehicle umm ... you also stated that Souza was observed ahh ... yelling something at them ahh ... at that time what was umm ... Souza's demeanor like?

A    Well he ... obviously he was ahh ... intoxicated cause I saw him drinking at the bar ahh ... he umm ... he just yelled out couple words, I ... I don't recall what he said at this time.

Q    As far as umm ... his I guess his body language, his facial gestures, what ... how did that come across to you? How did you interpret that?

A    Well I just thought his you know he was a drunk guy I guess ...

Q    Mmm.

CORP COUNSEL

C-00357

Taped Interview of Officer Rick Yi
Report No. IA03-0515
Page 6

A    ... just you know saying few words.

Q    But did he ... ahh ... did he appear to be ... be aggressive? Did he appear to be friendly? Did he appear none ... none of that or?

A    In the bar he appeared to be somewhat friendly cause you know he came over and you know and his you know basically umm ... cheering for umm ... Augie Belden's singing performance so I never thought much of it at that time.

Q    But when ... when he actually was outside and Uehara and Belden were ... were talking with each other and he had yelled something, how did that come across to you his demeanor? Was it a friendly ... was he yelling something friendly? Or did it appear that ... what did it appear to you to be?

A    It sound like a drunk guy yelling some ... some words out.

Q    Umm hmm ... okay. So neither?

A    Yeah not ... not really. He didn't really challenge anybody at that time.

Q    Umm hmm ... umm hmm ... okay. And you also stated in your to/from report that you observed Sergeant Uehara ... Uehara walk up towards Souza and inform him to ahh ... mind his own business umm ... do you recall what Uehara actually said to Souza? How ... how did he say this?

A    Ahh ... something like I don't recall exactly in ... in that terms you know my his own business.

Q    And what was umm ... Sergeant Uehara's demeanor like at that time?

CORP COUNSEL

**C-00358**

Taped Interview of Officer Rick Yi
Report No. IA03-0515
Page 7

A     Ahh ... he's ... his ... his tone of voice is he ... you know usually the same.

      Usually the same, in his own tone of voice, 'eh ahh ... mine own business ... in

      that ... in that way. His voice doesn't go up or down. Usually it's the same tone.

Q     so it ... it was umm ... how would you characterize that?

A     (Inaudible) ... I can't say one but you know he just said you know not to umm ...

      you know get involved in ahh ... our ... our personal business.

Q     Umm hmm ... umm hmm ... was it as umm ... how did it come across to you?

      What I'm trying to get is umm ... did he seem to be antagonistic or was he just

      you know hey ... you know was it a calm type of mind your business or?

A     I cannot recollect.

Q     Okay. do you know why Uehara had to walk up to him? Was he too far away or

      ahh ... what's the situation?

A     They were about maybe ahh ... 20 feet away from each other initially when ...

      when ahh ... he came out. So he just went up to him and say you know like ...

      like something like mind your own business.

Q     And then ahh ... in your to/from you stated that you prevented Souza from

      harming Ue ... Uehara ahh ... how exactly did you do that? Wh ... what kind of

      techniques did you use?

A     Well I was just ... Harold was initially standing about 20 feet away from the guy.

      I was kind of like watching Harold and Augie talking to each other. And then as

      he ... as he was walking towards him and I said, 'eh you know ... then umm ... I

      just saw a left ... left cross umm ... landed on possible umm ... I guess the right

CORP COUNSEL

C-00359

Taped Interview of Officer Rick Yi
Report No. IA03-0515
Page 8

side of Uehara's face or jaw. So I saw the ... the swing and then he dropped. So I immediately ahh ... went to Souza and I pushed away from Harold and I pushed him against the Urako Cho ... one of the walls in Urako Cho. And as ... as ... and umm ... that's when umm ... Augie and umm ... Alan ... Officer Augie Belden and Alan Rivers came in umm ... basically you know just talking to him and just trying to find out what happened cause ... I don't ... I don't believe they observed the initial punch ...

Q    Umm hmm.

A    ... from umm ... umm ... the complaint.

Q    And then umm ... how ... how did you push him back? Are you grabbing him you know in the back?

A    I grabbed him by the shoulder you know pushed 'um ... pushed 'um away from Harold, the main thing ahh ... I didn't want him get you know ahh ... throwing other punches or kicks at him.

Q    So umm ... open hand? Two hands open and pushing back do you recall?

A    Oh I'm not ... I'm not sure. All ... all I know is somewhere by his shoulder you know I pushed him away and that's all I did.

Q    And ... and how far back did you push him from the point where he was?

A    Well he ... he was walking ahh ... sideways and backwards because I was pushing cause I guess he knew what he did and umm ... he ... he was uttering some words ... self defense or something ... I don't exactly recollect what he actually stated but that's what he said and I told him 'eh I know what I saw. You

CORP COUNSEL C-00360

Taped Interview of Officer Rick Yi
Report No. IA03-0515
Page 9

can get arrested for this.  So I just pushed him away and pushed him away until I

... I thought it was safe enough where he can throw some cheap shots at 'um.

Q    So umm ... as you're pushing him away, what ... what is he doing?

A    He's ...

Q    Is he stepping back?

A    ... yeah he just you know saying you know umm ... like you know something

like he's uttering some words, something like in self defense and ...

Q    But is he giving you resistance while you pushing him back or is he going back as

you ...

A    ... yeah he was somewhat walking sideways and backwards as I was pushing him

away from Harold.

Q    ... and then umm ... did you ever strike Souza?  Utilizing your elbows ...

A    No.

Q    ... or knees?

A    No ... no.

Q    And did you ever use ahh ... any techniques that could be construed as using your

elbows and knees for strikes?

A    No I just used my hand.

Q    Just to umm ... push him back?

A    Yes.  Like I said he was ... he wasn't really resisting so I didn't have to use much

... much of ahh ... force.  I just need to you know pushed him back enough and

he would just walk sideways and backwards.

CORP COUNSEL

C-00361

Taped Interview of Officer Rick Yi
Report No. IA03-0515
Page 10

Q     Umm hmm. Umm ... you also stated that you attempted to keep Souza umm ...
      from further harming Uehara and later observed an arm brush over you and when
      you looked Sergeant Uehara was directly to your rear. You stated that ahh ...
      "punch did not appear to make contact with Souza". Umm ... while you're ...
      while you're facing Souza and trying to control him, try ... try to explain in more
      detail what are you seeing ...

A     Oh ...

Q     ... this arm is coming from?

A     ... no like well, you know I ... I ... I saw the punch, I kind of gently you know
      someone pushed him against the wall, I said, brah I saw what I saw, you can get
      arrested for that okay? I didn't want to say 'eh you know you punched my
      Sergeant and blah, blah, blah, blah, blah, blah cause you at that time I thought he
      was a retired police officer. 'Kay? So you know I didn't have to explain to him, I
      thought he knew who Harold was and Harold knew who he was. So umm ... I
      just restrained him and then Augie Belden and umm ... Officer Rivers came and
      they said 'eh what's ... what's going on? I said, 'eh this guy just punched Harold.
      So umm ... and then ahh ... all of us was just you know was umm... near Souza
      at that time and then umm ... you know I told Souza, 'eh you know you can get
      arrested for punching you know umm ... and then umm ... I just felt something
      brush by my ear and then when I ... when I felt that I kind of you know turned
      back to see what it was I didn't want somebody else false cracking me.

Q     Umm hmm.

CORP COUNSEL

C-00362

Taped Interview of Officer Rick Yi
Report No. IA03-0515
Page 11

A    So I turned back and I just saw Harold there.

Q    Umm ... so you ... you were trying to control Souza ... where is umm ... Belden

and umm ...

A    Oh ... Alan was right next to me and Belden was right next Alan.

Q    ... so they're to the right of you?

A    Yes.

Q    Okay. So they're ... they're to the right and in front so you ... you got a

peripheral vision of them while you're talking with Souza?

A    Oh yeah I had vision of Alan and Augie and Souza. So I ... I couldn't see

anything ...

Q    Right.

A    behind me.

Q    So umm ... as you're facing Souza and you feel this thing brush umm ... do you

see his arm? Or do you just feel the arm?

A    No I just felt something. I just saw something just quickly go you know ahh ...

flash in front of my eye and ... and then ...

Q    So where ... where does it flash from? Your right side? Your left side?

A    ... my right side.

Q    So that's over your shoulder then?

A    Yes ... yes.

Q    On the right side?

A    Yes.

CORP COUNSEL

C-00363

Taped Interview of Officer Rick Yi
Report No. IA03-0515
Page 12

Q     And you see something flash by, are you assuming that it was a punch?

A     I ... I'm just assuming cause I ... I don't see any other thing that you know brush
my ear.

Q     Uhh huh. But all I'm saying is did you actually see a fist?

A     I saw ... I saw an arm. And that's about it.

Q     Umm ... would you be able to tell if it was an open hand or close hand?

A     No, no.

Q     So ahh ... are you sure that it was a punch that was coming across?

A     Umm ... I don't know, it could have been.

Q     And then how close ahh ... like you're ... you're standing here, you're in front of
Souza, how close would you estimate this ... this blur of this arm coming across
your right shoulder? How close does it ... where does it go from there?

A     I don't know it just went flash in front of me. And then ... it ... it just
disappeared cause you know it ... it happened so fast I ... you know I ... I don't
know how far and what not. It just happened right in front of me like this.

Q     So about how close you think umm ... this arm came to Souza?

A     Ahh ... I ... I thought didn't make contact but umm ... can't say you know how
close.

Q     Did ... did you notice if Souza's head jerked back or was Souza you know ...

A     No, no. As soon as that ... that umm ... I saw something flash umm ... in front of
me, I had to turn and look what it was to you know maybe protect myself or my
you know other people around me.

CORP COUNSEL

C-00364

Taped Interview of Officer Rick Yi
Report No. IA03-0515
Page 13

Q    Umm hmm. And then after ... after this happens and umm ... wh ... wh ... what is ... what is Sergeant Uehara doing after that? Is he saying anything or what's going on?

A    I think he ahh ... I don't know when but I believe he said you know the guy false crack ... false crack me.

Q    Umm hmm. Do you recall him saying anything else?

A    Ahh ... I don't recollect at this time.

Q    Wh ... what's his demeanor like at that time? When you turned back and you look at him, what was his demeanor like?

A    Ahh ... ahh ... he looked like he was in pain. But umm ... he just said ahh ... sometime during the whole ... whole you know that incident that he false cracked me and ... and it was pretty solid blow.

Q    And base ... based on your experience and stuff as an officer and so forth umm ... you think that that's what he was trying to do? Punch Souza?

A    I don't know. I can't say. You're going to have to ask him. I don't know what he was thinking at that time.

Q    Just based on your observations as to what you saw, did ... did you come to that conclusion that oh 'eh he's trying to get at Souza or what ... what are you thinking at that time?

A    Anything is possible but I can't say cause I didn't ask him.

Q    So you weren't thinking anything as to ...

A    Well ...



**C-00365**

Taped Interview of Officer Rick Yi
Report No. IA03-0515
Page 14

Q        ... arm coming across you?

A        ... well as I said umm ... to protect ourselves I thought maybe somebody was

         attacking either us or you know however but I just ... I just wanted to look back

         to see you know if that guy was a different person to protect ourselves.

Q        So just ... okay, so umm ... let ... let ... let me just make sure I have this correct.

         So as ... as far as what you saw, you're not sure what that was directed at

         whether ...

A        Umm hmm.

Q        ... it was directed at you, Souza or whoever at that time?

A        ... at that time initially.

Q        Could that umm ... arm that came across you been anybody else? Or based on

         your position and every ... everybody else's position and what you saw could

         only have been Uehara?

A        It's ... it's a possibility but umm ... umm ... anything is possible but umm ... I ...

         I don't know, I think it's ... I think it was from Sergeant Uehara. Cause I don't

         think ahh ... Alan Rivers would have you know did anything. Maybe he could

         have brushed my ear, I don't know but I ... I saw something flash in front of me,

         so I know that wasn't from ahh ... Alan.

Q        Mmm ... cause Al ... Alan and ... and Augie Belden was to you right and slightly

         in front of you yeah?

A        Yes.

CORP COUNSEL

C-00366

Taped Interview of Officer Rick Yi
Report No. IA03-0515
Page 15

Q    So I'm ... I'm ... I'm not sure is it safe to say that Augie Belden and umm ... and Rivers that it would not have been possible for them to ... for that to have been their arm?

A    No, no I don't think so.

Q    And there was no other person behind ...

A    Yeah.

Q    ... you except for Uehara?

A    Umm hmm.

Q    Okay. Do you recall Sergeant Uehara telling you umm ... anything as to or ... or giving you any type of direction at that point?

A    Well ahh ... I don't recollect it at this time but I just recollect him saying umm ... you know he false cracked me.

Q    Umm hmm ... umm hmm.

A    Yeah.

Q    Did you umm ... do you recall ever hearing Sergeant Uehara or anyone else for that matter ahh ... saying something to the affect ahh ... of not to hurt of punch Souza because he was retired officer?

A    Ahh ... I don't recollect but you know I ... I had no intention of harming the guy and it's not my style to punch people. It's not ... it's not worth it. It's not worth getting fired and getting sued.

Q    Or say anything to the affect ahh ... just in an attempt to prevent any type of retaliation against Souza? Whether it be to you or anyone else that was there?

CORP COUNSEL

C-00367

Taped Interview of Officer Rick Yi
Report No. IA03-0515
Page 16

A    Ahh ... I don't recollect.

Q    Okay. did you ever hear umm ... Souza say anything as to what he wanted to do

or what he ...

A    Well, officers asked him. I remember as he was assisting Souza away from umm

... Harold. After the commotion if you want to ... if you want to prosecute or you

want to make any kind of case against him you know you can but in ... at that

time I don't recollect what he exactly said but he didn't ... he didn't respond to

umm ... Alan and ... and usually when you don't want to make a case you know

you just ... you don't say anything but he asked, I remember him asking.

Q    Umm hmm.

A    Couple times.

Q    Did you ever ... did you ever hear Souza say anything to the affect that ahh ... he

wanted Uehara arrested and his badge taken away?

A    I ... I don't recollect but I don't ... I don't think so.

Q    Did Souza ever umm ... complain of any pain or injury to you?

A    No, no.

Q    Did you hear him umm ... ahh ... say that to anyone else?

A    I ... I'm not sure. I don't recollect.

Q    Did you go back into the bar after the incident in the parking lot?

A    Umm ... after the incident ahh ... we went ... we went into the bar for a brief

moment.

Q    Umm hmm. And then umm ... who went back inside the bar?

CORP COUNSEL

C-00368

Taped Interview of Officer Rick Yi
Report No. IA03-0515
Page 17

A    I think umm ... in my recollection umm ... maybe ahh ... Officer Rivers and I ...
I might have went in just briefly. I don't know whether to ... for drink water or
what but I ... I'm not sure.

Q    What ... what about Souza?

A    He ... he was in there. We wanted Harold to go first and then you know we ...
we asked him to you know if he can umm ... actually when ahh ... Officer Rivers
umm ... separated Souza away from umm ... you know umm ... Sergeant Uehara
... he ... I believe I'm not sure, he took 'um in ... to the bar so we don't have any
... any kind of umm ... altercation.

Q    Umm hmm. So as ahh ... Rivers escorts him away ...

A    Umm hmm.

Q    ... ahh ... Souza away, you're still with umm ...

A    Yeah ... initially ...

Q    ... Sergeant Uehara?

A    ... he escorted Harold, then he came back and we went to Harold, then he
escorted Souza and during that process he asked him umm ... if he wants to umm
... make any kind of ahh ... charges and I don't recollect what he said but they he
... he ... I believe they went walk into the bar.

Q    Umm hmm.

A    'Kay for the time being.

Q    Umm hmm.

CORP COUNSEL

C-00369

Taped Interview of Officer Rick Yi
Report No. IA03-0515
Page 18

A    And ahh ... if he want to have any other questions they ... there were the owner and two other waitresses that was working that night and they witness the whole incident that happened inside the bar. So you can ask them whether umm ... any (inaudible) ... allegation that we kidnap him and knee strike him or something in the bar also. You can ask them whether we did that or not.

Q    Wh ... wh ... what umm ... when you guys went back into the bar ... wh ... wh ... what happened in there?

A    Ahh ... at this time I ... I ... nothing really I mean nothing.

Q    So you went back in for what purpose? What did you do while you're in there?

A    I ... I don't recall but I might have drank water in there.

Q    Mmm.

A    I'm not sure.

Q    And you stayed in there for how long?

A    Ahh ... not that long. I don't believe ...

Q    Umm ... (inaudible).

A    ... I not sure. Can't give you time at this time.

Q    You think was more than a half hour?

A    No, no. No I don't think I stayed in there that ... that long. Maybe ... no more than 5 minute but I don't think I even stayed there 5 minute.

Q    While inside the bar umm ... I'm sorry ... let me just back up. While you were inside the bar, did you notice if ahh ... Uehara came back inside?

A    Well ahh ... I don't recollect at this time whether he did or he didn't.

CORP COUNSEL    C-00370

Q    The people that were in the bar umm ... ahh ... were interviewed yeah and stuff
...

A    Umm hmm.

Q    ... they ... they had said that two officers stood between Souza and Uehara. This
is while inside the bar ...

A    Umm hmm.

Q    ... yeah?  And then Sergeant Uehara tried to punch Souza over some of the
officers.  Do you recall any of this?

A    Ahh ... no.  No I don't recollect.  Is ... this was inside the bar?

Q    Inside the bar.

A    Oh I ... I don't know.  I don't know, I don't recall.

Q    Wh ... wh ... wh ... what do you recall happening while you're inside the bar?

A    Ahh ... well I just ... the only thing that I really recall from the whole incident
was what happened outside the bar.  Inside the bar I don't ... I don't really recall
... recollect what actually took place.  I ... I remember going in there maybe I
might have drank water.

Q    Uhh huh.

A    Okay?  And umm ... I know he was in there cause ahh ...

Q    Who was in there?

A    ... umm ... Souza was in there and Off ... Officer Rivers was umm ... maybe was
with him, I'm not quite sure.  Maybe he was ... maybe he wasn't.

CORP COUNSEL

Taped Interview of Officer Rick Yi
Report No. IA03-0515
Page 20

Q    Umm hmm. So umm ... you recall going in, staying there for maybe 5 minutes or less then 5 minutes and possible drinking water and then leaving?

A    Oh this ... this was after the whole thing was done when you know after Uehara left, we ahh ... we left. We made sure he went first. (Inaudible) ... wondering you know basically umm ... I didn't want him getting beaten up cause I ... I knew he was you know ... the other guy would have probably you know had the upper hands when ... when they box or ... I didn't want him getting beaten up so for his protection we had to wait until he ... he left.

Q    Wait till?

A    Until you know Sergeant Uehara left.

Q    Where ... where was he while you guys were waiting?

A    We were waiting outside by the parking lot you know just ... he was apologizing for the incident umm ...

Q    So did ... I'm ... I'm sorry but this is ... umm ... after you drank water and left the bar?

A    ... I ... I don't recollect the ahh ...the sequence but I might have went in there, I might have drank water ...

Q    Umm hmm.

A    ... umm ... then umm ... I don't know whether he left at that time or whether he was there but ... but umm ... after he left, we left.

Q    Umm ... I ... I ... I ... I seen some of the pictures of the bar and stuff like that ...

A    Umm hmm.

CORP COUNSEL C-00372

Taped Interview of Officer Rick Yi
Report No. IA03-0515
Page 21

Q    ... seems a bit small. Had something like this had happened umm ... should you have seen something or ... or are they not telling you the truth or ...

A    What do you mean?

Q    ... well ... no, no I ... I'm saying that umm ... I got these people in the bar saying that Souza ... that Souza, Uehara is in there and that there's two officers in there. That Souza punches over either one or two of these officers and hit's Souza in the mouth slightly.

A    This ... they ... they said this happened inside?

Q    Inside the bar. That was after the ... the incident outside.

A    No I don't recall.

Q    Okay.

A    I don't recall the incident. That kind of sounds like what might have happened outside the bar but I ... I don't know.

Q    Okay. At that point when ... when you went into the bar, had Augie Belden left already?

A    See I don't exactly recall when he left but umm ... we umm ... somewhat separated the two parties umm ... then umm ... Augie had another chat with umm ... Sergeant Uehara and then I don't recall when he actually left but you know umm ... they had a little talk and maybe Augie left before Sergeant Uehara, I'm not sure.

Q    But umm ... do you recall umm ... Augie Belden going into the bar?

A    I ... I ... I not sure.

CORP COUNSEL
C-00373

Taped Interview of Officer Rick Yi
Report No. IA03-0515
Page 22

Q    Umm ... that thing outside, that outside incident ahh ... when you felt the arm brush over you ...

A    Umm hmm.

Q    ... umm ... was there anybody else that was from the bar that was outside?

A    Umm ... I don't think so.  I don't think so.  When I looked ... looked back I didn't see anybody else.

Q    I know ...

A    Front glass mirror I don't know ... what ... what exact location we're standing.  I don't know if they had it you know point of view from inside, looking out.

Q    ... mmm ... mmm.

A    Not sure.  There's a possibility from that.

Q    Okay.  Umm ... I ... I have no further questions.  Is there anything else that you have not told me that could be helpful to this investigation?

A    Ahh ... no.

Q    'Kay.  Has everything you testified to been true to the best of your knowledge?

A    Yes.

CORP COUNSEL

C-00374