Mr. Robert Souza                          08-13-03              IA03-0515
94-557 Alapai Street

Page 1 of  21  pages

TAPED INTERVIEW OF    :    Officer Alan Rivers by Detective Roy Sugimoto
                            from the Office of Internal Affairs on Wednesday,
                            January 14, 2004, commencing at 1151 hours and
                            terminating at 1217 hours.


PRESENT              :    Officer Alan Rivers
                            Mr. Norman Kato - SHOPO
                            Detective Roy Sugimoto


Transcript prepared by Senior Clerk Typist Leanne EGUCHI.

----------00----------


## DETECTIVE ROY SUGIMOTO QUESTIONING OFFICER ALAN RIVERS:


Q    This is Detective Roy Sugimoto.  This interview is being conducted at the Office

      of Internal Affairs.  The following is a taped recorded interview with Officer Alan

      Rivers.  Also present is his representative umm ... for the record could you state

      your name please?

A1   Norman Kato from SHOPO.

Q    The date is January 14, 2004 and the time right now is 1151 hours.  Prior to the

      onset of this interview, you were presented a copy of internal complaint form

      number 3-6-7 have you received this particular document?

A    Yes I have.

Q    And have you signed this form?

A    Yes I did.

Q    What is the date and time indicated on that form?

EXHIBIT  10    CORP COUNSEL

Taped Interview of Officer Alan Rivers
Report No. IA03-0515
Page 2

A    December 9, '03 at 1130 hours.

Q    Before making any inquiries into the alleged incident, I would like to be sure that you're familiar with the provisions of Support Operations Policy, 5.01 entitled, Complaints and Internal Investigations as it relates to administrative investigations. Have you been allowed sufficient time to read and understand the provisions of this policy?

A    Ahh ... yes.

Q    Did you read and understand HPD form number 3-6-7-B, that's the next one.

A    Yes.

Q    And have you signed this form?

A    Yes I did.

Q    And the date and time indicated on that form?

A    December 9, '03 at 1058.

Q    And did you read and understand the form entitled Garrity Rights?

A    Yes I did.

Q    And have you signed this form?

A    Yes I did.

Q    And the date and time indicated on that form?

A    Was December 9, '03 at 1058.

Q    Have you ahh ... been allowed sufficient time to read and understand the provisions of Article 12 of the State of Hawaii Organizational of Police Officers Union contract?



C-00326

Taped Interview of Officer Alan Rivers
Report No. IA03-0515
Page 3

A    Yes.

Q    What is your full and correct name?

A    Alan Roy Rivers.

Q    Would you spell your last name please?

A    R-I-V-E-R-S.

Q    Would you spell your middle name?

A    R-O-Y.

Q    And would you spell your first name?

A    A-L-A-N.

Q    Are you known by any other names or nicknames?

A    No.

Q    What is your badge number?

A    Ahh ... 2-4-6-3.

Q    Your identification number?

A    0-0-1-0-4-8.

Q    Your appointment date?

A    August 16, 1989.

Q    And your rank and current assignment?

A    Metropolitan Police Officer – II, motorized.  Assigned to District 7, Day watch.

Q    Have you consumed any alcohol within the last 24 hours?

A    No I have not.

CORP COUNSEL

C-00327

Taped Interview of Officer Alan Rivers
Report No. IA03-0515
Page 4

Q    Is there anything that could prohibit you from providing an accurate and clear

statement at this time?

A    No.

Q    I'm investigating Internal Affairs report number 0-3-0-5-1-5, filed by Robert

Souza.  This complaint involves an incident which allegedly occurred on or about

8-13-2003.  On that date, 8-13-2003 prior to umm … finishing your shift that

night when was the last time you saw umm … Sergeant Uehara?  You recall at

all?

A    Last time I saw him?  Prior to shift.

A1   Ahh … prior to the end of your shift?

A    I don't remember.

Q    Okay.  You recall signing a reports or anything like that going to?

A    I don't remember at all.

Q    Okay no problem.  In your ahh … to/from report you stated that you arrived at

Club Urako Cho (phonetic) … at about 2230 hours.  Ahh … when you got there

you recall who was at ahh … in the bar at the time?

A    Let me refer back to my ahh … to/from.

Q    Sure.

A    Sergeant Harold Uehara along with Officer Jason Hendricks, Officer Ben

Villaflor, Officer Rick Yi, Officer August Belden and myself.

Q    So all … all of those people were there at 2230 hours?

A    That's correct.

CORP COUNSEL

C-00328

Taped Interview of Officer Alan Rivers
Report No. IA03-0515
Page 5

Q    And in your to/form report you stated that Officer Hendricks and Villaflor ahh ...

departed at about 2400 hours. How long after did Sergeant Uehara and Belden go

outside to continue ahh ... their conversation? Do you recall that?

A    Let me refer to my to/from. And ahh ... I don't have a time down here. I do say

shortly thereafter so ... I wasn't really paying attention to the time.

Q    Wh ... would ... would that have been within a half and hour? Is that safe to say?

A    Mmm ... I really don't know.

Q    Okay, not a problem. And then in your to/from report you stated that while

talking to Officer Belden by his car you heard a "scuffle" behind you. Could you

umm ... describe what you were hearing?

A    Okay, I was facing away from the door, I was facing Officer Belden, he was by

his Blazer ahh ... everything was behind me and what I heard was what appeared

to be the sound ahh ... somebody falling, hitting the ahh ... pavement. That's

when I turned around.

Q    Okay. What about umm ... voices? Do you recall anything that was being said?

A    Oh yeah (laughs) ... ahh ... let me see, I'm sure it's (inaudible) ... okay, yeah

ahh... I believe it was ahh ... Sergeant Uehara was on the pavement sitting on his

... his rear, holding his chin, stating he had been punched or something to that

affect.

Q    What about umm ... prior to turning around when you heard the scuffle, was there

anything else?

A    No ...

CORP COUNSEL

C-00329

Taped Interview of Officer Alan Rivers
Report No. IA03-0515
Page 6

Q    Nothing being verbalized?

A    ... I ... cause I was ... I ... I had a conversation with Officer Belden.

Q    Umm hmm ... umm hmm.

A    I just heard what appeared to be the scuffle, I turned and then he was holding his

chin.

Q    Okay. And then you also stated that Souza appeared very agitated. Can you

describe further his demeanor?

A    Ahh ... well it appeared that ahh ... oh he was saying something, I don't

remember what he was saying but he was actually yelling it okay and Ricky was

shielding him cause it appeared that he wanted to get back at Harold who was on

the ground. So Ricky was shielding him, trying to calm him down and he was

saying something, he was swearing. He was trying to push his way around Ricky

ahh ... and Ricky was using his body as a shield to keep 'um separated. What he

did is he created distance for where Harold was sitting. You know he ... he was

doing and I saw Ricky, I'm like uhh oh. And I left Belden, I went up and helped

Yi. Look like Yi was struggling.

Q    And then umm ... when ... when ... when you say that umm ... he was shielding

Souza, what ... what exactly do you mean?

A    Using his body ahh ... kind of like (inaudible) ... ahh ... when ahh ... Souza

would go right, he'd go right, when he go left, he go left too. It appeared that

Souza was trying to get him riled, Yi, so he was holding him and shielding.

Q    Is he pushing him back or is he just trying to ... when Yi made that shield?

CORP COUNSEL

C-00330

Taped Interview of Officer Alan Rivers
Report No. IA03-0515
Page 7

A    Didn't I just say, not pushing but trying to like shielding him in deflecting him backwards. Using I mean just very, very low ... light touch.

Q    Okay.

A    Souza is just trying to get around him and he saying something and ...

Q    So ... so eventually Souza is moving backwards and side to side?

A    ... yeah and then he has umm ... up against I guess the wall of the glass, outside of the bar. Okay and he's ... and that's when I got there.

Q    Okay.

A    And he still trying to get to him and that's when I stepped in to help Yi.

Q    And then umm ... what did you do to help Yi at that point?

A    Ahh ... what do you mean?

Q    Ahh ... are ... are you folks holding him back? Against the wall? Or are ... are you just talking to him?

A    Well talking him, trying to calm him down (inaudible) ... holding him to okay.

Q    Umm hmm.

A    And then ahh ... I think Yi kind of walked away or moved back a little bit because ahh ... I actually kind of assumed control of you know shielding him. So it wasn't necessary for Yi ... both of us to hold him back.

Q    Oh okay. So ... so you're ... you're hands are where on top of Souza at this point?

A    Umm ... actually (laughs) ... (inaudible) ... works like this ... actually yeah kind of like keep him from going any further.

CORP COUNSEL

C-00331

Taped Interview of Officer Alan Rivers
Report No. IA03-0515
Page 8

Q    Umm hmm.

A    Okay, not holding him just like shielding him and hey calm down, calm down.

Q    So ... so you're kind of using both ... I guess he's up against the wall (inaudible)?

A    No, no he's not up against the wall, he's by the wall 'kay?  Alright?  But he's trying to get to him, just kind of like holding, trying to move him maybe further away.

Q    Umm hmm.

A    Because at the time I could tell from his face that probably somebody was coming up and he was getting more agitated so I'm trying to create distance, move him away.

Q    Umm hmm, umm hmm.  Okay so you're ... you're arms are around his waist?

A    No not really around his waist ahh ... how would you say, actually yeah I guess waist ... arm like that, kind of hold 'um and keep him away.

Q    Umm hmm.  So open ... open hands then?

A    Yeah I guess you could call that.  I really don't remember.  I just remember ... using my body as a shield too, keep him from going ...

Q    Umm hmm.

A    ... yeah.

Q    Did you ever strike Souza utilizing any of your elbows or knees?

A    That's totally false, I did not.

Q    And did you observe anyone else use their elbows or knees?

A    No.

CORP COUNSEL

C-00332

Taped Interview of Officer Alan Rivers
Report No. IA03-0515
Page 9

Q    Did you ever use ahh ... any other types of techniques that could be construed as the use of elbows or knees?

A    No.

Q    You also stated that umm ... well let me go back, so when ... when you guys are ... are shielding him from doing whatever it is he wants to, ahh ... to umm ... you're facing him, correct?

A    Ahh ... you're trying to break this up and it happened really fast. I mean ... let me go back to cause it sounds like we're shielding him, holding him and we're holding him for ... for ... for minutes. It happened in an instant okay?

Q    Umm hmm.

A    Again I'll go back to it again, ahh ... I hear a scuffle, I turn around ...

Q    Okay.

A    ... Harold is holding his chin, saying something about he got punched. Rick Yi okay, is shielding this guy that's trying to get back to Harold okay? And he's pushing him ... moving him away, creating space. I obviously run over there to help him okay? And I kind of try to get Yi out of the way. I'm going to hold him back okay alright? And then as I'm doing that okay? He's ... he's getting more agitated so I'm saying well something is happening behind me. But I'm not going to turn and look and then all of a sudden, Harold's behind us okay? Alright, and then an arm comes. I'm like well, the hell with this you know I'm going to create more ... more space so I ushered him okay? And what I mean by usher, I had to

CORP COUNSEL

C-00333

Taped Interview of Officer Alan Rivers
Report No. IA03-0515
Page 10

use a little of my body weight (laughs) ... to ... to move into the bar to get him

away from the park ... from everybody else in there, okay?

Q   Umm hmm.

A   In other words to create more space so there's not another confrontation okay?

Alright, so it happened really, really fast okay?  And I must say we held him there

to calm him down you know what I mean?  It ... it just happened.  Boom, boom,

boom, okay it was really, really fast so ...

Q   Umm hmm.

A   ... I would say from the time that I ... I got up to ahh ... Robert Souza, then I had

to usher him was like maybe 10 seconds, okay?  so it happened really fast.

Q   'Kay.  Do you recall umm ... where ahh ... this arm came from?  Is it over what

shoulder?  Do you recall?  Or ...

A   Kind of remember, I had my right face this way and then I'm not too sure if it

went over my back (inaudible) ... here we go ... (muttering) ... see I don't remem

... it could have gone over right or left ... I'm kind of thinking it went over my

right side cause I was like this ... this way.  But my ... went over my right.

Q   ... and then as ... as it came over umm ... does he connect with umm ... Souza?

A   No I ... that I didn't see.

Q   Did you see Souza's head snap back or anything like that?

A   No, umm umm.

Q   As far as the arm coming over, do you recall if ... if it was a close fist or ... or did

(inaudible)?

CORP COUNSEL

C-00334

A    No I just saw the arm part. I don't remember whether it was a close or a smack or was trying to grab to help us control, I don't know. Just that Souza became more agitated.

Q    Mmm.

A    And it was like well, you know what I gotta create distance between the two so that's why I ushered him into the bar.

Q    Could that arm have been someone else or do you believe it to be Sergeant Uehara?

A    Well Belden was behind me too ... Officer Belden to but ... 'kay when the arm went like that, And when I turned ... cause I kind of turned and I ... I had Souza like I think I was putting my arm like this, let's go, get inside no, no let's go ... let's go something like that and then Harold was over ... Harold was the closest one behind us okay? So was Harold and Belden was a little bit off to the side.

Q    Base ... Base on that observation wa ... is it your knowledge that it could have only been Sergeant Uehara's arm or could it have been Officer Belden's arm?

A    I don't think it was Officer Belden's arm because he was further away and the closest person to us was Sergeant Uehara.

Q    And at that time is umm ... Sergeant Uehara saying anything?

A    I don't remember. Souza was just yelling and I was just focusing on Souza and trying to hold him back.

Q    Do you recall what he's yelling?

CORP COUNSEL

C-00335

Taped Interview of Officer Alan Rivers
Report No. IA03-0515
Page 12

A    (Inaudible) ... let's go, come on me and you I got ... f'en this and he just ... he

wanted to battle ... continue to battle with him. And then ... I remember ... now

I remember what I did to is using more verbal judo okay? Alright and at one

point okay, mmm ... I guess he left ... he didn't talk to ahh ... Harold, he comes

talk to me okay? And I felt like quite possible and maybe I accomplished what I

wanted to do okay? That's when we ushered, that's why I ushered him

(inaudible) ... he didn't focus on Harold anymore.

Q    And then during the ... this umm ... time I guess somewhere in the area of maybe

where ... where this arm is coming and so forth, did anyone umm ... do you

recall anyone ever saying anything about umm ... (cell phone goes off) ... saying

anything ahh ... to the effect or try to prevent any retaliation against Souza?

A    Ahh ... what's that now?

Q    Umm ... let me ...

A    (Laughs).

Q    ... let me rephrase that. Ahh ... did ... did anyone tell you or did you hear

anyone say not to hurt or punch Souza?

A    No, no I didn't hear that.

Q    Or anyway ahh ... either gesture or say anything ahh ... to the affect to prevent

others from retaliation against Souza?

A    No (laughs).

CORP COUNSEL

C-00336

Taped Interview of Officer Alan Rivers
Report No. IA03-0515
Page 13

Q    Ahh ... you stated in your to/from report that while inside the bar ahh ... Souza wanted Uehara arrested and his badge taken away but abruptly ... abruptly refused to call the police. Ahh ... what do you mean by that abruptly refused?

A    I'm going to answer, I don't know. Okay. What I did in there is ... okay ... took him to the bar, out of sight, out of the ... the area and he just kept ... just going at it okay ... and ahh ... initially what I think he wanted to call I.A. okay ... and I said well, you can call I.A. but I don't know if they're working now. But you can call 9-1-1. I want his badge, I want his gun, he's not a cop anymore ... something to the affect like that. So go ahead and call okay, he didn't call.

Q    He just stopped and just didn't do anything further?

A    Well he ... he didn't stop, he just kind of calmed down and ahh ... I think ... if I remember, he was talking about his experiences in the department or something like that you know ... the olden days and you know ... but he was defusing himself too, he was coming down so I allowed him to do that. Okay ... what he said, I really don't remember (inaudible) ... was something about how he use to be in the department and originally started out he wanted to get his gun and badge you know he wants to call I.A., he wants to call 9-1-1, I didn't prevent him to call. I'm not doing that.

Q    Wh ... what do you mean by that he refused to call police?

A    Well I said, go ahead and call and he didn't want to call and ... maybe that's the wrong term in there but he didn't call.

Q    Mmm.

CORP COUNSEL

C-00337

Taped Interview of Officer Alan Rivers
Report No. IA03-0515
Page 14

A    I believe other people in the bar were in there … Harry … ahh … Harry was in there, there was another gal that was in there.  I was talking to them, so they should be able to corroborate that.  He defused himself down, he … he became quite calm.

Q    Okay.  And did Souza ever complain of any pain or injury to you?

A    Nope.

Q    'Kay.  Mmm …

A    You know I'm going to tell you … I didn't see any injuries but he might have said he was hit or something okay?  Alright?  And the way I worded over here is not to correct me but I'm not too sure whether he told me at that time he was injured okay?

Q    … umm hmm.

A    Alright.  I do now at … I … I … I remember saying he was punched but I'm not sure if he was injured okay?  I didn't see any (inaudible) … him.

Q    Okay.  Okay.  And then after … after umm … when … when you folks were outside and you ushered him into the bar umm … do any of the other officers come back into the bar?

A    Mmm … after me and Souza was in the bar …

Q    Umm so …

A    … no, no, no everybody at the … everybody … Uehara, ahh … I believe Uehara, Belden, and Ricky were outside.  I don't think they came back in.

Q    … okay.  So you took him back into the bar and he sort of calm down …

CORP COUNSEL    C-00338

Taped Interview of Officer Alan Rivers
Report No. IA03-0515
Page 15

A    Took him into the bar then he was still kind of agitated I put it ... I kind of ...

cause he could still see Uehara yeah ...

Q    ... mmm.

A    ... and he still wanted to get to him. Uehara is in the parking lot cause we looking

Urako Cho's windows, kind of took him to the kitchen okay? Out of sight out of

you know ...

Q    Mmm.

A    ... and then he was by ... we're by the kitchen door and was kind of shielding

him from looking at Uehara and that's when he ... he defused (inaudible). If

somebody came in I don't know ... I didn't see him okay? He didn't see him

either okay?

Q    Mmm.

A    And after he calmed down enough and he said his peace and this and that okay ...

we went back to the bar, we sat on top the bar, I believe he ordered another beer,

another water or Harold gave ... not Harold but Harry gave him something okay

and we just talked.

Q    Did you folks ever end up in the kitchen?

A    Yeah that's the kitchen. In ... initially because again like I said, Harold was I

mean ahh ... Robert Souza still see Harold.

Q    Oh okay.

CORP COUNSEL     C-00339

Taped Interview of Officer Alan Rivers
Report No. IA03-0515
Page 16

A    Okay?  And it was just ... I don't know if Harold would see him (inaudible) ... he just kept going.  And there was other people in the bar too so I figure well let's take out of sight, out of mind.

Q    Mmm.

A    To further defuse him.

Q    And then so af ... after you guys were in there and he orders another drink or what have you ahh ... wh ... what happens from there?

A    Ahh ... he calms down.  And ahh ... oh I think I told him ... we ... we talked about ahh ... police you know and like I kind of ... whatever he was talking to me about the olden days, I explained to him about me too okay, you know I think I told him I was a cop on two different islands ahh ... and he talked about the old days you know how people use to go to parking lots and settle it.  I said hey yeah you know just a different time now, something like that, it was just small talk, to further calm him down.  He was getting calmed down okay?  I mean we're like even bonded even more.  And at ahh ... hey ...

Q    And then so ... so what happened?

A    ... I stayed there until everybody left outside.

Q    Umm hmm.

A    Okay?  And then it was like well, it's time to go home and ... and I went home.  And I think Souza followed me outside, we shook, we hugged I think, he got in his red truck, he left, I stayed out a little bit longer I believe okay?  And then I went.  I was the last person ahh ... in this group to leave at well ...

CORP COUNSEL    C-00340

Taped Interview of Officer Alan Rivers
Report No. IA03-0515
Page 17

Q    So ... so prior to Souza leaving ahh ... Uehara, Belden, and Yi ...

A    They were all gone already.

Q    ... left already?

A    Yeah. 'Kay, and I was still there with Souza, in the bar.

Q    'Kay. At anytime while umm ... you were in the bar did Yi and Uehara ever come back in there?

A    No. I didn't see though (inaudible).

Q    Okay. You know ... you know when you folks were umm ... when the incident was happening outside the bar in the parking lot, umm ... was there anyone from the bar that was out there too?

A    I remember Harold (inaudible) ... Souza, me, Belden behind me when I went.

Q    And then ahh ... I'm not too familiar with that area but umm ... from where you guys were at, can the people in the bar see?

A    I think they can because when I was ... when you're in the bar you can see outside. I think the windows are tinted but you can't see outside. And when you're outside you can see inside because of the lighting so ...

Q    Mmm ... okay. You said there was some witnesses from the bar that said an altercation took place inside the bar? Was there an altercation in the bar?

A    No there wasn't an altercation. If they're talking well ... I'm not going to suppose or anything okay ... initially when I ushered him in there, he was by the bar okay, and I think Harold kind of helped ahh ... not Harold ... Harry (laughs) ... Harry behind the bar kind of helped to ... to I think he knows this guy okay?

CORP COUNSEL

C-00341

Taped Interview of Officer Alan Rivers
Report No. IA03-0515
Page 18

He wasn't calming ... he wasn't defusing cause I guess he could see Harold

outside okay? Harold was outside, so I figure well this is not getting me nowhere

okay? Still wanted to go out there and still wanted to throw and this and that so

that's when I kind of ushered him out of sight into the kitchen okay? I don't

know if I asked Harold but he ... Harry ... use his kitchen or not I think, I just

kind of ushered him in there to get him out of Harold's sight okay? That might

have been the altercation maybe when we're in there maybe I kind of again, I

remember how I did it, I know I didn't punch him or grab him with a headlock

and drag him okay? I kind of ushered him whether it be an arm around the

shoulder like this or maybe open myself up to you know just grab him and said

let's go inside you know what I mean in a friendly gesture to move in there.

Leaving myself exposed.

Q    Okay. Let ... let me be more specific.

A    'Kay.

Q    Umm ... some ... some of the witnesses were saying that there was an altercation

inside the bar. That there were two officers umm ... (inaudible) ... and that he

was held while Uehara kind of lunged at him.

A    There wasn't that ... that no, there's nothing like that in the bar.

Q    Mmm.

A    Umm ... the only time there was I guess ... I'm not going to say lunged well the

arm ... it might have been by the window okay where we had 'um, close to the ...

this ahh ... 3 foot high wall and there's like a pane glass window around Urako

CORP COUNSEL

C-00342

Taped Interview of Officer Alan Rivers
Report No. IA03-0515
Page 19

Cho, you ever been there? Okay, quite possible people saw that maybe mis ...

mistook that for they were in the bar. But he was close to that window, that's ... I

would say not he weren't lunging but they were ... he was trying to get to ahh ...

Souza was trying to get (inaudible) ... it might have been that but not the bar.

Q    Right okay that's what I want to establish. So when you ushered back into the bar

that type of situation ...

A    Yeah.

Q    ... did not occur?

A    No, no, no. The only thing I'm saying is that he kept ... he could see Harold

outside, Harold was outside and he was still agitated okay, and I ... I knew ... I

knew there were people in there. What I didn't want is for somebody sitting in

there to get up and get into his face and I gotta ... you know what I mean? So I

figure outside from Harold, take him into the kitchen, nobody was in the kitchen,

okay. You know what I mean? He stayed in there you know he didn't ... he

didn't hit me, he didn't assault me you know he just was very agitated when it got

to Harold so.

Q    And then ahh ... in your to/from report you stated that you offered ahh ... ahh ...

Souza the opportunity to call for the police?

A    Umm hmm. I don't know whether it was in the kitchen or initially sat there or ...

or later on when he called and he got back over there again.

Q    Okay.

CORP COUNSEL

C-00343

Taped Interview of Officer Alan Rivers
Report No. IA03-0515
Page 20

A    I do remember telling him this okay and I didn't put it in here. I said you know what okay, you call 9-1-1 okay? And I don't think they were in here so I'm going to stay ... I'll be here with you okay? They're going to take a statement from me too. And I'm going to put down what I saw okay? Alright. And you know go ahead and call 9-1-1.

Q    So if anything you were going to stay there until ... if he had called ... you ... your attention ...

A    Yeah, uhh huh ...

Q    ... was to stay there?

A    ... that's why cause ... technically cause I was ... ahh ... well that's just how I am okay. I knew something had happened in there okay. There was an altercation and he was claiming the police officer you know he had an altercation with a police officer so I'm going to stay there you know what I mean? If he's going to call 9-1-1, I'm going to provide what I saw there at the time.

Q    Mmm.

A    Okay and when he didn't do that okay, he left and that's ... that's when I went home. When he was okay.

Q    Okay. Umm ... I have no further questions. Is there anything else you haven't told me that could be helpful to this investigation?

A    No.

Q    Is everything you testified to been true to the best of your knowledge?

A    Umm hmm.

CORP COUNSEL

C-00344

Taped Interview of Officer Alan Rivers
Report No. IA03-0515
Page 21

Q    Okay.  That concludes the interview, the time right now is 1217 hours.

Transcript of taped statement prepared by the undersigned:

_Leanne Eguchi_

LEANNE EGUCHI          #004533
Sr. Clerk Typist – Internal Affairs
02-12-04                        1125

ROY SUGIMOTO          #806395
Detective, Internal Affairs
Date: 2-18-04  Time: 1600

CORP COUNSEL

**C-00345**