Mr. Robert Souza                           08-13-03         IA03-0515
94-557 Alapai Street

Page 1 of 12 pages

| | | |
|---|---|---|
| TAPED INTERVIEW OF | : | Sergeant Harold Uehara by Detective Roy Sugimoto from the Office of Internal Affairs on Thursday, January 22, 2004, commencing at 0922 hours and terminating at 0939 hours. |
| PRESENT | : | Sergeant Harold Uehara<br>Detective Roy Sugimoto |

Transcript prepared by Senior Clerk Typist Leanne EGUCHI.

----------00----------

## DETECTIVE ROY SUGIMOTO QUESTIONING SERGEANT HAROLD UEHARA:

Q   This is Detective Roy Sugimoto. This interview is being conducted at the Office of Internal Affairs. The following is a taped recorded interview with Sergeant Harold Uehara. The date today is January 22, 2004 and the time right now is 0922 hours. Prior to the onset of this interview, you were presented a copy of the internal complaint form number 3-6-7. Did you receive that particular document?

A   Yes.

Q   And did you sign that form?

A   Yes I did.

Q   What is the date and time indicated on that form?

A   12-11-03, 0945 hours.

Q   Before making any inquiries into the alleged incident I would like to be sure you're familiar with the provisions of Support Operations Policy, 5.01 entitled,

EXHIBIT 11    CORP COUNSEL    C-00130

Taped Interview of Sergeant Harold Uehara
Report No. IA03-0515
Page 2

Complaints and Internal Investigations, as it relates to administrative investigations. Have you been allowed sufficient time to read and understand the provisions of this policy?

A   Yes.

Q   Did you read and understand the HPD form number 3-6-7-B?

A   Yes I did.

Q   And did you receive that form?

A   Yes.

Q   The date and time indicated on that form?

A   12-11-03 at 0945 hours.

Q   And did you read and understand the form entitled, Garrity Rights?

A   Yes on 12-11-03 at 0945 hours.

Q   And did you also sign that form?

A   Yes I did.

Q   Have you been allowed sufficient time to read and understand the provisions of Article 12 of the State of Hawaii Organization of Police Officers Union contract?

A   Yes.

Q   Are you waiving union representation at this time?

A   Yes I am.

Q   What is your full and correct name?

A   Harold H. Uehara.

Q   Would you spell your last name please?

CORP COUNSEL

C-00131

A   U-E-H-A-R-A.

Q   Would you spell your middle name?

A   Hideo, H-I-D-E-O.

Q   And would you spell your first name?

A   H-A-R-O-L-D.

Q   Are you known by any other names or nicknames?

A   No.

Q   What is your badge number?

A   4-6-8.

Q   And your identification number?

A   8-6-7-3-4-0.

Q   And your appointment date?

A   September 6, 1979.

Q   What is your rank and current assignment?

A   I'm a Sergeant at District 7 Patrol, Sector 2, East Honolulu.

Q   Have you consumed any alcohol within the last 24 hours?

A   No I haven't.

Q   Is there anything that could prohibit you from providing an accurate and correct statement at this time?

A   No.

Q   I'm investigating Internal Affairs report number 0-3-0-5-1-5, filed by Robert Souza. This complaint involves an incident which allegedly occurred on or about



C-00132

Taped Interview of Sergeant Harold Uehara
Report No. IA03-0515
Page 4

---

8-13-2003. In your to/from report you stated that you arrived at Club Urako Cho at about 2215 hours.

A   Yes.

Q   Who was in the bar at that time? Do you recall?

A   There was 2 ladies just inside the front door and Mr. Souza was seated on the bar. The owner Harry ahh ... Nakachi ... I believe was in the kitchen, he was cooking and the bartenderess that ... I don't know her last name, she was behind the bar ahh ... talking to a lady who was playing ahh ... video game right on the other side of the bar.

Q   What time did the ahh ... other officers arrive?

A   Umm ... maybe about 15 minutes after I got there. Approximately, I don't know the exact time.

Q   Are you a regular patron at Club Urako Cho?

A   I use to be before but after I got to patrol, longer and ahh ... I haven't been going there as often.

Q   Do you know the owner ahh ... and the bartender?

A   I know Harry for about maybe 8 years I believe. The bartenderess that ... I don't know her that well. Only the first name. I jus call her by Pat, I don't know her last name or anything else about her.

Q   Wh ... what's your umm ... relationship with ahh ... Harold, the ... the owner? Is it a personal level or is it just strictly bar/customer type?

A   Ahh ... Harry ... Nakachi?

CORP COUNSEL

C-00133

Taped Interview of Sergeant Harold Uehara
Report No. IA03-0515
Page 5

Q   Yes.

A   Yes.

Q   Strictly a bar/customer ...

A   Yeah ...

Q   ... type relationship?

A   ... that's about a customer.

Q   Do you recall what time Officers Hendericks and Villaflor, do you know what time they left the bar?

A   Ahh ... yeah they left early. I think ahh ... I don't think they drank beer, I'm not too sure. Maybe they drank soda or something. I don't think they drank. But I gave $100.00 for his trip to Japan, the next day I think he was going to leave. I told that it's from our sector and ahh ... have a good trip. And ahh ... they was there only for little while. About maybe half an hour or so.

Q   How long after Hendericks and Villaflor left the bar did you and ahh ... Augie Belden go outside and continue your conversation?

A   Ahh ... maybe about ... maybe hour, hour half. I really can't estimate the time.

Q   Umm hmm. In your to/from report you stated that while in the parking lot ahh ... Souza said something to you that was unintelligible umm ... although you didn't hear what he was saying, what ... what ... can you describe what his demeanor was like? His body language?

CORP COUNSEL  C-00134

A    Well he was standing in the back of my car, I was about to open my door and he said something and I couldn't understand it. So that's when I walked towards him and then false crack well two hard punches in the chin.

Q    You were hit by him with two hard punches to the chin?

A    Yeah.

Q    But do you recall what his demeanor was like? Did he seem upset? Did he seem happy? Neither?

A    No he seemed, wasn't upset or happy, but he wasn't smiling but I couldn't understand what he said.

Q    And then from there did you walk up to him?

A    I was walking ahh ... towards him.

Q    Do you recall umm ... if you said anything to him?

A    I said ahh ... I believe I said what is that you said? I couldn't hear you or something to that affect.

Q    Do you recall umm ... or do you recall anything else that you may have said to him?

A    No.

Q    Do you recall telling Souza to mind his own business?

A    No I didn't say that. I didn't know what he was talking about. He didn't ... I didn't hear him trying to find out what was going on or ask him questions. It doesn't concern him.

CORP COUNSEL

C-00135

Q   Initially umm ... at that time when you walked up ahh ... towards Souza prior to getting ahh ... struck by him in the parking lot umm ... did you grab him or shove him in any way?

A   No I didn't ... I didn't touch him at all. No physical contact. But when I got close to him, then he punched me twice on the chin.

Q   Do you recall how he ... how he punched you? Right hand? Left hand?

A   Both fist, left and right.

Q   And then after ... after you were hit in the face ahh ... at that point wh ... what happened? What did you do?

A   I went back and I ... put my left ... left hand down to brace myself because I was falling backwards. And then I was kind of dizzy, then I got up and I saw Officer Yi holding him against the wall. Then I ... I went over told Rick Yi not to hit him maybe he'd been drinking too much. I believe I told him that, not to touch him cause we don't want Rick Yi to get into trouble.

Q   After you were umm ... punched by Souza, did you try to punch him back?

A   No. I heard before that he was a retired policeman and I figure maybe he did have ... I was thinking to myself, maybe he was drinking too much and ahh ... didn't want to ... no like get a brother officer into trouble. But I found out different later.

Q   Did you try and touch him in anyway?

A   No.

CORP COUNSEL   C-00136

Q   In your to/from report you stated that while Souza was being restrained, you told Officers Yi and Rivers not to hurt him now as he was a retired police officer and maybe intoxicated umm ... do you recall what exactly you said to Rivers and Yi? How did you say that?

A   I can't recall my exact words but I told them, not to hit him or do anything to him physically because he's a retired cop.

Q   Did it appear that Rivers and Yi were ... was going to hurt him?

A   No, no. That guy was trying to break free from them so they was holding him back against the wall outside the club. That's when Harry came running out.

Q   Can you describe how ahh ... Officer Yi and Rivers was restraining Souza?

A   Just holding him by the arms and ahh ... holding his arms back.

Q   Both of them?

A   Officer Rivers came by just a few seconds after Officer Yi held him against the wall. But I was kind of groggy cause ahh ... that guy caught me a good punch and ahh ... all I know is they was holding him back but they did not hurt him, punch him or kick him or anything else cause he was trying to break free ... free and he was yelling. By the time he was getting kind of violent.

Q   Witnesses said that while Souza was being ahh ... ahh ... restrained or ... or separated from you and this was ahh ... in the parking lot that you had lunged at him and hit him in the face, is that true?

A   No.

Q   Did you reach for him in any way?

CORP COUNSEL

C-00137

Taped Interview of Sergeant Harold Uehara
Report No. IA03-0515
Page 9

A   No.

Q   Did you do anything that could have been construed as reaching towards him or striking or punching at him?

A   No.

Q   Officers Yi and Rivers said that umm ... as they were restraining him they felt your arm go over their shoulders, do you recall anything like this?

A   No I ... I didn't ahh ... I didn't put my arms over either officer. Because there was ... like I said ahh ... Mr. Souza was trying to get to me and they was holding him back but I don't recall putting my arms over either officers to get to Mr. Souza.

Q   One ... one of the witnesses had stated that umm ... you punched Souza in the face but that punch was only a love tap. You recall anything like?

A   No.

Q   After the incident occurred umm ... that occurred outside, wh ... what happened next? What followed all of this?

A   Officer Rivers walked with Souza into the bar and I was outside there then when I felt a little bit better, I went inside then they were ... I think they were in the kitchen. Harry had told me they was in the kitchen and ahh ... there's a back door and they went outside, then when I was driving ... I jumped in my car, I was going to leave. I saw them by the red truck on the mauka side of the parking lot. So I just drove off and I went home.

CORP COUNSEL

C-00138

Taped Interview of Sergeant Harold Uehara
Report No. IA03-0515
Page 10

---

Q   So after umm ... Rivers takes him into the ... into the bar and then into the kitchen and so forth, you ... you ended up going inside the bar? Back inside the bar?

A   Just inside the door. You know I ... I didn't see Rivers or Souza and Harry said their ... their in the kitchen talking.

Q   Umm hmm.

A   Then I went outside, I went to my car and I when I was driving out ... out the stall, I saw them by the red truck on the mauka side of the parking lot.

Q   Umm hmm ... wh ... what were they doing by the red truck?

A   Ahh ... talking.

Q   And what did you do after that?

A   I just went home. I drove out of the parking lot and I went home.

Q   So they were still there after you left then?

A   Yes.

Q   Was there anyone ahh ... was there any other officers in the bar when you ... when you went back?

A   I don't know where Rick Yi was. I was talking to Harry and I went outside to my car, then I left. I didn't see anybody else. The bar was empty.

Q   Was there ever an altercation inside the bar?

A   No.

Q   Do you recall if Souza had to be restrained inside the bar?

CORP COUNSEL

C-00139

Taped Interview of Sergeant Harold Uehara
Report No. IA03-0515
Page 11

---

A   When I went in there, I walked in, I didn't see Rivers or Souza. Harry said they're in the kitchen talking. Then when I went outside, they was by the truck.

Q   Did you ever try to punch or reach for Souza while inside the bar?

A   No.

Q   Did Souza ever ahh ... complain of any pain or injury?

A   No he didn't say anything to me.

Q   Was Souza ever the opportunity to call for an on-duty police officers?

A   No I ... I don't know.

Q   Did he ever ask that ahh ... ahh ... police be called?

A   I ... I didn't hear anything like that.

Q   On the night of that incident, were you intoxicated?

A   No.

Q   So your memory and your recollection of the incident is clear and vivid?

A   Before but not after cause I was kind of groggy from those punches.

Q   Umm hmm. Okay. Souza stated that after the altercation that occurred in the parking lot, he returned to the bar and then he was later held by Officers Yi and Rivers while you punched him in the face. Is that a true statement?

A   No.

Q   Anything remotely close?

A   No. Like I said when I went in there, they were in the ... Harry told me they were in the kitchen talking. And when I went out, they was by the truck. I guess they

CORP COUNSEL C-00140

Q   exited the back door and walked off to his truck. The red truck was parked on the mauka side of the parking lot.

Q   So the only umm ... altercation you had with Souza was outside?

A   Yes (inaudible).

Q   There were ... there was never an altercation between you and Souza inside the bar?

A   No.

Q   I have no further questions, is there anything else you haven't told me that could be helpful to this investigation?

A   No that's it.

Q   Has everything you testified to been true to the best of your knowledge?

A   Yes.

Q   This in ahh ... that concludes the interview, the time right now is 0939 hours.

Transcript of taped statement prepared by the undersigned:

*Leanne Eguchi*
LEANNE EGUCHI   #004533
Sr. Clerk Typist – Internal Affairs
02-25-04         1400

*[signature]*
ROY SUGIMOTO   #806395
Detective, Internal Affairs
Date: 3-1-04   Time: 1545 hrs.

CORP COUNSEL

C-00141