Mr. Robert Souza                        08-13-03            IA03-0515
94-557 Alapai Street

Page 1 of 35 pages

TAPED INTERVIEW OF      :      Mr. Harry Nakaki by Detective Roy Sugimoto via
                                the telephone from the Office of Internal Affairs on
                                Thursday, January 22, 2004, commencing at 1402
                                hours and terminating at 1433 hours.

PRESENT                 :      Mr. Harry Nakaki
                                Detective Roy Sugimoto

Transcript prepared by Senior Clerk Typist Leanne EGUCHI.

----------00---------

## DETECTIVE ROY SUGIMOTO QUESTIONING MR. HARRY NAKAKI:

Q      This is Detective Roy Sugimoto. This interview is being conducted via telephone

        from the Office of Internal Affairs. The following is a taped recorded interview

        with Harry Nakaki. The date today is January 22, 2004 and the time right now is

        1402 hours. What is your full and correct name?

A      Ahh ... Harry Noboru Nakaki.

Q      Can you spell your last name please?

A      Ahh ... N-A-K-A-K-I.

Q      And your middle name?

A      Noboru.

Q      Could you spell your middle name?

A      N-O-B-O-R-U.

Q      And could you spell your first name?

EXHIBIT 12      CORP COUNSEL

C-00171

Taped Interview of Mr. Harry Nakaki
Report No. IA03-0515
Page 2

A    H-A-R-R-Y.

Q    And are you known by any other names or nicknames?

A    No.

Q    What …

A    They always call me by my Japanese name from small kid time.

Q    … umm hmm.  Okay.  And what is your present address?

A    Ahh … my ahh … business address?

Q    Ahh … home address?

A    Oh ahh … 3-1-2-7 Paliuli Street, Honolulu, Hawaii 96816.

Q    And the phone number there?

A    Ahh … 7-3-7-1-0-3-5 and it's unlisted.

Q    And your date of birth?

A    Ahh … 7-7-41.

Q    And your age is?

A    62.

Q    And your social security number?

A    Ahh … 5-7-6-3-8-4-2-7-5.

Q    And currently are you working?

A    Ahh … yes.

Q    And where do you work?

A    Ahh … ahh … Club Urako Cho, 1200 College Walk number 1-1-7, 9-6-8-1-7.

Q    And the phone number there?

CORP COUNSEL

C-00172

Taped Interview of Mr. Harry Nakaki
Report No. IA03-0515
Page 3

A    5-2-3-5-6-5-9.

Q    And your title or your occupation there?

A    I'm the ahh ... President for the Corporation.

Q    Umm hmm ... okay. Ahh ... have you consumed any alcohol within the last 24 hours?

A    No.

Q    Is there anything that could prohibit you from providing an accurate and correct statement at this time?

A    No.

Q    I'm investigating Internal Affairs report number 0-3-0-5-1-5, filed by Robert Souza. This complaint involves an incident which allegedly occurred on or about 8-13-2003. Ahh ... on September 9, 2003 you were interviewed by Detective Kaneshiro and Frederick at your bar and ahh ... I just have a few ahh ... clarifying questions about that interview.

A    'Kay.

Q    Umm ... did you yourself ever see Harold Uehara hit or punch ahh ... Robert Souza?

A    Ahh ... no that ... not that night. Umm ... ahh ... Harold wanted to talk to Bobby why he when ahh ... why Bobby when false crack him and ahh ... ahh ... Bobby ... I ahh ... what happened was that ahh ... I heard the ahh ... banging the a wall and I ran outside, then I seen umm ... ahh ... Rivers umm ... you taking Bobby to his truck.

CORP COUNSEL
C-00173

Taped Interview of Mr. Harry Nakaki
Report No. IA03-0515
Page 4

Q    Umm hmm.

A    And Harold yelling at the ahh ... Bobby Souza you know you fucken haole, why you false crack me? You know then ...

Q    Umm hmm.

A    ... (inaudible) ... talk ... talk about it tomorrow you know then umm ... ahh ... Bobby from his truck from the mauka ahh ... fence you know started to come back in the bar I guess to pick up his cigarettes and all that and Harold was saying that ahh ... Harry let me talk to him, I told him no, no, stay outside braddah you know ... you know he just going do something but Harold said no just let me talk to him, I like know why he when false crack me. So I told him, okay no do nothing. Then umm ... ahh ... I was accompanying Harold in the bar and Bobby was sitting down you know right by the telephone pole, by the cash register then umm ... Harold telling ahh ... Bobby you know why you false crack me then Bobby ahh ... Harold was going to punch him umm ... ahh ... kind of like you know an eye for an eye type I would say (chuckles) ... ahh ... just kind of like umm ... I would say ahh ... caught Bobby just on the mouth portion I would say you know but Bobby was kind of like umm ... going backwards and I you know like never get one real full punch I would say ...

Q    Umm hmm.

A    ... then he started jump and up and down. Come on, come on he was swearing and you know I grabbed Harold and umm ... Alan Rivers grabbed ahh ... Bobby, took Bobby you know in the kitchen, I took Harold outside. Then maybe 5

CORP COUNSEL

C-00174

Taped Interview of Mr. Harry Nakaki
Report No. IA03-0515
Page 5

minutes later ahh ... Alan Rivers came out and saying that you know everything

okay.  Then Harold said you know where the fucken haole then Alan told him oh

he went to his ... he ... he went out the back door but Harold said how come his

truck by the fence?  Then after talking to Harold and you know telling him oh lets

talk about it tomorrow then ahh ... he got into his car, everybody left, then I came

back in the bar then umm ... Bobby was bragging to my bartenderess and me how

he when false crack Harold.  You know I told Bobby why you ... why you false

crack him for?  You know he had ahh ... big aneurysm surgery you know few

years back and Bobby ... fuck him, fuck him you know.  I told Bobby 'eh, you

know 10 years I had this place, nobody did anything like that.  We always had

confrontation you know mouth off but nobody ever hit nobody you know.  Then

umm ... Bobby saying you know ahh ... something you know ahh ... I didn't

know ... kind of mumbling after I you know I kind was mad with him.  False

crack one ahh ... you know police officer.

Q       Umm hmm.

A       And then Bobby saying that okay ... you know was getting close ... I tell I was

closing up and Bobby saying ahh ... that I going because he was working you

know he clean the area ...

Q       Umm hmm.

A       ... and Bobby was telling me that oh Harold going come back tomorrow, clean up

the place because he had to go Waipahu Shopping Center you know, clean up that

area.  So I tell 'um you know ... so next day umm ... probably late afternoon

CORP COUNSEL

C-00175

maybe 4:00 or so I was sitting down and Bobby poked his head inside and he still was bragging to me how he when false crack Harold …

Q     Umm hmm … umm hmm.

A     … you know I was kind of mad with you know the whole situation you know … you know because I never see nobody punch anybody that square you know …

Q     Umm hmm.

A     … because Harold was saying who is he? I tell 'um … well he got arrested when he was in the police department umm … you know but ahh … you don't know him because I guess he was in Narco too …

Q     Umm hmm.

A     … but … but anyway the next day, Bobby came back and poke his head and bragging to me about how he when go false crack Harold and still was making a big joke out of it you know.

Q     Umm hmm.

A     But I never say nothing. Then he … he cleaned up the place, then umm … he dropped by several times then he questioned me about you know what … where Harold work. I told him that, then next thing I know ahh … Detective Kaneshiro and Detective Frederick came talk to me about ahh … (inaudible) … what? You know I was kind of shock about the situation.

Q     Umm hmm … umm hmm.

A     You know that … that night he was drinking with ahh … you know the Corporation Counsel ahh … investigator umm … Donald Meinel …

CORP COUNSEL

Taped Interview of Mr. Harry Nakaki
Report No. IA03-0515
Page 7

Q    Umm hmm.

A    ... and ... and ahh ... Harold called me up saying that oh you know he's coming
down with the gang because they come after 10:30 because they get through at
9:00.

Q    Right, right.

Q    But then when I was cooking, Donald Meinel came back in the kitchen you know
he sitting down with Bobby and Donald Meinel said, here I gotta leave that
fucken guy driving me crazy. You know because earlier Bobby was telling me
that ahh ... he going leave his wife so ...

Q    Mmm.

A    ... he was drinking kind of ahh ... I would say heavily because ahh ... I wasn't
paying attention, I was cooking 'eh, getting ready for the D7 crew come in,
Harold's gang.

Q    Umm hmm ... umm hmm.

A    Then about 11:00 ahh ... I told Aunty Pat, the bartenderess you know ahh ... I
going wash all the towels. I came back a little after 12 when umm ... I thought
Harold guys were leaving because they was going outside.

Q    Umm hmm.

A    And then umm ... ahh ... was bringing all the towels inside then I seen umm ...
Bobby following Harold guys you know. And Bobby was kind of smiling so ahh
... you know I never think nothing of it.

Q    Umm hmm, umm hmm.

CORP COUNSEL

C-00177

Taped Interview of Mr. Harry Nakaki
Report No. IA03-0515
Page 8

A      Then I started to un ... take out all the towels then I heard the wall bang, I ran

       outside within in ... after I the ... I heard the wall bang ahh ... maybe about 3, 4

       seconds or so I ran outside then ahh ... then I ... that's when I seen Alan Rivers

       ahh ... you know taking Bobby to his truck and Harold was swearing like hell,

       that fucken haole why you false crack me? And Harold was telling me, who the

       guy, who the guy you know what I mean?

Q      Umm hmm, umm hmm.

A      Then after all the ... ahh ... I don't know if he's Chinese or Korean the boy, one

       of Harold's man. Was telling me oh yeah Bobby ahh ... you know punch him. I

       told him what? You know but after incident ahh ... I went in ahh ... when Bobby

       left and I went ... when I came back Bobby was still bragging you know ...

Q      Umm hmm.

A      ... I when false crack Harold, no ... no way punch him you know he had surgery

       and all that kind. Tell Bobby, fuck him, fuck him.

Q      Mmm.

A      That's (inaudible) ... 10 years I mean.

Q      Umm hmm, umm hmm.

A      I was kind of shock though this whole thing kind of came about on Bobby ahh ...

       filing a complaint.

Q      Umm hmm.

A      You know what I mean?

CORP COUNSEL

**C-00178**

Taped Interview of Mr. Harry Nakaki
Report No. IA03-0515
Page 9

Q    Okay. But in … in that interview that you had with umm … Kaneshiro and

Frederick …

A    Yeah.

Q    … umm … I just had some questions. I have the … the transcript of your

interview …

A    Right, right.

Q    … here. Let me just read … read you a portion of it and then you can tell me

what you meant by that.

A    Okay.

Q    But ahh … it goes on and this is umm … ahh … what you said. I'm going to read

a verbatim okay?

A    Okay.

Q    It says on the bar and it says and ahh … then I seen Bobby come inside you know

with ahh … with the other off duty policemen. Then ahh … Harold said, let me

talk to him. But I told 'um, you  know take it easy.

A    Yeah.

Q    I no like nobody get hurt ahh … and says ahh … yeah well Harold told me he

wanted for talk to him and had ahh … I guess the two … two of Harold's off duty

you know the off duty guys was between Bobby and Harold …

A    Right.

Q    … so that there's no more incidents.

A    Umm hmm.



C-00179

Taped Interview of Mr. Harry Nakaki
Report No. IA03-0515
Page 10

Q   And then you go on to say and to my ... and to my understanding, it is ahh ...
Harold wanted you know just kind ... just kind of like made a left hand punch like
but maybe just when hit Bobby on his left you know ...

A   Yeah.

Q   ... that I mean I didn't see it but ... but that's what my understanding you know.

A   Umm hmm.

Q   Wh ... what did you mean by that?

A   Yeah ... no I ...

Q   You didn't see the hit?

A   ... ahh ... I did.  When ... when I turned around ahh ... you know umm ... just
like a (inaudible) ... left hand go you know punch.  I just turned around there for a
few seconds, when came back you know then I seen Bobby kind of like step back
you know.

Q   Umm hmm.

A   But it ... you know different kind of ahh ... like ahh ... glaze Bobby's ahh ... lip
or jaw you know.

Q   Umm hmm.

A   Because Bobby ...

Q   So ...

A   ... started to ...

Q   ... so ...

A   ... stand up and jump around 'eh.

CORP COUNSEL
C-00180

Taped Interview of Mr. Harry Nakaki
Report No. IA03-0515
Page 11

Q   ... yeah so but wh ... what did you mean by you said it's your understanding that that happened and that you didn't see it?

A   No ... well I guess what ... what I meant by that was that I just turn around to go back to Harold's table and I came ... when just in ... in the ... I would say moment you know split second type ...

Q   Uhh huh.

A   ... you know then I seen ahh ... ahh ... Harold kind of like ahh ... you know was going throw a punch 'eh.

Q   He was going to or he did?

A   Ahh ... likely he did.

Q   Uhh huh.

A   And I never see the ... the wind ups you know when I went ... when Harold when go try ahh ... you know cock his fist back and punch you know just when ahh ... you know real simultaneous like ... in a split second.

Q   Uhh huh.

A   When ahh ... Harold when just you know his hand going to Bobby. Then Bobby when kind of like step back.

Q   Uhh huh.

A   You know then he started to jump around. Come on, come on, come on you fucka you know.

Q   Who saying that?

A   Bobby?

CORP COUNSEL
C-00181

Taped Interview of Mr. Harry Nakaki
Report No. IA03-0515
Page 12

Q    Bobby or?

A    Bobby.

Q    Umm hmm.

A    But then I when go ... I when grabbed Harold and I told Harold ... I when go
     bring him outside, because I no like any ... any fist fight you know like somebody
     going really get hurt yeah.

Q    And ... and this was happening inside the bar?

A    Yeah.

Q    And this was after that the noise in the wall and the stuff that happened outside?

A    Right, right, right.

Q    Oh afterwards?

A    Yeah.

Q    Okay. Okay.

A    And that's when Alan Rivers when grab Bobby take him in the kitchen ...
     anyway to separate the you know the angry of Harold I took him outside.

Q    Uhh huh.

A    Then five minutes or so Alan Rivers came out.

Q    Umm hmm.

A    And ahh ... where the ... where the haole (laughs) ...

Q    Umm hmm.

A    ... Alan said oh he went home through the back door. But then Harold was
     saying ahh ... his truck is over there.

CORP COUNSEL
C-00182

Taped Interview of Mr. Harry Nakaki
Report No. IA03-0515
Page 13

Q    Umm hmm. So ... so the stuff that happened outside, did ... did you see Harold

hit him out there?  Did Harold try to hit Bobby outside?

A    No, no because umm ... ahh ... Alan Rivers was ahh ... kind of like holding

Bobby ... bringing him to his truck.

Q    Oh so it was kind of like over already?

A    Yeah, yeah.

Q    And he was ...

A    I just heard the wall bang ...

Q    ... and he was walking ...

A    ... and I ran outside.

Q    ... right, right and then ...

A    I said what the hell going on.

Q    ... right and then Rivers is walking ...

A    Yeah ...

Q    ... ahh ... Bobby to the truck?

A    ... maybe well from where ... where ahh ... I stood next to Harold maybe about

10 feet because you know Alan Rivers was holding Bobby take him to his truck

yeah.

Q    Umm hmm.

A    You know separate them I would say.

Q    Umm hmm.

A    But the wall when bing you know.

CORP COUNSEL

C-00183

Taped Interview of Mr. Harry Nakaki
Report No. IA03-0515
Page 14

Q    'Kay.

A    Yeah Harold was yelling at ahh ... you know ahh ... Bobby Souza you know you

     fucken haole, why you false crack me? You know.

Q    Okay let ... let ... let ... let me try ... try read you this other portion of the

     transcript.

A    Yeah.

Q    Umm ... this is little bit the next page over but it says ahh ... you answer is well I

     figure umm ... my opinion he when false crack Harold two times. Harold fell on

     the concrete outside, then Harold just when kind of like give 'um one love tap on

     his lips.

A    Oh no that was inside.

Q    This stuff was inside?

A    Yeah.

Q    Oh okay, okay, okay.

A    Yeah that was inside.

Q    'Kay.

A    That's when ahh ... I think Alan ... Alan was accompanying ahh ... Harold back

     to the bar ... I guess ahh ... Bobby went to pick up his cigarette but ...

Q    Uhh huh.

A    ... evidently he sat back where he was drinking you know early with Donald

     Meinel.

Q    Umm hmm ... umm hmm.

CORP COUNSEL

C-00184

Taped Interview of Mr. Harry Nakaki
Report No. IA03-0515
Page 15

A     You know but ahh … then Harold was telling me let me talk to him you know …

Q     Mmm.

A     … no, no, no you know the thing what was happen was outside.

Q     Umm hmm … umm hmm.

A     But he tell me 'eh I just like talk to him you know.  I don't like the way he when

      false crack me.

Q     Mmm … mmm … mmm.

A     You know.  But things happened so fast in the bar you know.

Q     Uhh huh …

A     And then not like …

Q     … (inaudible).

A     … you know like … like if you punch somebody square you going hear that you

      know that …

Q     Mmm … umm hmm.

A     … noise, no it wasn't like that.

Q     Right, right, right.  And then umm … so just … just to make this clear so the

      outside stuff you didn't see Harold try and punch Bobby then yeah?

A     No because Harold was telling me that he never touch him.

Q     Okay.  But then you didn't see him …

A     No.

Q     … do any of that?

A     No, no.

CORP COUNSEL

C-00185

Taped Interview of Mr. Harry Nakaki
Report No. IA03-0515
Page 16

Q    But then inside the bar is when you saw Harold trying to punch ...

A    Yeah you know like ... yeah. That's you know the ... the hand going towards

Bobby yeah?

Q    ... uhh huh.

A    But ... but ahh ... you know between ahh ... one of Harold I guess he works for

Harold ...

Q    Uhh huh.

A    ... and ahh ... and ahh ... Alan Rivers you know it's not like you think you ...

you know like ... I mean (inaudible) ... I mean when you punch somebody, you

punch somebody you hear that "pack" you know ...

Q    Yeah.

A    ... it wasn't like ...

Q    So ... so ...

A    ... because the (inaudible) ... just was going backwards.

Q    ... mmm. So who ... who else ... who else was inside the bar at that time?

A    Ahh ... was umm ... you know myself, Alan Rivers and I don't know if the other

police officer ...

Q    What did he look like?

A    ... I think he Chinese or Korean I think.

Q    Oh young ... young guy? Old guy?

A    Kind of young guy.

Q    Mmm ... mmm.

CORP COUNSEL

C-00186

Taped Interview of Mr. Harry Nakaki
Report No. IA03-0515
Page 17

A    Yeah because he not the real fighter ... I mean he's the kind real kind of ahh ...
reserved person.

Q    Umm hmm ... umm hmm.

A    You know. He normally comes in with you know the gang from you know ahh
... Harold guys when they come you know ahh ... they feed 'um, have a few
drinks then they leave and they ... they not the kind ahh ... all night kind you
know.

Q    Mmm ... mmm.

A    Then had ahh ... ahh ... we call her Aunty Betty ahh ... Patricia Morton who's
my bartenderess that night.

Q    Umm hmm ... umm hmm.

A    Then ahh ... Joanne Terada. That she was playing the machine you know the
video machine that ahh ... situated right in front of the bar. Just ahh ... actually
umm ... 3 of us plus Harold, Bobby Souza, Alan Rivers, and ahh ... I think he's
Chinese.

Q    Mmm ... mmm.

A    You know the off duty policeman.

Q    Right, right, right.

A    Yeah.

Q    Umm hmm.

A    That's all.

CORP COUNSEL

C-00187

Taped Interview of Mr. Harry Nakaki
Report No. IA03-0515
Page 18

Q    So ... so where ... where were those two officers when Harold tried to punch Bobby?

A    Umm ... the Chinese guy was ahh ... ahh ... I would say on the right hand side of ahh ... Harold.

Q    Umm hmm.

A    You know so that I guess to prevent any incident and ahh ... Alan Rivers was just on the I would say left front of Bobby.

Q    Umm hmm.

A    You know I mean say not more then 4 feet away I would say.

Q    So ... so those two off duty officers are in between Bobby and ahh ... Harold?

A    Right, right, right.

Q    Oh okay.

A    Yeah they're just to prevent any really confrontation ...

Q    Uhh huh ... uhh huh.

A    ... you know. Ahh ...

Q    So wh ... when he tried to punch Bobby, is he trying ... is he punching over somebody or do you have to walk past the ... those other two officers?

A    ... I think ahh ... you're trying to reach over I think the other police officer. Maybe was on Harold's ahh ... I would say right front. I would say. You know not ... not really in the front subtly like on the right hand side of Harold.

Q    Mmm ... umm hmm.

CORP COUNSEL
C-00188

Taped Interview of Mr. Harry Nakaki
Report No. IA03-0515
Page 19

A    You know to I guess in case any confrontation from either you know from Bobby or you know. So it well, it kind of like ahh … reaching over you know pretty much.

Q    Umm hmm … umm hmm.

A    In arms length, not like you're staying two feet away, I going crack you know …

Q    Mmm … umm hmm. So did you … did you actually see umm … ahh … Harold actually make contact with Bobby's face?

A    Ahh … no just ahh … when I turned around you know like ahh … Bobby was kind like ahh … stepping back you know.

Q    Uhh huh. So did … but did you actually see Harold's hand contact Bobby's face?

A    No just ahh … I mean it happened … it happened so split second when I turned around like …

Q    Uhh huh.

A    … you know umm … ahh … Harold hand was kind of like coming back kind.

Q    Coming back already?

A    Yeah I mean you know … you know ahh … if I going throw one punch …

Q    Uhh huh.

A    … ahh … I wouldn't say he miss but …

Q    So …

A    … ahh … it looks like you know to me he when he kind of like glaze Bobby on the lips yeah.

Q    … uhh huh.

CORP COUNSEL

C-00189

Taped Interview of Mr. Harry Nakaki
Report No. IA03-0515
Page 20

A    Because Bobby when go step back.

Q    So ... so you actually saw his hand hit his lips?

A    Ahh ... I mean just split second I mean you know like, not full contact type.

Q    Yeah ... no, no but wh ... what exactly did you actually see?

A    When I turn around ...

Q    Yeah.

A    ... ahh ... just like you know I seen Harold hands going forward ...

Q    Yeah.

A    ... you know ...

Q    Oh going forward, okay.

A    ... yeah, yeah. I mean just in a split second.

Q    Wh ... which hand was that?

A    Ahh ... left hand.

Q    Left hand. And is his hand open or close?

A    Oh geez I would say close you know.

Q    Would say are you sure, you not sure?

A    Yeah ... no it was closed. I mean I'm sure.

Q    Uhh huh. Okay. So ... so ...

A    It wasn't a slap type 'eh.

Q    ... uhh huh, uhh huh. And so then he ... he ... he goes for his face so you

      actually see the arm going forward and coming in contact with Bobby's lips?

CORP COUNSEL

Taped Interview of Mr. Harry Nakaki
Report No. IA03-0515
Page 21

A    Yeah there Bobby was kind of like you know like he know I guess he seen the

     punch you know so he kind of like lean backwards yeah?

Q    Uhh huh.

A    So he never get a real full I would say contact where ...

Q    Yeah not a full hit?

A    ... no more ... no more ... yeah ... yeah.  You know no more like knock out teeth

     and all that.

Q    Yeah, yeah but was ... it was enough that he did make contact with him?

A    I would say yeah, glaze I would say.

Q    Right, right, right.  Uhh huh, uhh huh.  Okay.  Did you see any injuries on Bobby?

A    No because Bobby was laughing up.

Q    Mmm.

A    You know after ahh ... Harold and everybody left ...

Q    Umm hmm.

A    ... because Harold wanted to go no, no brudda you go home and wait you know

     there's always tomorrow.  Then I came back in the bar and Harold was ... I mean

     Bobby was laughing up, bragging to me and Aunty Betty and Joann how he when

     go false crack Harold you know I mean ...

Q    Mmm ... umm hmm.

A    ... so I told him you know Harold had you know aneurysm ... big aneurysm

     surgery why you false crack him for you know?

Q    Umm hmm.

CORP COUNSEL

C-00191

A    (Inaudible) ... fuck him, fuck him. I tell him ... that's when I told him you know ten years I have the bar and I never see nobody get caught you know ... false crack or you know or any kind of fist fight in the bar. I mean people mouth off but they respect the place they drink 'eh you know all the ACO, the Narco and you know all the HPD guys they come over here. But never you know.

Q    Umm hmm.

A    Or any you know big incident I would say.

Q    Right, right, right.

A    Because they always tell me they you know after ... even though they all get ... all ... Harry, sorry 'eh you know they apologize because they ...

Q    Umm hmm.

A    ... always tell me oh I respect the place you know ahh ... where they drink 'eh?

Q    Umm hmm ... umm hmm.

A    You know because ... I guess ahh ... they respect the ... the people 'eh ...

Q    Umm hmm.

A    ... that always stay work in the bar ...

Q    Mmm.

A    ... Aunty Betty, myself, you know whoever.

Q    Umm hmm ... umm hmm. Okay.

A    But ahh ... after when ... when ahh ... when you know when Harold go out ahh ... Bobby was sitting, laughing up, making a big joke how he when false crack Harold and ...

CORP COUNSEL
C-00192

Taped Interview of Mr. Harry Nakaki
Report No. IA03-0515
Page 23

Q    Umm hmm.

A    ... I didn't see any injury even the next day when well ... that ... that night ahh ... I was closing up, Bobby said ahh ... I going come back tomorrow clean up, I gotta go Waipahu you know clean up the Shopping Center ...

Q    Umm hmm.

A    ... the next ... the ... the next afternoon he came by umm ... still bragging how he when false crack Harold but there's no physically injury that I can see ...

Q    Mmm ... mmm.

A    ... and even Aunty Betty said, what ... what he you know what he filing complaint there's ...

Q    Umm hmm.

A    ... who got the worst was Harold.

Q    Mmm ... mmm.

A    You know because ahh ... few days later I mean Harold's jaw was ... his left hand side was ... was swollen as ever and even after I would say close to two months, he would have that mean black and blue on his left jaw ... left side of the jaw.

Q    Umm hmm ... umm hmm.

A    But I know ahh ... I told ... I told Harold he's making this kind, why no go file ... file ... file some kind of charge against him you know.

Q    Umm hmm.

A    Because how me and Aunty Betty feels Bobby is doing this to protect his okole.

CORP COUNSEL

C-00193

Taped Interview of Mr. Harry Nakaki
Report No. IA03-0515
Page 24

Q    Mmm.

A    You know ... you know what I mean?  Because he when ... he when ahh ...

cause ahh ... some kind of injury to an off-duty policeman.

Q    Umm hmm ... umm hmm.

A    To me, Aunty Betty, Joanne we never see any injury on him and he was laughing

up that night.

Q    Umm hmm.

A    (Laughs) ... that's why we shock me and Aunty Betty, Joanne we shock.

Q    Mmm.

A    You know ... injury.

Q    Umm hmm.

A    I cannot ... I cannot believe.

Q    Yeah let ... let me ask you something though ... you know I ... I've been talking

with ahh ... ahh ... the officers and stuff ...

A    Yeah.

Q    ... and stuff that went there and I read the transcripts ...

A    Right, right.

Q    ... from ahh ... Patty and ... and ... and the other ...

A    Umm hmm.

Q    ... umm ... and ... and I'm just a little curious but no ... no ... nobody mentioned

anything about things happening in the bars.  Is there a reason why they'd be like

lying or something?  Did something else happened or ...

CORP COUNSEL C-00194

Taped Interview of Mr. Harry Nakaki
Report No. IA03-0515
Page 25

A    Happen in the bar?

Q    ... yeah. It ... that ... ahh ... so ... so far ...

A    Because I know ahh ... when because umm ... I know umm ... ahh ... Bobby was

sitting you know in the bar ...

Q    ... mmm.

A    ... if you come in the bar there's a telephone pole ...

Q    Umm hmm.

A    ... right by the register ...

Q    Umm hmm.

A    ... Bobby was sitting right next to the telephone pole.

Q    Mmm.

A    And ahh ... Harold them was sitting on the umm ... mauka side of the bar ...

Q    Umm hmm.

A    ... you know well you talking about maybe 10 feet away ...

Q    Umm hmm.

A    ... from where Bobby was sitting and all Harold's men.

Q    Mmm.

A    You know so ...

Q    No, no what ... what I'm saying is you know the stuff about umm ... Harold

punching Bobby inside the bar, like ... like people are saying umm ... that ... that

happened outside of the bar ...

CORP COUNSEL
C-00195

Taped Interview of Mr. Harry Nakaki
Report No. IA03-0515
Page 26

A        ... oh they went punch well ... Bob ... I know Bobby ahh ... listening you know

to the other guys ahh ... the other ahh ... he ... he told me that Bobby you know

well punch Harold is what the policemen told me.

Q        Mmm ... mmm ... mmm.

A        You know but there's no other incident that I can think of that only that one

incident that I ran out.

Q        Mmm.

A        Never had any ahh ... any type of ahh ... I would say competition with anybody

else.

Q        Umm hmm.

A        Because when I was coming back from the ... ahh ... ahh ... Laundromat I know

I seen Harold guys going out ahh ... going out either they was going home or they

was going to the toilet ...

Q        Mmm.

A        ... because umm ... (clears throat) ... everybody left one time.

Q        Mmm.

A        You know.  Then after ... then I seen Bobby Souza going out ...

Q        Mmm.

A        ... you know.

Q        No, no what ... what I'm saying is that I kind of wanted your opinion but umm ...

wh ... wh ... why do you think that they would be telling me something different

then what you're telling me?

CORP COUNSEL

Taped Interview of Mr. Harry Nakaki
Report No. IA03-0515
Page 27

A      Ahh ...

Q      Because they're ... they're saying yeah Harold when try and hit Bobby you know

       ...

A      ... only inside.

Q      ... no but their saying it happened outside though.

A      Umm ... they wouldn't know anything happen outside. They only heard from

       what I ... what I said.

Q      Mmm ... no, no I mean the ...

A      Because ... (inaudible).

Q      ... the other policeman the ones that was outside when they were outside. After

       you know the part where you heard them bump the wall and stuff?

A      Yeah, yeah I heard the wall bang.

Q      Yeah. Cause the officers saying oh yeah Harold when try whack him back but

       that was when they were outside.

A      Oh that part I never see because ...

Q      Oh.

A      ... when I heard the wall bang ... I was there, I was out there in about oh I would

       say no more then 4 seconds, I ran out you know.

Q      Mmm ... but ... but what ... what they're saying is umm ... after ... after that

       incident, nothing else happened after that.

A      No. I mean ahh ... ahh ... in the bar, after the incident ... after ... after all you

       saying after all the incidents?

CORP COUNSEL

C-00197

Q    No, no, no after you know you hear the bump on the wall ...

A    Yeah, yeah, yeah, yeah.

Q    ... that incident outside ...

A    Umm hmm.

Q    ... they're saying after that nothing else happened already.

A    No. Ahh ... not outside, because I was outside all the time.

Q    Right but then umm ... you ... you were saying the kind tried ... Harold tried to

hit Bobby inside the bar.

A    Right.

Q    And that happened after that.

A    After ahh ... when Bobby Souza came back into the bar I guess to maybe finish

his drink.

Q    Right, right.

A    Yeah, then after. Because that's when Harold ahh ... was telling me he like go

talk to the haole, why he when false crack me.

Q    Right. And then from there that's when you saw him ahh ... try and hit Bobby?

A    Right.

Q    Mmm ... what ... what ... what would ... what do you think why ... why would

other be telling me something else? Is that ... you know that you can think of

cause I'm just really confused right now?

A    Umm ... geez I don't know ahh ... that's you know ...

CORP COUNSEL
C-00198

Taped Interview of Mr. Harry Nakaki
Report No. IA03-0515
Page 29

Q    Can you think of anything like I ... I ... I don't if it was chaotic over there or what but ...

A    No I mean ...

Q    ... you know.

A    ... just umm ... myself, Aunty Betty behind the bar, Harold, Bobby Souza, Alan Rivers, and ahh ... the other they off duty and Joanne that's about it.

Q    Mmm ... mmm.

A    You know ahh ... because if somebody punch me I know I going punch him back you know what I mean?

Q    Yeah, yeah, yeah. Yeah ... no ... yeah make sense to me too.

A    Yeah.

Q    You know but I was wondering oh how come you know everybody else was saying that it only happened outside and nothing happened inside the bar.

A    Well I don't ... I don't know if Aunty Betty them seen the scene because they was ahh ... I guess their back was ... they was folding the towels 'eh.

Q    Yeah.

A    Ahh ... their back was ahh ... Aunty Betty's back was well Aunty Betty was facing I would say Diamond Head.

Q    Umm hmm ... umm hmm.

A    You know and Joanne ahh ... they was folding was towels so ahh ... Jo ... Aunty Betty guys never see anything other then what I told them.

Q    Mmm ... mmm.

CORP COUNSEL

C-00199

Taped Interview of Mr. Harry Nakaki
Report No. IA03-0515
Page 30

A    You know.

Q    Yeah.

A    Ahh ... that's the only thing I can think of.

Q    Yeah. Okay no ... yeah I'm just trying sort everything out.

A    Yeah.

Q    Yeah it's just not all coming you know it's not really coming together right now.

A    Oh (laughs).

Q    Yeah okay.

A    Because the thing was all in split second I mean.

Q    Mmm.

A    You know.

Q    Mmm ... mmm.

A    Because when ahh ... when I accompanied Harold back in the bar after ahh ...

Bobby Souza you know came back in the bar ...

Q    Umm hmm.

A    ... because he walked right around us outside you know ... that's when Bobby

said, let me talk to him. I told him ... holding ... I was holding Harold ... no, no,

no, no brah you stay over here (laughs). Yeah.

Q    Mmm ... this was before you guys went into the bar?

A    Yeah.

Q    Oh I see.

A    (Inaudible).

CORP COUNSEL

C-00200

Q    Yeah, yeah, yeah.

A    Outside.

Q    Umm hmm ... umm hmm ... umm hmm. Oh okay.

A    Yeah the thing ... that ... in split second I mean I just turn around to look at the table, I turned around then you know ... ahh ... that's when everything you know ... was so fast ...

Q    Mmm. So after that what umm ... then Harold just left or something?

A    ... yeah well like I ... I grabbed Harold, put 'um out you know I take him outside ...

Q    Mmm.

A    ... Alan Rivers was holding Bobby Souza ...

Q    Mmm.

A    ... take him away ... you know just take him in the kitchen to get him away from Harold I would say ...

Q    Umm hmm.

A    ... but at ... at that time was take ... umm ... me and Harold was walking outside to keep him outside.

Q    Mmm.

A    And about 5 minutes later or so Alan Rivers came out ahh ... then Harold was telling Alan Rivers where ... you know where the haole? Alan ahh ... Alan told him ahh ... (clears throat) ... he went out through the back door.

Q    Mmm ... mmm ... mmm.

CORP COUNSEL

C-00201

Taped Interview of Mr. Harry Nakaki
Report No. IA03-0515
Page 32

A    And Harold was telling him oh his truck is over there you know but after a while then you know I said to Harold, you know you guys go home already.

Q    Mmm.

A    And that's when Harold ... Harold went home.

Q    Oh Harold went home?

A    Yeah.

Q    So ... so ...

A    Because I had to make sure he gets in his car and make a right turn out of the parking lot.

Q    ... yeah ... oh ... oh.

A    Then everybody when follow him.

Q    Yeah.

A    You know then I came back in the bar then Bobby Souza was laughing up, bragging how he when ...

Q    Oh so ... so Bobby stayed over there?

A    ... yeah, yeah.  He stayed until when I was closing up the bar because he ... he was ahh ... actually he comes in during the early evening clean up yeah?

Q    Mmm ... umm hmm ... umm hmm.

A    You know clean up the place because he ... he ...

Q    Yeah.

A    ... handles the maintenance and janitorial ...

Q    Umm hmm ... umm hmm.

CORP COUNSEL

Taped Interview of Mr. Harry Nakaki
Report No. IA03-0515
Page 33

A       ... cause when he left ... when I told him I'm closing up ahh ... because was ...
        was 2:00 I would say ahh ... then he told me he gotta go ... he going come back
        tomorrow, clean up the place and he gotta go Waipahu, go clean up Waipahu
        Shopping Center.

Q       Mmm ... umm hmm.

A       To clean up so he left, 'kay?  Me, Aunty Betty, Joanne we locked up and we left.

Q       Mmm ... mmm.

A       And then Bobby came back next day, you know when he was bragging how he
        when false crack Harold that's when I got mad too yeah (laughs) ... I started ... I
        never say to much.

Q       Mmm ... umm hmm ... umm hmm.

A       I just let it go.

Q       Okay.  Yeah okay.  Umm ... I have no further questions.  Is there anything else
        you haven't told me that could be helpful to this investigation?

A       Ahh ... the only thing I can say umm ... you know Bobby never get injured ahh
        ... I don't know why he pursuing the case.

Q       Mmm ... mmm.

A       You know.

Q       Umm hmm.

A       So when ... when I.A. talk to me that's when I talk to ... I called the Liquor
        Commission ahh ... you know what happened and they told me not to worry.  The

CORP COUNSEL

C-00203

criminal charges come up then that's when they going start ahh ... investigating

of really what happened inside.

Q    Umm hmm.

A    You know.

Q    Umm hmm ... umm hmm.

A    That's what ahh ... you know Phil Sunada, Bobby Nakasato, you know all them

guys?

Q    Mmm.

A    Yeah I when go call them up.  You know just to let them know that I.A. came

investigate the situation where Bobby Souza when false crack Harold.

Q    Umm hmm.

A    Then I called my insurance agent you know the ... the property ahh ... that I have

insured the building for ...

Q    Umm hmm.

A    ... they told me not to worry because the only (inaudible) ... I need to worry is

that Harold going press charges against me because he's the only guy got hurt.

You know.

Q    Mmm ... mmm ... umm hmm ... umm hmm.

A    That's why I was never worried.

Q    Umm hmm ... umm hmm.

CORP COUNSEL

Taped Interview of Mr. Harry Nakaki
Report No. IA03-0515
Page 35

A    Yeah because Bobby ... Phil Sunada guys umm ... (clears throat) ... (inaudible)

     ... Gaylord they said, if criminal charges then they come ... they're ... they'll

     talk to me and ahh ... whoever was in the bar.

Q    Mmm.

A    So I'm okay but I want to let you guys know you know what I mean?

Q    Umm hmm ... umm hmm.

A    (Laughs).

Q    Okay, anything else?

A    Ahh ... that's about it.

Q    That's it?  Okay.  That concludes the interview, the time now is 1433 hours.

Transcript of taped statement prepared by the undersigned:

*Leanne Eguchi* (signature)

LEANNE EGUCHI            #004533
Sr. Clerk Typist – Internal Affairs
03-04-04                 1000

*Roy Sugimoto* (signature)

ROY SUGIMOTO            #806395
Detective, Internal Affairs
Date: 3-4-04   Time: 1445

CORP COUNSEL

C-00205