ROBERT SOUZA  
94-557 ALA POAI STREET

08-13-03

IA 03-0515

Page 1 of 19 pages

TAPED INTERVIEW OF : Officer AUGUST BELDEN conducted by Detective ROY SUGIMOTO at the Office of Internal Affairs, on Tuesday, February 3, 2004, commencing at 0925 hours and terminating at 0941 hours.

PRESENT : Officer AUGUST BELDEN  
Detective ROY SUGIMOTO

Transcript prepared by Secretary LAURIE K. ARAKAWA.

----------oOo----------

<u>DETECTIVE ROY SUGIMOTO QUESTIONING OFFICER AUGUST BELDEN:</u>

Q   This is Detective Roy Sugimoto. This interview is being conducted at the Office of Internal Affairs. The following is a tape-recorded interview with August Belden. Uhh, the date today is February 3rd, 2004, and the time right now is 0925 hours. Prior to the onset of this interview, you were presented a copy of Internal Complaint form 367. Have you received this particular document?

A   Yes, I have.

**ORIGINAL**

EXHIBIT 13   CORP COUNSEL C-00298

Taped Interview of Officer AUGUST BELDEN
Report No. IA 03-0515
Page 2
------------------------------------------

Q   Have you signed this form?

A   I believe I have, yeah.

Q   And the date and time indicated on that form?

A   What is that, 12-10-03, at 0920 hours.

Q   Before making any inquiries into the alleged incident, I would like to be sure that you're familiar with the provisions of Support Operations Policy 5.01 entitled Complaints and Internal Investigations as it Relates to Administrative Investigations. Have you been allowed sufficient time to read and understand the provisions of this policy?

A   Yes.

Q   Did you read and understand HPD form 367B?

A   Yes.

Q   And have you signed this form?

A   Yes, I have.

Q   The date and time indicated on that form?

A   12-10-03, 0920 hours.

Q   And did you also read and understand the form entitled Garrity Rights?

Taped Interview of Officer AUGUST BELDEN
Report No. IA 03-0515
Page 3
-------------------------------------------

A   Yes.

Q   And did you sign that form?

A   Yes, I did.

Q   And the date and time on that form?

A   12-10-03, 0920.

Q   Have you been allowed sufficient time to read and understand the provisions of Article 12 of the State of Hawaii Organization of Police Officers union contract?

A   Yes.

Q   Are you waiving union representation at this time?

A   Yes.

Q   What is your full and correct name?

A   August Cadwell Belden.

Q   Would you spell your last name, please?

A   B-E-L-D-E-N.

Q   Your middle name?

A   Cadwell, C-A-D-W-E-L-L.

Q   And your first name?

A   August, A-U-G-U-S-T.

Q   Are you known by any other names or nicknames?

Taped Interview of Officer AUGUST BELDEN
Report No. IA 03-0515
Page 4
------------------------------------------------

A   Augie.

Q   What is your badge number?

A   3225.

Q   Your identification number?

A   065270.

Q   Your appointment date?

A   7-18-86.

Q   Your rank and current assignment?

A   MPO Motor 2 in District 7 patrol, day ops.

Q   Have you consumed any alcohol within the last twenty-four hours?

A   No.

Q   Is there anything that could prohibit you from providing an accurate and correct statement at this time?

A   No.

Q   I'm investigating Internal Affairs report number 03-0515 filed by Robert Souza. This complaint involves an incident which allegedly occurred on or about 8-13-2003. On that date, prior to you finishing your shift... You recall when the last time was that you saw Sergeant Uehara?

Taped Interview of Officer AUGUST BELDEN
Report No. IA 03-0515
Page 5
------------------------------------------------

A   The last time I saw him?

Q   Yeah, prior to the end of your shift.

A   Uhh, prior to the end of the shift?  No, I can't recall.

Q   How 'bout Officers Rivers, Hendricks, Villaflor or Yi?

A   Umm, I saw them towards the end of the shift, usually when we finish up our reports and whatnot and then at the bar.

Q   So prior to you folks getting off, about what time did you... You recall what time you saw Officers Rivers, Hendricks, Villaflor and Yi?

A   Prior to going to the bar?

Q   Yes.

A   I would say it's gotta be around close to nine o'clock at night.

Q   'Kay. In your to/from report, you stated that you arrived at Club L'Uraku Cho at about 2250 hours.

A   Umm-hmm.

Q   Umm, do you recall who was in the bar at that time when you arrived?

Taped Interview of Officer AUGUST BELDEN
Report No. IA 03-0515
Page 6
-----------------------------------------

A   When I arrived, Harold Uehara was there, Jason Hendricks, Ben Villaflor, I believe Alan was there. I'm not sure. And Rick (inaudible).

Q   Prior to the incident that occurred outside L'Uraku Cho, do you recall what time other officers departed?

A   No. I know that Ben and Jason had left though.

Q   Ben?

A   Villaflor and Jason Hendricks had left.

Q   What time did umm...did you and Sergeant Harold Uehara go outside to discuss Officer Rick Yi's work performance?

A   God, I really can't tell you. I'm not sure what time.

Q   'Kay. Well, in...while in the parking lot, did you see the altercation between Sergeant Uehara and Robert Souza?

A   No, I didn't.

Q   Did you hear anything?

A   No. All I heard was Rick Yi saying something to the effect, what, do you wanna get arrested? That's all I heard.

Q   Did you see Sergeant Uehara hit or touch Souza in any way?

A   No.

RS/LKA/AR4

CORP COUNSEL

C-00303

Taped Interview of Officer AUGUST BELDEN
Report No. IA 03-0515
Page 7
----------------------------------------

Q   How 'bout Robert Souza? Did you see him hit or touch Uehara in any way?

A   No.

Q   Did you hear Uehara say anything?

A   Basically, that he false cracked me when I came back to him. And he was angry, but that was it.

Q   What about Souza? What was he saying?

A   I have...I don't recall him saying anything.

Q   In your to/from report, you stated that you observed Officer Yi restraining Souza. Can you describe what you meant by restraining?

A   Umm, like pushing him against the wall, kind of holding him up like this. Like this.

Q   So putting his weight up against him or his arm?

A   Yeah. Yeah, pushing him against the wall so he couldn't move.

Q   And at that time, what's Souza doing?

A   He's just uhh...he's complying. He wasn't like, resisting that I could tell. You know, if he was, I'm sure we all ran over there but.

Taped Interview of Officer AUGUST BELDEN
Report No. IA 03-0515
Page 8
-------------------------------------------------

Q   Umm-hmm.

A   Rick seemed to have it under control. It didn't seem like he was going...going out of control in any way.

Q   And then uhh, was Souza saying anything at that time?

A   I wasn't paying attention. I was paying more attention to Harold.

Q   Did Yi strike Souza in any way?

A   No, no way.

Q   Did he ever strike him with his elbows or knees?

A   No, not that I saw, no.

Q   And based on those observations, what was Yi trying to accomplish at that time?

A   Just to restrain the male. You know, there wasn't any further altercation, you know. I wasn't even aware of really what had happened, so.

Q   Did you observe Officer Alan Rivers restrain Souza in any way?

A   No.

Q   What...do you recall where Officer Rivers was when this was going on?

Taped Interview of Officer AUGUST BELDEN
Report No. IA 03-0515
Page 9
----------------------------------------

A     When we walked back from the parking lot, we went over to Harold, and Rick was with Souza. And then I was like, facing Harold. Harold's facing where Souza was way behind me and Harold's all upset. So just kind of like, Harold, Harold, come on, this kind of stuff. And Alan went...eventually went back and that...did some point took Souza into the bar, I guess.

Q     Umm-hmm. So you were staying with...

A     Harold.

Q     ...Harold?

A     Yeah.

Q     And then uhh, Alan went over to...

A     Yeah.

Q     ...where Rick and Souza was?

A     To take him away, yeah.

Q     Okay. Did you ever hear Sergeant Uehara saying uhh, anything to the effect not to punch Souza or not to retaliate against Souza?

A     No way, no way.

Taped Interview of Officer AUGUST BELDEN
Report No. IA 03-0515
Page 10
-------------------------------------------

Q   While in your present, did Robert Souza ever ask you for any type of assistance?

A   I never even really talked to the guy. I was with Harold. Souza was back there.

Q   About how far away you think you folks were?

A   Oh, God, I'd have to see the parking lot, but I'd say it was a good...I mean, I imagine, I've only been down there twice. Uhh, gotta be at least twenty feet, more, more than that even.

Q   Based on your observations what was happening at that time, could he have used your assistance or was there anything else that you could have done to assist Souza or...

A   No, I believe that Rick had him under control and Alan was taking control of that. My main concern was Harold cause he was...he was upset.

Q   Was anyone else with Harold or was it just you and Harold?

A   No, Rick was there.

Q   As far as Rick Yi was...first was restraining Souza and...

A   Or just coming back, yeah.

Taped Interview of Officer AUGUST BELDEN
Report No. IA 03-0515
Page 11
----------------------------------------

Q   Right, right, right. And then so after you folks came back, you, Rivers and then you said Rivers had kind a gone towards Yi and Souza?

A   Yeah. Well, we were just in the action that moved in, but somehow Rick and I were with Harold there. But I was just concentrating on Harold, you know.

Q   Right.

A   Calm down, just relax, this kind of thing. So I wasn't really looking what was going on behind me.

Q   So at one point, is it just you and Harold together?

A   There was a point, some point there, yeah.

Q   And was...did anyone else come around by you folks?

A   No, not that I recall.

Q   So at that point, your...your intentions is to do what with Harold?

A   Calm him down.

Q   'Kay.

A   So there's nothing further that goes on.

Q   Do you recall or did you hear anyone offer Souza any specific assistance?

Taped Interview of Officer AUGUST BELDEN
Report No. IA 03-0515
Page 12
-------------------------------------------

A   I was a distance from him. So I didn't hear.

Q   Based on your observations, did Souza require any other assistance aside from what he was getting?

A   Everything seemed at that time to calm down and fine...I didn't...I didn't notice any injuries on anybody. I wasn't really close to Souza to really notice anything.

Q   Was anybody else with Souza besides Rick Yi and Alan Rivers?

A   I don't know. I don't recall anybody out there.

Q   At any point, did Souza need to be protected from the actions of Officer Rivers or Yi?

A   No, I don't think so.

Q   Did anyone inform you that Souza had punched Uehara?

A   Harold, just what he was saying, he was false cracked.

Q   Based on your observations, I don't know if you have an opinion or not, but do you know who the aggressor was in all of this?

A   The aggressor? Well...

Q   Just on what you know, if you know.

Taped Interview of Officer AUGUST BELDEN
Report No. IA 03-0515
Page 13
-------------------------------------------------

A    Well, I would say Harold was a little agitated because of our conversation and he was a little pissed off. So maybe he was uhh, what you might call the aggressor.

Q    Did...after the altercation in the parking lot, did you ever go back into the bar?

A    I walked through there once just to make sure everything was alright and walked through.

Q    And then so when you walked through, who was in the bar at that time?

A    God, I don't know the people that were in there, but I saw Souza was sitting at a room or something. I kind a walked by him. And I just...everything was fine, calm down. I walked out. That was the time for me to leave.

Q    So from the parking lot, you're with Harold. While you're still with Harold, does Rivers then take Souza into the bar? What happens at that point?

A    Alan had already taken him into the bar. He was in there already, yeah.

Q    Okay. And where...do you recall where Rick Yi was?

A    He was outside.

RS/LKA/AR4

CORP COUNSEL

C-00310

Taped Interview of Officer AUGUST BELDEN
Report No. IA 03-0515
Page 14
-----------------------------------------

Q   And then from there, Harold is still outside?

A   Yeah.

Q   And then you went into the bar?

A   As...as I recall it, yeah.

Q   Uhh-huh.

A   Everything was calm down at that point, yeah.

Q   And then so you go back. And what happens when you go back into the bar?

A   Nothing really. I just walked through to make sure that everything's okay and walk out.

Q   Right, right, right. Uhh, what are you observing when you go inside there? What...are you saying anything to anybody? Are you...

A   I walked by Souza. He's sitting on...I don't know what...I'm not familiar with the place, if it was the kitchen or whatever. He's sitting there. I just kind a walk by 'em, say what...what happened, this kind a thing like that...

Q   Uhh-huh.

Taped Interview of Officer AUGUST BELDEN
Report No. IA 03-0515
Page 15
-------------------------------------------

A     ...and walked out cause I...you know, I didn't...I wasn't aware of what was going on.

Q     So you walked into the kitchen area?

A     No, I didn't walk into it.

Q     Oh, was by the kitchen?

A     Kind a walked through the bar, yeah.

Q     Oh, okay. And then you...you put your arms out? Just to describe it on tape, but so you're over there with your palms facing forward, your arms extended?

A     I don't know, just kind a what...what happened. Kind a like, in amazement cause, you know, the whole thing was like, coming together what had happened in the parking lot, cause I...

Q     Was...was there a response to your uhh...that physical gesture of what happened?

A     Not really. I mean, I looked at him. He seemed okay. Everything seemed okay at that point.

Q     Uhh-huh.

Taped Interview of Officer AUGUST BELDEN
Report No. IA 03-0515
Page 16
-----------------------------------------

A   Just the stupid couple...the stupid guys had had a couple of beers and somehow had an altercation. Was time to get the hell out of there.

Q   And then what...what was Souza doing?

A   He was sitting on a chair, I believe, yeah.

Q   Umm-hmm. And then was he doing anything? He's just sitting there or...

A   No, he wasn't doing anything I recall. I was only there a second or two.

Q   And then uhh, any sign of any type of injury or...

A   No, not that I could tell.

Q   What was his demeanor at that time?

A   He seemed fine, yeah. I mean, he was in the bar earlier that evening when we were there and he was...he was friendly. He was sitting at the bar and he was like, watching us sing and everything else. You know, he seemed friendly. I didn't see any problem with him at all.

Q   So when you walked by him, he...he did look at you when you...when you gestured him as to like, 'eh, why, what's going on?

RS/LKA/AR4

CORP COUNSEL

C-00313

Taped Interview of Officer AUGUST BELDEN
Report No. IA 03-0515
Page 17
-----------------------------------------

A   Yeah, he looked toward me, yeah.

Q   And did he respond at all?

A   Not that I recall.

Q   He didn't ask you for any police assistance at that time?

A   No.

Q   And then from that point, you departed?

A   I went outside, yeah.

Q   And then to your car and left?

A   Went to my car and then when I was about to drive away, Harold was outside and everything was fine at that point, right?

Q   Umm-hmm.

A   So I just kind a drove off to say good-night and everything else, make sure everything...Harold came up and said, hey, you know, sorry, Augie, whatever. And then uhh, I drove home.

Q   Umm-hmm. So Alan Rivers, Rick Yi, Sergeant Uehara, they're still at the club when you leave?

A   Yeah, as far as I know. They're...everybody looks like everybody's about to go, you know.

Taped Interview of Officer AUGUST BELDEN
Report No. IA 03-0515
Page 18
-----------------------------------------------

Q   Umm-hmm. Okay. In your to/from report, you stated Officer Rick...Officer Yi and Rivers both acted appropriately in separating both Souza and Sergeant Uehara who appeared intent on furthering the altercation. Who was intent on furthering or was it both of them?

A   Well, what I could see from where I was at, that that was, you know, Harold was upset, you know, because he said he got false cracked. So he was like, trying to go that direction, you know, and I'm trying to like, no, no, no, no, no, you know.

Q   Okay. Well, okay. So was it Sergeant Uehara that appeared intent on furthering that altercation?

A   From what I was observing. I didn't know what Souza was doing behind me or where he was or anything else.

Q   Umm-hmm.

A   I was just paying attention to Harold.

Q   What is Harold saying at that point?

A   Oh, he's just mad. You know, he's just pissed off. He false cracked me, he false cracked me, you know, that kind a stuff.

RS/LKA/AR4

CORP COUNSEL C-00315

Taped Interview of Officer AUGUST BELDEN
Report No. IA 03-0515
Page 19
-------------------------------------------

Q   Okay. Umm, I have no further questions. Is there anything else you haven't told me that could be helpful to this investigation?

A   No.

Q   Has everything you testified to today been true to the best of your knowledge?

A   Yes, it has.

Q   'Kay, that concludes the interview. The time right now is 0941 hours.

----------o0o----------

I hereby attest to what I have heard and transcribed herein to be true and correct at the time of transcription noted below:

LAURIE K. ARAKAWA          041550
Secretary                  ITD
03-08-04                   0515 hours

Edited by: _____
Date: 3-8-04    Time: 0941

RS/LKA/AR4

**ORIGINAL**
**CORP COUNSEL**

C-00316