IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| ROBERT SOUZA, | ) | CIVIL NO. CV 04-00535 DAE/BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| CITY AND COUNTY OF HONOLULU; HAROLD UEHARA, in his individual and official capacity; ALAN RIVERS, in his individual and official capacity; RICK S.Y. YI, in his individual and offical capacity; AUGUST C. BELDEN, in his individual and official capacity; JEREMY HARRIS, in his official capacity as Mayor; LEE DONOHUE in his individual and official capacity as Police Chief; TAVERN 515, INC. d.b.a. CLUB YURAKUCHO; HARRY NAKAKI; JOHN AND JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and OTHER DOES ENTITIES 1-10, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that one copy of the within was duly served this date to the following at the address listed below:

CARRIE K.S. OKINAGA, ESQ.                (Via CM/ECF)
D. SCOTT DODD, ESQ.
Department of the Corporation Counsel
530 South King Street, Room 110
Honolulu, Hawaii 96813
E-mail: dsdodd@honolulu.gov

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
ALAN RIVERS, RICK S.Y. YI, and
AUGUST C. BELDEN


CARY T. TANAKA, ESQ.                     (Via CM/ECF)
DIANE K. AGOR-OTAKE, ESQ.
Suite 510, Fort Street Tower
745 Fort Street
Honolulu, Hawaii 96813
E-mail: carytanaka@aol.com

Attorneys for Defendant
HAROLD UEHARA

DATED: Honolulu, Hawaii,   November 9, 2007   .


　　　　　　　　　　　　 /s/ Eric A. Seitz
　　　　　　　　　　　　ERIC A. SEITZ