# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 04-00535BMK |
| CASE NAME: | Robert Souza v. City and County of Honolulu, et al. |
| ATTYS FOR PLA: | Eriz A. Seitz |
| ATTYS FOR DEFT: | Cary T. Tanaka, D. Scott Dodd |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 11/28/2007 | TIME: | 2 - 2:13 |

COURT ACTION: EP: [130] Defendant City and County of Honolulu's Motion for Summary Judgment - taken on advisement.

[133] Defendant Harold Uehara's Motion for Partial Summary Judgment - taken on advisement.

[137] Defendants August C. Belden, Alan Rivers, and Rick Y.S. Yi's Motion for Partial Summary Judgment - taken on advisement.

Submitted by Richlyn Young, Courtroom Manager