IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA, ) | Civil No. CV04 00535 DAE BMK |
| ) | (Other Civil Rights) |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| ) | |
| CITY AND COUNTY OF ) | |
| HONOLULU; HAROLD UEHARA, in ) | |
| his individual and official capacity, ) | |
| ALAN RIVERS, in his individual and ) | |
| official capacity; RICK S.Y. YI, in his ) | |
| individual and official capacity; ) | |
| AUGUST C. BELDEN, in his ) | |
| individual and official capacity, ) | |
| JEREMY HARRIS, in his official ) | |
| capacity as Mayor; LEE DONOHUE in ) | |
| his individual and official capacity as ) | |
| Police Chief; TAVERN 515, INC. d.b.a.) | |
| CLUB YURAKUCHO, ) | |
| HARRY NAKAKI; JOHN AND JANE ) | |
| DOES 1-10; DOE PARTNERSHIPS ) | |
| 1-10; DOE CORPORATIONS 1-10; ) | |
| and OTHER DOE ENTITIES 1-10, ) | |
| ) | |
| Defendants. ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the within was duly served by the

methods of service noted, a true and correct copy of the foregoing was duly served on

the following individuals at their address listed below on February 14, 2008:

-2-

**Served Electronically through CM/ECF**:

 ERIC A. SEITZ, ESQ.        eseitzatty@yahoo.com
 820 Mililani Street, Suite 714
 Honolulu, Hawaii  96813
 Attorney for Plaintiff

 CARY T. TANAKA, ESQ.       carytanaka@aol.com
 Suite 510 Fort Street Tower
 745 Fort Street
 Honolulu, Hawaii  96813
 Attorney for Defendant HAROLD UEHARA

 DATED:  Honolulu, Hawaii, February 14, 2008.

            CARRIE K.S. OKINAGA
            Corporation Counsel


            By /s/ D. Scott Dodd
             D. SCOTT DODD
             KATE S. METZGER
             Deputies Corporation Counsel

             Attorneys for Defendants
             CITY AND COUNTY OF HONOLULU,
             ALAN RIVERS, RICK S.Y. YI AND
             AUGUST C. BELDEN