LAW OFFICES OF CARY T. TANAKA

CARY T. TANAKA        4858-0
DIANE K. AGOR-OTAKE 7751-0
Suite 510 Fort Street Tower
745 Fort Street
Honolulu, Hawaii  96813
Telephone:  536-8885
email:  carytanaka@aol.com
        dka@hawaii.rr.com

Attorneys for Defendant
HAROLD UEHARA


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII


| | |
|---|---|
| ROBERT SOUZA,                                )<br>                                              )<br>            Plaintiff,         )<br>                                              )<br>     vs.                                      )<br>                                              )<br>CITY AND COUNTY OF HONOLULU;   )<br>HAROLD UEHARA, in his               )<br>individual and official            )<br>capacity, ALAN RIVERS, in his )<br>individual and official            )<br>capacity; RICK S.Y. YI, in      )<br>his individual and official     )<br>capacity; AUGUST C. BELDEN,   )<br>in his individual and             )<br>official capacity; JEREMY       )<br>HARRIS, in his official           )<br>capacity as Mayor; LEE           )<br>DONOHUE, in his individual     )<br>and official capacity as         )<br>Police Chief; TAVERN 515,       )<br>INC. d.b.a. CLUB YURAKUCHO,  )<br>HARRY NAKAKI; JOHN AND JANE )<br>DOES 1-10; DOE PARTNERSHIPS  )<br>1-10; DOE CORPORATIONS 1-10; )<br>and OTHER DOE ENTITIES 1-10, )<br>                                              )<br>            Defendants.       )<br>_____) | CIVIL NO. CV 04-00535 BMK<br>(Other Civil Rights)<br><br>NOTICE OF APPEARANCE;<br>CERTIFICATE OF SERVICE<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>TRIAL DATE:  MARCH 18, 2008 |

NOTICE OF APPEARANCE

Comes now DIANE K. AGOR-OTAKE, and hereby enters her appearance as counsel for Defendant HAROLD UEHARA.

DATED: Honolulu, Hawaii, February 14, 2008.

      /s/ Diane K. Agor-Otake
CARY T. TANAKA
DIANE K. AGOR-OTAKE
Attorneys for Defendant
HAROLD UEHARA