IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA, )<br>)<br>        Plaintiff, )<br>)<br>  vs. )<br>)<br>CITY AND COUNTY OF HONOLULU; )<br>HAROLD UEHARA, in his )<br>individual and official )<br>capacity, ALAN RIVERS, in his )<br>individual and official )<br>capacity; RICK S.Y. YI, in )<br>his individual and official )<br>capacity; AUGUST C. BELDEN, )<br>in his individual and )<br>official capacity; JEREMY )<br>HARRIS, in his official )<br>capacity as Mayor; LEE )<br>DONOHUE, in his individual )<br>and official capacity as )<br>Police Chief; TAVERN 515, )<br>INC. d.b.a. CLUB YURAKUCHO, )<br>HARRY NAKAKI; JOHN AND JANE )<br>DOES 1-10; DOE PARTNERSHIPS )<br>1-10; DOE CORPORATIONS 1-10; )<br>and OTHER DOE ENTITIES 1-10, )<br>)<br>        Defendants. )<br>) | CIVIL NO. CV 04-00535 BMK<br>(Other Civil Rights)<br><br>CERTIFICATE OF SERVICE |

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that, on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served Electronically through CM/ECF:**

ERIC SEITZ, ESQ.                              eseitzatty@yahoo.com
820 Mililani Street, Suite 714
Honolulu, Hawaii 96813

Attorney for Plaintiff

D. SCOTT DODD, ESQ.                           dsdodd@honolulu.gov
Deputy Corporation Counsel
530 South King Street, Room 110
Honolulu, Hawaii 96813

Attorney for Defendants
CITY AND COUNTY OF HONOLULU,
ALAN RIVERS, RICK S.Y. YI and
AUGUST C. BELDEN


DATED:   Honolulu, Hawaii, February 14, 2008.


       /s/ Diane K. Agor-Otake
      CARY T. TANAKA
      DIANE K. AGOR-OTAKE
      Attorneys for Defendant
      HAROLD UEHARA