CARRIE K.S. OKINAGA, 5958
Corporation Counsel

D. SCOTT DODD, 6811
KATE S. METZGER, 8589
Deputies Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii  96813
Telephone:  (808) 523-4890/(808) 527-6837
Facsimile:   (808) 523-4583
Email:  ddodd@honolulu.gov/kmetzger@honolulu.gov

Attorneys for Defendants
City and County of Honolulu,
Alan Rivers, Rick S.Y. Yi and
August C. Belden

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA, | ) Civil No. CV04 00535 DAE BMK |
| | ) (Other Civil Rights) |
| Plaintiff, | ) |
| | ) NOTICE OF APPEARANCE; |
| vs. | ) CERTIFICATE OF SERVICE |
| | ) |
| CITY AND COUNTY OF HONOLULU; HAROLD UEHARA, in his individual and official capacity, ALAN RIVERS, in his individual and official capacity; RICK S.Y. YI, in his individual and official capacity; AUGUST C. BELDEN, in his individual and official capacity, JEREMY HARRIS, in his official capacity as Mayor; LEE DONOHUE in his individual and official capacity as | ) |

```
Police Chief; TAVERN 515, INC. d.b.a.)
CLUB YURAKUCHO,                      )
HARRY NAKAKI; JOHN AND JANE )
DOES 1-10; DOE PARTNERSHIPS    )
1-10; DOE CORPORATIONS 1-10;   )
and OTHER DOE ENTITIES 1-10,    )
                                                      )
            Defendants.                       )
                                                      )
```

## NOTICE OF APPEARANCE

Comes now KATE S. METZGER, Deputy Corporation Counsel, and hereby enters her appearance as counsel for Defendants City and County of Honolulu, Alan Rivers, and Rick S.Y. Yi.

DATED: Honolulu, Hawai`i, February 15, 2008.

        CARRIE K.S. OKINAGA
        Corporation Counsel

        By   /s/Kate S. Metzger
            D. SCOTT DODD
            KATE S. METZGER
            Deputies Corporation Counsel

            Attorneys for Defendants
            CITY AND COUNTY OF HONOLULU,
            ALAN RIVERS, RICK Y.S. YI AND
            AUGUST C. BELDEN