IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA, | ) Civil No. CV04 00535 DAE BMK |
| | ) (Other Civil Rights) |
| Plaintiff, | ) |
| | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| | ) |
| CITY AND COUNTY OF HONOLULU; HAROLD UEHARA, in his individual and official capacity, ALAN RIVERS, in his individual and official capacity; RICK S.Y. YI, in his individual and official capacity; AUGUST C. BELDEN, in his individual and official capacity, JEREMY HARRIS, in his official capacity as Mayor; LEE DONOHUE in his individual and official capacity as Police Chief; TAVERN 515, INC. d.b.a. CLUB YURAKUCHO, HARRY NAKAKI; JOHN AND JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and OTHER DOE ENTITIES 1-10, | ) |
| Defendants. | ) |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the within was duly served by the methods of service noted, a true and correct copy of the foregoing was duly served on the following individuals at their address listed below on February 15, 2008:

-2-

**Served Electronically through CM/ECF**:

    ERIC A. SEITZ, ESQ.                 eseitzatty@yahoo.com
    820 Mililani Street, Suite 714
    Honolulu, Hawaii  96813
    Attorney for Plaintiff

    CARY T. TANAKA, ESQ.            carytanaka@aol.com
    Suite 510 Fort Street Tower
    745 Fort Street
    Honolulu, Hawaii  96813
    Attorney for Defendant HAROLD UEHARA

    DATED:  Honolulu, Hawaii, February 15, 2008.

                                  CARRIE K.S. OKINAGA
                                  Corporation Counsel


                                  By/s/Kate S. Metzger
                                    D. SCOTT DODD
                                    KATE S. METZGER
                                  Deputies Corporation Counsel

                                  Attorneys for Defendants
                                  CITY AND COUNTY OF HONOLULU,
                                  ALAN RIVERS, RICK S.Y. YI AND
                                  AUGUST C. BELDEN