# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 04-00535BMK |
| CASE NAME: | Robert Souza vs. C & C of Honolulu, et al. |
| ATTYS FOR PLA: | Eric Seitz |
| ATTYS FOR DEFT: | Cary Tanaka<br>D. Scott Dodd (by phone) |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 |
| DATE: | 02/20/2008 | TIME: | 9:45 - 10:00 |

COURT ACTION:  EP: Status Conference re: Preservation Deposition -

Discussion held.

Court can accommodate the witness during the second week of trial, and there is no need to preserve the witness.

Pretrial Conference -

Discussion held re: whether or not this trial can proceed as a non jury trial.

Parties to discuss this matter further, and inform the Court.

Court will defer to the parties.

Trial will go forward as scheduled on 3/18/08.

Parties to meet and discuss testimony and records in order to expedite trial.

Parties to also meet to discuss jury instructions, motions in limine and any proposed motions.

Motion in Limine are set for 3/11/08 @ 2:30 p.m.

Pretrial conference set for 2/21/08 @ 9:30 a.m. BMK is taken off calendar.

Submitted by: Toni Fujinaga, Courtroom Manager.