ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION

ERIC A. SEITZ           1412
LAWRENCE I. KAWASAKI    5820
DELLA A. BELATTI        7945
820 Mililani Street, Suite 714
Honolulu, Hawai'i 96813
Telephone: (808) 533-7434
Facsimile: (808) 545-3608

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| ROBERT SOUZA, | ) | CIVIL NO. CV 04-00535 DAE/BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | PLAINTIFF'S FINAL WITNESS |
| | ) | LIST; CERTIFICATE OF SERVICE |
| CITY AND COUNTY OF | ) | |
| HONOLULU; HAROLD | ) | |
| UEHARA, in his individual and | ) | |
| official capacity; ALAN RIVERS, | ) | |
| in his individual and official | ) | |
| capacity; RICK S.Y. YI, in his | ) | |
| individual and offical capacity; | ) | |
| AUGUST C. BELDEN, in his | ) | |
| individual and official capacity; | ) | |
| JEREMY HARRIS, in his official | ) | |
| capacity as Mayor; LEE | ) | |
| DONOHUE in his individual and | ) | |
| official capacity as Police Chief; | ) | |
| TAVERN 515, INC. d.b.a. CLUB | ) | |
| YURAKUCHO; HARRY | ) | |

| | |
|---|---|
| NAKAKI; JOHN AND JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and OTHER DOES ENTITIES 1-10, | ) ) ) ) ) ) |
| Defendants. | ) ) ) (Trial: March 18, 2008) |

## PLAINTIFF'S FINAL WITNESS LIST

Plaintiff ROBERT SOUZA, by and through his undersigned counsel hereby submits the following list of witnesses they intend to call at the trial in the above referenced matter:

(1) Robert Souza
c/o Eric A. Seitz
820 Mililani Street, Suite 714
Honolulu, Hawaii 96813

Plaintiff Souza will testify as to the circumstances surrounding the events at "Club Yurakucho" on the evening of August 13, 2003, and his damages. Expected length of testimony, 3 hrs.

(2) Harry Nakaki
c/o Paul Yamamura, Esq.
1770 Central Pacific Plaza
220 South King Street
Honolulu, Hawaii 96813

Mr. Nakaki will testify as to the circumstances surrounding the events at "Club Yurakucho" on the evening of August 13, 2003.

Expected length of testimony, 3 hrs.

(3)  Rick S.Y. Yi
c/o D. Scott Dodd, Esq.
Deputy Corporation Counsel
530 South King Street, Room 110
Honolulu, Hawaii 96813

Defendant Yi will testify as to the circumstances surrounding the events at "Club Yurakucho" on the evening of August 13, 2003.

Expected length of testimony, 2 hrs.

(4)  Alan Rivers
c/o D. Scott Dodd, Esq.
Deputy Corporation Counsel
530 South King Street, Room 110
Honolulu, Hawaii 96813

Defendant Rivers will testify as to the circumstances surrounding the events at "Club Yurakucho" on the evening of August 13, 2003.  Expected length of testimony, 2 hrs.

(5)  August Belden
c/o D. Scott Dodd, Esq.
Deputy Corporation Counsel
530 South King Street, Room 110
Honolulu, Hawaii 96813

Officer Belden will testify as to the circumstances surrounding the events at "Club Yurakucho" on the evening of August 13, 2003.

Expected length of testimony, 2 hrs.

(6)   Harold Uehara
      c/o Cary T. Tanaka, Esq.
      Suite 510 Fort Street Tower
      745 Fort Street
      Honolulu, Hawaii 96813

      Defendant Uehara will testify as to the circumstances surrounding the events at "Club Yurakucho" on the evening of August 13, 2003. Expected length of testimony, 2 hrs.

(7)   Custodian of Records
      Kaiser Permanente
      650 Iwilei Road
      Second Floor
      Honolulu, Hawaii 96817

(8)   Custodian of Records
      William Hu, D.M.D.
      377 Keahole Street
      Suite 211
      Honolulu, Hawaii 96825

DATED: Honolulu, Hawai'i, __February 26, 2008__ .


                                    /s/ Eric A. Seitz
                                    ERIC A. SEITZ
                                    LAWRENCE I. KAWASAKI

                                    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that one copy of the within was duly served this date to the following at the addresses listed below:

| | |
|---|---|
| CARRIE K.S. OKINAGA, ESQ.<br>D. SCOTT DODD, ESQ.<br>Department of the Corporation Counsel<br>530 South King Street, Room 110<br>Honolulu, Hawaii 96813<br>E-mail: dsdodd@honolulu.gov | (Via CM/ECF) |

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
ALAN RIVERS, RICK S.Y. YI, and
AUGUST C. BELDEN

| | |
|---|---|
| CARY T. TANAKA, ESQ.<br>DIANE K. AGOR-OTAKE, ESQ.<br>Suite 510, Fort Street Tower<br>745 Fort Street<br>Honolulu, Hawaii 96813<br>E-mail: carytanaka@aol.com | (Via CM/ECF) |

Attorneys for Defendant
HAROLD UEHARA

DATED: Honolulu, Hawaii, __February 26, 2008__ .

                                        /s/ Eric A. Seitz
                                        ERIC A. SEITZ