LAW OFFICES OF CARY T. TANAKA

CARY T. TANAKA         4858-0
DIANE K. AGOR-OTAKE 7751-0
Suite 510 Fort Street Tower
745 Fort Street
Honolulu, Hawaii  96813
Telephone:  536-8885
email:  carytanaka@aol.com
        dka@hawaii.rr.com

Attorneys for Defendant
HAROLD UEHARA

CARRIE K.S. OKINAGA 5958
Corporation Counsel

D. SCOTT DODD       6811
KATE S. METZGER     8589
Deputies Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813
Telephone: 523-4890/527-6837
email:  dsdodd@honolulu.gov
        kmetzger@honolulu.gov

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
ALAN RIVERS and RICK S.Y. YI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ROBERT SOUZA, | ) | CIVIL NO. CV 04-00535 BMK |
| | ) | (Other Civil Rights) |
| Plaintiff, | ) | |
| | ) | DEFENDANTS' CITY AND COUNTY OF |
| vs. | ) | HONOLULU, HAROLD UEHARA, ALAN |
| | ) | RIVERS, AND RICK S.Y. YI'S |
| CITY AND COUNTY OF HONOLULU; | ) | JOINT FINAL WITNESS LIST; |
| HAROLD UEHARA, in his | ) | CERTIFICATE OF SERVICE |
| individual and official | ) | |
| capacity, ALAN RIVERS, in his | ) | |
| individual and official | ) | TRIAL DATE:  MARCH 18, 2008 |
| capacity; RICK S.Y. YI, in | ) | |
| his individual and official | ) | MAGISTRATE BARRY M. KURREN |

```
capacity; AUGUST C. BELDEN,      )
in his individual and            )
official capacity; JEREMY        )
HARRIS, in his official          )
capacity as Mayor; LEE           )
DONOHUE, in his individual       )
and official capacity as         )
Police Chief; TAVERN 515,        )
INC. d.b.a. CLUB YURAKUCHO,      )
HARRY NAKAKI; JOHN AND JANE      )
DOES 1-10; DOE PARTNERSHIPS      )
1-10; DOE CORPORATIONS 1-10;     )
and OTHER DOE ENTITIES 1-10,     )
                                 )
               Defendants.       )
_____)
```

DEFENDANTS CITY AND COUNTY OF HONOLULU, HAROLD UEHARA,
ALAN RIVERS, AND RICK S.Y. YI'S JOINT FINAL WITNESS LIST

Defendants CITY AND COUNTY OF HONOLULU, HAROLD UEHARA, ALAN RIVERS, AND RICK S.Y. YI (collectively "Defendants"), by their attorneys, The Law Offices of Cary T. Tanaka and the Department of the Corporation Counsel, hereby submit Defendants City and County of Honolulu, Harold Uehara, Alan Rivers, and Rick S.Y. Yi's Joint Final Witness List pursuant to the Rule 16 Scheduling Order:

**LIST OF WITNESSES**

| No. | Name/Address | Description/Testimony | Time |
|---|---|---|---|
| 1. | Robert Souza<br>c/o Eric A. Seitz, Esq.<br>820 Mililani Street<br>Suite 714<br>Honolulu, Hawaii 96813 | Will testify regarding the facts and circumstances surrounding the incident of August 13, 2003, his prior medical history, and the facts giving rise | 60 minutes |

| No. | Name/Address | Description/Testimony | Time |
|---|---|---|---|
|  |  | to his claim for damages. |  |
| 2. | Denise Souza<br>c/o Eric A. Seitz, Esq.<br>820 Mililani Street<br>Suite 714<br>Honolulu, Hawaii 96813 | Will testify regarding Robert Souza's work history, as well as the injuries he allegedly sustained as a result of the August 13, 2003 incident. | 30 minutes |
| 3. | Zachary Souza<br>c/o Eric A. Seitz, Esq.<br>820 Mililani Street<br>Suite 714<br>Honolulu, Hawaii 96813 | Will testify regarding Robert Souza's work history, as well as the injuries he sustained as a result of the August 13, 2003 incident, as well as Robert Souza's ability to participate in sporting activities with him. | 30 minutes |
| 4. | Rebecca DeVille<br>606 Hakaka Street<br>Honolulu, Hawaii 96816 | Will testify regarding an accident which occurred on her property involving Robert Souza. | 30-60 minutes |
| 5. | Harold Uehara<br>Honolulu Police Dept.<br>c/o Cary T. Tanaka, Esq.<br>745 Fort Street<br>Suite 510<br>Honolulu, Hawaii 96813 | Will testify regarding the facts giving rise to the incident of August 13, 2003, including but not limited to the injuries he sustained as a result of being punched in the face by Plaintiff. | 30-60 minutes |

| No. | Name/Address | Description/Testimony | Time |
|---|---|---|---|
| 6. | Alan Rivers<br>c/o Scott Dodd, Esq.<br>Dept. of the Corporation Counsel<br>530 South King Street<br>Room 110<br>Honolulu, Hawaii 96813 | Will testify regarding the facts giving rise to the incident of August 13, 2003, including but not limited to the actions he took to restrain Plaintiff at the scene of the incident and his observations, etc. | 30-60 minutes |
| 7. | Rick S. Y. Yi<br>c/o Scott Dodd, Esq.<br>Dept. of the Corporation Counsel<br>530 South King Street<br>Room 110<br>Honolulu, Hawaii 96813 | Will testify regarding the facts giving rise to the incident of August 13, 2003, including but not limited to the actions he took to restrain Plaintiff at the scene of the incident and his observations, etc. | 30-45 minutes |
| 8. | August Belden<br>c/o Scott Dodd, Esq.<br>Dept. of the Corporation Counsel<br>530 South King Street<br>Room 110<br>Honolulu, Hawaii 96813 | Will testify regarding the facts giving rise to the incident of August 13, 2003, including but not limited to the actions he took to restrain Plaintiff at the scene of the incident and his observations, etc. | 30 - 60 minutes |
| 9. | Harry Nakaki<br>3127 Paliuli Street<br>Honolulu, Hawaii 96816 | Will testify regarding the facts surrounding the incident of August 13, 2003, including but not limited to the actions of Plaintiff, the actions of Defendants, the work history of Plaintiff, and his observations, etc. | 30 - 60 minutes |

| No. | Name/Address | Description/Testimony | Time |
|---|---|---|---|
| 10. | Patricia Morton<br>1703 Kalepaa Drive<br>Honolulu, Hawaii 96817 | Will testify regarding the facts surrounding the incident of August 13, 2003, including but not limited to the actions of Plaintiff, the actions of Defendants, the work history of Plaintiff, the amount of drinks Plaintiff had that evening, the statements made by Plaintiff after the subject incident, and her observations, etc. | 45 - 60 minutes |
| 11. | Joanne Terada<br>2951 Koali Road<br>Honolulu, Hawaii 96816 | Will testify regarding the facts surrounding the incident of August 13, 2003, including but not limited to the actions of Plaintiff, the actions of Defendants, the work history of Plaintiff, the amount of drinks Plaintiff had that evening, the statements made by Plaintiff after the subject incident, and her observations, etc. | 30 minutes |
| 12. | Nathan Suzuki<br>Honolulu Police Dept.<br>801 South Beretania St.<br>Honolulu, Hawaii 96813 | Will testify regarding injuries sustained by Robert Souza. | 30-45 minutes |
| 13. | Alfred Jurison<br>Honolulu Police Dept.<br>801 South Beretania St.<br>Honolulu, Hawaii 96813 | Will testify regarding injuries sustained by Robert Souza. | 30 - 45 minutes |

| No. | Name/Address | Description/Testimony | Time |
|---|---|---|---|
| 14. | Ida Quinn<br>c/o Honolulu Police Dept.<br>801 South Beretania St.<br>Honolulu, Hawaii 96813 | Will testify regarding the injuries sustained by Harold Uehara and the statements made by Harold Uehara regarding the incident of August 13, 2003. | 30 - 45 minutes |
| 15. | Custodian of Records,<br>Straub Clinic & Hospital<br>888 South King Street<br>Honolulu, Hawaii 96813 | Will testify as to the authenticity of medical records of Robert Souza. | 10 minutes |
| 16. | Custodian of Records,<br>Kaiser Permanente<br>650 Iwilei Road, 2nd Floor<br>Honolulu, Hawaii 96817 | Will testify as to the authenticity of medical records of Robert Souza. | 10 minutes |
| 17. | Custodian of Records of<br>Drs. Nicholas R. Pruitt<br>and William Hu, D.M.D.<br>377 Keahole Street, #211<br>Honolulu, Hawaii 96825 | Will testify as to the authenticity of dental records of Robert Souza. | 60 minutes |
| 18. | Custodian of Records<br>American Land Company<br>828 Fort Street Mall<br>Suite 310<br>Honolulu, Hawaii 96813 | Will testify as to the authenticity of contracts, etc. involving Robert Souza. | 10 minutes |
| 19. | Dr. James Langworthy<br>1010 South King Street<br>Suite 804<br>Honolulu, Hawaii 96814 | Will testify about Robert Souza's pre-incident medical status, including but not limited to injuries he had sustained before the August 13, 2003 incident. | 30 minutes |
| 20. | Dr. John Endicott<br>40 Aulike Street<br>Suite 314<br>Kailua, Hawaii 96734 | Will testify about Robert Souza's pre-incident medical status, including but not limited to injuries he had sustained before the | 30 minutes |

| No. | Name/Address | Description/Testimony | Time |
|---|---|---|---|
| | | August 13, 2003 incident. | |
| 21. | Dr. Dennis Lind<br>615 Piikoi Street<br>Suite 1509<br>Honolulu, Hawaii 96814 | Will testify about Robert Souza's pre-incident medical and psychiatric status, including but not limited to injuries he had sustained before the August 13, 2003 incident. | 30 minutes |
| 22. | Dr. William Hu, DMD<br>377 Keahole Street, #211<br>Honolulu, Hawaii 96825 | Will testify about Robert Souza's dental history, as well as any opinions therein. | 30 minutes |
| 23. | Dr. Won Yee Cheng<br>Kaiser Permanente<br>3288 Moanalua Road<br>Honolulu, Hawaii 96819 | Will testify about Robert Souza's post incident medical condition, as well as his medical history, etc. | 30 - 60 minutes |
| 24. | Dr. Sharin Sakurai<br>Kaiser Permanente<br>3288 Moanalua Road<br>Honolulu, Hawaii 96819 | Will testify regarding the injuries sustained by Plaintiff, both before and after the alleged incident, as well as her diagnosis and prognosis. | 30 -60 minutes |
| 25. | Dr. John Frauens<br>Kaiser Permanente<br>3288 Moanalua Road<br>Honolulu, Hawaii 96819 | Will testify regarding the injuries sustained by Plaintiff, both before and after the alleged incident, as well as his diagnosis and prognosis. | 30 - 60 minutes |
| 26. | Dr. Lynne M. Grieco<br>Kaiser Permanente<br>3288 Moanalua Road<br>Honolulu, Hawaii 96819 | Will testify regarding the injuries sustained by Plaintiff, both before and after the alleged incident, as | 30 - 60 minutes |

| No. | Name/Address | Description/Testimony | Time |
|---|---|---|---|
| | | well as her diagnosis and prognosis. | |
| 27. | Dr. Jennifer Pang<br>Kaiser Permanente<br>3288 Moanalua Road<br>Honolulu, Hawaii 96819 | Will testify regarding the injuries sustained by Plaintiff, both before and after the alleged incident, as well as her diagnosis and prognosis. | 30 - 60 minutes |
| 28. | Dr. Michon Morita<br>Kaiser Permanente<br>3288 Moanalua Road<br>Honolulu, Hawaii 96819 | Will testify regarding the injuries sustained by Plaintiff, both before and after the alleged incident, as well as his diagnosis and prognosis. | 60 - 90 minutes |
| 29. | Dr. Brian Sinclair<br>Straub Clinic & Hospital<br>888 South King Street<br>Honolulu, Hawaii 96813 | Will testify regarding the injuries sustained by Plaintiff, both before and after the alleged incident, as well as his diagnosis and prognosis. | 30 - 60 minutes |
| 30. | John Lyles<br>American Land Company<br>828 Fort Street Mall<br>Suite 310<br>Honolulu, Hawaii 96813 | Will testify regarding the maintenance contract that Robert Souza had with the building where the incident occurred, as well as the status of that contract post incident. | 30 minutes |
| 31. | Harriet Kawakami<br>American Land Company<br>828 Fort Street Mall<br>Suite 310<br>Honolulu, Hawaii 96813 | Will testify regarding the maintenance contract that Robert Souza had with the building where the incident occurred, as well as the status of that contract post incident. | 30 minutes |

| No. | Name/Address | Description/Testimony | Time |
|---|---|---|---|
| 32. | Henry Bustamante<br>Kaheka Professional Bldg.<br>1481 South King Street<br>Honolulu, Hawaii 96814 | Will testify regarding the maintenance work performed by Robert Souza after the August 13, 2003 incident. | 30 minutes |
| 33. | Donald Meinel<br>2063-A Iholena Place<br>Honolulu, Hawaii 96817 | Will testify about the number of drinks that Robert Souza had on the August 13, 2003, as well as the state of mind of Robert Souza that evening. | 30 - 60 minutes |

In addition, Defendants reserve the right to name and/or call to testify expert and non-expert witnesses previously identified by the parties, subsequently named by the parties, and/or as may be appropriate for impeachment, rebuttal, or authentication purposes.

DATED: Honolulu, Hawaii, February 26, 2008.

      /s/ Cary T. Tanaka
CARY T. TANAKA
DIANE K. AGOR-OTAKE
Attorneys for Defendant
HAROLD UEHARA


CARRIE K.S. OKINAGA
Corporation Counsel


By  /s/ D. Scott Dodd
   D. SCOTT DODD
   KATE S. METZGER
   Attorneys for Defendants
   CITY AND COUNTY OF HONOLULU,
   ALAN RIVERS and RICK S.Y. YI