IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA, ) | CIVIL NO. CV 04-00535 BMK |
| ) | (Other Civil Rights) |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| ) | |
| CITY AND COUNTY OF HONOLULU; ) | |
| HAROLD UEHARA, in his ) | |
| individual and official ) | |
| capacity, ALAN RIVERS, in his ) | |
| individual and official ) | |
| capacity; RICK S.Y. YI, in ) | |
| his individual and official ) | |
| capacity; AUGUST C. BELDEN, ) | |
| in his individual and ) | |
| official capacity; JEREMY ) | |
| HARRIS, in his official ) | |
| capacity as Mayor; LEE ) | |
| DONOHUE, in his individual ) | |
| and official capacity as ) | |
| Police Chief; TAVERN 515, ) | |
| INC. d.b.a. CLUB YURAKUCHO, ) | |
| HARRY NAKAKI; JOHN AND JANE ) | |
| DOES 1-10; DOE PARTNERSHIPS ) | |
| 1-10; DOE CORPORATIONS 1-10; ) | |
| and OTHER DOE ENTITIES 1-10, ) | |
| ) | |
| Defendants. ) | |
| ) | |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at his last known address:

**Served Electronically through CM/ECF:**

ERIC SEITZ, ESQ.                          eseitzatty@yahoo.com
820 Mililani Street, Suite 714
Honolulu, Hawaii 96813

Attorney for Plaintiff

DATED:   Honolulu, Hawaii, February 26, 2008.

       /s/ Cary T. Tanaka
CARY T. TANAKA
DIANE K. AGOR-OTAKE
Attorneys for Defendant
HAROLD UEHARA


CARRIE K.S. OKINAGA
Corporation Counsel


By   /s/ D. Scott Dodd
   D. SCOTT DODD
   KATE S. METZGER
   Attorneys for Defendants
   CITY AND COUNTY OF HONOLULU,
   ALAN RIVERS and RICK S.Y. YI