```
LAW OFFICES OF CARY T. TANAKA

CARY T. TANAKA        4858-0
DIANE K. AGOR-OTAKE   7751-0
Suite 510 Fort Street Tower
745 Fort Street
Honolulu, Hawaii  96813
Telephone:  536-8885
email:  carytanaka@aol.com
        dka@hawaii.rr.com

Attorneys for Defendant
HAROLD UEHARA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA, ) | CIVIL NO. CV 04-00535 BMK |
| ) | (Other Civil Rights) |
| Plaintiff, ) | |
| ) | DEFENDANT HAROLD UEHARA'S |
| vs. ) | MOTION IN LIMINE NO. 1 TO |
| ) | EXCLUDE EVIDENCE OF THE POLICE |
| CITY AND COUNTY OF HONOLULU; ) | REPORT, INTERNAL AFFAIRS |
| HAROLD UEHARA, in his ) | INVESTIGATIONS AND/OR |
| individual and official ) | DISCIPLINARY ACTIONS REGARDING |
| capacity, ALAN RIVERS, in his ) | ANY INDIVIDUAL DEFENDANT; |
| individual and official ) | MEMORANDUM IN SUPPORT OF |
| capacity; RICK S.Y. YI, in ) | MOTION; CERTIFICATE OF SERVICE |
| his individual and official ) | |
| capacity; AUGUST C. BELDEN, ) | |
| in his individual and ) | |
| official capacity; JEREMY ) | |
| HARRIS, in his official ) | |
| capacity as Mayor; LEE ) | DATE: MARCH 11, 2008 |
| DONOHUE, in his individual ) | TIME: 2:30 P.M. |
| and official capacity as ) | MAGISTRATE BARRY KURREN |
| Police Chief; TAVERN 515, ) | |
| INC. d.b.a. CLUB YURAKUCHO, ) | |
| HARRY NAKAKI; JOHN AND JANE ) | |
| DOES 1-10; DOE PARTNERSHIPS ) | |
| 1-10; DOE CORPORATIONS 1-10; ) | |
| and OTHER DOE ENTITIES 1-10, ) | |
| ) | |
| Defendants. ) | |
| ) | TRIAL DATE:  MARCH 18, 2008 |

DEFENDANT HAROLD UEHARA'S MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE OF THE POLICE REPORT, INTERNAL AFFAIRS INVESTIGATIONS AND/OR DISCIPLINARY ACTIONS REGARDING ANY INDIVIDUAL DEFENDANT

Comes now Defendant HAROLD UEHARA ("Defendant Uehara"), by his attorneys, and hereby moves this Honorable Court for an order precluding any party from presenting any evidence of the police report generated as a result of the August 13, 2003 incident, any evidence regarding the Honolulu Police Department's Internal Affairs investigation regarding the August 13, 2003 incident, and/or any other unrelated Honolulu Police Department Internal Affairs Division investigation that relates to any of the individual defendants in this case.

This motion is made pursuant to Rule 7, Federal Rules of Civil Procedure, Rules 401, 403, and 404 Federal Rules of Evidence, and is based upon the memorandum in support attached hereto, the argument of counsel, and all records and files herein.

DATED:  Honolulu, Hawaii, February 26, 2008.

                                    /s/ Cary T. Tanaka
                                    CARY T. TANAKA
                                    DIANE K. AGOR-OTAKE
                                    Attorneys for Defendant
                                    HAROLD UEHARA