IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA, )<br>)<br>        Plaintiff, )<br>)<br>  vs. )<br>)<br>CITY AND COUNTY OF HONOLULU; )<br>HAROLD UEHARA, in his )<br>individual and official )<br>capacity, ALAN RIVERS, in his )<br>individual and official )<br>capacity; RICK S.Y. YI, in )<br>his individual and official )<br>capacity; AUGUST C. BELDEN, )<br>in his individual and )<br>official capacity; JEREMY )<br>HARRIS, in his official )<br>capacity as Mayor; LEE )<br>DONOHUE, in his individual )<br>and official capacity as )<br>Police Chief; TAVERN 515, )<br>INC. d.b.a. CLUB YURAKUCHO, )<br>HARRY NAKAKI; JOHN AND JANE )<br>DOES 1-10; DOE PARTNERSHIPS )<br>1-10; DOE CORPORATIONS 1-10; )<br>and OTHER DOE ENTITIES 1-10, )<br>)<br>        Defendants. )<br>) | CIVIL NO. CV 04-00535 BMK<br>(Other Civil Rights)<br><br>CERTIFICATE OF SERVICE |

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that, on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served Electronically through CM/ECF:**

ERIC SEITZ, ESQ.                           eseitzatty@yahoo.com
820 Mililani Street, Suite 714
Honolulu, Hawaii 96813

Attorney for Plaintiff

D. SCOTT DODD, ESQ.                        dsdodd@honolulu.gov
Deputy Corporation Counsel
530 South King Street, Room 110
Honolulu, Hawaii 96813

Attorney for Defendants
CITY AND COUNTY OF HONOLULU,
ALAN RIVERS and RICK S.Y. YI


DATED:   Honolulu, Hawaii, February 26, 2008.


                                      /s/ Cary T. Tanaka
                                     CARY T. TANAKA
                                     DIANE K. AGOR-OTAKE
                                     Attorneys for Defendant
                                     HAROLD UEHARA