CARRIE K.S. OKINAGA, 5958
Corporation Counsel

D. SCOTT DODD, 6811
KATE S. METZGER, 8589
Deputies Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii  96813
Telephone:  (808) 523-4890/(808) 527-6837
Facsimile:   (808) 523-4583
Email:  dsdodd@honolulu.gov/kmetzger@honolulu.gov

Attorneys for Defendants
City and County of Honolulu,
Alan Rivers, Rick S.Y. Yi and
August C. Belden

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA, | Civil No. CV04 00535 DAE BMK |
| | (Other Civil Rights) |
| Plaintiff, | |
| | DEFENDANTS CITY AND COUNTY |
| vs. | OF HONOLULU, ALAN RIVERS |
| | AND RICK S.Y. YI'S MOTION IN |
| CITY AND COUNTY OF HONOLULU; HAROLD UEHARA, in his individual and official capacity, ALAN RIVERS, in his individual and official capacity; RICK S.Y. YI, in his individual and official capacity; AUGUST C. BELDEN, in his individual and official capacity, JEREMY HARRIS, in his official capacity as Mayor; LEE DONOHUE in his individual and official capacity as Police Chief; TAVERN 515, INC. d.b.a. | LIMINE NO. 1 TO EXCLUDE EVIDENCE OF THE POLICE REPORT, INTERNAL AFFAIRS INVESTIGATIONS AND/OR DISCIPLINARY ACTIONS REGARDING ANY INDIVIDUAL DEFENDANT; MEMORANDUM IN SUPPORT OF MOTION IN LIMINE NO. 1; CERTIFICATE OF SERVICE |

| | |
|---|---|
| CLUB YURAKUCHO,              ) <br> HARRY NAKAKI; JOHN AND JANE ) <br> DOES 1-10; DOE PARTNERSHIPS  ) <br> 1-10; DOE CORPORATIONS 1-10; ) <br> and OTHER DOE ENTITIES 1-10,  ) <br>                                                      ) <br>              Defendants.                  ) <br>                                                      ) | TRIAL DATE:  MARCH 18, 2008 |

### DEFENDANTS CITY AND COUNTY OF HONOLULU, ALAN RIVERS AND RICK S.Y. YI'S MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE OF THE POLICE REPORT, INTERNAL AFFAIRS INVESTIGATIONS AND/OR DISCIPLINARY ACTIONS REGARDING ANY INDIVIDUAL DEFENDANT

Comes now Defendants City and County of Honolulu (hereinafter referred to as the "City), Alan Rivers (hereinafter referred to as "Rivers") and Rick S.Y. Yi (hereinafter referred to as "Yi") (hereinafter collectively referred to as "City Defendants"), by and through their attorneys, Carrie K.S. Okinaga, Corporation Counsel and D. Scott Dodd and Kate S. Metzger, Deputies Corporation Counsel, and hereby moves this Honorable Court for an order precluding any party from presenting any evidence of the police report generated as a result of the August 13, 2003 incident, any evidence regarding the Honolulu Police Department's Internal Affairs investigation regarding the August 13, 2003 incident, and/or any other unrelated Honolulu Police Department Internal Affairs investigation that relates to any of the individual defendants in this case.

This motion is made pursuant to Rule 7 of the Federal Rules of Civil Procedure (FRCP), Rules 401, 403, 404 and 803 of the Federal Rules of Evidence

(FRE), and is based upon the memorandum in support attached hereto, the argument of counsel and all records and files herein.

DATED: Honolulu, Hawaii, February 28, 2008.

>CARRIE K.S. OKINAGA
>Corporation Counsel
>
>By   /S/Kate S. Metzger
>     KATE S. METZGER
>     D. SCOTT DODD
>     Deputies Corporation Counsel
>
>     Attorneys for City Defendants
>     CITY AND COUNTY OF HONOLULU
>     ALAN RIVERS and RICK S.Y. YI