IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ROBERT SOUZA, | ) | Civil No. CV04 00535 DAE BMK |
| | ) | (Other Civil Rights) |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| CITY AND COUNTY OF | ) | |
| HONOLULU; HAROLD UEHARA, in | ) | |
| his individual and official capacity, | ) | |
| ALAN RIVERS, in his individual and | ) | |
| official capacity; RICK S.Y. YI, in his | ) | |
| individual and official capacity; | ) | |
| AUGUST C. BELDEN, in his | ) | |
| individual and official capacity, | ) | |
| JEREMY HARRIS, in his official | ) | |
| capacity as Mayor; LEE DONOHUE in | ) | |
| his individual and official capacity as | ) | |
| Police Chief; TAVERN 515, INC. d.b.a. | ) | |
| CLUB YURAKUCHO, | ) | |
| HARRY NAKAKI; JOHN AND JANE | ) | |
| DOES 1-10; DOE PARTNERSHIPS | ) | |
| 1-10; DOE CORPORATIONS 1-10; | ) | |
| and OTHER DOE ENTITIES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the within was duly served by the

methods of service noted, a true and correct copy of the foregoing was duly served on

the following individuals at their address listed below on February 28, 2008:

-2-

**Served Electronically through CM/ECF**:

ERIC A. SEITZ, ESQ.                    eseitzatty@yahoo.com
820 Mililani Street, Suite 714
Honolulu, Hawaii   96813
Attorney for Plaintiff

CARY T. TANAKA, ESQ.                   carytanaka@aol.com
Suite 510 Fort Street Tower
745 Fort Street
Honolulu, Hawaii  96813
Attorney for Defendant HAROLD UEHARA

DATED:  Honolulu, Hawaii, February 28, 2008.

CARRIE K.S. OKINAGA
Corporation Counsel


By/s/Kate S. Metzger
   D. SCOTT DODD
   KATE S. METZGER
   Deputies Corporation Counsel

   Attorneys for Defendants
   CITY AND COUNTY OF HONOLULU,
   ALAN RIVERS AND RICK S.Y. YI