ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION

ERIC A. SEITZ            1412
LAWRENCE I. KAWASAKI     5820
DELLA A. BELATTI         7945
820 Mililani Street, Suite 714
Honolulu, Hawai'i 96813
Telephone: (808) 533-7434
Facsimile: (808) 545-3608

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| ROBERT SOUZA, | ) | CIVIL NO. CV 04-00535 DAE/BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | PLAINTIFF'S PROPOSED SPECIAL |
| | ) | VERDICT FORM; CERTIFICATE OF |
| CITY AND COUNTY OF | ) | SERVICE |
| HONOLULU; HAROLD | ) | |
| UEHARA, in his individual and | ) | |
| official capacity; ALAN RIVERS, | ) | |
| in his individual and official | ) | |
| capacity; RICK S.Y. YI, in his | ) | |
| individual and offical capacity; | ) | |
| AUGUST C. BELDEN, in his | ) | |
| individual and official capacity; | ) | |
| JEREMY HARRIS, in his official | ) | |
| capacity as Mayor; LEE | ) | |
| DONOHUE in his individual and | ) | |
| official capacity as Police Chief; | ) | |
| TAVERN 515, INC. d.b.a. CLUB | ) | |
| YURAKUCHO; HARRY | ) | (Trial: March 18, 2008) |

```
NAKAKI; JOHN AND JANE          )
DOES 1-10; DOE                 )
PARTNERSHIPS 1-10; DOE         )
CORPORATIONS 1-10; and         )
OTHER DOES ENTITIES 1-10,      )
                               )
              Defendants.      )
_____)
```

## PLAINTIFF'S PROPOSED SPECIAL VERDICT FORM

1. Do you find from a preponderance of the evidence that Defendants Uehara, Rivers, and/or Yi committed a battery on Plaintiff on the evening of August 13, 2003?

    NO __     YES __

    Proceed to Question 2.

2. Do you find from a preponderance of the evidence that Defendants Uehara, Rivers, and/or Yi committed an assault on Plaintiff on the evening of August 13, 2003?

    NO __     YES __

    If you answered NO to Questions 1 and 2, proceed to Question 4. If you answered YES to Question 1 **or** 2, proceed to Question 3.

3. Do you find from a preponderance of the evidence that Defendants Uehara, Rivers, and/or Yi were acting within the scope of their employment and/or

authority as police officers of the City and County of Honolulu when the assault and/or battery was committed?

        NO ___        YES ___

        Proceed to Question 4.

4. Do you find from a preponderance of the evidence that Defendants Uehara, Rivers, and/or Yi were acting "under color of law" when the altercation on August 13, 2003 occurred?

        NO ___        YES ___

        If you answered No to Questions 1, 2, **and** 4 sign the form and advise the Marshall that you have reached a verdict. If you answered YES to Questions 1 **or** 2, and NO to Question 4, proceed to Question 7. If you answered YES to Question 4, proceed to Question 5.

5. Do you find from a preponderance of the evidence that Defendants Uehara, Rivers, and/or Yi "seized" Plaintiff on the evening of August 13, 2003?

        NO ___       YES ___

        If you answered No to Question 5, sign the form and advise the Marshall that you have reached a verdict. If you answered YES to Question 5, proceed to Question 6.

6. Do you find from a preponderance of the evidence that Defendants

Uehara, Rivers, and/or Yi's seizure of Plaintiff was unreasonable?

        NO \_\_        YES \_\_

If you answered YES to Question 6 proceed to question 7. If you answered NO to question 6 sign the form and advise the Marshall that you have reached a verdict.

7. What amount of money, if paid now in cash, do you find from a preponderance of the evidence would fairly and reasonably compensate Robert Souza for the special damages he suffered as a result of Defendants' conduct on August 13, 2003? Answer in dollars and cents.

        ANSWER: _____

Proceed to Question 8.

8. What amount of money, if paid now in cash, do you find from a preponderance of the evidence would fairly and reasonably compensate Robert Souza for the general damages he suffered as a result of Defendants' conduct on August 13, 2003? Answer in dollars and cents.

        ANSWER: _____

**STOP**: Sign the form and advise the Marshall that you have reached a verdict.

        _____
        Foreperson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| ROBERT SOUZA, | ) | CIVIL NO. CV 04-00535 DAE/BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| CITY AND COUNTY OF HONOLULU; HAROLD UEHARA, in his individual and official capacity; ALAN RIVERS, in his individual and official capacity; RICK S.Y. YI, in his individual and offical capacity; AUGUST C. BELDEN, in his individual and official capacity; JEREMY HARRIS, in his official capacity as Mayor; LEE DONOHUE in his individual and official capacity as Police Chief; TAVERN 515, INC. d.b.a. CLUB YURAKUCHO; HARRY NAKAKI; JOHN AND JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and OTHER DOES ENTITIES 1-10, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that one copy of the within was duly served this date to the following at the addresses listed below:

    CARRIE K.S. OKINAGA, ESQ.    (Via CM/ECF)
    D. SCOTT DODD, ESQ.
    Department of the Corporation Counsel
    530 South King Street, Room 110
    Honolulu, Hawaii 96813
    E-mail: dsdodd@honolulu.gov

    Attorneys for Defendants
    CITY AND COUNTY OF HONOLULU,
    ALAN RIVERS, and RICK S.Y. YI


    CARY T. TANAKA, ESQ.    (Via CM/ECF)
    DIANE K. AGOR-OTAKE, ESQ.
    Suite 510, Fort Street Tower
    745 Fort Street
    Honolulu, Hawaii 96813
    E-mail: carytanaka@aol.com

    Attorneys for Defendant
    HAROLD UEHARA

DATED: Honolulu, Hawaii,  March 4, 2008          .


                          /s/ Eric A. Seitz
                          ERIC A. SEITZ