CARRIE K.S. OKINAGA, 5958
Corporation Counsel
D. SCOTT DODD, 6811
KATE S. METZGER, 8589
Deputies Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii  96813
Telephone:  (808) 523-4890/(808) 527-6837
Facsimile:  (808) 523-4583
Email:  dsdodd@honolulu.gov/kmetzger@honolulu.gov

Attorneys for Defendants
City and County of Honolulu,
Alan Rivers, Rick S.Y. Yi and
August C. Belden

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA, | Civil No. CV04 00535 DAE BMK |
| | (Other Civil Rights) |
| Plaintiff, | |
| | CERTIFICATE OF SERVICE |
| vs. | |
| | (RE:  DEFENDANT CITY AND COUNTY OF HONOLULU'S OFFER OF JUDGMENT TO PLAINTIFF ROBERT SOUZA VIA LETTER DATED JUNE 27, 2006) |
| CITY AND COUNTY OF HONOLULU; HAROLD UEHARA, in his individual and official capacity, ALAN RIVERS, in his individual and official capacity; RICK S.Y. YI, in his individual and official capacity; AUGUST C. BELDEN, in his individual and official capacity, JEREMY HARRIS, in his official capacity as Mayor; LEE DONOHUE in his individual and official capacity as Police Chief; TAVERN 515, INC. d.b.a. CLUB YURAKUCHO, HARRY NAKAKI; JOHN AND JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and OTHER DOE ENTITIES 1-10, | |
| | Trial Date:  March 18, 2008 |
| Defendants. | |

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of **DEFENDANT CITY AND COUNTY OF HONOLULU'S OFFER OF JUDGMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 68 TO PLAINTIFF ROBERT SOUZA VIA LETTER DATED JUNE 27, 2006** was duly served by the method of service noted, on the following individual at the address shown below on June 27, 2006:

**Served via U.S. Mail, Postage Prepaid:**

SHAWN A. LUIZ, ESQ.
City Center, Suite 800
810 Richard Street
Honolulu, Hawaii  96813
Attorney for Plaintiff

DATED:  Honolulu, Hawaii, March 7, 2008.

        CARRIE K.S. OKINAGA
        Corporation Counsel

By  /s/D. Scott Dodd
      D. SCOTT DODD
      KATE S. METZGER
      Deputies Corporation Counsel

      Attorneys for Defendants
      CITY AND COUNTY OF HONOLULU,
      ALAN RIVERS, RICK Y.S. YI AND
      AUGUST C. BELDEN