ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION

ERIC A. SEITZ           1412
LAWRENCE I. KAWASAKI    5820
DELLA A. BELATTI        7945
820 Mililani Street, Suite 714
Honolulu, Hawai'i 96813
Telephone: (808) 533-7434
Facsimile: (808) 545-3608

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| ROBERT SOUZA, | ) | CIVIL NO. CV 04-00535 BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | PLAINTIFF'S MOTION TO QUASH |
| | ) | SUBPOENAS OF LYNNE GRIECO, |
| CITY AND COUNTY OF | ) | M.D., AND JENNIFER PANG, M.D.; |
| HONOLULU; HAROLD | ) | MEMORANDUM IN SUPPORT; |
| UEHARA, in his individual and | ) | EXHIBITS A & B; CERTIFICATE OF |
| official capacity; ALAN RIVERS, | ) | SERVICE |
| in his individual and official | ) | |
| capacity; RICK S.Y. YI, in his | ) | |
| individual and offical capacity; | ) | |
| AUGUST C. BELDEN, in his | ) | |
| individual and official capacity; | ) | |
| JEREMY HARRIS, in his official | ) | |
| capacity as Mayor; LEE | ) | |
| DONOHUE in his individual and | ) | |
| official capacity as Police Chief; | ) | |
| TAVERN 515, INC. d.b.a. CLUB | ) | (Trial: March 18, 2008) |
| YURAKUCHO; HARRY | ) | |

| | |
|---|---|
| NAKAKI; JOHN AND JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and OTHER DOES ENTITIES 1-10, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

### PLAINTIFF'S MOTION TO QUASH SUBPOENAS OF LYNNE GRIECO, M.D., AND JENNIFER PANG, M.D.

Comes now Plaintiff Robert Souza, by and through his undersigned attorneys, and hereby moves this Honorable Court for an order quashing the subpoenas issued March 5, 2008 for Lynne Greico, M.D., and for Jennifer Pang, M.D. to appear and testify in the trial of this case. See, Exhibits A & B attached hereto.

This motion is brought pursuant to Rules 7 and 45, F.R.Civ.P. and is based upon the attached memorandum in support of motion, the attached exhibits, and the records and files herein.

DATED:   Honolulu, Hawaii, March 7, 2008          .

/s/ Eric A. Seitz
ERIC A. SEITZ
LAWRENCE I. KAWASAKI
DELLA A. BELATTI
Attorneys for Plaintiff