IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| ROBERT SOUZA, | ) | CIVIL NO. CV 04-00535 DAE/BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CITY AND COUNTY OF | ) | |
| HONOLULU; HAROLD | ) | |
| UEHARA, in his individual and | ) | MEMORANDUM IN SUPPORT |
| official capacity; ALAN RIVERS, | ) | |
| in his individual and official | ) | |
| capacity; RICK S.Y. YI, in his | ) | |
| individual and offical capacity; | ) | |
| AUGUST C. BELDEN, in his | ) | |
| individual and official capacity; | ) | |
| JEREMY HARRIS, in his official | ) | |
| capacity as Mayor; LEE | ) | |
| DONOHUE in his individual and | ) | |
| official capacity as Police Chief; | ) | |
| TAVERN 515, INC. d.b.a. CLUB | ) | |
| YURAKUCHO; HARRY | ) | |
| NAKAKI; JOHN AND JANE | ) | |
| DOES 1-10; DOE | ) | |
| PARTNERSHIPS 1-10; DOE | ) | |
| CORPORATIONS 1-10; and | ) | |
| OTHER DOES ENTITIES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MEMORANDUM IN SUPPORT

Medical records of Kaiser Medical Center indicate that Plaintiff

obtained treatment for injuries he sustained in the altercation upon which this

action is based from August 15, 2003, until on or about November 12, 2003.

Plaintiff's subsequent treatment at Kaiser was for various colds and/or other

sundry complaints including, but not limited to, subsequent unrelated injuries to

his low back and head in 2004. There is no evidence in these records that Dr.

Lynne Greico provided any medical treatment to Plaintiff during the effective time

period in this case, and the records show that Dr. Jennifer Pang served merely as a

referring physician for Plaintiff with the primary treatment of Plaintiff's injuries

being provided by Dr. Nathan Wong and consulting physician's Sharin Sakurai

and Wong-Yee Cheng.

With respect to Dr. Greico, Kaiser records indicate that Dr. Greico

never treated Plaintiff until almost year after the incident upon which this action is

based, i.e., on or about August 10, 2004, and that treatment was for an injury

Plaintiff suffered on or about August 4, 2004, which is entirely unrelated to this

case. Accordingly Dr. Greico has no personal knowledge of any matter of

consequence to the determination of this action, and the subpoena for her should

be quashed.

With respect to Dr. Pang, since all parties have stipulated to the

authenticity of the Kaiser Medical Center Records including, but not limited to,

notes of all treatment provided to Plaintiff during the relevat time period, there is

2

no substantial need for her testimony that will not be otherwise be met by the

relevant reports and records of Kaiser.  Accordingly, Dr. Pang's subpoena should

be quashed based on consideration of undue waste of time, and needless

presentation of cumulative evidence.

DATED:    Honolulu, Hawaii,  March 7, 2008          .

  /s/ Eric A. Seitz          
ERIC A. SEITZ
LAWRENCE I. KAWASAKI
DELLA A. BELATTI

Attorneys for Plaintiff

3