IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ROBERT SOUZA, ) | CIVIL NO. CV 04-00535 BMK |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CERTIFICATE OF SERVICE |
| ) | |
| CITY AND COUNTY OF ) | |
| HONOLULU; HAROLD ) | |
| UEHARA, in his individual and ) | |
| official capacity; ALAN RIVERS, ) | |
| in his individual and official ) | |
| capacity; RICK S.Y. YI, in his ) | |
| individual and offical capacity; ) | |
| AUGUST C. BELDEN, in his ) | |
| individual and official capacity; ) | |
| JEREMY HARRIS, in his official ) | |
| capacity as Mayor; LEE ) | |
| DONOHUE in his individual and ) | |
| official capacity as Police Chief; ) | |
| TAVERN 515, INC. d.b.a. CLUB ) | |
| YURAKUCHO; HARRY ) | |
| NAKAKI; JOHN AND JANE ) | |
| DOES 1-10; DOE ) | |
| PARTNERSHIPS 1-10; DOE ) | |
| CORPORATIONS 1-10; and ) | |
| OTHER DOES ENTITIES 1-10, ) | |
| ) | |
| Defendants. ) | |
| ) | |

CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that one copy of the within was duly

served this date to the following at the addresses listed below:

CARRIE K.S. OKINAGA, ESQ.    (Via CM/ECF)
D. SCOTT DODD, ESQ.
Department of the Corporation Counsel
530 South King Street, Room 110
Honolulu, Hawaii 96813
E-mail: dsdodd@honolulu.gov

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
ALAN RIVERS, RICK S.Y. YI, and
AUGUST C. BELDEN


CARY T. TANAKA, ESQ.    (Via CM/ECF)
DIANE K. AGOR-OTAKE, ESQ.
Suite 510, Fort Street Tower
745 Fort Street
Honolulu, Hawaii 96813
E-mail: carytanaka@aol.com

Attorneys for Defendant
HAROLD UEHARA

DATED: Honolulu, Hawaii, March 7, 2008.


        /s/ Eric A. Seitz
        ERIC A. SEITZ