IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ROBERT SOUZA, | ) | CIVIL NO. CV 04-00535 BMK |
| | ) | (Other Civil Rights) |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| CITY AND COUNTY OF HONOLULU; | ) | |
| HAROLD UEHARA, in his | ) | |
| individual and official | ) | |
| capacity, ALAN RIVERS, in his | ) | |
| individual and official | ) | |
| capacity; RICK S.Y. YI, in | ) | |
| his individual and official | ) | |
| capacity; AUGUST C. BELDEN, | ) | |
| in his individual and | ) | |
| official capacity; JEREMY | ) | |
| HARRIS, in his official | ) | |
| capacity as Mayor; LEE | ) | |
| DONOHUE, in his individual | ) | |
| and official capacity as | ) | |
| Police Chief; TAVERN 515, | ) | |
| INC. d.b.a. CLUB YURAKUCHO, | ) | |
| HARRY NAKAKI; JOHN AND JANE | ) | |
| DOES 1-10; DOE PARTNERSHIPS | ) | |
| 1-10; DOE CORPORATIONS 1-10; | ) | |
| and OTHER DOE ENTITIES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of
service noted below, a true and correct copy of the foregoing was
served on the following at his last known address:

**Served Electronically through CM/ECF:**

ERIC SEITZ, ESQ.                    eseitzatty@yahoo.com
820 Mililani Street, Suite 714
Honolulu, Hawaii 96813

Attorney for Plaintiff

DATED:   Honolulu, Hawaii, March 10, 2008.


                            /s/ Cary T. Tanaka
                        CARY T. TANAKA
                        DIANE K. AGOR-OTAKE
                        Attorneys for Defendant
                        HAROLD UEHARA


                        CARRIE K.S. OKINAGA
                        Corporation Counsel


                        By  /s/ D. Scott Dodd
                          D. SCOTT DODD
                          KATE S. METZGER
                          Attorneys for Defendants
                          CITY AND COUNTY OF HONOLULU,
                          ALAN RIVERS and RICK S.Y. YI