IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA, ) | Civil No. CV04 00535 DAE BMK |
| ) | (Other Civil Rights) |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| ) | |
| CITY AND COUNTY OF ) | |
| HONOLULU; HAROLD UEHARA, in ) | |
| his individual and official capacity, ) | |
| ALAN RIVERS, in his individual and ) | |
| official capacity; RICK S.Y. YI, in his ) | |
| individual and official capacity; ) | |
| AUGUST C. BELDEN, in his ) | |
| individual and official capacity, ) | |
| JEREMY HARRIS, in his official ) | |
| capacity as Mayor; LEE DONOHUE in ) | |
| his individual and official capacity as ) | |
| Police Chief; TAVERN 515, INC. d.b.a.) | |
| CLUB YURAKUCHO, ) | |
| HARRY NAKAKI; JOHN AND JANE ) | |
| DOES 1-10; DOE PARTNERSHIPS ) | |
| 1-10; DOE CORPORATIONS 1-10; ) | |
| and OTHER DOE ENTITIES 1-10, ) | |
| ) | |
| Defendants. ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the within was duly served by the

methods of service noted, a true and correct copy of the foregoing was duly served on

the following individuals at their address listed below on March 10, 2008:

**Served Electronically through CM/ECF**:

    ERIC A. SEITZ, ESQ.               eseitzatty@yahoo.com
    820 Mililani Street, Suite 714
    Honolulu, Hawaii  96813
    Attorney for Plaintiff

    CARY T. TANAKA, ESQ.           carytanaka@aol.com
    Suite 510 Fort Street Tower
    745 Fort Street
    Honolulu, Hawaii  96813
    Attorney for Defendant HAROLD UEHARA

    DATED:  Honolulu, Hawaii, March 10, 2008.

                                  CARRIE K.S. OKINAGA
                                  Corporation Counsel


                                By /s/ D. Scott Dodd
                                  D. SCOTT DODD
                                  KATE S. METZGER
                                Deputies Corporation Counsel

                                Attorneys for City Defendants
                                CITY AND COUNTY OF HONOLULU,
                                ALAN RIVERS, and RICK S.Y. YI