# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 04-00535BMK |
| CASE NAME: | Robert Souza vs. C&C of Honolulu, et al. |
| ATTYS FOR PLA: | Eric Seitz |
| ATTYS FOR DEFT: | Cary Tanaka |
| | Diane Agor-Otake |
| | D. Scott Dodd |
| | Kate Metzger |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 03/11/2008 | TIME: | 2:30 - 2:38 |

COURT ACTION:  EP:  [157] Defendant Harold Uehara's Motion in Limine No. 1 to Exclude Evidence of the Police Report, Internal Affairs Investigations and/or Disciplinary Actions Regarding Any Individual Defendant;

[158] Defendants City and County of Honolulu, Alan Rivers and Rick S.Y. Yi's Motion in Limine No. 1 to Exclude Evidence of the Police Report, Internal Affairs Investigations and/or Disciplinary Actions Regarding Any Individual Defendant

[165] Plaintiff's Motion To Quash Subpoenas Of Lynne Grieco -

Discussion held.

Plaintiffs may use for impeachment purposes any statement of any witness contained in the police reports.  Since plaintiff does not wish to use the reports or internal affairs investigation report as evidence - the motions in limine are Denied.

[157] Defendant Harold Uehara's Motion in Limine No. 1 to Exclude Evidence of the Police Report, Internal Affairs Investigations and/or Disciplinary Actions Regarding Any Individual Defendant - Denied.

[158] Defendants City and County of Honolulu, Alan Rivers and Rick S.Y. Yi's Motion in Limine No. 1 to Exclude Evidence of the Police Report, Internal Affairs Investigations and/or Disciplinary Actions Regarding Any Individual Defendant - Denied.

[165] Plaintiff's Motion To Quash Subpoenas Of Lynne Grieco - Granted.

Court to prepare the order.

Submitted by: Toni Fujinaga, Courtroom Manager.