IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SOUZA,  )  <br>  )  <br>          Plaintiff,  )  <br>  )  <br>     vs.  )  <br>  )  <br> CITY AND COUNTY OF  )  <br> HONOLULU; HAROLD UEHARA,  )  <br> in his individual and official  )  <br> capacity, ALAN RIVERS, in his  )  <br> individual and official capacity;  )  <br> RICK S.Y. Yi, in his individual and  )  <br> official capacity; AUGUST C.  )  <br> BELDEN, in his individual and  )  <br> official capacity; JEREMY HARRIS, )  <br> in his official capacity as Mayor;  )  <br> LEE DONAHUE, in his official  )  <br> capacity as Police Chief; TAVERN  )  <br> 515, INC. d.b.a. CLUB  )  <br> YURAKUCHO; HARRY NAKANI;  )  <br> JOHN AND JANE DOES 1-10;  )  <br> DOE PARTNERSHIPS 1-10; DOE  )  <br> CORPORATIONS 1-10; and  )  <br> OTHER DOE ENTITIES 1-10,  )  <br>  )  <br>          Defendants.  )  <br>  )  <br> _____  ) | CV. NO. 04-00535 BMK  <br><br> ORDER (1) DENYING  <br> DEFENDANTS' MOTIONS IN  <br> LIMINE NO. 1 TO EXCLUDE  <br> EVIDENCE OF THE POLICE  <br> REPORT, INTERNAL AFFAIRS  <br> INVESTIGATIONS AND/OR  <br> DISCIPLINARY ACTIONS  <br> REGARDING ANY INDIVIDUAL  <br> DEFENDANT; AND (2)  <br> GRANTING PLAINTIFF'S  <br> MOTION TO QUASH  <br> SUBPOENAS OF LYNNE GRIECO |

ORDER (1) DENYING DEFENDANTS' MOTIONS IN LIMINE NO. 1 TO EXCLUDE EVIDENCE OF THE POLICE REPORT, INTERNAL AFFAIRS INVESTIGATIONS AND/OR DISCIPLINARY ACTIONS REGARDING ANY INDIVIDUAL DEFENDANT; AND  (2) GRANTING PLAINTIFF'S MOTION TO QUASH SUBPOENAS OF LYNNE GRIECO

Defendants' Motions in Limine No. 1 to Exclude Evidence of the Police Report, Internal Affairs Investigations and/or Disciplinary Actions Regarding Any Individual Defendant and Plaintiff's Motion to Quash Subpoenas of Lynne Grieco were heard on March 11, 2008.  The Court incorporates herein its opinion, orally delivered at the conclusion of the March 11, 2008 hearing.  For the reasons stated therein, the Court DENIES Defendants' Motions in Limine No. 1 to Exclude Evidence of the Police Report, Internal Affairs Investigations and/or Disciplinary Actions Regarding Any Individual Defendant; and GRANTS Plaintiff's Motion to Quash Subpoenas of Lynne Grieco.

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: March 12, 2008

Souza v. City and County of Honolulu; Civ. No. 04-00535 BMK; ORDER (1) DENYING DEFENDANTS' MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE OF THE POLICE REPORT, INTERNAL AFFAIRS INVESTIGATIONS AND/OR DISCIPLINARY ACTIONS REGARDING ANY INDIVIDUAL DEFENDANT; AND (2) GRANTING PLAINTIFF'S MOTION TO QUASH SUBPOENAS OF LYNNE GRIECO