# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 04-00535BMK |
| CASE NAME: | Robert Souza v. City and County of Honolulu, et al. |
| ATTYS FOR PLA: | Eric A. Seitz |
| ATTYS FOR DEFT: | Cary T. Tanaka, D. Scott Dodd, Kate S. Metzger |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 03/17/2008 | TIME: | 11:01 - 11:03 |

COURT ACTION:  EP: Settlement Placed on the Record.  Eric Seitz to submit a Stipulation for Dismissal pending City Council approval.  Council is scheduled to meet on 4/1/2008.  All dates/deadlines vacated.

Submitted by Richlyn Young, Courtroom Manager