LAW OFFICES OF CARY T. TANAKA

CARY T. TANAKA      4858-0
DIANE K. AGOR-OTAKE 7751-0
Suite 510 Fort Street Tower
745 Fort Street
Honolulu, Hawaii  96813
Telephone:  536-8885
email:  carytanaka@aol.com
        dka@hawaii.rr.com

Attorneys for Defendant
HAROLD UEHARA

               IN THE UNITED STATES DISTRICT COURT

                 FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ROBERT SOUZA, | ) | CIVIL NO. CV 04-00535 BMK |
| | ) | (Other Civil Rights) |
|              Plaintiff, | ) | |
| | ) | STIPULATION FOR DISMISSAL WITH |
|    vs. | ) | PREJUDICE OF ALL CLAIMS AND |
| | ) | PARTIES; ORDER |
| CITY AND COUNTY OF HONOLULU; | ) | |
| HAROLD UEHARA, in his | ) | |
| individual and official | ) | |
| capacity, ALAN RIVERS, in his | ) | |
| individual and official | ) | |
| capacity; RICK S.Y. YI, in | ) | |
| his individual and official | ) | |
| capacity; AUGUST C. BELDEN, | ) | |
| in his individual and | ) | |
| official capacity; JEREMY | ) | |
| HARRIS, in his official | ) | |
| capacity as Mayor; LEE | ) | |
| DONOHUE, in his individual | ) | |
| and official capacity as | ) | |
| Police Chief; TAVERN 515, | ) | |
| INC. d.b.a. CLUB YURAKUCHO, | ) | |
| HARRY NAKAKI; JOHN AND JANE | ) | |
| DOES 1-10; DOE PARTNERSHIPS | ) | |
| 1-10; DOE CORPORATIONS 1-10; | ) | |
| and OTHER DOE ENTITIES 1-10, | ) | |
| | ) | |
|              Defendants. | ) | |
| _____ | ) | TRIAL DATE:  MARCH 18, 2008 |

STIPULATION FOR DISMISSAL WITH
PREJUDICE OF ALL CLAIMS AND PARTIES

Pursuant to Rules 41(a)(1)(ii) of the Federal Hawaii Rules of Civil Procedure, the parties described hereinbelow, through their respective counsel, hereby stipulate that the Complaint filed herein, as well as any amendments thereto, be dismissed with prejudice, each party to bear its own costs.

There are no remaining parties and/or issues. Trial was scheduled to commence on March 18, 2008.

This stipulation is signed by or on behalf of all appearing parties hereunder described.

DATED: Honolulu, Hawaii, April 30, 2008.


    /s/ Eric Seitz
ERIC SEITZ
LAWRENCE KAWASAKI
Attorneys for Plaintiff
ROBERT SOUZA


    /s/ Cary T. Tanaka
CARY T. TANAKA
DIANE K. AGOR-OTAKE
Attorneys for Defendant
HAROLD UEHARA


    /s/ D. Scott Dodd
D. SCOTT DODD
Attorney for Defendants
CITY AND COUNTY OF HONOLULU,
ALAN RIVERS, RICK S.Y. YI, and
AUGUST C. BELDEN

2

APPROVED AND SO ORDERED:



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: May 1, 2008

Civil No. CV04-00535 BMK, Robert Souza vs. City and County of Honolulu et al., STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES